# United States Bankruptcy Court

### District of _____ HAWAII

## VOLUNTARY PETITION

| | |
|---|---|
| IN RE (Name of debtor - if individual, enter Last, First, Middle)<br>**HAL, Inc., a Hawaii corporation** | NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle) |
| ALL OTHER NAMES used by the debtor in the last 6 years (include married, maiden, and trade names)<br>**Hawaiian Airlines** | ALL OTHER NAMES used by the joint debtor in the last 6 years (include married, maiden, and trade names)<br>**93-01074** |
| SOC. SEC./TAX I.D. NO. (If more than one, state all)<br>**99-021-25-98** | SOC. SEC./TAX I.D. NO. (If more than one, state all) |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>**531 Ohohia Street**<br>**Honolulu, Hawaii 96820** | STREET ADDRESS OF JOINT DEBTOR (No. and street, city, state, and zip |

| | COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**Honolulu** | | COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS |
|---|---|---|---|

| | |
|---|---|
| MAILING ADDRESS OF DEBTOR (If different from street address)<br>**P. O. Box 30008**<br>**Honolulu, Hawaii 96820** | MAILING ADDRESS OF JOINT DEBTOR (If different from street address) |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from addresses listed above) | VENUE (Check one box)<br>[x] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

**TYPE OF DEBTOR**

[ ] Individual   [x] Corporation Publicly Held
[ ] Joint (Husband and Wife)   [ ] Corporation Not Publicly Held
[ ] Partnership   [ ] Municipality
[ ] Other _____

**NATURE OF DEBT**

[ ] Non-Business/Consumer   [x] Business-Complete A & B below

**A. TYPE OF BUSINESS (Check one only)**

[ ] Farming   [ ] Transportation   [ ] Commodity Broker
[ ] Professional   [ ] Manufacturing/Mining   [ ] Construction
[ ] Retail/Wholesale   [ ] Real Estate
[ ] Railroad   [ ] Stockbroker   [x] Other Business

**B. BRIEFLY DESCRIBE NATURE OF BUSINESS**

**Holding company**

**CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED (Check one box)**

[ ] Chapter 7   [x] Chapter 11   [ ] Chapter 13
[ ] Chapter 9   [ ] Chapter 12   [ ] Sec. 304 - Case Ancillary to Foreign Proceeding

**FILING FEE (Check one box)**

[x] Filing fee attached
[ ] Filing fee to be paid in installments. (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**NAME AND ADDRESS OF LAW FIRM OR ATTORNEY**

Gibson, Dunn & Crutcher, 333 South Grand Aveneue
Los Angeles, CA 90071, see Exhibit B for local counsel

Telephone No. (213) 229-7000

**NAME(S) OF ATTORNEY(S) DESIGNATED TO REPRESENT DEBTOR (Print or Type Name)**

Ronald S. Orr, Deborah S. Feinerman, see Exhibit B

[ ] Debtor is not represented by an attorney

## STATISTICAL ADMINISTRATIVE INFORMATION (26 U.S.C. § 604)
### (Estimates only) (Check applicable boxes)

[x] Debtor estimates that funds will be available for distribution to unsecured creditors.

[ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**ESTIMATED NUMBER OF CREDITORS**

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**ESTIMATED ASSETS (in thousands of dollars)**

| Under 50 | 50-99 | 100-499 | 500-999 | 1000-9999 | 10,000-99,999 | 100,000-over |
|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] |

**ESTIMATED LIABILITIES (in thousands of dollars)**

| Under 50 | 50-99 | 100-499 | 500-999 | 1000-9999 | 10,000-99,999 | 100,000-over |
|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

**EST. NO. OF EMPLOYEES - CH. 11 & 12 ONLY**

| 0 | 1-19 | 20-99 | 1000-over |
|---|---|---|---|
| [x] | [ ] | [ ] | [ ] |

**EST. NO. OF EQUITY SECURITY HOLDERS - CH. 11 & 12 ONLY**

| 0 | 1-19 | 20-99 | 100 & 499 | 500-over |
|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] |

**THIS SPACE FOR COURT USE ONLY**

F I L E D
UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII

SEP 2 1 1993
RELIEF ORDERED

at _10_ o'clock and _57_ min _A_. M.
DOROTHY K. IPPONGI, CLERK *N/H*

DA932560.051

| Name of Debtor | HAL, Inc., a Hawaii corporation |
|---|---|
| Case No. | |

## FILING OF PLAN

For Chapter 9, 11, 12 and 13 cases only. Check appropriate box.

☐ A copy of debtor's proposed plan dated _____ is attached.

☒ Debtor intends to file a plan within the time allowed by statute, rule or order of the court.

### PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS (If more than one, attach additional sheet)

| Location Where Filed | Case Number | Date Filed |
|---|---|---|
| none | | |

### PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR (If more than one, attach additional sheet)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Hawaiian Airlines, Inc.; West Maui Airport, Inc. | | same as this case |
| Relationship | District | Judge |
| subsidiary; subsidiary | Hawaii | Lloyd King |

## REQUEST FOR RELIEF

Debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

## SIGNATURES

### ATTORNEY

X _Ronald K. Om_    Date _Sept. 21, 1993_
Signature                 _Sept. 21, 1993_

| INDIVIDUAL/JOINT DEBTOR(S) | CORPORATE OR PARTNERSHIP DEBTOR |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct and that the filing of this petition on behalf of the debtor has been authorized. |
| X_____<br>Signature of Debtor | X _Bruce R. Nobles_____<br>Signature of Authorized Individual |
| _____<br>Date | _BRUCE R NOBLES_<br>Print or Type Name of Authorized Individual |
| X_____<br>Signature of Joint Debtor | _PRESIDENT & CHIEF EXECUTIVE OfFICER_<br>Title of Individual Authorized by Debtor to File this Petition |
| _____<br>Date | _SEPT 21_, 1993<br>Date |

### EXHIBIT "A" (To be completed if debtor is a corporation, requesting relief under Chapter 11.)

☒ Exhibit "A" is attached and made a part of this petition.

### TO BE COMPLETED BY INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBTS (See P.L. 96-353 § 322)

I am aware that I may proceed under chapter 7, 11, or 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 of such title.

If I am represented by an attorney, Exhibit B has been completed.

X_____     _____
Signature c                                    Date

X_____     _____
Signature of Joint Debtor                    Date

### EXHIBIT "B" (To be completed by attorney for individual chapter 7 debtor(s) with primarily consumer debts.)

I, the attorney for the debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that (he, she, or they) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X_____     _____
Signature of Attorney                         Date

DA932560.056

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ___HAWAII___

In re ___HAL, Inc., a Hawaii corporation___,

___Debtor___

Case No. _____

Chapter ___11___

## Exhibit "A" to Voluntary Petition

1. Debtor's employer identification number is ___99-0212598___.

2. If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is ___1-8836___.

3. The following financial data is the latest available information and refers to debtor's condition on ___August 31, 1993 (estimated)___.

|  |  |  |
|---|---|---|
| a. Total assets | $ | 46,269,000 (approx. $30,757,000 is intercompany) |
| b. Total liabilities | $ | 125,000 |

|  |  | Approximate number of holders |
|---|---|---|
| Fixed, liquidated secured debt | $ | |
| Contingent secured debt | $ | |
| Disputed secured claims | $ | |
| Unliquidated secured debt | $ | |

|  |  | Approximate number of holders |
|---|---|---|
| Fixed, liquidated unsecured debt | $ 125,000 | 1 |
| Contingent unsecured debt | $ | |
| Disputed unsecured claims | $ | |
| Unliquidated unsecured debt | $ | |
| Number of shares of preferred stock | class A: 105<br>class B: 154,000 | 13<br>2 |
| Number of shares of common stock | 7,136,577* | 1221 |

*Includes exercised Bank of America warrants and excludes 89,775 shares of common stock to be issued to employee trusts

Comments, if any: _____

_____

_____

_____

4. Brief description of debtor's business: The parent company of Hawaiian Airlines, Inc., a Honolulu based regional air carrier engaged in the scheduled transportation of passengers, cargo and mail and of West Maui Airport, Inc., an airport owner and operator

_____

5. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 20% or more of the voting securities of debtor: None

_____

_____

_____

6. List the names of all corporations 20% or more of the outstanding voting securities of which are directly or indirectly owned, controlled, or held, with power to vote, by debtor: None

_____

_____

_____

DECLARATION UNDER PENALTY OF PERJURY
ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the president of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing "Exhibit A" and that it is true and correct to the best of my information and belief.

Date *September 21*, 1993 _____

Signature *Bru~ Nobles*

*BRUCE R NOBLES    PRES & CEO*
(Print Name and Title)

DA932560.059

## VOLUNTARY PETITION
### EXHIBIT B

Name of local law firm and
local attorney designated
<u>to represent debtor</u>:

James A. Wagner
Wagner & Watson
737 Bishop Street, Suite 2480
Honolulu, Hawaii  96813

Telephone No.: (808) 533-1872

## OFFICER'S CERTIFICATE

The undersigned, RAE A. CAPPS, hereby certifies as follows:

1.     That I am the Secretary of HAL, INC., a Hawaii corporation (the "Company");

2.     Attached hereto is a true and complete copy of resolutions duly adopted at a meeting of the Board of Directors of the Company duly held on September 20, 1993, which resolutions have not been modified or rescinded as of the date hereof.

IN WITNESS HEREOF, the undersigned hereby executes this Officer's Certificate as of September 21, 1993.

By  *Rae A. Capps*
RAE A. CAPPS
Its Secretary

# RESOLUTION OF THE BOARD OF DIRECTORS OF HAL, INC., A HAWAII CORPORATION

WHEREAS, the Board of Directors of HAL, Inc., a Hawaii corporation (the "Company"), has considered the financial condition of the Company, the need for a restructuring of the Company and alternative means to implement any such restructuring, as well as the risks and benefits associated with filing a voluntary petition under Chapter 11 or Chapter 7 of the United States Bankruptcy Code;

WHEREAS, there has been distributed to the Board of Directors a draft dated September 19, 1993 of a Consolidated Plan of Reorganization for the Company, HAL, Inc. and Hawaiian Airlines, Inc. (the "Draft Plan");

RESOLVED, that based on the foregoing considerations, the Board of Directors of the Company hereby authorizes, empowers and directs its President and Chief Executive Officer, Bruce R. Nobles, on behalf of the Company, to file a voluntary petition under Chapter 11 or Chapter 7 of the Untied States Bankruptcy Code and to convert from one Chapter to another in the event that in his judgment and discretion, such action is deemed necessary and appropriate and in the best interests of the Company;

RESOLVED FURTHER, that the Company is hereby authorized, empowered and directed to retain the law firm of Gibson, Dunn & Crutcher as counsel to the Company in any such bankruptcy case;

RESOLVED FURTHER, that the Company is hereby authorized, empowered and directed to retain the accounting firm of Kenneth Leventhal & Company as accountants to the Company in any such bankruptcy case;

RESOLVED FURTHER, that the President is hereby authorized to file a plan of reorganization for the Company with substantially the same terms as the Draft Plan and such modifications and additions as said President shall deem necessary or desirable in order to carry out the purposes of the foregoing resolutions;

RESOLVED FURTHER, that either the President or any other officer of the Company acting alone, is hereby authorized, empowered and directed on behalf of the Company and in its name to take all actions and execute all documents as he or she may deem necessary or desirable in order to carry out and perform the purposes of the foregoing resolutions, the taking of such actions or execution of such documents to be conclusive evidence of the necessity or desirability thereof.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF HAWAII

In re ___HAL, Inc., a Hawaii Corporation___,
                    Debtor

Case No. _____

Chapter ___11___

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(30), or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and address of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Thomas J. Talbot<br>221 Milford<br>Corona Del Mar, CA 92625 | Thomas J. Talbot<br>(714) 640-2444<br>FAX | wages | | $125,000 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the president of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing "List of Creditors Holding 20 Largest Unsecured Claims" and that it is true and correct to the best of my information and belief. information and belief.

Date ___September 21, 1993___

Signature _Bruce R. Nobles_

_Bruce R. Nobles, President_
(Print Name and Title)

DA932560.069