RONALD S. ORR (CA #54257)
MADELEINE A. KLEINER (CA #73383)
DEBORAH S. FEINERMAN (CA #93744)
GIBSON, DUNN & CRUTCHER
333 South Grand Avenue
Los Angeles, California   90071
(213) 229-7000

Local Counsel:

JAMES A. WAGNER #1493
WAGNER & WATSON
737 Bishop Street, Suite 2480
Honolulu, Hawaii   96813
(808) 533-1872

Attorneys for HAL, Inc., et al.,
Debtors and Debtors in Possession

FILED
UNITED STATES BANKRUPTCY COURT

OCT 1 4 1993

DISTRICT OF HAWAII
At ___1___ o'clock and __05__ min. P.M.
DOROTHY K. IPPONGI, CLERK

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

In re                              )    Case No. 93-01072
                                   )
HAWAIIAN AIRLINES, INC.,           )    (Chapter 11)
A Hawaii Corporation,              )
                                   )    DEBTOR'S STATEMENT OF FINANCIAL
            Debtor.                )    AFFAIRS PURSUANT TO BANKRUPTCY
                                   )    RULE 1007
_____)

I ___ CERTIFY THAT A COPY

OCT 14 1993

# UNITED STATES BANKRUPTCY COURT

### District of    Hawaii

In Re:    Hawaiian Airlines, Inc.        ,    Case No.    93-01072
                (Name)                                   (If Known)

                     Debtor

# STATEMENT OF FINANCIAL AFFAIRS

     This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

     Questions 1 - 15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 16 - 21. **Each question must be answered. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

     *"In business."* A debtor is "in business" for the purposes of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

     *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(30).

---

**1.    Income from employment or operation of business**

None
☐
     State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

                 AMOUNT                                  SOURCE (if more than one)

    See Schedule SFA-1

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

See Schedule SFA-2

**3. Payments to creditors**

None
☐

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

See Schedule SFA-3a(1) and SFA-3a(2)

None
☐

b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

See Schedule SFA-3b

**4. Suits, executions, garnishments and attachments**

None
☐

a. List all suits to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

See Schedule SFA-11

None    b.  Describe all property that has been attached, garnished or seized under any legal or equitable process
X☒X     within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or
        chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is
        filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

### 5.  Repossessions, foreclosures and returns

None    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a
X☒X     deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of
        this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of
        either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is
        not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

### 6.  Assignments and receiverships

None    a.  Describe any assignment of property for the benefit of creditors made within **120 days** immediately
X☒X     preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any
        assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
        joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

---

None    b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within
X☒X     **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or
        chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is
        filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

## 7. Gifts

None
☐

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| United Way<br>200 N. Vineyard Blvd.<br>4th Floor<br>Honolulu, HI 96817 | None | September 1992-<br>June 1993 | Charitable Contributions of $1,688 |

## 8. Losses

None
XXX

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

See Schedule SFA-4

**10. Other transfers**

None
☐

a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| See Schedule SFA-12 | | |

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| See Schedule SFA-5 | | |

**12. Safe deposit boxes**

None
XXX

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
X XX

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

---

**14. Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| See Schedule SFA-13 | | |

---

**15. Prior address of debtor**

None
☐

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| 1164 Bishop Street Suite 800 Honolulu, HI 96813 | Hawaiian Airlines, Inc. | July 1992-April 1993 |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the two years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5% of the voting securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the two years immediately preceding the commencement of this case.)

### 16. Nature, location and name of business

None
XXX
a.   If the debtor is an individual, list the names and addresses of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **two years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the two years immediately preceding the commencement of this case.

b.   If the debtor is a partnership, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within the **two years** immediately preceding the commencement of this case.

c.   If the debtor is a corporation, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities within the **two years** immediately preceding the commencement of this case.

| NAME | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES OF OPERATION |
|------|---------|--------------------|------------------------------------------|
|      |         |                    |                                          |

---

### 17. Books, records and financial statements

None
☐
a.   List all bookkeepers and accountants who within the **six years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|
| See Schedule SFA-6 | |

---

None
☐
b.   List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|
| KPMG Peat Marwick | 1001 Bishop Street Suite 2100 Honolulu, HI  96812-4150 | 1991-1993 |

The Consolidated Financial Statements of HAL, INC. include the accounts of Hawaiian Airlines, Inc. and West Maui Airport, Inc.

None  c.   List all firms or individuals who at the time of the commencement of this case were in possession of the
☐      books of account and records of the debtor.  If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| Hawaiian Airlines, Inc. | 531 Ohohia Street<br>Honolulu, HI  96819 |

None  d.   List all financial institutions, creditors and other parties, including mercantile and trade agencies, to
☐      whom a financial statement was issued within the **two years** immediately preceding the commencement of this
       case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| See Schedule SFA-7 | |

## 18. Inventories

None  a.   List the dates of the last two inventories taken of your property, the name of the person who supervised
☐      the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|-------------------|----------------------|--------------------------------|
| 1989 | Walter Yoshimura | $7,500,000 LCM at 12/31/89 |
| 1991 | Walter Yoshimura | $8,200,000 LCM at 12/31/91 |

None  b.   List the name and address of the person having possession of the records of each of the two inventories
☐      reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN<br>OF INVENTORY RECORDS |
|-------------------|--------------------------------------------------------|
| 1989 and 1991 | Hawaiian Airlines, Inc.<br>531 Ohohia Street<br>Honolulu, HI  96819 |

## 19. Current Partners, Officers, Directors and Shareholders

None  a.   If the debtor is a partnership, list the nature and percentage of partnership interest of each member of
XXX    the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|-----------------------|

None    b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who
☐          directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| See Schedule SFA-8 | | |

**20. Former partners, officers, directors and shareholders**

None    a.    If the debtor is a partnership, list each member who withdrew from the partnership within **one year**
X☒☐      immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None    b.    If the debtor is a corporation, list all officers, or directors whose relationship with the corporation
☐          terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| See Schedule SFA-9 | | |

**21. Withdrawals from a partnership or distributions by a corporation**

None          If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an
☐          insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other
           perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| See Schedule SFA-10 | | |

* * * * * *

SCHEDULE:      SFA-1

CASE NO.      HAWAIIAN AIRLINES, INC.
CASE NO:      93-01072
CATEGORY NO.      SFA 1.

## January 1, 1993 - August 31, 1993

| | HAL, Inc. | Hawaiian | WMA | Elimination | Total |
|---|---|---|---|---|---|
| Passenger | 0 | 176,863,299 | 0 | 0 | 176,863,299 |
| Charter | 0 | 9,222,664 | 0 | 0 | 9,222,664 |
| Cargo | 0 | 6,866,191 | 0 | 0 | 6,866,191 |
| Other | 0 | 6,352,179 | 72,939 | (15,513) | 6,409,605 |
| | 0 | 199,304,333 | 72,939 | (15,513) | 199,361,759 |

## January 1, 1992 - December 31, 1992

| | HAL, Inc. | Hawaiian | WMA | Elimination | Total |
|---|---|---|---|---|---|
| Passenger | 0 | 342,095,559 | 0 | 0 | 342,095,559 |
| Charter | 0 | 27,430,415 | 0 | 0 | 27,430,415 |
| Cargo | 0 | 16,866,140 | 0 | 0 | 16,866,140 |
| Other | 0 | 8,260,927 | 1,303,199 | (880,032) | 8,684,094 |
| | 0 | 394,653,041 | 1,303,199 | (880,032) | 395,076,208 |

## January 1, 1991 - December 31, 1991

| | HAL, Inc. | Hawaiian | WMA | Elimination | Total |
|---|---|---|---|---|---|
| Passenger | 0 | 257,759,398 | 0 | 0 | 257,759,398 |
| Charter | 0 | 87,852,927 | 0 | 0 | 87,852,927 |
| Cargo | 0 | 11,821,296 | 0 | 0 | 11,821,296 |
| Other | 0 | 7,285,754 | 1,739,275 | (1,417,087) | 7,607,942 |
| | 0 | 364,719,375 | 1,739,275 | (1,417,087) | 365,041,563 |

SCHEDULE:            SFA-2

CASE NAME:           HAWAIIAN AIRLINES, INC.
CASE NO.             93-01072
CATEGORY NO.:        SFA 2.

## January 1, 1993 - August 31, 1993

|  | HAL, Inc. | Hawaiian | WMA | Total |
|---|---|---|---|---|
| Interest Income | 1,202 | 248,329 | 134 | 249,665 |
| Other | 0 | 67,124 | 0 | 67,124 |
|  | 1,202 | 315,453 | 134 | 316,789 |

## January 1, 1992 - December 31, 1992

|  | HAL, Inc. | Hawaiian | WMA | Total |
|---|---|---|---|---|
| Interest Income | 4,104 | 663,191 | 389 | 667,684 |
| Gain on Sale of Routes | 0 | 41,702,455 | 0 | 41,702,455 |
| Extraordinary Gain on Exting. of Debt | 0 | 108,721,636 | 0 | 108,721,636 |
| Cumm. Effect of Change - Income Taxes | 0 | 2,192,000 | 0 | 2,192,000 |
|  | 4,104 | 153,279,282 | 389 | 153,283,775 |

## January 1, 1991 - December 31, 1991

|  | HAL, Inc. | Hawaiian | WMA | Total |
|---|---|---|---|---|
| Interest Income | 0 | 1,060,647 | 357 | 1,061,004 |
| Gain on Sale of Routes | 0 | 9,000,000 | 0 | 9,000,000 |
| Other Misc. Income, Net | 0 | 1,216,881 | 0 | 1,216,881 |
| Credit For Income Taxes | 0 | 2,610,000 | 0 | 2,610,000 |
|  | 0 | 13,887,528 | 357 | 13,887,885 |

| DATE | AGENT | OUTGOING WIRES TO PAY FOR THE MONTHS OF JUNE 24 THRU SEPT. 20 1993 * | DESCRIPTION | | AMOUNT | TOTAL BY VENDOR |
|---|---|---|---|---|---|---|
| 9 06/25/93 | REMT | AERO USA | N603 DC9-51 (GPA SN 47784) | | 10,099.00 | |
| 74 07/02/93 | REMT | AERO USA | N603 DC9-51 (GPA SN 47784) | | 10,099.00 | |
| 137 07/09/93 | REMT | AERO USA | N603 DC9-51 (GPA SN 47784) | | 10,099.00 | |
| 203 07/16/93 | REMT | AERO USA | N603 DC9-51 (GPA SN 47784) | | 10,099.00 | |
| 265 07/23/93 | REMT | AERO USA | N603 DC9-51 (GPA SN 47784) | | 10,099.00 | |
| 325 07/30/93 | REMT | AERO USA | N603 DC9-51 (GPA SN 47784) | | 10,099.00 | |
| 387 08/06/93 | REMT | AERO USA | N603 DC9-51 (GPA SN 47784) | | 10,099.00 | |
| 444 08/13/93 | REMT | AERO USA | N603 DC9-51 (GPA SN 47784) | | 2,593.00 | |
| 497 08/19/93 | REMT | AERO USA | N603 DC9-51 (GPA SN 47784) | | 6,346.00 | |
| 563 08/27/93 | REMT | AERO USA | N603 DC9-51 (GPA SN 47784) | | 6,346.00 | |
| 622 09/03/93 | REMT | AERO USA | N603 DC9-51 (GPA SN 47784) | | 6,346.00 | |
| 675 09/10/93 | REMT | AERO USA | N603 DC9-51 (GPA SN 47784) | | 6,346.00 | |
| 730 09/17/93 | REMT | AERO USA | N603 DC9-51 (GPA SN 47784) | | 6,346.00 | 105,016.00 |
| 10 06/25/93 | REMT | AIRCRAFT INCOME PARTNERS II, LP | JT8D ENG (S/N P688762D) $2,938 | = | 5,876.00 | |
| 11 06/25/93 | REMT | AIRCRAFT INCOME PARTNERS II, LP | JT8D ENG (S/N P687769B) $2,938 | | | |
| 75 07/02/93 | REMT | AIRCRAFT INCOME PARTNERS II, LP | JT8D ENG (S/N P687769B) $2,938 | | | |
| 76 07/02/93 | REMT | AIRCRAFT INCOME PARTNERS II, LP | JT8D ENG (S/N P688762D) $2,938 | | 5,876.00 | |
| 138 07/09/93 | REMT | AIRCRAFT INCOME PARTNERS II, LP | JT8D ENG (S/N P687769B) $2,938 | | | |
| 139 07/09/93 | REMT | AIRCRAFT INCOME PARTNERS II, LP | JT8D ENG (S/N P688762D) $2,938 | | 5,876.00 | |
| 204 07/16/93 | REMT | AIRCRAFT INCOME PARTNERS II, LP | JT8D ENG (S/N P688762D) $2,938 | | 5,876.00 | |
| 205 07/16/93 | REMT | AIRCRAFT INCOME PARTNERS II, LP | JT8D ENG (S/N P687769B) $2,938 | | | |
| 266 07/23/93 | REMT | AIRCRAFT INCOME PARTNERS II, LP | JT8D ENG (S/N P687769B) $2,938 | | | |
| 267 07/23/93 | REMT | AIRCRAFT INCOME PARTNERS II, LP | JT8D ENG (S/N P688762D) $2,938 | | 5,876.00 | |
| 326 07/30/93 | REMT | AIRCRAFT INCOME PARTNERS II, LP | JT8D ENG (S/N P688762D) $2,938 | | 5,876.00 | |
| 327 07/30/93 | REMT | AIRCRAFT INCOME PARTNERS II, LP | JT8D ENG (S/N P687769B) $2,938 | | | |
| 388 08/06/93 | REMT | AIRCRAFT INCOME PARTNERS II, LP | JT8D ENG (S/N P688762D) $1,846 | = | 3,692.00 | |
| 389 08/06/93 | REMT | AIRCRAFT INCOME PARTNERS II, LP | JT8D ENG (S/N P687769B) $1,846 | | | |
| 445 08/13/93 | REMT | AIRCRAFT INCOME PARTNERS II, LP | JT8D ENG (S/N P687769B) $1,846 | | | |
| 446 08/13/93 | REMT | AIRCRAFT INCOME PARTNERS II, LP | JT8D ENG (S/N P688762D) $1,846 | = | 3,692.00 | |
| 498 08/19/93 | REMT | AIRCRAFT INCOME PARTNERS II, LP | JT8D ENG (S/N P687769B) $1,846 | | | |
| 499 08/19/93 | REMT | AIRCRAFT INCOME PARTNERS II, LP | JT8D ENG (S/N P688762D) $1,846 | = | 3,692.00 | |
| 564 08/27/93 | REMT | AIRCRAFT INCOME PARTNERS II, LP | JT8D ENG (S/N P688762D) $1,846 | = | 3,692.00 | |
| 565 08/27/93 | REMT | AIRCRAFT INCOME PARTNERS II, LP | JT8D ENG (S/N P687769B) $1,846 | | | |
| 623 09/03/93 | REMT | AIRCRAFT INCOME PARTNERS II, LP | JT8D ENG (S/N P687769B) $1,846 | | | |
| 624 09/03/93 | REMT | AIRCRAFT INCOME PARTNERS II, LP | JT8D ENG (S/N P688762D) $1,846 | = | 3,692.00 | |
| 676 09/10/93 | REMT | AIRCRAFT INCOME PARTNERS II, LP | JT8D ENG (S/N P688762D) $1,846 | = | 3,692.00 | |
| 677 09/10/93 | REMT | AIRCRAFT INCOME PARTNERS II, LP | JT8D ENG (S/N P687769B) $1,846 | | | |
| 731 09/17/93 | REMT | AIRCRAFT INCOME PARTNERS II, LP | JT8D ENG (S/N P688762D) $1,846 | = | 3,692.00 | |
| 732 09/17/93 | REMT | AIRCRAFT INCOME PARTNERS II, LP | JT8D ENG (S/N P687769B) $1,846 | | | 61,100.00 |
| 12 06/25/93 | REMT | AIRCRAFT INCOME PARTNERS L.P. | N601AP DC9-51 | | 10,099.00 | |
| 77 07/02/93 | REMT | AIRCRAFT INCOME PARTNERS L.P. | N601AP DC9-51 | | 10,099.00 | |
| 140 07/09/93 | REMT | AIRCRAFT INCOME PARTNERS L.P. | N601AP DC9-51 | | 10,099.00 | |
| 206 07/16/93 | REMT | AIRCRAFT INCOME PARTNERS L.P. | N601AP DC9-51 | | 10,099.00 | |
| 268 07/23/93 | REMT | AIRCRAFT INCOME PARTNERS L.P. | N601AP DC9-51 | | 10,099.00 | |
| 328 07/30/93 | REMT | AIRCRAFT INCOME PARTNERS L.P. | N601AP DC9-51 | | 10,099.00 | |
| 390 08/06/93 | REMT | AIRCRAFT INCOME PARTNERS L.P. | N601AP DC9-51 | | 6,346.00 | |
| 447 08/13/93 | REMT | AIRCRAFT INCOME PARTNERS L.P. | N601AP DC9-51 | | 6,346.00 | |
| 500 08/19/93 | REMT | AIRCRAFT INCOME PARTNERS L.P. | N601AP DC9-51 | | 6,346.00 | |
| 566 08/27/93 | REMT | AIRCRAFT INCOME PARTNERS L.P. | N601AP DC9-51 | | 6,346.00 | |
| 625 09/03/93 | REMT | AIRCRAFT INCOME PARTNERS L.P. | N601AP DC9-51 | | 6,346.00 | |

* Note: No wires were issued on 9/21/93 (Chap 11 petition date)

| DATE | AGENT | OUTGOING WIRES TO PAY FOR THE MONTHS OF JUNE 24 THRU SEPT. 20 1993 | DESCRIPTION | AMOUNT | TOTAL BY VENDOR |
|---|---|---|---|---|---|
| 678 09/10/93 | RENT | AIRCRAFT INCOME PARTNERS L.P. | N601AP DC9-51 | 6,346.00 | |
| 733 09/17/93 | RENT | AIRCRAFT INCOME PARTNERS L.P. | N601AP DC9-51 | 6,346.00 | 105,016.00 |
| 1 06/24/93 | AP_R | AIRMOTIVE INC | ADVANCE PMT ON PARTS | 25,000.00 | |
| 13 06/25/93 | AP_R | AIRMOTIVE INC | ADVANCE PMT ON PARTS | 25,000.00 | |
| 40 06/28/93 | AP_R | AIRMOTIVE INC | ADVANCE PMT ON PARTS | 25,000.00 | |
| 46 06/29/93 | AP_R | AIRMOTIVE INC | ADVANCE PMT ON PARTS | 25,000.00 | |
| 52 06/30/93 | AP_R | AIRMOTIVE INC | ADVANCE PMT ON PARTS | 25,000.00 | |
| 61 07/01/93 | AP_R | AIRMOTIVE INC | ADVANCE PMT ON PARTS | 25,000.00 | |
| 78 07/02/93 | AP_R | AIRMOTIVE INC | ADVANCE PMT ON PARTS | 25,000.00 | |
| 107 07/06/93 | AP_R | AIRMOTIVE INC | ADVANCE PMT ON PARTS | 25,000.00 | |
| 116 07/07/93 | AP_R | AIRMOTIVE INC | ADVANCE PMT ON PARTS | 25,000.00 | |
| 127 07/08/93 | AP_R | AIRMOTIVE INC | ADVANCE PMT ON PARTS | 25,000.00 | |
| 141 07/09/93 | AP_R | AIRMOTIVE INC | ADVANCE PMT ON PARTS | 25,000.00 | |
| 171 07/12/93 | AP_R | AIRMOTIVE INC | ADVANCE PMT ON PARTS | 25,000.00 | |
| 178 07/13/93 | AP_R | AIRMOTIVE INC | ADVANCE PMT ON PARTS | 25,000.00 | |
| 184 07/14/93 | AP_R | AIRMOTIVE INC | ADVANCE PMT ON PARTS | 25,000.00 | |
| 194 07/15/93 | AP_R | AIRMOTIVE INC | ADVANCE PMT ON PARTS | 25,000.00 | |
| 207 07/16/93 | AP_R | AIRMOTIVE INC | ADVANCE PMT ON PARTS | 25,000.00 | |
| 235 07/19/93 | AP_R | AIRMOTIVE INC | ADVANCE PMT ON PARTS | 25,000.00 | |
| 241 07/20/93 | AP_R | AIRMOTIVE INC | ADVANCE PMT ON PARTS | 25,000.00 | |
| 248 07/21/93 | AP_R | AIRMOTIVE INC | ADVANCE PMT ON PARTS | 25,000.00 | |
| 258 07/22/93 | AP_R | AIRMOTIVE INC | ADVANCE PMT ON PARTS | 25,000.00 | |
| 269 07/23/93 | AP_R | AIRMOTIVE INC | ADVANCE PMT ON PARTS | 25,000.00 | |
| 297 07/26/93 | AP_R | AIRMOTIVE INC | ADVANCE PMT ON PARTS | 25,000.00 | |
| 303 07/27/93 | AP_R | AIRMOTIVE INC | ADVANCE PMT ON PARTS | 25,000.00 | |
| 309 07/28/93 | AP_R | AIRMOTIVE INC | ADVANCE PMT ON PARTS | 25,000.00 | |
| 317 07/29/93 | AP_R | AIRMOTIVE INC | ADVANCE PMT ON PARTS | 25,000.00 | |
| 329 07/30/93 | AP_R | AIRMOTIVE INC | ADVANCE PMT ON PARTS | 25,000.00 | |
| 358 08/02/93 | AP_R | AIRMOTIVE INC | ADVANCE PMT ON PARTS | 25,000.00 | |
| 365 08/03/93 | AP_R | AIRMOTIVE INC | ADVANCE PMT ON PARTS | 25,000.00 | |
| 370 08/04/93 | AP_R | AIRMOTIVE INC | ADVANCE PMT ON PARTS | 25,000.00 | |
| 378 08/05/93 | AP_R | AIRMOTIVE INC | ADVANCE PMT ON PARTS | 25,000.00 | |
| 391 08/06/93 | AP_R | AIRMOTIVE INC | ADVANCE PMT ON PARTS | 25,000.00 | |
| 417 08/09/93 | AP_R | AIRMOTIVE INC | ADVANCE PMT ON PARTS | 25,000.00 | |
| 421 08/10/93 | AP_R | AIRMOTIVE INC | ADVANCE PMT ON PARTS | 25,000.00 | |
| 427 08/11/93 | AP_R | AIRMOTIVE INC | ADVANCE PMT ON PARTS | 25,000.00 | |
| 435 08/12/93 | AP_R | AIRMOTIVE INC | ADVANCE PMT ON PARTS | 25,000.00 | |
| 448 08/13/93 | AP_R | AIRMOTIVE INC | ADVANCE PMT ON PARTS | 25,000.00 | |
| 472 08/16/93 | AP_R | AIRMOTIVE INC | ADVANCE PMT ON PARTS | 25,000.00 | |
| 481 08/17/93 | AP_R | AIRMOTIVE INC | ADVANCE PMT ON PARTS | 25,000.00 | |
| 485 08/18/93 | AP_R | AIRMOTIVE INC | ADVANCE PMT ON PARTS | 25,000.00 | |
| 501 08/19/93 | AP_R | AIRMOTIVE INC | ADVANCE PMT ON PARTS | 25,000.00 | |
| 529 08/23/93 | AP_R | AIRMOTIVE INC | ADVANCE PMT ON PARTS | 25,000.00 | |
| 534 08/24/93 | AP_R | AIRMOTIVE INC | ADVANCE PMT ON PARTS | 25,000.00 | |
| 541 08/25/93 | AP_R | AIRMOTIVE INC | ADVANCE PMT ON PARTS | 25,000.00 | |
| 552 08/26/93 | AP_R | AIRMOTIVE INC | ADVANCE PMT ON PARTS | 25,000.00 | |
| 567 08/27/93 | AP_R | AIRMOTIVE INC | ADVANCE PMT ON PARTS | 25,000.00 | |
| 587 08/30/93 | AP_R | AIRMOTIVE INC | ADVANCE PMT ON PARTS | 25,000.00 | |
| 599 08/31/93 | AP_R | AIRMOTIVE INC | ADVANCE PMT ON PARTS | 25,000.00 | |
| 603 09/01/93 | AP_R | AIRMOTIVE INC | ADVANCE PMT ON PARTS | 25,000.00 | |
| 615 09/02/93 | AP_R | AIRMOTIVE INC | ADVANCE PMT ON PARTS | 25,000.00 | |

| DATE | AGENT | OUTGOING WIRES TO PAY FOR THE MONTHS OF JUNE 24 THRU SEPT. 20 1993 | DESCRIPTION | AMOUNT | TOTAL BY VENDOR |
|---|---|---|---|---|---|
| 626 09/03/93 | AP_R | AIRMOTIVE INC | ADVANCE PMT ON PARTS | 25,000.00 | |
| 649 09/07/93 | AP_R | AIRMOTIVE INC | ADVANCE PMT ON PARTS | 25,000.00 | |
| 655 09/08/93 | AP_R | AIRMOTIVE INC | ADVANCE PMT ON PARTS | 25,000.00 | |
| 663 09/09/93 | AP_R | AIRMOTIVE INC | ADVANCE PMT ON PARTS | 25,000.00 | |
| 679 09/10/93 | AP_R | AIRMOTIVE INC | ADVANCE PMT ON PARTS | 25,000.00 | |
| 703 09/13/93 | AP_R | AIRMOTIVE INC | ADVANCE PMT ON PARTS | 25,000.00 | |
| 707 09/14/93 | AP_R | AIRMOTIVE INC | ADVANCE PMT ON PARTS | 25,000.00 | |
| 713 09/15/93 | AP_R | AIRMOTIVE INC | ADVANCE PMT ON PARTS | 25,000.00 | |
| 722 09/16/93 | AP_R | AIRMOTIVE INC | ADVANCE PMT ON PARTS | 25,000.00 | |
| 734 09/17/93 | AP_R | AIRMOTIVE INC | ADVANCE PMT ON PARTS | 25,000.00 | |
| 758 09/20/93 | AP_R | AIRMOTIVE INC | ADVANCE PMT ON PARTS | 25,000.00 | 1,500,000.00 |
| 117 07/07/93 | AP_D | AMR CONSULTING GROUP | REIMB. EXPS [HA-AMRCG 3/17/93 AGREEMNT] | 21,050.55 | 21,050.55 |
| 53 06/30/93 | AP_R | AVIATION COMPOSITES | INV 1315, 1316 | 12,800.00 | |
| 118 07/07/93 | AP_R | AVIATION COMPOSITES | INV 1317/1318 | 14,600.00 | 27,400.00 |
| 41 06/28/93 | AP_R | BRITISH AIRWAYS | INV GIE 13617 [EI-BTM 767] C-CK | 199,047.09 | |
| 298 07/26/93 | AP_R | BRITISH AIRWAYS | A/C 769 L1011 S/N N-31024 INV GIE 13618 | 284,010.32 | 483,057.41 |
| 119 07/07/93 | AP_L | CAA - AVIATION HOUSE (LONDON) | D72835, 365601, 989741, 537769, D73112 | 1,583.94 | |
| 486 08/18/93 | AP_L | CAA - AVIATION HOUSE (LONDON) | INV H86700        ENG PD  248.08  = | 381.24 | |
| 665 09/09/93 | AP_L | CAA - AVIATION HOUSE (LONDON) | }#538176        ENG PD 387.73 = | 610.20 | |
| 666 09/09/93 | AP_L | CAA - AVIATION HOUSE (LONDON) | }#368833/D74273/H847486 | | 2,575.38 |
| 120 07/07/93 | AP_L | CAA - FIJI | INV 05201(5/93 MAY CHGS)FIJI $3,332.34 | 2,277.98 | |
| 588 08/30/93 | AP_L | CAA - FIJI | INV S256 [6/93 MAY]  FIJI $3,746.29 = | 2,576.69 | |
| 708 09/14/93 | AP_L | CAA - FIJI | INV 0000299 (7/93 MAY) FIJI $ 4,848.14    = | 3,306.43 | 8,161.10 |
| 2 06/24/93 | AP_RU | CATERAIR | ON ACCT | 135,000.00 | |
| 62 07/01/93 | AP_RU | CATERAIR | ON ACCT | 130,000.00 | |
| 128 07/08/93 | AP_RU | CATERAIR | ON ACCT | 130,000.00 | |
| 195 07/15/93 | AP_RU | CATERAIR | ON ACCT | 150,000.00 | |
| 236 07/19/93 | AP_RU | CATERAIR | ON ACCT (CATCHUP) | 15,000.00 | |
| 259 07/22/93 | AP_RU | CATERAIR | ON ACCT | 165,000.00 | |
| 318 07/29/93 | AP_RU | CATERAIR | ON ACCT | 160,000.00 | |
| 379 08/05/93 | AP_RU | CATERAIR | ON ACCT | 150,000.00 | |
| 436 08/12/93 | AP_RU | CATERAIR | ON ACCT | 150,000.00 | |
| 502 08/19/93 | AP_RU | CATERAIR | ON ACCT | 150,000.00 | |
| 553 08/26/93 | AP_RU | CATERAIR | ON ACCT | 150,000.00 | |
| 616 09/02/93 | AP_RU | CATERAIR | ON ACCT | 170,000.00 | |
| 664 09/09/93 | AP_RU | CATERAIR | ON ACCT | 165,000.00 | |
| 723 09/16/93 | AP_RU | CATERAIR | ON ACCT | 150,000.00 | |
| 759 09/20/93 | AP_RU | CATERAIR | ON ACCT | 150,000.00 | 2,120,000.00 |
| 14 06/25/93 | FUEL | CHEVRON | RETAIL ACCT 4179241 (KOA) | 7,000.00 | |
| 54 06/30/93 | FUEL | CHEVRON | FUEL | 8,000.00 | |
| 121 07/07/93 | FUEL | CHEVRON | FUEL | 8,000.00 | |
| 185 07/14/93 | FUEL | CHEVRON | FUEL | 9,000.00 | |
| 196 07/15/93 | FUEL | CHEVRON | RETAIL ACCT 43274999(OGG) ATTN R ROBERTS | 7,000.00 | |
| 237 07/19/93 | FUEL | CHEVRON | RETAIL ACCT 4327499[OGG] ATTN R ROBERTS | 7,000.00 | |
| 249 07/21/93 | FUEL | CHEVRON | FUEL | 10,000.00 | |

| DATE | AGENT | OUTGOING WIRES TO PAY FOR THE MONTHS OF JUNE 24 THRU SEPT. 20 1993 | DESCRIPTION | AMOUNT | TOTAL BY VENDOR |
|---|---|---|---|---|---|
| 270 07/23/93 | FUEL | CHEVRON | RETAIL ACCT 4327499 [OGG] ATTN R ROBERTS | 6,000.00 | |
| 304 07/27/93 | FUEL | CHEVRON | RETAIL ACCT 4179241[KOA] ATTN R ROBERTS | 11,000.00 | |
| 310 07/28/93 | FUEL | CHEVRON | FUEL | 8,500.00 | |
| 330 07/30/93 | FUEL | CHEVRON | RETAIL ACCT 417924 [KOA] ATTN R ROBERTS | 10,000.00 | |
| 371 08/04/93 | FUEL | CHEVRON | FUEL | 10,000.00 | |
| 428 08/11/93 | FUEL | CHEVRON | FUEL | 11,000.00 | |
| 437 08/12/93 | FUEL | CHEVRON | RETAIL ACCT 4327499[OGG] ATTN R ROBERTS | 10,000.00 | |
| 473 08/16/93 | FUEL | CHEVRON | RETAIL ACCT 4327499[OGG] ATTN R ROBERTS | 10,000.00 | |
| 487 08/18/93 | FUEL | CHEVRON | RETAIL ACCT 4327499[OGG] ATTN R ROBERTS | 10,000.00 | |
| 488 08/18/93 | FUEL | CHEVRON | FUEL | 11,000.00 | |
| 542 08/25/93 | FUEL | CHEVRON | FUEL | 25,000.00 | |
| 554 08/26/93 | FUEL | CHEVRON | RETAIL ACCT 4327499[OGG] ATTN R ROBERTS | 10,000.00 | |
| 604 09/01/93 | FUEL | CHEVRON | FUEL | 18,000.00 | |
| 656 09/08/93 | FUEL | CHEVRON | FUEL | 20,000.00 | |
| 714 09/15/93 | FUEL | CHEVRON | FUEL | 18,000.00 | |
| 760 09/20/93 | FUEL | CHEVRON | FUEL | 18,000.00 | 262,500.00 |
| | | | | | |
| 186 07/14/93 | AP_R | CONTINENTAL AIRLINES | SIM TRAINING (FAHEY) | 1,760.00 | |
| 359 08/02/93 | AP_R | CONTINENTAL AIRLINES | INV 3071097/3071098 SIM TRNG 8/93 | 11,440.00 | 13,200.00 |
| | | | | | |
| 63 07/01/93 | AP_H | DELTA AIRLINES | INV 3013-0364    28,898.92 | | |
| 64 07/01/93 | AP_H | DELTA AIRLINES | INV 3019-0195    2,433.99 | | |
| 65 07/01/93 | AP_H | DELTA AIRLINES | INV 3024-0638    39,104.64 | | |
| 66 07/01/93 | AP_H | DELTA AIRLINES | INV 3030-0446    24,552.37 | 94,989.92 | 94,989.92 |
| | | | | | |
| 208 07/16/93 | AP_L | DYN AIR TECH OF ARIZONA DEPT 9 | N768BE C-CHECK [PMT 1-3] | 33,000.00 | |
| 242 07/20/93 | AP_L | DYN AIR TECH OF ARIZONA DEPT 9 | N768BE C-CHECK [PMT 2-3] | 33,000.00 | |
| 260 07/22/93 | AP_L | DYN AIR TECH OF ARIZONA DEPT 9 | INV M05561/M05662/M06123  [766 C-CK] | 93,518.12 | |
| 680 09/10/93 | AP_L | DYN AIR TECH OF ARIZONA DEPT 9 | N762BE C-CHECK [PMT 1-3] | 42,900.00 | |
| 709 09/14/93 | AP_L | DYN AIR TECH OF ARIZONA DEPT 9 | N762BE C-CHECK [PMT 1-3] INV M06740 | 42,900.00 | |
| 724 09/16/93 | AP_L | DYN AIR TECH OF ARIZONA DEPT 9 | N762BE C-CHECK [PMT 1-3] INV M06766 | 37,700.00 | 283,018.12 |
| | | | | | |
| 3 06/24/93 | AP_L | DYNAIR SERVICES | ADVANCE PAYMENT | 5,000.00 | |
| 67 07/01/93 | AP_L | DYNAIR SERVICES | ADVANCE PAYMENT | 5,000.00 | |
| 129 07/08/93 | AP_L | DYNAIR SERVICES | ADVANCE PAYMENT | 5,000.00 | |
| 197 07/15/93 | AP_L | DYNAIR SERVICES | ADVANCE PAYMENT | 5,000.00 | |
| 271 07/23/93 | AP_L | DYNAIR SERVICES | ADVANCE PAYMENT | 5,000.00 | |
| 319 07/29/93 | AP_L | DYNAIR SERVICES | ADVANCE PAYMENT | 5,000.00 | |
| 380 08/05/93 | AP_L | DYNAIR SERVICES | ADVANCE PAYMENT | 5,000.00 | |
| 438 08/12/93 | AP_L | DYNAIR SERVICES | ADVANCE PAYMENT | 5,000.00 | |
| 503 08/19/93 | AP_L | DYNAIR SERVICES | ADVANCE PAYMENT | 5,000.00 | |
| 555 08/26/93 | AP_L | DYNAIR SERVICES | ADVANCE PAYMENT | 5,000.00 | |
| 617 09/02/93 | AP_L | DYNAIR SERVICES | ADVANCE PAYMENT | 5,000.00 | |
| 667 09/09/93 | AP_L | DYNAIR SERVICES | ADVANCE PAYMENT | 5,000.00 | |
| 725 09/16/93 | AP_L | DYNAIR SERVICES | ADVANCE PAYMENT | 5,000.00 | 65,000.00 |
| | | | | | |
| 198 07/15/93 | AP_P | EDS | INV S0019867 (7/93 SVCS) | 145,078.02 | |
| 439 08/12/93 | AP_P | EDS | INV 360001 8/93 SVCS | 159,920.78 | |
| 650 09/07/93 | AP_P | EDS | INV S0020455 DTD 9/1/93 | 115,004.07 | 420,002.87 |
| | | | | | |
| 130 07/08/93 | AP_L | EUROCONTROL - BELGIUM | 2/3297/96/1/9304/1 | 2,862.75 | |
| 589 08/30/93 | AP_L | EUROCONTROL - BELGIUM | INV 203297961930601    ECU  1,104.44 = | 1,292.19 | |

| DATE | AGENT | OUTGOING WIRES TO PAY FOR THE MONTHS OF JUNE 24 THRU SEPT. 20 1993 | DESCRIPTION | AMOUNT | TOTAL BY VENDOR |
|---|---|---|---|---|---|
| 668 09/09/93 | AP_L | EUROCONTROL - BELGIUM | 2/03297/96/1/9307/01   ECU 1,155.59 = | 1,380.93 | 5,535.87 |
| 172 07/12/93 | FUEL | EXXON USA | FUEL | 10,000.00 | 10,000.00 |
| 735 09/17/93 | AP_D | FRANK MORROW | REIMB - 8/93 | 4,099.55 | 4,099.55 |
| 79 07/02/93 | AP_R | GARRETT AIRLINE SERVICES | PO 4900891-03R DC9 APU GTCP85-980HF | 75,811.00 | 75,811.00 |
| 360 08/02/93 | RENT | GATX | N420EA DC9-51 | 59,876.00 | |
| 605 09/01/93 | RENT | GATX | N420EA DC9-51 | 59,876.00 | 119,752.00 |
| 15 06/25/93 | RENT | GECC | N705GW DCH-7 | 7,345.00 | |
| 80 07/02/93 | RENT | GECC | N705GW DCH-7 | 7,345.00 | |
| 142 07/09/93 | RENT | GECC | N705GW DCH-7 | 7,345.00 | |
| 209 07/16/93 | RENT | GECC | N705GW DCH-7 | 7,345.00 | |
| 272 07/23/93 | RENT | GECC | N705GW DCH-7 | 7,345.00 | |
| 331 07/30/93 | RENT | GECC | N705GW DCH-7 | 7,345.00 | |
| 392 08/06/93 | RENT | GECC | N705GW DCH-7 | 4,615.00 | |
| 449 08/13/93 | RENT | GECC | N705GW DCH-7 | 4,615.00 | |
| 504 08/19/93 | RENT | GECC | N705GW DCH-7 | 4,615.00 | |
| 568 08/27/93 | RENT | GECC | N705GW DCH-7 | 4,615.00 | |
| 627 09/03/93 | RENT | GECC | N705GW DCH-7 | 4,615.00 | |
| 681 09/10/93 | RENT | GECC | N705GW DCH-7 | 4,615.00 | |
| 736 09/17/93 | RENT | GECC | N705GW DCH-7 | 4,615.00 | 76,375.00 |
| 42 06/28/93 | SUZIE | GIBSON, DUNN & CRUTCHER | LEGAL FEES | 60,000.00 | |
| 131 07/08/93 | AP_D | GIBSON, DUNN & CRUTCHER | LEGAL FEES | 60,000.00 | |
| 250 07/21/93 | AP_D | GIBSON, DUNN & CRUTCHER | LEGAL | 50,000.00 | |
| 311 07/28/93 | AP_D | GIBSON, DUNN & CRUTCHER | LEGAL FEES | 60,000.00 | |
| 450 08/13/93 | AP_D | GIBSON, DUNN & CRUTCHER | LEGAL FEES | 60,000.00 | |
| 474 08/16/93 | AP_D | GIBSON, DUNN & CRUTCHER | LEGAL FEES | 60,000.00 | |
| 505 08/19/93 | AP_D | GIBSON, DUNN & CRUTCHER | LEGAL FEES | 60,000.00 | |
| 556 08/26/93 | AP_D | GIBSON, DUNN & CRUTCHER | LEGAL FEES | 60,000.00 | |
| 618 09/02/93 | AP_D | GIBSON, DUNN & CRUTCHER | LEGAL FEES | 60,000.00 | |
| 669 09/09/93 | AP_D | GIBSON, DUNN & CRUTCHER | LEGAL FEES | 60,000.00 | |
| 726 09/16/93 | AP_D | GIBSON, DUNN & CRUTCHER | LEGAL FEES | 60,000.00 | |
| 761 09/20/93 | AP_D | GIBSON, DUNN & CRUTCHER | RETAINER | 450,000.00 | 1,100,000.00 |
| 16 06/25/93 | RENT | GPA PLC GROUP | EI-CBI DC9-51 (SN 48122) $10,099 | | |
| 17 06/25/93 | RENT | GPA PLC GROUP | EI-CBG DC9-51 (SN 47742) $10,099 | | |
| 18 06/25/93 | RENT | GPA PLC GROUP | EI-CBC DC9-51 (SN 47796) $10,099     = | 48,659.00 | |
| 19 06/25/93 | RENT | GPA PLC GROUP | EI-BTN L1011 (SN 1046) $18,362 | | |
| 81 07/02/93 | RENT | GPA PLC GROUP | EI-CBI DC9-51 (SN 48122) $10,099 | | |
| 82 07/02/93 | RENT | GPA PLC GROUP | EI-CBG DC9-51 (SN 47742) $10,099 | | |
| 83 07/02/93 | RENT | GPA PLC GROUP | EI-BTN L1011 (SN 1046) $18,362 | | |
| 84 07/02/93 | RENT | GPA PLC GROUP | EI-CBC DC9-51 (SN 47796) $10,099 | 48,659.00 | |
| 143 07/09/93 | RENT | GPA PLC GROUP | EI-BTN L1011 (SN 1046) $18,362 | | |
| 144 07/09/93 | RENT | GPA PLC GROUP | EI-CBG DC9-51 (SN 47742) $10,099 | | |
| 145 07/09/93 | RENT | GPA PLC GROUP | EI-CBI DC9-51 (SN 48122) $10,099 | | |
| 146 07/09/93 | RENT | GPA PLC GROUP | EI-CBC DC9-51 (SN 47796) $10,099 | 48,659.00 | |
| 210 07/16/93 | RENT | GPA PLC GROUP | EI-CBC DC9-51 (SN 47796) $10,099 | 48,659.00 | |
| 211 07/16/93 | RENT | GPA PLC GROUP | EI-CBI DC9-51 (SN 48122) $10,099 | | |

| | DATE | AGENT | OUTGOING WIRES TO PAY FOR THE MONTHS OF JUNE 24 THRU SEPT. 20 1993 | DESCRIPTION | AMOUNT | TOTAL BY VENDOR |
|---|---|---|---|---|---|---|
| 212 | 07/16/93 | RENT | GPA PLC GROUP | EI-BTN L1011 (SN 1046) $18,362 | | |
| 213 | 07/16/93 | RENT | GPA PLC GROUP | EI-CBG DC9-51 (SN 47742) $10,099 | | |
| 273 | 07/23/93 | RENT | GPA PLC GROUP | EI-BTN L1011 (SN 1046) $18,362 | | |
| 274 | 07/23/93 | RENT | GPA PLC GROUP | EI-CBI DC9-51 (SN 48122) $10,099 | | |
| 275 | 07/23/93 | RENT | GPA PLC GROUP | EI-CBC DC9-51 (SN 47796) $10,099 | 48,659.00 | |
| 276 | 07/23/93 | RENT | GPA PLC GROUP | EI-CBG DC9-51 (SN 47742) $10,099 | | |
| 332 | 07/30/93 | RENT | GPA PLC GROUP | EI-CBI DC9-51 (SN 48122) $10,099 | | |
| 333 | 07/30/93 | RENT | GPA PLC GROUP | EI-CBG DC9-51 (SN 47742) $10,099 | | |
| 334 | 07/30/93 | RENT | GPA PLC GROUP | EI-CBC DC9-51 (SN 47796) $10,099 | 48,659.00 | |
| 335 | 07/30/93 | RENT | GPA PLC GROUP | EI-BTN L1011 (SN 1046) $18,362 | | |
| 393 | 08/06/93 | RENT | GPA PLC GROUP | JULY 1993 PMT - SECURED COLLATERAL | 113,000.00 | |
| 394 | 08/06/93 | RENT | GPA PLC GROUP | EI-BTN L1011 (SN 1046) $ 18,362 | | |
| 395 | 08/06/93 | RENT | GPA PLC GROUP | EI-CBC DC9-51 (SN 47796) $ 10,099 | = 48,659.00 | |
| 396 | 08/06/93 | RENT | GPA PLC GROUP | EI-CBG DC9-51 (SN 47742) $ 10,099 | | |
| 397 | 08/06/93 | RENT | GPA PLC GROUP | EI-CBI DC9-51 (SN 48122) $ 10,099 | | |
| 451 | 08/13/93 | RENT | GPA PLC GROUP | EI-CBC DC9-51 (SN 47796) $ 2,593 | = 12,493.00 | |
| 452 | 08/13/93 | RENT | GPA PLC GROUP | EI-BTN L1011 (SN 1046) $ 4,714 | | |
| 453 | 08/13/93 | RENT | GPA PLC GROUP | EI-CBI DC9-51 (SN 48122) $ 2,593 | | |
| 454 | 08/13/93 | RENT | GPA PLC GROUP | EI-CBG DC9-51 (SN 47742) $ 2,593 | | |
| 506 | 08/19/93 | RENT | GPA PLC GROUP | EI-BTN L1011 (SN 1046) $11,538 | | |
| 507 | 08/19/93 | RENT | GPA PLC GROUP | EI-CBC DC9-51 (SN 47796) $ 6,346 | = 30,576.00 | |
| 508 | 08/19/93 | RENT | GPA PLC GROUP | EI-CBI DC9-51 (SN 48122) $ 6,346 | | |
| 509 | 08/19/93 | RENT | GPA PLC GROUP | EI-CBG DC9-51 (SN 47742) $ 6,346 | | |
| 543 | 08/25/93 | RENT | GPA PLC GROUP | SECURED COLLATERAL - AUGUST 1993 PMT | 113,000.00 | |
| 590 | 08/30/93 | RENT | GPA PLC GROUP | EI-CBC DC9-51 (SN 47796) $ 6,346 | = 30,576.00 | |
| 591 | 08/30/93 | RENT | GPA PLC GROUP | EI-CBI DC9-51 (SN 48122) $ 6,346 | | |
| 592 | 08/30/93 | RENT | GPA PLC GROUP | EI-CBG DC9-51 (SN 47742) $ 6,346 | | |
| 593 | 08/30/93 | RENT | GPA PLC GROUP | EI-BTN L1011 (SN 1046) $11,538 | | |
| 628 | 09/03/93 | RENT | GPA PLC GROUP | EI-BTN L1011 (SN 1046) $11,538 | | |
| 629 | 09/03/93 | RENT | GPA PLC GROUP | EI-CBI DC9-51 (SN 48122) $ 6,346 | | |
| 630 | 09/03/93 | RENT | GPA PLC GROUP | EI-CBC DC9-51 (SN 47796) $ 6,346 | = 30,576.00 | |
| 631 | 09/03/93 | RENT | GPA PLC GROUP | EI-CBG DC9-51 (SN 47742) $ 6,346 | | |
| 682 | 09/10/93 | RENT | GPA PLC GROUP | EI-CBI DC9-51 (SN 48122) $ 6,346 | | |
| 683 | 09/10/93 | RENT | GPA PLC GROUP | EI-CBC DC9-51 (SN 47796) $ 6,346 | = 30,576.00 | |
| 684 | 09/10/93 | RENT | GPA PLC GROUP | EI-BTN L1011 (SN 1046) $11,538 | | |
| 685 | 09/10/93 | RENT | GPA PLC GROUP | EI-CBG DC9-51 (SN 47742) $ 6,346 | | |
| 737 | 09/17/93 | RENT | GPA PLC GROUP | EI-CBI DC9-51 (SN 48122) $ 6,346 | | |
| 738 | 09/17/93 | RENT | GPA PLC GROUP | EI-BTN L1011 (SN 1046) $11,538 | | |
| 739 | 09/17/93 | RENT | GPA PLC GROUP | EI-CBG DC9-51 (SN 47742) $ 6,346 | | |
| 740 | 09/17/93 | RENT | GPA PLC GROUP | EI-CBC DC9-51 (SN 47796) $ 6,346 | = 30,576.00 | 731,986.00 |
| 47 | 06/29/93 | AP_R | GREENWICH AIR SERVICE | S/N 688712-17 PO7201536-63R | 25,000.00 | |
| 85 | 07/02/93 | AP_R | GREENWICH AIR SERVICE | JTBD S/N 708324-17 (DWN PMT) | 100,000.00 | |
| 108 | 07/06/93 | AP_R | GREENWICH AIR SERVICE | S/N 688712-17 $25,000.00 | | |
| 109 | 07/06/93 | AP_R | GREENWICH AIR SERVICE | S/N 708324-17 $25,000.00 | 50,000.00 | |
| 179 | 07/13/93 | AP_R | GREENWICH AIR SERVICE | S/N 688712-17 $25,000.00 | | |
| 180 | 07/13/93 | AP_R | GREENWICH AIR SERVICE | S/N 708324-17 $25,000.00 = | 50,000.00 | |
| 243 | 07/20/93 | AP_R | GREENWICH AIR SERVICE | S/N 688712-17 $25,000.00 | | |
| 244 | 07/20/93 | AP_R | GREENWICH AIR SERVICE | S/N 708324-17 $25,000.00 = | 50,000.00 | |
| 305 | 07/27/93 | AP_R | GREENWICH AIR SERVICE | S/N 708324-17 $25,000.00 = | 25,000.00 | |
| 366 | 08/03/93 | AP_R | GREENWICH AIR SERVICE | S/N 708324-17 | 25,000.00 | |
| 422 | 08/10/93 | AP_R | GREENWICH AIR SERVICE | S/N 708324-17 | 25,000.00 | |

| DATE | AGENT | OUTGOING WIRES TO PAY FOR THE MONTHS OF JUNE 24 THRU SEPT. 20 1993 | DESCRIPTION | | AMOUNT | TOTAL BY VENDOR |
|---|---|---|---|---|---|---|
| 20 06/25/93 | RENT | JOHN HANCOCK LEASING | JT8D-17 (708324) | $2,938 | | |
| 21 06/25/93 | RENT | JOHN HANCOCK LEASING | JT8D-17 (654028) | $2,938 | = 5,876.00 | |
| 86 07/02/93 | RENT | JOHN HANCOCK LEASING | JT8D-17 (654028) | $2,938 | 5,876.00 | |
| 87 07/02/93 | RENT | JOHN HANCOCK LEASING | JT8D-17 (708324) | $2,938 | | |
| 148 07/09/93 | RENT | JOHN HANCOCK LEASING | JT8D-17 (654028) | $2,938 | 5,876.00 | |
| 149 07/09/93 | RENT | JOHN HANCOCK LEASING | JT8D-17 (708324) | $2,938 | | |
| 214 07/16/93 | RENT | JOHN HANCOCK LEASING | JT8D-17 (708324) | $2,938 | | |
| 215 07/16/93 | RENT | JOHN HANCOCK LEASING | JT8D-17 (654028) | $2,938 | 5,876.00 | |
| 277 07/23/93 | RENT | JOHN HANCOCK LEASING | JT8D-17 (654028) | $2,938 | 5,876.00 | |
| 278 07/23/93 | RENT | JOHN HANCOCK LEASING | JT8D-17 (708324) | $2,938 | | |
| 339 07/30/93 | RENT | JOHN HANCOCK LEASING | JT8D-17 (654028) | $2,938 | 5,876.00 | |
| 340 07/30/93 | RENT | JOHN HANCOCK LEASING | JT8D-17 (708324) | $2,938 | | |
| 399 08/06/93 | RENT | JOHN HANCOCK LEASING | JT8D-17 (708324) | $1,846 | | |
| 400 08/06/93 | RENT | JOHN HANCOCK LEASING | JT8D-17 (654028) | $1,846 | = 3,692.00 | |
| 455 08/13/93 | RENT | JOHN HANCOCK LEASING | JT8D-17 (708324) | $1,846 | | |
| 456 08/13/93 | RENT | JOHN HANCOCK LEASING | JT8D-17 (654028) | $1,846 | = 3,692.00 | |
| 511 08/19/93 | RENT | JOHN HANCOCK LEASING | JT8D-17 (708324) | $1,846 | | |
| 512 08/19/93 | RENT | JOHN HANCOCK LEASING | JT8D-17 (654028) | $1,846 | = 3,692.00 | |
| 569 08/27/93 | RENT | JOHN HANCOCK LEASING | JT8D-17 (654028) | $1,846 | = 3,692.00 | |
| 570 08/27/93 | RENT | JOHN HANCOCK LEASING | JT8D-17 (708324) | $1,846 | | |
| 632 09/03/93 | RENT | JOHN HANCOCK LEASING | JT8D-17 (654028) | $1,846 | = 3,692.00 | |
| 633 09/03/93 | RENT | JOHN HANCOCK LEASING | JT8D-17 (708324) | $1,846 | | |
| 686 09/10/93 | RENT | JOHN HANCOCK LEASING | JT8D-17 (654028) | $1,846 | = 3,692.00 | |
| 687 09/10/93 | RENT | JOHN HANCOCK LEASING | JT8D-17 (708324) | $1,846 | | |
| 742 09/17/93 | RENT | JOHN HANCOCK LEASING | JT8D-17 (708324) | $1,846 | | |
| 743 09/17/93 | RENT | JOHN HANCOCK LEASING | JT8D-17 (654028) | $1,846 | = 3,692.00 | 61,100.00 |
| 22 06/25/93 | RENT | KAWASAKI | N765BE -/2 Spare RB211's | $21,117 | | |
| 23 06/25/93 | RENT | KAWASAKI | N766BE - | $21,117 | = 84,468.00 | |
| 24 06/25/93 | RENT | KAWASAKI | N762BE - | $21,117 | | |
| 25 06/25/93 | RENT | KAWASAKI | N764BE -/1 Spare RB211 | $21,117 | | |
| 88 07/02/93 | RENT | KAWASAKI | N762BE - | $21,117 | | |
| 89 07/02/93 | RENT | KAWASAKI | N765BE -/2 Spare RB211's | $21,117 | | |
| 90 07/02/93 | RENT | KAWASAKI | N766BE - | $21,117 | 84,468.00 | |
| 91 07/02/93 | RENT | KAWASAKI | N764BE -/1 Spare RB211 | $21,117 | | |
| 150 07/09/93 | RENT | KAWASAKI | N762BE - | $21,117 | | |
| 151 07/09/93 | RENT | KAWASAKI | N764BE -/1 Spare RB211 | $21,117 | | |
| 152 07/09/93 | RENT | KAWASAKI | N766BE - | $21,117 | 84,468.00 | |
| 153 07/09/93 | RENT | KAWASAKI | N765BE -/2 Spare RB211's | $21,117 | | |
| 216 07/16/93 | RENT | KAWASAKI | N762BE - | $21,117 | | |
| 217 07/16/93 | RENT | KAWASAKI | N766BE - | $21,117 | 84,468.00 | |
| 218 07/16/93 | RENT | KAWASAKI | N765BE -/2 Spare RB211's | $21,117 | | |
| 219 07/16/93 | RENT | KAWASAKI | N764BE -/1 Spare RB211 | $21,117 | | |
| 279 07/23/93 | RENT | KAWASAKI | N766BE - | $21,117 | 84,468.00 | |
| 280 07/23/93 | RENT | KAWASAKI | N765BE -/2 Spare RB211's | $21,117 | | |
| 281 07/23/93 | RENT | KAWASAKI | N764BE -/1 Spare RB211 | $21,117 | | |
| 282 07/23/93 | RENT | KAWASAKI | N762BE - | $21,117 | | |
| 341 07/30/93 | RENT | KAWASAKI | N762BE - | $21,117 | | |
| 342 07/30/93 | RENT | KAWASAKI | N765BE -/2 Spare RB211's | $21,117 | | |
| 343 07/30/93 | RENT | KAWASAKI | N766BE - | $21,117 | 84,468.00 | |
| 344 07/30/93 | RENT | KAWASAKI | N764BE -/1 Spare RB211 | $21,117 | | |
| 401 08/06/93 | RENT | KAWASAKI | N762BE - | $13,269 | | |

| DATE | AGENT | OUTGOING WIRES TO PAY FOR THE MONTHS OF JUNE 24 THRU SEPT. 20 1993 | DESCRIPTION | AMOUNT | TOTAL BY VENDOR |
|------|-------|---------|-------------|--------|-----------------|
| 482 08/17/93 | AP_R | GREENWICH AIR SERVICE | S/N 708324-17 | 25,000.00 | |
| 535 08/24/93 | AP_R | GREENWICH AIR SERVICE | S/N 708324-17 | 25,000.00 | |
| 600 08/31/93 | AP_R | GREENWICH AIR SERVICE | S/N 708324-17 | 25,000.00 | |
| 651 09/07/93 | AP_R | GREENWICH AIR SERVICE | S/N 708324-17 | 25,000.00 | 450,000.00 |
| 336 07/30/93 | MH | HAL, INC. | FUND TRANSFER | 5,000.00 | 5,000.00 |
| 536 08/24/93 | MH | HAWAIIAN AIR - CPB ACCT | FUND TRANSFER | 20,000.00 | |
| 557 08/26/93 | MH | HAWAIIAN AIR - CPB ACCT | FUND TRNSF | 20,000.00 | 40,000.00 |
| 670 09/09/93 | AP_L | HAWAIIAN AIR SYDNEY SALES | IMPREST REIMB      AUST $ 12,559.97 = | 8,352.38 | 8,352.38 |
| 173 07/12/93 | AP_M | HAWAIIAN AIR (SYD SALES) | IMPREST REIMB      AUST $10,156.45      = | 7,056.70 | 7,056.70 |
| 4 06/24/93 | AP_K | HAWAIIAN AIRLINES (CHASE ACCT) | FUND TRSF FOR: 6/28/93 ACH | 590,000.00 | |
| 147 07/09/93 | AP_K | HAWAIIAN AIRLINES (CHASE ACCT) | FUND TRSF FOR: 7/13/93 IATA | 126,000.00 | |
| 299 07/26/93 | AP_K | HAWAIIAN AIRLINES (CHASE ACCT) | FUND TRSF FOR: 7/28/93 ACH | 86,000.00 | |
| 558 08/26/93 | KUULEI | HAWAIIAN AIRLINES (CHASE ACCT) | FUND TRSF FOR: 8/30/93 ACH | 240,000.00 | 1,042,000.00 |
| 55 06/30/93 | AP_K | HAWAIIAN AIRLINES (RAR ACCT) | FUND TRANSFER | 10,000.00 | |
| 245 07/20/93 | MH | HAWAIIAN AIRLINES (RAR ACCT) | FUND TRANSFER | 10,000.00 | 20,000.00 |
| 489 08/18/93 | AP_L | HEATHROW AIRPORT LTD | INV 575018, 576396      ENG PD 1,162.78      = | 1,786.96 | |
| 490 08/18/93 | AP_L | HEATHROW AIRPORT LTD | INV 574746, 574899 | | |
| 671 09/09/93 | AP_L | HEATHROW ARIPORT LTD | #580773/580930/581058  ENG PD 656.11 = | 1,032.58 | 2,819.54 |
| 68 07/01/93 | FUEL | HIRI | FUEL (OGG) | 21,032.00 | |
| 132 07/08/93 | FUEL | HIRI | FUEL (OGG) | 8,212.00 | |
| 199 07/15/93 | FUEL | HIRI | FUEL (OGG) | 11,081.00 | |
| 261 07/22/93 | FUEL | HIRI | FUEL (OGG) | 18,221.00 | |
| 320 07/29/93 | FUEL | HIRI | FUEL (OGG) | 15,348.00 | |
| 381 08/05/93 | FUEL | HIRI | FUEL (OGG) | 17,320.00 | |
| 440 08/12/93 | FUEL | HIRI | FUEL (OGG) | 12,756.00 | |
| 510 08/19/93 | FUEL | HIRI | FUEL (OGG) | 12,972.00 | 116,942.00 |
| 337 07/30/93 | AP_R | HONEYWELL | PO 3403254-05/PO568042 WINDSHR M767 | 50,980.00 | 50,980.00 |
| 559 08/26/93 | AP_D | INTEGRATED AIRCRAFT FWD MGMT CORP | REPLENISH EXP REIMB ACCT | 30,000.00 | 30,000.00 |
| 398 08/06/93 | RENT | INTEGRATED (LOCKHEED FINANCE) | N689HA DC9-51 | 6,346.00 | 6,346.00 |
| 251 07/21/93 | AP_R | INTL AIRLINES SUPPORT GROUP | INV 100253B/100253A/100253C [NOSE COWLS] | 45,000.00 | 45,000.00 |
| 56 06/30/93 | PR | INVEST PURCH ACCT (VANGUARD) | FA 401K #091302 P/R END: 6/15/93 | 72,139.53 | |
| 187 07/14/93 | PR | INVEST PURCH ACCT (VANGUARD) | FA 401K #091302 P/R END: 6/30/93 | 161,973.88 | |
| 338 07/30/93 | PR | INVEST PURCH ACCT (VANGUARD) | FA 401K #091302 P/R END: 7/15/93 | 81,751.90 | |
| 475 08/16/93 | PR | INVEST PURCH ACCT (VANGUARD) | FA 401K #091302 P/R END: 7/31/93 | 184,945.98 | |
| 606 09/01/93 | PR | INVEST PURCH ACCT (VANGUARD) | FA 401K #091302 P/R END: 8/15/93 | 76,810.60 | |
| 715 09/15/93 | PR | INVEST PURCH ACCT (VANGUARD) | FA 401K #091302 P/R END: 8/31/93 | 173,361.75 | 750,983.64 |
| 741 09/17/93 | AP_D | JERROLD A. GLASS | REIMB - 8/93, 9/93 RETAINER $10,000 | 18,245.96 | 18,245.96 |

| DATE | AGENT | OUTGOING WIRES TO PAY FOR THE MONTHS OF JUNE 24 THRU SEPT. 20 1993 | DESCRIPTION | AMOUNT | TOTAL BY VENDOR |
|------|-------|------|------|------|------|
| 402 08/06/93 | REMT | KAWASAKI | N766BE - $13,269 | = 53,076.00 | |
| 403 08/06/93 | REMT | KAWASAKI | N765BE -/2 Spare RB211's $13,269 | | |
| 404 08/06/93 | REMT | KAWASAKI | N764BE -/1 Spare RB211 $13,269 | | |
| 457 08/13/93 | REMT | KAWASAKI | N765BE -/2 Spare RB211's $13,269 | | |
| 458 08/13/93 | REMT | KAWASAKI | N762BE - $13,269 | | |
| 459 08/13/93 | REMT | KAWASAKI | N764BE -/1 Spare RB211 $13,269 | | |
| 460 08/13/93 | REMT | KAWASAKI | N766BE - $13,269 | = 53,076.00 | |
| 513 08/19/93 | REMT | KAWASAKI | N762BE - $13,269 | | |
| 514 08/19/93 | REMT | KAWASAKI | N765BE -/2 Spare RB211's $13,269 | | |
| 515 08/19/93 | REMT | KAWASAKI | N766BE - $13,269 | = 53,076.00 | |
| 516 08/19/93 | REMT | KAWASAKI | N764BE -/1 Spare RB211 $13,269 | | |
| 571 08/27/93 | REMT | KAWASAKI | N765BE -/2 Spare RB211's $13,269 | | |
| 572 08/27/93 | REMT | KAWASAKI | N762BE - $13,269 | | |
| 573 08/27/93 | REMT | KAWASAKI | N766BE - $13,269 | = 53,076.00 | |
| 574 08/27/93 | REMT | KAWASAKI | N764BE -/1 Spare RB211 $13,269 | | |
| 634 09/03/93 | REMT | KAWASAKI | N762BE - $13,269 | | |
| 635 09/03/93 | REMT | KAWASAKI | N765BE -/2 Spare RB211's $13,269 | | |
| 636 09/03/93 | REMT | KAWASAKI | N764BE -/1 Spare RB211 $13,269 | | |
| 637 09/03/93 | REMT | KAWASAKI | N766BE - $13,269 | = 53,076.00 | |
| 688 09/10/93 | REMT | KAWASAKI | N764BE -/1 Spare RB211 $13,269 | | |
| 689 09/10/93 | REMT | KAWASAKI | N762BE - $13,269 | | |
| 690 09/10/93 | REMT | KAWASAKI | N766BE - $13,269 | = 53,076.00 | |
| 691 09/10/93 | REMT | KAWASAKI | N765BE -/2 Spare RB211's $13,269 | | |
| 744 09/17/93 | REMT | KAWASAKI | N765BE -/2 Spare RB211's $13,269 | | |
| 745 09/17/93 | REMT | KAWASAKI | N762BE - $13,269 | | |
| 746 09/17/93 | REMT | KAWASAKI | N766BE - $13,269 | = 53,076.00 | |
| 747 09/17/93 | REMT | KAWASAKI | N764BE -/1 Spare RB211 $13,269 | | 878,340.00 |
| | | | | | |
| 154 07/09/93 | AP_D | KENNETH LEVENTHAL & ASSOCIATES | JUNE 26 - JULY 2, 1993 BILLINGS | 8,650.00 | |
| 382 08/05/93 | AP_D | KENNETH LEVENTHAL & ASSOCIATES | PROFESSIONAL SVCS | 50,000.00 | |
| 692 09/10/93 | AP_D | KENNETH LEVENTHAL & ASSOCIATES | JULY 31 - AUGUST 27, 1993 SERVICES | 89,291.00 | |
| 762 09/20/93 | AP_D | KENNETH LEVENTHAL & ASSOCIATES | RETAINER | 100,000.00 | 247,941.00 |
| | | | | | |
| 48 06/29/93 | AP_M | KONA HILTON RESORT | ADVANCE PMT FOR JULY 1993 | 6,768.54 | |
| 321 07/29/93 | AP_K | KONA HILTON RESORT | ADVANCE PMT FOR: AUGUST 1993 | 6,768.54 | |
| 383 08/05/93 | AP_K | KONA HILTON RESORT | ADV PMT - 8/30/93 (ADDL 5 ROOMS) | 6,768.54 | |
| 594 08/30/93 | AP_K | KONA HILTON RESORT | ADVANCE PMT | 1,834.06 | 22,139.68 |
| | | | | | |
| 763 09/20/93 | AP_D | KPMG PEAT MARWICK | RETAINER | 25,000.00 | 25,000.00 |
| | | | | | |
| 69 07/01/93 | AP_R | LOCKHEED AERONAUTICAL SYST CO. | PO 83923 A/C EI-BTM 767 SVC BULLETINS | 49,508.00 | 49,508.00 |
| | | | | | |
| 537 08/24/93 | AP_B | LUCAS AVIATION | INV 10404 A/C 65 (N672 SN 47661) | 654,300.00 | 654,300.00 |
| | | | | | |
| 49 06/29/93 | AP_P | MCDONNELL DOUGLAS | PURCHASES FOR: 5/1-5/11/93 | 21,254.76 | |
| 110 07/06/93 | AP_L | MCDONNELL DOUGLAS | PURCHASES FOR: 11/2/92, 5/12-5/31/93 | 16,438.49 | |
| 220 07/16/93 | AP_L | MCDONNELL DOUGLAS | PURCHASES FOR: 6/1-6/9/93 | 4,884.40 | |
| 283 07/23/93 | AP_L | MCDONNELL DOUGLAS | PURCHASES FOR: 7/10/93-7/22/93 | 23,084.40 | |
| 476 08/16/93 | AP_L | MCDONNELL DOUGLAS | INVOICES 07/01-07/13 | 34,451.90 | |
| 530 08/23/93 | AP_L | MCDONNELL DOUGLAS | PURCHASES FOR: JULY 14-20 | 55,028.12 | 155,142.07 |
| | | | | | |
| 252 07/21/93 | SUZIE | MICHAEL SITRICK & COMPANY | FEES | 40,000.00 | |

| DATE | AGENT | OUTGOING WIRES TO PAY FOR THE MONTHS OF JUNE 24 THRU SEPT. 20 1993 | DESCRIPTION | | AMOUNT | TOTAL BY VENDOR |
|---|---|---|---|---|---|---|
| 710 09/14/93 | AP_D | MICHAEL SITRICK & COMPANY | FEES (P/R) | | 40,000.00 | 80,000.00 |
| 26 06/25/93 | RENT | NATIONAL LEASE INCOME FUND | RB211 ENG (S/N 10386) | $3,672 : | 7,344.00 | |
| 27 06/25/93 | RENT | NATIONAL LEASE INCOME FUND | RB211 ENG (S/N 10115) | $3,672 | | |
| 92 07/02/93 | RENT | NATIONAL LEASE INCOME FUND | RB211 ENG (S/N 10115) | $3,672 | | |
| 93 07/02/93 | RENT | NATIONAL LEASE INCOME FUND | RB211 ENG (S/N 10386) | $3,672 | 7,344.00 | |
| 155 07/09/93 | RENT | NATIONAL LEASE INCOME FUND | RB211 ENG (S/N 10386) | $3,672 | 7,344.00 | |
| 156 07/09/93 | RENT | NATIONAL LEASE INCOME FUND | RB211 ENG (S/N 10115) | $3,672 | | |
| 221 07/16/93 | RENT | NATIONAL LEASE INCOME FUND | RB211 ENG (S/N 10386) | $3,672 | 7,344.00 | |
| 222 07/16/93 | RENT | NATIONAL LEASE INCOME FUND | RB211 ENG (S/N 10115) | $3,672 | | |
| 284 07/23/93 | RENT | NATIONAL LEASE INCOME FUND | RB211 ENG (S/N 10386) | $3,672 | 7,344.00 | |
| 285 07/23/93 | RENT | NATIONAL LEASE INCOME FUND | RB211 ENG (S/N 10115) | $3,672 | | |
| 345 07/30/93 | RENT | NATIONAL LEASE INCOME FUND | RB211 ENG (S/N 10115) | $3,672 | | |
| 346 07/30/93 | RENT | NATIONAL LEASE INCOME FUND | RB211 ENG (S/N 10386) | $3,672 | 7,344.00 | |
| 405 08/06/93 | RENT | NATIONAL LEASE INCOME FUND | RB211 ENG (S/N 10115) | $2,308 | | |
| 406 08/06/93 | RENT | NATIONAL LEASE INCOME FUND | RB211 ENG (S/N 10386) | $2,308 : | 4,616.00 | |
| 461 08/13/93 | RENT | NATIONAL LEASE INCOME FUND | RB211 ENG (S/N 10386) | $2,308 : | 4,616.00 | |
| 462 08/13/93 | RENT | NATIONAL LEASE INCOME FUND | RB211 ENG (S/N 10115) | $2,308 | | |
| 517 08/19/93 | RENT | NATIONAL LEASE INCOME FUND | RB211 ENG (S/N 10386) | $2,308 : | 4,616.00 | |
| 518 08/19/93 | RENT | NATIONAL LEASE INCOME FUND | RB211 ENG (S/N 10115) | $2,308 | | |
| 575 08/27/93 | RENT | NATIONAL LEASE INCOME FUND | RB211 ENG (S/N 10386) | $2,308 : | 4,616.00 | |
| 576 08/27/93 | RENT | NATIONAL LEASE INCOME FUND | RB211 ENG (S/N 10115) | $2,308 | | |
| 638 09/03/93 | RENT | NATIONAL LEASE INCOME FUND | RB211 ENG (S/N 10115) | $2,308 | | |
| 639 09/03/93 | RENT | NATIONAL LEASE INCOME FUND | RB211 ENG (S/N 10386) | $2,308 : | 4,616.00 | |
| 693 09/10/93 | RENT | NATIONAL LEASE INCOME FUND | RB211 ENG (S/N 10386) | $2,308 : | 4,616.00 | |
| 694 09/10/93 | RENT | NATIONAL LEASE INCOME FUND | RB211 ENG (S/N 10115) | $2,308 | | |
| 748 09/17/93 | RENT | NATIONAL LEASE INCOME FUND | RB211 ENG (S/N 10115) | $2,308 | | |
| 749 09/17/93 | RENT | NATIONAL LEASE INCOME FUND | RB211 ENG (S/N 10386) | $2,308 : | 4,616.00 | 76,376.00 |
| 28 06/25/93 | RENT | NIAGRA ASSETS CORP (INTEG) | N890S DCH7 | $7,345 | | |
| 29 06/25/93 | RENT | NIAGRA ASSETS CORP (INTEG) | N60RA DCH7 | $7,345 : | 22,035.00 | |
| 30 06/25/93 | RENT | NIAGRA ASSETS CORP (INTEG) | N62RA DCH7 | $7,345 | | |
| 94 07/02/93 | RENT | NIAGRA ASSETS CORP (INTEG) | N60RA DCH7 | $7,345 | 22,035.00 | |
| 95 07/02/93 | RENT | NIAGRA ASSETS CORP (INTEG) | N62RA DCH7 | $7,345 | | |
| 96 07/02/93 | RENT | NIAGRA ASSETS CORP (INTEG) | N890S DCH7 | $7,345 | | |
| 157 07/09/93 | RENT | NIAGRA ASSETS CORP (INTEG) | N890S DCH7 | $7,345 | | |
| 158 07/09/93 | RENT | NIAGRA ASSETS CORP (INTEG) | N62RA DCH7 | $7,345 | | |
| 159 07/09/93 | RENT | NIAGRA ASSETS CORP (INTEG) | N60RA DCH7 | $7,345 | 22,035.00 | |
| 223 07/16/93 | RENT | NIAGRA ASSETS CORP (INTEG) | N60RA DCH7 | $7,345 | 22,035.00 | |
| 224 07/16/93 | RENT | NIAGRA ASSETS CORP (INTEG) | N890S DCH7 | $7,345 | | |
| 225 07/16/93 | RENT | NIAGRA ASSETS CORP (INTEG) | N62RA DCH7 | $7,345 | | |
| 286 07/23/93 | RENT | NIAGRA ASSETS CORP (INTEG) | N62RA DCH7 | $7,345 | | |
| 287 07/23/93 | RENT | NIAGRA ASSETS CORP (INTEG) | N890S DCH7 | $7,345 | | |
| 288 07/23/93 | RENT | NIAGRA ASSETS CORP (INTEG) | N60RA DCH7 | $7,345 | 22,035.00 | |
| 347 07/30/93 | RENT | NIAGRA ASSETS CORP (INTEG) | N60RA DCH7 | $7,345 | 22,035.00 | |
| 348 07/30/93 | RENT | NIAGRA ASSETS CORP (INTEG) | N890S DCH7 | $7,345 | | |
| 349 07/30/93 | RENT | NIAGRA ASSETS CORP (INTEG) | N62RA DCH7 | $7,345 | | |
| 407 08/06/93 | RENT | NIAGRA ASSETS CORP (INTEG) | N60RA DCH7 | $4,615 : | 13,845.00 | |
| 408 08/06/93 | RENT | NIAGRA ASSETS CORP (INTEG) | N62RA DCH7 | $4,615 | | |
| 409 08/06/93 | RENT | NIAGRA ASSETS CORP (INTEG) | N890S DCH7 | $4,615 | | |
| 463 08/13/93 | RENT | NIAGRA ASSETS CORP (INTEG) | N62RA DCH7 | $4,615 | | |
| 464 08/13/93 | RENT | NIAGRA ASSETS CORP (INTEG) | N60RA DCH7 | $4,615 : | 13,845.00 | |

| DATE | AGENT | OUTGOING WIRES TO PAY FOR THE MONTHS OF JUNE 24 THRU SEPT. 20 1993 | DESCRIPTION | | AMOUNT | TOTAL BY VENDOR |
|------|-------|-----------------------------------------------------------------------|-------------|---|--------|------------------|
| 465 08/13/93 | RENT | NIAGRA ASSETS CORP (INTEG) | N890S DCH7 | $4,615 | | |
| 519 08/19/93 | RENT | NIAGRA ASSETS CORP (INTEG) | N62RA DCH7 | $4,615 | | |
| 520 08/19/93 | RENT | NIAGRA ASSETS CORP (INTEG) | N890S DCH7 | $4,615 | | |
| 521 08/19/93 | RENT | NIAGRA ASSETS CORP (INTEG) | N60RA DCH7 | $4,615 | = | 13,845.00 |
| 577 08/27/93 | RENT | NIAGRA ASSETS CORP (INTEG) | N60RA DCH7 | $4,615 | = | 13,845.00 |
| 578 08/27/93 | RENT | NIAGRA ASSETS CORP (INTEG) | N890S DCH7 | $4,615 | | |
| 579 08/27/93 | RENT | NIAGRA ASSETS CORP (INTEG) | N62RA DCH7 | $4,615 | | |
| 640 09/03/93 | RENT | NIAGRA ASSETS CORP (INTEG) | N60RA DCH7 | $4,615 | = | 13,845.00 |
| 641 09/03/93 | RENT | NIAGRA ASSETS CORP (INTEG) | N62RA DCH7 | $4,615 | | |
| 642 09/03/93 | RENT | NIAGRA ASSETS CORP (INTEG) | N890S DCH7 | $4,615 | | |
| 695 09/10/93 | RENT | NIAGRA ASSETS CORP (INTEG) | N890S DCH7 | $4,615 | | |
| 696 09/10/93 | RENT | NIAGRA ASSETS CORP (INTEG) | N60RA DCH7 | $4,615 | = | 13,845.00 |
| 697 09/10/93 | RENT | NIAGRA ASSETS CORP (INTEG) | N62RA DCH7 | $4,615 | | |
| 750 09/17/93 | RENT | NIAGRA ASSETS CORP (INTEG) | N60RA DCH7 | $4,615 | = | 13,845.00 |
| 751 09/17/93 | RENT | NIAGRA ASSETS CORP (INTEG) | N890S DCH7 | $4,615 | | |
| 752 09/17/93 | RENT | NIAGRA ASSETS CORP (INTEG) | N62RA DCH7 | $4,615 | | 229,125.00 |
| | | | | | | |
| 5 06/24/93 | FUEL | NORTHWEST AIRLINES | FUEL | | 100,000.00 | |
| 31 06/25/93 | FUEL | NORTHWEST AIRLINES | FUEL | | 300,000.00 | |
| 43 06/28/93 | FUEL | NORTHWEST AIRLINES | FUEL | | 100,000.00 | |
| 50 06/29/93 | FUEL | NORTHWEST AIRLINES | FUEL | | 120,000.00 | |
| 57 06/30/93 | AP_L | NORTHWEST AIRLINES | FUEL 150,000 / GRND HNDLNG 80,136.00 | | 230,136.00 | |
| 70 07/01/93 | FUEL | NORTHWEST AIRLINES | FUEL | | 103,000.00 | |
| 97 07/02/93 | FUEL | NORTHWEST AIRLINES | FUEL | | 412,000.00 | |
| 111 07/06/93 | FUEL | NORTHWEST AIRLINES | FUEL | | 103,000.00 | |
| 122 07/07/93 | AP_L | NORTHWEST AIRLINES | FUEL 103,000 / GRND HNDLNG 35,336 | | 138,336.00 | |
| 133 07/08/93 | FUEL | NORTHWEST AIRLINES | FUEL | | 103,000.00 | |
| 160 07/09/93 | FUEL | NORTHWEST AIRLINES | FUEL | | 309,000.00 | |
| 174 07/12/93 | FUEL | NORTHWEST AIRLINES | FUEL | | 103,000.00 | |
| 181 07/13/93 | FUEL | NORTHWEST AIRLINES | FUEL | | 103,000.00 | |
| 188 07/14/93 | AP_L | NORTHWEST AIRLINES | FUEL 103,000 / GRND HNDLNG 41,215.40 | | 144,215.40 | |
| 200 07/15/93 | FUEL | NORTHWEST AIRLINES | FUEL | | 103,000.00 | |
| 226 07/16/93 | FUEL | NORTHWEST AIRLINES | FUEL | | 309,000.00 | |
| 238 07/19/93 | FUEL | NORTHWEST AIRLINES | FUEL | | 103,000.00 | |
| 246 07/20/93 | FUEL | NORTHWEST AIRLINES | FUEL | | 103,000.00 | |
| 253 07/21/93 | AP_L | NORTHWEST AIRLINES | FUEL 103,000 / GRND HNDLNG 33,936.00 | | 136,936.00 | |
| 262 07/22/93 | FUEL | NORTHWEST AIRLINES | FUEL | | 103,000.00 | |
| 289 07/23/93 | FUEL | NORTHWEST AIRLINES | FUEL | | 309,000.00 | |
| 300 07/26/93 | FUEL | NORTHWEST AIRLINES | FUEL | | 103,000.00 | |
| 306 07/27/93 | FUEL | NORTHWEST AIRLINES | FUEL | | 103,000.00 | |
| 312 07/28/93 | AP_L | NORTHWEST AIRLINES | FUEL 103,000 / GRND HNDLNG 81,180.95 | | 184,180.95 | |
| 322 07/29/93 | FUEL | NORTHWEST AIRLINES | FUEL | | 103,000.00 | |
| 350 07/30/93 | FUEL | NORTHWEST AIRLINES | FUEL | | 300,000.00 | |
| 361 08/02/93 | FUEL | NORTHWEST AIRLINES | FUEL | | 100,000.00 | |
| 367 08/03/93 | FUEL | NORTHWEST AIRLINES | FUEL | | 100,000.00 | |
| 372 08/04/93 | AP_L | NORTHWEST AIRLINES | FUEL 100,000 / GRND HNDLNG 34,179 | | 134,179.00 | |
| 384 08/05/93 | FUEL | NORTHWEST AIRLINES | FUEL | | 100,000.00 | |
| 410 08/06/93 | FUEL | NORTHWEST AIRLINES | FUEL | | 300,000.00 | |
| 418 08/09/93 | FUEL | NORTHWEST AIRLINES | FUEL | | 100,000.00 | |
| 423 08/10/93 | FUEL | NORTHWEST AIRLINES | FUEL | | 100,000.00 | |
| 429 08/11/93 | AP_L | NORTHWEST AIRLINES | FUEL 100,000 / GRND HNDLNG 71,042.95 | | 171,042.95 | |
| 441 08/12/93 | FUEL | NORTHWEST AIRLINES | FUEL | | 100,000.00 | |

| DATE | AGENT | OUTGOING WIRES TO PAY FOR THE MONTHS OF JUNE 24 THRU SEPT. 20 1993 | DESCRIPTION | AMOUNT | TOTAL BY VENDOR |
|---|---|---|---|---|---|
| 466 08/13/93 | FUEL | NORTHWEST AIRLINES | FUEL | 300,000.00 | |
| 477 08/16/93 | FUEL | NORTHWEST AIRLINES | FUEL | 100,000.00 | |
| 483 08/17/93 | FUEL | NORTHWEST AIRLINES | FUEL | 100,000.00 | |
| 491 08/18/93 | AP_L | NORTHWEST AIRLINES | FUEL 100,000 / GRND HNDLNG 33,936.00 | 133,936.00 | |
| 522 08/19/93 | FUEL | NORTHWEST AIRLINES | FUEL | 400,000.00 | |
| 531 08/23/93 | FUEL | NORTHWEST AIRLINES | FUEL | 100,000.00 | |
| 538 08/24/93 | FUEL | NORTHWEST AIRLINES | FUEL | 100,000.00 | |
| 544 08/25/93 | AP_L | NORTHWEST AIRLINES | FUEL 100,000 / GRND HNDLNG 32,792.00 | 132,792.00 | |
| 560 08/26/93 | FUEL | NORTHWEST AIRLINES | FUEL | 100,000.00 | |
| 580 08/27/93 | FUEL | NORTHWEST AIRLINES | FUEL | 300,000.00 | |
| 595 08/30/93 | FUEL | NORTHWEST AIRLINES | FUEL | 100,000.00 | |
| 601 08/31/93 | FUEL | NORTHWEST AIRLINES | FUEL | 95,000.00 | |
| 607 09/01/93 | AP_L | NORTHWEST AIRLINES | FUEL 95,000 / GRN HNDLNG 83,636.00 | 178,636.00 | |
| 619 09/02/93 | FUEL | NORTHWEST AIRLINES | FUEL | 95,000.00 | |
| 643 09/03/93 | FUEL | NORTHWEST AIRLINES | FUEL | 380,000.00 | |
| 652 09/07/93 | FUEL | NORTHWEST AIRLINES | FUEL | 95,000.00 | |
| 657 09/08/93 | AP_L | NORTHWEST AIRLINES | FUEL 95,000/GRND HNDLNG 42,381.55    = | 137,381.55 | |
| 672 09/09/93 | FUEL | NORTHWEST AIRLINES | FUEL | 95,000.00 | |
| 698 09/10/93 | FUEL | NORTHWEST AIRLINES | FUEL | 285,000.00 | |
| 704 09/13/93 | FUEL | NORTHWEST AIRLINES | FUEL | 95,000.00 | |
| 711 09/14/93 | FUEL | NORTHWEST AIRLINES | FUEL | 95,000.00 | |
| 716 09/15/93 | AP_L | NORTHWEST AIRLINES | FUEL 95,000 /GRND HNDLNG 35,783.80    = | 130,783.80 | |
| 727 09/16/93 | FUEL | NORTHWEST AIRLINES | FUEL | 95,000.00 | |
| 753 09/17/93 | FUEL | NORTHWEST AIRLINES | FUEL | 285,000.00 | |
| 764 09/20/93 | AP_L | NORTHWEST AIRLINES | FUEL 380,000/ GRND HNDLNG 33,936.00 | 413,936.00 | 9,876,491.65 |
| | | | | | |
| 6 06/24/93 | FUEL | NWA FUEL SERVICE | FUEL | 30,000.00 | |
| 32 06/25/93 | FUEL | NWA FUEL SERVICE | FUEL | 90,000.00 | |
| 44 06/28/93 | FUEL | NWA FUEL SERVICE | FUEL | 30,000.00 | |
| 51 06/29/93 | FUEL | NWA FUEL SERVICE | FUEL | 30,000.00 | |
| 71 07/01/93 | FUEL | NWA FUEL SERVICE | FUEL | 28,000.00 | |
| 98 07/02/93 | FUEL | NWA FUEL SERVICE | FUEL | 112,000.00 | |
| 112 07/06/93 | FUEL | NWA FUEL SERVICE | FUEL | 28,000.00 | |
| 123 07/07/93 | FUEL | NWA FUEL SERVICE | FUEL | 28,000.00 | |
| 134 07/08/93 | FUEL | NWA FUEL SERVICE | FUEL | 28,000.00 | |
| 161 07/09/93 | FUEL | NWA FUEL SERVICE | FUEL | 84,000.00 | |
| 175 07/12/93 | FUEL | NWA FUEL SERVICE | FUEL | 28,000.00 | |
| 182 07/13/93 | FUEL | NWA FUEL SERVICE | FUEL | 28,000.00 | |
| 189 07/14/93 | FUEL | NWA FUEL SERVICE | FUEL | 28,000.00 | |
| 201 07/15/93 | FUEL | NWA FUEL SERVICE | FUEL | 28,000.00 | |
| 227 07/16/93 | FUEL | NWA FUEL SERVICE | FUEL | 84,000.00 | |
| 239 07/19/93 | FUEL | NWA FUEL SERVICE | FUEL | 28,000.00 | |
| 247 07/20/93 | FUEL | NWA FUEL SERVICE | FUEL | 28,000.00 | |
| 254 07/21/93 | FUEL | NWA FUEL SERVICE | FUEL | 28,000.00 | |
| 263 07/22/93 | FUEL | NWA FUEL SERVICE | FUEL | 28,000.00 | |
| 290 07/23/93 | FUEL | NWA FUEL SERVICE | FUEL | 84,000.00 | |
| 301 07/26/93 | FUEL | NWA FUEL SERVICE | FUEL | 28,000.00 | |
| 307 07/27/93 | FUEL | NWA FUEL SERVICE | FUEL | 28,000.00 | |
| 313 07/28/93 | FUEL | NWA FUEL SERVICE | FUEL | 28,000.00 | |
| 323 07/29/93 | FUEL | NWA FUEL SERVICE | FUEL | 28,000.00 | |
| 351 07/30/93 | FUEL | NWA FUEL SERVICE | FUEL | 81,000.00 | |
| 362 08/02/93 | FUEL | NWA FUEL SERVICE | FUEL | 27,000.00 | |

| DATE | AGENT | OUTGOING WIRES TO PAY FOR THE MONTHS OF JUNE 24 THRU SEPT. 20 1993 | DESCRIPTION | AMOUNT | TOTAL BY VENDOR |
|------|-------|------|------|------|------|
| 368 08/03/93 | FUEL | NWA FUEL SERVICE | FUEL | 27,000.00 | |
| 373 08/04/93 | FUEL | NWA FUEL SERVICE | FUEL | 27,000.00 | |
| 385 08/05/93 | FUEL | NWA FUEL SERVICE | FUEL | 27,000.00 | |
| 411 08/06/93 | FUEL | NWA FUEL SERVICE | FUEL | 81,000.00 | |
| 419 08/09/93 | FUEL | NWA FUEL SERVICE | FUEL | 27,000.00 | |
| 424 08/10/93 | FUEL | NWA FUEL SERVICE | FUEL | 27,000.00 | |
| 430 08/11/93 | FUEL | NWA FUEL SERVICE | FUEL | 27,000.00 | |
| 442 08/12/93 | FUEL | NWA FUEL SERVICE | FUEL | 27,000.00 | |
| 467 08/13/93 | FUEL | NWA FUEL SERVICE | FUEL | 81,000.00 | |
| 478 08/16/93 | FUEL | NWA FUEL SERVICE | FUEL | 27,000.00 | |
| 484 08/17/93 | FUEL | NWA FUEL SERVICE | FUEL | 27,000.00 | |
| 492 08/18/93 | FUEL | NWA FUEL SERVICE | FUEL | 27,000.00 | |
| 523 08/19/93 | FUEL | NWA FUEL SERVICE | FUEL | 108,000.00 | |
| 532 08/23/93 | FUEL | NWA FUEL SERVICE | FUEL | 27,000.00 | |
| 539 08/24/93 | FUEL | NWA FUEL SERVICE | FUEL | 27,000.00 | |
| 545 08/25/93 | FUEL | NWA FUEL SERVICE | FUEL | 27,000.00 | |
| 561 08/26/93 | FUEL | NWA FUEL SERVICE | FUEL | 27,000.00 | |
| 581 08/27/93 | FUEL | NWA FUEL SERVICE | FUEL | 81,000.00 | |
| 596 08/30/93 | FUEL | NWA FUEL SERVICE | FUEL | 27,000.00 | |
| 602 08/31/93 | FUEL | NWA FUEL SERVICE | FUEL | 27,200.00 | |
| 608 09/01/93 | FUEL | NWA FUEL SERVICE | FUEL | 27,200.00 | |
| 620 09/02/93 | FUEL | NWA FUEL SERVICE | FUEL | 27,200.00 | |
| 644 09/03/93 | FUEL | NWA FUEL SERVICE | FUEL | 108,800.00 | |
| 653 09/07/93 | FUEL | NWA FUEL SERVICE | FUEL | 27,200.00 | |
| 658 09/08/93 | FUEL | NWA FUEL SERVICE | FUEL | 27,200.00 | |
| 673 09/09/93 | FUEL | NWA FUEL SERVICE | FUEL | 27,200.00 | |
| 699 09/10/93 | FUEL | NWA FUEL SERVICE | FUEL | 81,600.00 | |
| 705 09/13/93 | FUEL | NWA FUEL SERVICE | FUEL | 27,200.00 | |
| 712 09/14/93 | FUEL | NWA FUEL SERVICE | FUEL | 27,200.00 | |
| 717 09/15/93 | FUEL | NWA FUEL SERVICE | FUEL | 27,200.00 | |
| 728 09/16/93 | FUEL | NWA FUEL SERVICE | FUEL | 27,200.00 | |
| 754 09/17/93 | FUEL | NWA FUEL SERVICE | FUEL | 81,600.00 | |
| 765 09/20/93 | FUEL | NWA FUEL SERVICE | FUEL | 108,800.00 | 2,508,800.00 |
| | | | | | |
| 374 08/04/93 | AP_H | OTTMAR HERMANN | RE: HA VS. TRANSAMERICA    DHK 7,000 | 4,236.40 | 4,236.40 |
| | | | | | |
| 7 06/24/93 | FUEL | PACIFIC FUEL TRADING CORP (PFTC) | INV PFTC-2651/2650A | 10,903.21 | |
| 58 06/30/93 | FUEL | PACIFIC FUEL TRADING CORP (PFTC) | INV PFTC-2647 | 26,192.00 | |
| 72 07/01/93 | FUEL | PACIFIC FUEL TRADING CORP (PFTC) | INV PFTC-2692/2651A | 9,933.88 | |
| 73 07/01/93 | FUEL | PACIFIC FUEL TRADING CORP (PFTC) | INV PFTC-2685 (BND), PFTC-2690 | 32,528.00 | |
| 124 07/07/93 | FUEL | PACIFIC FUEL TRADING CORP (PFTC) | INV PFTC-2686 | 53,448.00 | |
| 135 07/08/93 | FUEL | PACIFIC FUEL TRADING CORP (PFTC) | INV PFTC-2693/2692A | 10,906.20 | |
| 190 07/14/93 | FUEL | PACIFIC FUEL TRADING CORP (PFTC) | INV PFTC-2687 | 53,448.00 | |
| 202 07/15/93 | FUEL | PACIFIC FUEL TRADING CORP (PFTC) | INV PFTC-2694,2693A | 10,848.72 | |
| 255 07/21/93 | FUEL | PACIFIC FUEL TRADING CORP (PFTC) | INV PFTC-2688 | 53,448.00 | |
| 264 07/22/93 | FUEL | PACIFIC FUEL TRADING CORP (PFTC) | INV PFTC-2695/2694A | 10,054.21 | |
| 314 07/28/93 | FUEL | PACIFIC FUEL TRADING CORP (PFTC) | INV PFTC-2689 | 53,448.00 | |
| 324 07/29/93 | FUEL | PACIFIC FUEL TRADING CORP (PFTC) | INV PFTC-2696/2695A | 12,656.31 | |
| 375 08/04/93 | FUEL | PACIFIC FUEL TRADING CORP (PFTC) | INV PFTC-2729/2728 | 37,120.45 | |
| 386 08/05/93 | FUEL | PACIFIC FUEL TRADING CORP (PFTC) | INV PFTC-2734/2696A | 10,575.28 | |
| 431 08/11/93 | FUEL | PACIFIC FUEL TRADING CORP (PFTC) | INV PFTC-2730 / PFTC-2765 | 66,152.95 | |
| 443 08/12/93 | FUEL | PACIFIC FUEL TRADING CORP (PFTC) | INV PFTC-2735/2734A | 10,601.62 | |

| | DATE | AGENT | OUTGOING WIRES TO PAY FOR THE MONTHS OF JUNE 24 THRU SEPT. 20 1993 | DESCRIPTION | AMOUNT | TOTAL BY VENDOR |
|---|---|---|---|---|---|---|
| 493 | 08/18/93 | FUEL | PACIFIC FUEL TRADING CORP (PFTC) | PFTC-2731 | 51,320.45 | |
| 524 | 08/19/93 | FUEL | PACIFIC FUEL TRADING CORP (PFTC) | PFTC-2736/2735A | 12,223.15 | |
| 546 | 08/25/93 | FUEL | PACIFIC FUEL TRADING CORP (PFTC) | PFTC-2732 | 51,320.45 | |
| 562 | 08/26/93 | FUEL | PACIFIC FUEL TRADING CORP (PFTC) | PFTC-2737/2736A | 10,890.94 | |
| 609 | 09/01/93 | FUEL | PACIFIC FUEL TRADING CORP (PFTC) | INV PFTC-2780/2777 | 46,841.60 | |
| 621 | 09/01/93 | FUEL | PACIFIC FUEL TRADING CORP (PFTC) | INV PFTC-2787/2737a | 12,045.13 | |
| 659 | 09/08/93 | FUEL | PACIFIC FUEL TRADING CORP (PFTC) | INV PFTC-2781 | 41,350.80 | |
| 674 | 09/09/93 | FUEL | PACIFIC FUEL TRADING CORP (PFTC) | INV PFTC-2788/2787A | 10,318.84 | |
| 718 | 09/15/93 | FUEL | PACIFIC FUEL TRADING CORP (PFTC) | INV PFTC-2782 | 41,350.80 | |
| 729 | 09/16/93 | FUEL | PACIFIC FUEL TRADING CORP (PFTC) | INV PFTC-2789/2788A | 9,628.32 | |
| 766 | 09/20/93 | FUEL | PACIFIC FUEL TRADING CORP (PFTC) | INV PFTC-2783 | 41,350.80 | |
| 767 | 09/20/93 | FUEL | PACIFIC FUEL TRADING CORP (PFTC) | INV PFTC-2790 | 10,998.40 | 801,904.51 |
| | | | | | | |
| 99 | 07/02/93 | AP_L | PORT OF SEATTLE | INV 718654/718837/719129 | 22,275.76 | |
| 162 | 07/09/93 | AP_L | PORT OF SEATTLE | INV 719529, 720432, 720543 | 30,537.91 | |
| 228 | 07/16/93 | AP_L | PORT OF SEATTLE | INV 721171,721604,722162,722382 | 30,670.97 | |
| 291 | 07/23/93 | AP_L | PORT OF SEATTLE | INV 722910/723909/724176 | 30,818.80 | 114,303.44 |
| | | | | | | |
| 100 | 07/02/93 | RENT | POTOMAC CAPITAL INVESTMENT CORP | L1011 N41020 115,000 / N31024 115,000 | 230,000.00 | |
| 363 | 08/02/93 | RENT | POTOMAC CAPITAL INVESTMENT CORP | L1011 N41020 115,000 / N31024 115,000 | 230,000.00 | |
| 610 | 09/01/93 | RENT | POTOMAC CAPITAL INVESTMENT CORP | L1011 N41020 115,000 / N31024 115,000 | 230,000.00 | 690,000.00 |
| | | | | | | |
| 191 | 07/14/93 | AP_H | ROCKWELL INTL - COLLINS DIVISION | INV 403324/403326/403327403328/402797 | 51,891.84 | |
| 425 | 08/10/93 | AP_H | ROCKWELL INTL - COLLINS DIVISION | INV 605585 PO 605581 A/C 767 TCAS | 38,624.54 | |
| 540 | 08/24/93 | AP_H | ROCKWELL INTL - COLLINS DIVISION | AP 2111/2129/2130/2131/2132/2133 | 104,963.04 | 195,479.42 |
| | | | | | | |
| 113 | 07/06/93 | RENT | ROLLS-ROYCE & PRTNRS FINANCE LTD | RB211-22B ENG S/N 10175 | 110,000.00 | |
| 369 | 08/03/93 | RENT | ROLLS-ROYCE & PRTNRS FINANCE LTD | RB211 ENG S/N 10175 DUE 8/3/93 | 110,000.00 | |
| 645 | 09/03/93 | RENT | ROLLS-ROYCE & PRTNRS FINANCE LTD | INV 00280 RB211 ENG S/N 10175 | 110,000.00 | 330,000.00 |
| | | | | | | |
| 755 | 09/17/93 | AP_D | R. A. MCKINNON | REIMB - 8/93 | 2,079.00 | 2,079.00 |
| | | | | | | |
| 33 | 06/25/93 | RENT | SCANDINAVIAN AIRLINES | N669HA DC9-51 | 10,099.00 | |
| 101 | 07/02/93 | RENT | SCANDINAVIAN AIRLINES | N669HA DC9-51 | 10,099.00 | |
| 163 | 07/09/93 | RENT | SCANDINAVIAN AIRLINES | N669HA DC9-51 | 10,099.00 | |
| 229 | 07/16/93 | RENT | SCANDINAVIAN AIRLINES | N669HA DC9-51 | 10,099.00 | |
| 292 | 07/23/93 | RENT | SCANDINAVIAN AIRLINES | N669HA DC9-51 | 10,099.00 | |
| 352 | 07/30/93 | RENT | SCANDINAVIAN AIRLINES | N669HA DC9-51 | 10,099.00 | |
| 412 | 08/06/93 | RENT | SCANDINAVIAN AIRLINES | N669HA DC9-51 | 6,346.00 | |
| 468 | 08/13/93 | RENT | SCANDINAVIAN AIRLINES | N669HA DC9-51 | 6,346.00 | |
| 525 | 08/19/93 | RENT | SCANDINAVIAN AIRLINES | N669HA DC9-51 | 6,346.00 | |
| 582 | 08/27/93 | RENT | SCANDINAVIAN AIRLINES | N669HA DC9-51 | 6,346.00 | |
| 646 | 09/03/93 | RENT | SCANDINAVIAN AIRLINES | N669HA DC9-51 | 6,346.00 | |
| 700 | 09/10/93 | RENT | SCANDINAVIAN AIRLINES | N669HA DC9-51 | 6,346.00 | |
| 756 | 09/17/93 | RENT | SCANDINAVIAN AIRLINES | N669HA DC9-51 | 6,346.00 | 105,016.00 |
| | | | | | | |
| 8 | 06/24/93 | FUEL | SHELL | FUEL | 15,000.00 | |
| 59 | 06/30/93 | FUEL | SHELL | FUEL | 7,000.00 | |
| 125 | 07/07/93 | FUEL | SHELL | FUEL | 15,000.00 | |
| 192 | 07/14/93 | FUEL | SHELL | FUEL | 10,000.00 | |
| 256 | 07/21/93 | FUEL | SHELL | FUEL | 7,000.00 | |
| 308 | 07/27/93 | FUEL | SHELL | FUEL | 20,000.00 | |

| DATE | AGENT | OUTGOING WIRES TO PAY FOR THE MONTHS OF JUNE 24 THRU SEPT. 20 1993 | DESCRIPTION | AMOUNT | TOTAL BY VENDOR |
|------|-------|------|------|------|------|
| 376 08/04/93 | FUEL | SHELL | FUEL | 30,000.00 | |
| 432 08/11/93 | FUEL | SHELL | FUEL | 15,000.00 | |
| 479 08/16/93 | FUEL | SHELL | FUEL | 20,000.00 | |
| 494 08/18/93 | FUEL | SHELL | FUEL | 15,000.00 | |
| 547 08/25/93 | FUEL | SHELL | FUEL | 20,000.00 | |
| 611 09/01/93 | FUEL | SHELL | FUEL | 15,000.00 | |
| 660 09/08/93 | FUEL | SHELL | FUEL | 5,000.00 | |
| 719 09/15/93 | FUEL | SHELL | FUEL | 10,000.00 | |
| 768 09/20/93 | FUEL | SHELL | FUEL | 10,000.00 | 214,000.00 |
| 548 08/25/93 | AP_D | SIMAT, HELLIESEN & EICHNER INC. | PROJ # 3058-10N (7/93 PROF SVCS) | 40,879.57 | |
| 720 09/15/93 | AP_D | SIMAT, HELLIESEN & EICHNER, INC | PROF SVCS - PROJ NO. 3058-10N | 20,000.00 | 60,879.57 |
| 549 08/25/93 | AP_H | SONY TRANS COM INC. | INV 35297/35330 RE: N769 VIDEO SYS | 124,355.00 | 124,355.00 |
| 34 06/25/93 | FUEL | SPRI | FUEL | 10,000.00 | |
| 45 06/28/93 | FUEL | SPRI | FUEL | 15,000.00 | |
| 102 07/02/93 | FUEL | SPRI | FUEL | 10,000.00 | |
| 114 07/06/93 | FUEL | SPRI | FUEL | 15,000.00 | |
| 164 07/09/93 | FUEL | SPRI | FUEL | 10,000.00 | |
| 176 07/12/93 | FUEL | SPRI | FUEL | 15,000.00 | |
| 230 07/16/93 | FUEL | SPRI | FUEL | 10,000.00 | |
| 240 07/19/93 | FUEL | SPRI | FUEL | 25,000.00 | |
| 302 07/26/93 | FUEL | SPRI | FUEL | 25,000.00 | |
| 353 07/30/93 | FUEL | SPRI | FUEL | 5,000.00 | |
| 364 08/02/93 | FUEL | SPRI | FUEL | 30,000.00 | |
| 420 08/09/93 | FUEL | SPRI | FUEL | 25,000.00 | |
| 480 08/16/93 | FUEL | SPRI | FUEL | 25,000.00 | |
| 533 08/23/93 | FUEL | SPRI | FUEL | 25,000.00 | |
| 597 08/30/93 | FUEL | SPRI | FUEL | 25,000.00 | |
| 654 09/07/93 | FUEL | SPRI | FUEL | 25,000.00 | |
| 706 09/13/93 | FUEL | SPRI | FUEL | 20,000.00 | |
| 769 09/20/93 | FUEL | SPRI | FUEL | 20,000.00 | 335,000.00 |
| 495 08/18/93 | AP_L | STANSTED AIRPORT LTD | INV 507916, 509358    ENG PD 1.680.27   = | 2,582.23 | 2,582.23 |
| 136 07/08/93 | AP_K | SUNDSTRAND CORPORATION | IDG SN 2402080 A/C 762 PO 2402060-36R | 113,221.35 | |
| 165 07/09/93 | AP_K | SUNDSTRAND CORPORATION | INV A07-0293-03 IDG[N762]PO 2402060-35R | 32,285.83 | |
| 177 07/12/93 | AP_K | SUNDSTRAND CORPORATION | INV A07-0293-03 IDG[N762]PO 2402060-35R | 87,969.92 | 233,477.10 |
| 583 08/27/93 | AP_R | THE AGES GROUP | PO 85920 RB211 S/N 10276/10313 -DEPOSIT | 50,000.00 | 50,000.00 |
| 60 06/30/93 | AP_H | TWA | ADVANCE PMT ON ACM | 115,000.00 | |
| 115 07/06/93 | AP_H | TWA | RB211 ENG 8122/10324 | 107,500.00 | |
| 126 07/07/93 | AP_H | TWA | APU 55180 $23,000 / OTHERS $85,188 | 108,188.00 | |
| 193 07/14/93 | AP_H | TWA | ENG 107,500 / APU 55,500 / OTHER 85.188 | 248,188.00 | |
| 257 07/21/93 | AP_H | TWA | ENG 215,000 / APU 80,500 / OTHER 85,187 | 380,687.00 | |
| 315 07/28/93 | AP_H | TWA | ENG 107,500 / APU 80,500 / OTHER 85,187 | 273,187.00 | |
| 377 08/04/93 | AP_H | TWA | ENG 107,500 / APU 32,500 / OTHER 160,501 | 300,501.00 | |
| 433 08/11/93 | AP_H | TWA | ARFRM 125,000/ENG 107,500/OTH 160,501 | 393,001.00 | |
| 496 08/18/93 | AP_H | TWA | AIRFAME 125,000/ENG 107,500/OTH 160,501 | 393,001.00 | |
| 550 08/25/93 | AP_H | TWA | APU 32,500 / OTHER 160,500      } = | 425,500.00 | |

| | DATE | AGENT | OUTGOING WIRES TO PAY FOR THE MONTHS OF JUNE 24 THRU SEPT. 20 1993 | DESCRIPTION | | AMOUNT | TOTAL BY VENDOR |
|---|---|---|---|---|---|---|---|
| 551 | 08/25/93 | AP_H | TWA | AIRFRAME 125,000 / ENG 107,500     } | | | |
| 612 | 09/01/93 | AP_H | TWA | }APU 42,500 / OTHER 190,300 | | 465,300.00 | |
| 613 | 09/01/93 | AP_H | TWA | }AIFRAIME 125,000 / ENG 107,500 | | 0.00 | |
| 661 | 09/08/93 | AP_H | TWA | ENG 107,500 /APU 42,500 /OTHER 190,300 | : | 340,300.00 | |
| 721 | 09/15/93 | AP_H | TWA | ENG 107,500/ APU 32,500/ OTH 190,300 | : | 330,300.00 | 3,880,653.00 |
| | | | | | | | |
| 35 | 06/25/93 | AP_R | UMC Incorporated (PAC) | PAC W/O 820051 INV 19834 | | 41,950.60 | |
| 36 | 06/25/93 | AP_R | UMC Incorporated (PAC) | PAC W/O 800111 INV 20800 | | 189,763.34 | |
| 37 | 06/25/93 | AP_R | UMC Incorporated (PAC) | JT8D ENG S/N 688408, PROGRESS PMT 2-3 | | 50,000.00 | |
| 38 | 06/25/93 | AP_R | UMC Incorporated (PAC) | PAC W/O 820051 INV 17137 | | 11,536.96 | |
| 103 | 07/02/93 | AP_R | UMC Incorporated (PAC) | GAS GEN S/N 86081 W/O 620021 $14,000.00 | | 14,000.00 | |
| 104 | 07/02/93 | AP_R | UMC Incorporated (PAC) | JT8D ENG S/N 688408, PROGRESS PMT 3-3 | | 50,000.00 | |
| 105 | 07/02/93 | AP_R | UMC Incorporated (PAC) | PT6A-50 S/N 86060 W/O 610049 $30,000.00 | | 30,000.00 | |
| 166 | 07/09/93 | AP_R | UMC Incorporated (PAC) | PT6A SN 86060 W/O 610049 (PMT 2-3) | | 30,000.00 | |
| 167 | 07/09/93 | AP_R | UMC Incorporated (PAC) | PT6A SN 86388/456 | | 208,658.00 | |
| 168 | 07/09/93 | AP_R | UMC Incorporated (PAC) | JT8D SN 696699-17        (PMT 1-12) | | 45,000.00 | |
| 183 | 07/13/93 | AP_R | UMC Incorporated (PAC) | PT-6A W/O 620015 S/N GG 86433 | | 98,617.92 | |
| 231 | 07/16/93 | AP_R | UMC Incorporated (PAC) | W/O 800103/820074 JT8D SN 696655-17 | | 360,072.62 | |
| 232 | 07/16/93 | AP_R | UMC Incorporated (PAC) | W/O 610049 PT6A S/N 86060 | | 30,000.00 | |
| 233 | 07/16/93 | AP_R | UMC Incorporated (PAC) | JT8D SN 696699-17      (PMT 2-12) | | 45,000.00 | |
| 293 | 07/23/93 | AP_R | UMC Incorporated (PAC) | JT8D SN 696699-17      (PMT 3-12) | | 45,000.00 | |
| 294 | 07/23/93 | AP_R | UMC Incorporated (PAC) | JT8D 688408 W/O 800125, PO 7201536-65R | | 110,732.27 | |
| 295 | 07/23/93 | AP_R | UMC Incorporated (PAC) | GG 86081, W/O 620021 [PMT 1-7] | | 35,000.00 | |
| 316 | 07/28/93 | AP_R | UMC Incorporated (PAC) | INV 072293 W/O 610049 PS 86060 BAL | | 12,501.91 | |
| 354 | 07/30/93 | AP_R | UMC Incorporated (PAC) | JT8D S/N 696667-17 W/O 800138 [PMT 1-3] | | 45,000.00 | |
| 355 | 07/30/93 | AP_R | UMC Incorporated (PAC) | JT8D 696699-17 ***      [PMT 4-12] | | 45,000.00 | |
| 413 | 08/06/93 | AP_R | UMC Incorporated (PAC) | JT8D SN 696699-17   [PMT 5-12] | | 45,000.00 | |
| 414 | 08/06/93 | AP_R | UMC Incorporated (PAC) | LPT MODULE 696656 W/O 820069 PMT 1-6 | | 18,000.00 | |
| 426 | 08/10/93 | AP_R | UMC Incorporated (PAC) | JT8D SN 688729 W/O 800081 PO 7201536-46R | | 599,699.38 | |
| 434 | 08/11/93 | AP_R | UMC Incorporated (PAC) | JT8D 696667 W/O 800138 - BAL | | 11,800.00 | |
| 469 | 08/13/93 | AP_R | UMC Incorporated (PAC) | LPT MOD (ENG 696656) W/O 820069 | | 18,000.00 | |
| 470 | 08/13/93 | AP_R | UMC Incorporated (PAC) | JT8D SN 696699-17   [PMT 6-12] | | 45,000.00 | |
| 526 | 08/19/93 | AP_R | UMC Incorporated (PAC) | LPT MODULE 696656 W/O 820069 PMT 3-6 | | 18,000.00 | |
| 527 | 08/19/93 | AP_R | UMC Incorporated (PAC) | JT8D SN 696699-17   [PMT 7-12] | | 45,000.00 | |
| 584 | 08/27/93 | AP_R | UMC Incorporated (PAC) | LPT MODULE 696656 W/O 820069 PMT 4-6 | | 18,000.00 | |
| 585 | 08/27/93 | AP_R | UMC Incorporated (PAC) | JT8D SN 696699-17   [PMT 8-12] | | 45,000.00 | |
| 614 | 09/01/93 | AP_R | UMC Incorporated (PAC) | JT8D SN 696699-17 w/o 800135 FINAL PMT | | 229,600.00 | |
| 647 | 09/03/93 | AP_R | UMC Incorporated (PAC) | LPT MODULE 696656 W/O 820069 PMT 5-6 | | 18,000.00 | |
| 662 | 09/08/93 | AP_R | UMC Incorporated (PAC) | PT6 ENG 86509 W/O 600134 PO7201688-21R | | 34,537.22 | |
| 701 | 09/10/93 | AP_R | UMC Incorporated (PAC) | LPT MODULE 696656 W/O 820069 PMT 6-6 | | 18,000.00 | 2,661,470.22 |
| | | | | | | | |
| 39 | 06/25/93 | RENT | US LEASING CORP | N672MC DC9-51 | | 10,099.00 | |
| 106 | 07/02/93 | RENT | US LEASING CORP | N672MC DC9-51 | | 10,099.00 | |
| 169 | 07/09/93 | RENT | US LEASING CORP | N672MC DC9-51 | | 10,099.00 | |
| 234 | 07/16/93 | RENT | US LEASING CORP | N672MC DC9-51 | | 10,099.00 | |
| 296 | 07/23/93 | RENT | US LEASING CORP | N672MC DC9-51 | | 10,099.00 | |
| 356 | 07/30/93 | RENT | US LEASING CORP | N672MC DC9-51 | | 10,099.00 | |
| 415 | 08/06/93 | RENT | US LEASING CORP | N672MC DC9-51 | | 6,346.00 | |
| 471 | 08/13/93 | RENT | US LEASING CORP | N672MC DC9-51 | | 6,346.00 | |
| 528 | 08/19/93 | RENT | US LEASING CORP | N672MC DC9-51 | | 6,346.00 | |
| 586 | 08/27/93 | RENT | US LEASING CORP | N672MC DC9-51 | | 6,346.00 | |
| 648 | 09/03/93 | RENT | US LEASING CORP | N672MC DC9-51 | | 6,346.00 | |

| DATE | AGENT | OUTGOING WIRES TO PAY FOR THE MONTHS OF JUNE 24 THRU SEPT. 20 1993 | DESCRIPTION | AMOUNT | TOTAL BY VENDOR |
|------|-------|------|------|------|------|
| 702 09/10/93 | RENT | US LEASING CORP | N672MC DC9-51 | 6,346.00 | |
| 757 09/17/93 | RENT | US LEASING CORP | N672MC DC9-51 | 6,346.00 | 105,016.00 |
| 416 08/06/93 | RENT | US WEST FINANCIAL | N679HA DC9-51 | 6,346.00 | 6,346.00 |
| 770 09/20/93 | AP_H | USAIG | INV 68119, INV | 202,568.00 | 202,568.00 |
| 170 07/09/93 | AP_K | WEST COAST GATEWAY HOTEL | ADVANCE PAYMENT - CREW ROOMS | 17,032.95 | |
| 357 07/30/93 | AP_K | WEST COAST GATEWAY HOTEL | ADVANCE PMT - AUG 1993 | 17,032.95 | |
| 598 08/30/93 | AP_H | WEST COAST GATEWAY HOTEL | ADVANCE PMT - SEPT 1993 | 16,483.50 | 50,549.40 |
| | | | TOTAL | 35,323,551.68 | 35,323,551.68 |

SCHEDULE: SFA-3a (2)
CASE NAME: HAWAIIAN AIRLINES, INC.
CASE NO.: 99-01072
CATE. NO.: SFA 3a.

HAWAIIAN AIRLINES INC. - HHA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

PAGE 1
RPTI APV010-01

| VENDOR | VENDOR NAME | NUMBER | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|---|
| ASC | RYDER AIRLINE SERVICES, INC. | | 06/23/93 | SYSTEM | CLEARED | 7018892 | 5,000.00 |
| ASC | RYDER AIRLINE SERVICES, INC. | | 07/02/93 | MANUAL | CLEARED | 900908 | 5,202.04 |
| ASC | RYDER AIRLINE SERVICES, INC. | | 07/02/93 | MANUAL | CLEARED | 9002690 | 5,500.00 |
| ASC | RYDER AIRLINE SERVICES, INC. | | 07/11/93 | MANUAL | CLEARED | 9002690 | 3,500.00 |
| ASC | RYDER AIRLINE SERVICES, INC. | | 07/13/93 | SYSTEM | CLEARED | 7022020 | 3,000.00 |
| ASC | RYDER AIRLINE SERVICES, INC. | | 07/20/93 | SYSTEM | CLEARED | 7010977 | 3,000.00 |
| ASC | RYDER AIRLINE SERVICES, INC. | | 07/20/93 | MANUAL | CLEARED | 9002552 | 3,000.00 |
| ASC | RYDER AIRLINE SERVICES, INC. | | 07/20/93 | MANUAL | CLEARED | 9002765 | 3,000.00 |
| ASC | RYDER AIRLINE SERVICES, INC. | | 08/31/93 | MANUAL | OPEN | 9010240 | 6,307.50 |
| ASC | RYDER AIRLINE SERVICES, INC. | | | | | | 2,111.88 |
| ASP | AIR SPARES INC | | 06/30/93 | MANUAL | CLEARED | 9000001 | 334.25 |
| ASP | AIR SPARES INC | | 07/18/93 | SYSTEM | CLEARED | 9002880 | 554.20 |
| ASP | AIR SPARES INC | | 07/20/93 | SYSTEM | CLEARED | 7024030 | 1,200.00 |
| ASP | AIR SPARES INC | | 07/27/93 | SYSTEM | CLEARED | 7020020 | 1,280.20 |
| ASP | AIR SPARES INC | | 08/24/93 | MANUAL | OPEN | 9001925 | 1,150.00 |
| ASP | AIR SPARES INC | | 09/14/93 | SYSTEM | OPEN | 7021925 | 919.60 |
| ASP | AIR SPARES INC | | | | | | 2,1.1 |
| CAR | CAPTRE AVIATION INC. | | 08/17/93 | MANUAL | CLEARED | 9010050 | 2,760.70 |
| | | | | | | | 2,760.70 |
| CMS | COAST MATERIAL SALES | | 08/10/93 | MANUAL | OPEN | 0015561 | 34,000.00 |
| | | | | | | | 34,000.00 |
| EPS | AIR/GROUND EQUIPMENT SALES | | 07/06/93 | SYSTEM | CLEARED | 7010986 | 5,103.38 |
| EPS | AIR/GROUND EQUIPMENT SALES | | 07/20/93 | SYSTEM | CLEARED | 7002054 | 5,501.30 |
| EPS | AIR/GROUND EQUIPMENT SALES | | 08/20/93 | SYSTEM | CLEARED | 7002347 | 1,749.60 |
| EPS | AIR/GROUND EQUIPMENT SALES | | 08/20/93 | SYSTEM | CLEARED | 7009347 | 1,889.80 |
| EPS | AIR/GROUND EQUIPMENT SALES | | 08/20/93 | SYSTEM | CLEARED | 901309 | 1,889.80 |
| EPS | AIR/GROUND EQUIPMENT SALES | | 09/00/93 | SYSTEM | CLEARED | 9013632 | 1,889.80 |
| EPS | AIR/GROUND EQUIPMENT SALES | | 09/00/93 | MANUAL | OPEN | 9010502 | 10,000.00 |
| | | | | | | | 10,000.00 |
| LAS | MCCARRAN INTERNATIONAL AIRPORT | | 07/19/93 | MANUAL | CLEARED | 9009417 | 22,953.02 |
| LAS | MCCARRAN INTERNATIONAL AIRPORT | | 07/20/93 | SYSTEM | CLEARED | 5490 | 737.44 |

07/19/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES,INC. - HSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

PAGE 1
RPT: APP0110-01

| VENDOR# | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| LAS | MCCARRAN INTERNATIONAL AIRPORT | 07/26/93 | MANUAL | CLEARED | 00000540 | 22,052.00 |
| LAS | MCCARRAN INTERNATIONAL AIRPORT | 08/31/93 | SYSTEM | OPEN | 5563 | 9,070.32 |
| LAS | | | | | | 46,983.04 |
| PAC | PACIFIC AIRMOTIVE CORP. | 08/25/93 | SYSTEM | OPEN | 5587 | 9,070.32 |
| LAX | LOS ANGELES INT'L AIRPORT | 08/31/93 | SYSTEM | OPEN | 5587 | 9,070.32 |
| PAC | PACIFIC AIRMOTIVE CORP. | 04/25/93 | MANUAL | CLEARED | 00000840 | 799.01 |
| PAS | PACIFIC AERO SUPPORT INC | 06/29/93 | MANUAL | CLEARED | 00000014 | 3,180.00 |
| PAS | PACIFIC AERO SUPPORT INC | 07/13/93 | SYSTEM | CLEARED | 70100157 | 701.85 |
| PAS | PACIFIC AERO SUPPORT INC | 07/13/93 | MANUAL | CLEARED | 70100065 | 799.01 |
| PAS | | | | | | 4,105.85 |
| RGO | SILAIR INC | 06/29/93 | MANUAL | CLEARED | 00010014 | 4,470.64 |
| RGO | SILAIR INC | 07/13/93 | SYSTEM | CLEARED | 70100324 | 4,074.78 |
| RGO | SILAIR INC | 08/30/93 | MANUAL | OPEN | 80100058 | 1,100,000.00 |
| RGO | SILAIR INC | | | OPEN | | 10,581.42 |
| SEA | PORT OF SEATTLE | 06/29/93 | SYSTEM | CLEARED | 5815 | 10,400.00 |
| SEA | PORT OF SEATTLE | 07/26/93 | SYSTEM | CLEARED | 5492 | 31,000.00 |
| SEA | PORT OF SEATTLE | 08/31/93 | SYSTEM | OPEN | 5588 | 11,400.00 |
| SEA | | | | | | 42,553.52 |
| VLT | VALTEC INC | 07/01/93 | MANUAL | CLEARED | 00000045 | 120.00 |
| VLT | VALTEC INC | 07/13/93 | SYSTEM | CLEARED | 70100042 | 701.85 |
| VLT | VALTEC INC | 07/16/93 | MANUAL | CLEARED | 00000089 | 120.00 |
| VLT | VALTEC INC | 07/16/93 | MANUAL | CLEARED | 00000089 | 120.00 |
| VLT | VALTEC INC | 08/00/93 | MANUAL | CLEARED | 00000089 | 120.00 |
| VLT | VALTEC INC | 08/00/93 | MANUAL | CLEARED | 00000591 | 120.00 |
| VLT | VALTEC INC | 08/00/93 | MANUAL | CLEARED | 00000105 | 849.00 |
| VLT | VALTEC INC | 08/31/93 | SYSTEM | OPEN | 70100056 | 27.40 |

06/19/91
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES, INC. - MSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE '9X THRU CURRENT

PAGE 4
RPT: APV0310-01

| | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| JAL | | | | | | 2,247.41 |
| JAL1 | JAPAN AIR LINES | 07/02/93 | SYSTEM | CLEARED | 2059222 | 730.00 |
| JAL1 | JAPAN AIR LINES | 06/02/93 | SYSTEM | CLEARED | 7021203 | 175.00 |
| JAL1 | JAPAN AIR LINES | 07/01/93 | SYSTEM | OPEN | 7021272 | 175.00 |
| JAL1 | | | | | | 1,080.00 |
| LC-1 | AIRLINE INTERNATIONAL | 06/24/93 | SYSTEM | CLEARED | 5013362 | 25.43 |
| LC-1 | AIRLINE INTERNATIONAL | 07/23/93 | SYSTEM | CLEARED | 5013606 | 1,910.65 |
| LC-1 | AIRLINE INTERNATIONAL | 07/29/93 | SYSTEM | CLEARED | 5013712 | 477.82 |
| LC-1 | AIRLINE INTERNATIONAL | 08/25/93 | SYSTEM | OPEN | 5013714 | 204.12 |
| LC-1 | AIRLINE INTERNATIONAL | 08/25/93 | SYSTEM | OPEN | 5013747 | 163.73 |
| LC-1 | AIRLINE INTERNATIONAL | 09/15/93 | SYSTEM | OPEN | 5013757 | 204.17 |
| LC-1 | | | | | | 4,618.05 |
| LC-2 | M CARROLL & CO | 06/24/93 | SYSTEM | CLEARED | 5013433 | 1,305.08 |
| LC-2 | CARROLL & CO | 07/29/93 | SYSTEM | CLEARED | 5013557 | 1,238.06 |
| LC-2 | CARROLL & CO | 08/25/93 | SYSTEM | OPEN | 5013747 | 1,243.28 |
| LC-2 | | | | | | |
| LC1 | AEROSPACE | 06/24/93 | MANUAL | CLEARED | 200,887 | 9,820.44 |
| LC1 | AEROSPACE | 07/07/93 | MANUAL | CLEARED | 000190 | 35,930.90 |
| LC1 | AEROSPACE | 07/07/93 | MANUAL | CLEARED | 000221 | 40,920.90 |
| LC1 | AEROSPACE | 07/07/93 | MANUAL | CLEARED | 000652 | 11,840.28 |
| LC1 | AEROSPACE | 07/07/93 | MANUAL | CLEARED | 000685 | 149,745.00 |
| LC1 | AEROSPACE | 08/09/93 | SYSTEM | CLEARED | 000835 | 32,927.10 |
| LC1 | AEROSPACE | 08/09/93 | MANUAL | OPEN | 000300 | 22,112.16 |
| LC1 | AEROSPACE | 08/09/93 | MANUAL | OPEN | 000300 | 89,008.70 |
| LC1 | AEROSPACE | 09/13/93 | MANUAL | OPEN | 000300 | 89,012.20 |
| LC1 | | | | | | |
| 1003 | CAPITOL TOURS, INC. | 04/24/93 | SYSTEM | CLEARED | 5536 | 1,124.50 |

## HAWAIIAN AIRLINES INC. - WSA ACCOUNTS PAYABLE
## A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

| VENDOR NUMBER | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| 1992 | | | | | | 1,124.50 |
| 1993 | SHATA TOURS | 07/28/93 | SYSTEM | CLEARED | 5442 | 2,151.17 |
| 1993 | SHATA TOURS | 09/10/93 | SYSTEM | CLEARED | 5552 | 1,392.51 |
| 1993 | SHATA TOURS | | SYSTEM | OPEN | 5584 | 837.17 |
| 1993 | SHATA TOURS | 08/31/93 | SYSTEM | OPEN | 5584 | 769.25 |
| 1993 | | | | | | 4,927.50 |
| 1945 | MAUI HUKILAU & SEASIDE HOTELS | 07/28/93 | SYSTEM | CLEARED | 5437 | 373.28 |
| 1945 | MAUI HUKILAU & SEASIDE HOTELS | 09/10/93 | SYSTEM | CLEARED | 5514 | 253.08 |
| 1945 | | | | | | 626.16 |
| 1053 | KAUAI SANDS HOTEL | 07/28/93 | SYSTEM | CLEARED | 5434 | 240.30 |
| 1051 | KAUAI SANDS HOTEL | 08/24/93 | SYSTEM | OPEN | 5583 | 191.70 |
| 1051 | KAUAI SANDS HOTEL | 08/31/93 | SYSTEM | OPEN | 5583 | 267.30 |
| 1051 | | | | | | 699.30 |
| 1055 | PLANTATION HALE | 08/10/93 | SYSTEM | CLEARED | 5510 | 791.54 |
| 1056 | | | | | | 791.54 |
| 1058 | NATIONAL CAR RENTAL | 07/28/93 | SYSTEM | CLEARED | 5433 | 186.46 |
| 1058 | NATIONAL CAR RENTAL | 07/20/93 | SYSTEM | CLEARED | 5481 | 261.42 |
| 1058 | NATIONAL CAR RENTAL | 08/10/93 | SYSTEM | CLEARED | 5517 | 24.24 |
| 1058 | NATIONAL CAR RENTAL | 08/31/93 | SYSTEM | OPEN | 5578 | 124.03 |
| 1058 | | | | | | 601.23 |
| 1062 | OUTRIGGER HOTELS HAWAII | 07/28/93 | SYSTEM | CLEARED | 5441 | 1,379.84 |
| 1062 | OUTRIGGER HOTELS HAWAII | 07/20/93 | SYSTEM | CLEARED | 5488 | 1,334.70 |
| 1062 | OUTRIGGER HOTELS HAWAII | 08/10/93 | SYSTEM | CLEARED | 5521 | 25.69 |
| 1062 | | | | | | 2,740.23 |
| 1077 | WALT DISNEY TRAVEL CO., INC. | 08/10/93 | SYSTEM | CLEARED | 5520 | 957.60 |
| 1077 | | | | | | 957.60 |
| 2000 | RENDEZVOUS TOURS | 07/27/93 | SYSTEM | CLEARED | 5496 | 459,103.44 |

09/12/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES,INC. - MSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

PAGE 6
RPT: APR0110-01

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| 2000 | RENDEZVOUS TOURS | 08/20/93 | SYSTEM | OPEN | 5501 | 81,382.95 |
| 2000 | RENDEZVOUS TOURS | 08/24/93 | SYSTEM | OPEN | 5530 | 27,184.95 |
| 2000 | RENDEZVOUS TOURS | 08/24/93 | SYSTEM | OPEN | 5543 | 8,880.02 |
|  |  |  |  |  |  | 509,477.40 |
| 2001 | BLUE SKY TOURS | 08/03/93 | SYSTEM | OPEN | 5532 | 459,308.29 |
| 2001 | BLUE SKY TOURS | 08/10/93 | SYSTEM | OPEN | 5554 | 51,730.12 |
| 2001 | BLUE SKY TOURS | 08/31/93 | SYSTEM | OPEN | 5590 | 116,755.10 |
|  |  |  |  |  |  | 6,391,731.01 |
| 2009 | KONA BY THE SEA RESORT | 08/24/93 | SYSTEM | CLEARED | 5540 | 1,340.79 |
|  |  |  |  |  |  | 1,340.79 |
| 2015 | AVIS | 07/06/93 | SYSTEM | CLEARED | 5415 | 273.26 |
| 2015 | AVIS | 08/10/93 | SYSTEM | CLEARED | 5510 | 359.18 |
| 2015 |  | 08/24/93 | SYSTEM | OPEN | 5530 |  |
| 2008 | HAWAIIAN ARRANGEMENTS | 08/13/93 | SYSTEM | CLEARED | 5500 | 5,215.85 |
| 2008 | HAWAIIAN ARRANGEMENTS | 08/17/93 | SYSTEM | CLEARED | 5524 | 12,287.00 |
| 2008 | HAWAIIAN ARRANGEMENTS | 08/17/93 | SYSTEM | CLEARED | 5525 | 11,478.00 |
| 2008 | HAWAIIAN ARRANGEMENTS | 08/27/93 | SYSTEM | OPEN | 5561 | 20,846.00 |
| 2008 | HAWAIIAN ARRANGEMENTS | 09/14/93 | SYSTEM | OPEN | 5636 | 1,505.00 |
| 2008 | HAWAIIAN ARRANGEMENTS | 08/18/93 | SYSTEM | CLEARED | 5540 | 10,115.00 |
| 3016 | CLASSIC HAWAII | 08/08/93 | SYSTEM | CLEARED | 5523 | 8,135.88 |
| 3016 | CLASSIC HAWAII | 08/23/93 | SYSTEM | OPEN | 5582 | 3,052.71 |
| 3016 | CLASSIC HAWAII | 08/31/93 | SYSTEM | CLEARED | 5585 |  |
| 3020 | KAUAI LAGOONS RESORT COMPANY | 07/28/93 | SYSTEM | CLEARED | 5411 | 4,585.00 |
| 3020 | KAUAI LAGOONS RESORT COMPANY | 07/28/93 | SYSTEM | CLEARED | 5443 | 4,375.00 |
| 3020 | KAUAI LAGOONS RESORT COMPANY | 07/13/93 | SYSTEM | CLEARED | 5440 | 5,555.00 |
| 3020 | KAUAI LAGOONS RESORT COMPANY | 08/31/93 | SYSTEM | CLEARED | 5590 | 3,715.00 |
| 3020 | KAUAI LAGOONS RESORT COMPANY | 07/27/93 | SYSTEM | CLEARED | 5405 | 3,115.00 |

09/15/93  HAWAIIAN AIRLINES INC - MSA ACCOUNTS PAYABLE  PAGE
  A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT  RPT: APP010-01
BY VENDOR NUMBER AND CHECK NUMBER

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | AMOUNT |
|---|---|---|---|---|---|---|
| 3020 | KAUAI LAGOONS RESORT COMPANY | 08/24/93 | SYSTEM | CLEARED | 5499 | 4,900.00 |
| 3020 | KAUAI LAGOONS RESORT COMPANY | 08/31/93 | SYSTEM | CLEARED | 5541 | 7,800.00 |
| 3020 | KAUAI LAGOONS RESORT COMPANY | 08/31/93 | SYSTEM | CLEARED | 5580 | 30,100.00 |
| 3023 | KAUAI COCONUT BEACH RESORT | 07/20/93 | SYSTEM | CLEARED | 5480 | 602.14 |
| CL420 | HAWAIIAN AIRLINES INTERIM EXP | 08/01/93 | MANUAL | OPEN | | |
| CL420 | HAWAIIAN AIRLINES INTERIM EXP | | MANUAL | OPEN | | |
| CL420 | HAWAIIAN AIRLINES INTERIM EXP | | MANUAL | OPEN | | |

09/19/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES INC. - 45A ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

PAGE      7
RPT: APP010-01

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|--------|-------------|--------------|------|--------|--------------|----------------|
| | HAWAIIAN AIRLINES INTER EXP | | MANUAL | OPEN | | |
| | HAWAIIAN AIRLINES INTER EXP | | MANUAL | OPEN | | |
| | HAWAIIAN AIRLINES INTER EXP | | MANUAL | OPEN | | |
| | HAWAIIAN AIRLINES INTER EXP | | MANUAL | OPEN | | |
| | HAWAIIAN AIRLINES INTER EXP | | MANUAL | CLEARED | | |

HAWAIIAN AIRLINES,INC. - MSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| CL 424 | HAWAIIAN AIRLINES INTERM EXP | | MANUAL | | | |
| CL 424 | HAWAIIAN AIRLINES INTERM EXP | | MANUAL | | | |

*The remainder of this page is a faded dot-matrix computer printout. The individual line items (vendor "CL 424 — HAWAIIAN AIRLINES INTERM EXP", "MANUAL" type, "CLEARED"/"OPEN" status, payment dates, check numbers, and payment amounts) are too degraded to transcribe reliably.*

09/10/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES, INC. - MSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

PAGE
RPT: APY0110-01

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|--------|-------------|--------------|------|--------|--------------|----------------|
| CL431 | HAWAIIAN AIRLINES INTERNATIONAL EXP | | | OPEN | | |
| CL431 | HAWAIIAN AIRLINES INTERNATIONAL EXP | | | OPEN | | |
| CL431 | HAWAIIAN AIRLINES INTERNATIONAL EXP | | | OPEN | | |
| CL431 | HAWAIIAN AIRLINES INTERNATIONAL EXP | | | CLEARED | | |
| CL431 | HAWAIIAN AIRLINES INTERNATIONAL EXP | | | CLEARED | | |
| CL443 | HAWAIIAN AIRLINES INTERIM EXP | 07/01/93 | MANUAL | CLEARED | | 25.00 |
| CL443 | HAWAIIAN AIRLINES INTERIM EXP | 07/01/93 | MANUAL | OPEN | 316458 | |
| CL443 | HAWAIIAN AIRLINES INTERIM EXP | | MANUAL | CLEARED | | |

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| CL443 | HAWAIIAN AIRLINES INTERIM EXP | 09/16/93 | MANUAL | OPEN | 3166668 | 100.00 |
| CL443 | HAWAIIAN AIRLINES INTERIM EXP | 08/18/93 | MANUAL | OPEN | 3166600 | 124.00 |
| CL443 | HAWAIIAN AIRLINES INTERIM EXP | 08/20/93 | MANUAL | CLEARED | 3169100 | 850.00 |
| CL443 | HAWAIIAN AIRLINES INTERIM EXP | 08/20/93 | MANUAL | CLEARED | 3169172 | 619.15 |
| CL443 | HAWAIIAN AIRLINES INTERIM EXP | 07/01/93 | MANUAL | CLEARED | 3168835 | 100.00 |
| CL441 | HAWAIIAN AIRLINES INTERIM EXP | 07/21/93 | MANUAL | CLEARED | 3168837 | 24.00 |
| CL441 | HAWAIIAN AIRLINES INTERIM EXP | 08/20/93 | MANUAL | OPEN | 3168912 | 850.00 |
| CL441 | HAWAIIAN AIRLINES INTERIM EXP | 08/20/93 | MANUAL | CLEARED | 3168208 | 75.00 |
| CL441 | HAWAIIAN AIRLINES INTERIM EXP | 08/20/93 | MANUAL | OPEN | 3168921 | 20.00 |
| CL441 | HAWAIIAN AIRLINES INTERIM EXP | 08/20/93 | MANUAL | OPEN | 3168842 | 10.00 |
| CL441 | HAWAIIAN AIRLINES INTERIM EXP | 09/30/93 | MANUAL | CLEARED | 3168844 | 12.00 |
| CL441 | HAWAIIAN AIRLINES INTERIM EXP | 09/14/93 | MANUAL | OPEN | | 010.45 |
| CL005 | HAWAIIAN AIRLINES INTERIM EXP | 09/01/93 | MANUAL | OPEN | 3177745 | 60.00 |
| CL005 | HAWAIIAN AIRLINES INTERIM EXP | 08/20/93 | MANUAL | OPEN | 3177746 | 60.00 |
| CL005 | HAWAIIAN AIRLINES INTERIM EXP | 08/20/93 | MANUAL | OPEN | 3177747 | 75.00 |
| CL005 | HAWAIIAN AIRLINES INTERIM EXP | 08/20/93 | MANUAL | OPEN | 3177748 | 20.00 |
| CL005 | HAWAIIAN AIRLINES INTERIM EXP | 08/20/93 | MANUAL | OPEN | 3177749 | 10.00 |
| CL005 | HAWAIIAN AIRLINES INTERIM EXP | 08/20/93 | MANUAL | OPEN | 3177750 | 100.00 |
| CL005 | HAWAIIAN AIRLINES INTERIM EXP | 08/20/93 | MANUAL | OPEN | 3177751 | 84.00 |
| CL005 | HAWAIIAN AIRLINES INTERIM EXP | 09/01/93 | MANUAL | OPEN | 3177752 | 12.00 |
| HAH09 | GROWTH INDUSTRIES, INC | 08/25/93 | MANUAL | OPEN | 9610273 | 353.15 |
| HAH09 | GROWTH INDUSTRIES, INC | 08/27/93 | MANUAL | OPEN | 9610316 | 457.95 |
| HAH02 | AERO CRAFT HYDRAULICS INC | 07/06/93 | SYSTEM | CLEARED | 7010091 | 811.00 |
| HAH02 | AERO CRAFT HYDRAULICS INC | 07/13/93 | SYSTEM | CLEARED | 7010470 | 5,360.18 |
| HAH02 | AERO CRAFT HYDRAULICS INC | 08/20/93 | MANUAL | OPEN | 9010216 | 1,331.00 |
| HAH02 | AERO CRAFT HYDRAULICS INC | 08/27/93 | MANUAL | OPEN | 9010220 | 143.30 |
| HAH02 | AERO CRAFT HYDRAULICS INC | 09/01/93 | SYSTEM | OPEN | 7021620 | 4,402.11 |
| HAH02 | AERO CRAFT HYDRAULICS INC | 09/14/93 | SYSTEM | OPEN | 7021625 | 2,897.20 |

HAWAIIAN AIRLINES INC. - MSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 25 THRU CURRENT

| VENDOR | VENDOR NAME | PAYMENT DATE | PAYMENT TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| HA006 | AIRCRAFT ARMATURE INCORPORATED | 07/30/93 | SYSTEM | CLEARED | 7010738 | 1,985.00 |
| HA006 | AIRCRAFT ARMATURE | 07/22/93 | SYSTEM | CLEARED | 7010489 | 24,495.49 |
| HA006 | | | | | | 2,430.85 |
| HA021 | BDILL ELECTRONICS | 07/13/93 | SYSTEM | CLEARED | 7019336 | 770.10 |
| HA022 | BURBANK AIRCRAFT SUPPLY INC | 07/29/93 | SYSTEM | CLEARED | 7018909 | 7,220.00 |
| HA022 | BURBANK AIRCRAFT SUPPLY INC | 07/30/93 | SYSTEM | CLEARED | 7016602 | 2,404.43 |
| HA022 | BURBANK AIRCRAFT SUPPLY INC | 07/30/93 | SYSTEM | CLEARED | 7010210 | 1,134.61 |
| HA022 | BURBANK AIRCRAFT SUPPLY INC | 08/04/93 | SYSTEM | CLEARED | 7020710 | 2,755.95 |
| HA022 | BURBANK AIRCRAFT SUPPLY INC | 08/04/93 | SYSTEM | CLEARED | 7020574 | |
| HA022 | BURBANK AIRCRAFT SUPPLY INC | 07/31/93 | SYSTEM | CLEARED | 7020095 | 788.04 |
| HA022 | BURBANK AIRCRAFT SUPPLY INC | 08/31/93 | SYSTEM | OPEN | 7021055 | 708.35 |
| HA022 | BURBANK AIRCRAFT SUPPLY INC | 08/31/93 | SYSTEM | OPEN | 7021765 | 2,202.10 |
| HA022 | BURBANK AIRCRAFT SUPPLY INC | 09/14/93 | SYSTEM | OPEN | 7021587 | 192,718.55 |
| HA040 | FORTNER ENGINEERING | 07/08/93 | MANUAL | CLEARED | 9009183 | 1,701.27 |
| HA040 | FORTNER ENGINEERING | 07/19/93 | MANUAL | CLEARED | 9009813 | 1,143.82 |
| HA040 | | | | | | 27,035.00 |
| HA096 | SMITH INDUSTRIAL SUPPLY CO | 08/04/93 | MANUAL | | 9009623 | 2,564.96 |
| HA096 | SMITH INDUSTRIAL SUPPLY CO | 09/17/93 | SYSTEM | CLEARED | 7020646 | 104,220. |
| HA096 | | | | CLEARED | | 2,674.16 |
| HA099 | TARPY TAILORS INC | 07/27/93 | SYSTEM | CLEARED | 7020035 | 1,086.25 |
| HA099 | TARPY TAILORS INC | 07/07/93 | SYSTEM | OPEN | 7021500 | 2,100.02 |
| HA093 | AIRPORT AUTOMOTIVE PARTS | 08/20/93 | SYSTEM | CLEARED | 7018076 | 4,072.96 |
| HA116 | AIRPORT AUTOMOTIVE PARTS | 08/11/93 | SYSTEM | CLEARED | 7018909 | 3,912.49 |
| HA114 | AIRPORT AUTOMOTIVE PARTS | 08/12/93 | SYSTEM | CLEARED | 7018202 | 5,312.49 |
| HA114 | AIRPORT AUTOMOTIVE PARTS | 08/15/93 | SYSTEM | CLEARED | 7018604 | |
| HA114 | AIRPORT AUTOMOTIVE PARTS | 08/03/93 | SYSTEM | CLEARED | 7018807 | 228.20 |
| HA114 | AIRPORT AUTOMOTIVE PARTS | 08/03/93 | SYSTEM | CLEARED | 7018904 | 2,043.20 |
| HA114 | AIRPORT AUTOMOTIVE PARTS | 08/30/93 | SYSTEM | CLEARED | 7020370 | 2,739.15 |

09/15/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES INC. - USA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

RPT: APF0110-01
PAGE: 41

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| HA114 | AIRPORT AUTOMOTIVE PARTS | 09/31/93 | SYSTEM | OPEN | 7021175 | 506.17 |
| HA114 | AIRPORT AUTOMOTIVE PARTS | 07/27/93 | SYSTEM | OPEN | 7011994 | 551.03 |
| HA114 | AIRPORT AUTOMOTIVE PARTS | 09/31/93 | SYSTEM | OPEN | 7021597 | 2,015.33 |
| HA119 | ALOHA AIRLINES INC | 07/14/93 | MANUAL | CLEARED | 0000315 | 561.53 |
| HA119 | ALOHA AIRLINES INC | 07/13/93 | MANUAL | OPEN | 0010507 | 2,018.75 |
| HA119 | ALOHA AIRLINES INC | 05/14/93 | MANUAL | OPEN | 9010509 | 1,275.00 |
| | | | | | | 3,845.28 |
| HA120 | ALOHA STATE SALES CO INC | 07/13/93 | SYSTEM | CLEARED | 7019186 | 107.63 |
| HA120 | ALOHA STATE SALES CO INC | 07/20/93 | SYSTEM | CLEARED | 7019622 | 230.40 |
| HA120 | ALOHA STATE SALES CO INC | 07/27/93 | SYSTEM | CLEARED | 7020004 | 1,435.13 |
| HA120 | ALOHA STATE SALES CO INC | 09/07/93 | SYSTEM | OPEN | 7021593 | 175.89 |
| HA121 | AMERICAN CUSTOMS BROKERAGE CO | 07/13/93 | SYSTEM | CLEARED | 7019362 | 1,674.50 |
| HA121 | AMERICAN CUSTOMS BROKERAGE CO | 07/20/93 | SYSTEM | CLEARED | 7019593 | 92.00 |
| HA121 | AMERICAN CUSTOMS BROKERAGE CO | 07/27/93 | SYSTEM | CLEARED | 7019876 | 430.00 |
| | | | | | | 1,502.50 |
| HA129 | AUTO ELECTRIC SERVICE INC | 07/29/93 | SYSTEM | CLEARED | 7018864 | 2,457.51 |
| HA129 | AUTO ELECTRIC SERVICE INC | 07/13/93 | SYSTEM | CLEARED | 7019307 | 1,001.28 |
| HA129 | AUTO ELECTRIC SERVICE INC | 07/20/93 | SYSTEM | CLEARED | 7019570 | 3,902.23 |
| HA129 | AUTO ELECTRIC SERVICE INC | 07/27/93 | SYSTEM | CLEARED | 7020241 | 351.50 |
| HA129 | AUTO ELECTRIC SERVICE INC | 08/11/93 | SYSTEM | CLEARED | 7020740 | 1,005.58 |
| HA129 | AUTO ELECTRIC SERVICE INC | 08/24/93 | SYSTEM | CLEARED | 7021274 | 206.47 |
| HA129 | AUTO ELECTRIC SERVICE INC | 09/07/93 | SYSTEM | OPEN | 7021327 | 91.61 |
| HA129 | B G E ASSOCIATES INC | 07/15/93 | MANUAL | CLEARED | 0000325 | 267.86 |
| HA131 | B G E ASSOCIATES INC | 07/18/93 | MANUAL | CLEARED | 0010042 | 183.05 |
| HA131 | B G E ASSOCIATES INC | 08/23/93 | MANUAL | CLEARED | 9010215 | 167.57 |
| | | | | | | 619.42 |
| HA130 | BIG THREE INDUSTRIES INC | 08/29/93 | SYSTEM | CLEARED | 7018900 | 4,911.59 |
| HA130 | BIG THREE INDUSTRIES INC | 07/20/93 | SYSTEM | CLEARED | 7019098 | 927.16 |

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| HA138 | BIG THREE INDUSTRIES INC | 07/27/93 | SYSTEM | CLEARED | 7020320 | 1,533.61 |
| HA138 | BIG THREE INDUSTRIES INC | 08/23/93 | SYSTEM | CLEARED | 7020929 | 1,024.59 |
| HA138 | BIG THREE INDUSTRIES INC | 08/23/93 | SYSTEM | OPEN | 7020924 | 2,219.21 |
| HA138 | BIG THREE INDUSTRIES INC | 09/21/93 | SYSTEM | OPEN | 7021094 | 2,652.04 |
| HA143 | UNISOURCE CORPORATION | 07/13/93 | MANUAL | CLEARED | 0009271 | 373.98 |
| HA143 | UNISOURCE CORPORATION | 09/24/93 | MANUAL | CLEARED | 7020940 | 265.00 |
| HA143 | UNISOURCE CORPORATION | 09/07/93 | MANUAL | OPEN | 9010470 | 265.00 |
| HA144 | CITY MILL CO LTD | | SYSTEM | CLEARED | 7018474 | 2,969.30 |
| HA144 | CITY MILL CO LTD | 07/29/93 | SYSTEM | CLEARED | 7019991 | 796.51 |
| HA144 | CITY MILL CO LTD | 08/23/93 | SYSTEM | CLEARED | 7020872 | 1,142.31 |
| HA144 | CITY MILL CO LTD | 09/07/93 | SYSTEM | CLEARED | 7020941 | 1,220.98 |
| HA144 | CITY MILL CO LTD | 09/21/93 | SYSTEM | CLEARED | 7021052 | 402.02 |
| HA144 | CITY MILL CO LTD | | SYSTEM | OPEN | 7021152 | 265.00 |
| HA144 | CITY MILL CO LTD | | SYSTEM | OPEN | 7021340 | 265.00 |
| HA144 | CITY MILL CO LTD | 09/14/93 | SYSTEM | OPEN | 7021330 | 24,000.50 |
| HA156 | COCA COLA BOTTLING COMPANY | 06/25/93 | SYSTEM | CLEARED | 7018474 | 24,710.37 |
| HA156 | COCA COLA BOTTLING COMPANY | 06/25/93 | MANUAL | CLEARED | 9016905 | 3,646.90 |
| HA156 | COCA COLA BOTTLING COMPANY | 09/29/93 | SYSTEM | CLEARED | 7018880 | 3,283.60 |
| HA156 | COCA COLA BOTTLING COMPANY | 07/29/93 | SYSTEM | CLEARED | 7020730 | 3,181.60 |
| HA156 | COCA COLA BOTTLING COMPANY | 08/09/93 | SYSTEM | CLEARED | 7020600 | 3,416.60 |
| HA156 | COCA COLA BOTTLING COMPANY | 08/17/93 | SYSTEM | CLEARED | 7020962 | 5,180.60 |
| HA162 | DANA LABELS, INC | 07/29/93 | SYSTEM | CLEARED | 7018805 | 4,180.79 |
| HA162 | DANA LABELS, INC | 08/09/93 | SYSTEM | CLEARED | 7019913 | 203.13 |
| HA162 | DANA LABELS, INC | 08/17/93 | SYSTEM | CLEARED | 7021070 | 1,995.84 |
| HA162 | DANA LABELS, INC | 08/09/93 | SYSTEM | OPEN | 7021450 | 1,995.84 |
| HA175 | PF ELECTRIC TYPEWRITER & TIME | 07/29/93 | SYSTEM | CLEARED | 7020741 | 2,628.30 |
| HA175 | PF ELECTRIC TYPEWRITER & TIME | 04/19/93 | SYSTEM | CLEARED | 7020688 | 334.26 |

HAWAIIAN AIRLINES, INC. - MSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 26 THRU CURRENT

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| HAI75 | | | | | | 2,362.26 |
| HAI77 | ELECTRICAL EQUIPMENT CO LTD | 07/06/93 | SYSTEM | CLEARED | 7019810 | 372.17 |
| HAI77 | ELECTRICAL EQUIPMENT CO LTD | 07/20/93 | SYSTEM | CLEARED | 7020639 | 312.55 |
| HAI77 | ELECTRICAL EQUIPMENT CO LTD | 08/24/93 | SYSTEM | CLEARED | 7020839 | 57.50 |
| HAI77 | | | | | | 742.27 |
| HAI81 | ALLIED MACHINERY CORP | 07/20/93 | SYSTEM | CLEARED | 7019814 | 206.46 |
| HAI81 | ALLIED MACHINERY CORP | 09/14/93 | SYSTEM | OPEN | 7021611 | 860.21 |
| HAI81 | | | | | | 1,066.67 |
| HAI86 | FOSTER EQUIPMENT CO LTD | 07/13/93 | SYSTEM | CLEARED | 7019154 | 57.20 |
| HAI86 | FOSTER EQUIPMENT CO LTD | 07/20/93 | SYSTEM | CLEARED | 7019825 | 1,079.03 |
| HAI86 | FOSTER EQUIPMENT CO LTD | 07/27/93 | SYSTEM | CLEARED | 7020129 | 179.50 |
| HAI86 | FOSTER EQUIPMENT CO LTD | 08/17/93 | SYSTEM | CLEARED | 7020723 | 903.36 |
| HAI86 | FOSTER EQUIPMENT CO LTD | 08/24/93 | SYSTEM | CLEARED | 7020912 | 205.90 |
| HAI86 | | | | | | 2,411.99 |
| HAI88 | GASPRO | 07/06/93 | SYSTEM | CLEARED | 7019650 | 1,612.90 |
| HAI88 | GASPRO | 07/13/93 | SYSTEM | CLEARED | 9000263 | 17.92 |
| HAI88 | GASPRO | 07/14/93 | MANUAL | CLEARED | 9000294 | 47.00 |
| HAI88 | GASPRO | 07/20/93 | SYSTEM | CLEARED | 9000300 | 30.00 |
| HAI88 | GASPRO | 07/27/93 | MANUAL | CLEARED | 9000480 | 30.00 |
| HAI88 | GASPRO | 07/27/93 | SYSTEM | CLEARED | 7020164 | 577.38 |
| HAI88 | GASPRO | 08/24/93 | SYSTEM | CLEARED | 7020904 | 579.70 |
| HAI88 | GASPRO | 08/31/93 | SYSTEM | OPEN | 7021039 | 70.40 |
| HAI88 | GASPRO | 09/14/93 | SYSTEM | OPEN | 7021604 | 625.70 |
| HAI88 | | | | | | 3,803.81 |
| HAI89 | GERCO OF HAWAII INC | 09/14/93 | SYSTEM | OPEN | 7021603 | 621.44 |
| HAI89 | | | | | | 621.44 |
| HAI90 | GENERAL TIRE OF HAWAII, INC. | 07/13/93 | SYSTEM | CLEARED | 7019412 | 2,157.74 |
| HAI90 | GENERAL TIRE OF HAWAII, INC. | 09/07/93 | SYSTEM | OPEN | 7021376 | 958.16 |

09/10/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES INC - A/P ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 21 THRU CURRENT

PAGE 44
RPT: APO110-01

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| HA190 | | | | | | 3,115.90 |
| HA199 | HATA Y E CO LTD | 07/13/93 | SYSTEM | CLEARED | 7019302 | 847.81 |
| HA199 | HATA Y E CO LTD | 07/27/93 | SYSTEM | CLEARED | 7020015 | 859.50 |
| HA199 | HATA Y E CO LTD | 08/24/93 | SYSTEM | CLEARED | 7020818 | |
| HA199 | | | | | | |
| HA203 | HAWAII MICROFILM SERVICES INC | 07/13/93 | SYSTEM | CLEARED | 7019658 | 5,003.75 |
| HA203 | HAWAII MICROFILM SERVICES INC | 08/05/93 | SYSTEM | CLEARED | 7020315 | 3,930.75 |
| HA203 | HAWAII MICROFILM SERVICES INC | 08/19/93 | SYSTEM | CLEARED | 7020408 | 1,295.00 |
| HA203 | HAWAII MICROFILM SERVICES INC | 08/19/93 | SYSTEM | CLEARED | 7020830 | |
| HA203 | HAWAII MICROFILM SERVICES INC | 08/21/93 | SYSTEM | OPEN | 7021410 | |
| HA203 | | | | | | 13,904.03 |
| HA213 | HAWAIIAN LIFT TRUCK INC | 07/13/93 | SYSTEM | CLEARED | 7019396 | 1,813.20 |
| HA213 | HAWAIIAN LIFT TRUCK INC | 07/27/93 | SYSTEM | CLEARED | 7020334 | 271.44 |
| HA213 | HAWAIIAN LIFT TRUCK INC | 09/14/93 | SYSTEM | OPEN | 7021521 | 231.41 |
| HA213 | | | | | | 2,116.05 |
| HA214 | VANIER GRAPHICS CORPORATION | 05/29/93 | SYSTEM | CLEARED | 7018906 | 5,007.21 |
| HA214 | VANIER GRAPHICS CORPORATION | 07/08/93 | SYSTEM | CLEARED | 7019912 | 2,035.78 |
| HA214 | VANIER GRAPHICS CORPORATION | 07/13/93 | SYSTEM | CLEARED | 7019396 | |
| HA214 | VANIER GRAPHICS CORPORATION | 08/05/93 | SYSTEM | CLEARED | 7020366 | |
| HA214 | VANIER GRAPHICS CORPORATION | 08/05/93 | SYSTEM | CLEARED | 7020390 | |
| HA214 | VANIER GRAPHICS CORPORATION | 08/21/93 | SYSTEM | CLEARED | 7020910 | |
| HA214 | VANIER GRAPHICS CORPORATION | 08/21/93 | SYSTEM | OPEN | 7021300 | |
| HA214 | VANIER GRAPHICS CORPORATION | 09/14/93 | SYSTEM | OPEN | 7021445 | |
| HA214 | | | | | | 20,112.12 |
| HA218 | HEIDE & COOK LTD | 07/13/93 | SYSTEM | CLEARED | 7019426 | 3,895.17 |
| HA218 | HEIDE & COOK LTD | 07/20/93 | SYSTEM | CLEARED | 7019725 | 1,531.17 |
| HA218 | HEIDE & COOK LTD | 07/27/93 | SYSTEM | CLEARED | 7019907 | 1,801.40 |
| HA218 | HEIDE & COOK LTD | 09/14/93 | SYSTEM | OPEN | 7021032 | |
| HA218 | | | | | | 7,301.12 |

09/14/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES INC. - MSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

PAGE 45
RPT: APV0110-01

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| HA228 | HONSPORT | 07/20/93 | SYSTEM | CLEARED | 7010905 | 862.44 |
| HA228 | HONSPORT | 08/31/93 | SYSTEM | CLEARED | 7020133 | 205.90 |
| HA228 | HONSPORT | 08/31/93 | SYSTEM | OPEN | 7021117 | 1725.52 |
| | | | | | | 1,067,180. |
| HA229 | BOISE CASCADE OFFICE PRODUCTS | 06/25/93 | MANUAL | CLEARED | 9008501 | 16.42 |
| HA229 | BOISE CASCADE OFFICE PRODUCTS | 00000000 | MANUAL | CLEARED | 70000009 | 2.00 |
| HA229 | BOISE CASCADE OFFICE PRODUCTS | 00000000 | MANUAL | CLEARED | 70000009 | 2.00 |
| HA229 | BOISE CASCADE OFFICE PRODUCTS | 00000000 | MANUAL | CLEARED | 70000009 | 2.00 |
| HA229 | BOISE CASCADE OFFICE PRODUCTS | 00000000 | MANUAL | CLEARED | 70000009 | 2.00 |
| HA229 | BOISE CASCADE OFFICE PRODUCTS | 00000000 | MANUAL | CLEARED | 70000009 | 2.00 |
| HA229 | BOISE CASCADE OFFICE PRODUCTS | 00000000 | MANUAL | CLEARED | 70000009 | 2.00 |
| HA229 | BOISE CASCADE OFFICE PRODUCTS | 00000000 | MANUAL | CLEARED | 70000009 | 2.00 |
| HA229 | BOISE CASCADE OFFICE PRODUCTS | 00000000 | MANUAL | CLEARED | 70000009 | 2.00 |
| HA229 | BOISE CASCADE OFFICE PRODUCTS | 00000000 | MANUAL | OPEN | 70000009 | 2.00 |
| HA229 | BOISE CASCADE OFFICE PRODUCTS | 00000000 | MANUAL | OPEN | 70000009 | 2.00 |
| HA229 | BOISE CASCADE OFFICE PRODUCTS | 00000000 | MANUAL | OPEN | 70000009 | 2.00 |
| HA229 | BOISE CASCADE OFFICE PRODUCTS | 00000000 | MANUAL | OPEN | 70000009 | 2.00 |
| HA229 | BOISE CASCADE OFFICE PRODUCTS | 00000000 | MANUAL | OPEN | 7001043 | 1.20 |
| HA236 | JORGENSEN STEEL & ALUMINUM | 07/13/93 | SYSTEM | CLEARED | 7010314 | 572.35 |
| HA236 | JORGENSEN STEEL & ALUMINUM | 07/20/93 | SYSTEM | CLEARED | 7010517 | 157.79 |
| HA236 | JORGENSEN STEEL & ALUMINUM | 07/20/93 | SYSTEM | CLEARED | 7010917 | 247.92 |
| HA236 | JORGENSEN STEEL & ALUMINUM | 08/10/93 | SYSTEM | CLEARED | 7020505 | 2,479.02 |
| | | | | | | 1,171.36 |
| HA239 | KILGO, INC | 07/13/93 | SYSTEM | CLEARED | 7010374 | 1,185.95 |
| HA239 | KILGO, INC | 07/20/93 | SYSTEM | CLEARED | 7010872 | 1,399.10 |
| HA239 | KILGO, INC | 08/24/93 | SYSTEM | CLEARED | 7020585 | 3,000.00 |
| HA239 | KILGO, INC | 08/24/93 | SYSTEM | CLEARED | 7020585 | 1,000.00 |
| HA239 | KILGO, INC | 08/27/93 | SYSTEM | OPEN | 7021208 | 1,000.00 |
| | | | | | | 1,000.00 |

09/13/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES INC - MSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

PAGE 46
RPT: APR010-01

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| HA242 | KONA ABRASIVES | 06/28/93 | SYSTEM | CLEARED | 70180220 | 658.24 |
| HA242 | KONA ABRASIVES | 07/06/93 | SYSTEM | CLEARED | 70190598 | 2,207.31 |
| HA242 | KONA ABRASIVES | 08/17/93 | SYSTEM | CLEARED | 70200705 | 1,880.80 |
| HA242 | KONA ABRASIVES | 08/31/93 | SYSTEM | OPEN | 70211183 | 1,334.15 |
| | | | | | | 4,721.50 |
| HA245 | LAMERS ENTERPRISE INC | 07/13/93 | SYSTEM | CLEARED | 70190830 | 166.00 |
| HA245 | LAMERS ENTERPRISE INC | 07/20/93 | SYSTEM | CLEARED | 70200400 | 109.73 |
| HA245 | LAMERS ENTERPRISE INC | 08/17/93 | SYSTEM | CLEARED | 70200890 | 390.00 |
| HA245 | LAMERS ENTERPRISE INC | 08/31/93 | SYSTEM | CLEARED | 70200904 | 166.00 |
| HA245 | LAMERS ENTERPRISE INC | 09/14/93 | SYSTEM | OPEN | 70211519 | 33.17 |
| | | | | | | 864.76 |
| HA249 | MAGUIRE BEARING CO LTD | 07/13/93 | SYSTEM | CLEARED | 70193344 | 807.64 |
| HA254 | MAGUIRE BEARING CO LTD | 07/20/93 | SYSTEM | CLEARED | 70200608 | 186.78 |
| HA254 | MAGUIRE BEARING CO LTD | 08/17/93 | SYSTEM | CLEARED | 70200872 | 177.09 |
| HA254 | MAGUIRE BEARING CO LTD | 08/24/93 | SYSTEM | CLEARED | 70200877 | 506.80 |
| | | | | | | 1,678.31 |
| HA256 | MALOLO BEVERAGES | 06/28/93 | SYSTEM | CLEARED | 70180001 | 6,631.04 |
| HA256 | MALOLO BEVERAGES | 07/06/93 | MANUAL | CLEARED | 00000018 | 7,187.27 |
| HA256 | MALOLO BEVERAGES | 07/21/93 | SYSTEM | CLEARED | 70200588 | 4,935.98 |
| HA256 | MALOLO BEVERAGES | 07/21/93 | MANUAL | CLEARED | 70200598 | 5,170.08 |
| HA256 | MALOLO BEVERAGES | 08/10/93 | SYSTEM | CLEARED | 70200779 | 4,701.05 |
| HA256 | MALOLO BEVERAGES | 08/17/93 | SYSTEM | CLEARED | 70200890 | 4,548.55 |
| HA256 | MALOLO BEVERAGES | 08/24/93 | SYSTEM | OPEN | 70210329 | 5,069.74 |
| HA256 | MALOLO BEVERAGES | 08/31/93 | SYSTEM | OPEN | 70210049 | 10,878.94 |
| HA256 | MALOLO BEVERAGES | 09/14/93 | SYSTEM | OPEN | 70211649 | 5,066.22 |
| | | | | | | 54,162.87 |
| HA272 | MOTOROLA INC | 08/16/93 | MANUAL | OPEN | 9010017 | 361.00 |
| HA272 | MOTOROLA INC | 08/23/93 | MANUAL | OPEN | 9010147 | 324.42 |
| HA272 | MOTOROLA INC | | | | | 685.42 |
| HA280 | OAHU INDUSTRIAL INC | 07/13/93 | SYSTEM | CLEARED | 70193988 | 122.50 |
| HA280 | OAHU INDUSTRIAL INC | 07/20/93 | SYSTEM | CLEARED | 70193566 | 94.24 |

09/19/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINE SINC. - HSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

PAGE 14
BP11 APV010-01

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| HA280 | | | | | | 1,210.74 |
| HA295 | PACIFIC FIRE PROTECTION INC | 07/20/93 | SYSTEM | CLEARED | 7019734 | 1,801.50 |
| HA290 | PACIFIC FIRE PROTECTION INC | 08/17/93 | SYSTEM | CLEARED | 7020707 | 729.91 |
| HA293 | PACIFIC FIRE PROTECTION INC | 08/31/93 | SYSTEM | OPEN | 7021119 | 3,102.40 |
| HA292 | | | | | | 3,102.40 |
| HA294 | PAMECO-AIRE | 07/13/93 | SYSTEM | CLEARED | 7019422 | 2,438.44 |
| HA294 | | | | | | 2,438.44 |
| HA295 | PARADISE BEVERAGES | 07/13/93 | SYSTEM | CLEARED | 7019380 | 1,347.50 |
| HA295 | | | | | | 1,347.50 |
| HA304 | PRECISION RADIO LTD | 07/06/93 | SYSTEM | CLEARED | 7019083 | 1,199.47 |
| HA304 | PRECISION RADIO LTD | 08/10/93 | SYSTEM | CLEARED | 7020562 | 245.29 |
| HA304 | PRECISION RADIO LTD | 08/24/93 | SYSTEM | CLEARED | 7020909 | 60.00 |
| HA304 | | | | | | 1,504.76 |
| HA308 | REM HAWAII OFFICE PRODUCTS | 07/13/93 | SYSTEM | CLEARED | 7019222 | 176.00 |
| HA308 | REM HAWAII OFFICE PRODUCTS | 08/10/93 | SYSTEM | CLEARED | 7020540 | 705.80 |
| HA308 | REM HAWAII OFFICE PRODUCTS | 08/17/93 | SYSTEM | CLEARED | 7020651 | 840.00 |
| HA308 | REM HAWAII OFFICE PRODUCTS | 08/17/93 | SYSTEM | OPEN | 7021021 | 1,416.00 |
| HA308 | | | | | | 3,150.30 |
| HA318 | GOLDWINGS SUPPLY SERVICE INC | 07/01/93 | MANUAL | CLEARED | 9009031 | 257.92 |
| HA318 | GOLDWINGS SUPPLY SERVICE INC | 08/11/93 | MANUAL | CLEARED | 9010008 | 742.44 |
| HA318 | GOLDWINGS SUPPLY SERVICE INC | 08/20/93 | MANUAL | OPEN | 9010202 | 44.10 |
| HA318 | | | | | | 1,044.46 |
| HA320 | SHERWIN-WILLIAMS CO | 07/08/93 | MANUAL | OPEN | 9010452 | 403.73 |
| HA320 | SHERWIN-WILLIAMS CO | 07/15/93 | MANUAL | OPEN | 9010614 | 435.00 |
| HA320 | | | | | | 838.73 |
| HA329 | SIMONIAN, S | 07/02/93 | MANUAL | CLEARED | 9009078 | 4,950.40 |

09/10/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINE SLING - MSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

PAGE 48
RPT: APY0110-01

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| HA329 | | | | | | 3,950.40 |
| HA335 | SNAP-ON TOOLS CORPORATION | 07/13/93 | SYSTEM | CLEARED | 7010918 | 596.22 |
| HA335 | SNAP-ON TOOLS CORPORATION | 08/03/93 | SYSTEM | CLEARED | 7020118 | 1,039.14 |
| HA335 | SNAP-ON TOOLS CORPORATION | 08/24/93 | MANUAL | CLEARED | 9008932 | 582.00 |
| HA335 | SNAP-ON TOOLS CORPORATION | 08/12/93 | SYSTEM | CLEARED | 7020550 | 244.17 |
| HA335 | SNAP-ON TOOLS CORPORATION | 09/14/93 | SYSTEM | OPEN | 7021050 | 182.04 |
| HA335 | SNAP-ON TOOLS CORPORATION | 08/13/93 | MANUAL | OPEN | 9010880 | |
| HA335 | | | | | | 922.56 |
| HA337 | STANDARD REGISTER CO | 08/10/93 | SYSTEM | CLEARED | 7020547 | 7,360.70 |
| HA337 | STANDARD REGISTER CO | 08/24/93 | SYSTEM | OPEN | 7021071 | 8,283.26 |
| HA337 | | | | | | |
| HA340 | SUPERIOR COFFEE & FOODS/HAWAII | 07/13/93 | SYSTEM | CLEARED | 7018864 | 4,125.85 |
| HA340 | SUPERIOR COFFEE & FOODS/HAWAII | 07/13/93 | SYSTEM | CLEARED | 7018913 | 2,314.00 |
| HA340 | SUPERIOR COFFEE & FOODS/HAWAII | 07/27/93 | SYSTEM | CLEARED | 7020205 | 758.00 |
| HA340 | SUPERIOR COFFEE & FOODS/HAWAII | 08/03/93 | SYSTEM | CLEARED | 7020824 | 6,682.00 |
| HA340 | SUPERIOR COFFEE & FOODS/HAWAII | 08/10/93 | SYSTEM | CLEARED | 7020564 | 9,230.00 |
| HA340 | SUPERIOR COFFEE & FOODS/HAWAII | 08/17/93 | SYSTEM | OPEN | 7021499 | 3,277.00 |
| HA340 | SUPERIOR COFFEE & FOODS/HAWAII | 08/24/93 | SYSTEM | OPEN | 7021657 | 9,321.00 |
| HA340 | SUPERIOR COFFEE & FOODS/HAWAII | 09/14/93 | SYSTEM | OPEN | 7021915 | 2,300.00 |
| HA340 | | | | | | |
| HA348 | TONG PUBLISHING | 08/29/93 | SYSTEM | CLEARED | 7018871 | 2,857.59 |
| HA348 | | | | | | 2,857.59 |
| HA349 | TOSHIBA HAWAII INC | 07/13/93 | SYSTEM | CLEARED | 7018460 | 1,068.30 |
| HA349 | TOSHIBA HAWAII INC | 07/27/93 | SYSTEM | CLEARED | 7020101 | 966.03 |
| HA349 | TOSHIBA HAWAII INC | 08/03/93 | SYSTEM | CLEARED | 7020105 | 558.60 |
| HA349 | TOSHIBA HAWAII INC | 08/12/93 | SYSTEM | CLEARED | 7020101 | 1,496.01 |
| HA349 | TOSHIBA HAWAII INC | 09/07/93 | SYSTEM | CLEARED | 7021062 | 1,407.60 |
| HA349 | TOSHIBA HAWAII INC | 09/14/93 | SYSTEM | OPEN | 7021524 | 1,215.36 |
| HA349 | | | | | | 4,055.10 |
| HA357 | WESTINGHOUSE ELECTRIC | 06/24/93 | MANUAL | CLEARED | 9008855 | 214.24 |
| HA357 | WESTINGHOUSE ELECTRIC | 08/25/93 | MANUAL | CLEARED | 9008870 | 911.96 |

| VENDOR | VENDOR<br>NAME | PAYMENT<br>DATE | TYPE | STATUS | CHECK<br>NUMBER | PAYMENT<br>AMOUNT |
|---|---|---|---|---|---|---|
| HA 357 | | | | | | 1,126.20- |
| | | | | | | 1,126.20- |
| HA 363 | XEROX CORPORATION | 06/29/93 | SYSTEM | CLEARED | 7018918 | 11,733.55 |
| HA 363 | XEROX CORPORATION | 07/13/93 | SYSTEM | CLEARED | 7019294 | 2,289.18 |
| HA 363 | XEROX CORPORATION | 07/20/93 | SYSTEM | CLEARED | 7020040 | 8,352.00 |
| HA 363 | XEROX CORPORATION | 07/27/93 | SYSTEM | CLEARED | 7020400 | 3,858.00 |
| HA 363 | XEROX CORPORATION | 08/03/93 | SYSTEM | CLEARED | 7020728 | 4,000.00 |
| HA 363 | XEROX CORPORATION | 08/17/93 | SYSTEM | OPEN | 7021131 | 3,780.00 |
| HA 363 | XEROX CORPORATION | 09/14/93 | SYSTEM | OPEN | 7021655 | 8,631.95 |
| HA 363 | | | | | | 42,653.68- |
| HA 364 | YANADA, K DISTRIBUTORS LTD | 06/29/93 | SYSTEM | CLEARED | 7018932 | 3,842.28 |
| HA 364 | YANADA, K DISTRIBUTORS LTD | 07/20/93 | SYSTEM | CLEARED | 7020459 | 206.77 |
| HA 364 | YANADA, K DISTRIBUTORS LTD | 07/27/93 | SYSTEM | CLEARED | 7020680 | 1,357.20 |
| HA 364 | YANADA, K DISTRIBUTORS LTD | 08/17/93 | SYSTEM | OPEN | 7020735 | 4,929.80 |
| HA 364 | YANADA, K DISTRIBUTORS LTD | 08/31/93 | SYSTEM | OPEN | 7021302 | 131.72 |
| HA 364 | | | | | | 10,269.77- |
| HA 367 | ZELLERBACH PAPER COMPANY | 07/01/93 | MANUAL | CLEARED | 9000762 | 206.77 |
| HA 367 | ZELLERBACH PAPER COMPANY | 07/27/93 | SYSTEM | CLEARED | 7020295 | 349.75 |
| HA 367 | ZELLERBACH PAPER COMPANY | 08/03/93 | SYSTEM | CLEARED | 7010627 | 741.56 |
| HA 367 | ZELLERBACH PAPER COMPANY | 09/15/93 | MANUAL | OPEN | 9010629 | 922.00 |
| HA 367 | | | | | | 2,220.08- |
| HA 372 | VON KENRIC BRUSHES | 06/30/93 | MANUAL | CLEARED | 9000002 | 110.76 |
| HA 372 | VON KENRIC BRUSHES | 07/15/93 | MANUAL | CLEARED | 9000547 | 101.40 |
| HA 372 | VON KENRIC BRUSHES | 07/27/93 | MANUAL | CLEARED | 9000838 | 123.52 |
| HA 372 | VON KENRIC BRUSHES | 08/02/93 | MANUAL | CLEARED | 9000858 | 152.52 |
| HA 372 | VON KENRIC BRUSHES | 08/23/93 | MANUAL | OPEN | 9010212 | 514.80 |
| HA 372 | | | | | | 1,223.00- |
| HA 375 | HI DWAY INDUSTRIAL ELECTRONICS | 07/06/93 | SYSTEM | CLEARED | 7019084 | 4,067.52 |
| HA 375 | HI DWAY INDUSTRIAL ELECTRONICS | 07/20/93 | SYSTEM | CLEARED | 7019508 | 1,011.00 |
| HA 375 | HI DWAY INDUSTRIAL ELECTRONICS | 08/24/93 | SYSTEM | OPEN | 7020180 | 3,716.48 |
| HA 375 | HI DWAY INDUSTRIAL ELECTRONICS | 09/14/93 | SYSTEM | OPEN | 7021551 | 103.00 |
| HA 375 | | | | | | 9,010.00- |

09/19/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES, INC. - MSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

PAGE
RPT: APV0110-01

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| HA377 | HONOLULU SIGN COMPANY LTD | 07/13/93 | SYSTEM | CLEARED | 7019417 | 2,300.22 |
| HA377 | HONOLULU SIGN COMPANY LTD | 07/20/93 | SYSTEM | CLEARED | 7019709 | 970.57 |
| | | | | | | |
| HA387 | AIR TREADS | 07/25/93 | MANUAL | CLEARED | 0000654 | 9,763.76 |
| HA387 | AIR TREADS | | SYSTEM | CLEARED | 7020941 | 9,461.00 |
| HA387 | AIR TREADS | 08/10/93 | SYSTEM | CLEARED | 7020942 | 2,740.00 |
| HA387 | AIR TREADS | 08/11/93 | SYSTEM | OPENED | 7021216 | 1,880.00 |
| HA387 | AIR TREADS | 08/11/93 | SYSTEM | OPENED | 7021217 | 4,080.00 |
| HA387 | AIR TREADS | 09/01/93 | SYSTEM | OPEN | 7021411 | 2,480.00 |
| HA387 | AIR TREADS | 09/14/93 | SYSTEM | OPEN | 7021600 | 2,480.00 |
| HA387 | AIR TREADS | | | | | 64,008.00 |
| | | | | | | |
| HA408 | AIRLINE ASHTRAYS INC | 08/29/93 | SYSTEM | CLEARED | 7018844 | 1,284.00 |
| HA408 | AIRLINE ASHTRAYS INC | | | | | 1,284.00 |
| | | | | | | |
| HA410 | MAIL-WELL ENVELOPE | 08/03/93 | SYSTEM | OPEN | 7020281 | 1,536.60 |
| HA410 | MAIL-WELL ENVELOPE | 08/05/93 | SYSTEM | OPEN | 7020373 | 11,536.60 |
| HA410 | MAIL-WELL ENVELOPE | | | | | 3,073.20 |
| | | | | | | |
| HA421 | HARLAN PARTS CORPORATION | 07/13/93 | SYSTEM | CLEARED | 7019321 | 637.84 |
| HA421 | HARLAN PARTS CORPORATION | 07/20/93 | SYSTEM | CLEARED | 7019900 | 695.84 |
| HA421 | HARLAN PARTS CORPORATION | | | | | 1,333.00 |
| | | | | | | |
| HA426 | CONRAD ENTERPRISES INC | 07/06/93 | SYSTEM | CLEARED | 7019047 | 1,382.67 |
| HA426 | CONRAD ENTERPRISES INC | 08/03/93 | SYSTEM | CLEARED | 7020244 | 886.40 |
| HA426 | CONRAD ENTERPRISES INC | | | | | 2,069.07 |
| | | | | | | |
| HA448 | EAGLE DISTRIBUTORS INC | 08/20/93 | SYSTEM | CLEARED | 7018912 | 8,070.00 |
| HA448 | EAGLE DISTRIBUTORS INC | 08/10/93 | SYSTEM | CLEARED | 7020585 | 458.00 |
| HA448 | EAGLE DISTRIBUTORS INC | 08/18/93 | SYSTEM | OPEN | 7021069 | 3,458.00 |
| HA448 | EAGLE DISTRIBUTORS INC | | | | | 20,986.00 |
| | | | | | | |
| HA487 | BURLINGTON AIR EXPRESS | 08/09/93 | MANUAL | CLEARED | 0000000 | 270.41 |
| HA487 | BURLINGTON AIR EXPRESS | 08/11/93 | MANUAL | CLEARED | 0000005 | 1,344.81 |
| HA487 | BURLINGTON AIR EXPRESS | 09/04/93 | SYSTEM | OPEN | 7021055 | 1,317.01 |
| HA487 | BURLINGTON AIR EXPRESS | 09/07/93 | MANUAL | OPEN | 0010A01 | 1,317.81 |

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| HA487 | | | | | | |
| HA507 | BERGDAHL ASSOCIATES | 06/30/93 | MANUAL | CLEARED | 9000902 | 859.88 |
| HA507 | BERGDAHL ASSOCIATES | 07/28/93 | MANUAL | CLEARED | 9000528 | 167.58 |
| HA507 | BERGDAHL ASSOCIATES | 05/06/93 | MANUAL | CLEARED | 9000909 | 2,400.42 |
| HA507 | BERGDAHL ASSOCIATES | 07/08/93 | MANUAL | OPEN | 9010505 | 3,427.88 |
| | | | | | | 3,790.01 |
| HA512 | BRICE MANUFACTURING CO | 07/08/93 | MANUAL | CLEARED | 9000185 | |
| HA512 | BRICE MANUFACTURING CO | 07/08/93 | MANUAL | CLEARED | 9000186 | 365.80 |
| HA512 | BRICE MANUFACTURING CO | 07/08/93 | MANUAL | CLEARED | 9000186 | 800.40 |
| HA512 | BRICE MANUFACTURING CO | 08/12/93 | MANUAL | CLEARED | 9000220 | 800.40 |
| HA512 | BRICE MANUFACTURING CO | 08/12/93 | MANUAL | CLEARED | 9000530 | 1,028.80 |
| HA512 | BRICE MANUFACTURING CO | 09/08/93 | MANUAL | OPEN | 9010487 | 826.80 |
| | | | | | | 3,790.01 |
| HA512 | HALEAKALA DAIRY INC | 06/28/93 | MANUAL | CLEARED | 7000917 | 57,201.60 |
| HA510 | HALEAKALA DAIRY INC | 07/30/93 | SYSTEM | CLEARED | 7010103 | |
| HA510 | HALEAKALA DAIRY INC | 07/16/93 | MANUAL | CLEARED | 7010103 | 8,000.00 |
| HA510 | HALEAKALA DAIRY INC | 07/22/93 | MANUAL | CLEARED | 7000900 | 8,000.00 |
| HA510 | HALEAKALA DAIRY INC | 07/22/93 | SYSTEM | CLEARED | 7001490 | 8,812.40 |
| HA510 | HALEAKALA DAIRY INC | 08/05/93 | MANUAL | CLEARED | 7000909 | 8,000.00 |
| HA510 | HALEAKALA DAIRY INC | 08/20/93 | SYSTEM | CLEARED | 7000305 | 8,000.00 |
| HA510 | HALEAKALA DAIRY INC | 08/10/93 | MANUAL | OPEN | 7000536 | 8,825.70 |
| HA510 | HALEAKALA DAIRY INC | 09/07/93 | MANUAL | OPEN | 7002655 | 8,000.00 |
| HA510 | HALEAKALA DAIRY INC | | | OPEN | 9015970 | 10,000.00 |
| | | | | | | 10,000.00 |
| HA524 | ARROW COMPANY | 06/24/93 | SYSTEM | OPEN | 7021022 | 2,800.75 |
| HA524 | ARROW COMPANY | 08/31/93 | SYSTEM | OPEN | 7021180 | 706.25 |
| | | | | | | 3,517.00 |
| HA530 | AIRCRAFT INSTRUMENT & RADIO CO | 07/26/93 | MANUAL | CLEARED | 9000601 | 6,752.00 |
| HA530 | AIRCRAFT INSTRUMENT & RADIO CO | 07/28/93 | MANUAL | CLEARED | 9000606 | 1,750.00 |
| HA530 | AIRCRAFT INSTRUMENT & RADIO CO | 08/31/93 | MANUAL | OPEN | 9010380 | 7,988.00 |
| HA530 | AIRCRAFT INSTRUMENT & RADIO CO | 08/31/93 | MANUAL | OPEN | 9010252 | 1,000.00 |
| | | | | | | 1,000.00 |

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| HA548 | TRANS WORLD INDUSTRIES | 07/13/93 | SYSTEM | CLEARED | 7010632 | 31,010.85 |
| HA548 | TRANS WORLD INDUSTRIES | 09/14/93 | SYSTEM | OPEN | 7021651 | 3,302.53 |
|  |  |  |  |  |  | 34,313.38 |
| HA562 | TIME AVIATION SERVICES INC | 08/02/93 | MANUAL | CLEARED | 9010766 | 958.00 |
| HA562 | TIME AVIATION SERVICES INC | 08/17/93 | MANUAL | CLEARED | 9010766 | 125.00 |
|  |  |  |  |  |  | 1,083.00 |
| HA563 | AEROTRON AIRPOWER INC | 07/07/93 | MANUAL | CLEARED | 9009135 | 5,570.01 |
| HA563 | AEROTRON AIRPOWER INC | 07/21/93 | MANUAL | CLEARED | 9009240 | 4,900.00 |
| HA563 | AEROTRON AIRPOWER INC | 09/10/93 | SYSTEM | CLEARED | 7020543 | 1,371.96 |
|  |  |  |  |  |  | 11,841.97 |
| HA572 | RICHARDSON ELECTRONICS, LTD | 08/17/93 | SYSTEM | CLEARED | 7020713 | 772.00 |
|  |  |  |  |  |  | 772.00 |
| HA577 | GENERAL DISTRIBUTORS INC | 09/07/93 | SYSTEM | OPEN | 7021367 | 693.56 |
|  |  |  |  |  |  | 693.56 |
| HA590 | GARLOW PETROLEUM INC. | 07/08/93 | MANUAL | CLEARED | 0001170 | 342.58 |
| HA590 | GARLOW PETROLEUM INC. | 07/16/93 | MANUAL | CLEARED | 0003591 | 753.71 |
| HA590 | GARLOW PETROLEUM INC. | 08/02/93 | MANUAL | CLEARED | 0003752 | 753.42 |
| HA590 | GARLOW PETROLEUM INC. | 08/16/93 | MANUAL | CLEARED | 0003841 | 411.20 |
| HA590 | GARLOW PETROLEUM INC. | 09/15/93 | MANUAL | OPEN | 9010013 | 2,259.71 |
|  |  |  |  |  |  | 2,259.71 |
| HA596 | AEROSPACE HARDWARE | 05/20/93 | SYSTEM | CLEARED | 7018820 | 203.05 |
| HA596 | AEROSPACE HARDWARE | 07/23/93 | SYSTEM | CLEARED | 7019735 | 1,855.15 |
| HA596 | AEROSPACE HARDWARE | 07/23/93 | SYSTEM | CLEARED | 7019501 |  |
| HA596 | AEROSPACE HARDWARE | 08/17/93 | SYSTEM | CLEARED | 702...  |  |
| HA596 | AEROSPACE HARDWARE | 08/17/93 | SYSTEM | CLEARED | 7020891 |  |
| HA596 | AEROSPACE HARDWARE | 08/24/93 | SYSTEM | OPEN | 7021568 |  |

09/10/93
BY VENDOR NUMBER AND CHECK NUMBER
HAWAIIAN AIRLINES, INC. - MSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT
PAGE 24
RPT: APV0110-01

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| HA006 | USAIR CARGO REV ACCTG | 07/13/93 | SYSTEM | CLEARED | 7013521 | 65.00 |
| HA006 | USAIR CARGO REV ACCTG | 07/20/93 | SYSTEM | CLEARED | 7014025 | 230.00 |
| HA006 | USAIR CARGO REV ACCTG | 07/27/93 | SYSTEM | CLEARED | 7016936 | 217.40 |
| HA006 | USAIR CARGO REV ACCTG | 08/11/93 | SYSTEM | OPEN | | |
| HA006 | USAIR CARGO REV ACCTG | 08/09/93 | SYSTEM | OPEN | 7021802 | |
| HA009 | | | | | | 117.50 |
| HA011 | PACIFIC AIR INDUSTRIES | 07/16/93 | MANUAL | CLEARED | 0009184 | 20.00 |
| HA011 | PACIFIC AIR INDUSTRIES | 08/23/93 | MANUAL | CLEARED | 0009471 | 1,063.78 |
| HA011 | PACIFIC AIR INDUSTRIES | 08/17/93 | MANUAL | CLEARED | 9910059 | 65.80 |
| HA011 | PACIFIC AIR INDUSTRIES | | | | | |
| HA012 | AEROSPACE INTERNATIONAL SVCS. | 07/14/93 | MANUAL | CLEARED | 0009287 | 324.40 |
| HA012 | AEROSPACE INTERNATIONAL SVCS. | 07/21/93 | MANUAL | CLEARED | 0009479 | 497.89 |
| HA012 | AEROSPACE INTERNATIONAL SVCS. | 08/23/93 | MANUAL | CLEARED | 0009559 | 472.22 |
| HA012 | AEROSPACE INTERNATIONAL SVCS. | 08/11/93 | MANUAL | CLEARED | | 14,000,25 |
| HA012 | AEROSPACE INTERNATIONAL SVCS. | 06/29/93 | SYSTEM | CLEARED | 7018888 | 4,500.00 |
| HA014 | AAXICO | 07/06/93 | SYSTEM | CLEARED | 0009800 | 3,225.70 |
| HA014 | AAXICO | 07/12/93 | MANUAL | CLEARED | 0009246 | 1,245.05 |
| HA014 | AAXICO | 07/26/93 | SYSTEM | CLEARED | 7018085 | 1,062.86 |
| HA014 | AAXICO | 08/17/93 | SYSTEM | CLEARED | 7021447 | 1,045.00 |
| HA014 | AAXICO | 09/08/93 | MANUAL | OPEN | 0910480 | 478.50 |
| HA024 | ARO SERVICE | 07/09/93 | MANUAL | CLEARED | 0009211 | 5,650.00 |
| HA024 | ARO SERVICE | 07/13/93 | MANUAL | CLEARED | 0009264 | 18,888.00 |
| HA024 | ARO SERVICE | 07/13/93 | MANUAL | CLEARED | 0009248 | |
| HA024 | ARO SERVICE | 07/27/93 | MANUAL | CLEARED | 0009240 | |
| HA024 | ARO SERVICE | 07/27/93 | MANUAL | CLEARED | 0009350 | |
| HA024 | ARO SERVICE | 08/02/93 | MANUAL | CLEARED | 0009960 | |
| HA024 | ARO SERVICE | 08/24/93 | MANUAL | CLEARED | 0009900 | |
| HA024 | ARO SERVICE | 08/24/93 | MANUAL | CLEARED | 0009500 | |
| HA024 | ARO SERVICE | 08/08/93 | MANUAL | OPEN | 0010276 | |
| HA024 | ARO SERVICE | 09/01/93 | MANUAL | OPEN | 0010291 | |

HAWAIIAN AIRLINES, INC - HSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

| VENDOR NUMBER | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| HA024 | | | | | | 72,914.00 |
| HA035 | ALOHA TAP & DIE | 08/31/93 | SYSTEM | OPEN | 7021158 | 400.25 |
| HA035 | ALOHA TAP & DIE | 09/14/93 | SYSTEM | OPEN | 7021550 | 193.88 |
| HA035 | | | | | | 600.13 |
| HA043 | CHICAGO ASSOCIATION FOR | 08/24/93 | SYSTEM | OPEN | 7021010 | 1,500.00 |
| HA043 | | | | | | 1,500.00 |
| HA049 | TMT RESEARCH DEVELOPMENT INC | 07/28/93 | MANUAL | CLEARED | 90090643 | 4,625.40 |
| HA049 | | | | | | 4,625.40 |
| HA060 | ASTRODYNE INTERNATIONAL INC | 07/13/93 | SYSTEM | CLEARED | 7019387 | 1,477.35 |
| HA060 | ASTRODYNE INTERNATIONAL INC | 07/28/93 | MANUAL | CLEARED | 90090634 | 328.10 |
| HA060 | ASTRODYNE INTERNATIONAL INC | 08/05/93 | MANUAL | CLEARED | 90090644 | 350.50 |
| HA060 | ASTRODYNE INTERNATIONAL INC | 08/05/93 | MANUAL | CLEARED | 90090645 | 350.50 |
| HA060 | ASTRODYNE INTERNATIONAL INC | 08/05/93 | MANUAL | CLEARED | 90090525 | 350.50 |
| HA060 | ASTRODYNE INTERNATIONAL INC | 08/19/93 | MANUAL | CLEARED | 7013100 | 713.00 |
| HA060 | ASTRODYNE INTERNATIONAL INC | | | CLEARED | 00010135 | |
| HA060 | | | | | | 3,544.54 |
| HA066 | FELT, E F CO INC | 06/29/93 | SYSTEM | CLEARED | 7018842 | 1,174.59 |
| HA066 | | | | | | 1,174.59 |
| HA070 | D G AIRLINE SERVICES INC | 06/25/93 | MANUAL | CLEARED | 00088852 | 445.45 |
| HA070 | D G AIRLINE SERVICES INC | 06/30/93 | SYSTEM | CLEARED | 7018855 | 1,909.00 |
| HA070 | D G AIRLINE SERVICES INC | 07/22/93 | MANUAL | CLEARED | 7019077 | 328.00 |
| HA070 | D G AIRLINE SERVICES INC | 07/22/93 | SYSTEM | CLEARED | 7020012 | 708.00 |
| HA070 | D G AIRLINE SERVICES INC | 08/10/93 | SYSTEM | CLEARED | 7020615 | 1,900.00 |
| HA070 | D G AIRLINE SERVICES INC | 08/31/93 | SYSTEM | OPEN | 7021409 | 1,800.00 |
| HA070 | D G AIRLINE SERVICES INC | 09/07/93 | SYSTEM | OPEN | 7021405 | 1,900.00 |
| HA670 | | | | | | 8,990.45 |
| HA081 | PACAERO | 07/13/93 | SYSTEM | CLEARED | 7019343 | 900.00 |
| HA081 | | | | | | 900.00 |

09/15/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES INC - MSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

RPT: APV0110-26
PAGE 25

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| HA681 | | | | | 900100 | 900.00 |
| HA686 | DALLAS AEROSPACE, INC | 08/13/93 | MANUAL | CLEARED | 00099995 | 60.00 |
| HA686 | DALLAS AEROSPACE, INC | 08/13/93 | MANUAL | CLEARED | 00099996 | 60.00 |
| HA686 | DALLAS AEROSPACE, INC | 08/13/93 | MANUAL | CLEARED | 00099997 | 2,559.00 |
| HA686 | | | | | | 2,670.00 |
| HA690 | AMERICAN RESTAURANT SUPPLY | 06/29/93 | SYSTEM | CLEARED | 701886 | 2,703.14 |
| HA690 | AMERICAN RESTAURANT SUPPLY | 07/13/93 | SYSTEM | CLEARED | 701916 | 1,503.63 |
| HA690 | AMERICAN RESTAURANT SUPPLY | 07/20/93 | SYSTEM | CLEARED | 700037 | 578.13 |
| HA690 | AMERICAN RESTAURANT SUPPLY | 08/17/93 | SYSTEM | CLEARED | 702607 | 148.02 |
| HA690 | AMERICAN RESTAURANT SUPPLY | 08/24/93 | SYSTEM | CLEARED | 70201 | 1,327.002 |
| HA690 | AMERICAN RESTAURANT SUPPLY | 09/07/93 | SYSTEM | OPEN | 701901 | 1,320.202 |
| HA690 | | | | | | 6,049.16 |
| HA691 | ROYAL METALS CO INC | 06/24/93 | MANUAL | CLEARED | 00008863 | 1,034.92 |
| HA691 | ROYAL METALS CO INC | 08/14/93 | MANUAL | OPEN | 7021614 | 896.88 |
| HA691 | | | | | | 1,931.80 |
| HA698 | PLASTICS INC | 09/01/93 | MANUAL | OPEN | 0010398 | 10,033.50 |
| HA698 | | | | | | 10,033.50 |
| HA710 | INDUSTRIAL CHEMICALS E | 07/13/93 | SYSTEM | CLEARED | 701037 | 1,204.83 |
| HA710 | INDUSTRIAL CHEMICALS E | 07/20/93 | SYSTEM | CLEARED | 701965 | 1,530.64 |
| HA710 | INDUSTRIAL CHEMICALS E | 08/24/93 | SYSTEM | OPEN | 702062 | 481.27 |
| HA710 | INDUSTRIAL CHEMICALS E | 08/31/93 | SYSTEM | OPEN | 702133 | 21,300.00 |
| HA710 | | | | | | 24,500.50 |
| HA723 | PTC AEROSPACE INC | 07/14/93 | MANUAL | CLEARED | 00000311 | 1,000.23 |
| HA723 | PTC AEROSPACE INC | 07/18/93 | MANUAL | CLEARED | 00000122 | 14,954.24 |
| HA723 | PTC AEROSPACE INC | 07/20/93 | SYSTEM | CLEARED | 701012 | 5,990.24 |
| HA723 | PTC AEROSPACE INC | 08/24/93 | SYSTEM | OPEN | 702007 | 101.00 |
| HA723 | PTC AEROSPACE INC | 08/13/93 | MANUAL | OPEN | 0010587 | 1,101.000 |
| HA723 | | | | | | 8,067.85 |
| HA724 | WALCH L J COMPANY INC | 07/20/93 | SYSTEM | CLEARED | 7010500 | 704.00 |
| | | | | | | 704.00 |

09/19/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES, INC. - MSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

RPT: APY011D-01
PAGE 27

| VENDOR | VENDOR NAME | PAYMENT DATE | PAYMENT TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| HA724 | WALCH L J CMPANY INC | 08/02/93 | MANUAL | CLEARED | 0009771 | 010.03 |
| HA724 | WALCH L J CMPANY INC | 08/02/93 | MANUAL | CLEARED | 0009772 | 000.00 |
| HA724 | | | | | | 2,871.03 |
| HA726 | SAND ISLAND ASSOC INC | 07/13/93 | MANUAL | CLEARED | 9009261 | 114.97 |
| HA726 | SAND ISLAND ASSOC INC | 08/07/93 | SYSTEM | CLEARED | 7200262 | 1,142.97 |
| HA726 | SAND ISLAND ASSOC INC | 08/07/93 | SYSTEM | OPEN | 7020000 | 1,142.98 |
| HA726 | SAND ISLAND ASSOC INC | 09/16/93 | MANUAL | OPEN | 0010000 | 3,333.47 |
| HA726 | | | | | | 3,333.47 |
| HA734 | AVIATION INDUSTRIES INC | 07/13/93 | SYSTEM | CLEARED | 7010353 | 962.00 |
| HA734 | AVIATION INDUSTRIES INC | 08/25/93 | MANUAL | CLEARED | 0010166 | 15,000.00 |
| HA734 | AVIATION INDUSTRIES INC | 08/24/93 | SYSTEM | OPEN | 7020097 | 1,145.00 |
| HA734 | | | | | | 17,107.00 |
| HA738 | ISLAND MOVERS INC | 07/01/93 | SYSTEM | CLEARED | 0007750 | 9,422.21 |
| HA738 | ISLAND MOVERS INC | 07/01/93 | MANUAL | CLEARED | 0008336 | 8,205.41 |
| HA738 | ISLAND MOVERS INC | 07/22/93 | MANUAL | CLEARED | 0008615 | 1,771.36 |
| HA738 | ISLAND MOVERS INC | 07/22/93 | MANUAL | CLEARED | 0008601 | 9,200.00 |
| HA738 | ISLAND MOVERS INC | 07/30/93 | MANUAL | CLEARED | 0009254 | 1,010.84 |
| HA738 | ISLAND MOVERS INC | 08/07/93 | MANUAL | CLEARED | 0009721 | 1,300.26 |
| HA738 | ISLAND MOVERS INC | 09/16/93 | MANUAL | OPEN | 0010527 | 1,300.26 |
| HA738 | | | | | | 40,905.28 |
| HA766 | HYDRA-AIR PACIFIC, INC | 07/23/93 | SYSTEM | CLEARED | 7019577 | 113.47 |
| HA766 | HYDRA-AIR PACIFIC, INC | 08/14/93 | MANUAL | CLEARED | 0008000 | 323.24 |
| HA766 | HYDRA-AIR PACIFIC, INC | 09/14/93 | SYSTEM | OPEN | 7021594 | 500.00 |
| HA766 | | | | | | 043.40 |
| HA769 | JACMAN AIRCRAFT, INC | 05/25/93 | MANUAL | CLEARED | 0008013 | 384.80 |
| HA769 | JACMAN AIRCRAFT, INC | 08/09/93 | MANUAL | CLEARED | 0009007 | 2,200.00 |
| HA769 | | | | | | 2,584.80 |
| HA780 | HAWAII STATIONERY CO LTD | 05/25/93 | | CLEARED | 0008012 | 240.02 |
| HA780 | HAWAII STATIONERY CO LTD | 05/28/93 | | CLEARED | 0008024 | 153.70 |
| HA780 | HAWAII STATIONERY CO LTD | 05/28/93 | MANUAL | CLEARED | 0008028 | 2,584.80 |
| HA780 | HAWAII STATIONERY CO LTD | 06/29/93 | SYSTEM | CLEARED | 7018030 | 1,653.10 |

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| HA7780 | HAWAII STATIONERY LTD | 06/30/93 | MANUAL | CLEARED | 00080001 | |

09/15/03
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES, INC. - HSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

RPT: APV0119-01
PAGE 2?

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| HA780C | HAWAII STATIONERY CO LTD | 07/02/03 | MANUAL | OPEN | 0010422 | 351.10 |
| HA780 | HAWAII STATIONERY CO LTD | 07/07/03 | MANUAL | OPEN | 0010358 | 56.08 |
| HA780 | HAWAII STATIONERY CO LTD | 07/08/03 | MANUAL | OPEN | 0010347 | |
| HA780 | HAWAII STATIONERY CO LTD | 07/09/03 | MANUAL | OPEN | 0010161 | |
| HA780 | HAWAII STATIONERY CO LTD | 07/20/03 | MANUAL | OPEN | 0010162 | |
| HA780 | HAWAII STATIONERY CO LTD | 07/20/03 | MANUAL | OPEN | 0010164 | |
| HA780 | HAWAII STATIONERY CO LTD | 07/20/03 | MANUAL | OPEN | 0010165 | |
| HA780 | HAWAII STATIONERY CO LTD | 07/20/03 | MANUAL | OPEN | 0010167 | |
| HA780 | HAWAII STATIONERY CO LTD | 07/20/03 | MANUAL | OPEN | 0010168 | |
| HA780 | HAWAII STATIONERY CO LTD | 07/20/03 | MANUAL | OPEN | 0010169 | |
| HA780 | HAWAII STATIONERY CO LTD | 07/20/03 | MANUAL | OPEN | 0010170 | |
| HA780 | HAWAII STATIONERY CO LTD | 07/05/03 | MANUAL | OPEN | 0010171 | |
| HA780 | HAWAII STATIONERY CO LTD | 08/08/03 | MANUAL | OPEN | 0010172 | 2.33 |
| HA781 | UTILITY PRODUCTS MFG CO INC | 08/11/03 | MANUAL | CLEARED | 0010524 | 599.10 |
| HA781 | UTILITY PRODUCTS MFG CO INC | 09/02/03 | MANUAL | OPEN | 0010528 | |
| HA783 | SOUTHERN PRIDE TRUCKING INC | 07/27/03 | SYSTEM | CLEARED | 7020040 | 2,277.86 |
| HA783 | SOUTHERN PRIDE TRUCKING INC | 08/05/03 | SYSTEM | CLEARED | 7020580 | 1,617.10 |
| HA783 | SOUTHERN PRIDE TRUCKING INC | 08/22/03 | SYSTEM | CLEARED | 7020890 | |
| HA783 | SOUTHERN PRIDE TRUCKING INC | 09/05/03 | SYSTEM | CLEARED | 7021100 | |
| HA783 | SOUTHERN PRIDE TRUCKING INC | 09/27/03 | SYSTEM | OPEN | 7021421 | |
| HA799 | NORTH HEALTH CARE | 07/01/03 | MANUAL | CLEARED | 0000032 | 234.12 |
| HA799 | NORTH HEALTH CARE | 07/06/03 | MANUAL | CLEARED | 0000117 | 261.01 |
| HA799 | NORTH HEALTH CARE | 08/14/03 | SYSTEM | OPEN | 7021020 | 59.00 |
| HA800 | AERO SYSTEMS INC | 07/21/03 | MANUAL | CLEARED | 0000161 | 2,020.35 |
| HA800 | AERO SYSTEMS INC | 07/25/03 | MANUAL | CLEARED | 0000356 | 56.00 |
| HA800 | AERO SYSTEMS INC | 07/21/03 | MANUAL | CLEARED | 0000347 | 100.00 |
| HA800 | AERO SYSTEMS INC | 07/28/03 | MANUAL | CLEARED | 0000470 | |
| HA800 | AERO SYSTEMS INC | 07/08/03 | SYSTEM | CLEARED | 7005478 | |
| HA800 | AERO SYSTEMS INC | 07/03/03 | SYSTEM | CLEARED | 7005388 | |
| HA800 | AERO SYSTEMS INC | 08/10/03 | MANUAL | CLEARED | 0000257 | 1,270.00 |

09/19/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES INC. - MSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

PAGE 30
RPT: APV0110-01

| VENDOR NUMBER | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| HA808 | HRD AERO SYSTEMS INC | | | | | |
| HA808 | HRD AERO SYSTEMS INC | 08/12/93 | MANUAL | CLEARED | 00000981 | 45.00 |
| HA808 | | 09/09/93 | MANUAL | OPEN | 00100529 | 502.00 |
| | | | | | | 8,110.11 |
| HA811 | ZEE MEDICAL SERVICE | 07/13/93 | SYSTEM | CLEARED | 70100312 | 529.36 |
| HA811 | ZEE MEDICAL SERVICE | 08/03/93 | SYSTEM | CLEARED | 70200208 | 280.80 |
| HA811 | ZEE MEDICAL SERVICE | 08/14/93 | SYSTEM | OPEN | 70210367 | 270.40 |
| HA811 | ZEE MEDICAL SERVICE | | | | | 1,080.56 |
| HA818 | DIAMOND AIR SUPPLY INC | 07/05/93 | SYSTEM | CLEARED | 70190036 | 871.45 |
| HA818 | | | | | | 871.45 |
| HA831 | DAVIS RESTRAINT SYSTEM INC | 08/30/93 | MANUAL | OPEN | 90100323 | 7,568.90 |
| HA831 | | | | | | 7,568.90 |
| HA840 | ABCO TRADING CORP | 07/05/93 | MANUAL | CLEARED | 00000105 | 9,720.00 |
| HA840 | ABCO TRADING CORP | 07/06/93 | MANUAL | CLEARED | 00000107 | 1,255.82 |
| HA840 | A&CO TRADING CORP | 07/11/93 | SYSTEM | CLEARED | 70193040 | 1,225.07 |
| HA840 | ABCO TRADING CORP | 07/11/93 | MANUAL | CLEARED | 00000248 | 7,150.00 |
| HA840 | ABCO TRADING CORP | 07/13/93 | MANUAL | CLEARED | 00000248 | 5,150.00 |
| HA840 | ABCO TRADING CORP | 07/23/93 | MANUAL | CLEARED | 00000540 | 5,592.00 |
| HA840 | ABCO TRADING CORP | 08/03/93 | MANUAL | CLEARED | 00000804 | 7,850.05 |
| HA840 | ABCO TRADING CORP | 08/03/93 | MANUAL | CLEARED | 00000804 | 1,850.85 |
| HA840 | ABCO TRADING CORP | 08/10/93 | MANUAL | OPEN | 00100504 | 2,300.50 |
| HA840 | ABCO TRADING CORP | 08/03/93 | MANUAL | OPEN | 90100300 | 4,950.00 |
| HA840 | ABCO TRADING CORP | 08/10/93 | SYSTEM | OPEN | 70210500 | 1,850.00 |
| HA840 | ABCO TRADING CORP | 08/13/93 | MANUAL | OPEN | 00100562 | 4,455.00 |
| HA840 | ABCO TRADING CORP | 09/03/93 | MANUAL | OPEN | 00100400 | 8,050.00 |
| HA840 | ABCO TRADING CORP | | | | | 59,735.95 |
| HA848 | WEBER AIRCRAFT | 07/16/93 | MANUAL | CLEARED | 00000058 | 14,054.00 |
| HA848 | WEBER AIRCRAFT | | | | | 14,054.00 |
| HA856 | MCMASTER-CARR SUPPLY CO | 07/06/93 | SYSTEM | CLEARED | 70180953 | 45.30 |
| HA856 | MCMASTER-CARR SUPPLY CO | 07/13/93 | SYSTEM | CLEARED | 70190306 | 1,620.01 |
| HA856 | MCMASTER-CARR SUPPLY CO | 08/13/93 | SYSTEM | OPEN | 70215540 | 135.35 |

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| HAA58 | | | | | | 1,805.65 |
| HAA71 | LEVIN, A J CO INC | 07/22/93 | MANUAL | CLEARED | 00009502 | 6,316.00 |
| | | | | | | 6,316.00 |
| HAA875 | BELT MAKERS INC | 06/20/03 | SYSTEM | CLEARED | 70188550 | 2,124.75 |
| HAA875 | BELT MAKERS INC | 07/20/03 | SYSTEM | CLEARED | 70189798 | 1,290.25 |
| HAA875 | BELT MAKERS INC | 07/20/03 | SYSTEM | CLEARED | 70189788 | 1,290.25 |
| HAA875 | BELT MAKERS INC | 08/10/03 | SYSTEM | CLEARED | 7020561 | 1,503.70 |
| HAA75 | | | | | | 6,069.80 |
| HAA004 | CABIN SAFETY INTERNATIONAL LTD | 07/21/93 | MANUAL | CLEARED | 00009472 | 8,890.00 |
| HAA004 | CABIN SAFETY INTERNATIONAL LTD | 09/03/93 | MANUAL | OPEN | 00104190 | 18,192.75 |
| HAA004 | | | | | | 27,082.75 |
| HAA028 | AVIATION TECHNOLOGY & RESOURCE | 06/29/93 | SYSTEM | CLEARED | 70188850 | 24,877.00 |
| HAA028 | | | | | | 24,877.00 |
| HAA041 | ASHCO INC | 07/13/93 | SYSTEM | CLEARED | 70199357 | 1,906.34 |
| HAA041 | ASHCO INC | 07/13/93 | MANUAL | CLEARED | 00009283 | 1,253.28 |
| HAA041 | ASHCO INC | 08/20/03 | MANUAL | CLEARED | 00008160 | 1,118.30 |
| HAA041 | ASHCO INC | | MANUAL | CLEARED | 00010160 | |
| HAA041 | | | | | | 4,120.93 |
| HAA054 | UNITED AEROSPACE CORP | 07/27/93 | SYSTEM | CLEARED | 70190932 | 77.75 |
| HAA054 | UNITED AEROSPACE CORP | 08/03/93 | SYSTEM | CLEARED | 70202066 | 1,105.75 |
| HAA054 | | | | | | 1,183.50 |
| HAA061 | SUNVAIR OVERHAUL INC | 07/13/93 | SYSTEM | CLEARED | 70199369 | 1,131.32 |
| HAA061 | | | | | | 1,131.32 |
| HAA067 | AERO INSTRUMENTS & AVITRNICS IN | 08/03/93 | MANUAL | CLEARED | 00009808 | 2,089.01 |
| HAA067 | | | | | | 2,089.01 |

HAWAIIAN AIRLINES INC. - MSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

| VENDOR | VENDOR | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| HA972 | KARS | 07/27/93 | SYSTEM | CLEARED | 7020021 | 1,830.00 |
| HA972 | KARS | 08/03/93 | SYSTEM | CLEARED | 7020523 | 1,830.00 |
| HA972 | KARS | 09/06/93 | MANUAL | OPEN | 9008924 | 711.11 |
| HA972 | KARS | | | | | 4,371.11- |
| HA972 | | | | | | 4,371.11- |
| HA976 | PARAMOUNT PANELS INC | 07/06/93 | SYSTEM | CLEARED | 7019059 | 2,289.00 |
| HA976 | | | | | | 2,289.00- |
| HA979 | OGILVY & MATHER | 06/30/93 | MANUAL | CLEARED | 9008923 | 22,480.67 |
| HA979 | OGILVY & MATHER | 06/30/93 | MANUAL | CLEARED | 9008904 | 1,106.61 |
| HA979 | OGILVY & MATHER | 06/30/93 | MANUAL | CLEARED | 9008904 | 1,166.50 |
| HA979 | OGILVY & MATHER | 08/08/93 | MANUAL | CLEARED | 9008909 | 50,000.00 |
| HA979 | OGILVY & MATHER | | | | | 109,078.78 |
| HA979 | | | | | | 109,078.78- |
| HA996 | CROWN METRO AEROSPACE | 07/16/93 | MANUAL | CLEARED | 9008931 | 2,310.00 |
| HA996 | CROWN METRO AEROSPACE | 06/03/93 | MANUAL | CLEARED | 9008947 | 4,405.00 |
| HA996 | CROWN METRO AEROSPACE | 06/03/93 | SYSTEM | CLEARED | 7020294 | 4,405.00 |
| HA996 | CROWN METRO AEROSPACE | 08/10/93 | MANUAL | CLEARED | 9008944 | 1,440.00 |
| HA996 | CROWN METRO AEROSPACE | 08/31/93 | MANUAL | CLEARED | 9013455 | 156.00 |
| HA996 | CROWN METRO AEROSPACE | 09/02/93 | MANUAL | OPEN | 9018461 | 240.00 |
| HA996 | CROWN METRO AEROSPACE | 07/02/93 | MANUAL | OPEN | 9018420 | 240.00 |
| HA996 | CROWN METRO AEROSPACE | 06/13/93 | MANUAL | OPEN | 9018685 | 450.00 |
| HA996 | | | | | | 10,166.70- |
| HA999 | AIR & HYDRAULIC SERVICE | 06/29/93 | SYSTEM | CLEARED | 7018852 | 24,300.01 |
| HA999 | | | | | | 24,300.01- |
| H1007 | ADVANCED MICRO-IMAGE SYSTEMS | 07/20/93 | SYSTEM | CLEARED | 7019683 | 653.20 |
| H1007 | ADVANCED MICRO-IMAGE SYSTEMS | 09/07/93 | SYSTEM | OPEN | 7021269 | 657.23 |
| H1007 | | | | | | 657.23- |
| H1024 | AIRCRAFT SUPPORT GROUP | 07/08/93 | MANUAL | CLEARED | 9009182 | 2,187.15 |
| H1024 | | | | | | 2,187.15- |
| H1034 | MITCHELL AIRCRAFT SPARES INC | 06/28/93 | MANUAL | CLEARED | 9008933 | 2,900.00 |
| H1034 | MITCHELL AIRCRAFT SPARES INC | 06/30/93 | MANUAL | CLEARED | 9008905 | 78,800.00 |

09/19/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES INC. - A/P ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

PAGE 33
RPT: APV0110-01

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H1036 | MITCHELL AIRCRAFT SPARES INC | 07/06/93 | SYSTEM | CLEARED | 7010925 | 5,883.20 |
| H1036 | MITCHELL AIRCRAFT SPARES INC | 07/09/93 | MANUAL | CLEARED | 7020101 | 1,580.00 |
| H1036 | MITCHELL AIRCRAFT SPARES INC | 07/02/93 | MANUAL | CLEARED | 0009261 | 410.25 |
| H1036 | MITCHELL AIRCRAFT SPARES INC | 07/22/93 | MANUAL | CLEARED | 0009507 | 1,710.00 |
| H1036 | MITCHELL AIRCRAFT SPARES INC | 07/22/93 | MANUAL | CLEARED | 0009581 | 3,500.00 |
| H1036 | MITCHELL AIRCRAFT SPARES INC | 08/03/93 | SYSTEM | CLEARED | 7020544 | 5,600.00 |
| H1036 | MITCHELL AIRCRAFT SPARES INC | 08/03/93 | SYSTEM | CLEARED | 7020552 | 4,000.00 |
| H1036 | MITCHELL AIRCRAFT SPARES INC | 08/13/93 | MANUAL | CLEARED | 0010202 | 5,000.00 |
| H1036 | MITCHELL AIRCRAFT SPARES INC | 08/07/93 | OPEN | OPEN | 7021438 | 10,000.00 |
| H1036 | MITCHELL AIRCRAFT SPARES INC | 09/14/93 | SYSTEM | OPEN | 7021637 | 14,000.00 |
|  |  |  |  |  |  | 52,366.45 |
| H1047 | J C AIR INSTRUMENT | 06/30/93 | MANUAL | CLEARED | 0009990 | 9,292.50 |
| H1047 | J C AIR INSTRUMENT | 07/16/93 | MANUAL | CLEARED | 0009363 | 3,000.00 |
|  |  |  |  |  |  | 12,292.50 |
| H1057 | FIELDS AIRCRAFT SPARES INC | 07/22/93 | SYSTEM | CLEARED | 7010985 | 21,332.75 |
| H1057 | FIELDS AIRCRAFT SPARES INC | 09/07/93 | SYSTEM | OPEN | 7021270 | 88.00 |
|  |  |  |  |  |  | 21,350.75 |
| H1058 | LUCAS AEROSPACE LIMITED | 06/29/93 | SYSTEM | CLEARED | 7018849 | 1,566.33 |
|  |  |  |  |  |  | 1,566.33 |
| H1069 | RYDER AIRLINE SERVICES, INC. | 07/26/93 | MANUAL | CLEARED | 0000201 | 5,222.00 |
| H1069 | RYDER AIRLINE SERVICES, INC. | 07/21/93 | MANUAL | CLEARED | 0009637 | 5,687.00 |
| H1069 | RYDER AIRLINE SERVICES, INC. | 08/03/93 | SYSTEM | CLEARED | 7020313 | 31,090.00 |
| H1069 | RYDER AIRLINE SERVICES, INC. | 08/06/93 | MANUAL | CLEARED | 0009886 | 3,000.00 |
|  |  |  |  |  |  | 31,194.00 |
| H1074 | SCHNELLER INC | 07/21/93 | MANUAL | CLEARED | 0009886 | 86.50 |
| H1074 | SCHNELLER INC | 08/27/93 | MANUAL | OPEN | 0010207 | 16,670.00 |
|  |  |  |  |  |  | 16,556.50 |
| H1079 | AVEQUIP SALES INC | 08/03/93 | SYSTEM | OPEN | 7020278 | 1,404.00 |
|  |  |  |  |  |  | 1,404.00 |

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H1083 | INVENTORY LOCATOR SERVICE INC | 07/26/93 | MANUAL | CLEARED | 9009954 | 470.00 |
| H1083 | INVENTORY LOCATOR SERVICE INC | 08/17/93 | SYSTEM | CLEARED | 7020897 | 470.00 |
| H1083 | INVENTORY LOCATOR SERVICE INC | 09/14/93 | SYSTEM | OPEN | 7021593 | 470.00 |
| H1083 | | | | | | 1,410.00- |
| H1100 | PERMACEL | 08/09/93 | MANUAL | CLEARED | 9009905 | 1,630.12 |
| H1100 | | | | | | 1,630.12- |
| H1102 | ANSETT AIRCRAFT SPARES SVCS | 07/13/93 | SYSTEM | CLEARED | 7019449 | 4,056.25 |
| H1102 | ANSETT AIRCRAFT SPARES SVCS | 08/03/93 | SYSTEM | CLEARED | 7020327 | 4,056.25 |
| H1102 | | | | | | 8,112.50- |
| H1104 | PAP-CISION AIR INC | 08/24/93 | MANUAL | CLEARED | 9010224 | 1,885.00 |
| H1104 | | | | | | 1,885.00- |
| H1110 | POLYPLASTEX INTERNATIONAL INC | 08/03/93 | SYSTEM | CLEARED | 7020294 | 1,940.61 |
| H1110 | | | | | | 1,940.61- |
| H1134 | PAN AMERICAN TOOL CORPORATION | 07/13/93 | SYSTEM | CLEARED | 7019330 | 723.25 |
| H1134 | | | | | | 723.25- |
| H1139 | ABX AIR INC | 07/06/93 | SYSTEM | CLEARED | 7019001 | 2,735.00 |
| H1139 | ABX AIR INC | 07/15/93 | MANUAL | CLEARED | 9009355 | 509.08 |
| H1139 | | | | | | 3,244.08- |
| H1153 | SUTTER HOME WINERY | 08/10/93 | MANUAL | CLEARED | 9009930 | 3,510.00 |
| H1153 | | | | | | 3,510.00- |
| H131C | DYNAIR TECH OF ARIZONA INC | 07/13/93 | SYSTEM | CLEARED | 7019354 | 968.63 |
| H131C | DYNAIR TECH OF ARIZONA INC | 08/31/93 | MANUAL | OPEN | 9010354 | 36,470.94 |
| H131C | DYNAIR TECH OF ARIZONA INC | 08/05/93 | SYSTEM | OPEN | 7021401 | 2,453.45 |
| H131C | | | | | | 39,893.02- |

09/10/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES INC. - MSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

RPT: APV0110-01
PAGE    35

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H1355 | HANSAIR LOGISTICS | 07/13/93 | SYSTEM | CLEARED | 7010290 | 380.00 |
| H1355 | HANSAIR LOGISTICS | 08/23/93 | SYSTEM | CLEARED | 7020277 | 2,865.00 |
| H1355 | HANSAIR LOGISTICS | 08/23/93 | SYSTEM | CLEARED | 7020277 | 1,403.26 |
| H1355 | HANSAIR LOGISTICS | 08/24/93 | SYSTEM | OPEN | 7021004 | 1,285.46 |
| H1356 | | | | | | 5,933.72 |
| H1357 | AIRCRAFT PARTS CO | 08/23/93 | MANUAL | OPEN | 9010186 | 827.64 |
| | | | | | | 827.64 |
| H1357 | SEXTANT AVIONIQUE | 07/13/93 | SYSTEM | CLEARED | 7010375 | 1,200.27 |
| H1359 | SEXTANT AVIONIQUE | 08/25/93 | MANUAL | OPEN | 9010563 | 3,560.00 |
| H1359 | SEXTANT AVIONIQUE | 08/25/93 | MANUAL | OPEN | 9010241 | 3,560.00 |
| H1359 | SEXTANT AVIONIQUE | 08/26/93 | MANUAL | OPEN | 9010202 | 3,589.82 |
| H1359 | SEXTANT AVIONIQUE | 08/30/93 | MANUAL | OPEN | 9010520 | 100,200.00 |
| H1359 | SEXTANT AVIONIQUE | 09/03/93 | MANUAL | OPEN | 9010520 | 2,300.00 |
| H1359 | SEXTANT AVIONIQUE | 09/10/93 | MANUAL | OPEN | 9010551 | 1,800.00 |
| H1359 | | | | | | 111,402.55 |
| H1367 | UNISON SYSTEMS INC | 06/25/93 | MANUAL | CLEARED | 9008930 | 1,250.00 |
| H1367 | UNISON SYSTEMS INC | 07/26/93 | MANUAL | CLEARED | 9008978 | 1,286.00 |
| H1367 | UNISON SYSTEMS INC | 08/25/93 | MANUAL | OPEN | 9010586 | 1,468.75 |
| H1367 | UNISON SYSTEMS INC | 08/31/93 | MANUAL | OPEN | 9010546 | 1,214.00 |
| H1367 | | | | | | 5,218.75 |
| H1477 | AERO FIRE GUARD PRODUCTS, INC | 07/14/93 | MANUAL | CLEARED | 9009304 | 1,290.00 |
| H1477 | | | | | | 1,290.00 |
| H1496 | UNITED BEECHCRAFT, INC. | 08/17/93 | MANUAL | OPEN | 9010115 | 1,372.10 |
| H1496 | | | | | | 1,372.10 |
| H1500 | AVIATION CONCEPTS, INC. | 08/03/93 | SYSTEM | CLEARED | 7020295 | 2,000.00 |
| H1500 | AVIATION CONCEPTS, INC. | 08/09/93 | MANUAL | OPEN | 9010514 | 3,800.00 |
| H1500 | AVIATION CONCEPTS, INC. | 08/14/93 | SYSTEM | OPEN | 7021677 | 10,000.00 |
| H1500 | | | | | | 15,996.00 |
| H1534 | AM JET AVIATION SALES, INC. | 08/03/93 | SYSTEM | CLEARED | 7020305 | 2,432.00 |
| | | | | | | 2,432.00 |

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H1534 | | | | | | |
| | | | | | | 21,432.00 |
| H1551 | ELITE TEXTILES LTD. | 07/13/93 | SYSTEM | CLEARED | 7019437 | 3,271.92 |
| | | | | | | 3,271.92 |
| H1585 | HONOLULU TOPS | 06/24/93 | MANUAL | CLEARED | 9008886 | 267.10 |
| H1585 | HONOLULU TOPS | 07/13/93 | SYSTEM | CLEARED | 9009391 | 1,534.38 |
| H1585 | HONOLULU TOPS | 07/29/93 | MANUAL | CLEARED | 9009878 | 1,375.02 |
| H1585 | HONOLULU TOPS | 07/29/93 | MANUAL | OPEN | 9010283 | 894.42 |
| | | | | | | 3,341.01 |
| H1601 | OMEGA AIR SUPPLY, INC | 07/28/93 | MANUAL | CLEARED | 9009520 | 4,242.88 |
| H1601 | OMEGA AIR SUPPLY, INC | 07/38/93 | MANUAL | CLEARED | 9009706 | 8,004.00 |
| H1601 | OMEGA AIR SUPPLY-INC | 08/10/93 | MANUAL | CLEARED | 9010040 | 1,272.25 |
| | | | | | | 13,519.13 |
| H1629 | PENCO AIR SUPPORT SYSTEM | 07/20/93 | SYSTEM | CLEARED | 7019765 | 3,250.00 |
| H1629 | PENCO AIR SUPPORT SYSTEM | 09/07/93 | SYSTEM | OPEN | 7021416 | 3,250.00 |
| | | | | | | 6,500.00 |
| H1634 | JOHNSON BROTHERS OF HAWAII, INC | 07/20/93 | SYSTEM | CLEARED | 7019757 | 2,820.00 |
| H1634 | JOHNSON BROTHERS OF HAWAII, INC | 07/27/93 | SYSTEM | CLEARED | 7020057 | 4,700.00 |
| H1634 | JOHNSON BROTHERS OF HAWAII, INC | 08/31/93 | SYSTEM | OPEN | 7021204 | 3,760.00 |
| | | | | | | 11,280.00 |
| H1670 | AIRCRAFT INTERIOR DESIGN | 08/02/93 | MANUAL | CLEARED | 9009757 | 4,616.30 |
| | | | | | | 4,616.30 |
| H1698 | AERO SUPPLY & CONSULTING CORP. | 08/25/93 | MANUAL | OPEN | VOID0244 | 770.00 |
| | | | | | | 770.00 |
| H1700 | TURBINE METAL TECHNOLOGY, INC. | 06/29/93 | SYSTEM | CLEARED | 7018800 | 21,250.00 |
| | | | | | | 21,250.00 |

09/19/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES, INC. - HSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

PAGE 37
RPT: APO110-01

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT |
|---|---|---|---|---|---|---|
| H1711 | INFLIGHT MONTREAL SERVICES | 09/14/93 | SYSTEM | OPEN | 7021052 | 31,338.40 |
| H1711 | | | | | | 31,338.40 |
| H1710 | AZTRON CHEMICAL SERVICES, INC. | 06/28/93 | MANUAL | CLEARED | 0008928 | 1,360.00 |
| H1718 | | | | | | 360.00 |
| H1731 | LRT, INC. | 07/20/93 | SYSTEM | CLEARED | 7019706 | 0,000.00 |
| H1731 | LRT, INC. | 07/22/93 | SYSTEM | CLEARED | 7019801 | 21,537.50 |
| H1731 | | | | | | 21,537.50 |
| H1736 | COMPONENT REPAIR TECHNOLOGIES | 07/14/93 | MANUAL | CLEARED | 0000300 | 2,218.00 |
| H1736 | COMPONENT REPAIR TECHNOLOGIES | 08/03/93 | MANUAL | CLEARED | 0008806 | 4,000.00 |
| | | | | | | 6,825.00 |
| H1742 | INAIR AVIATION SERVICES | 07/20/93 | SYSTEM | CLEARED | 7019714 | 1,204.00 |
| H1742 | INAIR AVIATION SERVICES | 08/10/93 | SYSTEM | CLEARED | 7020510 | 2,410.00 |
| H1742 | INAIR AVIATION SERVICES | 09/14/93 | SYSTEM | OPEN | 7021598 | 4,144.00 |
| H1762 | AIR REPRESENTATIVES, INC. | 09/07/93 | SYSTEM | OPEN | 7021397 | 1,535.00 |
| | | | | | | 1,535.00 |
| H5005 | ATCI | 07/13/93 | SYSTEM | CLEARED | 7019246 | 214.84 |
| H5005 | ATCI | 07/20/93 | SYSTEM | CLEARED | 7019620 | 214.84 |
| H5005 | ATCI | 08/24/93 | SYSTEM | OPEN | 7020552 | 189.53 |
| H5005 | ATCI | 08/31/93 | SYSTEM | OPEN | 7021125 | 178.53 |
| | | | | | | 991.90 |
| H5010 | AIADC SECURITY | 07/13/93 | SYSTEM | CLEARED | 7019326 | 677.07 |
| H5010 | AIADC SECURITY | 07/27/93 | SYSTEM | CLEARED | 7019502 | 1,350.95 |
| H5010 | AIADC SECURITY | 08/03/93 | SYSTEM | CLEARED | 7020284 | 179.09 |
| | | | | | | 2,028.01 |
| H5043 | AGGIE GREY'S HOTEL LTD | 08/12/93 | MANUAL | CLEARED | 9581 | 789.82 |
| H5043 | AGGIE GREY'S HOTEL LTD | 08/26/93 | MANUAL | OPEN | 9582 | 680.20 |

PRINTED IN U.S.A.

09/10/93    HAWAIIAN AIRLINES INC - MSA ACCOUNTS PAYABLE    PAGE 38
BY VENDOR NUMBER AND CHECK NUMBER
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT    RPT: APY011-01

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H5043 | | | | | | |
| H5051 | AIR ENGINEERING CO | 07/06/93 | SYSTEM | CLEARED | 7019025 | 1,550.02 |
| H5051 | AIR ENGINEERING CO | 07/13/93 | SYSTEM | CLEARED | 7019388 | 855.20 |
| H5051 | AIR ENGINEERING CO | 07/13/93 | SYSTEM | CLEARED | 7019388 | 852.94 |
| H5051 | AIR ENGINEERING CO | 08/17/93 | SYSTEM | CLEARED | 7020739 | 1,848.27 |
| H5051 | | | | | | 1,705.03 |
| H5054 | AIR RAROTONGA LIMITED | 07/15/93 | MANUAL | CLEARED | 0009361 | 5,000.00 |
| H5054 | AIR RAROTONGA LIMITED | 07/15/93 | SYSTEM | CLEARED | 7019734 | 5,000.00 |
| H5054 | AIR RAROTONGA LIMITED | 09/15/93 | MANUAL | OPEN | 0010617 | 5,000.00 |
| H5054 | | | | | | 15,000.00 |
| H5060 | AIRCRAFT SERVICE INTL INC | 06/29/93 | SYSTEM | CLEARED | 7018906 | 55,247.74 |
| H5060 | AIRCRAFT SERVICE INTL INC | 07/06/93 | SYSTEM | CLEARED | 9000902 | 55,623.74 |
| H5060 | AIRCRAFT SERVICE INTL INC | 07/13/93 | MANUAL | CLEARED | 9000238 | 5,000.00 |
| H5060 | AIRCRAFT SERVICE INTL INC | 07/13/93 | SYSTEM | CLEARED | 7019480 | 5,000.00 |
| H5060 | AIRCRAFT SERVICE INTL INC | 07/21/93 | MANUAL | CLEARED | 9000737 | 5,000.00 |
| H5060 | AIRCRAFT SERVICE INTL INC | 08/03/93 | SYSTEM | CLEARED | 9000739 | 5,000.00 |
| H5060 | AIRCRAFT SERVICE INTL INC | 08/17/93 | SYSTEM | CLEARED | 7020783 | 5,000.00 |
| H5060 | AIRCRAFT SERVICE INTL INC | 08/24/93 | SYSTEM | OPEN | 7021027 | 5,000.00 |
| H5060 | AIRCRAFT SERVICE INTL INC | 09/07/93 | SYSTEM | CLEARED | 7021654 | 5,000.00 |
| H5060 | AIRCRAFT SERVICE INTL INC | 09/14/93 | SYSTEM | OPEN | 7021664 | 5,000.00 |
| H5060 | | | | | | |
| H5061 | AIRCRAFT TURBINE SVC | 08/03/93 | SYSTEM | CLEARED | 7020302 | 2,312.00 |
| H5061 | AIRCRAFT TURBINE SVC | 08/10/93 | SYSTEM | CLEARED | 7020552 | 1,250.00 |
| H5061 | | | | | | 3,562.00 |
| H5063 | AIRLINE CONTAINER LEASING INC | 05/29/93 | SYSTEM | CLEARED | 7018910 | 7,800.00 |
| H5063 | AIRLINE CONTAINER LEASING INC | 07/16/93 | MANUAL | CLEARED | 9003568 | 10,800.00 |
| H5063 | AIRLINE CONTAINER LEASING INC | 07/20/93 | SYSTEM | CLEARED | 7019867 | 10,800.00 |
| H5063 | AIRLINE CONTAINER LEASING INC | 09/14/93 | SYSTEM | OPEN | 7021684 | 32,189.00 |
| H5063 | | | | | | 67,189.00 |
| H5077 | AIRPORT RESTAURANT | 05/29/93 | SYSTEM | CLEARED | 7018910 | 12,750.80 |

09/12/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES INC - HSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

PAGE 30
RPT: APV0110-01

| VENDOR NO | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H5077 | AIRPORT RESTAURANT | 08/17/93 | SYSTEM | CLEARED | 7020770 | 13,883.90 |
| H5077 | AIRPORT RESTAURANT | 09/14/93 | SYSTEM | OPEN | 7021675 | 19,706.40 |
| | | | | | | 33,590.30 |
| H5003 | IDEA COURIER | 07/13/93 | SYSTEM | CLEARED | 7019425 | 2,754.54 |
| H5003 | IDEA COURIER | 09/14/93 | SYSTEM | OPEN | 7021563 | 255.20 |
| | | | | | | 3,010.74 |
| H5004 | ALERT ALARM INC | 07/06/93 | SYSTEM | CLEARED | 7019007 | 3,433.02 |
| H5004 | ALERT ALARM INC | 07/00/93 | MANUAL | CLEARED | 9000714 | |
| H5004 | ALERT ALARM INC | 08/17/93 | SYSTEM | CLEARED | 7020785 | |
| H5004 | ALERT ALARM INC | 08/31/93 | SYSTEM | OPEN | 7021108 | |
| H5004 | ALERT ALARM INC | 09/14/93 | SYSTEM | OPEN | 7021569 | |
| | | | | | | 5,386.88 |
| H5102 | ALLIED-SIGNAL AEROSPACE CO | 08/17/93 | MANUAL | OPEN | 9010051 | 3,688.20 |
| H5102 | ALLIED-SIGNAL AEROSPACE CO | 08/23/93 | MANUAL | OPEN | 9010201 | 2,733.29 |
| H5102 | ALLIED-SIGNAL AEROSPACE CO | 08/31/93 | MANUAL | OPEN | 9010539 | 1,554.85 |
| H5102 | ALLIFD-SIGNAL AEROSPACE CO | 09/00/93 | MANUAL | OPEN | 9010539 | 539.10 |
| H5105 | ALOHA RADIATOR | 07/26/93 | SYSTEM | OPEN | 7019814 | 153.04 |
| H5105 | ALOHA RADIATOR | 07/13/93 | SYSTEM | CLEARED | 7019394 | 2,000.00 |
| H5105 | ALOHA RADIATOR | 07/20/93 | SYSTEM | CLEARED | 7019612 | 2,000.00 |
| H5105 | ALOHA RADIATOR | 08/31/93 | SYSTEM | CLEARED | 7021074 | 0.00 |
| H5105 | ALOHA RADIATOR | 09/01/93 | SYSTEM | OPEN | 7021617 | 1,447.60 |
| H5116 | AMERICAN AIRLINES INC | 08/29/93 | SYSTEM | CLEARED | 7018825 | 433.00 |
| H5116 | AMERICAN AIRLINES INC | 09/07/93 | SYSTEM | OPEN | 7021351 | 433.00 |
| | | | | | | 866.00 |
| H5123 | AMERICAN TRANS AIR | 07/05/93 | SYSTEM | OPEN | 7019076 | 4,000.48 |
| H5123 | AMERICAN TRANS AIR | 07/23/93 | MANUAL | CLEARED | 9000530 | 3,740.70 |
| H5123 | AMERICAN TRANS AIR | 08/03/93 | SYSTEM | CLEARED | 7020228 | 740.70 |
| | | | | | | 8,110.70 |

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H5131 | ANCHORAGE TELEPHONE UTILITY | 06/24/93 | MANUAL | CLEARED | 0008873 | 284.31 |
| H5131 | ANCHORAGE TELEPHONE UTILITY | 08/25/93 | MANUAL | CLEARED | 0010161 | 297.89 |
| H5131 | ANCHORAGE TELEPHONE UTILITY | 09/07/93 | SYSTEM | OPEN | 7021330 | 358.67 |
| H5137 | APCOA | 06/29/93 | MANUAL | CLEARED | 0008943 | 512.00 |
| H5137 | APCOA | 08/04/93 | MANUAL | CLEARED | 0009828 | 496.00 |
| H5137 | APCOA | 09/07/93 | MANUAL | OPEN | 0010477 | 512.00 |
| H5139 | APCOA INC | 06/30/93 | MANUAL | CLEARED | 0008997 | 251.20 |
| H5139 | APCOA INC | 07/21/93 | MANUAL | CLEARED | 0009466 | 201.20 |
| H5139 | APCOA INC | 08/25/93 | MANUAL | CLEARED | 0010260 | 120.60 |
| H5141 | APCOA INC | 06/29/93 | MANUAL | CLEARED | 0008944 | 660.00 |
| H5143 | APTOLEFAGA INN | 07/06/93 | SYSTEM | CLEARED | 7019100 | 7,184.69 |
| H5143 | APTOLEFAGA INN | 07/23/93 | SYSTEM | CLEARED | 7020475 | 2,341.44 |
| H5143 | APTOLEFAGA INN | 08/24/93 | SYSTEM | OPEN | 7021010 | 1,375.00 |
| H5154 | ASSOCIATED AIRLINE SERVICES | 07/02/93 | SYSTEM | CLEARED | 0008981 | 18,628.08 |
| H5154 | ASSOCIATED AIRLINE SERVICES | 07/06/93 | SYSTEM | CLEARED | 7019106 | 14,648.00 |
| H5154 | ASSOCIATED AIRLINE SERVICES | 07/08/93 | SYSTEM | CLEARED | 7019207 | 13,008.00 |
| H5154 | ASSOCIATED AIRLINE SERVICES | 07/23/93 | SYSTEM | CLEARED | 7019433 | 13,620.00 |
| H5154 | ASSOCIATED AIRLINE SERVICES | 08/03/93 | SYSTEM | CLEARED | 7020893 | 11,286.00 |
| H5154 | ASSOCIATED AIRLINE SERVICES | 08/10/93 | SYSTEM | CLEARED | 7020996 | 14,000.00 |
| H5154 | ASSOCIATED AIRLINE SERVICES | 09/03/93 | SYSTEM | OPEN | 7020768 | 12,000.00 |
| H5154 | ASSOCIATED AIRLINE SERVICES | 09/03/93 | MANUAL | OPEN | 0010379 | 8,000.00 |
| H5154 | ASSOCIATED AIRLINE SERVICES | 07/07/93 | OPEN | | 7021444 | 18,378.01 |
| H5154 | ASSOCIATED AIRLINE SERVICES | 09/14/93 | OPEN | | 7021061 | 11,976.00 |

HAWAIIAN AIRLINES INC. - MSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H5161 | ATCT | 07/13/93 | SYSTEM | CLEARED | 7010475 | 10,603.93 |
| H5161 | ATCT | 07/18/93 | MANUAL | CLEARED | 0010087 | 5,394.27 |
| H5161 | ATCT | 07/07/93 | SYSTEM | OPEN | 7021427 | 5,417.81 |
| H5161 | | | | | | 21,415.71 |
| H5162 | ATCT | 07/01/93 | MANUAL | CLEARED | 9090013 | 140,827.80 |
| H5162 | ATCT | 07/06/93 | SYSTEM | CLEARED | 7010311 | 12,484.45 |
| H5162 | ATCT | 07/22/93 | MANUAL | CLEARED | 7020087 | 10,435.17 |
| H5162 | ATCT | 08/13/93 | SYSTEM | CLEARED | 7010806 | 1,070,564.74 |
| H5162 | ATCT | 08/13/93 | MANUAL | CLEARED | 0009004 | 1,067,584.20 |
| H5162 | ATCT | 08/17/93 | SYSTEM | CLEARED | 0009049 | 749,863.86 |
| H5162 | ATCT | 09/14/93 | SYSTEM | CLEARED | 7020070 | 785.00 |
| H5162 | ATCT | 09/01/93 | MANUAL | OPEN | 9090375 | 321,325.44 |
| H5163 | ATCT COMMUNICATIONS | 07/13/93 | SYSTEM | CLEARED | 7010529 | 410.94 |
| H5163 | ATCT COMMUNICATIONS | 08/10/93 | SYSTEM | CLEARED | 7020090 | 430.05 |
| H5163 | ATCT COMMUNICATIONS | 08/31/93 | SYSTEM | OPEN | 7021186 | 450.83 |
| H5163 | | | | | | 1,290.04 |
| H5165 | ATCT INFORMATION SYSTEMS | 07/13/93 | SYSTEM | CLEARED | 7010345 | 981.40 |
| H5165 | ATCT INFORMATION SYSTEMS | 07/26/93 | SYSTEM | CLEARED | 7020087 | 490.70 |
| H5165 | ATCT INFORMATION SYSTEMS | 08/31/93 | SYSTEM | OPEN | 7021155 | 172.43 |
| H5165 | ATCT INFORMATION SYSTEMS | 08/14/93 | SYSTEM | OPEN | 7021572 | 200.42 |
| H5165 | | | | | | 1,984.03 |
| H5169 | ATLAS AIRCRAFT CORPORATION | 07/20/93 | SYSTEM | CLEARED | 7010765 | 3,131.25 |
| H5169 | ATLAS AIRCRAFT CORPORATION | 08/24/93 | SYSTEM | CLEARED | 7020859 | 1,110.00 |
| H5170 | ATTCO INC | 08/24/93 | SYSTEM | CLEARED | 7020835 | 46.88 |
| H5170 | ATTCO INC | 09/03/93 | MANUAL | OPEN | 9010490 | 6,667.73 |
| H5170 | | | | | | 6,714.61 |
| H5172 | AEI MUSIC NETWORK INC | 08/03/93 | SYSTEM | CLEARED | 7020706 | 2,447.75 |
| H5172 | AEI MUSIC NETWORK INC | 08/10/93 | SYSTEM | CLEARED | 7020586 | 6,653.12 |
| H5172 | | | | | | 9,100.87 |

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H5182 | AVIATION FUEL SYSTEMS REPAIR | 06/29/93 | SYSTEM | CLEARED | 7018901 | 5,055.94 |
| H5182 | AVIATION FUEL SYSTEMS REPAIR | 07/06/93 | SYSTEM | CLEARED | 7019005 | 5,088.88 |
| H5182 | AVIATION FUEL SYSTEMS REPAIR | 07/13/93 | SYSTEM | CLEARED | 7019789 | 2,868.45 |
| H5182 | AVIATION FUEL SYSTEMS REPAIR | 07/20/93 | SYSTEM | CLEARED | 7020585 | 5,000.00 |
| H5182 | AVIATION FUEL SYSTEMS REPAIR | 06/14/93 | SYSTEM | OPEN | 7021658 | 5,000.00 |
| H5196 | BA LEASING CAPITAL | 06/24/93 | MANUAL | CLEARED | 7008848 | 57,321.21 |
| H5196 | BA LEASING CAPITAL | 06/24/93 | MANUAL | CLEARED | 7008849 | 14,481.20 |
| H5196 | BA LEASING CAPITAL | 07/22/93 | MANUAL | CLEARED | 7010541 | 4,604.87 |
| H5196 | BA LEASING CAPITAL | 07/22/93 | MANUAL | CLEARED | 7010542 | 4,604.87 |
| H5196 | BA LEASING CAPITAL | 07/22/93 | MANUAL | OPEN | 7010543 | 4,604.87 |
| H5196 | BA LEASING CAPITAL | 06/24/93 | MANUAL | CLEARED | 7008857 | 254.17 |
| H5196 | BANCORP LEASING OF HAWAII | 06/24/93 | MANUAL | CLEARED | 7008844 | 1.24 |
| H5196 | BANCORP LEASING OF HAWAII | 06/24/93 | MANUAL | CLEARED | 7008841 | 1.69 |
| H5197 | BANCORP LEASING OF HAWAII | 07/01/93 | MANUAL | CLEARED | 7009248 | 1.70 |
| H5197 | BANCORP LEASING OF HAWAII | 06/30/93 | MANUAL | CLEARED | 7009239 | 1.70 |
| H5197 | BANCORP LEASING OF HAWAII | 07/07/93 | MANUAL | CLEARED | 7009529 | 1.70 |
| H5197 | BANCORP LEASING OF HAWAII | 07/03/93 | MANUAL | CLEARED | 7009528 | 1.70 |
| H5197 | BANCORP LEASING OF HAWAII | 07/05/93 | MANUAL | CLEARED | 7009810 | 1.70 |
| H5197 | BANCORP LEASING OF HAWAII | 07/22/93 | MANUAL | CLEARED | 7009807 | 1.70 |
| H5197 | BANCORP LEASING OF HAWAII | 07/22/93 | MANUAL | CLEARED | 7010552 | 1.70 |
| H5197 | BANCORP LEASING OF HAWAII | 07/22/93 | MANUAL | OPEN | 7010550 | 1.70 |
| H5197 | BANCORP LEASING OF HAWAII | 07/22/93 | MANUAL | OPEN | 7010517 | 1.70 |
| H5197 | BANCORP LEASING OF HAWAII | 07/22/93 | MANUAL | OPEN | 7010670 | 1.70 |
| H5108 | BANK OF HAWAII | 06/25/93 | MANUAL | CLEARED | 0008901 | 700.00 |
| H5108 | BANK OF HAWAII | 07/12/93 | MANUAL | CLEARED | 0008236 | 761.00 |
| H5108 | BANK OF HAWAII | 07/27/93 | MANUAL | CLEARED | 0008983 | 81.04 |
| H5108 | BANK OF HAWAII | 08/11/93 | MANUAL | CLEARED | 0008587 | 84.00 |

| VENDOR | VENDOR NAME | PAYMENT DATE | PAYMENT TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H5198 | BANK OF HAWAII | 08/25/93 | MANUAL | CLEARED | 00102261 | 58,334.07 |
| H5198 | BANK OF HAWAII | 09/10/93 | MANUAL | OPEN | 00105038 | 80,834.87 |
| H5199 |  |  |  |  |  | 4,165,965.53 |
| H5210C | BERRY PACIFIC SERVICES | 07/20/93 | SYSTEM | CLEARED | 70107730 | 1,000.67 |
| H5210 | BERRY PACIFIC SERVICES | 08/10/93 | SYSTEM | CLEARED | 70205204 | 199.03 |
| H5210 | BERRY PACIFIC SERVICES | 08/10/93 | SYSTEM | CLEARED | 70205204 |  |
| H5210 |  |  |  |  |  | 2,365.26 |
| H5225 | BOWMAN ELECTRIC SHOP LTD | 08/17/93 | SYSTEM | CLEARED | 7020733 | 1,380.60 |
| H5225 |  |  |  |  |  | 1,380.60 |
| H5229 | BRAYNART **THE PUBLISHERS** | 07/06/93 | SYSTEM | CLEARED | 70190503 | 3,000.00 |
| H5229 | BRAYNART **THE PUBLISHERS** | 08/03/93 | SYSTEM | CLEARED | 70209323 | 4,000.00 |
| H5229 | BRAYNART **THE PUBLISHERS** | 08/14/93 | SYSTEM | OPEN | 70210615 | 900.00 |
| H5229 |  |  |  |  |  | 7,900.00 |
| H5237 | BROWNING FERRIS INDUSTRIES | 07/06/93 | SYSTEM | CLEARED | 70190032 | 801.06 |
| H5237 | BROWNING FERRIS INDUSTRIES | 07/10/93 | SYSTEM | CLEARED | 70205221 | 400.53 |
| H5237 | BROWNING FERRIS INDUSTRIES | 08/14/93 | SYSTEM | OPEN | 70215587 | 400.53 |
| H5237 |  |  |  |  |  | 1,602.12 |
| H5251 | CAISSE DE PREVOYANCE SOCIALE | 08/26/93 | MANUAL | CLEARED | 4501009 | 3,046.51 |
| H5251 | CAISSE DE PREVOYANCE SOCIALE | 08/26/93 | MANUAL | OPEN | 4501937 | 2,989.73 |
| H5251 |  |  |  |  |  | 6,036.24 |
| H5253 | CALIFORNIA HOTEL & CASINO | 08/10/93 | SYSTEM | CLEARED | 70205062 | 1,635.00 |
| H5253 | CALIFORNIA HOTEL & CASINO | 09/08/93 | MANUAC | OPEN | 00105086 | 3,265.22 |
| H5253 |  |  |  |  |  | 4,900.22 |
| H5268 | CENTRAL PACIFIC BANK | 06/24/93 | MANUAL | CLEARED | 00088635 | 5,000.00 |
| H5268 | CENTRAL PACIFIC BANK | 08/25/93 | MANUAL | CLEARED | 00088804 | 4,000.00 |
| H5268 | CENTRAL PACIFIC BANK | 07/06/93 | MANUAL | CLEARED | 00089115 | 1,000.00 |
| H5268 | CENTRAL PACIFIC BANK | 07/08/93 | MANUAL | CLEARED | 00089015 | 1,000.00 |
| H5268 | CENTRAL PACIFIC BANK | 07/13/93 | MANUAL | CLEARED | 00092405 | 1,000.00 |
| H5268 | CENTRAL PACIFIC BANK | 07/13/93 | MANUAL | CLEARED | 00092068 | 1,000.00 |
| H5268 | CENTRAL PACIFIC BANK | 07/13/93 | MANUAL | CLEARED | 00092001 | 1,000.00 |

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H5268 | CENTRAL PACIFIC BANK | 07/15/93 | MANUAL | CLEARED | 00010330 | 10,000.00 |
| H5268 | CENTRAL PACIFIC BANK | 07/16/93 | MANUAL | CLEARED | 00010355 | 10,000.00 |
| H5268 | CENTRAL PACIFIC BANK | 07/15/93 | MANUAL | CLEARED | 00010418 | 10,000.00 |
| H5268 | CENTRAL PACIFIC BANK | 07/22/93 | MANUAL | CLEARED | 00010430 | 5,000.00 |
| H5268 | CENTRAL PACIFIC BANK | 07/22/93 | MANUAL | CLEARED | 00010480 | 10,000.00 |
| H5268 | CENTRAL PACIFIC BANK | 07/22/93 | MANUAL | CLEARED | 00010520 | 10,000.00 |
| H5268 | CENTRAL PACIFIC BANK | 07/23/93 | MANUAL | CLEARED | 00010556 | 5,000.00 |
| H5268 | CENTRAL PACIFIC BANK | 07/23/93 | MANUAL | CLEARED | 00010540 | 1,000.00 |
| H5268 | CENTRAL PACIFIC BANK | 08/11/93 | MANUAL | CLEARED | 00010601 | 1,000.00 |
| H5268 | CENTRAL PACIFIC BANK | 08/11/93 | MANUAL | CLEARED | 00010700 | 1,000.00 |
| H5268 | CENTRAL PACIFIC BANK | 08/26/93 | MANUAL | CLEARED | 00010780 | 5,000.00 |
| H5268 | CENTRAL PACIFIC BANK | 08/26/93 | MANUAL | OPENED | 00010795 | 10,000.00 |
| H5268 | CENTRAL PACIFIC BANK | 09/02/93 | MANUAL | OPENED | 00010406 | 10,000.00 |
| H5268 | CENTRAL PACIFIC BANK | 09/02/93 | MANUAL | OPEN | 00010624 | 15,000.00 |
| H5268 | CENTRAL PACIFIC BANK | 09/15/93 | MANUAL | OPEN | 00010623 | 10,000.00 |
| H5268 | CENTRAL PACIFIC BANK | | | | | 215,000.00 |
| H5260 | CENTRAL TELEPHONE COMPANY | 05/24/93 | MANUAL | CLEARED | V0058875 | 213.05 |
| H5260 | CENTRAL TELEPHONE COMPANY | 07/20/93 | SYSTEM | CLEARED | 70195I0 | 214.11 |
| H5260 | CENTRAL TELEPHONE COMPANY | 08/24/93 | SYSTEM | CLEARED | 7020014 | 210.04 |
| H5260 | CENTRAL TELEPHONE COMPANY | | | | | 638.20 |
| H5275 | CHASE ROTCHFJ0 DRUKKER | 05/24/93 | MANUAL | CLEARED | V0058840 | 5,104.01 |
| H5275 | | | | | | 5,104.01 |
| H5276 | | | | | | 6,104.01 |
| H5294 | CITIZENS UTILITIES COMPANY | 08/11/93 | MANUAL | CLEARED | 00009932 | 11,290.38 |
| H5294 | CITIZENS UTILITIES COMPANY | 09/13/93 | SYSTEM | OPEN | 7021635 | 1,765.67 |
| H5294 | | | | | | 31,055.05 |
| H5295 | CITY DIRECTOR OF FINANCE | 05/28/93 | MANUAL | CLEARED | V0008918 | 813.82 |
| H5296 | CITY DIRECTOR OF FINANCE | 08/30/93 | MANUAL | CLEARED | 00010456 | 119.00 |
| H5296 | CITY DIRECTOR OF FINANCE | 08/30/93 | MANUAL | OPEN | 00010476 | 119.00 |
| H5296 | CITY DIRECTOR OF FINANCE | 08/30/93 | MANUAL | OPEN | 00103529 | 97.68 |
| H5296 | | | | | | 1,165.50 |
| H5297 | CITY OF BANGOR | 07/13/93 | MANUAL | CLEARED | 90092469 | 2,491.92 |
| H5297 | CITY OF BANGOR | 08/03/93 | SYSTEM | CLEARED | 7020254 | 931.50 |
| H5297 | CITY OF BANGOR | 08/24/93 | SYSTEM | OPEN | 7020385 | 822.50 |

09/19/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES, INC. - MSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

PAGE 45
RPT: AP0010-01

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT |
|---|---|---|---|---|---|---|
| H5297 | | | | | | 4,366.02 |
| H5305 | CIVIL AVIATION DEPARTMENT | 08/13/93 | SYSTEM | CLEARED | 70109465 | 0,000.00 |
| H5305 | CIVIL AVIATION DEPARTMENT | 08/03/93 | SYSTEM | OPEN | 7020330 | 4,755.61 |
| H5305 | CIVIL AVIATION DEPARTMENT | | | | | 1,565.41 |
| H5314 | PLAZA LA REINA OFFICE VENTURE | 07/01/93 | SYSTEM | CLEARED | 70189793 | 21,193.00 |
| H5314 | PLAZA LA REINA OFFICE VENTURE | 07/15/93 | SYSTEM | CLEARED | 70190431 | 2,105.00 |
| H5314 | PLAZA LA REINA OFFICE VENTURE | 08/15/93 | SYSTEM | CLEARED | 70200682 | 2,105.00 |
| H5314 | PLAZA LA REINA OFFICE VENTURE | 09/01/93 | SYSTEM | OPEN | 7021232 | 6,388.00 |
| H5316 | COLLECTOR OF CUSTOMS | 09/05/93 | MANUAL | OPEN | | 1,149.82 |
| H5322 | COMDISCO INC | 07/01/93 | MANUAL | CLEARED | 10000037 | 31,507.85 |
| H5322 | COMDISCO INC | 08/02/93 | MANUAL | CLEARED | 10007137 | 31,507.85 |
| H5322 | COMDISCO INC | 09/01/93 | SYSTEM | OPEN | 7021238 | 28,551.13 |
| H5323 | COMMERCE CLEARING HOUSE INC | 06/29/93 | MANUAL | CLEARED | 90089059 | 1,517.20 |
| H5323 | COMMERCE CLEARING HOUSE INC | | | | | 1,517.20 |
| H5327 | COMMONWEALTH OF PENNSYLVANIA | 06/28/93 | MANUAL | CLEARED | 90089010 | 1,204.00 |
| H5332 | CONCESSIONS OF SEATTLE, INC. | 06/20/93 | SYSTEM | CLEARED | 70188772 | 2,866.81 |
| H5332 | CONCESSIONS OF SEATTLE, INC. | 07/20/93 | MANUAL | CLEARED | 70190856 | 1,301.55 |
| H5332 | CONCESSIONS OF SEATTLE, INC. | 08/24/93 | SYSTEM | OPEN | 70210082 | 1,037.79 |
| H5343 | COOK ISLAND AIRPORT AUTHORITY | 07/20/93 | SYSTEM | OPEN | 70109733 | 1,794.08 |
| H5343 | COOK ISLAND AIRPORT AUTHORITY | 08/31/93 | MANUAL | OPEN | 9010338 | 1,786.25 |

09/19/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES, INC. - HSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

RPT: AP0010-01
PAGE

| VENDOR NUMBER | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H5343 | | | | | | 3,580.03 * |
| H5350 | COURIER TRANSFER SYSTEM | 09/10/93 | MANUAL | CLEARED | 70109081 | 1,160.36 |
| H5350 | COURIER TRANSFER SYSTEM | 09/07/93 | SYSTEM | OPEN | 7021386 | 1,233.74 |
| H5350 | COURIER TRANSFER SYSTEM | 09/08/93 | MANUAL | OPEN | 90105268 | 1,280.00 |
| H5350 | | | | | | 3,664.42 * |
| H5355 | HARVARD INVESTMENT COMPANY | 07/15/93 | SYSTEM | CLEARED | 70109496 | 1,813.32 |
| H5355 | HARVARD INVESTMENT COMPANY | 08/05/93 | SYSTEM | CLEARED | 7020397 | 1,813.32 |
| H5355 | HARVARD INVESTMENT COMPANY | 09/14/93 | SYSTEM | OPEN | 7021638 | 1,813.32 |
| H5355 | | | | | | 5,439.96 * |
| H5360 | CUSTOMS & EXCISE TAX OFC FAGAT | 07/06/93 | SYSTEM | CLEARED | 70190014 | 490.00 |
| H5360 | CUSTOMS & EXCISE TAX OFC FAGAT | 07/20/93 | SYSTEM | CLEARED | 70190681 | 292.20 |
| H5360 | CUSTOMS & EXCISE TAX OFC FAGAT | 09/13/93 | SYSTEM | OPEN | 7021506 | 5,147.80 |
| H5360 | | | | | | 5,430.00 * |
| H5373 | DAUGHERTY FOWLER & PEREGRIN | 06/25/93 | MANUAL | CLEARED | 900887? | 5,000.00 |
| H5373 | DAUGHERTY FOWLER & PEREGRIN | 07/07/93 | MANUAL | CLEARED | 9001309 | 2,210.39 |
| H5373 | DAUGHERTY FOWLER & PEREGRIN | 09/08/93 | MANUAL | OPEN | 90104195 | 0.30 |
| H5373 | | | | | | 3,423.75 * |
| H5377 | DELTA AIR LINES INC | 08/03/93 | SYSTEM | CLEARED | 7020331 | 5,000.00 |
| H5377 | | | | | | 5,000.00 * |
| H5378 | DELTA AIR LINES INC | 07/13/93 | SYSTEM | CLEARED | 70192089 | 359.71 |
| H5378 | DELTA AIR LINES INC | 07/20/93 | SYSTEM | CLEARED | 70190627 | 227.31 |
| H5378 | DELTA AIR LINES INC | 07/22/93 | SYSTEM | CLEARED | 70190680 | 235.00 |
| H5378 | DELTA AIR LINES INC | 09/07/93 | SYSTEM | OPEN | 7021408 | 2,216.00 |
| H5378 | | | | | | 2,977.88 * |
| H5400 | DHL AIRWAYS INC | 05/29/93 | SYSTEM | | 70108886 | 1,210.15 |
| H5400 | DHL AIRWAYS INC | 07/20/93 | SYSTEM | CLEARED | 7010728 | 655.08 |
| H5400 | DHL AIRWAYS INC | 07/22/93 | SYSTEM | CLEARED | 7010882 | 1,847.86 |
| H5400 | DHL AIRWAYS INC | 09/07/93 | SYSTEM | OPEN | 7021342 | 360.77 |

09/10/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES, INC. - MSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

PAGE 76
RPT: AP0110-01

| VENDOR | VENDOR NAME | PAYMENT DATE | PAYMENT TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H5400 | | | | | | |
| H5412 | DOBBS INTERNATIONAL SVCS INC | 07/13/93 | SYSTEM | CLEARED | 7019356 | 988.50 |
| H5412 | | | | | | |
| H5418 | DOW LOHNES & ALBERTSON | 06/25/93 | MANUAL | CLEARED | 00008886 | 15,000.00 |
| H5418 | DOW LOHNES & ALBERTSON | 08/15/93 | MANUAL | CLEARED | 00008886 | 3,765.85 |
| H5418 | DOW LOHNES & ALBERTSON | 08/15/93 | MANUAL | OPEN | 0010612 | 800.00 |
| H5418 | | | | | | |
| H5422 | DYNAIR SERVICES INC | 07/13/93 | SYSTEM | CLEARED | 7019266 | 177.90 |
| H5422 | DYNAIR SERVICES INC | 08/24/93 | SYSTEM | CLEARED | 7020056 | 429.92 |
| H5422 | | | | | | |
| H5428 | ECONOMIC RURALE | 07/01/93 | MANUAL | CLEARED | 4501846 | |
| H5428 | ECONOMIC RURALE | 07/01/93 | MANUAL | OPEN | 4501850 | |
| H5428 | ECONOMIC RURALE | 07/08/93 | MANUAL | CLEARED | 4501857 | |
| H5428 | ECONOMIC RURALE | 07/08/93 | MANUAL | CLEARED | 4501870 | |
| H5428 | ECONOMIC RURALE | 07/22/93 | MANUAL | CLEARED | 4501881 | |
| H5428 | ECONOMIC RURALE | 07/22/93 | MANUAL | CLEARED | 4501890 | |
| H5428 | ECONOMIC RURALE | 08/05/93 | MANUAL | OPEN | 4501899 | |
| H5428 | ECONOMIC RURALE | 08/05/93 | MANUAL | OPEN | 4501900 | |
| H5428 | ECONOMIC RURALE | 08/12/93 | MANUAL | OPEN | 4118521 | |
| H5428 | ECONOMIC RURALE | 08/12/93 | MANUAL | OPEN | 4501906 | |
| H5428 | ECONOMIC RURALE | 08/26/93 | MANUAL | OPEN | 4501910 | |
| H5428 | ECONOMIC RURALE | 08/26/93 | MANUAL | OPEN | 4501930 | |
| H5428 | ECONOMIC RURALE | 09/09/93 | MANUAL | OPEN | 4501932 | |
| H5428 | ECONOMIC RURALE | 09/09/93 | MANUAL | OPEN | 4501946 | |
| H5428 | ECONOMIC RURALE | 09/09/93 | MANUAL | OPEN | 4501948 | |
| H5428 | ECONOMIC RURALE | 09/09/93 | MANUAL | OPEN | 4501963 | |

PAYMENT AMOUNT values: 227.65, 577.80, 515.80, 142.00, 1,350.00, 1,056.00, 307.80, 3,025.00, 427.53, 217.50, 174.00, 334.74, 507.40, 354.07, 34.54, 1,038.05, 265.10

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
| H5429 | | | | | | |
| H5430 | ED'S REFRIGERATION SVC | 07/20/93 | SYSTEM | CLEARED | 7019685 | 660.25 |
| H5430 | ED'S REFRIGERATION SVC | 07/27/93 | SYSTEM | CLEARED | 7019972 | 215.28 |
| H5430 | | | | | | 875.53 |
| H5436 | EMERY WORLDWIDE | 09/28/93 | MANUAL | CLEARED | 00089070 | 654.56 |
| H5436 | EMERY WORLDWIDE | 09/28/93 | MANUAL | CLEARED | 00089186 | 181.11 |
| H5436 | EMERY WORLDWIDE | 07/08/93 | MANUAL | CLEARED | 00089180 | 222.01 |
| H5436 | EMERY WORLDWIDE | 07/08/93 | MANUAL | CLEARED | 00089901 | 244.84 |
| H5436 | EMERY WORLDWIDE | 07/23/93 | MANUAL | CLEARED | 00089548 | 14.00 |
| H5436 | EMERY WORLDWIDE | 07/20/93 | MANUAL | CLEARED | 00086674 | 101.50 |
| H5436 | EMERY WORLDWIDE | 08/02/93 | MANUAL | CLEARED | 00087855 | 14.00 |
| H5436 | EMERY WORLDWIDE | 08/03/93 | MANUAL | CLEARED | 00088102 | 3,555.00 |
| H5436 | EMERY WORLDWIDE | 08/03/93 | MANUAL | CLEARED | 00088301 | 3,320.00 |
| H5436 | EMERY WORLDWIDE | 08/04/93 | MANUAL | OPEN | 00088631 | 222.50 |
| H5436 | EMERY WORLDWIDE | 08/04/93 | MANUAL | OPEN | 00008311 | 222.50 |
| H5436 | EMERY WORLDWIDE | 09/02/93 | MANUAL | OPEN | 00014243 | 150.00 |
| H5436 | EMERY WORLDWIDE | 09/02/93 | MANUAL | OPEN | 00014250 | 150.00 |
| H5436 | EMERY WORLDWIDE | 09/09/93 | MANUAL | OPEN | 00010534 | 222.50 |
| H5436 | | | | | | 7,871.82 |
| H5449 | FAAA-TRANSIT | 07/22/93 | MANUAL | CLEARED | 4501872 | 891.10 |
| H5449 | FAAA-TRANSIT | 08/26/93 | MANUAL | OPEN | 4501928 | 1,017.71 |
| H5449 | | | | | | 1,908.81 |
| H5453 | CIRCONSCRIPTION TERRITORIALE | 07/08/93 | MANUAL | CLEARED | 4501853 | 1,150.00 |
| H5453 | | | | | | 1,150.00 |
| H5456 | FEDERAL EXPRESS CORP | 07/09/93 | SYSTEM | CLEARED | 7019071 | 3,509.30 |
| H5456 | FEDERAL EXPRESS CORP | 07/20/93 | SYSTEM | CLEARED | 7019204 | 32,485.90 |
| H5456 | FEDERAL EXPRESS CORP | 07/27/93 | SYSTEM | CLEARED | 7019987 | 6,685.66 |
| H5456 | FEDERAL EXPRESS CORP | 08/03/93 | SYSTEM | CLEARED | 7020543 | 10,201.33 |
| H5456 | FEDERAL EXPRESS CORP | 08/10/93 | SYSTEM | CLEARED | 7020588 | 7,483.71 |
| H5456 | FEDERAL EXPRESS CORP | 08/17/93 | SYSTEM | CLEARED | 7020888 | 1,833.12 |
| H5456 | FEDERAL EXPRESS CORP | 08/24/93 | SYSTEM | OPEN | 7021010 | 1,885.10 |
| H5456 | FEDERAL EXPRESS CORP | 08/31/93 | SYSTEM | OPEN | 7021205 | 4,202.84 |
| H5456 | FEDERAL EXPRESS CORP | 09/07/93 | SYSTEM | OPEN | 7021633 | 8,202.04 |
| H5456 | FEDERAL EXPRESS CORP | 09/14/93 | SYSTEM | OPEN | 7021650 | 4,558.25 |

09/12/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES, INC. - HSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

RPT: APOP010-09
PAGE 1

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H5456 | | | | | | 85,016.75 |
| H5457 | FERREIRA, JOSEPH S JR | 07/07/93 | MANUAL | CLEARED | 9099195 | 2,000.00 |
| H5457 | FERREIRA, JOSEPH S JR | 08/17/93 | SYSTEM | CLEARED | 7020745 | 2,500.00 |
| H5455 | | | | | | 1,500.00 |
| H5460 | FINLAY TESTING LABORATORIES | 07/27/93 | SYSTEM | CLEARED | 7020037 | 2,237.59 |
| H5460 | FINLAY TESTING LABORATORY | 07/30/93 | MANUAL | CLEARED | 9009703 | 875.00 |
| H5460 | | | | | | 112.50 |
| | | | | | | 112.50 |
| H5465 | FIRST HAWAIIAN TANK | 07/22/93 | MANUAL | CLEARED | 9009488 | 5,000.00 |
| H5465 | FIRST HAWAIIAN BANK | 07/30/93 | MANUAL | CLEARED | 9009627 | 10,000.00 |
| H5465 | FIRST HAWAIIAN BANK | 08/06/93 | MANUAL | CLEARED | 9009827 | 5,000.00 |
| H5465 | FIRST HAWAIIAN BANK | 08/12/93 | SYSTEM | OPEN | 9009972 | 5,000.00 |
| | | | | | | 30,000.00 |
| H5470 | FLIGHT SERVICES UNLIMITED INC | 08/10/93 | SYSTEM | CLEARED | 7020556 | 1,368.03 |
| | | | | | | 1,368.03 |
| H5477 | | | | | | |
| H5510 | GIBBENS COMPANY | 07/13/93 | SYSTEM | CLEARED | 7019403 | 2,000.00 |
| | | | | | | 2,000.00 |
| H5513 | GLOBAL WEATHER DYNAMICS INC | 07/13/93 | SYSTEM | CLEARED | 7019434 | 3,121.12 |
| H5513 | GLOBAL WEATHER DYNAMICS INC | 07/20/93 | SYSTEM | CLEARED | 7019726 | 1,551.62 |
| H5513 | GLOBAL WEATHER DYNAMICS INC | 07/27/93 | SYSTEM | CLEARED | 7020030 | 1,376.30 |
| H5513 | GLOBAL WEATHER DYNAMICS INC | 09/07/93 | SYSTEM | OPEN | 7021305 | |
| H5513 | | | | | | 7,693.66 |
| H5520 | GOODSILL ANDERSON QUINN | 06/25/93 | MANUAL | CLEARED | 9008883 | 25,000.00 |
| H5520 | GOODSILL ANDERSON QUINN | 07/15/93 | MANUAL | CLEARED | 9009781 | 25,000.00 |
| H5520 | GOODSILL ANDERSON QUINN | 07/15/93 | MANUAL | CLEARED | 9009260 | 25,000.00 |
| H5520 | GOODSILL ANDERSON QUINN | 07/23/93 | MANUAL | CLEARED | 9009360 | 25,000.00 |
| H5520 | GOODSILL ANDERSON QUINN | 08/13/93 | MANUAL | CLEARED | 9009528 | 25,000.00 |
| H5500 | GOODSILL ANDERSON QUINN | 08/13/93 | MANUAL | CLEARED | 0010010 | 25,000.00 |
| H5500 | GOODSILL ANDERSON QUINN | 08/20/93 | MANUAL | CLEARED | 0010010 | 25,000.00 |
| H5520 | GOODSILL ANDERSON QUINN | 09/20/93 | MANUAL | CLEARED | 0010015 | 25,000.00 |
| H5520 | GOODSILL ANDERSON QUINN | 09/27/93 | MANUAL | CLEARED | 0010095 | 25,000.00 |

09/12/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES INC. - MSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

PAGE   50
RPT: APV0100-01

| VENDOR NUMBER | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H5520 | | | | | | 165,000.00 |
| H5522 | GOVERNMENT WESTERN SAMOA | 07/23/93 | MANUAL | OPEN | 9578 | 1,225.23 |
| | | | | | | 1,225.23 |
| H5528 | GREG'S AUTO REPAIR | 07/13/93 | SYSTEM | CLEARED | 7019100 | 129.33 |
| H5528 | GREG'S AUTO REPAIR | 07/20/93 | SYSTEM | CLEARED | 7019260 | 318.47 |
| H5528 | GREG'S AUTO REPAIR | 08/31/93 | SYSTEM | OPEN | 7021150 | 380.21 |
| H5528 | GREG'S AUTO REPAIR | 09/07/93 | SYSTEM | OPEN | 7021335 | 348.36 |
| | | | | | | 1,176.37 |
| H5535 | GUAM AIRPORT AUTHORITY | 09/17/93 | SYSTEM | CLEARED | 7020727 | 1,075.00 |
| H5535 | GUAM AIRPORT AUTHORITY | 08/31/93 | SYSTEM | OPEN | 7021184 | 1,075.00 |
| | | | | | | 2,150.00 |
| H5554 | HAL FEDERAL CREDIT UNION | 07/07/93 | MANUAL | CLEARED | 0000024 | 213,706.66 |
| H5554 | HAL FEDERAL CREDIT UNION | 07/20/93 | MANUAL | CLEARED | 0009451 | 229,713.44 |
| H5554 | HAL FEDERAL CREDIT UNION | 08/05/93 | MANUAL | CLEARED | 0007082 | 253,755.33 |
| H5554 | HAL FEDERAL CREDIT UNION | 08/19/93 | MANUAL | CLEARED | 0010451 | 277,345.33 |
| H5554 | HAL FEDERAL CREDIT UNION | 09/01/93 | MANUAL | OPEN | 0010451 | |
| | | | | | | 1,152,069.97 |
| H5555 | HAL INC | 07/07/93 | MANUAL | CLEARED | 9000158 | 5,000.00 |
| | | | | | | 5,000.00 |
| H5576 | HAWAII ELECTRIC LIGHT COMPANY | 07/06/93 | SYSTEM | CLEARED | 7019095 | 1,290.72 |
| H5576 | HAWAII ELECTRIC LIGHT COMPANY | 07/20/93 | SYSTEM | CLEARED | 7019717 | 1,307.53 |
| H5576 | HAWAII ELECTRIC LIGHT COMPANY | 08/24/93 | SYSTEM | CLEARED | 7021006 | 1,451.96 |
| H5576 | HAWAII ELECTRIC LIGHT COMPANY | 09/14/93 | SYSTEM | OPEN | 7021020 | 1,474.91 |
| | | | | | | 5,524.12 |
| H5577 | HAWAII FOLDER SERVICE | 07/13/93 | SYSTEM | CLEARED | 7019414 | 2,332.20 |
| H5577 | HAWAII FOLDER SERVICE | 08/03/93 | SYSTEM | CLEARED | 7020239 | 19,545.40 |
| | | | | | | 21,877.60 |

09/16/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES, INC. - HSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS, FOR JUNE 24 THRU CURRENT

PAGE
RPT: APV011-01

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H5588 | HAWAII NEWSPAPER AGENCY INC | 06/20/93 | MANUAL | CLEARED | 00080968 | 1,150.35 |
| H5588 | HAWAII NEWSPAPER AGENCY INC | 07/23/93 | SYSTEM | CLEARED | 70190070 | 300.00 |
| H5588 | HAWAII NEWSPAPER AGENCY INC | 08/03/93 | SYSTEM | CLEARED | 70200336 | 552.50 |
| H5588 | HAWAII NEWSPAPER AGENCY INC | 07/27/93 | SYSTEM | CLEARED | 70200341 | 762.50 |
| H5588 | HAWAII NEWSPAPER AGENCY INC | 09/07/93 | SYSTEM | OPEN | 70233910 | 240.00 |
| H5588 | HAWAII NEWSPAPER AGENCY INC | 09/00/93 | MANUAL | OPEN | 90105521 | 300.00 |
| | | | | | | 3,714.05 |
| H5596 | HAWAIIAN ELECTRIC COMPANY INC | 06/20/93 | SYSTEM | CLEARED | 70180923 | 31,114.50 |
| H5596 | HAWAIIAN ELECTRIC COMPANY INC | 08/23/93 | SYSTEM | CLEARED | 70180180 | 20,334.47 |
| | | | | | | 50,448.97 |
| H5604 | HAWAIIAN TELEPHONE COMPANY | 07/02/93 | MANUAL | CLEARED | 00000077 | 41,484.14 |
| H5604 | HAWAIIAN TELEPHONE COMPANY | 07/05/93 | SYSTEM | CLEARED | 00100116 | 33,124.070 |
| H5604 | HAWAIIAN TELEPHONE COMPANY | 07/20/93 | MANUAL | CLEARED | 00000005 | 42,882.470 |
| H5604 | HAWAIIAN TELEPHONE COMPANY | 08/15/93 | MANUAL | CLEARED | 00000005 | 41,075.042 |
| H5604 | HAWAIIAN TELEPHONE COMPANY | 08/13/93 | MANUAL | CLEARED | 00103006 | 2,607.22 |
| H5604 | HAWAIIAN TELEPHONE COMPANY | 08/27/93 | MANUAL | OPEN | 90103006 | 6,214.72 |
| | | | | | | 167,326.20 |
| H5607 | HAWKINS AUDIO ENGINEERS INC | 08/03/93 | SYSTEM | CLEARED | 70200257 | 900.84 |
| H5607 | HAWKINS AUDIO ENGINEERS INC | 09/07/93 | SYSTEM | OPEN | 70212297 | 224.00 |
| | | | | | | 1,124.80 |
| H5623 | HOLIDAY INN | 07/20/93 | SYSTEM | CLEARED | 70190803 | 17,090.14 |
| | | | | | | 17,090.14 |
| H5627 | HOLIDAY INN CROWNE PLAZA | 07/13/93 | SYSTEM | CLEARED | 70190457 | 4,802.13 |
| H5627 | HOLIDAY INN CROWNE PLAZA | 07/22/93 | SYSTEM | CLEARED | 70190802 | 13,778.50 |
| H5627 | HOLIDAY INN CROWNE PLAZA | 07/29/93 | SYSTEM | CLEARED | 70190802 | 11,917.18 |
| H5627 | HOLIDAY INN CROWNE PLAZA | 07/27/93 | SYSTEM | CLEARED | 70200410 | 2,338.02 |
| H5627 | HOLIDAY INN CROWNE PLAZA | 08/03/93 | SYSTEM | CLEARED | 70200170 | 154.00 |
| | | | | | | 33,990.83 |
| H5637 | AIRLINES COMMITTEE OF HAWAII | 07/13/93 | SYSTEM | CLEARED | 70109348 | 951.37 |
| H5637 | AIRLINES COMMITTEE OF HAWAII | 08/03/93 | SYSTEM | CLEARED | 70200255 | 951.37 |

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H5637 | | | | | | 1,902.74 |
| H5640 | HONOLULU CELLULAR TELEPHONE | 07/13/93 | SYSTEM | CLEARED | 7019910 | 2,407.11 |
| H5640 | HONOLULU CELLULAR TELEPHONE | 08/24/93 | SYSTEM | CLEARED | 7021035 | 5,128.39 |
| H5640 | | | | | | 7,535.50 |
| H5642 | HONOLULU FREIGHT SERVICE | 07/20/93 | SYSTEM | CLEARED | 7019693 | 821.01 |
| H5642 | | | | | | 821.01 |
| H5643 | HAWAII FUELING FACILITIES CO | 07/06/93 | SYSTEM | CLEARED | 7019115 | 36,951.52 |
| H5643 | HAWAII FUELING FACILITIES CO | 08/10/93 | SYSTEM | CLEARED | 7020591 | 9,455.37 |
| H5643 | HAWAII FUELING FACILITIES CO | 09/07/93 | SYSTEM | OPEN | 7021435 | 8,108.29 |
| H5643 | | | | | | 54,515.18 |
| H5648 | HOST INTERNATIONAL INC | 06/29/93 | SYSTEM | CLEARED | 7018863 | 2,427.70 |
| H5648 | HOST INTERNATIONAL INC | 07/13/93 | SYSTEM | CLEARED | 7020133 | 2,513.80 |
| H5648 | HOST INTERNATIONAL INC | 07/13/93 | SYSTEM | CLEARED | 7020479 | 1,109.40 |
| H5648 | HOST INTERNATIONAL INC | 08/10/93 | SYSTEM | CLEARED | 7021104 | 1,424.67 |
| H5648 | HOST INTERNATIONAL INC | 08/24/93 | SYSTEM | OPEN | 7021194 | 2,114.67 |
| H5648 | HOST INTERNATIONAL INC | 09/07/93 | SYSTEM | OPEN | 7021430 | 2,108.36 |
| H5648 | | | | | | 11,698.60 |
| H5688 | INFLIGHT NEWSPAPERS INC | 08/31/93 | SYSTEM | OPEN | 7021220 | 13,410.55 |
| H5688 | | | | | | 13,410.55 |
| H5693 | IC SUPPLY INC | 07/02/93 | MANUAL | CLEARED | 90090086 | 374.40 |
| H5693 | IC SUPPLY INC | 07/22/93 | MANUAL | CLEARED | 90090087 | 336.16 |
| H5693 | IC SUPPLY INC | 07/13/93 | SYSTEM | CLEARED | 7020253 | 513.84 |
| H5693 | IC SUPPLY INC | 07/20/93 | SYSTEM | CLEARED | 7020689 | 311.40 |
| H5693 | IC SUPPLY INC | 07/27/93 | SYSTEM | CLEARED | 7010971 | 202.80 |
| H5693 | IC SUPPLY INC | 08/10/93 | SYSTEM | CLEARED | 7020283 | 158.81 |
| H5693 | IC SUPPLY INC | 08/31/93 | SYSTEM | OPEN | 0010590 | 158.32 |
| H5693 | IC SUPPLY INC. | | | | | 1,374.00 |
| H5701 | INTERNATIONAL BUSINESS MACHINE | 07/09/93 | MANUAL | CLEARED | 90092223 | 2,630.03 |

09/19/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES, INC. - MSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

PAGE 83
RPT: APV0119-01

| VENDOR NO. | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H5701 | INTERNATIONAL BUSINESS MACHINE | 08/03/93 | SYSTEM | CLEARED | 70203465 | 15,520.55 |
| H5701 | INTERNATIONAL BUSINESS MACHINE | 08/10/93 | SYSTEM | CLEARED | 70205507 | 1,189.10 |
| H5701 | INTERNATIONAL BUSINESS MACHINE | 08/24/93 | SYSTEM | CLEARED | 70209054 | 8,892.15 |
| H5701 | INTERNATIONAL BUSINESS MACHINE | 09/14/93 | SYSTEM | OPEN | 70211674 | |
| | | | | | | 415,049.04 |
| H5709 | ISLAND FILTERS | 07/13/93 | SYSTEM | CLEARED | 70109292 | 308.51 |
| H5709 | ISLAND FILTERS | 07/20/93 | SYSTEM | CLEARED | 70107507 | 1,035.03 |
| H5709 | ISLAND FILTERS | 08/03/93 | SYSTEM | CLEARED | 70202702 | 1,035.03 |
| | | | | | | 2,417.57 |
| H5711 | ISLAND INSTANT PRINTING CENTER | 08/05/93 | MANUAL | CLEARED | 90009861 | 1,054.98 |
| | | | | | | 1,054.98 |
| H5716 | ITS INCORPORATED | 06/30/93 | MANUAL | CLEARED | 90009771 | 17,111.23 |
| H5716 | ITS INCORPORATED | 07/20/93 | SYSTEM | CLEARED | 70107900 | 1,915.05 |
| H5716 | ITS INCORPORATED | 07/27/93 | SYSTEM | CLEARED | 00803000 | 1,915.85 |
| H5716 | ITS INCORPORATED | 08/03/93 | MANUAL | CLEARED | 00100106 | 8,148.59 |
| H5716 | ITS INCORPORATED | 08/10/93 | MANUAL | CLEARED | 00100106 | 1,006.35 |
| H5716 | ITS INCORPORATED | 08/31/93 | SYSTEM | OPEN | 70211217 | 21,054.85 |
| H5716 | ITS INCORPORATED | 09/07/93 | SYSTEM | OPEN | 70211448 | 34,598.32 |
| | | | | | | 85,750.24 |
| H5751 | KAUAI OFFICE EQUIPMENT, INC | 07/06/93 | SYSTEM | CLEARED | 70190031 | 767.17 |
| H5751 | KAUAI OFFICE EQUIPMENT, INC | 07/27/93 | SYSTEM | CLEARED | 70199940 | 124.02 |
| H5751 | KAUAI OFFICE EQUIPMENT, INC | 08/31/93 | SYSTEM | OPEN | 70211130 | 186.68 |
| | | | | | | 1,078.87 |
| H5759 | KEN'S TIRE & SUPPLY INC | 07/13/93 | SYSTEM | CLEARED | 70193307 | 479.51 |
| H5759 | KEN'S TIRE & SUPPLY INC | 07/27/93 | SYSTEM | CLEARED | 70200018 | 559.78 |
| H5759 | KEN'S TIRE & SUPPLY INC | 09/07/93 | SYSTEM | OPEN | 70211382 | 1,167.84 |
| | | | | | | 2,005.13 |
| H5776 | HAWAIIAN ISLES KONA COFFEE CO. | 07/13/93 | SYSTEM | CLEARED | 70193911 | 508.87 |
| H5776 | HAWAIIAN ISLES KONA COFFEE CO. | 08/10/93 | SYSTEM | CLEARED | 70205144 | 203.22 |
| H5776 | HAWAIIAN ISLES KONA COFFEE CO. | 08/24/93 | SYSTEM | OPEN | 70213566 | 801.83 |
| H5776 | HAWAIIAN ISLES KONA COFFEE CO. | 09/14/93 | SYSTEM | OPEN | 70211522 | 64.60 |

09/19/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES INC. - HSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

PAGE 56
RPT: APO01D-01

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H5776 | KRATOS | 08/17/93 | SYSTEM | CLEARED | 70207742 | 21,090.00 |
| | | | | | | 21,090.00 |
| H5781 | | | | | | 1,568.32 |
| | | | | | | 1,568.32 |
| H5783 | AP COA INC | 06/25/93 | MANUAL | CLEARED | 90008858 | 11,400.00 |
| H5783 | AP COA INC | 07/26/93 | MANUAL | CLEARED | 90009552 | 10,780.00 |
| H5783 | AP COA INC | 08/24/93 | MANUAL | CLEARED | 9010218 | 10,780.00 |
| | | | | | | 32,400.00 |
| H5793 | LASFUEL CORPORATION | 06/20/93 | SYSTEM | CLEARED | 70108828 | 560.77 |
| H5793 | LASFUEL CORPORATION | 08/10/93 | SYSTEM | CLEARED | 70205572 | 2,622.90 |
| | | | | | | 3,183.67 |
| H5795 | LAUI, BEATRICE K L, TRUSTEE | 07/01/93 | SYSTEM | CLEARED | 70189226 | 325.00 |
| H5795 | LAUI, BEATRICE K L, TRUSTEE | 08/02/93 | SYSTEM | CLEARED | 70200174 | 325.00 |
| H5795 | LAUI, BEATRICE K L, TRUSTEE | 07/01/93 | SYSTEM | OPEN | 70212227 | 325.00 |
| | | | | | | 975.00 |
| H5797 | LAX FUEL CORPORATION | 07/06/93 | SYSTEM | CLEARED | 70191105 | 8,423.31 |
| H5797 | LAX FUEL CORPORATION | 07/20/93 | SYSTEM | CLEARED | 70187795 | 8,876.74 |
| H5797 | LAX FUEL CORPORATION | 07/01/93 | MANUAL | OPEN | 9010385 | 121,595.06 |
| | | | | | | 29,889.34 |
| H5798 | LAX TWO CORP | 07/01/93 | MANUAL | CLEARED | 90090035 | 78,025.77 |
| H5798 | LAX TWO CORP | 07/02/93 | MANUAL | CLEARED | 90090938 | 53,184.60 |
| H5798 | LAX TWO CORP | 07/01/93 | MANUAL | OPEN | 90103302 | 62,592.03 |
| | | | | | | 193,408.40 |
| H5813 | LOCKHEED AIR TERMINAL INC | 06/25/93 | MANUAL | CLEARED | 90008907 | 1,739.88 |
| H5813 | LOCKHEED AIR TERMINAL INC | 08/25/93 | SYSTEM | CLEARED | 70218581 | 7,835.78 |
| H5813 | LOCKHEED AIR TERMINAL INC | 08/25/93 | SYSTEM | CLEARED | 70218586 | 10,415.83 |
| H5813 | LOCKHEED AIR TERMINAL INC | 08/10/93 | SYSTEM | CLEARED | 70206001 | 23,212.75 |
| H5813 | LOCKHEED AIR TERMINAL INC | 09/14/93 | SYSTEM | OPEN | 70210836 | 24,705.83 |
| | | | | | | 68,905.07 |

09/13/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES INC - MSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

RPT: APV0110-55
PAGE   55

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H5816 | LOOMIS ARMORED CAR SERVICE | 08/03/93 | SYSTEM | CLEARED | 70212288 | 1,978.04 |
| H5816 | LOOMIS ARMORED CAR SERVICE | 09/07/93 | SYSTEM | CLEARED | 70211399 | 12,415.08 |
| H5824 | LYNDEN AIR FREIGHT | 05/29/93 | SYSTEM | CLEARED | 70180908 | 1,111.91 |
| H5824 | LYNDEN AIR FREIGHT | 07/06/93 | SYSTEM | CLEARED | 70190210 | 4,202.77 |
| H5824 | LYNDEN AIR FREIGHT | 07/20/93 | SYSTEM | CLEARED | 70190543 | 4,075.02 |
| H5824 | LYNDEN AIR FREIGHT | 07/30/93 | SYSTEM | CLEARED | 70190886 | 3,050.03 |
| H5824 | LYNDEN AIR FREIGHT | 07/22/93 | SYSTEM | CLEARED | 70190886 | 5,503.03 |
| H5824 | LYNDEN AIR FREIGHT | 09/07/93 | SYSTEM | OPEN | 70211428 | 155.02 |
| | | | | | | 25,502.81 |
| H5845 | MARSH & MCLENNAN | 07/27/93 | MANUAL | CLEARED | 90095582 | 17,695.34 |
| | | | | | | 17,695.34 |
| H5854 | MATSON NAVIGATION COMPANY | 07/01/93 | MANUAL | CLEARED | 90080176 | 1,442.00 |
| H5854 | MATSON NAVIGATION COMPANY | 07/01/93 | MANUAL | CLEARED | 90080180 | 721.00 |
| | | | | | | 2,163.00 |
| H5858 | MAUI ELECTRIC CO LTD | 07/20/93 | SYSTEM | CLEARED | 70190785 | 1,687.43 |
| H5858 | MAUI ELECTRIC CO LTD | 07/20/93 | SYSTEM | CLEARED | 70190786 | 1,187.86 |
| H5858 | MAUI ELECTRIC CO LTD | 07/31/93 | SYSTEM | CLEARED | 70200033 | 1,852.24 |
| H5858 | MAUI ELECTRIC CO LTD | 08/31/93 | SYSTEM | OPEN | 70211198 | 2,551.24 |
| | | | | | | 7,155.56 |
| H5863 | MAUI OIL COMPANY INC | 07/13/93 | SYSTEM | CLEARED | 70190288 | 363.23 |
| H5863 | MAUI OIL COMPANY INC | 07/20/93 | SYSTEM | CLEARED | 70190608 | 180.68 |
| H5863 | MAUI OIL COMPANY INC | 08/03/93 | SYSTEM | OPEN | 70200574 | 720.82 |
| H5863 | MAUI OIL COMPANY INC | 09/07/93 | SYSTEM | OPEN | 70211343 | 1,350.80 |
| H5867 | KALIMA O MAUI | 06/29/93 | SYSTEM | CLEARED | 70188807 | 2,962.80 |
| H5867 | KALIMA O MAUI | 08/24/93 | SYSTEM | CLEARED | 70200764 | 2,337.80 |
| H5867 | KALIMA O MAUI | 08/31/93 | SYSTEM | OPEN | 70211098 | 2,793.80 |
| H5867 | KALIMA O MAUI | 09/14/93 | SYSTEM | OPEN | 70211656 | 1,048.80 |

09/19/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES, INC. - WSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

RPT: APO11D-01
PAGE 85

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H5880 | MERCURY SERVICE INC | 06/29/93 | SYSTEM | CLEARED | 70180004 | 9,582.97 |
| H5880 | MERCURY SERVICE INC | 07/13/93 | SYSTEM | CLEARED | 70184840 | 3,555.24 |
| H5880 | MERCURY SERVICE INC | 07/23/93 | SYSTEM | CLEARED | 70189462 | 3,461.00 |
| H5880 | MERCURY SERVICE INC | 07/23/93 | SYSTEM | CLEARED | 70190771 | 763.57 |
| H5880 | MERCURY SERVICE INC | 08/13/93 | SYSTEM | CLEARED | 70200762 | 6,380.82 |
| H5880 | MERCURY SERVICE INC | 08/27/93 | SYSTEM | OPEN | 70207063 | 16,380.42 |
| H5880 | MERCURY SERVICE INC | 08/31/93 | SYSTEM | OPEN | 70212218 | 5,101.01 |
| H5889 | | | | | | 2,027.00 |
| H5891 | MERIDIAN TRUST COMPANY | 07/13/93 | SYSTEM | CLEARED | 70184808 | 2,027.00 |
| H5895 | MICROAGE CS #180-HONOLULU | 07/15/93 | MANUAL | CLEARED | 300 9358 | 1,640.52 |
| H5895 | MICROAGE CS #180-HONOLULU | 07/15/93 | SYSTEM | CLEARED | 300 9609 | 182.08 |
| H5895 | MICROAGE CS #180-HONOLULU | 07/29/93 | MANUAL | CLEARED | 300 9687 | 83.69 |
| H5895 | | | | | | 1,905.09 |
| H5936 | NATIONAL PACIFIC INSURANCE CO | 08/02/93 | MANUAL | CLEARED | 90097780 | 1,700.00 |
| H5936 | | | | | | 1,700.00 |
| H5946 | NEW YORK LIFE INSURANCE CO | 07/15/93 | MANUAL | CLEARED | 90093353 | 77,589.86 |
| H5946 | | | | | | 77,589.86 |
| H5957 | NORTHWEST AIRLINES INC | 07/13/93 | SYSTEM | CLEARED | 70184854 | 4,445.92 |
| H5957 | NORTHWEST AIRLINES INC | 07/20/93 | SYSTEM | CLEARED | 70189574 | 106.94 |
| H5957 | NORTHWEST AIRLINES INC | 08/31/93 | SYSTEM | OPEN | 70205963 | 144.74 |
| H5957 | NORTHWEST AIRLINES INC | 08/31/93 | SYSTEM | OPEN | 70211356 | 407.55 |
| H5957 | | | | | | 5,124.20 |
| H5963 | WASTE MANAGEMENT OF HAWAII INC | 08/29/93 | SYSTEM | CLEARED | 70188583 | 4,035.95 |
| H5963 | WASTE MANAGEMENT OF HAWAII INC | 08/27/93 | MANUAL | CLEARED | 90102925 | 9,380.53 |
| H5963 | | | | | | 13,416.48 |
| H5905 | OFFICE OF COMMUNICATIONS | 07/06/93 | SYSTEM | CLEARED | 70180000 | 3,400.95 |
| H5905 | OFFICE OF COMMUNICATIONS | 08/12/93 | SYSTEM | OPEN | 70201914 | 1,651.95 |
| H5905 | OFFICE OF COMMUNICATIONS | 08/14/93 | SYSTEM | OPEN | 70218311 | 1,684.30 |

**HAWAIIAN AIRLINES INC. - MSA ACCOUNTS PAYABLE**
**A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT**

| VENDOR NUMBER | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H5965 | | | | | | 6,742.20 |
| H5960 | OFFICIAL AIRLINE GUIDES, INC | 07/13/93 | SYSTEM | CLEARED | 70195350 | 5,009.00 |
| H5960 | OFFICIAL AIRLINE GUIDES, INC | 07/20/93 | SYSTEM | CLEARED | 70192709 | 1,450.00 |
| H5960 | OFFICIAL AIRLINE GUIDES, INC | 06/21/93 | SYSTEM | CLEARED | 70211957 | 2,478.05 |
| H5960 | OFFICIAL AIRLINE GUIDES, INC | 08/31/93 | SYSTEM | OPEN | 70211957 | |
| H5959 | | | | | | 10,027.20 |
| H5970 | OGDEN ALLIED AVIATION SERVICE INC | 07/13/93 | SYSTEM | CLEARED | 70190472 | 0,217.74 |
| H5970 | OGDEN ALLIED AVIATION SERVICE INC | 08/03/93 | SYSTEM | CLEARED | 70210024 | 11,965.21 |
| H5970 | OGDEN ALLIED AVIATION SERVICE INC | 08/03/93 | SYSTEM | OPEN | 70210212 | 2,902.97 |
| H5970 | OGDEN ALLIED AVIATION SERVICE INC | 08/05/93 | MANUAL | OPEN | 90010412 | 7,890.55 |
| H5970 | OGDEN ALLIED AVIATION SERVICE INC | 06/07/93 | SYSTEM | OPEN | | |
| H5970 | OGDEN ALLIED AVIATION SERVICE INC | 06/14/93 | SYSTEM | OPEN | 70211680 | 12,555.95 |
| H5976 | | | | | | 1,001.03 |
| H5980 | ONTARIO AIRCRAFT SERVICE INC | 07/27/93 | MANUAL | CLEARED | 90000588 | 3,921.30 |
| H5980 | ONTARIO AIRCRAFT SERVICE INC | 08/03/93 | MANUAL | CLEARED | 90007795 | 4,477.20 |
| H5990 | | | | | | 8,398.50 |
| H5992 | OVERHILL FARMS | 07/13/93 | SYSTEM | CLEARED | 70193592 | 1,547.01 |
| H5992 | OVERHILL FARMS | 08/03/93 | SYSTEM | CLEARED | 70205560 | 5,280.38 |
| H5992 | OVERHILL FARMS | 08/05/93 | MANUAL | CLEARED | 90020250 | 5,866.35 |
| H5992 | OVERHILL FARMS | 09/14/93 | SYSTEM | OPEN | 70210653 | 5,303.07 |
| H5992 | | | | | | 11,813.25 |
| H6002 | PACIFIC BELL | 07/13/93 | SYSTEM | CLEARED | 70190132 | 20.87 |
| H6002 | PACIFIC BELL | 07/13/93 | SYSTEM | CLEARED | 70195890 | 164.73 |
| H6002 | PACIFIC BELL | 08/03/93 | SYSTEM | CLEARED | 70220188 | 294.50 |
| H6002 | PACIFIC BELL | 08/05/93 | MANUAL | CLEARED | 90020800 | 3.11 |
| H6002 | PACIFIC BELL | 08/24/93 | SYSTEM | CLEARED | 70021820 | 107.53 |
| H6002 | PACIFIC BELL | 09/07/93 | SYSTEM | OPEN | 70211205 | 1,207.52 |
| H6002 | PACIFIC BELL | 09/07/93 | SYSTEM | OPEN | 70211205 | 241.10 |
| H6002 | PACIFIC BELL | 09/14/93 | SYSTEM | OPEN | 70211500 | 221.87 |
| H6002 | | | | | | 2,110.87 |
| H6003 | PACIFIC BELL | 06/29/93 | SYSTEM | CLEARED | 70188543 | 7,388.05 |
| H6003 | PACIFIC BELL | 07/06/93 | SYSTEM | CLEARED | 70189073 | 1,886.08 |
| H6003 | PACIFIC BELL | 07/03/93 | SYSTEM | CLEARED | 70190074 | 458.43 |

09/10/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES, INC. - MSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

RPT: APV011D-01
PAGE 87

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H6003 | PACIFIC BELL | 07/20/93 | SYSTEM | CLEARED | 70191707 | 1,196.74 |
| H6003 | PACIFIC BELL | 07/20/93 | SYSTEM | CLEARED | 70192230 | 0.95 |
| H6003 | PACIFIC BELL | 08/24/93 | SYSTEM | CLEARED | 70200850 | 4,888.67 |
| H6003 | PACIFIC BELL | 08/31/93 | SYSTEM | OPEN | 70200857 | 915.87 |
| H6003 | PACIFIC BELL | 09/14/93 | SYSTEM | OPEN | 70201818 | 642.88 |
|  |  |  |  |  |  | 5,422.08 |
| H6006 | PACIFIC COM CORP | 08/05/93 | SYSTEM | CLEARED | 70190056 | 2,092.67 |
| H6006 | PACIFIC COM CORP | 08/24/93 | SYSTEM | CLEARED | 70200711 | 1,141.00 |
| H6006 | PACIFIC COM CORP | 09/07/93 | SYSTEM | OPEN | 70201407 | 1,311.00 |
|  |  |  |  |  |  | 4,544.67 |
| H6010 | PACIFIC INSURANCE COMPANY LTD | 07/21/93 | SYSTEM | CLEARED | 70190981 | 83,871.226 |
| H6010 | PACIFIC INSURANCE COMPANY LTD | 08/02/93 | SYSTEM | CLEARED | 70200890 | 83,871.226 |
| H6010 | PACIFIC INSURANCE COMPANY LTD | 09/01/93 | SYSTEM | OPEN | 70212240 | 83,871.226 |
|  |  |  |  |  |  | 251,613.78 |
| H6018 | PACIFIC SERVICE & DEVELOPMENT | 07/13/93 | SYSTEM | CLEARED | 70192230 | 179.17 |
| H6018 | PACIFIC SERVICE & DEVELOPMENT | 07/20/93 | SYSTEM | CLEARED | 70196578 | 534.84 |
| H6018 | PACIFIC SERVICE & DEVELOPMENT | 08/17/93 | SYSTEM | CLEARED | 70200616 | 200.57 |
|  |  |  |  |  |  | 938.31 |
| H6035 | PARADISE SKYCAP SERVICES INC | 07/29/93 | SYSTEM | CLEARED | 70192230 | 8,300.00 |
| H6035 | PARADISE SKYCAP SERVICES INC | 07/30/93 | MANUAL | CLEARED | 00092900 | 5,520.00 |
| H6035 | PARADISE SKYCAP SERVICES INC | 08/17/93 | MANUAL | CLEARED | 00090933 | 5,050.00 |
| H6035 | PARADISE SKYCAP SERVICES INC | 08/24/93 | MANUAL | CLEARED | 00010237 | 7,050.00 |
|  |  |  |  |  |  | 23,670.00 |
| H6042 | KPMG PEAT MARWICK | 08/28/93 | MANUAL | CLEARED | 00088830 | 7,812.00 |
| H6042 | KPMG PEAT MARWICK | 09/13/93 | MANUAL | OPEN | 00010557 | 1,050.00 |
| H6042 | KPMG PEAT MARWICK | 09/15/93 | MANUAL | OPEN | 00010541 | 1,050.00 |
|  |  |  |  |  |  | 9,888.00 |
| H6047 | PENSION BENEFIT GUARANTY CORP | 09/15/93 | MANUAL | OPEN | 00010598 | 8,170.00 |
|  |  |  |  |  |  | 8,170.00 |

PRINTED IN U.S.A.

09/19/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES, INC. - WSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

RPT: APV0010-01
PAGE 50

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H6059 | PHOTOPLANT | 08/03/93 | SYSTEM | CLEARED | 7020238 | 570.79 |
| H6059 | PHOTOPLANT | 09/14/93 | SYSTEM | OPEN | 7021553 | 780.23 |
| H6059 | PLAZA HOTEL | 08/18/93 | MANUAL | CLEARED | 9010093 | 26,724.16 |
| H6065 | | | | | | |
| H6074 | POLYNESIAN AIRLINES HOLDINGS L | 07/27/93 | SYSTEM | CLEARED | 7019978 | 287.80 |
| H6074 | POLYNESIAN AIRLINES HOLDINGS L | 08/05/93 | MANUAL | CLEARED | 9560 | 250.00 |
| H6078 | PORT OF SEATTLE | 07/27/93 | SYSTEM | CLEARED | 7020058 | 16,687.44 |
| H6078 | PORT OF SEATTLE | 08/24/93 | SYSTEM | OPEN | 7021057 | 1,736.84 |
| H6078 | PORT OF SEATTLE | 09/14/93 | SYSTEM | OPEN | 7021685 | 2,747.73 |
| H6088 | PRITCHARD AIRPORT SERVICES INC | 07/27/93 | SYSTEM | CLEARED | 7020047 | 3,455.00 |
| H6097 | PRUDENTIAL OVERALL SUPPLY | 07/13/93 | SYSTEM | CLEARED | 7019242 | 20.44 |
| H6097 | PRUDENTIAL OVERALL SUPPLY | 07/27/93 | SYSTEM | CLEARED | 7019587 | 1,003.01 |
| H6097 | PRUDENTIAL OVERALL SUPPLY | 08/17/93 | SYSTEM | CLEARED | 7020642 | 204.41 |
| H6097 | PRUDENTIAL OVERALL SUPPLY | 09/07/93 | SYSTEM | OPEN | 7021322 | 111.03 |
| H6109 | RAINMAKER HOTEL-PAGO PAGO | 07/13/93 | SYSTEM | CLEARED | 7019351 | 058.93 |
| H6109 | RAINMAKER HOTEL-PAGO PAGO | 07/27/93 | SYSTEM | CLEARED | 7020050 | 1,483.34 |
| H6109 | RAINMAKER HOTEL-PAGO PAGO | 08/03/93 | SYSTEM | CLEARED | 7020213 | 1,479.90 |
| H6109 | RAINMAKER HOTEL-PAGO PAGO | 09/14/93 | SYSTEM | OPEN | 7021842 | 4,491.96 |
| H6120 | RED LION HOTEL-SEATAC | 06/29/93 | SYSTEM | CLEARED | 7018830 | 733.40 |
| H6120 | RED LION HOTEL-SEATAC | 07/13/93 | SYSTEM | CLEARED | 7019256 | 2,406.92 |

09/19/93
BY VENDOR NUMBER AND CHECK NUMBER
HAWAIIAN AIRLINES INC. - HSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT
RPT: APY011D-01
PAGE 90.00

| VENDOR NUMBER AND CHECK NUMBER | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H6120 | | | | | 07003520 | 970.88 |
| H6137 | ROADWAY EXPRESS INC | 07/14/93 | MANUAL | CLEARED | 00009320 | 300.12 |
| H6137 | ROADWAY EXPRESS INC | 08/18/93 | MANUAL | CLEARED | 00100091 | 2,021.74 |
| H6137 | ROADWAY EXPRESS INC | 09/14/93 | SYSTEM | OPEN | 70215576 | 311.86 |
| H6137 | | | | | | 2,633.72 |
| H6145 | ROYAL AIRLINE LINEN INC | 05/29/93 | SYSTEM | CLEARED | 7018816 | 186.92 |
| H6145 | ROYAL AIRLINE LINEN INC | 07/23/93 | SYSTEM | CLEARED | 00009533 | 278.04 |
| H6145 | ROYAL AIRLINE LINEN INC | 08/24/93 | SYSTEM | CLEARED | 70200966 | 494.90 |
| H6145 | ROYAL AIRLINE LINEN INC | 09/07/93 | SYSTEM | OPEN | 70215345 | 395.14 |
| H6145 | | | | | | 1,355.00 |
| H6147 | HOTEL ROYAL PAPEETE | 08/31/93 | MANUAL | OPEN | 3547221 | 1,366.88 |
| H6147 | HOTEL ROYAL PAPEETE | 08/31/93 | MANUAL | OPEN | 4168428 | 792.03 |
| H6147 | HOTEL ROYAL PAPEETE | 08/12/93 | MANUAL | OPEN | 4501810 | 2,160.23 |
| H6155 | SAMOAN GASES INC | 09/14/93 | SYSTEM | OPEN | 70216019 | 958.75 |
| H6158 | SAN FRANCISCO INTERNATIONAL | 07/27/93 | SYSTEM | CLEARED | 70200070 | 22,264.06 |
| H6158 | SAN FRANCISCO INTERNATIONAL | 08/03/93 | SYSTEM | CLEARED | 70200253 | 865.40 |
| H6158 | SAN FRANCISCO INTERNATIONAL | 08/17/93 | SYSTEM | CLEARED | 70207767 | 10,008.40 |
| H6158 | SAN FRANCISCO INTERNATIONAL | 09/14/93 | SYSTEM | OPEN | 70216176 | 429.43 |
| H6176 | SEARS ROEBUCK AND CO | 07/01/93 | SYSTEM | CLEARED | 70189304 | 2,130.28 |
| H6176 | SEARS ROEBUCK AND CO | 08/02/93 | SYSTEM | CLEARED | 70200083 | 1,300.28 |
| H6176 | SEARS ROEBUCK AND CO | 09/01/93 | SYSTEM | OPEN | 70212338 | 417.84 |
| H6177 | SEARS, ROEBUCK AND CO | 05/28/93 | SYSTEM | MANUAL | 00089935 | 1,815.92 |
| H6177 | SEARS, ROEBUCK AND CO | 08/03/93 | SYSTEM | CLEARED | 70200980 | 1,482.00 |
| H6177 | SEARS, ROEBUCK AND CO | 08/17/93 | SYSTEM | CLEARED | 70208080 | 1,482.00 |
| H6177 | SEARS, ROEBUCK AND CO | 09/01/93 | SYSTEM | OPEN | 70212331 | 1,482.00 |

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H6177 | | | | | | 61,260.92 |
| H6178 | SEARS, ROEBUCK AND CO | 07/01/93 | SYSTEM | CLEARED | 7018931 | 1,381.38 |
| H6178 | SEARS, ROEBUCK AND CO | 08/02/93 | SYSTEM | CLEARED | 7020070 | 1,381.38 |
| H6178 | SEARS, ROEBUCK AND CO | 09/01/93 | SYSTEM | OPEN | 7021230 | 1,381.38 |
| H6178 | | | | | | 4,144.14 |
| H6184 | SECURITY ARMORED CAR & COURIER | 07/13/93 | SYSTEM | CLEARED | 7019390 | 1,525.93 |
| H6184 | SECURITY ARMORED CAR & COURIER | 08/12/93 | SYSTEM | CLEARED | 7020560 | 1,535.93 |
| H6184 | SECURITY ARMORED CAR & COURIER | 09/07/93 | SYSTEM | OPEN | 7021380 | 1,258.81 |
| H6184 | | | | | | 4,320.67 |
| H6188 | SENTINEL SILENT ALARM CO INC | 07/06/93 | SYSTEM | CLEARED | 7019010 | 470.65 |
| H6188 | SENTINEL SILENT ALARM CO INC | 07/20/93 | SYSTEM | CLEARED | 7019662 | 415.80 |
| H6188 | SENTINEL SILENT ALARM CO INC | 08/24/93 | SYSTEM | CLEARED | 7020911 | 202.98 |
| H6188 | | | | | | 1,088.43 |
| H6190 | SERVCO | 06/25/93 | MANUAL | CLEARED | 9008915 | 1,531.25 |
| H6190 | | | | | | 1,531.25 |
| H6191 | SERVICE DES CONTRIBUTION DIREC | 07/08/93 | MANUAL | CLEARED | 4501861 | 1,624.40 |
| H6191 | SERVICE DES CONTRIBUTION DIREC | 07/08/93 | MANUAL | OPEN | 4501862 | 1,262.45 |
| H6191 | | | | | | 3,886.85 |
| H6194 | SETTLE AEROPORT | 07/08/93 | MANUAL | CLEARED | 4501852 | 26,712.44 |
| H6194 | SETTLE AEROPORT | 08/12/93 | MANUAL | OPEN | 7019908 | 150,128.02 |
| H6194 | SETTLE AEROPORT | 08/12/93 | MANUAL | OPEN | 4501012 | 1,454.38 |
| H6194 | SETTLE AEROPORT | 08/26/93 | MANUAL | OPEN | 4501931 | 201,455.33 |
| H6194 | | | | | | 65,200.11 |
| H6207 | SIDA OF HAWAII INC | 07/13/93 | SYSTEM | CLEARED | 7019428 | 2,816.78 |
| H6207 | SIDA OF HAWAII INC | 08/03/93 | SYSTEM | CLEARED | 7020268 | 1,180.36 |
| H6207 | SIDA OF HAWAII INC | 08/31/93 | SYSTEM | OPEN | 7021166 | 536.59 |
| H6207 | | | | | | 4,533.73 |

09/10/93
BY VENDOR NUMBER AND CHECK NUMBER
HAWAIIAN AIRLINES, INC. - HSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT
RPT: APD0119-02
PAGE 1

| VENDOR | VE/NAME | PAYMENT | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H6212 | BF GOODRICH AEROSPACE COMPONENT | 06/29/93 | SYSTEM | CLEARED | 70188773 | 2,887.01 |
| H6212 | BF GOODRICH AEROSPACE COMPONENT | 06/29/93 | MANUAL | CLEARED | 70100847 | 375,000.00 |
| H6212 | BF GOODRICH AEROSPACE COMPONENT | 08/05/93 | SYSTEM | CLEARED | 70205262 | 5,525.00 |
| H6212 | BF GOODRICH AEROSPACE COMPONENT | 08/10/93 | MANUAL | CLEARED | 70205752 | 110,000.00 |
| H6212 | BF GOODRICH AEROSPACE COMPONENT | 08/23/93 | MANUAL | CLEARED | 90110178 | 5,488.00 |
| H6212 | BF GOODRICH AEROSPACE COMPONENT | 08/20/93 | MANUAL | CLEARED | 90110179 | 110,000.00 |
| H6212 | BF GOODRICH AEROSPACE COMPONENT | 09/01/93 | MANUAL | OPEN | 90103500 | 5,000.00 |
| | | | | | | 18,709.63 |
| H6213 | SINGAPORE AIRPORT TERMINAL | 07/27/93 | SYSTEM | CLEARED | 70Z0007 | 16,134.06 |
| | | | | | | 16,134.06 |
| H6224 | SNOW WHITE LAUNDRY LINEN SUPPL | 06/29/93 | SYSTEM | CLEARED | 70189517 | 1,870.25 |
| H6224 | SNOW WHITE LAUNDRY LINEN SUPPL | 08/18/93 | MANUAL | CLEARED | 90110077 | 1,761.50 |
| H6224 | SNOW WHITE LAUNDRY LINEN SUPPL | 09/07/93 | SYSTEM | OPEN | 70Z1308 | 1,582.74 |
| | | | | | | 5,020.02 |
| H6225 | SOCIETE HOTELIERE ET DE | 09/09/93 | MANUAL | OPEN | 45019752 | 10,467.00 |
| H6225 | SOCIETE HOTELIERE ET DE | 09/17/93 | MANUAL | OPEN | 45019755 | 10,963.90 |
| | | | | | | 31,451.90 |
| H6241 | STANDARD MOTORS | 07/26/93 | SYSTEM | CLEARED | 70109548 | 66.02 |
| H6241 | STANDARD MOTORS | 07/27/93 | SYSTEM | CLEARED | 70200522 | 1,054.60 |
| H6241 | STANDARD MOTORS | 08/17/93 | SYSTEM | CLEARED | 70207065 | 584.61 |
| H6241 | STANDARD MOTORS | 08/24/93 | SYSTEM | CLEARED | 70209016 | 215.60 |
| | | | | | | 1,920.83 |
| H6244 | STARR & COMPANY, INC. | 06/29/93 | MANUAL | CLEARED | 90089007 | 2,774.85 |
| | | | | | | 2,774.85 |
| H6250 | STATE OF HAWAII | 07/01/93 | MANUAL | CLEARED | 90091140 | 197.50 |
| H6250 | STATE OF HAWAII | 08/02/93 | MANUAL | CLEARED | 90099725 | 103,070.00 |
| H6250 | STATE OF HAWAII | 08/03/93 | MANUAL | CLEARED | 90099728 | 5,000.00 |
| H6250 | STATE OF HAWAII | 08/05/93 | MANUAL | CLEARED | 90090808 | 58,000.00 |
| H6250 | STATE OF HAWAII | 08/10/93 | MANUAL | CLEARED | 90090810 | 5,975.00 |
| H6250 | STATE OF HAWAII | 08/23/93 | MANUAL | OPEN | 90090920 | 15,588.92 |
| H6250 | STATE OF HAWAII | 09/01/93 | MANUAL | OPEN | 90090584 | 11,391.02 |
| H6250 | STATE OF HAWAII | 09/01/93 | MANUAL | OPEN | 90103377 | 11,391.02 |
| H6250 | STATE OF HAWAII | 09/01/93 | MANUAL | OPEN | 90103578 | 107,000.00 |

09/19/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES, INC. - HSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

PAGE
RPTT APVC11D-01

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|--------|-------------|--------------|------|--------|--------------|----------------|
| H6250 | STATE OF HAWAII | 09/13/93 | MANUAL | OPEN | 901 0573 | 50,000.00 |
| | | | | | | 50,000.00 |
| H6283 | TED'S AUTOMOTIVE MACHINE SHOP | 07/13/93 | SYSTEM | CLEARED | 7013793 | 1,624.60 |
| H6283 | TED'S AUTOMOTIVE MACHINE SHOP | 07/20/93 | SYSTEM | CLEARED | 7010716 | 1,275.60 |
| H6283 | TED'S AUTOMOTIVE MACHINE SHOP | 07/27/93 | SYSTEM | CLEARED | 7020017 | 647.00 |
| H6283 | TED'S AUTOMOTIVE MACHINE SHOP | 08/31/93 | SYSTEM | OPEN | 7021132 | 192.40 |
| H6283 | TED'S AUTOMOTIVE MACHINE SHOP | 09/07/93 | SYSTEM | OPEN | 7021366 | 192.40 |
| | | | | | | 5,156.00 |
| H6284 | TEL-A-COM HAWAII INC | 07/01/93 | MANUAL | CLEARED | 9007266 | 37,287.00 |
| H6284 | TEL-A-COM HAWAII INC | 07/13/93 | SYSTEM | CLEARED | 7010478 | 1,300.20 |
| H6284 | TEL-A-COM HAWAII INC | 08/17/93 | SYSTEM | CLEARED | 7020364 | 92.25 |
| H6284 | TEL-A-COM HAWAII INC | 09/07/93 | SYSTEM | OPEN | 7021141 | 1,710.00 |
| | | | | | | 40,417.10 |
| H6295 | THOMPSON & CHAN | 07/13/93 | SYSTEM | CLEARED | 7010310 | 625.00 |
| H6295 | THOMPSON & CHAN | 07/20/93 | SYSTEM | CLEARED | 7010611 | 468.75 |
| H6295 | THOMPSON & CHAN | 08/07/93 | SYSTEM | OPEN | 7010612 | 2,810.00 |
| H6295 | THOMPSON & CHAN | 09/08/93 | MANUAL | OPEN | 9010097 | 400.00 |
| | | | | | | 4,000.00 |
| H6300 | TLC DELIVERY | 07/13/93 | MANUAL | OPEN | 9009310 | 1,271.84 |
| H6300 | TLC DELIVERY | 08/10/93 | SYSTEM | CLEARED | 7010870 | 464.00 |
| H6300 | TLC DELIVERY | 09/07/93 | SYSTEM | OPEN | 7021202 | 110.00 |
| H6305 | TLC DELIVERY | 7/4/93 | | | | |
| | | | | | | 1,010.00 |
| H6326 | TREASURER-ASG | 09/07/93 | SYSTEM | OPEN | 7021482 | 12,200.00 |
| H6326 | TREASURER-ASG | 09/14/93 | SYSTEM | OPEN | 7021682 | 13,655.00 |
| | | | | | | 25,855.00 |
| H6328 | TRESOR PUBLIC SERVICE | 07/08/93 | MANUAL | CLEARED | 4501855 | 323.10 |
| H6328 | TRESOR PUBLIC SERVICE | 07/22/93 | MANUAL | CLEARED | 4501775 | 139.69 |
| H6328 | TRESOR PUBLIC SERVICE | 07/22/93 | MANUAL | CLEARED | 4501882 | 156.85 |
| H6328 | TRESOR PUBLIC SERVICE | 07/22/93 | MANUAL | CLEARED | 4501803 | 206.80 |
| H6328 | TRESOR PUBLIC SERVICE | 07/22/93 | MANUAL | CLEARED | 4501804 | 87.80 |

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H6328 | TRESOR PUBLIC SERVICE | 08/05/93 | MANUAL | CLEARED | 45019908 | 207.09 |
| H6328 | TRESOR PUBLIC SERVICE | 08/12/93 | MANUAL | CLEARED | 45019917 | 533.83 |
| H6328 | TRESOR PUBLIC SERVICE | 09/17/93 | MANUAL | OPEN | 45019982 | 504.50 |
| H6328 | | | | | | 1,245.42 |
| H6346 | UNISYS CORPORATION | 07/13/93 | SYSTEM | CLEARED | 70193908 | 1,870.50 |
| H6346 | UNISYS CORPORATION | 07/20/93 | SYSTEM | CLEARED | 70195909 | 035.25 |
| H6346 | UNISYS CORPORATION | 09/07/93 | SYSTEM | OPEN | 7021375 | 035.25 |
| H6346 | | | | | | 1,741.00 |
| H6347 | UNITED AIR LINES | 07/06/93 | SYSTEM | CLEARED | 70190026 | 679.91 |
| H6347 | UNITED AIR LINES | 07/13/93 | SYSTEM | CLEARED | 70190838 | 3,301.70 |
| H6347 | UNITED AIR LINES | 07/20/93 | SYSTEM | CLEARED | 70190728 | 1,480.13 |
| H6347 | UNITED AIR LINES | 08/03/93 | SYSTEM | CLEARED | 70200106 | 685.88 |
| H6347 | UNITED AIR LINES | 08/05/93 | SYSTEM | CLEARED | 70200364 | 248.22 |
| H6347 | UNITED AIR LINES | 09/07/93 | SYSTEM | OPEN | 7021417 | 3,222.10 |
| H6347 | | | | | | 15,133.84 |
| H6348 | UNITED AUTO PARTS INC | 07/13/93 | SYSTEM | CLEARED | 70192227 | 177.03 |
| H6348 | UNITED AUTO PARTS INC | 07/20/93 | SYSTEM | CLEARED | 70195540 | 66.48 |
| H6348 | UNITED AUTO PARTS INC | 08/10/93 | SYSTEM | CLEARED | 70195668 | 185.49 |
| H6348 | UNITED AUTO PARTS INC | 08/24/93 | SYSTEM | CLEARED | 70200005 | 184.64 |
| H6348 | | | | | | 613.64 |
| H6349 | UNITED PARCEL SERVICE | 07/13/93 | SYSTEM | CLEARED | 70190322 | 845.00 |
| H6349 | UNITED PARCEL SERVICE | 07/20/93 | SYSTEM | CLEARED | 70195583 | 131.00 |
| H6349 | UNITED PARCEL SERVICE | 08/10/93 | SYSTEM | CLEARED | 70200530 | 731.50 |
| H6349 | UNITED PARCEL SERVICE | 08/24/93 | SYSTEM | CLEARED | 70200550 | 168.75 |
| H6349 | UNITED PARCEL SERVICE | 09/14/93 | SYSTEM | OPEN | 70215542 | 140.75 |
| H6349 | | | | | | 2,017.00 |
| H6360 | US CUSTOMS SERVICE | 07/30/93 | MANUAL | CLEARED | 9000718 | 14,030.00 |
| H6360 | | | | | | 14,030.00 |
| H6361 | US FASTENER OF CALIFORNIA | 07/06/93 | SYSTEM | CLEARED | 70190041 | 1,040.00 |
| H6361 | US FASTENER OF CALIFORNIA | 07/13/93 | SYSTEM | CLEARED | 70193564 | 1,095.50 |

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H6361 | US FASTENER OF CALIFORNIA | 08/17/93 | SYSTEM | CLEARED | 7020738 | 1,880.00 |
| H6361 | | | | | | 3,935.56 |
| H6362 | US POSTMASTER | 07/07/93 | MANUAL | CLEARED | 00001128 | 5,000.00 |
| H6362 | US POSTMASTER | 07/08/93 | MANUAL | CLEARED | 00001175 | 5,000.00 |
| H6362 | US POSTMASTER | 07/12/93 | MANUAL | CLEARED | 00002256 | 5,000.00 |
| H6362 | US POSTMASTER | 07/15/93 | MANUAL | CLEARED | 00002589 | 1,000.00 |
| H6362 | US POSTMASTER | 07/16/93 | MANUAL | CLEARED | 00007175 | 5,000.00 |
| H6362 | US POSTMASTER | 08/05/93 | MANUAL | CLEARED | 00008304 | 5,000.00 |
| H6362 | US POSTMASTER | 08/06/93 | MANUAL | CLEARED | 00008673 | 5,000.00 |
| H6362 | US POSTMASTER | 08/26/93 | MANUAL | OPEN | 00102770 | 1,000.00 |
| H6362 | US POSTMASTER | 08/31/93 | MANUAL | OPEN | 00103522 | 1,000.00 |
| H6362 | US POSTMASTER | 09/03/93 | MANUAL | OPEN | 00104436 | 1,000.00 |
| H6362 | | | | | | 55,240.55 |
| H6364 | US WEST COMMUNICATIONS | 06/29/93 | SYSTEM | CLEARED | 7018843 | 1,201.30 |
| H6364 | US WEST COMMUNICATIONS | 07/20/93 | SYSTEM | CLEARED | 7019718 | 1,124.78 |
| H6364 | US WEST COMMUNICATIONS | 08/18/93 | MANUAL | CLEARED | 9010090 | 3,524.40 |
| H6364 | | | | | | 3,436.40 |
| H6369 | U.S. AIR TOOL CO., INC. | 07/08/93 | MANUAL | CLEARED | 9009199 | 1,363.50 |
| H6369 | U.S. AIR TOOL CO., INC. | 08/04/93 | MANUAL | CLEARED | 9009826 | 1,363.50 |
| H6369 | | | | | | 1,510.35 |
| H6380 | VISCOUNT HOTEL | 07/13/93 | SYSTEM | CLEARED | 7019382 | 1,381.80 |
| H6380 | VISCOUNT HOTEL | 08/03/93 | SYSTEM | CLEARED | 7020127 | 247.76 |
| H6380 | VISCOUNT HOTEL | 08/24/93 | SYSTEM | CLEARED | 7020709 | 217.75 |
| H6380 | VISCOUNT HOTEL | 08/31/93 | SYSTEM | OPEN | 7021215 | 9,477.57 |
| H6380 | | | | | | 1,383.46 |
| H6405 | WESTERN STATES MAINT & ENG INC | 07/13/93 | SYSTEM | CLEARED | 7019371 | 1,147.10 |
| H6405 | WESTERN STATES MAINT & ENG INC | 07/27/93 | SYSTEM | CLEARED | 7020027 | 1,321.03 |
| H6405 | WESTERN STATES MAINT & ENG INC | 08/03/93 | SYSTEM | CLEARED | 7020224 | 456.35 |
| H6405 | WESTERN STATES MAINT & ENG INC | 09/14/93 | SYSTEM | OPEN | 7021592 | 3,052.40 |

09/15/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES, INC. - MSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

RPT: APF0110-01
PAGE 00

| VENDOR NUMBER | VENDOR NAME | PAYMENT DATE | PAYMENT TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H6406 | ILIKAI HOTEL | 08/20/93 | SYSTEM | CLEARED | 70203001 | 2,010.51 |
| H6406 | ILIKAI HOTEL | 08/01/93 | MANUAL | OPEN | 19009671 | 391.42 |
|  |  |  |  |  |  | 2,401.93 |
| H6420 | WORLD AVIATION DIRECTORY | 08/31/93 | SYSTEM | OPEN | 70211E2 | 260.00 |
| H6420 | WORLD AVIATION DIRECTORY | 07/13/93 | SYSTEM | CLEARED | 70199306 | 470.00 |
|  |  |  |  |  |  | 720.00 |
| H6420 |  | 08/24/93 | SYSTEM | CLEARED | 70209430 | 720.00 |
| H6440 | UNION BUILDING MAINTENANCE | 07/20/93 | SYSTEM | CLEARED | 76199330 | 250.00 |
| H6440 | UNION BUILDING MAINTENANCE | 07/13/93 | SYSTEM | CLEARED | 70199335 | 250.00 |
|  |  |  |  |  |  | 750.00 |
| H6451 | MC'S GENERAL REPAIR INC | 09/14/93 | SYSTEM | OPEN | 70215566 | 200.36 |
| H6451 | MC'S GENERAL REPAIR INC | 08/07/93 | SYSTEM | OPEN | 70201973 | 5,011.31 |
| H6451 | MC'S GENERAL REPAIR INC | 07/27/93 | SYSTEM | CLEARED | 70199310 | 213.92 |
|  |  |  |  |  |  | 1,225.59 |
| H6451 |  |  |  |  |  | 1,425.95 |
| H6467 | SAN FRANCISCO FOREIGN FLAG | 09/14/93 | SYSTEM | OPEN | 70216178 | 10,000.00 |
| H6467 | SAN FRANCISCO FOREIGN FLAG | 07/20/93 | MANUAL | CLEARED | 00094490 | 10,000.00 |
|  |  |  |  |  |  | 20,000.00 |
| H6508 | STATE OF WASHINGTON | 08/18/93 | MANUAL | CLEARED | 00100381 | 2,427.28 |
| H6508 | STATE OF WASHINGTON | 07/19/93 | MANUAL | CLEARED | 00090421 | 2,597.15 |
|  |  |  |  |  |  | 5,024.43 |
| H6510 | NATIONAL FINANCE CENTER | 09/08/93 | MANUAL | OPEN | 00104E3 | 1,000.72 |
| H6510 | NATIONAL FINANCE CENTER | 08/27/93 | MANUAL | CLEARED | 00102E8 | 17,123.50 |
| H6510 | NATIONAL FINANCE CENTER | 08/13/93 | MANUAL | CLEARED | 00100854 | 1,188.50 |
| H6510 | NATIONAL FINANCE CENTER | 07/22/93 | MANUAL | CLEARED | 00099394 | 5,706.13 |
|  |  |  |  |  |  | 25,018.80 |
| H6510 |  | 09/01/93 | MANUAL | OPEN | 00103373 | 22,900.00 |
| H6510 | APCOA INC | 08/02/93 | MANUAL | CLEARED | 00097736 | 22,900.00 |
| H6510 | APCOA INC | 07/01/93 | MANUAL | CLEARED | 00090629 | 22,900.00 |

| VENDOR / NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|
| H6519 | | | | | |
| | | | | | 68,700.00 |
| H6521 TRANS WORLD AIRLINES INC | 07/13/93 | SYSTEM | CLEARED | 7010372 | 1,106.88 |
| H6521 TRANS WORLD AIRLINES INC | 07/20/93 | SYSTEM | CLEARED | 7010541 | 61.00 |
| H6521 TRANS WORLD AIRLINES INC | 07/27/93 | SYSTEM | CLEARED | 7010951 | |
| H6521 TRANS WORLD AIRLINES INC | 09/07/93 | SYSTEM | OPEN | 7021336 | 335.35 |
| H6521 | | | | | 1,524.24 |
| H6530 US IMMIGRATION & | 07/30/93 | MANUAL | CLEARED | 0009710 | 14,000.00 |
| H6530 US IMMIGRATION & | 08/17/93 | MANUAL | CLEARED | 0010016 | 13,000.00 |
| H6530 US IMMIGRATION & | 09/16/93 | MANUAL | OPEN | 0010664 | 12,515.00 |
| H6530 | | | | | 39,515.00 |
| H6570 ROSENBERG, R. COURT REPORTERS | 08/17/93 | MANUAL | CLEARED | 0010074 | 1,068.50 |
| H6570 ROSENBERG, R. COURT REPORTERS | 08/19/93 | MANUAL | OPEN | 0010114 | 718.50 |
| H6570 | | | | | 1,782.00 |
| H6582 SERVICE PACKAGING CORPORATION | 07/13/93 | SYSTEM | CLEARED | 7010339 | 824.98 |
| H6582 | | | | | 824.98 |
| H6605 FIRST SECURITY BANK OF UTAH NA | 07/26/93 | MANUAL | CLEARED | 0009955 | 49,016.20 |
| H6605 | | | | | 49,016.20 |
| H6610 U S CUSTOMS SERVICE | 06/25/93 | MANUAL | CLEARED | | |
| H6610 U S CUSTOMS SERVICE | 07/31/93 | MANUAL | CLEARED | | |
| H6610 | | | | | |
| H6610 ALA MOANA HOTEL | 05/03/93 | SYSTEM | CLEARED | 7020108 | 147.38 |
| H6610 ALA MOANA HOTEL | 05/24/93 | SYSTEM | OPEN | 7020076 | 656.00 |
| H6610 ALA MOANA HOTEL | 08/31/93 | SYSTEM | OPEN | 7021167 | 552.69 |
| H6610 | | | | | 1,356.03 |
| H6624 HAWAII STATE TAX COLLECTOR | 06/30/93 | MANUAL | CLEARED | 0008974 | 42,682.55 |
| H6624 HAWAII STATE TAX COLLECTOR | 07/30/93 | MANUAL | CLEARED | 0009588 | 34,668.85 |
| H6624 HAWAII STATE TAX COLLECTOR | 08/31/93 | MANUAL | OPEN | 0010347 | 27,015.17 |

09/19/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES INC. - MSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

PAGE 68
RPT: APV0110-01

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H6624 | | | | | | |
| H6677 | ALASKA AIRLINES INC | 07/13/93 | SYSTEM | CLEARED | 7010350 | 955.05 |
| H6677 | ALASKA AIRLINES INC | 07/20/93 | SYSTEM | CLEARED | 7010623 | 204.00 |
| H6677 | ALASKA AIRLINES INC | 07/22/93 | SYSTEM | CLEARED | 7010921 | 408.00 |
| H6677 | ALASKA AIRLINES INC | 09/07/93 | SYSTEM | OPEN | 7021348 | 201.20 |
| | | | | | | 1,788.25 |
| H6705 | SOFTWARE AG OF | 05/25/93 | MANUAL | CLEARED | 9008906 | 29,105.40 |
| | | | | | | 29,105.40 |
| H6775 | YELLOW FREIGHT SYSTEM INC | 06/24/93 | MANUAL | CLEARED | 9008844 | 8,306.10 |
| H6775 | YELLOW FREIGHT SYSTEM INC | 07/30/93 | SYSTEM | CLEARED | 7010900 | 2,930.20 |
| H6775 | YELLOW FREIGHT SYSTEM INC | 07/20/93 | SYSTEM | CLEARED | 7010720 | 1,788.25 |
| H6775 | YELLOW FREIGHT SYSTEM INC | 08/03/93 | SYSTEM | CLEARED | 7020014 | 2,113.25 |
| H6775 | YELLOW FREIGHT SYSTEM INC | 08/17/93 | SYSTEM | OPEN | 7020800 | 2,416.27 |
| H6775 | YELLOW FREIGHT SYSTEM INC | 09/07/93 | SYSTEM | OPEN | 7021926 | 5,218.27 |
| | | | | | | 20,18.18 |
| H6783 | KURISU & FERGUS | 07/15/93 | SYSTEM | CLEARED | 7010496 | 6,290.00 |
| H6783 | KURISU & FERGUS | 08/05/93 | SYSTEM | CLEARED | 7020084 | 6,295.00 |
| H6783 | KURISU & FERGUS | 09/14/93 | SYSTEM | OPEN | 7021067 | 6,295.00 |
| | | | | | | 18,290.00 |
| H6791 | KAANAPALI TAXI INC | 07/13/93 | SYSTEM | CLEARED | 7010277 | 30.21 |
| H6791 | KAANAPALI TAXI INC | 08/03/93 | SYSTEM | CLEARED | 7020257 | 2,018.64 |
| H6791 | KAANAPALI TAXI INC | 09/07/93 | SYSTEM | OPEN | 7021419 | 3,551.81 |
| | | | | | | 5,872.57 |
| H6800 | WYATT COMPANY | 08/03/93 | SYSTEM | CLEARED | 7020332 | 5,000.00 |
| H6800 | WYATT COMPANY | 08/05/93 | SYSTEM | CLEARED | 7020368 | 757.00 |
| H6800 | WYATT COMPANY | 08/15/93 | SYSTEM | CLEARED | 7020601 | 357.00 |
| | | | | | | 6,112.00 |
| H6835 | LOS ANGELES COUNTY | 08/27/93 | MANUAL | CLEARED | 9010303 | 69,938.33 |
| H6835 | LOS ANGELES COUNTY | 08/27/93 | MANUAL | CLEARED | 9010304 | 84.20 |

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H6835 | | | | | | 70,022.53 |
| H6053 | SKCAC INDUSTRIES | 07/13/93 | SYSTEM | CLEARED | 7019257 | 246.84 |
| H6053 | SKCAC INDUSTRIES | 08/03/93 | SYSTEM | CLEARED | 7020707 | 183.68 |
| H6053 | SKCAC INDUSTRIES | 08/31/93 | SYSTEM | CLEARED | 7021140 | 308.04 |
| H6053 | SKCAC INDUSTRIES | 09/07/93 | SYSTEM | OPEN | 7021349 | 623.44 |
| | | | | | | 1,461.68 |
| H6055 | DATA-1 COMPUTER CENTER | 08/03/93 | SYSTEM | CLEARED | 7020307 | 2,477.28 |
| | | | | | | 2,477.28 |
| H6057 | HARBOR GRAPHICS E | 07/09/93 | MANUAL | CLEARED | 90093204 | 2,035.50 |
| H6057 | HARBOR GRAPHICS E | 07/13/93 | SYSTEM | CLEARED | 7019358 | 1,900.00 |
| H6057 | HARBOR GRAPHICS E | 08/02/93 | MANUAL | CLEARED | 90093734 | 8,255.00 |
| H6057 | HARBOR GRAPHICS E | 08/24/93 | SYSTEM | CLEARED | 7021021 | 3,462.80 |
| H6057 | HARBOR GRAPHICS E | 09/07/93 | SYSTEM | OPEN | 7021315 | 1,723.40 |
| | | | | | | 17,376.00 |
| H6059 | ROYAL DATA SERVICES INC | 07/16/93 | MANUAL | CLEARED | 90093B2 | 297.91 |
| H6059 | ROYAL DATA SERVICES INC | 07/28/93 | MANUAL | CLEARED | 90096558 | 322.37 |
| H6059 | ROYAL DATA SERVICES INC | 08/07/93 | SYSTEM | OPEN | 7021274 | 172.41 |
| H6059 | ROYAL DATA SERVICES INC | 09/14/93 | SYSTEM | OPEN | 7021403 | 10.41 |
| | | | | | | 7,113.00 |
| H6970 | DICTAPHONE CORPORATION | 08/29/93 | SYSTEM | CLEARED | 7018808 | 90.28 |
| H6970 | DICTAPHONE CORPORATION | 08/23/93 | SYSTEM | CLEARED | 7020044 | 2,253.04 |
| H6970 | DICTAPHONE CORPORATION | 08/23/93 | SYSTEM | CLEARED | 7020215 | 355.52 |
| | | | | | | 2,956.84 |
| H6993 | MAGOON, JOHN H JR | 07/27/93 | SYSTEM | CLEARED | 70200024 | 1,108.00 |
| H6993 | MAGOON, JOHN H JR | 09/07/93 | SYSTEM | OPEN | 7021314 | 2,035.00 |
| | | | | | | 4,133.00 |
| H7042 | DIRECTOR OF FINANCE | 08/20/93 | MANUAL | CLEARED | 9010102 | 16,752.01 |

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H7042 | | | | | | 16,732.01 |
| H7043 | DIRECTOR OF FINANCE | 08/20/93 | MANUAL | CLEARED | 9010164 | 6,520.56 |
| | | | | | | 6,520.56 |
| H7044 | DIRECTOR OF FINANCE | 08/20/93 | MANUAL | CLEARED | 9010165 | 7,968.57 |
| | | | | | | 7,968.57 |
| H7045 | DIRECTOR OF FINANCE | 08/20/93 | MANUAL | CLEARED | 9010163 | 1,561.44 |
| | | | | | | 1,561.44 |
| H7071 | WESTCOAST SEA-TAC HOTEL | 07/06/93 | MANUAL | CLEARED | 17010033 | 830.10 |
| | | | | | | 830.10 |
| H7082 | AIR TAHITI | 07/23/93 | MANUAL | CLEARED | 4501876 | 3,055.80 |
| H7082 | AIR TAHITI | 07/22/93 | MANUAL | CLEARED | 4501883 | 36,394.52 |
| H7082 | AIR TAHITI | 07/22/93 | MANUAL | CLEARED | 4501892 | 5,461.50 |
| H7082 | AIR TAHITI | 07/22/93 | MANUAL | OPEN | 4501895 | 589,105.54 |
| H7082 | AIR TAHITI | 08/17/93 | MANUAL | OPEN | 4501905 | 10,441.10 |
| | | | | | | 10,441.10 |
| H7124 | UNITED TIRE & RECAPPING CO LTD | 07/13/93 | SYSTEM | CLEARED | 7010436 | 4,560.54 |
| H7124 | UNITED TIRE & RECAPPING CO LTD | 07/20/93 | SYSTEM | CLEARED | 70195236 | 778.08 |
| H7124 | UNITED TIRE & RECAPPING CO LTD | 07/27/93 | SYSTEM | CLEARED | 70195528 | 870.00 |
| H7082 | UNITED TIRE & RECAPPING CO LTD | 08/24/93 | SYSTEM | CLEARED | 70207222 | 1,052.17 |
| H7082 | UNITED TIRE & RECAPPING CO LTD | 08/24/93 | SYSTEM | OPEN | 70208411 | 115.97 |
| | | | | | | 7,376.76 |
| H7170 | QUEEN KAPIOLANI HOTEL | 07/20/93 | SYSTEM | CLEARED | 7019791 | 21,751.63 |
| H7170 | QUEEN KAPIOLANI HOTEL | 07/22/93 | SYSTEM | CLEARED | 7019869 | 9,272.55 |
| | | | | | | 31,024.18 |
| H7183 | AIR CARGO INC | 07/20/93 | SYSTEM | CLEARED | 7019082 | 588.56 |
| | | | | | | 588.56 |

PRINTED IN U.S.A.

09/19/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES INC. - MSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

PAGE 71
RPT: APC0110-01

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H7183 | AIR CARGO INC | 07/22/93 | SYSTEM | CLEARED | 7019801 | 176.47 |
| H7183 | | | | | | 765.103 |
| H7189 | AHAHUI KOA ANUENUE | 07/21/93 | MANUAL | CLEARED | 7009485 | 860.00 |
| H7190 | | | | | | 860.00 |
| H7189 | UNITED STEAMSHIP AGENCY | 07/13/93 | SYSTEM | CLEARED | 7019411 | 2,112.55 |
| H7307 | | | | | | 2,112.55 |
| H7307 | MICRO TEMPUS INC | 07/20/93 | SYSTEM | CLEARED | 7019747 | 2,520.00 |
| H7366 | | | | | | 2,520.00 |
| H7366 | HOST | 07/06/93 | SYSTEM | CLEARED | 7019048 | 18.00 |
| H7398 | HOST | 07/16/93 | MANUAL | CLEARED | 2000066 | 9,086.68 |
| H7398 | HOST | 07/20/93 | SYSTEM | CLEARED | 7020251 | 1,104.04 |
| H7398 | HOST | 08/10/93 | SYSTEM | CLEARED | 7020588 | 330.03 |
| H7398 | HOST | 08/24/93 | SYSTEM | OPEN | 2000141 | 243.03 |
| H7398 | HOST | 08/31/93 | SYSTEM | OPEN | 7021141 | 8,716.84 |
| H7426 | KAUAI BAGGAGE SERVICE | 08/03/93 | SYSTEM | CLEARED | 7020301 | 2,221.38 |
| H7426 | KAUAI BAGGAGE SERVICE | 08/24/93 | SYSTEM | CLEARED | 7021018 | 2,181.93 |
| H7426 | | | | | | 4,403.31 |
| H7427 | SERVCO PACIFIC INC | 08/16/93 | MANUAL | CLEARED | 0010032 | 1,531.25 |
| H7427 | SERVCO PACIFIC INC | 09/08/93 | MANUAL | OPEN | 0010500 | 187.50 |
| | | | | | | 1,718.75 |
| H7446 | STATE OF ALASKA | 07/13/93 | SYSTEM | CLEARED | 7019453 | 4,395.85 |
| H7446 | STATE OF ALASKA | 07/13/93 | SYSTEM | CLEARED | 7010736 | 1,683.75 |
| H7446 | STATE OF ALASKA | 08/03/93 | SYSTEM | CLEARED | 7020206 | 3,006.00 |
| H7446 | STATE OF ALASKA | 08/10/93 | SYSTEM | CLEARED | 7020505 | 5,184.75 |
| H7446 | STATE OF ALASKA | 09/14/93 | SYSTEM | OPEN | 7021006 | 5,189.75 |
| | | | | | | 17,188.00 |

PRINTED IN U.S.A.

| VENDOR | VENDOR<br>NAME | PAYMENT<br>DATE | TYPE | STATUS | CHECK<br>NUMBER | PAYMENT<br>AMOUNT |
|--------|----------------|-----------------|------|--------|-----------------|-------------------|
| H7452 | SAN MATEO COUNTY TAX COLLECTOR | 08/27/93 | MANUAL | CLEARED | 9010301 | 54,391.20 |
| H7452 | SAN MATEO COUNTY TAX COLLECTOR | 08/27/93 | MANUAL | CLEARED | 9010302 | 121.93 |
| | | | | | | 54,513.13 |
| H7452 | | | | | | |
| H7465 | TURBINE ENGINE SUPPORT CO INC | 06/25/93 | MANUAL | CLEARED | 90008085 | 25,000.00 |
| H7465 | TURBINE ENGINE SUPPORT CO INC | 07/02/93 | MANUAL | CLEARED | 90008080 | 25,000.00 |
| H7465 | TURBINE ENGINE SUPPORT CO INC | 07/09/93 | MANUAL | CLEARED | 90009211 | 25,000.00 |
| H7465 | TURBINE ENGINE SUPPORT CO INC | 07/16/93 | MANUAL | CLEARED | 7010278 | 102,808.08 |
| H7465 | TURBINE ENGINE SUPPORT CO INC | 08/17/93 | SYSTEM | CLEARED | 7020757 | 4,000.00 |
| | | | | | | 85,810.28 |
| H7465 | | | | | | |
| H7525 | BUNZL DISTRIBUTION I - ANAHEIM | 07/09/93 | MANUAL | CLEARED | 9000171 | 3,437.23 |
| H7525 | BUNZL DISTRIBUTION I - ANAHEIM | 09/17/93 | SYSTEM | CLEARED | 7020751 | 3,607.47 |
| | | | | | | 7,044.70 |
| H7525 | | | | | | |
| H7527 | GTE HAWAIIAN TELEPHONE INC | 07/06/93 | SYSTEM | CLEARED | 7019094 | 9,825.04 |
| H7527 | GTE HAWAIIAN TELEPHONE INC | 07/14/93 | MANUAL | CLEARED | 90009055 | 11,460.86 |
| H7527 | GTE HAWAIIAN TELEPHONE INC | 07/20/93 | SYSTEM | CLEARED | 7019787 | 1,769.65 |
| | | | | | | 23,055.55 |
| H7527 | | | | | | |
| H7544 | UNIVERSITY COPY SYSTEMS | 07/13/93 | SYSTEM | CLEARED | 7019254 | 236.50 |
| H7544 | UNIVERSITY COPY SYSTEMS | 08/03/93 | SYSTEM | CLEARED | 7020153 | 156.74 |
| H7544 | UNIVERSITY COPY SYSTEMS | 09/09/93 | MANUAL | OPEN | 9010532 | 280.86 |
| | | | | | | 674.10 |
| H7544 | | | | | | |
| H7560 | DEPARTMENT OF TAXATION | 08/16/93 | MANUAL | CLEARED | 9010038 | 9,228.52 |
| | | | | | | 9,228.52 |
| H7560 | | | | | | |
| H7608 | COLONY SURF HOTEL | 06/20/93 | SYSTEM | CLEARED | 7018827 | 491.28 |
| H7608 | COLONY SURF HOTEL | 07/23/93 | SYSTEM | CLEARED | 7019852 | 5,388.38 |
| H7608 | COLONY SURF HOTEL | 08/24/93 | SYSTEM | CLEARED | 7020906 | 1,092.00 |
| | | | | | | 6,972.56 |
| H7608 | | | | | | |
| H7633 | HOTEL LANAI | 08/17/93 | SYSTEM | CLEARED | 7020721 | 852.60 |
| | | | | | | 852.60 |
| H7633 | | | | | | |

09/19/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES INC. - MSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

RPT: APO110-03
PAGE

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H7650 | ARATEX SERVICES | 06/29/93 | SYSTEM | CLEARED | 7018812 | 131.35 |
| H7650 | ARATEX SERVICES | 07/06/93 | SYSTEM | CLEARED | 7018961 | 81.24 |
| H7650 | ARATEX SERVICES | 08/17/93 | SYSTEM | CLEARED | 7020724 | 976.58 |
| H7650 | | | | | | 1,189.17 |
| H7680 | TANNER, O C SALES COMPANY | 07/22/93 | SYSTEM | CLEARED | 7019892 | 2,571.32 |
| H7680 | | | | | | 2,571.32 |
| H7701 | YANKEE SQUARE INN | 06/29/93 | SYSTEM | CLEARED | 7018732 | 822.60 |
| H7701 | YANKEE SQUARE INN | 07/06/93 | SYSTEM | CLEARED | 7019156 | 3,658.40 |
| H7701 | YANKEE SQUARE INN | 07/13/93 | SYSTEM | CLEARED | 7020316 | 3,343.20 |
| H7701 | YANKEE SQUARE INN | 08/05/93 | SYSTEM | CLEARED | 7020360 | 1,371.40 |
| H7701 | YANKEE SQUARE INN | 08/17/93 | SYSTEM | OPEN | 7020697 | 1,190.80 |
| H7701 | | | | | | 9,277.80 |
| H7747 | NORTHWEST AEROSPACE TRNG CORP | 07/02/93 | MANUAL | CLEARED | 00000076 | 8,417.00 |
| H7747 | NORTHWEST AEROSPACE TRNG CORP | 08/10/93 | SYSTEM | CLEARED | 7020552 | 0,900.00 |
| H7747 | NORTHWEST AEROSPACE TRNG CORP | 08/31/93 | MANUAL | OPEN | 00102253 | 5,900.00 |
| H7747 | | | | | | |
| H7755 | GRAND HOTEL | 07/13/93 | SYSTEM | CLEARED | 7019676 | 2,000.00 |
| H7755 | GRAND HOTEL | 08/05/93 | SYSTEM | CLEARED | 7020574 | 3,813.85 |
| H7755 | GRAND HOTEL | 09/16/93 | MANUAL | OPEN | 00100646 | 2,000.00 |
| H7755 | | | | | | 7,813.85 |
| H7760 | TRADEWIND INSTRUMENTS INC | 08/04/93 | MANUAL | CLEARED | 00000621 | 697.00 |
| H7760 | TRADEWIND INSTRUMENTS INC | 08/10/93 | SYSTEM | OPEN | 7020496 | 152.10 |
| H7760 | | | | | | 850.10 |
| H7765 | ANDY FRAIN SERVICES INC | 06/29/93 | SYSTEM | CLEARED | 7018837 | 1,000.00 |
| H7765 | ANDY FRAIN SERVICES INC | 07/06/93 | SYSTEM | CLEARED | 7019585 | 3,813.00 |
| H7765 | ANDY FRAIN SERVICES INC | 08/03/93 | SYSTEM | CLEARED | 7020585 | 1,201.00 |
| H7765 | ANDY FRAIN SERVICES INC | 08/25/93 | MANUAL | OPEN | 00102240 | 12,045.28 |
| H7765 | ANDY FRAIN SERVICES INC | 08/31/93 | SYSTEM | OPEN | 00101260 | 2,045.28 |
| H7765 | ANDY FRAIN SERVICES INC | 09/07/93 | SYSTEM | OPEN | 7021216 | 14,788.24 |

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H7775 | USC INTERNATIONAL INC | 07/20/03 | SYSTEM | CLEARED | 7010721 | 1,450.34 |
| H7775 | USC INTERNATIONAL INC | 07/23/03 | SYSTEM | CLEARED | 7020522 | 510.22 |
| H7775 | USC INTERNATIONAL INC | 08/24/03 | SYSTEM | CLEARED | 7020982 | 742.93 |
| H7775 | USC INTERNATIONAL INC | 09/14/03 | SYSTEM | OPEN | 7021570 | 266.00 |
| H7775 | | | | | | 2,979.49 |
| H7850 | WEST COAST FUELING | 06/29/03 | SYSTEM | CLEARED | 7018846 | 1,335.37 |
| H7850 | WEST COAST FUELING | 07/23/03 | SYSTEM | CLEARED | 7020043 | 2,454.05 |
| H7850 | WEST COAST FUELING | 09/07/03 | SYSTEM | OPEN | 7021303 | 1,405.74 |
| H7850 | | | | | | 5,195.16 |
| H7882 | LANIER WORLDWIDE INC | 07/27/93 | SYSTEM | CLEARED | 7020004 | 520.00 |
| H7882 | LANIER WORLDWIDE INC | 09/14/93 | SYSTEM | OPEN | 7021546 | 156.00 |
| H7882 | | | | | | 676.00 |
| H7933 | KLOPPENBURG ENTERPRISES INC | 07/22/93 | SYSTEM | CLEARED | 7019887 | 1,734.80 |
| H7933 | | | | | | 1,734.80 |
| H7973 | CENTRE VAIMA | 07/08/93 | MANUAL | CLEARED | 4501857 | 1,777.46 |
| H7973 | CENTRE VAIMA | 07/23/93 | MANUAL | CLEARED | 4501874 | 1,422.54 |
| H7973 | CENTRE VAIMA | 08/12/93 | MANUAL | CLEARED | 4501918 | 1,432.03 |
| H7973 | | | | | | 5,530.03 |
| H7994 | LOS ANGELES TIMES | 09/13/93 | MANUAL | OPEN | 9010575 | 7,389.00 |
| H7994 | | | | | | 7,389.00 |
| H8002 | JEPPESEN DATAPLAN | 06/29/93 | SYSTEM | CLEARED | 7018813 | 150.30 |
| H8002 | JEPPESEN DATAPLAN | 08/10/93 | SYSTEM | CLEARED | 7020495 | 150.00 |
| H8002 | JEPPESEN DATAPLAN | 08/31/93 | SYSTEM | OPEN | 7021121 | 150.00 |
| H8002 | JEPPESEN DATAPLAN | 09/10/93 | MANUAL | OPEN | 9010500 | 176.00 |
| H8002 | | | | | | 626.00 |
| H8027 | AMERICA WEST AIRLINES | 08/10/93 | SYSTEM | CLEARED | 7020571 | 2,511.35 |
| H8027 | AMERICA WEST AIRLINES | 08/17/93 | SYSTEM | CLEARED | 7020703 | 552.49 |
| H8027 | AMERICA WEST AIRLINES | 09/07/93 | SYSTEM | OPEN | 7021183 | 1,175.43 |

09/19/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES, INC. - MSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

PAGE    75
RPT: APV0110-01

| VENDOR | VENDOR NAME | PAYMENT DATE | PAYMENT TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H8027 | | | | | | 4,248.88 |
| H8057 | RAM COMMUNICATIONS | 07/20/93 | SYSTEM | CLEARED | 70107776 | 3,653.80 |
| H8057 | RAM COMMUNICATIONS | 08/10/93 | SYSTEM | CLEARED | 70200560 | 1,296.73 |
| H8057 | RAM COMMUNICATIONS | 09/07/93 | SYSTEM | OPEN | 70201389 | 1,296.73 |
| H8057 | | | | | | 6,140.49 |
| H8080 | REPUBLIC PARKING INC | 06/25/93 | MANUAL | CLEARED | 90088880 | 1,296.00 |
| H8080 | REPUBLIC PARKING INC | 07/20/93 | MANUAL | CLEARED | 90008460 | 1,296.00 |
| H8080 | REPUBLIC PARKING INC | 08/23/93 | MANUAL | CLEARED | 90101000 | 1,296.00 |
| H8080 | | | | | | 3,888.00 |
| H8081 | DATA PARCEL EXPRESS INC | 05/29/93 | SYSTEM | CLEARED | 70188035 | 880.00 |
| H8081 | DATA PARCEL EXPRESS INC | 07/20/93 | SYSTEM | CLEARED | 70105573 | 500.00 |
| H8081 | DATA PARCEL EXPRESS INC | 09/07/93 | SYSTEM | OPEN | 70201144 | 380.00 |
| H8081 | | | | | | 1,770.00 |
| H8090 | | | | | | 3,888.00 |
| H8107 | INTERIOR SHOWPLACE | 09/15/93 | MANUAL | OPEN | 90108616 | 18,220.22 |
| H8107 | | | | | | 18,220.22 |
| H8184 | OAHU AIR CONDITIONING SVC INC | 07/13/93 | SYSTEM | CLEARED | 70102770 | 305.89 |
| H8184 | OAHU AIR CONDITIONING SVC INC | 07/27/93 | SYSTEM | CLEARED | 70109440 | 154.50 |
| H8184 | OAHU AIR CONDITIONING SVC INC | 09/14/93 | SYSTEM | OPEN | 70201574 | 302.20 |
| H8184 | | | | | | 762.59 |
| H8195 | WORLD AIRLINE ENTERTAINMENT | 09/02/93 | MANUAL | OPEN | 90104433 | 825.00 |
| H8195 | | | | | | 825.00 |
| H8288 | HONOLULU MARINE INC | 07/13/93 | SYSTEM | CLEARED | 70193280 | 530.17 |
| H8288 | HONOLULU MARINE INC | 07/20/93 | SYSTEM | CLEARED | 70195080 | 356.67 |
| H8288 | | | | | | 906.84 |
| H8307 | PACIFIC AIR RESOURCES INTNL | 06/28/93 | MANUAL | CLEARED | 90089920 | 31,500.00 |

09/12/03
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES INC. - MSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

RPT:   PAGE   79
       APO110-01

| VENDOR | V/C | VENDOR NAME | PAYMENT DATE | PAYMENT TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|---|
| H8307 | | MNE | | | | | 3,509.00 |
| | | | | | | | 3,509.00 |
| H8346 | | BORNEHANN, DAVID R ASSOC INC | 07/13/93 | SYSTEM | CLEARED | 70194945 | 3,800.00 |
| H8346 | | BORNEHANN, DAVID R ASSOC INC | 07/20/93 | SYSTEM | CLEARED | 70199778 | 3,800.00 |
| H8346 | | BORNEHANN, DAVID R ASSOC INC | 09/07/93 | SYSTEM | OPEN | 70214426 | 3,800.00 |
| | | | | | | | 11,400.00 |
| H8369 | | STITA TAXI | 07/20/93 | SYSTEM | CLEARED | 70190686 | 674.90 |
| | | | | | | | 674.90 |
| H8372 | R G | REFRIGERATION SERVICE | 08/03/93 | SYSTEM | CLEARED | 70202521 | 567.66 |
| H8372 | R G | REFRIGERATION SERVICE | 08/14/93 | SYSTEM | OPEN | 70211554 | 215.83 |
| | | | | | | | 783.49 |
| H8410 | ABG | DELIVERY SERVICE | 07/13/93 | SYSTEM | CLEARED | 70194863 | 54,550.56 |
| H8410 | ABG | DELIVERY SERVICE | 08/10/93 | SYSTEM | CLEARED | 70208168 | 24,250.50 |
| H8410 | ABG | DELIVERY SERVICE | 08/31/93 | SYSTEM | OPEN | 70211186 | 24,247.30 |
| | | | | | | | 103,048.36 |
| H8436 | A & P | LAUNDRY | 05/20/93 | SYSTEM | CLEARED | 70188778 | 3,002.22 |
| H8436 | A & P | LAUNDRY | 07/26/93 | SYSTEM | CLEARED | 70186578 | 567.58 |
| H8436 | A & P | LAUNDRY | 08/03/93 | SYSTEM | CLEARED | 70202057 | 118.81 |
| H8436 | A & P | LAUNDRY | 07/31/93 | SYSTEM | CLEARED | 70201130 | 1,200.06 |
| H8436 | A & P | LAUNDRY | 09/14/93 | SYSTEM | OPEN | 70213585 | 1,300.00 |
| | | | | | | | 5,188.67 |
| H8444 | | ASSOCIATES CAPITAL SRVC CORP | 07/01/93 | SYSTEM | CLEARED | 70180029 | 947.70 |
| H8444 | | ASSOCIATES CAPITAL SRVC CORP | 08/17/93 | SYSTEM | CLEARED | 70180077 | 947.70 |
| H8444 | | ASSOCIATES CAPITAL SRVC CORP | 09/01/93 | SYSTEM | OPEN | 70211228 | 947.70 |
| | | | | | | | 2,843.17 |
| H8508 | | LAB ONE INC | 08/03/93 | | CLEARED | 70202314 | 3,268.00 |
| H8508 | | LAB ONE INC | 08/17/93 | | CLEARED | 70207034 | 1,405.00 |
| H8508 | | LAB ONE INC | 09/07/93 | | OPEN | 70211181 | 1,126.00 |
| | | | | | | | 11,126.00 |

HAWAIIAN AIRLINES, INC. - MSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H8508 | | | | | | 5,799.00 |
| H8520 | NEPTUNE SERVICES, INC. | 07/13/93 | SYSTEM | CLEARED | 701V341 | 850.00 |
| H8520 | NEPTUNE SERVICES, INC. | 07/27/93 | SYSTEM | CLEARED | 7020910 | 1,485.00 |
| H8520 | NEPTUNE SERVICES, INC. | 08/17/93 | SYSTEM | CLEARED | 7020975 | 620.00 |
| | | | | | | 2,955.00 |
| H8566 | EMPLOYEE HEALTH PROGRAMS INC | 07/13/93 | SYSTEM | CLEARED | 701V386 | 1,456.00 |
| H8566 | EMPLOYEE HEALTH PROGRAMS INC | 08/31/93 | SYSTEM | OPEN | 7021145 | 277.00 |
| | | | | | | 1,733.00 |
| H8604 | AVID AIRLINE PRODUCTS | 07/20/93 | SYSTEM | CLEARED | 701V691 | 716.59 |
| H8604 | AVID AIRLINE PRODUCTS | 08/02/93 | MANUAL | CLEARED | 00000718 | 312.00 |
| H8604 | AVID AIRLINE PRODUCTS | 08/03/93 | SYSTEM | CLEARED | 7020778 | 3,500.00 |
| H8604 | AVID AIRLINE PRODUCTS | 08/17/93 | SYSTEM | CLEARED | 7020947 | 1,300.00 |
| H8604 | AVID AIRLINE PRODUCTS | 09/14/93 | SYSTEM | OPEN | 7021564 | 225.00 |
| | | | | | | 7,051.59 |
| H8607 | OFFICE PLACE | 07/06/93 | SYSTEM | CLEARED | 701V0978 | 4,247.18 |
| H8607 | OFFICE PLACE | 07/13/93 | SYSTEM | CLEARED | 7020283 | 312.60 |
| H8607 | OFFICE PLACE | 07/20/93 | SYSTEM | CLEARED | 7010554 | 366.00 |
| H8607 | OFFICE PLACE | 07/27/93 | SYSTEM | CLEARED | 7020862 | 480.00 |
| H8607 | OFFICE PLACE | 08/03/93 | SYSTEM | CLEARED | 7021526 | 336.05 |
| H8607 | OFFICE PLACE | 08/31/93 | SYSTEM | OPEN | 7021080 | 740.80 |
| H8607 | OFFICE PLACE | 09/07/93 | SYSTEM | OPEN | 7021834 | 1,740.75 |
| | | | | | | 7,700.58 |
| H8610 | SERVICEMASTER | 07/13/93 | SYSTEM | CLEARED | 701V378 | 1,336.23 |
| H8610 | SERVICEMASTER | 08/07/93 | SYSTEM | OPEN | 7021247 | 404.92 |
| | | | | | | 1,741.15 |
| H8625 | TERRITORIAL DISTRIBUTORS INC | 07/13/93 | SYSTEM | CLEARED | 701V333 | 735.33 |
| H8625 | TERRITORIAL DISTRIBUTORS INC | 08/17/93 | SYSTEM | CLEARED | 7020873 | 5,278.17 |
| | | | | | | 962.46 |
| H8635 | AARON, BENJAMIN | 07/19/93 | MANUAL | CLEARED | 9009419 | 4,200.00 |

09/19/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES INC. - MSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

PAGE 79
RPT: APV0110-01

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H8635 | | | | | | 4,205.00 |
| H8672 | ANDERSON EQUIPMENT CO | 07/20/93 | SYSTEM | CLEARED | 7019687 | 670.20 |
| H8672 | ANDERSON EQUIPMENT CO | 08/03/93 | SYSTEM | CLEARED | 7020201 | 234.00 |
| H8672 | ANDERSON EQUIPMENT CO | 09/07/93 | SYSTEM | OPEN | 7021324 | 202.63 |
| | | | | | | 1,106.83 |
| H8680 | HAWAII BUSINESS FORMS INC | 06/29/93 | SYSTEM | CLEARED | 7018913 | |
| H8680 | HAWAII BUSINESS FORMS INC | 07/06/93 | SYSTEM | CLEARED | 7019330 | |
| H8680 | HAWAII BUSINESS FORMS INC | 07/06/93 | MANUAL | CLEARED | 7019551 | |
| H8680 | HAWAII BUSINESS FORMS INC | 07/13/93 | MANUAL | CLEARED | 9000947 | |
| H8680 | HAWAII BUSINESS FORMS INC | 07/20/93 | MANUAL | CLEARED | 9000970 | |
| H8680 | HAWAII BUSINESS FORMS INC | 07/27/93 | MANUAL | CLEARED | 9000978 | |
| H8680 | HAWAII BUSINESS FORMS INC | 08/03/93 | SYSTEM | CLEARED | 7020454 | |
| H8680 | HAWAII BUSINESS FORMS INC | 08/10/93 | MANUAL | OPEN | 9001003 | |
| H8680 | HAWAII BUSINESS FORMS INC | 08/24/93 | MANUAL | OPEN | 9001048 | |
| H8680 | HAWAII BUSINESS FORMS INC | 09/01/93 | MANUAL | OPEN | 9001042 | |
| H8680 | HAWAII BUSINESS FORMS INC | 09/08/93 | MANUAL | OPEN | 9001022 | |
| | | | | | | 24,302.83 |
| H8689 | M LE TRESORIER PAYEUR GENERAL | 07/22/93 | MANUAL | CLEARED | 4501880 | 4,712.18 |
| H8689 | M LE TRESORIER PAYEUR GENERAL | 08/12/93 | MANUAL | CLEARED | 4501913 | 9,539.22 |
| H8689 | M LE TRESORIER PAYEUR GENERAL | 09/09/93 | MANUAL | OPEN | 4501914 | |
| | | | | | | 14,720.09 |
| H8696 | KITTY AIR | 07/16/93 | MANUAL | CLEARED | 9000379 | 8,000.00 |
| H8696 | KITTY AIR | 08/11/93 | MANUAL | CLEARED | 9000983 | 9,250.00 |
| | | | | | | 17,250.00 |
| H8702 | PACTEL CELLULAR - LA | 07/13/93 | SYSTEM | CLEARED | 7019390 | 1,933.24 |
| H8702 | PACTEL CELLULAR - LA | 07/20/93 | SYSTEM | CLEARED | 7019722 | 1,474.31 |
| H8702 | PACTEL CELLULAR - LA | 08/03/93 | SYSTEM | OPEN | 7021394 | 1,409.87 |
| H8702 | PACTEL CELLULAR - LA | 09/14/93 | SYSTEM | OPEN | 7021633 | |
| | | | | | | 9,548.01 |
| H8710 | OMB AVIATION INC | 07/13/93 | SYSTEM | CLEARED | 7019325 | 660.00 |
| H8710 | OMB AVIATION INC | 08/10/93 | SYSTEM | CLEARED | 7020588 | 554.00 |
| H8713 | OMB AVIATION INC | 09/14/93 | SYSTEM | OPEN | 7021583 | 354.00 |

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H8710 | | | | | | 1,074.00 |
| | | | | | | =========== |
| H8731 | SMITHKLINE BEECHAM LABS | 07/20/03 | SYSTEM | CLEARED | 70190020 | 1,571.00 |
| H8731 | SMITHKLINE BEECHAM LABS | 07/20/03 | SYSTEM | CLEARED | 70190731 | 1,245.50 |
| | | | | | | =========== |
| H8731 | | | | | | 2,455.30 |
| | | | | | | =========== |
| H8753 | AT&T | 07/13/03 | SYSTEM | CLEARED | 70190464 | 5,634.13 |
| H8753 | AT&T | 07/13/03 | MANUAL | CLEARED | 20009485 | 2,233.62 |
| H8753 | AT&T | 07/22/03 | SYSTEM | CLEARED | 70207468 | 3,000.00 |
| H8753 | AT&T | 08/13/03 | SYSTEM | CLEARED | 70211971 | 1,611.38 |
| H8753 | AT&T | 08/31/03 | SYSTEM | OPEN | 70210171 | 1,172.00 |
| H8753 | AT&T | 09/14/03 | SYSTEM | OPEN | 70216640 | 11.00 |
| | | | | | | =========== |
| H8753 | | | | | | 13,630.44 |
| | | | | | | =========== |
| H8758 | MARK-A BECHERMER PARKROYAL | 3/04/43 | MANUAL | OPEN | 4180024 | 12,064.02 |
| | | | | | | =========== |
| H8758 | | | | | | 12,064.02 |
| | | | | | | =========== |
| H8798 | SECURITY EXPRESS | 07/20/03 | SYSTEM | CLEARED | 70190597 | 915.03 |
| H8798 | SECURITY EXPRESS | 08/17/03 | SYSTEM | CLEARED | 70200631 | 59.00 |
| | | | | | | =========== |
| H8798 | | | | | | 972.03 |
| | | | | | | =========== |
| H8815 | COMPRESSION INDUSTRIES | 07/13/03 | SYSTEM | CLEARED | 70193360 | 1,003.98 |
| | | | | | | =========== |
| H8815 | | | | | | 1,003.98 |
| | | | | | | =========== |
| H8854 | HY PRINTERS | 07/20/03 | SYSTEM | CLEARED | 70197772 | 3,485.70 |
| H8854 | HY PRINTERS | 07/20/03 | SYSTEM | CLEARED | 70198679 | 840.05 |
| H8854 | HY PRINTERS | 07/22/03 | SYSTEM | CLEARED | 70200050 | 3,050.02 |
| H8854 | HY PRINTERS | 08/17/03 | SYSTEM | CLEARED | 70206670 | 895.75 |
| | | | | | | =========== |
| H8854 | | | | | | 8,271.52 |
| | | | | | | =========== |
| H8855 | PACIFIC CONSTRUCTION CO., LTD | 08/03/93 | SYSTEM | CLEARED | 70203322 | 3,090.02 |
| | | | | | | =========== |
| H8855 | | | | | | 3,090.02 |
| | | | | | | =========== |
| H8935 | ASTRO OFFICE PRODUCTS, INC | 07/20/03 | SYSTEM | CLEARED | 70197711 | 1,140.14 |
| | | | | | | =========== |

| VENDOR | NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|--------|------|--------------|------|--------|--------------|----------------|
| H8935 | | | | | | 1,110.14 |
| H8959 | AMTEC INDUSTRIES, INC | 06/29/93 | SYSTEM | CLEARED | 70188331 | 744.38 |
| H8959 | AMTEC INDUSTRIES, INC | 08/13/93 | MANUAL | CLEARED | 00101011 | 2,009.25 |
| | | | | | | 2,753.63 |
| H8982 | ASTRO-VALCOUR, INC. | 07/20/93 | SYSTEM | CLEARED | 70197013 | 1,014.30 |
| H8982 | ASTRO-VALCOUR, INC. | 08/03/93 | SYSTEM | CLEARED | 70203334 | 5,071.50 |
| | | | | | | 6,085.80 |
| H9002 | PAIEA PROPERTIES | 07/01/93 | SYSTEM | CLEARED | 70189035 | 3,500.72 |
| H9002 | PAIEA PROPERTIES | 08/02/93 | SYSTEM | CLEARED | 70200884 | 3,538.05 |
| H9002 | PAIEA PROPERTIES | 09/01/93 | SYSTEM | OPEN | 70212235 | 3,576.63 |
| | | | | | | 10,625.10 |
| H9005 | GBC BOXES & PACKAGING | 07/07/93 | MANUAL | CLEARED | 90091136 | 2,371.50 |
| H9005 | GBC BOXES & PACKAGING | 08/10/93 | MANUAL | CLEARED | 90090931 | 481.63 |
| | | | | | | 2,853.13 |
| H9037 | SIERRACIN/SYLMAR | 07/27/93 | MANUAL | CLEARED | 90090506 | 20,277.81 |
| H9042 | JHB REAL ESTATE SERVICES, INC | 07/15/93 | SYSTEM | CLEARED | 70199493 | 1,422.74 |
| H9042 | JHB REAL ESTATE SERVICES, INC | 08/05/93 | SYSTEM | CLEARED | 70203372 | 1,422.74 |
| H9042 | JHA REAL ESTATE SERVICES, INC | 09/14/93 | SYSTEM | OPEN | 70213028 | 1,422.74 |
| | | | | | | 4,268.22 |
| H9071 | AERO MECHANISM, INC. | 09/14/93 | SYSTEM | OPEN | 70210330 | 1,674.25 |
| | | | | | | 1,674.25 |
| H9073 | DIXIEGRAPHICS | 07/07/93 | MANUAL | CLEARED | 90090157 | 9,046.50 |
| | | | | | | 9,046.50 |

| VENDOR | VENDOR NAME | PAYMENT DATE | PAYMENT TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H0081 | NORM'S DELIVERY SERVICE, INC. | 07/13/93 | SYSTEM | CLEARED | 7019347 | 928.00 |
|  |  |  |  |  |  | 928.00 |
| H0101 | LARRY'S BAGGAGE SERVICE | 07/09/93 | MANUAL | CLEARED | 0019224 | 1,780.50 |
| H0101 | LARRY'S BAGGAGE SERVICE | 07/05/93 | SYSTEM | CLEARED | 7019873 | 3,389.50 |
| H0101 | LARRY'S BAGGAGE SERVICE | 08/05/93 | SYSTEM | CLEARED | 7020250 | 843.50 |
| H0101 | LARRY'S BAGGAGE SERVICE | 08/24/93 | SYSTEM | CLEARED | 7020974 | 651.50 |
| H0101 | LARRY'S BAGGAGE SERVICE | 09/07/93 | SYSTEM | OPEN | 7021374 | 609.00 |
|  |  |  |  |  |  | 5,274.00 |
| H0135 | AMERICAN TRUST CO. OF HAWAII | 08/10/93 | MANUAL | CLEARED | 9010112 | 1,416.89 |
|  |  |  |  |  |  | 1,416.89 |
| H0153 | GRILEY AIRFREIGHT | 08/24/93 | MANUAL | CLEARED | 9010236 | 1,000.33 |
|  |  |  |  |  |  | 1,000.33 |
| H0158 | ONE DAY SIGNS & SILKSCREEN | 07/20/93 | SYSTEM | CLEARED | 7019063 | 423.28 |
| H0158 | ONE DAY SIGNS & SILKSCREEN | 08/24/93 | SYSTEM | CLEARED | 7020930 | 203.60 |
| H0158 | ONE DAY SIGNS & SILKSCREEN | 09/07/93 | SYSTEM | OPEN | 7021317 | 213.00 |
|  |  |  |  |  |  | 839.88 |
| H0164 | REPUBLIC PARKING HAWAII | 06/25/93 | MANUAL | CLEARED | 0008888 | 512.00 |
| H0164 | REPUBLIC PARKING HAWAII | 07/25/93 | MANUAL | CLEARED | 0010055 | 512.00 |
| H0164 | REPUBLIC PARKING HAWAII | 08/23/93 | MANUAL | OPEN | 0010191 | 512.00 |
| H0164 | REPUBLIC PARKING HAWAII | 09/09/93 | MANUAL | OPEN | 0010517 | 528.00 |
|  |  |  |  |  |  | 2,064.00 |
| H0184 | STATE COMPENSATION INS FUND | 06/30 | MANUAL | CLEARED | 0000907 | 32,801.68 |
| H0184 | STATE COMPENSATION INS FUND | 07/14/93 | MANUAL | CLEARED | 0009060 | 17,773.67 |
| H0184 | STATE COMPENSATION INS FUND | 07/26/93 | MANUAL | CLEARED | 0009788 | 18,192.58 |
| H0184 | STATE COMPENSATION INS FUND | 08/05/93 | MANUAL | CLEARED | 0009367 | 39,702.56 |
| H0184 | STATE COMPENSATION INS FUND | 08/12/93 | MANUAL | CLEARED | 0009867 | 35,073.67 |
| H0184 | STATE COMPENSATION INS FUND | 09/03/93 | MANUAL | OPEN | 0010434 | 1,773.67 |
|  |  |  |  |  |  | 125,097.03 |
| H0186 | BIG MUSHASHINO | 07/01/93 |  | CLEARED | 7018936 | 3,600.00 |
| H0186 | BIG MUSHASHINO | 09/03/93 |  | OPEN | 7019108 | 3,600.00 |

09/19/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES INC. - MSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

PAGE 62
RPT: AP0010-01

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H0186 | | 07/13/93 | SYSTEM | CLEARED | 7010303 | 7,200.00 |
| | | | | | | 7,200.00 |
| H0189 | HENRY VIII INN & LODGE | 09/14/93 | SYSTEM | OPEN | 7021802 | 191.61 |
| H0180 | HENRY VIII INN & LODGE | 08/25/93 | SYSTEM | OPEN | 7021810 | 1,842.69 |
| H0180 | HENRY VIII INN & LODGE | 08/24/93 | SYSTEM | OPEN | 7021016 | 1,947.48 |
| H0180 | HENRY VIII INN & LODGE | | SYSTEM | | | 1,071.04 |
| | | | | | | 5,115.70 |
| H0194 | GILBERT & JEVNES | 08/26/93 | MANUAL | CLEARED | 9010282 | 2,500.00 |
| H0194 | GILBERT & JEVNES | 08/26/93 | MANUAL | CLEARED | 9010281 | 3,000.00 |
| | | | | | | 4,500.00 |
| H0196 | EDEN AIR FREIGHT, INC. | 07/20/93 | SYSTEM | CLEARED | 7010657 | 140.73 |
| H0196 | EDEN AIR FREIGHT, INC. | 07/13/93 | SYSTEM | CLEARED | 7010383 | 1,306.60 |
| | | | | | | 1,447.33 |
| H0216 | AMERICAN ETC. | 09/17/93 | SYSTEM | OPEN | 7021870 | 1,140.17 |
| H0216 | AMERICAN ETC. | 08/17/93 | SYSTEM | CLEARED | 7020805 | 305.84 |
| H0216 | AMERICAN ETC. | 08/03/93 | SYSTEM | CLEARED | 7020205 | 252.74 |
| H0216 | AMERICAN ETC. | 05/20/93 | SYSTEM | CLEARED | 7010821 | 253.80 |
| | | | | | | 1,140.17 |
| H0217 | AFCO | 09/07/93 | SYSTEM | OPEN | 7021343 | 12,051.00 |
| H0217 | AFCO | 08/05/93 | SYSTEM | CLEARED | 7020303 | 12,061.00 |
| H0217 | AFCO | 08/05/93 | SYSTEM | CLEARED | 7020886 | 24,122.02 |
| H0217 | AFCO | 07/15/93 | SYSTEM | CLEARED | 7010857 | 24,122.02 |
| H0217 | AFCO | 07/01/93 | SYSTEM | CLEARED | 7018938 | 16,816.10 |
| | | | | | | 89,172.14 |
| H0240 | CASTLE PRECISION INDUSTRIES | 09/14/93 | SYSTEM | OPEN | 7021647 | 2,774.00 |
| H0240 | CASTLE PRECISION INDUSTRIES | 09/07/93 | SYSTEM | OPEN | 7021825 | 2,451.00 |
| H0240 | CASTLE PRECISION INDUSTRIES | 08/27/93 | SYSTEM | CLEARED | 7021008 | 3,631.00 |
| H0240 | CASTLE PRECISION INDUSTRIES | 07/30/93 | SYSTEM | CLEARED | 7010808 | 3,080.00 |
| H0240 | CASTLE PRECISION INDUSTRIES | 07/22/93 | SYSTEM | CLEARED | 7010975 | 4,700.00 |
| H0240 | CASTLE PRECISION INDUSTRIES | 07/15/93 | SYSTEM | CLEARED | 7010670 | 4,705.00 |
| H0240 | CASTLE PRECISION INDUSTRIES | 06/29/93 | SYSTEM | CLEARED | 7010887 | 4,025.00 |

09/10/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES INC. - MSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 28 THRU CURRENT

PAGE
RPT: APV0110-01

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H0240 | | | | | | 35,982.40 |
| H0264 | INTERLINE SALES MARKETING | 08/18/93 | MANUAL | OPEN | 9010080 | 450.00 |
| H0264 | INTERLINE SALES MARKETING | 09/16/93 | MANUAL | OPEN | 9010599 | 450.00 |
| | | | | | | 900.00 |
| H0271 | 531 OHOHIA PARTNERS | 07/01/93 | SYSTEM | CLEARED | 7018940 | 64,140.96 |
| H0271 | 531 OHOHIA PARTNERS | 08/02/93 | SYSTEM | CLEARED | 7020088 | 60,540.96 |
| H0271 | 531 OHOHIA PARTNERS | 09/01/93 | SYSTEM | OPEN | 7021230 | 60,140.96 |
| | | | | | | 194,822.88 |
| H0273 | ALNET COMMUNICATION SERVICES | 07/13/93 | SYSTEM | CLEARED | 7019268 | 282.94 |
| H0273 | ALNET COMMUNICATION SERVICES | 08/02/93 | SYSTEM | CLEARED | 7019635 | 201.87 |
| H0273 | ALNET COMMUNICATION SERVICES | 08/31/93 | SYSTEM | OPEN | 7021144 | 249.25 |
| | | | | | | 833.06 |
| H0287 | THRUSTAIR, INC. | 07/29/93 | MANUAL | CLEARED | 9009645 | 505.00 |
| H0287 | THRUSTAIR, INC. | 08/02/93 | MANUAL | CLEARED | 9009767 | 505.00 |
| | | | | | | 1,010.00 |
| H0288 | BRANDY SIGNS, INC. | 07/13/93 | SYSTEM | CLEARED | 7019328 | 733.66 |
| | | | | | | 733.66 |
| H0290 | YVES-LOUIS SAGE | 07/08/93 | MANUAL | CLEARED | 9501800 | 2,000.00 |
| H0290 | YVES-LOUIS SAGE | 08/01/93 | MANUAL | OPEN | 9501881 | 1,000.00 |
| H0290 | YVES-LOUIS SAGE | 08/23/93 | MANUAL | OPEN | 9501891 | 1,000.00 |
| H0290 | YVES-LOUIS SAGE | 08/23/93 | MANUAL | OPEN | 4501010 | 960.78 |
| | | | | | | 4,960.78 |
| H0306 | TELEFLEX CONTROL SYSTEMS | 06/29/93 | SYSTEM | CLEARED | 7018893 | 5,000.00 |
| H0306 | TELEFLEX CONTROL SYSTEMS | 08/18/93 | MANUAL | CLEARED | 9010075 | 3,000.00 |
| H0306 | TELEFLEX CONTROL SYSTEMS | 08/24/93 | SYSTEM | CLEARED | 7021023 | 4,905.83 |
| | | | | | | 12,905.83 |
| H0322 | STATE STREET BANK AND TRUST | 09/07/93 | SYSTEM | OPEN | 7021400 | 7,515.50 |

HAWAIIAN AIRLINES, INC. - MSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H9322 | | | | | | 2,515.50 |
| H9364 | ATCT | 07/13/93 | SYSTEM | CLEARED | 7019492 | 1,970.00 |
| H9364 | ATCT | 08/24/93 | SYSTEM | CLEARED | 7020083 | 789.01 |
| H9364 | | | | | | 2,759.01 |
| H0368 | SEA/TAC PROPERTIES, LTD. | 07/21/93 | MANUAL | CLEARED | 9009475 | 1,158.24 |
| H0368 | SEA/TAC PROPERTIES, LTD. | 08/02/93 | SYSTEM | CLEARED | 7020078 | 1,158.24 |
| H0368 | SEA/TAC PROPERTIES, LTD. | 09/01/93 | SYSTEM | OPEN | 7021229 | 2,174.72 |
| H0368 | | | | | | 2,174.72 |
| H9426 | FINANCE INVESTMENT COMPANY LTD | 06/29/93 | MANUAL | CLEARED | 9008945 | 38,642.76 |
| H9426 | FINANCE INVESTMENT COMPANY LTD | 07/01/93 | MANUAL | CLEARED | 7018030 | 59,320.96 |
| H9426 | FINANCE INVESTMENT COMPANY LTD | 08/02/93 | SYSTEM | CLEARED | 7020087 | 27,911.86 |
| H9426 | FINANCE INVESTMENT COMPANY LTD | 09/01/93 | SYSTEM | OPEN | 7021237 | 75,189.00 |
| H9426 | | | | | | 121,265.74 |
| H0508 | SYMANTEC | 08/31/93 | SYSTEM | OPEN | 7021172 | 654.40 |
| H0508 | | | | | | 654.40 |
| H9540 | VANGUARD FIDUCIARY TRUST CO. | 08/02/93 | MANUAL | CLEARED | 9009742 | 3,796.00 |
| H9540 | VANGUARD FIDUCIARY TRUST CO. | 08/02/93 | MANUAL | CLEARED | 9009743 | 6,147.26 |
| H9540 | VANGUARD FIDUCIARY TRUST CO. | 08/20/93 | MANUAL | CLEARED | 9009746 | 51,849.70 |
| H9540 | VANGUARD FIDUCIARY TRUST CO. | 08/25/93 | MANUAL | CLEARED | 9009945 | 133.82 |
| H9540 | VANGUARD FIDUCIARY TRUST CO. | 08/25/93 | MANUAL | OPEN | 9010295 | 133.82 |
| H9540 | | | | | | 131,117.72 |
| H9552 | OFFICE DES POSTES ET TELE- | 07/22/93 | MANUAL | CLEARED | 4501871 | 2,484.80 |
| H9552 | | | | | | 2,484.80 |
| H0607 | PACTEL MOBILE SERVICES | 07/06/93 | SYSTEM | CLEARED | 7019013 | 416.57 |
| H0607 | PACTEL MOBILE SERVICES | 07/27/93 | SYSTEM | CLEARED | 7020002 | 416.42 |
| H0607 | PACTEL MOBILE SERVICES | 09/07/93 | SYSTEM | OPEN | 7021332 | 352.82 |
| H0607 | | | | | | 1,185.81 |

09/19/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINE S, INC. - MSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

PAGE 85
RPT: APY0110-01

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H9621 | DISCO EXPRESS COURIERS | 07/20/93 | SYSTEM | CLEARED | 70190632 | 265.00 |
| H9621 | DISCO EXPRESS COURIERS | 07/10/93 | SYSTEM | CLEARED | 70200468 | 67.00 |
| H9621 | DISCO EXPRESS COURIERS | 08/24/93 | SYSTEM | OPEN | 70200063 | 494.00 |
| H9621 | DISCO EXPRESS COURIERS | 09/07/93 | SYSTEM | OPEN | 70201371 | 872.00 |
| | | | | | | 1,698.00 |
| H9622 | AMERICAN T-SHIRTS | 07/13/93 | SYSTEM | CLEARED | 70190429 | 2,980.33 |
| | | | | | | 2,980.33 |
| H9624 | YOUNG LAUNDRY & DRY CLEANING | 07/20/93 | SYSTEM | CLEARED | 70188578 | 2,902.70 |
| H9624 | YOUNG LAUNDRY & DRY CLEANING | 07/06/93 | SYSTEM | CLEARED | 70190849 | 1,500.70 |
| H9624 | YOUNG LAUNDRY & DRY CLEANING | 07/13/93 | SYSTEM | CLEARED | 70190894 | 3,422.05 |
| H9624 | YOUNG LAUNDRY & DRY CLEANING | 07/22/93 | SYSTEM | CLEARED | 70200030 | 3,095.47 |
| H9624 | YOUNG LAUNDRY & DRY CLEANING | 07/27/93 | SYSTEM | CLEARED | 70200036 | 7,206.44 |
| H9624 | YOUNG LAUNDRY & DRY CLEANING | 09/14/93 | SYSTEM | OPEN | 70210670 | 4,284.64 |
| | | | | | | 22,412.14 |
| H9636 | HILL AND KNOWLTON/ | 06/28/93 | MANUAL | CLEARED | 90089610 | 15,343.80 |
| | | | | | | 15,343.80 |
| H9649 | U.S. EXPRESS, INC. | 07/13/93 | SYSTEM | CLEARED | 70192223 | 172.09 |
| H9649 | U.S. EXPRESS, INC. | 07/20/93 | SYSTEM | CLEARED | 70190665 | 442.29 |
| | | | | | | 614.38 |
| H9662 | U S WEST FINANCIAL SERVICES | 06/24/93 | MANUAL | CLEARED | 90088834 | 1,130.25 |
| | | | | | | 1,130.25 |
| H9696 | TAPE & FILM CONVERTER | 09/14/93 | MANUAL | OPEN | 90100597 | 890.40 |
| | | | | | | 890.40 |
| H9703 | PLACON CORPORATION | 09/14/93 | SYSTEM | OPEN | 70210636 | 1,784.37 |
| | | | | | | 1,784.37 |
| H9714 | JACKALOS AVIATION CONSULTANTS | 07/20/93 | SYSTEM | CLEARED | 70191748 | 2,602.80 |

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|--------|-------------|--------------|------|--------|--------------|----------------|
| H9714 | | | | | | 2,022.49 |
| H9722 | SEATTLE TIMES | 07/19/93 | MANUAL | CLEARED | 00010407 | 3,322.30 |
| H9722 | SEATTLE TIMES | 07/06/93 | MANUAL | CLEARED | 00009550 | 1,331.30 |
| H9722 | SEATTLE TIMES | 08/20/93 | MANUAL | CLEARED | 00009948 | |
| H9722 | SEATTLE TIMES | 08/10/93 | MANUAL | CLEARED | 00009949 | |
| H9722 | SEATTLE TIMES | 08/17/93 | MANUAL | CLEARED | 00010020 | |
| H9722 | SEATTLE TIMES | 07/31/93 | MANUAL | CLEARED | 00010021 | |
| H9722 | SEATTLE TIMES | 08/03/93 | MANUAL | CLEARED | 00010022 | |
| H9722 | SEATTLE TIMES | 08/31/93 | MANUAL | OPEN | 00102630 | 1,550.80 |
| H9722 | SEATTLE TIMES | 09/07/93 | MANUAL | OPEN | 00102631 | |
| H9722 | SEATTLE TIMES | 09/13/93 | MANUAL | OPEN | 00102673 | |
| H9722 | SEATTLE TIMES | 09/13/93 | MANUAL | OPEN | 00102674 | |
| H9726 | INTERNATIONAL AIRLINE SUPPORT | 09/09/93 | MANUAL | OPEN | 00010525 | 4,562.00 |
| H9736 | TELECHECK | 07/01/93 | MANUAL | CLEARED | 00000033 | 946.30 |
| H9736 | TELECHECK | 07/22/93 | MANUAL | CLEARED | 00010899 | 6,492.58 |
| H9755 | ANCHORAGE DAILY NEWS | 06/24/93 | MANUAL | CLEARED | 00008838 | 383.40 |
| H9755 | ANCHORAGE DAILY NEWS | 07/31/93 | SYSTEM | CLEARED | 00010361 | 1,031.00 |
| H9770 | TRIFDEX CALIFORNIA, INC. | 07/22/93 | MANUAL | CLEARED | 00009485 | 48,000.00 |
| H9808 | UNITED STATES DEPARTMENT OF | N/A | MANUAL | CLEARED | 00008906 | 78,455.50 |
| H9808 | UNITED STATES DEPARTMENT OF | 07/06/93 | MANUAL | CLEARED | 00010716 | 9,381.50 |
| H9808 | UNITED | 07/30/93 | MANUAL | CLEARED | 00010717 | 2,921.50 |
| H9808 | UNITED STATES DEPARTMENT OF | 07/31/93 | MANUAL | CLEARED | | |
| H9821 | GTE MOBILNET | 07/13/93 | SYSTEM | CLEARED | 70109315 | 580.07 |
| H9821 | GTE MOBILNET | 07/20/93 | SYSTEM | CLEARED | 70108510 | 218.62 |
| H9821 | GTE MOBILNET | 08/27/93 | MANUAL | OPEN | 00100310 | 278.66 |

09/10/93

HAWAIIAN AIRLINES, INC. - MSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

PAGE 116
AP0110-01
RP1:

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H0921 | GTE MOBILNET | 09/01/93 | SYSTEM | OPEN | 7021250 | 18.59 |
| H0942 | SECURITY PACIFIC EQUIPMENT | 06/24/93 | MANUAL | CLEARED | 7000850 | 45.00 |
| H0942 | SECURITY PACIFIC EQUIPMENT | 06/24/93 | MANUAL | CLEARED | 7000851 | 45.00 |
| H0942 | SECURITY PACIFIC EQUIPMENT | 06/24/93 | MANUAL | CLEARED | 7000852 | 45.00 |
| H0942 | SECURITY PACIFIC EQUIPMENT | 06/24/93 | MANUAL | CLEARED | 7000853 | 45.00 |
| H0942 | SECURITY PACIFIC EQUIPMENT | 07/22/93 | MANUAL | CLEARED | 7000854 | 45.00 |
| H0942 | SECURITY PACIFIC EQUIPMENT | 07/22/93 | MANUAL | CLEARED | 7000855 | 45.00 |
| H0942 | SECURITY PACIFIC EQUIPMENT | 07/22/93 | MANUAL | CLEARED | 7000856 | 45.00 |
| H0942 | SECURITY PACIFIC EQUIPMENT | 08/18/93 | MANUAL | CLEARED | 7000857 | 45.00 |
| H0942 | SECURITY PACIFIC EQUIPMENT | 08/18/93 | MANUAL | CLEARED | 7000858 | 45.00 |
| H0942 | SECURITY PACIFIC EQUIPMENT | 08/18/93 | MANUAL | CLEARED | 7000859 | 45.00 |
| H0942 | SECURITY PACIFIC EQUIPMENT | 07/22/93 | MANUAL | CLEARED | 7000860 | 45.00 |
| H0942 | SECURITY PACIFIC EQUIPMENT | 09/02/93 | MANUAL | OPEN | 7001004 | 45.00 |
| H0942 | SECURITY PACIFIC EQUIPMENT | 09/02/93 | MANUAL | OPEN | 7001005 | 45.00 |
| H0842 | BATTERY EXCHANGE HAWAII | 06/29/93 | SYSTEM | CLEARED | 7018834 | 857.05 |
| H0842 | BATTERY EXCHANGE HAWAII | 07/27/93 | SYSTEM | CLEARED | 7019989 | 225.84 |
| H0842 | BATTERY EXCHANGE HAWAII | 08/18/93 | SYSTEM | CLEARED | 7020484 | 1800.62 |
| H0842 | BATTERY EXCHANGE HAWAII | 09/07/93 | SYSTEM | OPEN | 7021328 | 1858.17 |
| H0885 | BATTERY EXCHANGE HAWAII | 07/13/93 | SYSTEM | CLEARED | 7019203 | 137.00 |
| H0885 | BATTERY EXCHANGE HAWAII | 08/03/93 | SYSTEM | CLEARED | 7020184 | 210.00 |
| H0885 | BATTERY EXCHANGE HAWAII | 08/24/93 | SYSTEM | CLEARED | 7020842 | 570.00 |
| H0885 | BATTERY EXCHANGE HAWAII | 09/01/93 | SYSTEM | OPEN | 7021045 | 150.00 |
| H0889 | RPM SERVICES | 07/13/93 | SYSTEM | CLEARED | 7019203 | 137.00 |
| H0889 | RPM SERVICES | 08/03/93 | SYSTEM | CLEARED | 7020184 | 210.00 |
| H0889 | RPM SERVICES | 08/24/93 | SYSTEM | CLEARED | 7020842 | 570.00 |
| H0889 | RPM SERVICES | 09/01/93 | SYSTEM | OPEN | 7021045 | 150.00 |

PRINTED IN U.S.A.

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H0805 | HEP MAJESTY, THE QUEEN IN | 06/30/93 | MANUAL | CLEARED | 90089972 | 50,000.00 |
| H0805 | HEP MAJESTY, THE QUEEN IN | 07/30/93 | MANUAL | CLEARED | 90089680 | 50,000.00 |
| H0805 | HEP MAJESTY, THE QUEEN IN | 09/31/93 | MANUAL | OPEN | 90100346 | 50,000.00 |
|  |  |  |  |  |  | 150,000.00 |
| H0922 | ST. LOUIS AIRPORT HILTON | 06/29/93 | SYSTEM | CLEARED | 70180914 | 9,282.17 |
| H0922 | ST. LOUIS AIRPORT HILTON | 07/13/93 | SYSTEM | CLEARED | 70193889 | 1,522.05 |
| H0922 | ST. LOUIS AIRPORT HILTON | 08/03/93 | SYSTEM | CLEARED | 70200287 | 1,666.72 |
|  |  |  |  |  |  | 12,403.94 |
| H0923 | DOUBLETREE HOTEL AT SAN | 06/29/93 | SYSTEM | CLEARED | 70180921 | 19,551.03 |
| H0923 | DOUBLETREE HOTEL AT SAN | 07/13/93 | SYSTEM | CLEARED | 70192955 | 243,003 |
| H0923 | DOUBLETREE HOTEL AT SAN | 07/22/93 | SYSTEM | CLEARED | 70198601 | 15,572.03 |
| H0923 | DOUBLETREE HOTEL AT SAN | 08/03/93 | SYSTEM | OPEN | 70200287 | 16,307.80 |
| H0923 | DOUBLETREE HOTEL AT SAN | 09/15/93 | MANUAL | OPEN | 90100610 |  |
|  |  |  |  |  |  |  |
| H0970 | A T & T | 06/29/93 | CLEARED | 90089960 | 852.83 |
| H0970 | A T & T | 07/13/93 | CLEARED | 70192334 | 744.53 |
| H0970 | A T & T | 08/17/93 | CLEARED | 70200714 | 803.87 |
| H0970 | A T & T | 09/14/93 | OPEN | 70210610 | 854.76 |
|  |  |  |  |  |  | 3,255.05 |
| H0970 | CLEVELAND INSTRUMENT CORP. | 07/29/93 | MANUAL | CLEARED | 90089677 | 189.50 |
| OKMMO | CLEVELAND INSTRUMENT CORP. | 09/02/93 | MANUAL | OPEN | 90104823 | 541.25 |
|  |  |  |  |  |  | 730.75 |
| R0671 | PF INDUSTRIES | 08/05/93 | SYSTEM | CLEARED | 70203378 | 1,912.00 |
| R0671 | PF INDUSTRIES | 08/10/93 | SYSTEM | CLEARED | 70205521 | 400.00 |
|  |  |  |  |  |  | 2,312.00 |
| MFCO INC. |  | 07/13/93 | MANUAL | CLEARED | 90092273 | 1,011.50 |
|  |  |  |  |  |  | 1,011.50 |
| R1546 | ELECTRON BEAM DEVELOPMENT CORP | 06/28/93 | MANUAL | CLEARED | 90080932 | 5,677.50 |
| R1546 | ELECTRON BEAM DEVELOPMENT CORP | 07/13/93 | SYSTEM | CLEARED | 70194141 | 3,000.00 |
| R1546 | ELECTRON BEAM DEVELOPMENT CORP | 07/20/93 | SYSTEM | CLEARED | 70197739 | 2,900.00 |

09/19/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES INC. - MSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

PAGE   89
RPT: AP0010-01

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| R1546 | ELECTRON BEAM DEVELOPMENT CORP | 08/03/93 | SYSTEM | CLEARED | 7020201 | 1,606.25 |
| R1546 | ELECTRON BEAM DEVELOPMENT CORP | 08/19/93 | SYSTEM | CLEARED | 7020576 | 4,000.00 |
|  |  |  |  |  |  | 1,012.17 |
| R1614 | MAGNETIC TICKET & LABEL CORP. | 08/17/93 | SYSTEM | CLEARED | 7020740 | 1,088.00 |
|  |  |  |  |  |  | 1,984.00 |
| R2905 | H & N AEROSPACE, INC. | 06/29/93 | SYSTEM | CLEARED | 7018867 | 2,500.00 |
| R2905 | H & N AEROSPACE, INC. | 07/13/93 | SYSTEM | CLEARED | 7019405 | 4,000.00 |
| R2905 | H & N AEROSPACE, INC. | 07/27/93 | SYSTEM | CLEARED | 7020037 | 2,100.00 |
| R2905 | H & N AEROSPACE, INC. | 07/27/93 | SYSTEM | CLEARED | 7020200 | 5,700.00 |
|  |  |  |  |  |  | 7,603.10 |
| R6339 | LORTMARK, INC. | 08/02/93 | MANUAL | CLEARED | 90009749 | 1,200.00 |
| R6338 | LORTMARK, INC. | 08/02/93 | MANUAL | CLEARED | 90009750 | 4,500.00 |
|  |  |  |  |  |  | 5,750.00 |
| R7023 | GOODRICH BF AEROSPACE | 06/29/93 | MANUAL | CLEARED | 00009740 | 925.00 |
| R7023 | GOODRICH BF AEROSPACE | 06/29/93 | MANUAL | CLEARED | 90008031 | 284.00 |
| R7023 | GOODRICH BF AEROSPACE | 07/06/93 | MANUAL | CLEARED | 90008038 | 312.00 |
| R7023 | GOODRICH BF AEROSPACE | 07/06/93 | MANUAL | CLEARED | 90009137 | 2,000.00 |
| R7023 | GOODRICH BF AEROSPACE | 07/13/93 | MANUAL | CLEARED | 90010407 | 4,500.00 |
| R7023 | GOODRICH BF AEROSPACE | 07/13/93 | SYSTEM | CLEARED | 70010405 | 4,500.00 |
| R7023 | GOODRICH BF AEROSPACE | 07/27/93 | MANUAL | CLEARED | 70020000 | 1,400.00 |
| R7023 | GOODRICH BF AEROSPACE | 07/27/93 | MANUAL | CLEARED | 90009060 | 3,000.00 |
| R7023 | GOODRICH BF AEROSPACE | 08/03/93 | SYSTEM | CLEARED | 70020331 | 2,025.00 |
| R7023 | GOODRICH BF AEROSPACE | 08/03/93 | SYSTEM | CLEARED | 70020331 | 3,000.00 |
| R7023 | GOODRICH BF AEROSPACE | 08/05/93 | OPEN | OPEN | 00010505 | 2,794.80 |
| R7023 | GOODRICH BF AEROSPACE | 08/13/93 | MANUAL | OPEN | 00010503 | 1,491.80 |
| R7023 | GOODRICH BF AEROSPACE | 09/15/93 | MANUAL | OPEN | 00010631 | 450.00 |
|  |  |  |  |  |  | 28,800.11 |
| R9336 | DOWTY AEROSPACE AVIATION SVCS | 08/10/93 | MANUAL | CLEARED | 90009934 | 517.75 |
| R9336 | DOWTY AEROSPACE AVIATION SVCS | 08/31/93 | MANUAL | OPEN | 00010371 | 4,497.85 |
|  |  |  |  |  |  | 5,015.60 |
|  |  |  |  |  |  | 5,015.00 |

PRINTED IN U.S.A.

09/19/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES, INC. - HSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS - FOR JUNE 24, THRU CURRENT

RPT: APCP110-01
PAGE 90

| VENDOR | VENDOR NAME | PAYMENT | TYPE | STATUS | CHECK NUMBER | PAYMENT |
|---|---|---|---|---|---|---|
| 0A2Z2 | INTERNATIONAL TURBINE SRVC INC | 06/29/93 | SYSTEM | CLEARED | 7018856 | 21,000.00 |
| 0A2Z2 | INTERNATIONAL TURBINE SRVC INC | 06/10/93 | SYSTEM | CLEARED | 7020502 | 21,000.00 |
| 0A2Z2 | INTERNATIONAL TURBINE SRVC INC | 08/24/93 | SYSTEM | OPEN | 7021017 | 21,000.00 |
| 0BV34 | EDMO DISTRIBUTORS INC | 08/27/93 | MANUAL | OPEN | 9010311 | 3,805.05 |
| 0BYW8 | GRIMES AEROSPACE COMPANY | 07/06/93 | MANUAL | CLEARED | 9005090 | 2,694.00 |
| 0BYW8 | GRIMES AEROSPACE COMPANY | 07/13/93 | MANUAL | CLEARED | 9009287 | 169.94 |
| 0BYW8 | GRIMES AEROSPACE COMPANY | 07/23/93 | MANUAL | CLEARED | 9005787 | 0.00 |
| 0BYW8 | GRIMES AEROSPACE COMPANY | 07/26/93 | MANUAL | CLEARED | 9005733 | 0.00 |
| 0BYW8 | GRIMES AEROSPACE COMPANY | 07/26/93 | MANUAL | CLEARED | 9005870 | 0.00 |
| 0BYW8 | GRIMES AEROSPACE COMPANY | 07/30/93 | MANUAL | CLEARED | 9005571 | 0.00 |
| 0BYW8 | GRIMES AEROSPACE COMPANY | 07/30/93 | MANUAL | CLEARED | 9000708 | 0.00 |
| 0BYW8 | GRIMES AEROSPACE COMPANY | 08/07/93 | MANUAL | OPEN | 9000708 | 0.00 |
| 0BYW8 | GRIMES AEROSPACE COMPANY | 09/07/93 | MANUAL | OPEN | 9010635 | 0.00 |
| 0BYW8 | GRIMES AEROSPACE COMPANY | 09/15/93 | MANUAL | OPEN | 9010635 | 1,705.18 |
| 0BR09 | LORAL AIRCRAFT BRAKING SYSTEMS | 06/29/93 | SYSTEM | CLEARED | 7018922 | 22,732.84 |
| 0BR09 | LORAL AIRCRAFT BRAKING SYSTEMS | 07/13/93 | SYSTEM | CLEARED | 7019490 | 24,549.97 |
| 0BR09 | LORAL AIRCRAFT BRAKING SYSTEMS | 08/10/93 | SYSTEM | CLEARED | 7020600 | 2,187.37 |
| 0RH53 | AEROWAYS ELECTRONICS, INC. | 07/13/93 | SYSTEM | CLEARED | 7019300 | 423.50 |
| 0RH53 | AEROWAYS ELECTRONICS, INC. | 08/07/93 | SYSTEM | OPEN | 7021307 | 150.90 |
| 0RH53 | AEROWAYS ELECTRONICS, INC. | 08/14/93 | SYSTEM | OPEN | 7021586 | 4,902.24 |
| 00198 | PRATT & WHITNEY CANADA INC | 07/13/93 | SYSTEM | CLEARED | 7019406 | 2,000.00 |
| 00198 | PRATT & WHITNEY CANADA INC | 08/05/93 | MANUAL | CLEARED | 9005853 | 6,100.00 |
| 00198 | PRATT & WHITNEY CANADA INC | 09/14/93 | SYSTEM | OPEN | 7021672 | 6,100.00 |

09/10/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES, INC. - MSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 26 THRU CURRENT

RPT: APD0110-01
PAGE: 120

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| 00094 | COLUMBUS JACK CORPORATION | 07/20/93 | SYSTEM | CLEARED | 70110749 | 2,761.50 |
| 00094 | COLUMBUS JACK CORPORATION | 09/14/93 | SYSTEM | OPEN | 70211558 | 2,386.57 |
| 02121 | MENASCO AEROSPACE LTD | 06/30/93 | MANUAL | CLEARED | 90089080 | 11,035.00 |
| 02121 | MENASCO AEROSPACE LTD | 09/15/93 | MANUAL | OPEN | 90106634 | 6,189.00 |
| 02053 | PORTER, P L CO | 07/19/93 | MANUAL | CLEARED | 90090307 | 2,326.00 |
| 02053 | PORTER, P L CO | 07/19/93 | MANUAL | CLEARED | 90090312 | 664.00 |
| 02053 | PORTER, P L CO | 08/23/93 | MANUAL | CLEARED | 90100891 | 595.10 |
| 03355 | ROBERTS, E V E ASSOCIATES | 06/20/93 | SYSTEM | CLEARED | 70110823 | 204.50 |
| 03355 | ROBERTS, E V E ASSOCIATES | 07/20/93 | SYSTEM | CLEARED | 70110842 | 4,150.00 |
| 03355 | ROBERTS, E V E ASSOCIATES | 09/14/93 | SYSTEM | OPEN | 70210580 | 200.00 |
| 04274 | ROSEMOUNT AEROSPACE INC | 06/20/93 | SYSTEM | CLEARED | 70110857 | 2,000.00 |
| 04274 | ROSEMOUNT AEROSPACE INC | 07/20/93 | SYSTEM | CLEARED | 70110877 | 3,500.00 |
| 04274 | ROSEMOUNT AEROSPACE INC | 08/20/93 | MANUAL | CLEARED | 70200201 | 1,000.00 |
| 04274 | ROSEMOUNT AEROSPACE INC | 08/20/93 | SYSTEM | CLEARED | 70209887 | 1,000.00 |
| 04274 | ROSEMOUNT AEROSPACE INC | 09/14/93 | SYSTEM | CLEARED | 70209888 | 1,000.00 |
| 04274 | ROSEMOUNT AEROSPACE INC | 09/14/93 | SYSTEM | OPEN | 70210620 | 983.75 |
| 07132 | SPEC TOOL CO | 08/03/93 | SYSTEM | CLEARED | 70200339 | 7,251.35 |
| 07132 | SPEC TOOL CO | 08/17/93 | SYSTEM | CLEARED | 70209729 | 1,151.30 |
| 07217 | GARRETT CANADA | 08/25/93 | MANUAL | OPEN | 90102267 | 208.00 |
| 07217 | GARRETT CANADA | 08/26/93 | MANUAL | OPEN | 90102290 | 1,837.00 |
| 08748 | EL DEC CORPORATION | 07/19/93 | MANUAL | CLEARED | 90093908 | 21,108.75 |
| 08748 | EL DEC CORPORATION | 08/19/93 | MANUAL | CLEARED | 90101144 | 563.60 |

09/10/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES INC - MSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 29 THRU CURRENT

RPT: APP0110-01
PAGE 96

| VENDOR NUMBER | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| 08748 | ELDEC CORPORATION | 08/20/93 | MANUAL | CLEARED | 9010175 | 1,503.00 |
|  |  |  |  |  |  | 4,203.25 |
| 09049 | CUSTOM AVIATION SUPPLY COMPANY | 07/13/93 | MANUAL | CLEARED | 9009265 | 94.00 |
| 09049 | CUSTOM AVIATION SUPPLY COMPANY | 07/19/93 | MANUAL | CLEARED | 9009342 | 504.00 |
| 09049 | CUSTOM AVIATION SUPPLY COMPANY | 07/26/93 | MANUAL | CLEARED | 9009500 | 504.00 |
| 09049 | CUSTOM AVIATION SUPPLY COMPANY | 08/27/93 | MANUAL | OPEN | 9010500 | 37.50 |
|  |  |  |  |  |  | 1,141.50 |
| 09133 | ARROW ELECTRONICS INC | 05/29/93 | SYSTEM | CLEARED | 9018836 | 983.60 |
| 09133 | ARROW ELECTRONICS INC | 08/31/93 | SYSTEM | OPEN | 7021082 | 109.10 |
|  |  |  |  |  |  | 1,054.83 |
| 18673 | UNIPAK AVIATION CORPORATION | 07/06/93 | SYSTEM | CLEARED | 7019064 | 3,000.00 |
| 18673 | UNIPAK AVIATION CORPORATION | 07/11/93 | SYSTEM | CLEARED | 7020447 | 3,840.85 |
| 18673 | UNIPAK AVIATION CORPORATION | 07/27/93 | SYSTEM | CLEARED | 7020034 | 669.27 |
|  |  |  |  |  |  | 9,669.27 |
| 12527 | EAGLE SNACKS INC | 06/28/93 | MANUAL | CLEARED | 9009926 | 9,396.50 |
| 12527 | EAGLE SNACKS INC | 08/16/93 | MANUAL | CLEARED | 9010031 | 19,031.10 |
|  |  |  |  |  |  | 19,031.10 |
| 10210 | PACIFIC PROPELLER INC | 07/27/93 | MANUAL | CLEARED | 9009605 | 27,636.28 |
| 10210 | PACIFIC PROPELLER INC | 08/06/93 | MANUAL | CLEARED | 9009868 | 429,010.64 |
| 10210 | PACIFIC PROPELLER INC | 08/12/93 | MANUAL | CLEARED | 9010020 | 5,941.33 |
| 10210 | PACIFIC PROPELLER INC | 08/23/93 | MANUAL | CLEARED | 9010020 | 27,103.95 |
| 10210 | PACIFIC PROPELLER INC | 09/09/93 | MANUAL | CLEARED | 9010528 | 2,919.05 |
| 10210 | PACIFIC PROPELLER INC |  | MANUAL | OPEN |  |  |
|  |  |  |  |  |  | 751,599.75 |
| 11449 | TURBO POWER T MARINE | 08/03/93 | SYSTEM | CLEARED | 7020304 | 2,375.88 |
|  |  |  |  |  |  | 2,375.88 |
| 12795 | HEATH TECNA AEROSPACE CO | 07/20/93 | SYSTEM | CLEARED | 7019782 | 3,085.00 |
| 12795 | HEATH TECNA AEROSPACE CO | 07/25/93 | SYSTEM | CLEARED | 7019781 | 1,020.00 |
| 12795 | HEATH TECNA AEROSPACE CO | 07/25/93 | SYSTEM | CLEARED | 7020023 | 1,045.00 |
| 12795 | HEATH TECNA AEROSPACE CO | 08/03/93 | SYSTEM | CLEARED | 7020080 | 1,051.25 |

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| 12795 | HEATH TECNA AEROSPACE CO | 08/24/93 | SYSTEM | CLEARED | 7020858 | 108.50 |
|  |  |  |  |  |  | 5,931.75 |
| 13069 | ARMTEC/RAGEN, INC. | 07/11/93 | SYSTEM | CLEARED | 7019370 | 1,140.51 |
| 13069A | ARMTEC/RAGEN, INC. | 08/03/93 | SYSTEM | CLEARED | 7020312 | 3,017.88 |
|  |  |  |  |  |  | 4,158.39 |
| 13636 | BARRY CONTROLS | 06/28/93 | MANUAL | CLEARED | 90080031 | 75.22 |
| 13636 | BARRY CONTROLS | 07/01/93 | MANUAL | CLEARED | 90090047 | 122.00 |
| 13636 | BARRY CONTROLS | 07/08/93 | MANUAL | CLEARED | 90090097 | 1,000.00 |
| 13636 | BARRY CONTROLS | 07/15/93 | MANUAL | CLEARED | 90093500 | 250.00 |
| 13636 | BARRY CONTROLS | 07/22/93 | MANUAL | CLEARED | 90095638 | 108.00 |
| 13636 | BARRY CONTROLS | 07/29/93 | MANUAL | CLEARED | 90096404 | 44.60 |
| 13636 | BARRY CONTROLS | 07/28/93 | MANUAL | CLEARED | 90096440 | 1,072.00 |
|  |  |  |  |  |  | 2,671.82 |
| 13091 | SENSOR SYSTEMS INC | 08/17/93 | SYSTEM | CLEARED | 7020720 | 852.00 |
|  |  |  |  |  |  | 852.00 |
| 15701 | EG & G ASTROPHYSICS | 08/02/93 | MANUAL | CLEARED | 90009751 | 2,509.50 |
| 15701 | EG & G ASTROPHYSICS | 08/03/93 | MANUAL | CLEARED | 90009901 | 301.25 |
| 15701 | EG & G ASTROPHYSICS | 08/26/93 | MANUAL | OPEN | 90102287 | 291.00 |
|  |  |  |  |  |  | 3,101.75 |
| 18195 | CELESTE INDUSTRIES CORPORATION | 07/20/93 | SYSTEM | CLEARED | 7019637 | 274.10 |
| 18195 | CELESTE INDUSTRIES CORPORATION | 08/10/93 | SYSTEM | CLEARED | 7020542 | 4,683.00 |
| 18195 | CELESTE INDUSTRIES CORPORATION | 09/31/93 | SYSTEM | OPEN | 7021211 | 995.00 |
|  |  |  |  |  |  | 5,952.10 |
| 19150 | E-SYSTEMS INC | 08/30/93 | MANUAL | OPEN | 9017324 | 19,000.00 |
|  |  |  |  |  |  | 19,000.00 |
| 19176 | SERVO INSTRUMENT CORPORATION | 08/05/93 | MANUAL | CLEARED | 9009957 | 1,583.50 |
|  |  |  |  |  |  | 1,583.50 |

HAWAIIAN AIRLINES INC. - MSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

| VENDOR NUMBER | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| 19527 | LUCAS AVITRON | 06/29/93 | SYSTEM | CLEARED | 7018852 | 1,701.00 |
| 19527 | LUCAS AVITRON | 07/30/93 | SYSTEM | CLEARED | 7019848 | 114,883.80 |
| 19527 | LUCAS AVITRON | 07/22/93 | MANUAL | CLEARED | 702326 | 6,530.00 |
| 19527 | LUCAS AVITRON | 07/22/93 | SYSTEM | CLEARED | 700951 | 385.47 |
| 19527 | LUCAS AVITRON | 07/19/93 | SYSTEM | OPEN | 700101 | 8,860.40 |
| 19565 | SYMBOLIC DISPLAYS, INC. | 08/03/93 | SYSTEM | CLEARED | 700101 | 9,563.19 |
| 19580 | JEPPESEN SANDERSON | 07/13/93 | SYSTEM | CLEARED | 7020250 | 5,703.19 |
| 19580 | JEPPESEN SANDERSON | 07/13/93 | SYSTEM | CLEARED | | 5,703.19 |
| 19580 | JEPPESEN SANDERSON | 07/15/93 | MANUAL | OPEN | | 107.30 |
| 19680 | RAND MCNALLY KIMBALL | 07/06/93 | SYSTEM | OPEN | 7019490 | 707.30 |
| 19680 | RAND MCNALLY KIMBALL | 08/03/93 | SYSTEM | CLEARED | 701224 | 15,875.85 |
| 19680 | RAND MCNALLY KIMBALL | 09/14/93 | SYSTEM | CLEARED | 901018 | 9,831.08 |
| 2N874 | AIRLINE SUPPLY & CONSULTANT | 09/14/93 | SYSTEM | CLEARED | | 28,038.91 |
| 2N874 | AIRLINE SUPPLY & CONSULTANT | 07/08/93 | SYSTEM | CLEARED | 7019106 | 87,731.40 |
| 2N874 | AIRLINE SUPPLY & CONSULTANT | 07/13/93 | SYSTEM | CLEARED | 702024 | 3,488.18 |
| 2N874 | AIRLINE SUPPLY & CONSULTANT | 07/22/93 | SYSTEM | CLEARED | 702038 | 1,893.40 |
| 2N874 | AIRLINE SUPPLY & CONSULTANT | 09/10/93 | SYSTEM | OPEN | 702163 | 32,580.00 |
| 2N874 | AIRLINE SUPPLY & CONSULTANT | | | | | 125,691.53 |
| 20806 | ARGO TECH CORP | 07/06/93 | SYSTEM | CLEARED | 7019057 | 21,154.59 |
| 20806 | ARGO TECH CORP | 07/27/93 | SYSTEM | CLEARED | 7019466 | 561.10 |
| 20806 | ARGO TECH CORP | | | | 702007B | 6,172.00 |
| 20806 | ARGO TECH CORP | | | | 702019 | 2,592.08 |
| 20806 | ARGO TECH CORP | | | | 702143 | 6,172.00 |
| 20806 | ARGO TECH CORP | | | | | 2,583.04 |
| 22457 | GILL, H C CORPORATION | 07/08/93 | SYSTEM | CLEARED | 7019102 | 19,200.36 |
| 22457 | GILL, H C CORPORATION | 07/28/93 | SYSTEM | CLEARED | 702003 | 4,774.06 |
| 22457 | GILL, H C CORPORATION | 07/28/93 | MANUAL | | 900010 | 491.12 |
| 22457 | GILL, H C CORPORATION | 07/25/93 | MANUAL | | 900005 | 8,565.18 |
| 22457 | GILL, H C CORPORATION | | MANUAL | | 900097 | 11,120.00 |
| 22457 | GILL, H C CORPORATION | | | | | 1,024.00 |
| 22457 | GILL, H C CORPORATION | | | | | 2,995.00 |

| VENDOR NUMBER | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|---|
| 22826 | AAR ALLEN AIRCRAFT CORP | 07/20/93 | SYSTEM | CLEARED | 7019581 | | 85.25 |
| 22826 | AAR ALLEN AIRCRAFT CORP | 08/26/93 | MANUAL | CLEARED | 9009788 | 13,785.00 | |
| | | | | | | 13,870.25 | |
| 23942 | AERO SYSTEMS AVIATION CORP | 08/31/93 | SYSTEM | OPEN | 7021210 | | 4,573.07 |
| 23942 | AERO SYSTEMS AVIATION CORP | 09/15/93 | MANUAL | OPEN | 9010644 | 4,787.16 | |
| | | | | | | 9,360.23 | |
| 25583 | JET ELECTRONICS & TECH INC | 09/14/93 | SYSTEM | OPEN | 7021608 | | 808.50 |
| | | | | | | 808.50 | |
| 26101 | LAMAR ELECTRO-AIR CORP | 06/28/93 | MANUAL | CLEARED | 9008925 | 33,566.20 | |
| 26101 | LAMAR ELECTRO-AIR CORP | 07/20/93 | MANUAL | CLEARED | 9009042 | 9,207.28 | |
| 26101 | LAMAR ELECTRO-AIR CORP | 07/26/93 | MANUAL | CLEARED | 9009398 | 1,297.28 | |
| 26101 | LAMAR ELECTRO-AIR CORP | 07/20/93 | MANUAL | CLEARED | 9009608 | 52,659.00 | |
| 26101 | LAMAR ELECTRO-AIR CORP | 07/26/93 | MANUAL | CLEARED | 9009680 | 5,800.00 | |
| 26101 | LAMAR ELECTRO-AIR CORP | 09/09/93 | MANUAL | OPEN | 9010530 | 9,000.00 | |
| 26101 | LAMAR ELECTRO-AIR CORP | 09/07/93 | MANUAL | CLEARED | 9010414 | 2,234.04 | |
| 26101 | LAMAR ELECTRO-AIR CORP | 09/15/93 | MANUAL | OPEN | 9010624 | 9,236.04 | |
| | | | | | | 200,199.48 | |
| 26647 | WENCOR WEST INC | 07/13/93 | SYSTEM | CLEARED | 7018182 | | 102.67 |
| 26647 | WENCOR WEST INC | 08/02/93 | MANUAL | CLEARED | 9009739 | 1,195.50 | |
| | | | | | | 1,298.17 | |
| 27914 | BENDIX AVIONICS | 07/01/93 | MANUAL | CLEARED | 9009141 | 156.00 | |
| 27914 | BENDIX AVIONICS | 07/13/93 | SYSTEM | CLEARED | 7018305 | 1,950.15 | |
| 27914 | BENDIX AVIONICS | 07/13/93 | MANUAL | CLEARED | 9009272 | 5,135.00 | |
| 27914 | BENDIX AVIONICS | 07/20/93 | SYSTEM | CLEARED | 7019786 | 1,843.52 | |
| | | | | | | 7,084.67 | |
| 29700 | EXXON COMPANY USA | 07/13/93 | SYSTEM | CLEARED | 7019469 | | 7,744.58 |
| | | | | | | 7,744.58 | |
| 29780 | MONOGRAM SANITATION | 07/07/93 | MANUAL | CLEARED | 9009142 | 116.00 | |
| 29780 | MONOGRAM SANITATION | 07/07/93 | MANUAL | CLEARED | 9009143 | 100.00 | |
| 29780 | MONOGRAM SANITATION | 07/07/93 | MANUAL | CLEARED | 9009144 | 121.00 | |

09/12/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES INC. - HSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

PAGE 96
REF: AP0110-01

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| 29780 | HONGRAM SANITATION | 07/07/93 | MANUAL | CLEARED | 0000145 | 322.50 |
| 29780 | HONGRAM SANITATION | 07/07/93 | MANUAL | CLEARED | 0000254 | 160.00 |
| 29780 | HONGRAM SANITATION | 07/22/93 | MANUAL | CLEARED | 0000599 | 25.84 |
| 29780 | HONGRAM SANITATION | 07/11/93 | MANUAL | CLEARED | 0000206 | 106.00 |
| 29780 | HONGRAM SANITATION | 07/11/93 | MANUAL | CLEARED | 0000420 | 15.00 |
| 29780 | HONGRAM SANITATION | 07/09/93 | MANUAL | CLEARED | 0000182 | 40.00 |
| 29780 | HONGRAM SANITATION | 07/20/93 | MANUAL | CLEARED | 0000174 | 21.00 |
| 29780 | HONGRAM SANITATION | 07/15/93 | MANUAL | OPEN | 0000206 | 475.00 |
| 29780 | HONGRAM SANITATION | 08/04/93 | MANUAL | OPEN | 0001125 | 30.00 |
| 29780 | HONGRAM SANITATION | 08/14/93 | SYSTEM | OPEN | 7019765 | 30.00 |
| 29957 | NORDAM | 06/25/93 | MANUAL | CLEARED | 0000887 | 20.00 |
| 29957 | NORDAM | 07/27/93 | MANUAL | CLEARED | 0000870 | 20.00 |
| 29957 | NORDAM | 07/27/93 | MANUAL | CLEARED | 0000896 | 22.50 |
| 29957 | NORDAM | 07/28/93 | MANUAL | CLEARED | 0001088 | 24.00 |
| 29957 | NORDAM | 07/18/93 | SYSTEM | CLEARED | 0000558 | 100.80 |
| 29957 | NORDAM | 07/10/93 | MANUAL | CLEARED | 0000497 | 247.70 |
| 29957 | NORDAM | 08/08/93 | MANUAL | CLEARED | 0000491 | 84.48 |
| 29957 | NORDAM | 08/09/93 | SYSTEM | CLEARED | 0001352 | 34.75 |
| 29957 | NORDAM | 07/07/93 | MANUAL | CLEARED | 0000958 | 88.00 |
| 29957 | NORDAM | 07/06/93 | MANUAL | CLEARED | 0001044 | 18.00 |
| 29957 | NORDAM | 07/27/93 | SYSTEM | CLEARED | 0001739 | 45.00 |
| 29957 | NORDAM | 08/02/93 | MANUAL | CLEARED | 0000484 | 285.00 |
| 29957 | NORDAM | 07/10/93 | HONUAL | OPEN | 762 | 500.00 |
| 29957 | NORDAM | 08/14/93 | SYSTEM | OPEN | 7019595 | 84.25 |
| 29957 |  | 07/12/93 | MANUAL | CLEARED | 9009247 | 3,050.00 |
| 3L879 | EQUIPMENT E SUPPLY, INC. | 07/12/93 | MANUAL | CLEARED | 9009247 | 3,050.00 |
| 3L879 |  |  |  |  |  | 3,050.00 |
| 30528 | HOLLINGSEAD INTL INC | 09/13/93 | MANUAL | OPEN | V0105566 | 1,208.64 |
| 30528 |  |  |  |  |  | 1,208.64 |
| 31435 | LUCAS AEROSPACE | 05/29/93 | SYSTEM | CLEARED | 7019002 | 6,815.78 |
| 31435 | LUCAS AEROSPACE | 07/06/93 | SYSTEM | CLEARED | 7019087 | 5,900.00 |
| 31435 | LUCAS AEROSPACE | 07/13/93 | SYSTEM | CLEARED | 7019467 | 2,453.82 |
| 31435 | LUCAS AEROSPACE | 07/10/93 | SYSTEM | CLEARED | 7019763 | 3,070.22 |

09/12/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES INC. - HSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FROM JUNE 24 THRU CURRENT

PAGE 97
RPT: APV011P-01

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|--------|-------------|--------------|------|--------|--------------|----------------|
| 31435 | LUCAS AEROSPACE | 08/10/93 | SYSTEM | CLEARED | 7020589 | 1,187.85 |
| | | | | | | 29,127.85 |
| 33272 | STRUBLE E MOFFITT CO | 07/20/93 | SYSTEM | CLEARED | 7019760 | 3,000.00 |
| 33272 | STRUBLE E MOFFITT CO | 07/27/93 | SYSTEM | CLEARED | 7020524 | 4,000.00 |
| 33272 | STRUBLE E MOFFITT CO | 08/03/93 | SYSTEM | CLEARED | 7020524 | 4,000.00 |
| | | | | | | 11,000.00 |
| 34476 | AIRCRAFT SYSTEMS | 07/13/93 | SYSTEM | CLEARED | 7019450 | 4,195.00 |
| | | | | | | 4,195.00 |
| 39429 | ENCOTECH INC | 06/20/93 | SYSTEM | CLEARED | 7018900 | 5,822.00 |
| 39420 | ENCOTECH INC | 07/08/93 | SYSTEM | CLEARED | 7009412 | 2,996.00 |
| 39420 | ENCOTECH INC | 07/20/93 | SYSTEM | CLEARED | 7009413 | 2,585.00 |
| 39420 | ENCOTECH INC | 08/11/93 | SYSTEM | OPEN | 1,000,9948 | 1,000.00 |
| | | | | | | 20,618.00 |
| 39611 | NENASCO AEROSPACE LTD | 07/07/93 | MANUAL | CLEARED | 0009140 | 13,927.10 |
| 39611 | NENASCO AEROSPACE LTD | 07/12/93 | MANUAL | CLEARED | 0009242 | 13,951.62 |
| | | | | | | 27,878.72 |
| AV792 | COLLINS DIVISIONS | 06/28/93 | MANUAL | CLEARED | 0000892 | 3,190.50 |
| AV792 | COLLINS DIVISIONS | 07/06/93 | MANUAL | CLEARED | 0000900 | 1,230.00 |
| AV792 | COLLINS DIVISIONS | 07/06/93 | MANUAL | CLEARED | 0009103 | 2,477.00 |
| AV792 | COLLINS DIVISIONS | 07/20/93 | MANUAL | CLEARED | 0009104 | 2,857.00 |
| AV792 | COLLINS DIVISIONS | 07/08/93 | SYSTEM | CLEARED | 7019434 | 3,000.00 |
| AV792 | COLLINS DIVISIONS | 07/13/93 | SYSTEM | CLEARED | 7019435 | 3,000.00 |
| AV792 | COLLINS DIVISIONS | 07/13/93 | MANUAL | CLEARED | 0009414 | 2,214.00 |
| AV792 | COLLINS DIVISIONS | 08/09/93 | MANUAL | CLEARED | 0009415 | 2,742.00 |
| AV792 | COLLINS DIVISIONS | 07/21/93 | MANUAL | CLEARED | 0009416 | 3,142.00 |
| AV792 | COLLINS DIVISIONS | 08/03/93 | MANUAL | CLEARED | 0009408 | 2,745.00 |
| AV792 | COLLINS DIVISIONS | 08/03/93 | MANUAL | CLEARED | 0000900 | 3,742.00 |
| AV792 | COLLINS DIVISIONS | 08/10/93 | SYSTEM | CLEARED | 7020310 | 2,745.00 |
| AV792 | COLLINS DIVISIONS | 08/17/93 | MANUAL | CLEARED | 0010028 | 2,742.00 |
| AV792 | COLLINS DIVISIONS | 08/24/93 | OPEN | | 0010025 | 2,254.00 |

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| 4V792 | COLLINS DIVISIONS | 08/24/93 | MANUAL | CLEARED | 9010231 | 17,782.64 |
| 4V792 | COLLINS DIVISIONS | 08/26/93 | MANUAL | OPEN | 9010248 | 445.29 |
| 4V792 | COLLINS DIVISIONS | 09/02/93 | MANUAL | OPEN | 9010404 | 1,055.91 |
| 4V792 | COLLINS DIVISIONS | 09/05/93 | MANUAL | OPEN | 9010406 | 608.07 |
| 4V792 | COLLINS DIVISIONS | 09/13/93 | MANUAL | OPEN | 9010594 | 810.00 |
| 4V792 | COLLINS DIVISIONS | | | | | 80,802.01 |
| 4A530 | SPECIALTY BULB COMPANY INC | 08/24/93 | SYSTEM | CLEARED | 7020545 | 310.40 |
| 4A530 | SPECIALTY BULB COMPANY INC | 09/01/93 | MANUAL | OPEN | 9010407 | 367.25 |
| 4A530 | | | | | | 677.65 |
| 5K374 | AVIALL | 07/08/93 | MANUAL | CLEARED | 0005180 | 564.75 |
| 5K374 | AVIALL | 07/08/93 | MANUAL | CLEARED | 0009001 | 81.20 |
| 5K374 | AVIALL | 07/08/93 | MANUAL | CLEARED | 0009201 | 5,680.00 |
| 5K374 | AVIALL | 07/12/93 | MANUAL | CLEARED | 0009473 | 15,744.12 |
| 5K374 | AVIALL | 07/12/93 | MANUAL | CLEARED | 0009469 | 533.07 |
| 5K374 | AVIALL | 07/23/93 | MANUAL | CLEARED | 0009600 | 275.00 |
| 5K374 | AVIALL | 08/02/93 | MANUAL | CLEARED | 0009780 | 3,603.54 |
| 5K374 | AVIALL | 08/06/93 | MANUAL | CLEARED | 0009722 | 275.00 |
| 5K374 | AVIALL | 08/20/93 | MANUAL | CLEARED | 0009844 | 21.69 |
| 5K374 | AVIALL | 09/10/93 | MANUAL | OPEN | 0009977 | 847.00 |
| 5K374 | AVIALL | 09/10/93 | MANUAL | OPEN | 0009989 | 33.00 |
| 5K374 | AVIALL | 09/13/93 | MANUAL | OPEN | 0010000 | 1,055.00 |
| 5K374 | AVIALL | 09/15/93 | MANUAL | OPEN | 0010915 | 32.75 |
| 5K374 | | | | | | 28,171.72 |
| 5V411 | FARIBAULT WOOLEN MILL CO | 07/20/93 | SYSTEM | CLEARED | 7019785 | 5,000.00 |
| 5V411 | FARIBAULT WOOLEN MILL CO | 08/03/93 | SYSTEM | CLEARED | 7020058 | 5,000.00 |
| 5V411 | FARIBAULT WOOLEN MILL CO | 08/27/93 | SYSTEM | CLEARED | 7020342 | 9,960.00 |
| 5V411 | FARIBAULT WOOLEN MILL CO | 08/17/93 | SYSTEM | CLEARED | 7020082 | 285.00 |
| 5V411 | FARIBAULT WOOLEN MILL CO | 09/10/93 | MANUAL | OPEN | 9010058 | 285.00 |
| 5V411 | | | | | | 13,750.00 |
| 51663 | LEAR ROMEC CORPORATION | 06/29/93 | SYSTEM | CLEARED | 7018870 | 3,265.25 |
| 51663 | LEAR ROMEC CORPORATION | 07/20/93 | SYSTEM | CLEARED | 7019754 | 2,844.80 |
| 51663 | | | | | | 6,110.05 |
| 51663 | | | | | | 110.75 |

09/19/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES INC - MSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

PAGE
RPT: AP001 19-01

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| 52006 | ROLLS-ROYCE INC | 06/22/93 | SYSTEM | CLEARED | 7018838 | 21,000.00 |
| 52006 | ROLLS-ROYCE INC | 06/25/93 | SYSTEM | CLEARED | 7019793 | 21,000.00 |
| 52006 | ROLLS-ROYCE INC | 07/09/93 | SYSTEM | CLEARED | 7019744 | 12,000.00 |
| 52006 | ROLLS-ROYCE INC | 07/23/93 | SYSTEM | CLEARED | 7020078 | 22,000.00 |
| 52006 | ROLLS-ROYCE INC | 08/06/93 | SYSTEM | CLEARED | 7020508 | 22,700.00 |
| 52006 | ROLLS-ROYCE INC | 08/20/93 | SYSTEM | CLEARED | 7020580 | 22,700.00 |
| 52006 | ROLLS-ROYCE INC | 09/03/93 | SYSTEM | CLEARED | 7020982 | 10,000.00 |
| 52006 | ROLLS-ROYCE INC | 09/17/93 | SYSTEM | OPEN | 7021002 | 21,000.00 |
| 55912 | AV-OX INC | 07/15/93 | MANUAL | CLEARED | 9000343 | 2,562.95 |
| 55912 | AV-OX INC | 07/15/93 | SYSTEM | CLEARED | 7019791 | 7,632.95 |
| 55912 | AV-OX INC | 07/28/93 | MANUAL | CLEARED | 9000748 | 1,782.00 |
| 55912 | AV-OX INC | 08/05/93 | MANUAL | CLEARED | 9000894 | 2,563.95 |
| 55912 | AV-OX INC | 08/20/93 | MANUAL | CLEARED | 9001131 | 2,668.00 |
| 55912 | AV-OX INC | 08/31/93 | MANUAL | OPEN | 9001302 | 1,044.00 |
| 57399 | EASTERN AERO MARINE | 07/02/93 | MANUAL | CLEARED | 9000085 | 1,750.00 |
| 57666 | UNC ACCESSORY OVERHAUL GROUP | 06/29/93 | SYSTEM | CLEARED | 7018835 | 5,044.58 |
| 57666 | UNC ACCESSORY OVERHAUL GROUP | 06/25/93 | MANUAL | CLEARED | 9000851 | 1,780.00 |
| 57666 | UNC ACCESSORY OVERHAUL GROUP | 07/09/93 | MANUAL | CLEARED | 9000952 | 1,646.17 |
| 57666 | UNC ACCESSORY OVERHAUL GROUP | 07/28/93 | MANUAL | CLEARED | 9000953 | 1,185.00 |
| 57666 | UNC ACCESSORY OVERHAUL GROUP | 08/03/93 | MANUAL | CLEARED | 9000954 | 5,315.00 |
| 57666 | UNC ACCESSORY OVERHAUL GROUP | 07/15/93 | SYSTEM | CLEARED | 7019792 | 2,517.00 |
| 57666 | UNC ACCESSORY OVERHAUL GROUP | 07/13/93 | MANUAL | CLEARED | 7010000 | 1,557.00 |
| 57666 | UNC ACCESSORY OVERHAUL GROUP | 07/13/93 | MANUAL | CLEARED | 9001001 | 2,207.00 |
| 57666 | UNC ACCESSORY OVERHAUL GROUP | 07/13/93 | SYSTEM | CLEARED | 7019951 | 4,155.00 |
| 57666 | UNC ACCESSORY OVERHAUL GROUP | 08/11/93 | MANUAL | CLEARED | 9001051 | 1,750.00 |
| 57666 | UNC ACCESSORY OVERHAUL GROUP | 08/11/93 | SYSTEM | CLEARED | 7020508 | 2,463.00 |
| 57666 | UNC ACCESSORY OVERHAUL GROUP | 08/04/93 | MANUAL | CLEARED | 9001093 | 1,175.00 |
| 57666 | UNC ACCESSORY OVERHAUL GROUP | 08/11/93 | MANUAL | OPEN | 7020790 | 1,518.00 |
| 57666 | UNC ACCESSORY OVERHAUL GROUP | 08/24/93 | OPEN | OPEN | 9001204 | 5,179.78 |
| 57666 | UNC ACCESSORY OVERHAUL GROUP | 08/24/93 | OPEN | OPEN | 9001230 | 1,110.00 |
| 57666 | UNC ACCESSORY OVERHAUL GROUP | 08/24/93 | OPEN | OPEN | 9001250 | 1,175.00 |
| 57666 | UNC ACCESSORY OVERHAUL GROUP | 08/24/93 | OPEN | OPEN | 9001023 | 1,317.00 |
| 57666 | UNC ACCESSORY OVERHAUL GROUP | 09/15/93 | MANUAL | OPEN | 9001028 | 1,017.00 |

C9/19/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES INC
A/P CHECK DISBURSEMENTS FOR ACCOUNTS PAYABLE FOR JUNE 24 THRU CURRENT

PAGE 129
RPT : APR010-01

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| 57666 | | | | | | |
| 58955 | AVIATION EQUIPMENT INC | 06/29/93 | SYSTEM | CLEARED | 7018917 | 11,018.37 |
| 58955 | AVIATION EQUIPMENT INC | 07/06/93 | MANUAL | CLEARED | 9008807 | 21,118.00 |
| 58955 | AVIATION EQUIPMENT INC | 07/13/93 | SYSTEM | CLEARED | 7019101 | 1,000.00 |
| 58955 | AVIATION EQUIPMENT INC | 07/20/93 | SYSTEM | CLEARED | 7019470 | 2,000.00 |
| 58955 | AVIATION EQUIPMENT INC | 07/27/93 | SYSTEM | CLEARED | 7020050 | 1,000.00 |
| 58955 | AVIATION EQUIPMENT INC | 08/03/93 | SYSTEM | OPEN | 7021045 | 1,000.00 |
| 58955 | AVIATION EQUIPMENT INC | 08/17/93 | SYSTEM | OPEN | 7021673 | 2,000.00 |
| | | | | | | 69,543.90 |
| 58376 | DEVORE AVIATION CORPORATION | 07/06/93 | SYSTEM | CLEARED | 7019055 | 1,000.00 |
| 58376 | DEVORE AVIATION CORPORATION | 08/03/93 | SYSTEM | CLEARED | 7020787 | 2,000.00 |
| 58376 | DEVORE AVIATION CORPORATION | 08/31/93 | SYSTEM | OPEN | 7021193 | 2,000.00 |
| 50364 | GARRETT AIRLINE SERVICES DIV | 07/13/93 | SYSTEM | CLEARED | 7019308 | 4.01 |
| 50364 | GARRETT AIRLINE SERVICES DIV | 07/14/93 | MANUAL | CLEARED | 9003307 | 2,585.85 |
| 50364 | GARRETT AIRLINE SERVICES DIV | 07/16/93 | MANUAL | CLEARED | 9003307 | 2,000.00 |
| 50364 | GARRETT AIRLINE SERVICES DIV | 07/16/93 | MANUAL | CLEARED | 0009002 | 1,888.72 |
| 50364 | GARRETT AIRLINE SERVICES DIV | 07/16/93 | MANUAL | CLEARED | 0009054 | 2,000.00 |
| 50364 | GARRETT AIRLINE SERVICES DIV | 08/20/93 | MANUAL | CLEARED | 0009654 | 1,000.00 |
| 50364 | GARRETT AIRLINE SERVICES DIV | 08/20/93 | SYSTEM | CLEARED | 0009551 | 3,000.00 |
| 50364 | GARRETT AIRLINE SERVICES DIV | 08/20/93 | MANUAL | CLEARED | 0009763 | 2,000.00 |
| 50364 | GARRETT AIRLINE SERVICES DIV | 08/26/93 | MANUAL | CLEARED | 0009842 | 1,000.00 |
| 50364 | GARRETT AIRLINE SERVICES DIV | 08/26/93 | SYSTEM | OPEN | 7020060 | 2,000.00 |
| 50364 | GARRETT AIRLINE SERVICES DIV | 07/27/93 | MANUAL | OPEN | 7020714 | 1,000.00 |
| 50364 | GARRETT AIRLINE SERVICES DIV | 08/04/93 | SYSTEM | CLEARED | 0010041 | 2,000.00 |
| 50364 | GARRETT AIRLINE SERVICES DIV | 08/05/93 | MANUAL | OPEN | 0010042 | 1,000.00 |
| 50364 | GARRETT AIRLINE SERVICES DIV | 14/03/93 | MANUAL | OPEN | 0010049 | 1,000.00 |
| 50364 | GARRETT AIRLINE SERVICES DIV | | | | | |
| 59551 | BE D INSTRUMENTS & AVIONICS INC | 06/29/93 | SYSTEM | CLEARED | 7018838 | 1,000.00 |
| 59551 | BE D INSTRUMENTS & AVIONICS INC | 08/05/93 | MANUAL | CLEARED | 9009064 | 1,920.25 |

09/12/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES INC - MSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

PAGE 101
RPT: APCD11D-01

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| 59551 | | | | | | 2,910.25 |
| 59789 | KIRKHILL AIRCRAFT PARTS CO | 08/17/93 | SYSTEM | CLEARED | 7020728 | 1,117.00 |
| 59789 | KIRKHILL AIRCRAFT PARTS CO | 09/14/93 | SYSTEM | OPEN | 7021852 | 204.22 |
| | | | | | | 1,321.22 |
| 61349 | AMETEK | 07/13/93 | SYSTEM | CLEARED | 7010355 | 975.00 |
| | | | | | | 975.00 |
| 62204 | HUGHES-AVICOM INTERNATIONAL | 07/09/93 | MANUAL | CLEARED | 0000214 | 10,000.00 |
| 62204 | HUGHES-AVICOM INTERNATIONAL | 07/13/93 | SYSTEM | CLEARED | 7010476 | 10,842.00 |
| 62204 | HUGHES-AVICOM INTERNATIONAL | 07/20/93 | SYSTEM | CLEARED | 7010770 | 44,400.00 |
| 62204 | HUGHES-AVICOM INTERNATIONAL | 07/23/93 | SYSTEM | CLEARED | 7020205 | 104,060.00 |
| 62204 | HUGHES-AVICOM INTERNATIONAL | 08/23/93 | SYSTEM | CLEARED | 7020200 | 5,025.00 |
| 62204 | HUGHES-AVICOM INTERNATIONAL | 08/10/93 | MANUAL | CLEARED | 0020041 | 1,741.00 |
| 62204 | HUGHES-AVICOM INTERNATIONAL | 09/13/93 | SYSTEM | OPEN | 7020542 | 3,000.00 |
| 62204 | HUGHES-AVICOM INTERNATIONAL | 09/13/93 | SYSTEM | OPEN | 0020047 | 3,000.00 |
| 62204 | HUGHES-AVICOM INTERNATIONAL | 09/13/93 | MANUAL | OPEN | 0010542 | 5,000.00 |
| | | | | | | 71,967.25 |
| 62225 | DRIESSEN AIRCRAFT INTERIOR SYS | 09/14/93 | SYSTEM | OPEN | 7021663 | 5,190.00 |
| | | | | | | 5,190.00 |
| 63167 | AIRCRAFT PRODUCTS COMPANY | 07/14/93 | MANUAL | CLEARED | 0000316 | 87.20 |
| 63167 | AIRCRAFT PRODUCTS COMPANY | 07/26/93 | MANUAL | CLEARED | 0000679 | 1,876.80 |
| 63167 | AIRCRAFT PRODUCTS COMPANY | 08/03/93 | MANUAL | CLEARED | 0010265 | 1,753.80 |
| 63167 | AIRCRAFT PRODUCTS COMPANY | 08/25/93 | MANUAL | OPEN | 0010285 | 160.80 |
| | | | | | | 2,878.70 |
| 63615 | WALLACE COMPUTER SERVICES INC | 07/13/93 | SYSTEM | CLEARED | 7019473 | 9,348.99 |
| | | | | | | 9,348.99 |
| 65092 | AMETEK AEROSPACE PRODUCTS | 09/14/93 | MANUAL | OPEN | 9010592 | 1,376.75 |
| | | | | | | 1,376.75 |

09/12/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES, INC. — HSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

PAGE 131
RPT: APD011D-01

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| 66005 | WILSON, W S CORPORATION | 07/09/93 | MANUAL | CLEARED | 00090220 | 66.80 |
| 66005 | WILSON, W S CORPORATION | 07/18/93 | MANUAL | CLEARED | 00090233 | 515.80 |
| 66005 | WILSON, W S CORPORATION | 07/16/93 | MANUAL | CLEARED | 00090183 | 205.25 |
| | | | | | | 787.85 |
| 66503 | WOODWARD GOVERNOR COMPANY | 08/05/93 | MANUAL | CLEARED | 00090134 | 100.50 |
| 66503 | WOODWARD GOVERNOR COMPANY | 08/23/93 | SYSTEM | CLEARED | 70200274 | 2,600.77 |
| 66503 | WOODWARD GOVERNOR COMPANY | 08/23/93 | MANUAL | CLEARED | 01052022 | 450.00 |
| 66503 | WOODWARD GOVERNOR COMPANY | 08/31/93 | MANUAL | OPEN | 01010506 | 400.00 |
| 66503 | WOODWARD GOVERNOR COMPANY | 09/14/93 | SYSTEM | OPEN | 70200855 | 3,015.00 |
| 66503 | WOODWARD GOVERNOR COMPANY | 09/14/93 | MANUAL | OPEN | 00105001 | 900.00 |
| | | | | | | 7,466.27 |
| 66503 | VI BRO-METER CORP | 08/10/93 | MANUAL | CLEARED | 00090932 | 406.50 |
| 7F973 | VI BRO-METER CORP | 09/05/93 | MANUAL | OPEN | 09010858 | 285.50 |
| | | | | | | 792.00 |
| 7F073 | | | | | | 791.00 |
| | | | | | | 791.00 |
| 7V734 | GAS TURBINE CORPORATION | 07/22/93 | MANUAL | CLEARED | 00095505 | 1,553.00 |
| 7V734 | GAS TURBINE CORPORATION | 09/15/93 | MANUAL | OPEN | 09010630 | 12,620.00 |
| | | | | | | 14,173.00 |
| 71791 | CURTISS-WRIGHT FLIGHT SYSTEMS | 08/05/93 | MANUAL | CLEARED | 00009850 | 1,850.00 |
| | | | | | | 1,850.00 |
| 71867 | DE HAVILLAND, INC. | 07/13/93 | SYSTEM | CLEARED | 70104568 | 6,025.86 |
| 71867 | DE HAVILLAND, INC. | 07/30/93 | SYSTEM | CLEARED | 70104737 | 2,850.96 |
| 71867 | DE HAVILLAND, INC. | 08/17/93 | SYSTEM | OPEN | 70200757 | 5,720.20 |
| 71867 | DE HAVILLAND, INC. | 08/24/93 | SYSTEM | OPEN | 70200805 | 2,721.20 |
| 71867 | DE HAVILLAND, INC. | 09/14/93 | SYSTEM | OPEN | 70201646 | 1,800.50 |
| | | | | | | 18,810.50 |
| 73030 | HAMILTON STANDARD | 06/29/93 | SYSTEM | CLEARED | 70108876 | 3,000.00 |
| 73030 | HAMILTON STANDARD | 07/06/93 | MANUAL | CLEARED | 00009858 | 7,000.00 |
| 73030 | HAMILTON STANDARD | 07/06/93 | SYSTEM | CLEARED | 70109869 | 3,200.00 |
| 73030 | HAMILTON STANDARD | 07/06/93 | MANUAL | CLEARED | 00009104 | 1,000.00 |
| 73030 | HAMILTON STANDARD | 07/06/93 | MANUAL | CLEARED | 00009105 | 1,000.00 |
| 73030 | HAMILTON STANDARD | 07/08/93 | MANUAL | CLEARED | 00009346 | 1,000.00 |
| 73030 | HAMILTON STANDARD | 07/15/93 | MANUAL | CLEARED | 00009774 | 3,545.75 |
| | | | | | | 3,545.75 |

09/19/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES INC. - MSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

PAGE    103
RPT: APTO1D-01

| VENDOR | VENDOR NAME | PAYMENT | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| 73030 | HAMILTON STANDARD | 07/27/93 | MANUAL | OPEN | 000000007 | 1,703.73 |
| 73030 | HAMILTON STANDARD | 07/28/93 | MANUAL | CLEARED | 000009640 | 9,400.80 |
| 73030 | HAMILTON STANDARD | 07/28/93 | MANUAL | CLEARED | 000009650 | 0000.85 |
| 73030 | HAMILTON STANDARD | 07/28/93 | MANUAL | OPEN | 000009651 | 0000.85 |
| 73030 | HAMILTON STANDARD | 08/02/93 | MANUAL | CLEARED | 000009766 | 3,158.75 |
| 73030 | HAMILTON STANDARD | 08/02/93 | SYSTEM | CLEARED | 200097 06 | 1,050.75 |
| 73030 | HAMILTON STANDARD | 08/03/93 | MANUAL | CLEARED | 200020 10 | 5,950.00 |
| 73030 | HAMILTON STANDARD | 08/18/93 | MANUAL | CLEARED | 000000978 | 2,926.00 |
| 73030 | HAMILTON STANDARD | 08/18/93 | MANUAL | CLEARED | 000000943 | 2,550.00 |
| 73030 | HAMILTON STANDARD | 08/24/93 | MANUAL | CLEARED | 000001014 | 5,950.00 |
| 73030 | HAMILTON STANDARD | 08/24/93 | MANUAL | OPEN | 001003208 | 6,547.00 |
| 73030 | HAMILTON STANDARD | 09/09/93 | MANUAL | OPEN | 001003206 | 0.00 |
| 73030 | HAMILTON STANDARD | 09/03/93 | MANUAL | OPEN | 001003204 | 0.00 |
| 73030 | HAMILTON STANDARD | 09/01/93 | MANUAL | OPEN | 001003203 | 3,172.00 |
| 73030 | HAMILTON STANDARD | 09/14/93 | SYSTEM | OPEN | 702164 48 | 129,008.11 |
| 73197 | HI-SHEAR CORPORATION | 06/29/93 | SYSTEM | CLEARED | 701888 1 | 3,316.00 |
| 75245 | KELL-STROM TOOL CO INC | 07/13/93 | SYSTEM | CLEARED | 701902 21 | 2,413.00 |
| 75245 | KELL-STROM TOOL CO INC | 08/13/93 | SYSTEM | OPEN | 702009 64 | 1,018.87 |
| 75245 | KELL-STROM TOOL CO INC | 09/14/93 | SYSTEM | OPEN | 702162 20 | 1,302.75 |
| 76005 | LORD CORPORATION | 07/28/93 | MANUAL | CLEARED | 000000536 | 2,400.00 |
| 76005 | LORD CORPORATION | 08/19/93 | MANUAL | CLEARED | 000009924 | 2,430.00 |
| 76005 | LORD CORPORATION | 08/19/93 | MANUAL | CLEARED | 001001377 | 2,704.00 |
| 76005 | LORD CORPORATION | 08/24/93 | MANUAL | CLEARED | 001001270 | 2,400.00 |
| 76005 | LORD CORPORATION | 09/03/93 | MANUAL | OPEN | 001001002 | 2,400.00 |
| 76005 | LORD CORPORATION | 09/14/93 | MANUAL | OPEN | 001003002 | 2,400.00 |
| 76541 | MONSANTO COMPANY | 06/29/93 | SYSTEM | CLEARED | 701891 5 | 9,280.05 |
| 77445 | PRATT & WHITNEY AIRCRAFT | 05/29/93 | SYSTEM | CLEARED | 701888 08 | 5,158.35 |
| 77445 | PRATT & WHITNEY AIRCRAFT | 07/06/93 | SYSTEM | CLEARED | 701906 80 | 5,700.00 |
| 77445 | PRATT & WHITNEY AIRCRAFT | 07/20/93 | SYSTEM | CLEARED | 701970 81 | 4,770.00 |

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| 77445 | PRATT & WHITNEY AIRCRAFT | 07/26/93 | MANUAL | CLEARED | 000055868 | 55.00 |
| 77445 | PRATT & WHITNEY AIRCRAFT | 07/26/93 | MANUAL | CLEARED | 000054468 | 1,792.00 |
| 77445 | PRATT & WHITNEY AIRCRAFT | 09/14/93 | SYSTEM | OPEN | 7021090 | 3,220.75 |
| | | | | | | 5,067.75 |
| 79318 | WHITTAKER CONTROLS | 06/20/93 | SYSTEM | CLEARED | 7010877 | 3,055.50 |
| 79318 | WHITTAKER CONTROLS | 07/26/93 | SYSTEM | CLEARED | 7010973 | 3,853.50 |
| 79318 | WHITTAKER CONTROLS | 07/13/93 | SYSTEM | CLEARED | 7010436 | 2,021.75 |
| 79318 | WHITTAKER CONTROLS | 07/20/93 | SYSTEM | CLEARED | 7010706 | 2,337.50 |
| 79318 | WHITTAKER CONTROLS | 08/05/93 | SYSTEM | CLEARED | 7011870 | 2,100.00 |
| 79318 | WHITTAKER CONTROLS | 08/05/93 | MANUAL | CLEARED | 000096842 | 1,770.00 |
| 79318 | WHITTAKER CONTROLS | 08/17/93 | SYSTEM | CLEARED | 702007300 | 1,470.00 |
| 79318 | WHITTAKER CONTROLS | 08/17/93 | SYSTEM | CLEARED | 702008730 | 3,085.00 |
| 79318 | WHITTAKER CONTROLS | 09/14/93 | SYSTEM | CLEARED | 702102031 | 2,085.00 |
| 79318 | WHITTAKER CONTROLS | 09/14/93 | MANUAL | OPEN | 90105900 | 2,016.00 |
| | | | | | | 28,126.00 |
| 79623 | ESTEX MANUFACTURING CO. | 08/25/93 | MANUAL | OPEN | 9010275 | 4,600.00 |
| | | | | | | 4,600.00 |
| 8P679 | SURTEC SYSTEM, THE | 07/26/93 | SYSTEM | CLEARED | 7010908 | 6,997.00 |
| 8P679 | SURTEC SYSTEM, THE | 08/24/93 | SYSTEM | CLEARED | 7021032 | 4,005.28 |
| | | | | | | 11,002.28 |
| 8T088 | TURBINE CONTROLS, INC | 07/14/93 | MANUAL | CLEARED | 000092975 | 2,700.00 |
| 8T088 | TURBINE CONTROLS, INC | 08/02/93 | MANUAL | CLEARED | 000097914 | 2,062.40 |
| 8T088 | TURBINE CONTROLS, INC | 08/02/93 | MANUAL | CLEARED | 000097775 | 2,011.75 |
| 8T088 | TURBINE CONTROLS, INC | 08/02/93 | MANUAL | CLEARED | 000097776 | 290.00 |
| | | | | | | 7,072.15 |
| 8Y274 | PATRICK'S PARTS INC | 07/22/93 | MANUAL | CLEARED | 000095512 | 550.75 |
| 8Y274 | PATRICK'S PARTS INC | 08/18/93 | MANUAL | OPEN | 90101099 | 1,000.00 |
| 8Y274 | PATRICK'S PARTS INC | 09/16/93 | MANUAL | OPEN | 90100005 | 430.00 |
| | | | | | | 1,981.75 |
| 81381 | STEWART & STEVENSON SERVICES I | 07/14/93 | MANUAL | CLEARED | 90009303 | 208.52 |
| 81381 | STEWART & STEVENSON SERVICES I | 08/18/93 | MANUAL | CLEARED | 90100095 | 902.02 |
| 81381 | STEWART & STEVENSON SERVICES I | 08/23/93 | MANUAL | OPEN | 90101064 | 328.30 |

09/12/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES INC. - HSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

RPT: APR01ID-01
PAGE: 105

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT |
|---|---|---|---|---|---|---|
| 81381 | STEWART & STEVENSON SERVICES I | 08/25/93 | MANUAL | OPEN | 9010268 | 1,578.03 |
| 81381 | | | | | | 2,718.37 |
| 81982 | HYDRO-AIRE DIVISION | 07/06/93 | MANUAL | CLEARED | 9009112 | 281.00 |
| 81982 | HYDRO-AIRE DIVISION | 07/21/93 | MANUAL | CLEARED | 9009542 | 60.00 |
| 81982 | HYDRO-AIRE DIVISION | 09/01/93 | MANUAL | OPEN | 9019939 | 2,959.00 |
| 81982 | | | | | | 3,300.00 |
| 82106 | PARKER HANNIFIN CORP | 07/08/93 | MANUAL | CLEARED | 9009178 | 237.02 |
| 82106 | PARKER HANNIFIN CORP | 07/08/93 | MANUAL | CLEARED | 9009194 | |
| 82106 | PARKER HANNIFIN CORP | 07/20/93 | SYSTEM | CLEARED | 7010516 | |
| 82106 | PARKER HANNIFIN CORP | 07/22/93 | MANUAL | CLEARED | 9009515 | |
| 82106 | PARKER HANNIFIN CORP | 08/03/93 | SYSTEM | CLEARED | 7020123 | |
| 82106 | PARKER HANNIFIN CORP | 08/23/93 | MANUAL | CLEARED | 9010185 | |
| 82106 | PARKER HANNIFIN CORP | 08/24/93 | MANUAL | CLEARED | 7020037 | |
| 82106 | PARKER HANNIFIN CORP | 09/15/93 | MANUAL | OPEN | 9010025 | |
| 82106 | | | | | | |
| 82255 | DAY-RAY PRODUCTS INC | 08/24/93 | MANUAL | CLEARED | 9010233 | 596.00 |
| 82255 | DAY-RAY PRODUCTS INC | 08/25/93 | MANUAL | CLEARED | 9010271 | 616.00 |
| 82255 | | | | | | 1,212.00 |
| 82402 | LUCAS WESTERN INC | 06/24/93 | MANUAL | CLEARED | 9008870 | 835.58 |
| 82402 | LUCAS WESTERN INC | 07/07/93 | MANUAL | CLEARED | 9009137 | 3,915.91 |
| 82402 | | | | | | 4,751.00 |
| 88745 | LOCKHEED AERONAUTICAL | 07/21/93 | MANUAL | CLEARED | 9009263 | 13,525.00 |
| 88745 | LOCKHEED AERONAUTICAL | 07/30/93 | MANUAL | CLEARED | 9009304 | 1,000.00 |
| 88745 | LOCKHEED AERONAUTICAL | 08/30/93 | MANUAL | OPEN | 9010308 | 1,000.00 |
| 88745 | LOCKHEED AERONAUTICAL | 09/03/93 | MANUAL | OPEN | 9010588 | 1,000.00 |
| 88745 | LOCKHEED AERONAUTICAL | 09/03/93 | MANUAL | OPEN | 9010589 | 1,000.00 |
| 88745 | LOCKHEED AERONAUTICAL | 09/15/93 | MANUAL | OPEN | 9010620 | 1,000.00 |
| 88745 | | | | | | 28,577.00 |
| 89305 | SIMMONDS PRECISION PRODUCTS | 08/20/93 | MANUAL | CLEARED | 9010105 | 2,178.55 |
| 89305 | | | | | | 2,178.55 |

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|--------|-------------|--------------|------|--------|--------------|----------------|
| 9A108 | NEW CAL AVIATION INC | 07/13/93 | SYSTEM | CLEARED | 7010384 | 1,390.55 |
| 9A108 | NEW CAL AVIATION INC | 08/15/93 | SYSTEM | OPEN | 7021600 | 572.10 |
| 9A108 | | | | | | 1,962.65 |
| 9A810 | ELECTRO-AIR CORP | 07/06/93 | MANUAL | CLEARED | 9001108 | 185.50 |
| 9A810 | ELECTRO-AIR CORP | 07/06/93 | MANUAL | CLEARED | 9001109 | 1,585.50 |
| 9A810 | | | | | | 1,771.00 |
| 94970 | DUKANE CORPORATION | 08/24/93 | SYSTEM | OPEN | 7021000 | 1,409.65 |
| 94970 | | | | | | 1,409.65 |
| 27525 | AEROSPACE INC | 07/06/93 | SYSTEM | CLEARED | 7010875 | 4,000.00 |
| 27525 | AEROSPACE INC | 07/22/93 | SYSTEM | CLEARED | 7016792 | 2,955.00 |
| 27525 | AEROSPACE INC | 07/22/93 | SYSTEM | CLEARED | 7016900 | 2,250.00 |
| 27525 | AEROSPACE INC | 07/27/93 | SYSTEM | CLEARED | 7017950 | 1,750.00 |
| 27525 | AEROSPACE INC | 08/06/93 | MANUAL | CLEARED | 7018122 | 4,477.70 |
| 27525 | AEROSPACE INC | 08/06/93 | SYSTEM | CLEARED | 7019044 | 1,417.00 |
| 27525 | AEROSPACE INC | 08/10/93 | SYSTEM | OPEN | 7020664 | 2,820.00 |
| 27525 | AEROSPACE INC | 08/31/93 | SYSTEM | OPEN | 7021221 | 1,750.00 |
| 27525 | AEROSPACE INC | 08/31/93 | MANUAL | OPEN | 7021031 | 1,750.00 |
| 27525 | | | | | | 21,033.63 |
| 97896 | SUNDSTRAND DATA CONTROL INC | 06/24/93 | MANUAL | CLEARED | 9008867 | 1,700.00 |
| 97896 | SUNDSTRAND DATA CONTROL INC | 06/24/93 | MANUAL | CLEARED | 9008868 | 1,700.00 |
| 97896 | SUNDSTRAND DATA CONTROL INC | 06/28/93 | MANUAL | CLEARED | 9008899 | 1,700.00 |
| 97896 | SUNDSTRAND DATA CONTROL INC | 07/13/93 | MANUAL | CLEARED | 9008940 | 1,700.00 |
| 97896 | SUNDSTRAND DATA CONTROL INC | 08/05/93 | MANUAL | CLEARED | 9008920 | 1,700.00 |
| 97896 | SUNDSTRAND DATA CONTROL INC | 08/24/93 | MANUAL | CLEARED | 9008931 | 1,700.00 |
| 97896 | SUNDSTRAND DATA CONTROL INC | 08/24/93 | MANUAL | CLEARED | 9010232 | 1,700.00 |
| 97896 | | | | | | 20,300.00 |
| 97018 | WINGS ELECTRO SALES CO INC | 06/25/93 | MANUAL | CLEARED | 9008881 | 530.50 |
| 97018 | WINGS ELECTRO SALES CO INC | 08/10/93 | MANUAL | CLEARED | 9009940 | 235.80 |
| 97018 | WINGS ELECTRO SALES CO INC | 08/19/93 | MANUAL | OPEN | 9010124 | 37.25 |
| 97018 | | | | | | 803.55 |

09/19/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES INC - MSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 29 THRU CURRENT

RPT: APV0110-01
PAGE: 107

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| 08252 | BLUE MOUNTAIN INDUSTRIES | 06/21/93 | SYSTEM | CLEARED | 70188330 | 1,068.63 |
| 08252 | BLUE MOUNTAIN INDUSTRIES | 06/21/93 | MANUAL | OPEN | 90103597 | 538.05 |
| | | | | | | 1,606.68 |
| 09167 | SUNSTRAND ADVANCED TECHNOLOGY | 06/24/93 | MANUAL | CLEARED | 00068776 | 5,486.01 |
| 09167 | SUNSTRAND ADVANCED TECHNOLOGY | 07/13/93 | MANUAL | CLEARED | 00009875 | 656.54 |
| 09167 | SUNSTRAND ADVANCED TECHNOLOGY | 07/13/93 | MANUAL | CLEARED | 00005749 | 300.00 |
| 09167 | SUNSTRAND ADVANCED TECHNOLOGY | 07/13/93 | MANUAL | CLEARED | 00005748 | 300.54 |
| 09167 | SUNSTRAND ADVANCED TECHNOLOGY | 07/27/93 | MANUAL | CLEARED | 00005980 | 355.06 |
| 09167 | SUNSTRAND ADVANCED TECHNOLOGY | 07/27/93 | MANUAL | CLEARED | 00005851 | 355.02 |
| 09167 | SUNSTRAND ADVANCED TECHNOLOGY | 09/03/93 | MANUAL | OPEN | 90105053 | 0.00 |
| | | | | | | 14,976.17 |
| 09212 | NORDSKOG INDUSTRIES INC | 06/29/93 | SYSTEM | CLEARED | 70188094 | 5,000.00 |
| 09212 | NORDSKOG INDUSTRIES INC | 07/06/93 | SYSTEM | CLEARED | 70190104 | 81.80 |
| 09212 | NORDSKOG INDUSTRIES INC | 08/03/93 | SYSTEM | CLEARED | 70200831 | 5,000.00 |
| 09212 | NORDSKOG INDUSTRIES INC | 08/03/93 | SYSTEM | CLEARED | 00010688 | 479.00 |
| 09212 | NORDSKOG INDUSTRIES INC | 08/30/93 | MANUAL | CLEARED | 00019820 | 17.02 |
| 09212 | NORDSKOG INDUSTRIES INC | 09/14/93 | MANUAL | OPEN | 70219873 | 0.00 |
| | | | | | | 59,544.55 |
| 09643 | STERER ENGINEERING & MFG CO | 08/17/93 | MANUAL | CLEARED | 90100054 | 3,019.00 |
| 09643 | STERER ENGINEERING & MFG CO | 09/15/93 | MANUAL | CLEARED | 90100142 | 1,455.00 |
| 09643 | STERER ENGINEERING & MFG CO | 09/13/93 | MANUAL | OPEN | 90105991 | 100.00 |
| | | | | | | 4,574.00 |
| ANCSTN | HAWAIIAN AIRLINES INC | 07/16/93 | SYSTEM | CLEARED | 70105906 | 727.96 |
| ANCSTN | HAWAIIAN AIRLINES INC | 09/17/93 | SYSTEM | OPEN | 70217903 | 144.75 |
| | | | | | | 872.71 |
| AR0296 | DAVIS TRAVEL | 07/01/93 | MANUAL | CLEARED | 35145 | 3,650.00 |
| | | | | | | 3,650.00 |
| AR0333 | MILSEY BENNETT COMPANY | 07/13/93 | MANUAL | CLEARED | 35164 | 50.50 |
| AR0333 | MILSEY BENNETT COMPANY | 08/05/93 | MANUAL | CLEARED | 35175 | 376.00 |
| AR0333 | MILSEY BENNETT COMPANY | 08/26/93 | MANUAL | OPEN | 35182 | 427.00 |

PRINTED IN U.S.A.

09/19/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES, INC. - MSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

PAGE 108
RPT: APPC110-01

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| ARO333 | | | | | | 863.50 |
| ARO334 | AIR CARGO | 07/06/93 | MANUAL | CLEARED | 35153 | 1,050.79 |
| ARO334 | AIR CARGO | 07/15/93 | MANUAL | CLEARED | 35167 | 975.71 |
| AOO334 | | | | | | 2,026.50 |
| ARO422 | TRAVEL HORIZONS UNLTD | 07/01/93 | MANUAL | CLEARED | 35143 | 2,500.00 |
| | | | | | | 2,500.00 |
| ARO440 | AIR-FLO EXPRESS INC | 07/02/93 | MANUAL | CLEARED | 35151 | 2,659.48 |
| ARO440 | AIR-FLO EXPRESS INC | 07/15/93 | MANUAL | CLEARED | 35166 | 2,037.81 |
| ARO440 | AIR-FLO EXPRESS INC | 08/13/93 | MANUAL | CLEARED | 35177 | 1,808.17 |
| | | | | | | 6,505.46 |
| ARO447 | I LOVE TRAVEL | 07/08/93 | MANUAL | CLEARED | 35155 | 1,700.00 |
| | | | | | | 1,700.00 |
| ARO649 | LANDMARK INCENTIVE | 07/01/93 | MANUAL | CLEARED | 35138 | 15,000.00 |
| | | | | | | 15,000.00 |
| ARO651 | TRAVEL PARTNERS | 08/12/93 | MANUAL | CLEARED | 35179 | 1,150.00 |
| | | | | | | 1,150.00 |
| ARO654 | UNIGLOBE NEW HORIZON TVL | 07/21/93 | MANUAL | CLEARED | 35168 | 3,750.00 |
| | | | | | | 3,750.00 |
| ARO711 | CREDITWATCH, INC | 05/29/93 | MANUAL | CLEARED | 35141 | 802.09 |
| | | | | | | 802.09 |
| ARO740 | PACIFIC TRAVEL | 08/01/93 | MANUAL | CLEARED | 4501898 | 540.23 |
| ARO740 | PACIFIC TRAVEL | 08/26/93 | MANUAL | OPEN | 4501927 | 1,687.82 |

PRINTED IN U.S.A.

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| AR0740 | | | | | | 2,228.05 |
| AR0751 | VACATIONS HAWAII INC | 07/01/93 | MANUAL | CLEARED | 35144 | 9,000.00 |
| AR0761 | | | | | | 5,000.00 |
| AR0762 | ALAMO WORLD TRAVEL & TOURS | 07/02/93 | MANUAL | CLEARED | 35150 | 2,000.00 |
| AR0762 | | | | | | 2,000.00 |
| AR0763 | USA STUDENT TRAVEL | 07/02/93 | MANUAL | CLEARED | 35149 | 2,400.00 |
| AR0763 | | | | | | 2,400.00 |
| AR0764 | SILVA TRAVEL INC | 07/02/93 | MANUAL | CLEARED | 35147 | 4,300.00 |
| AR0764 | | | | | | 4,300.00 |
| AR0768 | CREATIVE TRAVEL PLANNERS | 07/08/93 | MANUAL | CLEARED | 35154 | 4,350.00 |
| AR0769 | | | | | | 4,350.00 |
| AR0769 | TANAKA TRAVEL | 07/13/93 | MANUAL | CLEARED | 35156 | 2,500.00 |
| AR0769 | | | | | | 2,500.00 |
| AR0770 | DAZEY TRAVEL | 07/13/93 | MANUAL | CLEARED | 35157 | 850.00 |
| AR0770 | DAZEY TRAVEL | 08/12/93 | MANUAL | CLEARED | 35178 | 950.00 |
| AR0774 | GENERAL SERVICE ADMINISTRATION | 07/15/93 | MANUAL | CLEARED | 35165 | 21,388.54 |
| AR0774 | | | | | | 21,388.54 |
| AR0775 | FIRST CLASS TRAVEL | 08/17/93 | MANUAL | CLEARED | 35180 | 1,400.00 |
| AR0775 | | | | | | 1,400.00 |
| AR0776 | AREA CODE BASEBALL | 08/17/93 | MANUAL | CLEARED | 35181 | 1,750.00 |

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| A.R0776 | | | | | | 1,750.00 |
| | | | | | | ***1,750.00 |
| CHISLS | KOEHLER, BELINDA | 07/13/93 | MANUAL | CLEARED | 70009280 | 1,504.85 |
| CHISLS | KOEHLER, BELINDA | 08/24/93 | SYSTEM | CLEARED | 70210006 | 1,404.13 |
| CHISLS | | | | | | ***2,911.01 |
| E 00011 | LYMAN, CLARENCE K. | 08/31/93 | SYSTEM | OPEN | 70212D5 | 4,068.24 |
| E 00011 | LYMAN, CLARENCE K. | 09/16/93 | MANUAL | OPEN | 90100645 | 4,703.20 |
| E 00011 | | | | | | ***532.44 |
| E 00018 | UEBERROTH, JOHN A. | 07/13/93 | SYSTEM | CLEARED | 70190420 | 2,416.74 |
| E 00018 | UEBERROTH, JOHN A. | 08/24/93 | SYSTEM | CLEARED | 70208085 | 1,597.61 |
| E 00018 | UEBERROTH, JOHN A. | 08/24/93 | SYSTEM | OPEN | 70200044 | 1,319.52 |
| E 00018 | | | | | | ***532.87 |
| E 00024 | VAN RIBBINK, STEVE | 07/06/93 | SYSTEM | CLEARED | 70190430 | 1,019.00 |
| E 00024 | VAN RIBBINK, STEVE | 08/03/93 | SYSTEM | CLEARED | 70202254 | 441.80 |
| E 00024 | VAN RIBBINK, STEVE | 08/17/93 | SYSTEM | OPEN | 70206231 | 214.55 |
| E 00024 | | | | | | ***1,058.35 |
| E 00036 | FOSTER, FRANK L. | 07/13/93 | SYSTEM | CLEARED | 70194426 | 2,750.63 |
| E 00036 | FOSTER, FRANK L. | 07/26/93 | SYSTEM | CLEARED | 70199855 | 1,353.20 |
| E 00036 | FOSTER, FRANK L. | 08/03/93 | MANUAL | CLEARED | 90005810 | 2,900.00 |
| E 00036 | FOSTER, FRANK L. | 08/03/93 | SYSTEM | CLEARED | 70205470 | 2,400.07 |
| E 00036 | FOSTER, FRANK L. | 09/27/93 | SYSTEM | OPEN | 70212890 | 1,849.71 |
| E 00036 | | | | | | ***11,249.01 |
| E 00043 | JAMILE, ALEXANDER D. | 07/20/93 | SYSTEM | CLEARED | 70197268 | 3,311.57 |
| E 00043 | JAMILE, ALEXANDER D. | 07/22/93 | SYSTEM | OPEN | 70210552 | 2,941.65 |
| E 00043 | JAMILE, ALEXANDER D. | 08/31/93 | SYSTEM | OPEN | 70212900 | 2,942.80 |
| E 00043 | | | | | | ***9,196.02 |
| E 00044 | NOBLES, BRUCE R. | 07/21/93 | MANUAL | CLEARED | 90050661 | 1,235.55 |
| E 00044 | NOBLES, BRUCE R. | 08/03/93 | SYSTEM | OPEN | 70205807 | 4,210.55 |
| E 00044 | NOBLES, BRUCE R. | 09/17/93 | SYSTEM | OPEN | 70211754 | 1,209.67 |

| VENDOR   | VENDOR NAME          | PAYMENT DATE | TYPE   | STATUS  | CHECK NUMBER | PAYMENT AMOUNT |
|----------|----------------------|--------------|--------|---------|--------------|----------------|
| E 00044  | DAVIES, C. J. DAVID  |              |        |         |              | 6,749.47       |
| E 00047  | DAVIES, C. J. DAVID  | 07/07/93     | SYSTEM | OPEN    | 7011308      | 152.74         |
| E 00047  | DAVIES, C. J. DAVID  | 08/14/93     | SYSTEM | OPEN    | 7021618      | 950.20         |
| E 00047  | DAVIES, C. J. DAVID  | 09/21/93     | SYSTEM | OPEN    | 7021753      | 1,177.24       |
| E 00047  |                      |              |        |         |              | 2,280.18       |
| E 00097  | THOMPKINS, STEPHEN R.| 07/06/93     | SYSTEM | CLEARED | 7010022      | 600.00         |
| E 00097  | THOMPKINS, STEPHEN R.| 07/13/93     | SYSTEM | CLEARED | 7020297      | 495.64         |
| E 00097  | THOMPKINS, STEPHEN R.| 08/05/93     | SYSTEM | CLEARED | 7020282      | 1,000.05       |
| E 00097  | THOMPKINS, STEPHEN R.| 08/27/93     | MANUAL | CLEARED | 0010311      | 2,000.00       |
| E 00097  |                      |              |        |         |              | 4,542.07       |
| E 00102  | EARLE, JOHN L        | 08/03/93     | SYSTEM | CLEARED | 7022517      | 361.28         |
| E 00102  | EARLE, JOHN L        | 08/16/93     | SYSTEM | CLEARED | 7020517      | 341.20         |
| E 00102  | EARLE, JOHN L        | 08/24/93     | SYSTEM | OPEN    | 7020851      | 100.00         |
| E 00102  | EARLE, JOHN L        | 09/01/93     | SYSTEM | OPEN    | 7021203      | 30.28          |
| E 00102  |                      |              |        |         |              | 832.00         |
| E 00118  | LOCKRIDGE, JAMES E   | 07/20/93     | SYSTEM | CLEARED | 7019615      | 210.00         |
| E 00118  | LOCKRIDGE, JAMES E   | 08/17/93     | SYSTEM | CLEARED | 7020212      | 776.00         |
| E 00118  | LOCKRIDGE, JAMES E   | 08/24/93     | SYSTEM | OPEN    | 7020947      | 345.00         |
| E 00118  |                      |              |        |         |              | 1,325.00       |
| E 00133  | WAGEMANN, JAMES G    | 07/06/93     | SYSTEM | OPEN    | 7019030      | 746.80         |
| E 00133  | WAGEMANN, JAMES G    | 08/03/93     | SYSTEM | OPEN    | 7020242      | 637.20         |
| E 00133  | WAGEMANN, JAMES G    | 08/24/93     | SYSTEM | OPEN    | 7020961      | 476.00         |
| E 00133  |                      |              |        |         |              | 1,850.00       |
| E 00223  | LAMSE, CAROL         | 07/20/93     | SYSTEM | CLEARED | 7019636      | 272.00         |
| E 00223  | LAMSE, CAROL         | 08/17/93     | SYSTEM | CLEARED | 7020075      | 232.00         |
| E 00223  | LAMSE, CAROL         | 08/31/93     | SYSTEM | OPEN    | 7021124      | 261.00         |
| E 00223  |                      |              |        |         |              | 765.00         |
| E 00223  |                      |              |        |         |              | 668.00         |
| E 00384  | ABRAHAM, AURINO B    | 07/13/93     | SYSTEM | CLEARED | 7019401      | 1,950.00       |

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| E00384 | | | | | | 1,990.00 |
| E00412 | SWEET JR., RICHARD B | 07/27/93 | SYSTEM | CLEARED | 7019930 | 465.20 |
| E00412 | SWEET JR., RICHARD B | 08/31/93 | SYSTEM | OPEN | 70210993 | 132.60 |
| E00412 | SWEET JR., RICHARD B | 09/09/93 | SYSTEM | OPEN | 70211405 | 449.10 |
| E00412 | SWEET JR., RICHARD B | 09/17/93 | SYSTEM | OPEN | 70217495 | 490.00 |
| | | | | | | 1,077.40 |
| E00658 | NELSON, TERRY LEE | 07/06/93 | MANUAL | CLEARED | 9000126 | 1,400.00 |
| E00658 | | | | | | 1,400.00 |
| E00659 | | | | | | 1,200.00 |
| E00671 | MIKITA, RICHARD J | 07/06/93 | SYSTEM | CLEARED | 7019035 | 846.00 |
| E00671 | | | | | | 846.00 |
| | | | | | | 860.00 |
| E00714 | STELLA JR., JOSEPH M | 07/06/93 | SYSTEM | CLEARED | 7018958 | 66.00 |
| E00714 | STELLA JR., JOSEPH M | 09/01/93 | MANUAL | OPEN | 9010404 | 2,672.85 |
| | | | | | | 2,937.55 |
| E00720 | AVALLONE, ANDREW J | 07/06/93 | MANUAL | CLEARED | 90001275 | 2,460.00 |
| E00720 | AVALLONE, ANDREW J | 07/13/93 | SYSTEM | CLEARED | 70191073 | 90.00 |
| E00720 | AVALLONE, ANDREW J | 08/26/93 | MANUAL | CLEARED | 90005097 | 721.00 |
| E00720 | AVALLONE, ANDREW J | 08/26/93 | SYSTEM | CLEARED | 70209018 | 610.00 |
| E00720 | AVALLONE, ANDREW J | 09/17/93 | SYSTEM | OPEN | 70211748 | 815.00 |
| | | | | | | 4,762.26 |
| E00724 | FUKE, IRVING S | 08/13/93 | SYSTEM | OPEN | 70204633 | 12.45 |
| E00724 | FUKE, IRVING S | 09/09/93 | SYSTEM | OPEN | 70214785 | 750.00 |
| E00724 | FUKE, IRVING S | 09/17/93 | SYSTEM | OPEN | 70217742 | 304.00 |
| | | | | | | 1,066.45 |
| E00726 | THORSTAD, ARTHUR A | 07/20/93 | SYSTEM | CLEARED | 7019011 | 200.00 |
| E00726 | THORSTAD, ARTHUR A | 07/27/93 | SYSTEM | CLEARED | 7020008 | 657.00 |
| E00726 | THORSTAD, ARTHUR A | 08/24/93 | SYSTEM | OPEN | 7020070 | 519.00 |
| E00726 | | | | | | 1,376.00 |

| VENDOR | VENDOR NAME | PAYMENT DATE | PAYMENT TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| E 00827 | GARDNER, JAMES D | 07/06/93 | SYSTEM | CLEARED | 7019046 | 1,355.76 |
| E 00827 | GARDNER, JAMES D | 09/17/93 | SYSTEM | OPEN | 7021708 | 129.00 |
| | | | | | | 1,484.76 |
| E 00827 | | | | | | |
| E 00838 | EARL, JAMES A | 08/24/93 | SYSTEM | OPEN | 7020868 | 129.00 |
| E 00838 | EARL, JAMES A | 09/09/93 | SYSTEM | OPEN | 7021491 | 400.00 |
| | | | | | | 529.00 |
| E 00838 | | | | | | |
| E 00863 | LOWREY, FRED M | 07/27/93 | SYSTEM | CLEARED | 7019693 | 388.80 |
| E 00863 | LOWREY, FRED M | 08/10/93 | SYSTEM | CLEARED | 7020085 | 125.57 |
| E 00872 | LOWREY, FRED M | 08/24/93 | SYSTEM | OPEN | 7020852 | 122.80 |
| E 00863 | LOWREY, FRED M | 07/09/93 | SYSTEM | OPEN | 7021482 | 105.00 |
| E 00863 | LOWREY, FRED M | 09/17/93 | SYSTEM | OPEN | 7021740 | 417.00 |
| | | | | | | 1,175.52 |
| E 00863 | | | | | | |
| E 00872 | WONG, SANDRA C | 08/10/93 | SYSTEM | CLEARED | 7020496 | 27.46 |
| E 00872 | WONG, SANDRA C | 08/17/93 | SYSTEM | CLEARED | 7020017 | 260.71 |
| E 00872 | WONG, SANDRA C | 08/24/93 | SYSTEM | CLEARED | 7020828 | 425.31 |
| E 00872 | WONG, SANDRA C | 05/31/93 | SYSTEM | OPEN | 7021159 | 713.63 |
| | | | | | | 713.63 |
| E 00872 | | | | | | |
| E 00917 | GODBE, JR, RALPH H | 07/27/93 | SYSTEM | CLEARED | 7019564 | 172.20 |
| E 00917 | GODBE, JR, RALPH H | 08/17/93 | SYSTEM | CLEARED | 7020702 | 576.80 |
| | | | | | | 701.80 |
| E 00917 | | | | | | |
| E 00922 | COBURN, RICHARD S | 08/17/93 | SYSTEM | CLEARED | 7020690 | 400.00 |
| E 00922 | COBURN, RICHARD S | 09/09/93 | SYSTEM | OPEN | 7021479 | 400.00 |
| | | | | | | 802.00 |
| E 00922 | | | | | | |
| E 00928 | HAMPTON, ROBERT | 08/17/93 | SYSTEM | CLEARED | 7020731 | 1,200.00 |
| | | | | | | 1,200.00 |
| E 00928 | | | | | | |
| E 00931 | HARRELL, DONALD J | 07/16/93 | SYSTEM | OPEN | 7019503 | 238.00 |
| E 00931 | HARRELL, DONALD J | 08/10/93 | SYSTEM | CLEARED | 7020832 | 580.00 |
| E 00931 | HARRELL, DONALD J | 08/24/93 | SYSTEM | OPEN | 7020869 | 120.00 |

09/19/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES, INC. - MSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

PAGE 114
RPT: APO010-01

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| C00931 | MACHADO, HOWARD H | 07/27/93 | SYSTEM | CLEARED | 70190904 | 388.80 |
| E00935 | MACHADO, HOWARD H | 08/24/93 | SYSTEM | OPEN | 70200894 | 172.80 |
| E00935 | MACHADO, HOWARD H | 09/07/93 | SYSTEM | OPEN | 70212908 | 1,250.72 |
| E00935 | MACHADO, HOWARD H | 09/17/93 | SYSTEM | OPEN | 70217147 | 407.28 |
| E00935 | | | | | | 945.60 |
| | | | | | | 1,103.52 |
| E00949 | KNUTSON, DONALD | 07/20/93 | MANUAL | OPEN | 70190616 | 210.00 |
| E00949 | KNUTSON, DONALD | 07/27/93 | SYSTEM | CLEARED | 70199901 | 345.00 |
| E00949 | KNUTSON, DONALD | 08/24/93 | SYSTEM | CLEARED | 70209918 | 845.00 |
| E00949 | KNUTSON, DONALD | 08/24/93 | SYSTEM | OPEN | 70209986 | 855.00 |
| E00949 | | | | | | 2,255.00 |
| E01001 | TREU, THEODORE | 07/06/93 | SYSTEM | CLEARED | 70190982 | 1,043.43 |
| E01001 | TREU, THEODORE | 08/10/93 | SYSTEM | CLEARED | 70200782 | 395.95 |
| E01001 | TREU, THEODORE | 08/24/93 | SYSTEM | CLEARED | 70200908 | 485.27 |
| E01001 | TREU, THEODORE | 09/14/93 | SYSTEM | OPEN | 70210012 | 689.47 |
| C01001 | | | | | | 2,712.02 |
| E01187 | POPWELL, WILLIAM L. | 08/10/93 | SYSTEM | CLEARED | 70205490 | 1,123.15 |
| E01187 | | | | | | 1,123.15 |
| E01238 | YUH, AUDREY MAE | 08/17/93 | SYSTEM | OPEN | 70200511 | 11.51 |
| E01238 | YUH, AUDREY MAE | 09/01/93 | MANUAL | OPEN | 90160609 | 900.00 |
| E01238 | | | | | | 912.51 |
| E01265 | NAKANELUA, DEBBIE | 07/27/93 | MANUAL | CLEARED | 90090909 | 85.81 |
| E01265 | NAKANELUA, DEBBIE | 08/10/93 | MANUAL | CLEARED | 90101145 | 1,306.00 |
| E01265 | NAKANELUA, DEBBIE | 08/24/93 | MANUAL | CLEARED | 90101461 | 1,250.00 |
| E01265 | NAKANELUA, DEBBIE | 09/20/93 | MANUAL | OPEN | 90101173 | 400.00 |
| E01205 | | | | | | 3,041.81 |
| E01430 | KETRAKUJI, CHARLES S | 07/01/93 | MANUAL | CLEARED | 90090061 | 1,365.00 |
| E01430 | KETRAKUJI, CHARLES S | 08/24/93 | SYSTEM | CLEARED | 70200079 | 155.92 |

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| E 01430 | | | | | | 11521.52 |
| E 01821 | TAKEI, KAREN K. | 07/27/93 | SYSTEM | CLEARED | 7C109950 | 168.55 |
| E 01823 | TAKEI, KAREN K. | 08/24/93 | SYSTEM | OPEN | 7020903 | 179.24 |
| E 01823 | TAKEI, KAREN K. | 09/14/93 | SYSTEM | OPEN | 7021560 | 185.04 |
| E 01823 | | | | | | 632.95 |
| E 01886 | DUDLEY, MICHAEL J | 07/27/93 | SYSTEM | CLEARED | 7020006 | 604.20 |
| E 01886 | | | | | | 604.20 |
| E 01808 | GEIGER, GARY A | 08/17/93 | MANUAL | CLEARED | 2010055 | 500.00 |
| E 01898 | GEIGER, GARY A | 08/17/93 | MANUAL | CLEARED | 9010059 | 155.90 |
| E 01898 | | | | | | 655.90 |
| E 02100 | WRIGHT, GEORGE W | 07/27/93 | SYSTEM | CLEARED | 7020011 | 720.10 |
| E 02100 | | | | | | 720.10 |
| E 02226 | HAMMER, ROGER M. | 07/20/93 | SYSTEM | CLEARED | 70105885 | 136.00 |
| E 02226 | HAMMER, ROGER M. | 08/03/93 | SYSTEM | CLEARED | 70200185 | 228.20 |
| E 02226 | HAMMER, ROGER M. | 08/17/93 | SYSTEM | OPEN | 70200900 | 488.00 |
| E 02226 | HAMMER, ROGER M. | 09/24/93 | SYSTEM | OPEN | 7020037 | 280.00 |
| E 02226 | | | | | | 1128.00 |
| E 02234 | TERRELL, LEMUEL D. | 07/07/93 | MANUAL | CLEARED | 9009134 | 1305.00 |
| E 02234 | TERRELL, LEMUEL D. | 08/31/93 | SYSTEM | OPEN | 7021152 | 345.00 |
| E 02234 | | | | | | 1645.00 |
| E 02302 | CHELLIN, JEREMY E | 07/20/93 | SYSTEM | CLEARED | 7010684 | 633.00 |
| E 02302 | CHELLIN, JEREMY E | 09/17/93 | SYSTEM | OPEN | 7021734 | 302.40 |
| E 02302 | | | | | | 935.40 |
| E 02307 | FOWLER JR, PETER R | 07/07/93 | MANUAL | CLEARED | 9009133 | 900.00 |
| E 02307 | | | | | | 900.00 |

09/19/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES INC. - MSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

PAGE 110
RPT: AP0110-01

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| E 02637 | SOUSA, LEN A. | 07/23/93 | SYSTEM | CLEARED | 7010004 | 1,225.17 |
| E 02637 | SOUSA, LEN A. | 07/23/93 | SYSTEM | CLEARED | 7019302 | 1,913.88 |
| E 02637 | SOUSA, LEN A. | 08/03/93 | SYSTEM | CLEARED | 7020207 | 1,324.67 |
| E 02637 | SOUSA, LEN A. | 08/24/93 | SYSTEM | CLEARED | 7020062 | 1,092.15 |
| E 02637 | SOUSA, LEN A. | 02/07/93 | SYSTEM | OPEN | 7021372 | 1,088.02 |
| E 02537 | SOUSA, LEN A. | | | | | 5,088.02 |
| E 02559 | TYAU, JON S. | 07/07/93 | MANUAL | CLEARED | 0000152 | 1,140.00 |
|  |  |  |  |  |  | 1,140.00 |
| E 02559 | | | | | | 1,140.00 |
| E 02576 | SPEARS, VICTOR D. | 08/10/93 | SYSTEM | CLEARED | 7020535 | 621.00 |
|  |  |  |  |  |  | 621.00 |
| E 02577 | STRAUSS, LARRY A. | 07/27/93 | SYSTEM | CLEARED | 7019976 | 235.20 |
| E 02577 | STRAUSS, LARRY A. | 08/24/93 | SYSTEM | OPEN | 7020052 | 360.00 |
| E 02577 | STRAUSS, LARRY A. | 08/31/93 | SYSTEM | OPEN | 7021061 | 330.00 |
| E 02577 | | | | | | 925.20 |
| E 02661 | BALL, GERALD H. | 08/24/93 | SYSTEM | OPEN | 7020021 | 216.00 |
| E 02661 | BALL, GERALD H. | 08/17/93 | MANUAL | OPEN | 0010152 | 1,755.00 |
| E 02661 | BALL, GERALD H. | 08/31/93 | SYSTEM | OPEN | 7021147 | 304.50 |
| E 02661 | | | | | | 0.00 |
| E 02678 | MIX, ROBERT W | 07/06/93 | SYSTEM | CLEARED | 7018991 | 186.80 |
| E 02678 | MIX, ROBERT W | 08/17/93 | SYSTEM | CLEARED | 7020005 | 565.00 |
| E 02678 | MIX, ROBERT W | 08/24/93 | SYSTEM | OPEN | 7020081 | 724.00 |
| E 02678 | | | | | | 1,475.80 |
| E 02682 | TIERNEY, MICHAEL E | 06/28/93 | MANUAL | CLEARED | 0008921 | 210.00 |
| E 02682 | TIERNEY, MICHAEL E | 08/28/93 | SYSTEM | CLEARED | 7018517 | 210.00 |
| E 02682 | TIERNEY, MICHAEL E | 07/27/93 | SYSTEM | CLEARED | 7020007 | 210.00 |
| E 02682 | TIERNEY, MICHAEL E | 08/17/93 | SYSTEM | CLEARED | 7020008 | 210.00 |
| E 02682 | TIERNEY, MICHAEL E | 08/24/93 | SYSTEM | OPEN | 7020038 | 200.00 |
| E 02682 | | | | | | 1,070.00 |
| E 02713 | VALENTINO, ERNESTO J. | 08/13/93 | MANUAL | CLEARED | 0009900 | 210.00 |
| E 02713 | VALENTINO, ERNESTO J. | 08/31/93 | SYSTEM | OPEN | 7021127 | 189.03 |

09/12/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES, INC. - HSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

PAGE  117
RPT: AP0110-01

| VENDOR | VENDOR NAME | PAYMENT DATE | PAYMENT TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| E02713 | VALENTINO, ERNESTO J. | 09/03/93 | SYSTEM | OPEN | 7021476 | 266.32 |
| E02713 | | | | | | 550.95 |
| E02776 | MIYASATO, ALAINE J. | 09/14/93 | SYSTEM | OPEN | 7021605 | 636.00 |
| E02776 | | | | | | 636.00 |
| E02845 | ARAKAKI, IVAN M. | 07/20/93 | SYSTEM | CLEARED | 7010720 | 1,665.00 |
| E02845 | ARAKAKI, IVAN H. | 07/30/93 | MANUAL | CLEARED | 9009701 | 2,035.00 |
| E02843 | | | | | | 3,700.00 |
| E02948 | ANDERSON, MARK A. | 07/06/93 | MANUAL | CLEARED | 9009123 | 000.00 |
| E02948 | | | | | | 000.00 |
| E02952 | JOHNSON, GARRO K. | 08/03/93 | SYSTEM | CLEARED | 7020156 | 114.80 |
| E02952 | JOHNSON, GARRO K. | 09/17/93 | SYSTEM | OPEN | 7021750 | 000.00 |
| E02952 | | | | | | 781.00 |
| E02955 | PHIPPS, EDDIE C. | 07/06/93 | SYSTEM | CLEARED | 7019003 | 267.67 |
| E02955 | PHIPPS, EDDIE C. | 07/20/93 | SYSTEM | CLEARED | 7010666 | 444.00 |
| E02955 | PHIPPS, EDDIE C. | 08/17/93 | SYSTEM | OPEN | 7020701 | 489.00 |
| E02955 | | | | | | 1,201.67 |
| E03089 | BONNARDEL, RICHARD F. | 07/01/93 | MANUAL | CLEARED | 9009052 | 1,920.00 |
| E03089 | | | | | | 1,920.00 |
| E03117 | NANCE, PETER | 08/31/93 | SYSTEM | OPEN | 7021173 | 700.00 |
| E03117 | | | | | | 700.00 |
| E03134 | LEE, ROBERT S. | 07/06/93 | SYSTEM | CLEARED | 7018946 | 317.00 |
| E03134 | LEE, ROBERT S. | 07/13/93 | SYSTEM | CLEARED | 7019379 | 1,370.00 |
| E03134 | LEE, ROBERT S. | 07/26/93 | SYSTEM | CLEARED | 7019631 | 1,330.00 |
| E03134 | LEE, ROBERT S. | 08/05/93 | SYSTEM | CLEARED | 7020392 | 1,320.00 |
| E03134 | LEE, ROBERT S. | 08/10/93 | SYSTEM | CLEARED | 7020604 | 1,300.00 |
| E03134 | LEE, ROBERT S. | 08/24/93 | SYSTEM | OPEN | 7020607 | 1,300.00 |
| E03134 | LEE, ROBERT S. | 08/31/93 | MANUAL | OPEN | 9010357 | 1,200.00 |

09/19/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES INC - HSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

RPT: APV0110-01
PAGE 119

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| E03134 | LEE, ROBERT S. | 09/17/93 | SYSTEM | OPEN | 7021764 | 1,777.02 |
|  |  |  |  |  |  | 8,022.84 |
| E03146 | SAVAGE, CAROLYN F. | 08/10/93 | SYSTEM | CLEARED | 7020524 | 438.80 |
| E03146 | SAVAGE, CAROLYN F. | 09/09/93 | SYSTEM | OPEN | 7021461 | 300.95 |
| E03146 | SAVAGE, CAROLYN F. | 09/17/93 | SYSTEM | OPEN | 7021730 | 302.07 |
|  |  |  |  |  |  | 781.15 |
| E03148 | FORD, JAMES D. | 07/06/93 | SYSTEM | CLEARED | 7019038 | 1,014.00 |
| E03148 | FORD, JAMES D. | 08/10/93 | SYSTEM | OPEN | 7020511 | 204.60 |
| E03148 | FORD, JAMES D. | 08/17/93 | SYSTEM | OPEN | 7020651 | 709.40 |
| E03148 | FORD, JAMES D. | 08/24/93 | SYSTEM | OPEN |  |  |
|  |  |  |  |  |  | 1,017.00 |
| E03333 | HENEGHAN, KATHLEEN H. | 07/13/93 | SYSTEM | CLEARED | 7019352 | 900.00 |
|  |  |  |  |  |  | 900.00 |
| E03335 | DAISEY, KEVIN M. | 07/06/93 | MANUAL | CLEARED | 7007121 | 168.00 |
| E03335 | DAISEY, KEVIN M. | 07/27/93 | SYSTEM | CLEARED | 7019980 | 268.80 |
| E03335 | DAISEY, KEVIN M. | 09/17/93 | SYSTEM | OPEN | 7021923 | 259.80 |
|  |  |  |  |  |  | 694.32 |
| E03336 | BRONSON, BARRY E. | 09/11/93 | MANUAL | OPEN | 9007995 | 721.00 |
| E03336 | BRONSON, BARRY E. | 09/24/93 | SYSTEM | OPEN | 7021003 | 1,326.00 |
|  |  |  |  |  |  | 2,047.00 |
| E03355 | LEONG, JOSEPH T. | 06/29/93 | MANUAL | CLEARED | 9008964 | 216.00 |
| E03355 | LEONG, JOSEPH T. | 07/16/93 | MANUAL | CLEARED | 9008587 | 264.00 |
| E03355 | LEONG, JOSEPH T. | 08/24/93 | SYSTEM | OPEN | 7020034 | 268.02 |
|  |  |  |  |  |  | 678.02 |
| E03477 | ROSS, IRENE | 07/20/93 | SYSTEM | CLEARED | 7019847 | 309.72 |
| E03477 | ROSS, IRENE | 08/10/93 | SYSTEM | CLEARED | 7020537 | 885.69 |
|  |  |  |  |  |  | 955.41 |

09/10/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES INC. - MSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

RPT: APPO11D-01
PAGE 110

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| E03589 | GOODWIN, THOMAS H. | 07/23/93 | SYSTEM | CLEARED | 7019262 | 216.00 |
| E03589 | GOODWIN, THOMAS H. | 06/10/93 | SYSTEM | CLEARED | 7020850 | 53.05 |
| E03589 | GOODWIN, THOMAS H. | 08/24/93 | SYSTEM | OPEN | 7020807 | 172.80 |
| E03589 | GOODWIN, THOMAS H. | 09/17/93 | SYSTEM | OPEN | 7021738 | 302.80 |
| E03589 | | | | | | 744.85 |
| E03720 | GILL, PAUL C. | 08/03/93 | SYSTEM | CLEARED | 7020256 | 972.00 |
| E03720 | GILL, PAUL C. | 09/07/93 | SYSTEM | OPEN | 7021305 | 148.00 |
| E03720 | | | | | | 1,120.00 |
| E03751 | LEE, FRANCETTE P. | 07/13/93 | SYSTEM | CLEARED | 7019409 | 2,053.02 |
| E03751 | | | | | | 2,053.02 |
| E03758 | FLEMING, GEORGE F. | 09/17/93 | SYSTEM | OPEN | 7021751 | 822.00 |
| E03758 | | | | | | 822.00 |
| E04024 | FRICKE, JAMES H. | 07/06/93 | SYSTEM | CLEARED | 7019028 | 721.00 |
| E04024 | FRICKE, JAMES H. | 08/24/93 | SYSTEM | OPEN | 7020880 | 721.00 |
| E04024 | FRICKE, JAMES H. | 08/31/93 | SYSTEM | OPEN | 7021090 | 80.40 |
| E04024 | | | | | | 1,522.40 |
| E04048 | CHAMBERS, RIZALINDA | 08/24/93 | SYSTEM | OPEN | 7020978 | 700.00 |
| E04048 | | | | | | 700.00 |
| E04057 | ALEXANDER, DAVID G. | 07/20/93 | SYSTEM | CLEARED | 7019542 | 263.50 |
| E04057 | ALEXANDER, DAVID G. | 08/17/93 | SYSTEM | OPEN | 7020865 | 400.00 |
| E04057 | ALEXANDER, DAVID G. | 08/24/93 | SYSTEM | OPEN | 7020965 | 400.00 |
| E04057 | | | | | | 753.50 |
| E04090 | WHALEY, CURTIS J. | 08/24/93 | SYSTEM | CLEARED | 7020984 | 805.00 |
| E04090 | | | | | | 805.00 |
| E04144 | ANDERSON, PETER L. | 07/13/93 | SYSTEM | CLEARED | 7019388 | 1,500.00 |

| VENDOR NUMBER | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| E 04144 | | | | | | 1,500.00 |
| E 04168 | WEBBER-LAHTI, JUDITH H. | 07/22/93 | SYSTEM | CLEARED | 70100755 | 21,845.37 |
| E 04168 | WEBBER-LAHTI, JUDITH H. | 08/24/93 | SYSTEM | CLEARED | 70190878 | 2,793.26 |
| E 04168 | WEBBER-LAHTI, JUDITH H. | 08/24/93 | SYSTEM | CLEARED | 70200900 | 3,088.21 |
| E 04168 | WEBBER-LAHTI, JUDITH H. | 08/31/93 | SYSTEM | OPEN | 70211203 | 3,453.18 |
| E 04168 | | | | | | 81,080.02 |
| E 04173 | HILL, WILLIAM D. | 08/17/93 | SYSTEM | CLEARED | 70200640 | 120.00 |
| E 04173 | HILL, WILLIAM D. | 08/24/93 | SYSTEM | CLEARED | 70209925 | 090.00 |
| E 04173 | HILL, WILLIAM D. | 08/31/93 | SYSTEM | OPEN | 70210058 | 220.00 |
| E 04173 | | | | | | 810.00 |
| E 04249 | KAEO, KIMI ANN | 08/31/93 | SYSTEM | OPEN | 70211170 | 750.00 |
| E 04249 | | | | | | 750.00 |
| E 04270 | OBERNDORF, RICHARD T. | 07/22/93 | SYSTEM | CLEARED | 70200011 | 777.00 |
| E 04270 | OBERNDORF, RICHARD T. | 06/31/93 | SYSTEM | OPEN | 70211013 | 121.00 |
| E 04270 | | | | | | 898.00 |
| E 04272 | MATT, JAMES E. | 08/17/93 | SYSTEM | CLEARED | 70200588 | 185.00 |
| E 04272 | MATT, JAMES E. | 08/24/93 | SYSTEM | OPEN | 70200325 | 297.00 |
| E 04272 | MATT, JAMES E. | 09/26/93 | SYSTEM | OPEN | 70211350 | 432.00 |
| E 04272 | | | | | | 898.00 |
| E 04291 | MACDONALD, JOHN P. | 07/13/93 | SYSTEM | CLEARED | 70190217 | 165.00 |
| E 04291 | MACDONALD, JOHN P. | 08/03/93 | MANUAL | CLEARED | 70200217 | 300.50 |
| E 04291 | MACDONALD, JOHN P. | 08/24/93 | SYSTEM | OPEN | 70200933 | 255.00 |
| E 04291 | | | | | | 255.00 |
| E 04338 | KADLEC, DONALD J. | 08/12/93 | MANUAL | CLEARED | 90009989 | 810.00 |
| E 04338 | KADLEC, DONALD J. | 08/18/93 | MANUAL | CLEARED | 90100132 | 810.00 |
| E 04338 | KADLEC, DONALD J. | 09/00/93 | SYSTEM | OPEN | 70211403 | 600.00 |
| E 04338 | | | | | | 2,220.00 |

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| E04380 | TANNER, DENISE M. | 07/13/93 | SYSTEM | CLEARED | 7019362 | 200.00 |
| E04389 | TANNER, DENISE M. | 08/02/93 | MANUAL | CLEARED | 9007950 | 200.00 |
| E04389 | | | | | | 1,100.00 |
| E04441 | SCHERER, DAVID M. | 09/09/93 | SYSTEM | OPEN | 7021486 | 3,000.00 |
| E04441 | | | | | | 3,000.00 |
| E04567 | GORE, DONALD A. | 07/20/93 | SYSTEM | CLEARED | 7019550 | 68.00 |
| E04567 | GORE, DONALD A. | 07/27/93 | SYSTEM | CLEARED | 7020001 | 475.20 |
| E04567 | GORE, DONALD A. | 08/24/93 | SYSTEM | CLEARED | 7020883 | 105.00 |
| E04567 | | | | | | 708.20 |
| E04687 | DAZ, ELY A. | 08/03/93 | SYSTEM | CLEARED | 7020246 | 726.00 |
| E04687 | DAZ, ELY A. | 08/24/93 | SYSTEM | CLEARED | 7020830 | 36.95 |
| E04687 | | | | | | 762.95 |
| E04690 | PETERSON, RICHARD J. | 07/13/93 | SYSTEM | CLEARED | 7019366 | 112.34 |
| E04690 | PETERSON, RICHARD J. | 07/22/93 | SYSTEM | CLEARED | 7019880 | 60.00 |
| E04690 | PETERSON, RICHARD J. | 08/03/93 | SYSTEM | CLEARED | 7020180 | 200.00 |
| E04690 | PETERSON, RICHARD J. | 09/24/93 | SYSTEM | OPEN | 7021602 | 200.00 |
| E04690 | | | | | | 2,811.20 |
| E04695 | LANG, JOSEPH N. | 07/01/93 | MANUAL | CLEARED | 4501850 | 1,201.04 |
| E04695 | LANG, JOSEPH N. | 07/16/93 | MANUAL | CLEARED | 4501804 | 1,184.18 |
| E04695 | LANG, JOSEPH N. | 07/30/93 | MANUAL | CLEARED | 4501808 | 1,206.16 |
| E04695 | LANG, JOSEPH N. | 08/20/93 | MANUAL | CLEARED | 4501050 | 1,346.00 |
| E04695 | LANG, JOSEPH N. | 09/24/93 | MANUAL | OPEN | 4501051 | 1,818.20 |
| E04695 | | | | | | 7,388.06 |
| E04017 | CHANG, ELIZABETH T. | 07/01/93 | MANUAL | CLEARED | 4501851 | 675.25 |
| E04017 | CHANG, ELIZABETH T. | 07/16/93 | MANUAL | CLEARED | 4501808 | 605.55 |
| E04017 | CHANG, ELIZABETH T. | 07/30/93 | MANUAL | CLEARED | 4501808 | 605.55 |
| E04017 | CHANG, ELIZABETH T. | 08/20/93 | MANUAL | OPEN | 4501042 | 605.55 |
| E04017 | CHANG, ELIZABETH T. | 09/17/93 | MANUAL | OPEN | 4501050 | 605.55 |

09/19/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES INC. - MSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

RPT: APPD10-01
PAGE 151

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| E04017 | | | | | | 3,780.23 |
| F04958 | SALVADOR, BERNADETTE O. | 07/11/93 | SYSTEM | CLEARED | 70101797 | 125.14 |
| E04958 | SALVADOR, BERNADETTE O. | 07/22/93 | MANUAL | CLEARED | 00000483 | 100.68 |
| E04958 | SALVADOR, BERNADETTE O. | 07/22/93 | MANUAL | CLEARED | 00009087 | 197.60 |
| E04958 | SALVADOR, BERNADETTE O. | 07/27/93 | SYSTEM | CLEARED | 70100047 | 200.67 |
| E04958 | SALVADOR, BERNADETTE O. | 08/04/93 | MANUAL | CLEARED | 00503814 | 122.00 |
| E04958 | SALVADOR, BERNADETTE O. | 08/17/93 | SYSTEM | CLEARED | 70200605 | 90.14 |
| E04958 | | | | | | 939.12 |
| E05262 | WAGNER, JOHN R. | 08/03/93 | SYSTEM | CLEARED | 70202251 | 826.43 |
| E05262 | | | | | | 826.43 |
| E05337 | GANZ, STUART | 08/13/93 | MANUAL | CLEARED | 90000998 | 788.00 |
| E05337 | GANZ, STUART | 08/31/93 | SYSTEM | OPEN | 70201051 | 14.41 |
| E15337 | | | | | | 802.41 |
| E05339 | BALUTSKI, MELANIE | 07/13/93 | SYSTEM | CLEARED | 70192281 | 310.19 |
| E05339 | BALUTSKI, MELANIE | 07/20/93 | SYSTEM | CLEARED | 70190668 | 419.93 |
| E05339 | | | | | | 758.12 |
| E05359 | COMMISSARIAT, CAMAS | 07/27/93 | SYSTEM | CLEARED | 70200016 | 945.60 |
| F05359 | COMMISSARIAT, CAMAS | 09/09/93 | SYSTEM | OPEN | 70211181 | 498.40 |
| E05359 | | | | | | 1,433.40 |
| E05540 | KUBOTA, DOUGLAS V | 08/10/93 | SYSTEM | CLEARED | 70200050 | 1,330.78 |
| E05540 | KUBOTA, DOUGLAS V | 09/17/93 | SYSTEM | OPEN | 70211755 | 1,342.48 |
| E05540 | | | | | | 2,673.26 |
| E05748 | COLLINS, TIMOTHY E. | 08/10/93 | SYSTEM | CLEARED | 70200557 | 1,400.00 |
| E05748 | | | | | | 1,400.00 |
| E05750 | FISH, VELMA L. P. | 05/24/93 | MANUAL | CLEARED | 00008872 | 105.00 |
| E05750 | FISH, VELMA L. P. | 08/03/93 | SYSTEM | CLEARED | 70200100 | 130.00 |
| E05750 | FISH, VELMA L. P. | 08/17/93 | SYSTEM | CLEARED | 70201109 | 665.00 |

PRINTED IN U.S.A.

09/13/03
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES, INC. - HSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 29 THRU CURRENT

RPT: APO110-01
PAGE 152

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| E 05750 | FISH, VELMA L. P. | 09/17/03 | SYSTEM | OPEN | 7021713 | 220.00 |
| E 05750 | | | | | | 1,118.20 |
| E 05762 | YOSHIOKA, LORI | 08/31/03 | SYSTEM | OPEN | 7021189 | 1,696.10 |
| E 05762 | | | | | | 1,696.10 |
| E 05932 | MACDONALD, RICHARD H. | 08/31/03 | SYSTEM | OPEN | 7021118 | 800.56 |
| E 05932 | MACDONALD, RICHARD H. | 08/03/03 | SYSTEM | CLEARED | 7020243 | 853.66 |
| E 05932 | | | | | | 1,000.00 |
| E 05944 | SCHNEIDER, WILLIAM T | 07/20/03 | SYSTEM | CLEARED | 7019061 | 380.45 |
| E 05944 | SCHNEIDER, WILLIAM T | 07/22/03 | SYSTEM | CLEARED | 7020032 | 1,000.00 |
| E 05944 | SCHNEIDER, WILLIAM T | 07/30/03 | MANUAL | CLEARED | 9007070 | 1,000.00 |
| E 05944 | | | | | | 3,305.45 |
| E 06034 | MEDINA, FREDERICK | 09/17/03 | SYSTEM | OPEN | 7021749 | 925.05 |
| E 06034 | MEDINA, FREDERICK | 08/17/03 | SYSTEM | CLEARED | 7020657 | 66.91 |
| E 06034 | MEDINA, FREDERICK | 07/13/03 | SYSTEM | CLEARED | 7019181 | 100.26 |
| E 06047 | FERRETTI, CARLOS A | 09/03/03 | SYSTEM | OPEN | 7021480 | 450.00 |
| E 06047 | FERRETTI, CARLOS A | 08/16/03 | SYSTEM | CLEARED | 7020608 | 820.00 |
| E 06047 | FERRETTI, CARLOS A | 08/03/03 | SYSTEM | CLEARED | 7020220 | 480.20 |
| E 06047 | | | | | | 1,751.32 |
| E 06126 | RABATIN, MICHAEL | 09/17/03 | SYSTEM | OPEN | 7021756 | 1,331.63 |
| E 06126 | RABATIN, MICHAEL | 08/24/03 | SYSTEM | OPEN | 7020827 | 1,331.63 |
| E 06126 | RABATIN, MICHAEL | 08/16/03 | SYSTEM | CLEARED | 7020620 | 37.81 |
| E 06126 | RABATIN, MICHAEL | 07/13/03 | SYSTEM | CLEARED | 7019140 | 48.05 |
| E 06126 | | | | | | 1,459.57 |
| E 06152 | WELLS, JAMES M. | 08/04/03 | MANUAL | CLEARED | 9009539 | 1,942.00 |
| E 06152 | | | | | | 1,942.00 |

09/12/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES, INC. - WSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 26 THRU CURRENT

RPT:    PAGE  124
APV011D-01

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| E 06153 | QUITRANT, BRUNO | 07/01/93 | MANUAL | CLEARED | 4501848 | 967.27 |
| E 06153 | QUITRANT, BRUNO | 07/15/93 | MANUAL | CLEARED | 4501805 | 806.24 |
| E 06153 | QUITRANT, BRUNO | 07/15/93 | MANUAL | CLEARED | 4501900 | 805.44 |
| E 06153 | QUITRANT, BRUNO | 07/23/93 | MANUAL | CLEARED | 4501920 | 873.10 |
| E 06153 | QUITRANT, BRUNO | 08/20/93 | MANUAL | CLEARED | 4501948 | 872.08 |
| E 06153 | QUITRANT, BRUNO | 08/27/93 | MANUAL | OPEN | 4501950 | 902.40 |
| E 06153 | QUITRANT, BRUNO | 09/17/93 | MANUAL | OPEN | 4501954 | 950.00 |
| E 06154 | CHANG, LANA | 07/01/93 | MANUAL | CLEARED | 4501840 | 808.25 |
| E 06154 | CHANG, LANA | 07/15/93 | MANUAL | CLEARED | 4501865 | 733.95 |
| E 06154 | CHANG, LANA | 07/23/93 | MANUAL | CLEARED | 4501900 | 733.95 |
| E 06154 | CHANG, LANA | 07/30/93 | MANUAL | CLEARED | 4501920 | 733.72 |
| E 06154 | CHANG, LANA | 08/20/93 | MANUAL | OPEN | 4501938 | 805.72 |
| E 06154 | CHANG, LANA | 09/17/93 | MANUAL | OPEN | 4501955 | 825.50 |
| E 06155 | SPITZ, MARGUERITE L. COLOMA | 07/01/93 | MANUAL | CLEARED | 4501847 | 805.26 |
| E 06155 | SPITZ, MARGUERITE L. COLOMA | 07/16/93 | MANUAL | CLEARED | 4501867 | 733.95 |
| E 06155 | SPITZ, MARGUERITE L. COLOMA | 07/30/93 | MANUAL | CLEARED | 4501900 | 733.95 |
| E 06155 | SPITZ, MARGUERITE L. COLOMA | 08/13/93 | MANUAL | CLEARED | 4501920 | 733.95 |
| E 06155 | SPITZ, MARGUERITE L. COLOMA | 08/27/93 | MANUAL | OPEN | 4501930 | 805.42 |
| E 06155 | SPITZ, MARGUERITE L. COLOMA | 09/17/93 | MANUAL | OPEN | 4501957 | 815.18 |
| E 06202 | O'ROURKE, JOHN D, II | 08/25/93 | MANUAL | CLEARED | 9010257 | 1,000.00 |
| E 06202 | O'ROURKE, JOHN D, II | | | | | 1,000.00 |
| E 06268 | PANG-CHING, JONATHAN K. | 08/10/93 | SYSTEM | CLEARED | 7020510 | 330.00 |
| E 06268 | PANG-CHING, JONATHAN K. | 08/23/93 | MANUAL | CLEARED | 9010213 | 330.00 |
| E 06269 | PANG-CHING, JONATHAN K. | | | | | 660.00 |
| E 06306 | CISLO, TIMOTHY J. | 07/15/93 | MANUAL | CLEARED | 9009324 | 307.00 |
| E 06306 | CISLO, TIMOTHY J. | 08/10/93 | SYSTEM | CLEARED | 7020517 | 300.00 |
| E 06306 | CISLO, TIMOTHY J. | 09/17/93 | SYSTEM | OPEN | 7021605 | 300.00 |
| E 06306 | | | | | | 652.00 |
| E 06330 | CARDENAS, JOSE A. | 09/17/93 | SYSTEM | OPEN | 7021757 | 1,342.48 |

09/19/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES, INC. - HSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

PAGE: 154
RPT: APDD10-01

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| E 06330 | | | | | | |
| E 06569 | ARCHIBOLD, VIRGILIO | 09/17/93 | SYSTEM | OPEN | 70217755 | 1,342.48 |
| | | | | | | 1,342.48 |
| E 06626 | GRIPP, NATALIE | 06/29/93 | MANUAL | CLEARED | 00089062 | 360.00 |
| E 06626 | GRIPP, NATALIE | 07/15/93 | MANUAL | CLEARED | 70008384 | 145.00 |
| E 06626 | GRIPP, NATALIE | 07/30/93 | SYSTEM | CLEARED | 70108454 | 200.00 |
| E 06626 | GRIPP, NATALIE | 08/05/93 | MANUAL | CLEARED | 00098890 | 200.00 |
| E 06626 | | | | | | 905.00 |
| | | | | | | 905.00 |
| E 06755 | SALANOA, WILLIAM O. | 08/10/93 | SYSTEM | CLEARED | 70205513 | 240.00 |
| E 06755 | SALANOA, WILLIAM O. | 08/24/93 | SYSTEM | CLEARED | 70209953 | 400.00 |
| | | | | | | 640.00 |
| E 06755 | | | | | | 640.00 |
| E 07071 | WILSON, RUSSELL W. | 08/03/93 | SYSTEM | CLEARED | 70202012 | 300.00 |
| E 07071 | WILSON, RUSSELL W. | 08/19/93 | SYSTEM | CLEARED | 70206740 | 36.00 |
| E 07071 | WILSON, RUSSELL W. | 09/17/93 | SYSTEM | OPEN | 70217750 | 1,342.48 |
| | | | | | | 1,678.48 |
| E 07115 | WONG, CREIGHTON T. C. | 07/26/93 | MANUAL | CLEARED | 00090502 | 175.00 |
| E 07115 | WONG, CREIGHTON T. C. | 08/13/93 | MANUAL | CLEARED | 00100632 | 336.00 |
| E 07115 | WONG, CREIGHTON T. C. | 08/17/93 | SYSTEM | CLEARED | 70206332 | 411.00 |
| E 07115 | WONG, CREIGHTON T. C. | 08/31/93 | SYSTEM | OPEN | 70211101 | 1,033.00 |
| E 07115 | | | | | | 1,955.00 |
| | | | | | | 1,955.00 |
| E 07146 | DAVIDSON, JON P. | 09/17/93 | SYSTEM | OPEN | 70217700 | 1,342.48 |
| | | | | | | 1,342.48 |
| E 07165 | BUTERA, JOHN G. | 09/17/93 | SYSTEM | OPEN | 70217761 | 1,342.48 |
| | | | | | | 1,342.48 |
| E 07160 | HOPMAN, JESSICA | 07/20/93 | SYSTEM | CLEARED | 70190646 | 302.85 |
| E 07160 | HOPMAN, JESSICA | 07/27/93 | SYSTEM | CLEARED | 70199687 | 385.47 |
| E 07160 | HOPMAN, JESSICA | 09/09/93 | SYSTEM | OPEN | 70219478 | 285.67 |

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| E07169 | HOPMANJ, JESSICA | 09/17/93 | SYSTEM | OPEN | 7021702 | 1,062.45 |
| | | | | | | 1,062.44 |
| HA124B | AMFAC DISTRIBUTION | 05/29/93 | SYSTEM | CLEARED | 7018841 | 1,080.89 |
| HA124B | AMFAC DISTRIBUTION | 07/20/93 | SYSTEM | CLEARED | 7019644 | 295.56 |
| | | | | | | 1,376.45 |
| HA151A | BETTER BRANDS LTD | 06/29/93 | SYSTEM | CLEARED | 7018903 | 6,518.38 |
| HA151A | BETTER BRANDS LTD | 07/20/93 | SYSTEM | CLEARED | 7019701 | 6,874.85 |
| HA151A | BETTER BRANDS LTD | 07/27/93 | SYSTEM | CLEARED | 7020051 | 7,498.40 |
| HA151A | BETTER BRANDS LTD | 08/17/93 | SYSTEM | CLEARED | 7021200 | 3,798.60 |
| HA151A | BETTER BRANDS LTD | 08/17/93 | SYSTEM | OPEN | 7021200 | 789.95 |
| HA151A | BETTER BRANDS LTD | 09/14/93 | SYSTEM | OPEN | 7021807 | 4,730.95 |
| | | | | | | 20,810.85 |
| HA260A | ISLAND BEVERAGE CO INC | 07/13/93 | SYSTEM | CLEARED | 7019090 | 7,098.48 |
| HA260A | ISLAND BEVERAGE CO INC | 07/13/93 | SYSTEM | CLEARED | 7019431 | 3,013.66 |
| HA260A | ISLAND BEVERAGE CO INC | 07/20/93 | SYSTEM | CLEARED | 7020054 | 4,560.86 |
| HA260A | ISLAND BEVERAGE CO INC | 09/14/93 | SYSTEM | OPEN | 7021855 | 100.00 |
| | | | | | | 16,673.12 |
| HA292A | UNITEK SOLVENT SERVICES, INC. | 07/01/93 | MANUAL | CLEARED | 00090020 | 6,031.27 |
| HA292A | UNITEK SOLVENT SERVICES, INC. | 07/13/93 | SYSTEM | CLEARED | 7019200 | 130.00 |
| HA292A | UNITEK SOLVENT SERVICES, INC. | 07/13/93 | MANUAL | CLEARED | 00090030 | 130.00 |
| HA292A | UNITEK SOLVENT SERVICES, INC. | 08/03/93 | MANUAL | CLEARED | 00090040 | 4,265.04 |
| HA292A | UNITEK SOLVENT SERVICES, INC. | 08/23/93 | MANUAL | CLEARED | 00101094 | 130.00 |
| | | | | | | 1,096.66 |
| HA384A | MOTOR SUPPLY | 06/29/93 | SYSTEM | CLEARED | 7018833 | 827.66 |
| HA384A | MOTOR SUPPLY | 07/06/93 | SYSTEM | CLEARED | 7018087 | 148.10 |
| HA384A | MOTOR SUPPLY | 07/13/93 | SYSTEM | CLEARED | 7019410 | 2,083.64 |
| HA384A | MOTOR SUPPLY | 07/13/93 | SYSTEM | CLEARED | 7020035 | 2,510.38 |
| HA384A | MOTOR SUPPLY | 08/03/93 | SYSTEM | CLEARED | 7020201 | 1,212.11 |
| HA384A | MOTOR SUPPLY | 08/17/93 | SYSTEM | OPEN | 7020651 | 1,812.11 |
| HA384A | MOTOR SUPPLY | 09/14/93 | SYSTEM | OPEN | 7021827 | 1,212.11 |
| | | | | | | 5,852.29 |
| HA576A | APEIRON TECHNOLOGY INC | 07/06/93 | SYSTEM | CLEARED | 7019081 | 1,595.73 |
| HA576A | APEIRON TECHNOLOGY INC | 07/20/93 | SYSTEM | CLEARED | 7019743 | 21,200.53 |

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| HA576A | APEIRON TECHNOLOGY INC | 08/17/93 | SYSTEM | CLEARED | 7020850 | 165.00 |
| HA576A | APEIRON TECHNOLOGY INC | 08/24/93 | SYSTEM | CLEARED | 7020950 | 50.00 |
| HA576A | APEIRON TECHNOLOGY INC | 09/07/93 | SYSTEM | OPEN | 7021200 | 30.00 |
| | | | | | | 245.00 |
| HA703A | ALL NIPPON AIRWAYS TRADING CO | 08/16/93 | MANUAL | CLEARED | 9010083 | 12,000.00 |
| HA703A | ALL NIPPON AIRWAYS TRADING CO | 08/24/93 | SYSTEM | OPEN | 7021040 | 12,000.00 |
| | | | | | | 24,000.00 |
| HA873A | AIRLINE INTERIORS INC | 08/17/93 | SYSTEM | CLEARED | 7020750 | 3,277.00 |
| HA873A | AIRLINE INTERIORS INC | 09/14/93 | SYSTEM | OPEN | 7021666 | 5,321.00 |
| | | | | | | 8,598.00 |
| H10002 | POPWELL, WILLIAM LYNN | 07/07/93 | MANUAL | CLEARED | 9000153 | 2,140.01 |
| H10002 | POPWELL, WILLIAM LYNN | 07/13/93 | SYSTEM | CLEARED | 7019270 | 2,347.80 |
| H10002 | POPWELL, WILLIAM LYNN | 07/27/93 | SYSTEM | CLEARED | 7019670 | 4,063.70 |
| H10002 | POPWELL, WILLIAM LYNN | 07/27/93 | SYSTEM | CLEARED | 7020019 | 1,038.17 |
| H10010 | AIRCRAFT PARTS INTERNATIONAL | 09/01/93 | MANUAL | OPEN | 9010396 | 1,570.55 |
| | | | | | | 1,570.55 |
| H10041 | HONOLULU BLUEPRINT | 07/06/93 | MANUAL | CLEARED | 9000118 | 703.15 |
| H10041 | HONOLULU BLUEPRINT | 07/13/93 | SYSTEM | CLEARED | 7019324 | 382.52 |
| H10041 | HONOLULU BLUEPRINT | 07/20/93 | SYSTEM | CLEARED | 7019288 | 1,882.90 |
| H10041 | HONOLULU BLUEPRINT | 08/17/93 | MANUAL | CLEARED | 9010847 | |
| H10041 | HONOLULU BLUEPRINT | 08/03/93 | MANUAL | OPEN | 9010608 | |
| H10041 | HONOLULU BLUEPRINT | 09/07/93 | MANUAL | OPEN | 9010651 | |
| | | | | | | |
| H10071 | YOUNGER DIRECT MARKETING, INC. | 07/13/93 | SYSTEM | CLEARED | 7019416 | 2,360.00 |
| H10071 | YOUNGER DIRECT MARKETING, INC. | 07/20/93 | SYSTEM | CLEARED | 7019584 | 135.30 |
| H10071 | YOUNGER DIRECT MARKETING, INC. | 09/07/93 | SYSTEM | OPEN | 7021302 | 1,342.17 |

09/19/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES A/P CHECK DISBURSEMENTS - WSA ACCOUNTS PAYABLE FOR JUNE 24 THRU CURRENT

RPT:
PAGE 129
APD010-01

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H10105 | O'CONNOR AGENCY, INC. | 07/13/93 | SYSTEM | CLEARED | 7010452 | 4,379.08 |
| H10105 | O'CONNOR AGENCY, INC. | 07/27/93 | SYSTEM | CLEARED | 7020031 | 5,933.62 |
| H10133 | J. GLASS & ASSOCIATES | 07/19/93 | MANUAL | CLEARED | 0000416 | 1,000.00 |
| H10133 | J. GLASS & ASSOCIATES | 08/17/93 | SYSTEM | CLEARED | 7020756 | 24,000.05 |
| H10133 | J. GLASS & ASSOCIATES | 08/19/93 | MANUAL | CLEARED | 0010110 | 24,000.05 |
| H10133 | J. GLASS & ASSOCIATES | | | | | 34,001.05 |
| H10231 | I.R.A. RENT A CAR | 07/20/93 | SYSTEM | OPEN | 7010745 | 2,424.39 |
| H10231 | I.R.A. RENT A CAR | 08/14/93 | SYSTEM | OPEN | 7020522 | 362.31 |
| H10231 | I.R.A. RENT A CAR | 09/07/93 | SYSTEM | OPEN | 7023319 | 1,094.43 |
| H10231 | I.R.A. RENT A CAR | | | | | 1,104.73 |
| H10297 | ALOHA CONFERENCING SERVICES | 07/11/93 | SYSTEM | CLEARED | 7010492 | 15,072.87 |
| H10297 | ALOHA CONFERENCING SERVICES | 08/24/93 | SYSTEM | CLEARED | 7021038 | 1,900.61 |
| H10297 | ALOHA CONFERENCING SERVICES | 09/07/93 | SYSTEM | OPEN | 7021402 | 1,830.74 |
| H10297 | ALOHA CONFERENCING SERVICES | | | | | 18,803.22 |
| H10302 | TRAVEL AGE WEST TRADE SHOWS | 07/20/93 | MANUAL | OPEN | 0000438 | 807.50 |
| H10302 | TRAVEL AGE WEST TRADE SHOWS | | | | | 807.50 |
| H10304 | CENTURY AVIATION INC | 06/20/93 | SYSTEM | CLEARED | 7018805 | 2,473.75 |
| H10304 | CENTURY AVIATION INC | 07/23/93 | SYSTEM | CLEARED | 7019188 | 343.00 |
| H10304 | CENTURY AVIATION INC | 07/23/93 | SYSTEM | CLEARED | 7019483 | 1,083.30 |
| H10304 | CENTURY AVIATION INC | 08/03/93 | SYSTEM | CLEARED | 7020274 | 1,034.54 |
| H10304 | CENTURY AVIATION INC | 08/20/93 | MANUAL | CLEARED | 0010172 | 2,696.10 |
| H10304 | CENTURY AVIATION INC | | | | | 7,630.29 |
| H10310 | KENILWORTH ASSOCIATES, INC. | 07/20/93 | SYSTEM | CLEARED | 7019790 | 6,768.00 |
| H10310 | KENILWORTH ASSOCIATES, INC. | 07/27/93 | SYSTEM | CLEARED | 7020059 | 6,768.00 |
| H10310 | KENILWORTH ASSOCIATES, INC. | | | | | 13,536.00 |
| H10311 | REEVE ALEUTIAN AIRWAYS | 08/03/93 | SYSTEM | CLEARED | 7020300 | 2,605.00 |
| H10311 | REEVE ALEUTIAN AIRWAYS | 09/16/93 | SYSTEM | OPEN | 7021821 | 985.00 |

09/19/93  
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES, INC. - MSA ACCOUNTS PAYABLE  
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

RPT: APP010-01  
PAGE 129

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H10311 | | | | | | 1,500.00 |
| H10312 | MANIFEST GROUP, THE | 09/14/93 | SYSTEM | OPEN | 70215556 | 2,202.22 |
| H10312 | MANIFEST GROUP, THE | 08/24/93 | SYSTEM | CLEARED | 70209282 | 220.22 |
| H10312 | MANIFEST GROUP, THE | 07/13/93 | SYSTEM | CLEARED | 70109282 | 311.30 |
| H10315 | MCH ENGINEERING, INC. | 09/14/93 | SYSTEM | OPEN | 70211182 | 827.80 |
| H10315 | MCH ENGINEERING, INC. | 07/20/93 | SYSTEM | CLEARED | 70105674 | 512.05 |
| H10350 | EL SINORE AEROSPACE SYSTEMS | 08/31/93 | SYSTEM | OPEN | 70211951 | 3,320.00 |
| H10350 | EL SINORE AEROSPACE SYSTEMS | 07/06/93 | SYSTEM | CLEARED | 70105024 | 1,320.00 |
| H10376 | PRICE WATERHOUSE | 09/14/93 | MANUAL | OPEN | 70218937 | 2,500.00 |
| H10376 | PRICE WATERHOUSE | 06/28/93 | MANUAL | CLEARED | 70216431 | 1,344.00 |
| H10377 | RENDEZVOUS TRAVEL | 08/20/93 | MANUAL | CLEARED | 00102152 | 3,844.10 |
| H10377 | RENDEZVOUS TRAVEL | 07/30/93 | MANUAL | CLEARED | 00096931 | 5,743.40 |
| H10377 | RENDEZVOUS TRAVEL | 07/23/93 | MANUAL | CLEARED | 00095244 | 7,314.00 |
| H10377 | RENDEZVOUS TRAVEL | 07/02/93 | MANUAL | CLEARED | 00090768 | 7,100.10 |
| H10377 | RENDEZVOUS TRAVEL | 06/25/93 | MANUAL | CLEARED | 00088890 | 100.00 |
| H10380 | WELCH'S UNIFORM RENTAL | 09/14/93 | SYSTEM | OPEN | 70213500 | 250.00 |
| H10380 | WELCH'S UNIFORM RENTAL | 09/07/93 | SYSTEM | OPEN | 70213134 | 250.00 |
| H10380 | WELCH'S UNIFORM RENTAL | 08/31/93 | SYSTEM | OPEN | 70212128 | 1,803.60 |
| H10380 | WELCH'S UNIFORM RENTAL | 08/23/93 | SYSTEM | CLEARED | 70108630 | 3,008.45 |
| H10380 | WELCH'S UNIFORM RENTAL | 07/20/93 | SYSTEM | CLEARED | 70106330 | 2,886.60 |
| H10380 | WELCH'S UNIFORM RENTAL | 07/26/93 | SYSTEM | CLEARED | 70108985 | 145.35 |
| H10380 | WELCH'S UNIFORM RENTAL | 06/29/93 | SYSTEM | CLEARED | 70108865 | 1,805.35 |

09/19/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES, INC. - HSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

RPT: APCP110.01
PAGE 130

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H10389 | | | | | | |
| H10391 | GENERAL OUTDOOR ADVERTISING | 08/30/93 | MANUAL | CLEARED | 00909586 | 3,800.00 |
| H10391 | GENERAL OUTDOOR ADVERTISING | 08/24/93 | SYSTEM | CLEARED | 70210238 | 7,600.00 |
| H10391 | GENERAL OUTDOOR ADVERTISING | 08/24/93 | SYSTEM | CLEARED | 70210230 | 3,800.00 |
| | | | | | | 3,700.00 |
| H10394 | ALOHA LEASING | 07/05/93 | SYSTEM | CLEARED | 70190134 | 842.40 |
| H10394 | ALOHA LEASING | 08/19/93 | MANUAL | CLEARED | 00101126 | 842.40 |
| H10394 | ALOHA LEASING | 08/31/93 | SYSTEM | OPEN | 70211181 | 842.40 |
| H10394 | ALOHA LEASING | 08/07/93 | SYSTEM | OPEN | 70211185 | 1,222.40 |
| | | | | | | 3,749.20 |
| H10410 | UNIFIED MICRO SOLUTIONS, INC. | 08/03/93 | SYSTEM | CLEARED | 70202206 | 256.80 |
| H10410 | UNIFIED MICRO SOLUTIONS, INC. | 08/17/93 | SYSTEM | CLEARED | 70206277 | 263.54 |
| H10410 | UNIFIED MICRO SOLUTIONS, INC. | 09/14/93 | SYSTEM | OPEN | 70211584 | 371.30 |
| | | | | | | 803.76 |
| H10466 | ORRICK, HERRINGTON & SUTCLIFFE | 08/30/93 | MANUAL | OPEN | 00103319 | 2,500.00 |
| | | | | | | 2,500.00 |
| H10489 | ACE RENT A CAR | 07/07/93 | MANUAL | CLEARED | 00090185 | 2,262.57 |
| H10489 | ACE RENT A CAR | 07/13/93 | SYSTEM | CLEARED | 70190340 | 651.58 |
| H10489 | ACE RENT A CAR | 07/20/93 | SYSTEM | CLEARED | 70190656 | 350.36 |
| H10489 | ACE RENT A CAR | 08/10/93 | SYSTEM | CLEARED | 70205841 | 722.14 |
| H10489 | ACE RENT A CAR | 08/24/93 | SYSTEM | OPEN | 70205090 | 511.35 |
| | | | | | | 4,850.00 |
| H10505 | WALSHES WORLD | 07/01/93 | SYSTEM | CLEARED | 70189028 | 750.00 |
| H10505 | WALSHES WORLD | 08/03/93 | SYSTEM | CLEARED | 70203078 | 2,750.80 |
| H10505 | WALSHES WORLD | 08/03/93 | SYSTEM | CLEARED | 70203078 | 2,750.80 |
| | | | | | | 4,046.95 |
| H10511 | M & H SERVICES | 09/27/93 | MANUAL | OPEN | 90103387 | 13,900.00 |
| | | | | | | 13,900.00 |

09/19/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES, INC. - HSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

PAGE 131
RPT: APV0110-01

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H10536 | FORD MOTOR CREDIT CORP | 07/20/93 | SYSTEM | CLEARED | 7019676 | 532.34 |
| H10536 | FORD MOTOR CREDIT CORP | 08/31/93 | SYSTEM | OPEN | 7021165 | 532.34 |
| | | | | | | 1,064.68 |
| H10536 | FORD MOTOR CREDIT CORP | | | | | 1,064.68 |
| H10541 | WORLD AVIATION SYSTEMS | 08/06/93 | MANUAL | CLEARED | 9009877 | 15,188.64 |
| | | | | | | 15,188.64 |
| H10541 | WORLD AVIATION SYSTEMS | | | | | 15,188.64 |
| H10560 | TRESOR PUBLIC SERVICE | 07/01/93 | MANUAL | CLEARED | 4501845 | 182.05 |
| H10560 | TRESOR PUBLIC SERVICE | 07/08/93 | MANUAL | CLEARED | 4501856 | 196.80 |
| H10560 | TRESOR PUBLIC SERVICE | 07/22/93 | MANUAL | OPEN | 4501877 | 284.74 |
| H10560 | TRESOR PUBLIC SERVICE | 08/00/93 | MANUAL | OPEN | 4505086 | 385.77 |
| H10560 | TRESOR PUBLIC SERVICE | 08/05/93 | MANUAL | OPEN | 4505008 | 427.08 |
| H10560 | TRESOR PUBLIC SERVICE | 08/12/93 | MANUAL | OPEN | 4501015 | 1,897.00 |
| H10560 | TRESOR PUBLIC SERVICE | 08/27/93 | MANUAL | OPEN | 4501020 | 230.00 |
| H10560 | TRESOR PUBLIC SERVICE | 09/00/93 | MANUAL | OPEN | 4501047 | 258.43 |
| H10560 | TRESOR PUBLIC SERVICE | 09/09/93 | MANUAL | OPEN | 4501051 | 201.60 |
| | | | | | | 1,101.51 |
| H10560 | TRESOR PUBLIC SERVICE | | | | | 1,101.51 |
| H10594 | FIVE STAR PARKING-LOS ANGELES | 05/24/93 | MANUAL | CLEARED | 9009845 | 1,276.00 |
| H10594 | FIVE STAR PARKING-LOS ANGELES | 07/23/93 | MANUAL | CLEARED | 9009523 | 1,323.00 |
| H10594 | FIVE STAR PARKING-LOS ANGELES | 08/24/93 | MANUAL | CLEARED | 9010217 | 1,290.00 |
| | | | | | | 3,889.00 |
| H10594 | FIVE STAR PARKING-LOS ANGELES | | | | | 3,889.00 |
| H10601 | TERESI TRUCKING, INC. | 07/13/93 | SYSTEM | CLEARED | 7019337 | 810.00 |
| | | | | | | 810.00 |
| H10601 | TERESI TRUCKING, INC. | | | | | 810.00 |
| H10603 | COMMERCIAL AIRCRAFT PRODUCTS | 06/29/93 | SYSTEM | CLEARED | 7018916 | 9,840.00 |
| H10603 | COMMERCIAL AIRCRAFT PRODUCTS | 07/13/93 | SYSTEM | CLEARED | 7019373 | 1,170.05 |
| | | | | | | 11,010.05 |
| H10603 | COMMERCIAL AIRCRAFT PRODUCTS | | | | | 11,010.05 |
| H10604 | MIRANDY PRODUCTS, LTD. | 09/14/93 | SYSTEM | OPEN | 7021068 | 6,435.00 |
| | | | | | | 6,435.00 |
| H10604 | MIRANDY PRODUCTS, LTD. | | | | | 6,435.00 |
| H10610 | GTE HAWAIIAN TEL | 08/18/93 | MANUAL | CLEARED | 9010089 | 965.87 |
| | | | | | | 965.87 |
| H10610 | GTE HAWAIIAN TEL | | | | | 965.87 |

09/19/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES, INC. - HSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

RPT: APPO110-01
PAGE   132

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H10619 | AVIA-DYNAMICS CORP. | 06/20/93 | SYSTEM | CLEARED | 70188.97 | 5,151.00 |
| H10619 | | | | | | 5,151.00 |
| H10624 | TLC TRAVEL LEISURE CONSULTANTS | 07/15/93 | SYSTEM | CLEARED | 70190495 | 2,236.82 |
| H10624 | TLC TRAVEL LEISURE CONSULTANTS | 08/03/93 | SYSTEM | CLEARED | 70200031 | 900.00 |
| H10624 | TLC TRAVEL LEISURE CONSULTANTS | 09/07/93 | SYSTEM | OPEN | 70214905 | 900.00 |
| H10624 | | | | | | 10,236.82 |
| H10642 | TRAVEL TRADING COMPANY | 08/03/93 | SYSTEM | CLEARED | 70202247 | 711.11 |
| H10642 | | | | | | 711.11 |
| H10644 | PACTEL BUSINESS SYSTEMS | 07/16/93 | SYSTEM | OPEN | 70190027 | 699.67 |
| H10644 | | | | | | 699.67 |
| H10646 | EZE PRODUCTS, INC. | 07/01/93 | MANUAL | CLEARED | 90000011 | 601.20 |
| H10646 | | | | | | 601.20 |
| H10648 | | | | | | |
| H10650 | BLUE SKY TOURS | 06/25/93 | MANUAL | CLEARED | 90088591 | 15,000.00 |
| H10650 | BLUE SKY TOURS | 07/02/93 | MANUAL | CLEARED | 90090860 | 15,000.00 |
| H10650 | BLUE SKY TOURS | 07/09/93 | MANUAL | CLEARED | 90092608 | 15,000.00 |
| H10650 | BLUE SKY TOURS | 07/16/93 | MANUAL | CLEARED | 90094303 | 15,000.00 |
| H10650 | BLUE SKY TOURS | 07/23/93 | MANUAL | OPEN | 90097809 | 15,000.00 |
| H10650 | BLUE SKY TOURS | 07/30/93 | MANUAL | OPEN | 90104438 | 15,000.00 |
| H10650 | BLUE SKY TOURS | 08/06/93 | MANUAL | OPEN | 90108652 | 15,000.00 |
| H10702 | SIGNATURE FLIGHT SUPPORT | 07/06/93 | SYSTEM | CLEARED | 70190082 | 4,628.08 |
| H10702 | SIGNATURE FLIGHT SUPPORT | 07/20/93 | MANUAL | CLEARED | 90090056 | 8,888.78 |
| H10702 | SIGNATURE FLIGHT SUPPORT | 07/25/93 | SYSTEM | CLEARED | 70190782 | 3,808.10 |
| H10702 | SIGNATURE FLIGHT SUPPORT | 08/03/93 | SYSTEM | CLEARED | 70203125 | 5,851.39 |
| H10702 | SIGNATURE FLIGHT SUPPORT | 08/14/93 | SYSTEM | OPEN | 70203195 | 4,855.38 |
| H10702 | SIGNATURE FLIGHT SUPPORT | 09/07/93 | MANUAL | OPEN | 70212312 | 1,821.60 |
| H10702 | SIGNATURE FLIGHT SUPPORT | 09/14/93 | SYSTEM | OPEN | 70210641 | 1,836.55 |

09/18/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES, INC. - MSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

PAGE 133
RPT: APP011D-01

| VENDOR NUMBER | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H10707 | AIRGROUP EXPRESS | 08/03/93 | SYSTEM | CLEARED | 7020202 | 1,901.00 |
|  |  |  |  |  |  | 1,901.00 |
| H10713 | COMPUTER ASSOCIATES | 08/17/93 | SYSTEM | CLEARED | 7020770 | 850.45 |
| H10713 | COMPUTER ASSOCIATES | 09/07/93 | SYSTEM | OPEN | 7021370 | 850.45 |
|  |  |  |  |  |  | 1,700.90 |
| H10716 | FIELDTECH AVIONICS & | 07/20/93 | SYSTEM | CLEARED | 7019775 | 3,558.50 |
| H10716 | FIELDTECH AVIONICS & | 07/22/93 | SYSTEM | CLEARED | 7019808 | 247.50 |
|  |  |  |  |  |  | 3,806.00 |
| H10738 | AVANT GUARD PROTECTIVE SERVICE | 08/03/93 | SYSTEM | OPEN | 7020311 | 3,370.00 |
|  |  |  |  |  |  | 3,370.00 |
| H10744 | ALOHA TRANSPORTATION & RENTALS | 06/29/93 | SYSTEM | CLEARED | 7018853 | 1,726.32 |
| H10744 | ALOHA TRANSPORTATION & RENTALS | 08/05/93 | SYSTEM | CLEARED | 7020382 | 5,028.31 |
| H10744 | ALOHA TRANSPORTATION & RENTALS | 08/24/93 | SYSTEM | CLEARED | 7021007 | 1,472.08 |
| H10744 | ALOHA TRANSPORTATION & RENTALS | 08/31/93 | SYSTEM | OPEN | 7021187 | 1,255.03 |
|  |  |  |  |  |  | 9,481.78 |
| H10781 | MOORE BUSINESS FORMS & SYSTEMS | 07/13/93 | SYSTEM | CLEARED | 7019944 | 3,733.04 |
| H10781 | MOORE BUSINESS FORMS & SYSTEMS | 08/31/93 | SYSTEM | OPEN | 7021201 | 4,045.68 |
| H10781 | MOORE BUSINESS FORMS & SYSTEMS | 09/14/93 | SYSTEM | OPEN | 7021301 | 4,024.65 |
|  |  |  |  |  |  | 11,803.17 |
| H10802 | AVIATION FUEL | 07/16/93 | MANUAL | CLEARED | 9009378 | 24,480.41 |
|  |  |  |  |  |  | 24,480.41 |
| H10805 | HERMANN MARKETING | 07/15/93 | MANUAL | CLEARED | 9009329 | 1,700.17 |
|  |  |  |  |  |  | 1,700.17 |
| H10813 | MC-COX, CO. | 08/17/93 | SYSTEM | CLEARED | 7020692 | 358.33 |
| H10813 | MC-COX, CO. | 09/14/93 | SYSTEM | OPEN | 7021582 | 333.33 |

09/19/93  
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES, INC - MSA ACCOUNTS PAYABLE  
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

RPT: APO11D-01  
PAGE 163

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H10013 | JOHNSON & HIGGINS OF | 07/22/93 | MANUAL | CLEARED | 90009590 | 208.00 |
| H10016 | JOHNSON & HIGGINS OF | 07/01/93 | MANUAL | OPEN | 90009528 | 632.00 |
| H10016 | JOHNSON & HIGGINS OF | 07/01/93 | MANUAL | OPEN | 90008205 | 817.00 |
| H10016 | JOHNSON & HIGGINS OF | 08/04/93 | MANUAL | OPEN | 90009233 | 189.00 |
| H10016 | JOHNSON & HIGGINS OF | 08/04/93 | MANUAL | OPEN | 90009213 | 1,852.00 |
| H10016 | JOHNSON & HIGGINS OF | 08/09/93 | MANUAL | CLEARED | 90009411 | 155.00 |
| H10016 | JOHNSON & HIGGINS OF | 08/16/93 | MANUAL | CLEARED | 90010341 | 203.00 |
| H10016 | JOHNSON & HIGGINS OF | 09/01/93 | MANUAL | OPEN | 90010381 | 592.00 |
| H10016 | JOHNSON & HIGGINS OF | 09/01/93 | MANUAL | OPEN | 90010380 | 203.00 |
| H10020 | SPEED DISHUTTLE | 07/14/93 | MANUAL | CLEARED | 90009294 | 342.00 |
| H10020 | SPEED DISHUTTLE | 07/26/93 | MANUAL | CLEARED | 90009263 | 342.00 |
| H10020 | SPEED DISHUTTLE | 08/31/93 | MANUAL | OPEN | 70211770 | 600.00 |
| H10025 | SPEED DISHUTTLE | 09/16/93 | MANUAL | OPEN | 90010648 | 200.00 |
| H10026 | SPEED DISHUTTLE | | MANUAL | OPEN | | 208.00 |
| H10041 | MONIZ, MANUEL JR | 08/24/93 | SYSTEM | OPEN | 70210025 | 3,000.00 |
| H10041 | MONIZ, MANUEL JR | | SYSTEM | OPEN | | 3,000.00 |
| H10044 | HERITAGE INN | 07/13/93 | SYSTEM | CLEARED | 70193565 | 1,102.43 |
| H10044 | HERITAGE INN | | SYSTEM | CLEARED | | 1,102.43 |
| H10066 | GE SUPPLY HAWAII, INC. | 08/03/93 | SYSTEM | CLEARED | 70202260 | 1,010.27 |
| H10066 | GE SUPPLY HAWAII, INC. | 08/05/93 | MANUAL | CLEARED | 90010858 | 674.00 |
| H10066 | GE SUPPLY HAWAII, INC. | 08/15/93 | MANUAL | CLEARED | 90010856 | 472.04 |
| H10066 | GE SUPPLY HAWAII, INC. | 08/18/93 | MANUAL | CLEARED | 90100007 | 1,321.51 |
| H10066 | GE SUPPLY HAWAII, INC. | | MANUAL | CLEARED | | 2,321.51 |
| H10860 | HAWAIIAN ARRANGEMENTS | 06/25/93 | MANUAL | CLEARED | 90008592 | 7,885.28 |
| H10860 | HAWAIIAN ARRANGEMENTS | 07/02/93 | MANUAL | CLEARED | 90009070 | 8,349.06 |
| H10860 | HAWAIIAN ARRANGEMENTS | 07/09/93 | MANUAL | CLEARED | 90009307 | 7,685.12 |
| H10860 | HAWAIIAN ARRANGEMENTS | 07/16/93 | MANUAL | CLEARED | 90009702 | 5,734.06 |
| H10860 | HAWAIIAN ARRANGEMENTS | 08/23/93 | MANUAL | OPEN | 90010602 | 4,721.08 |
| H10860 | HAWAIIAN ARRANGEMENTS | 09/16/93 | MANUAL | OPEN | 90010651 | 5,519.80 |

09/19/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES, INC. - MSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

PAGE 135
RPT: APO110-01

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H10869 | | | | | | 50,431.02 |
| H10001 | ALOHA PETROLEUM, LTD | 07/15/93 | MANUAL | CLEARED | 00000037 | 7,730.53 |
| H10001 | ALOHA PETROLEUM, LTD | 08/25/93 | MANUAL | CLEARED | 00000365 | 1,839.25 |
| H10001 | ALOHA PETROLEUM, LTD | 08/11/93 | MANUAL | CLEARED | 00000283 | 2,712.35 |
| H10001 | ALOHA PETROLEUM, LTD | 08/12/93 | MANUAL | CLEARED | 00000290 | 2,611.04 |
| H10001 | ALOHA PETROLEUM, LTD | 08/18/93 | MANUAL | CLEARED | 00000326 | 2,489.04 |
| H10001 | ALOHA PETROLEUM, LTD | 08/25/93 | MANUAL | CLEARED | 00000368 | 4,630.50 |
| H10001 | ALOHA PETROLEUM, LTD | 09/01/93 | MANUAL | CLEARED | 00102789 | 3,366.83 |
| H10001 | ALOHA PETROLEUM, LTD | 09/01/93 | MANUAL | OPEN | 00102782 | 2,650.67 |
| H10001 | ALOHA PETROLEUM, LTD | 09/10/93 | MANUAL | OPEN | 00104047 | 1,990.33 |
| H10001 | | | | | | 30,431.11 |
| H10005 | CONTRACTORS EQUIPMENT RENTALS | 07/13/93 | SYSTEM | CLEARED | 7010942 | 1,000.00 |
| H10005 | CONTRACTORS EQUIPMENT RENTALS | 07/20/93 | SYSTEM | CLEARED | 7019415 | 1,285.00 |
| H10005 | CONTRACTORS EQUIPMENT RENTALS | 08/24/93 | SYSTEM | CLEARED | 7021001 | 1,286.00 |
| H10005 | | | | | | 3,571.87 |
| H10015 | PAGO PRINT SHOP | 07/06/93 | SYSTEM | CLEARED | 7019020 | 730.00 |
| H10015 | | | | | | 730.00 |
| H10016 | MGS AEROTEC, INC. | 07/13/93 | SYSTEM | CLEARED | 7019418 | 2,400.00 |
| H10016 | MGS AEROTEC, INC. | 07/20/93 | SYSTEM | CLEARED | 7019713 | 1,200.00 |
| H10016 | MGS AEROTEC, INC. | 08/24/93 | SYSTEM | OPEN | 7021000 | 1,200.00 |
| H10016 | | | | | | 4,800.00 |
| H10910 | SCENIC HYWAY TOURS | 08/03/93 | SYSTEM | CLEARED | 7020275 | 1,303.50 |
| H10943 | | | | | | 1,303.50 |
| H10964 | NEWMARK COMMUNICATIONS COMPANY | 06/24/93 | MANUAL | CLEARED | 0008840 | 1,020.00 |
| H10964 | | | | | | 1,020.00 |
| H10965 | HOLIDAY INN | 07/22/93 | SYSTEM | CLEARED | 7019890 | 2,480.17 |
| H10965 | HOLIDAY INN | 07/14/93 | SYSTEM | OPEN | 7021590 | 437.93 |
| H10966 | | | | | | 2,924.10 |

09/10/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES, INC. - MSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

RPT: AP00110-01
PAGE 130

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | AMOUNT |
|---|---|---|---|---|---|---|
| H10970 | EVEREX CORPORATION | 07/01/93 | MANUAL | CLEARED | 9309044 | 228.80 |
| | | | | | | 228.80 |
| H10974 | KASS MANAGEMENT SERVICES, INC | 07/13/93 | SYSTEM | CLEARED | 7010395 | 1,435.23 |
| H10974 | KASS MANAGEMENT SERVICES, INC | 07/20/93 | SYSTEM | CLEARED | 7020700 | 1,614.83 |
| H10974 | KASS MANAGEMENT SERVICES, INC | 08/31/93 | SYSTEM | OPEN | 7021109 | 30,179.70 |
| | | | | | | 33,179.70 |
| H10978 | AIRMOTIVE AIRLINE SERVICES,INC | 07/07/93 | MANUAL | CLEARED | 9009160 | 10,231.00 |
| H10978 | AIRMOTIVE AIRLINE SERVICES,INC | 08/31/93 | SYSTEM | OPEN | 7021432 | 8,420.00 |
| | | | | | | 18,651.00 |
| H10979 | EMPLOYEES ADMIN SVC CORP | 07/10/93 | MANUAL | CLEARED | 9009201 | 3,060.78 |
| H10979 | EMPLOYEES ADMIN SVC CORP | 07/17/93 | MANUAL | CLEARED | 9009418 | 3,032.35 |
| H10979 | EMPLOYEES ADMIN SVC CORP | 07/24/93 | MANUAL | CLEARED | 9009608 | 3,032.97 |
| H10979 | EMPLOYEES ADMIN SVC CORP | 07/31/93 | MANUAL | CLEARED | 9009857 | 3,039.83 |
| H10979 | EMPLOYEES ADMIN SVC CORP | 08/07/93 | MANUAL | OPEN | 9011444 | 3,049.40 |
| H10979 | EMPLOYEES ADMIN SVC CORP | 08/14/93 | MANUAL | OPEN | 9011567 | 3,048.38 |
| H10979 | EMPLOYEES ADMIN SVC CORP | 08/21/93 | MANUAL | OPEN | 9011542 | 3,051.32 |
| | | | | | | 21,653.03 |
| H11002 | VILLA HOTEL AND RESTAURANT SQ. | 07/13/93 | SYSTEM | CLEARED | 7019236 | 194.40 |
| H11002 | VILLA HOTEL AND RESTAURANT SQ. | 07/03/93 | SYSTEM | CLEARED | 7020206 | 420.00 |
| H11002 | VILLA HOTEL AND RESTAURANT SQ. | 08/24/93 | SYSTEM | OPEN | 7020653 | 152.00 |
| H11002 | VILLA HOTEL AND RESTAURANT SQ. | 09/14/93 | SYSTEM | OPEN | 7021578 | 212.00 |
| | | | | | | 978.40 |
| H11005 | BROOKS AERONAUTICAL SERVICE | 07/02/93 | MANUAL | CLEARED | 9009770 | 4,531.00 |
| H11005 | BROOKS AERONAUTICAL SERVICE | 08/31/93 | MANUAL | OPEN | 9010348 | 9,957.00 |
| | | | | | | 14,488.00 |
| H11010 | AVIATION CLEANING AND MAINT. | 08/10/93 | MANUAL | CLEARED | 9009942 | 2,955.42 |
| | | | | | | 2,955.42 |

09/16/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES INC - WSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

PAGE 137
RPT: APP010-01

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H11016 | CITY OF LOS ANGELES | 07/06/93 | SYSTEM | CLEARED | 7010709 | 5,794.08 |
| H11016 | CITY OF LOS ANGELES | 07/22/93 | MANUAL | CLEARED | 9009319 | 8,608.09 |
| H11016 | CITY OF LOS ANGELES | 07/22/93 | MANUAL | CLEARED | 9009504 | 8,216.10 |
| H11016 | CITY OF LOS ANGELES | 07/15/93 | SYSTEM | CLEARED | 7020435 | 3,155.51 |
| H11016 | CITY OF LOS ANGELES | 09/14/93 | SYSTEM | OPEN | 7021687 | 30,221.00 |
| H11015 | | | | | | 519,996.78 |
| H11025 | A. N. DERINGER, INC | 06/30/93 | MANUAL | CLEARED | 9008973 | 3,091.25 |
| | | | | | | 3,091.25 |
| H11027 | ROYAL PLASTIC MANUFACTURING CO | 07/13/93 | SYSTEM | CLEARED | 7019338 | 810.00 |
| H11027 | | | | | | 410.00 |
| H11046 | DENNISON E ASHLEY | 08/05/93 | MANUAL | CLEARED | 9009878 | 300.00 |
| H11046 | DENNISON E ASHLEY | 08/06/93 | MANUAL | CLEARED | 9009879 | 541.20 |
| | | | | | | 841.20 |
| H11053 | INTERNATIONAL BUSINESS MACHINE | 07/13/93 | SYSTEM | CLEARED | 7019331 | 727.00 |
| | | | | | | 727.00 |
| H11055 | PACIFIC PARTITION SYSTEMS | 07/13/93 | SYSTEM | CLEARED | 7019350 | 1,000.00 |
| H11056 | | | | | | 1,000.00 |
| H11058 | PAC ELECTRIC CO., INC. | 08/03/93 | SYSTEM | CLEARED | 7C20248 | 750.00 |
| H11059 | | | | | | 750.00 |
| H11060 | HAWAII BUSINESS EQUIPMENT | 07/20/93 | SYSTEM | CLEARED | 7010845 | 200.00 |
| H11060 | HAWAII BUSINESS EQUIPMENT | 07/30/93 | MANUAL | CLEARED | 9009686 | 1,000.00 |
| H11060 | | | | | | 1,605.15 |
| H11064 | HAWAIIAN FORMS MANAGEMENT SYS. | 08/24/93 | MANUAL | CLEARED | 9008841 | 1,404.07 |
| H11064 | | | | | | 1,404.07 |

| VENDOR NUMBER | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H11068 | GREETERS OF HAWAII LTD | 09/01/03 | SYSTEM | CLEARED | 70180227 | 483.75 |
| H11068 | GREETERS OF HAWAII LTD | 08/02/03 | SYSTEM | CLEARED | 70200245 | 481.75 |
| H11068 | GREETERS OF HAWAII LTD | 08/02/03 | SYSTEM | CLEARED | 70212605 | 483.75 |
| H11068 | GREETERS OF HAWAII LTD | 09/03/03 | MANUAL | OPEN | 90010513 | 512.75 |
|  |  |  |  |  |  | 1,512.25 |
| H11069 | MISSIE INVESTMENTS INC | 06/25/03 | MANUAL | CLEARED | 90008890 | 2,664.18 |
| H11069 | MISSIE INVESTMENTS INC | 07/01/03 | SYSTEM | CLEARED | 70180297 | 3,920.85 |
| H11069 | MISSIE INVESTMENTS INC | 08/02/03 | SYSTEM | CLEARED | 70200895 | 3,920.85 |
| H11069 | MISSIE INVESTMENTS INC | 08/01/03 | SYSTEM | OPEN | 70212306 | 3,920.85 |
|  |  |  |  |  |  | 13,666.73 |
| H11072 | CUSTOM PRODUCTS INC | 07/13/03 | SYSTEM | CLEARED | 70189320 | 70.875 |
| H11074 | NEVINS MARKETING GROUP, INC. | 07/20/03 | SYSTEM | CLEARED | 70189694 | 858.36 |
| H11078 | REPUBLIC PARKING SYSTEM | 06/24/03 | MANUAL | CLEARED | 90008847 | 648.00 |
| H11078 | REPUBLIC PARKING SYSTEM | 07/22/03 | MANUAL | CLEARED | 90009406 | 648.00 |
| H11078 | REPUBLIC PARKING SYSTEM | 07/22/03 | MANUAL | CLEARED | 90010177 | 642.00 |
| H11078 | REPUBLIC PARKING SYSTEM | 08/23/03 | MANUAL | OPEN | 90010192 | 648.00 |
|  |  |  |  |  |  | 2,502.00 |
| H11079 | AEROSTAR INFLIGHT SYSTEM, INC. | 07/13/03 | SYSTEM | CLEARED | 70189337 | 7,293.25 |
| H11079 | AEROSTAR INFLIGHT SYSTEM, INC. | 08/13/03 | SYSTEM | CLEARED | 90010377 | 1,403.00 |
| H11079 | AEROSTAR INFLIGHT SYSTEM, INC. | 08/07/03 | SYSTEM | OPEN | 70214430 | 6,373.00 |
| H11079 | AEROSTAR INFLIGHT SYSTEM, INC. | 08/14/03 | SYSTEM | OPEN | 70215624 | 1,185.00 |
|  |  |  |  |  |  | 12,780.25 |
| H11081 | DOUBLETREE SUITES AT THE | 07/13/03 | SYSTEM | CLEARED | 70192805 | 270.10 |
| H11081 | DOUBLETREE SUITES AT THE | 08/31/93 | SYSTEM | OPEN | 70212213 | 6,378.01 |
| H11086 | BELL TRANS/CHARTER LIMOUSINE | 06/29/03 | MANUAL | CLEARED | 90008041 | 21,031.00 |
| H11086 | BELL TRANS/CHARTER LIMOUSINE | 08/24/03 | SYSTEM | OPEN | 70200900 | 1,107.00 |
| H11086 | BELL TRANS/CHARTER LIMOUSINE | 08/03/03 | MANUAL | OPEN | 90010455 | 2,376.00 |

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H11086 | | | | | | 5,604.00 |
| H11091 | MULE, ANTHONY | 06/25/93 | MANUAL | CLEARED | 90088098 | 1,087.00 |
| H11091 | | | | | | 1,087.00 |
| H11093 | E D E C | 07/08/93 | MANUAL | CLEARED | 4501803 | 12,543.00 |
| H11093 | | | | | | 12,543.00 |
| H11096 | MORROW, FRANK | 06/30/93 | MANUAL | CLEARED | 90090060 | 36,000.00 |
| H11096 | MORROW, FRANK | 08/31/93 | MANUAL | OPEN | 90100355 | 1,595.42 |
| H11096 | | | | | | 41,595.42 |
| H11097 | MCKINNON, RICHARD | 06/30/93 | MANUAL | CLEARED | 90090007 | 36,000.00 |
| H11097 | MCKINNON, RICHARD | 08/16/93 | MANUAL | CLEARED | 90100036 | 1,496.50 |
| H11097 | MCKINNON, RICHARD | 08/16/93 | MANUAL | OPEN | 90100406 | 50,500.00 |
| H11097 | | | | | | 44,996.50 |
| H11098 | HERMAN, HARRIS | 06/30/93 | MANUAL | CLEARED | 90090008 | 20,000.00 |
| H11098 | HERMAN, HARRIS | 08/16/93 | MANUAL | CLEARED | 90100035 | 20,000.00 |
| H11098 | | | | | | 50,500.00 |
| H11099 | DIRECTOR OF FINANCE | 06/29/93 | MANUAL | CLEARED | 90088000 | 2,800,000.00 |
| H11099 | | | | | | 2,800,000.00 |
| H11100 | OK TV AND APPLIANCES | 07/13/93 | MANUAL | CLEARED | 90092284 | 778.90 |
| H11100 | OK TV AND APPLIANCES | 07/15/93 | MANUAL | CLEARED | 90093351 | 747.46 |
| H11100 | OK TV AND APPLIANCES | 09/03/93 | MANUAL | OPEN | 90100451 | 159.00 |
| H11100 | | | | | | 1,685.42 |
| H11105 | STMAT HELLTESEN & EICHNER INC | 07/02/93 | MANUAL | CLEARED | 90088802 | 35,000.00 |
| H11105 | | | | | | 35,000.00 |
| H11106 | FAEGRE & BENSON | 07/02/93 | MANUAL | CLEARED | 90090038 | 40,000.00 |
| H11106 | | | | | | 40,000.00 |

09/16/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES INC. — MSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

PAGE 140
RPT: APY01D-01

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H11106 | FAEGRE & BENSON | 08/24/93 | MANUAL | CLEARED | 00102324 | 40,000.00 |
| H11106 | FAEGRE & BENSON | 08/31/93 | MANUAL | OPEN | 00102350 | 120,000.00 |
| | | | | | | 120,000.00 |
| H11107 | ADVANCED MAILING SYSTEMS | 07/19/93 | MANUAL | CLEARED | 9009406 | 56.25 |
| H11107 | ADVANCED MAILING SYSTEMS | 08/31/93 | SYSTEM | OPEN | 7021176 | 708.34 |
| | | | | | | 764.59 |
| H11110 | GEC-MARCONI AEROSPACE, LTD | 07/07/93 | MANUAL | CLEARED | 9009167 | 196.95 |
| H11110 | GEC-MARCONI AEROSPACE, LTD | 08/19/93 | MANUAL | CLEARED | 9010141 | 12,550.70 |
| | | | | | | 12,747.65 |
| H11111 | COASTLINE PRODUCTIONS | 07/16/93 | MANUAL | CLEARED | 9009362 | 3,150.00 |
| | | | | | | 3,150.00 |
| H11127 | OREGONIAN | 07/11/93 | MANUAL | CLEARED | 9009408 | 983.20 |
| H11127 | OREGONIAN | 07/20/93 | MANUAL | CLEARED | 9009516 | 783.24 |
| H11127 | OREGONIAN | 07/12/93 | MANUAL | CLEARED | 9009540 | 983.84 |
| H11127 | OREGONIAN | 07/04/93 | MANUAL | CLEARED | 9009719 | 983.84 |
| H11127 | OREGONIAN | 07/11/93 | MANUAL | CLEARED | 9009811 | 783.60 |
| H11127 | OREGONIAN | 08/10/93 | MANUAL | CLEARED | 9010060 | 983.84 |
| H11127 | OREGONIAN | 08/24/93 | MANUAL | CLEARED | 9010249 | 983.84 |
| H11127 | OREGONIAN | 08/21/93 | MANUAL | OPEN | 9010293 | 983.84 |
| H11127 | OREGONIAN | 08/01/93 | MANUAL | OPEN | 9010474 | 983.84 |
| H11127 | OREGONIAN | 08/17/93 | MANUAL | OPEN | 9010571 | 983.84 |
| | | | | | | 10,857.28 |
| H11128 | COOLEY GODWARD CASTRO | 07/19/93 | MANUAL | CLEARED | 9009420 | 4,090.21 |
| | | | | | | 4,090.21 |
| H11133 | SKF CONDITION MONITORING, INC. | 08/03/93 | SYSTEM | CLEARED | 7020270 | 1,250.82 |
| | | | | | | 1,250.82 |
| H11134 | CREATIVE TRAVEL PLANNERS, INC. | 07/23/93 | MANUAL | CLEARED | 9009525 | 2,787.04 |

| VENDOR | NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H11134 | | | | | | 2,787.64 |
| | | | | | | 2,787.64 |
| H11135 | CIRCLE RAINBOW AVIATION | 08/24/93 | SYSTEM | CLEARED | 7020995 | 1,083.92 |
| | | | | | | 1,083.92 |
| H11139 | DEUTEL CORP | 07/30/93 | MANUAL | CLEARED | 0009709 | 1,055.75 |
| | | | | | | 1,055.75 |
| H11140 | FORCOM TECHNOLOGY CORP. | 07/22/93 | MANUAL | CLEARED | 0009484 | 41,400.00 |
| H11140 | FORCOM TECHNOLOGY CORP. | 08/11/93 | MANUAL | CLEARED | 0009950 | 10,508.00 |
| H11140 | FORCOM TECHNOLOGY CORP. | 09/14/93 | SYSTEM | OPEN | 7021627 | 1,475.00 |
| | | | | | | 53,383.00 |
| H11141 | LANYON NORTH AMERICA, INC. | 07/29/93 | MANUAL | CLEARED | 9009088 | 29,042.40 |
| | | | | | | 29,042.40 |
| H11142 | SIGNS TODAY | 07/30/93 | MANUAL | CLEARED | 90097R0 | 724.88 |
| H11142 | SIGNS TODAY | 08/05/93 | MANUAL | CLEARED | 9009862 | 145.60 |
| | | | | | | 870.48 |
| H11144 | HOYT SHEPSTON INC | 07/01/93 | MANUAL | CLEARED | 9007R55 | 1,478.00 |
| | | | | | | 1,478.00 |
| H11151 | RADISSON-PHOENIX AIRPORT | 08/17/93 | MANUAL | CLEARED | 9010057 | 1,712.39 |
| | | | | | | 1,712.39 |
| H11152 | YAMAMOTO AND ASSOCIATES, INC. | 08/03/93 | MANUAL | CLEARED | 0009706 | 5,208.03 |
| H11152 | YAMAMOTO AND ASSOCIATES, INC. | 09/01/93 | MANUAL | OPEN | 0009098 | 3,900.00 |
| H11152 | YAMAMOTO AND ASSOCIATES, INC. | 09/07/93 | MANUAL | OPEN | 0010057 | 1,050.00 |
| | | | | | | 10,158.35 |
| H11154 | BROWN & BAIN | 07/29/93 | MANUAL | CLEARED | 0009065 | 10,000.00 |
| H11154 | BROWN & BAIN | 08/24/93 | MANUAL | OPEN | 0010020 | 2,072.00 |

09/19/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES INC. - MSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 25 THRU CURRENT

PAGE    142
RPT: APV0111-01

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H11154 | | | | | | 12,072.90 |
| H11155 | SPILLMAN, ALICIA | 08/03/93 | MANUAL | CLEARED | 00007798 | 2,105.00 |
| H11155 | | | | | | 2,165.00 |
| H11157 | HANDYMAN HAWAII | 08/05/93 | MANUAL | CLEARED | 90009803 | 1,109.38 |
| H11167 | | | | | | 1,109.38 |
| H11168 | ISLAND AIR FILTERS, INC. | 08/05/93 | MANUAL | CLEARED | 90009854 | 1,145.84 |
| H11168 | | | | | | 1,145.84 |
| H11169 | KAUAI KIRBY | 08/09/93 | MANUAL | CLEARED | 90009912 | 1,450.00 |
| H11169 | | | | | | 1,450.00 |
| H11170 | MOTOROLA INC. # 47729 | 08/17/93 | SYSTEM | CLEARED | 7020716 | 823.08 |
| H11170 | MOTOROLA INC. # 47729 | 09/08/93 | MANUAL | OPEN | 00104 98 | 3,577.60 |
| H11170 | | | | | | 4,401.28 |
| H11176 | RUDY'S WALLCOVERING | 08/03/93 | MANUAL | CLEARED | 90009724 | 1,181.10 |
| H11176 | | | | | | 1,181.10 |
| H11182 | PALMER GRAPHICS | 09/01/93 | MANUAL | OPEN | 00009522 | 3,281.07 |
| H11182 | PALMEP GRAPHICS | 09/18/93 | MANUAL | CLEARED | 90100070 | 2,090.00 |
| H11182 | | 07/13 | | | | 5,540.80 |
| H11188 | TUCKMAN, BRUCE | 08/18/93 | MANUAL | CLEARED | V0100088 | 852.00 |
| H11188 | | | | | | 852.00 |
| H11189 | AMERICAN INTERNATIONAL CARGO | 09/07/93 | SYSTEM | OPEN | 70213900 | 1,300.25 |
| H11189 | | | | | | 1,300.25 |

PRINTED IN U.S.A.

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H11191 | UTERROTH, JOHN | 08/13/93 | MANUAL | CLEARED | 9010 0019 | 10,000.00 |
| H11191 | UBERROTH, JOHN | 09/07/93 | MANUAL | OPEN | 9010 4176 | 10,000.00 |
| H11191 | | | | | | 20,000.00 |
| H11192 | RIBBINK, SIFUF VAN LIED | 08/24/93 | MANUAL | CLEARED | 9010 0208 | 2,500.00 |
| H11192 | | | | | | 2,500.00 |
| H11193 | MYERS, FAITH | 08/24/93 | MANUAL | OPEN | 9010 0221 | 1,320.00 |
| H11193 | | | | | | 1,320.00 |
| H11195 | AMERICAN LATI & SYSTEMS | 09/23/93 | MANUAL | CLEARED | 9010 0216 | 1,648.42 |
| H11195 | | | | | | 1,648.42 |
| H11198 | AIRPORT INDUSTRIAL PARK ASSOC | 08/18/93 | MANUAL | CLEARED | 9010 0104 | 190,000.00 |
| H11198 | AIRPORT INDUSTRIAL PARK ASSOC | 09/14/93 | MANUAL | OPEN | 9010 0607 | 24,000.00 |
| H11198 | | | | | | 214,000.00 |
| H11199 | TAS INC | 08/19/93 | MANUAL | CLEARED | 9010 0128 | 7,524.00 |
| H11199 | | | | | | 7,524.00 |
| H11200 | DUNFEY SAN MATEO HOTEL | 09/14/93 | SYSTEM | OPEN | 7021605 | 639.00 |
| H11200 | | | | | | 639.00 |
| H11207 | BRONSON, BRONSON & MCKINNON | 09/03/93 | MANUAL | OPEN | 9010 0442 | 1,278.50 |
| H11207 | | | | | | 1,278.50 |
| H11220 | BRITISH AIRWAYS | 09/10/93 | MANUAL | OPEN | 9010 0559 | 8,600.00 |
| H11220 | | | | | | 8,600.00 |
| H5017A | REDLINE | 07/13/93 | SYSTEM | CLEARED | 7010439 | 3,300.00 |
| H5017A | REDLINE | 07/20/93 | SYSTEM | CLEARED | 7010512 | 106.80 |
| H5017A | REDLINE | 07/22/93 | SYSTEM | CLEARED | 7010570 | |
| H5017A | REDLINE | 08/22/93 | SYSTEM | CLEARED | 7020060 | 472.30 |

09/19/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES, INC. - HSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

RPT: APF010-01
PAGE 173

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| H5917A | REDLINE | 08/31/93 | SYSTEM | OPEN | 7021212 | 110.36 |
| H5917A | REDLINE | 08/01/93 | SYSTEM | OPEN | 7021312 | 182.80 |
| H5917A | REDLINE | 09/14/93 | SYSTEM | OPEN | 7021575 | 105.84 |
| H5917A | | | | | | 4,510.00 |
| H6328A | TRESOR PUBLIC SERVICE | 07/08/93 | MANUAL | CLEARED | 4501855 | 425.00 |
| H6328A | TRESOR PUBLIC SERVICE | 07/22/93 | MANUAL | CLEARED | 4501891 | 325.45 |
| H6328A | TRESOR PUBLIC SERVICE | 08/12/93 | MANUAL | CLEARED | 4501916 | 198.20 |
| H6328A | TRESOR PUBLIC SERVICE | 08/12/93 | MANUAL | CLEARED | 4501931 | 100.96 |
| H6328A | TRESOR PUBLIC SERVICE | 08/26/93 | MANUAL | OPEN | 4501948 | 119.71 |
| H6328A | TRESOR PUBLIC SERVICE | 09/00/93 | MANUAL | OPEN | 4501950 | 129.11 |
| H6328A | | | | | | 1,503.61 |
| H6384A | MACKENHUT CORPORATION | 06/29/93 | MANUAL | CLEARED | 0008942 | 25,000.00 |
| H6384A | MACKENHUT CORPORATION | 07/01/93 | MANUAL | CLEARED | 0008943 | 25,000.00 |
| H6384A | MACKENHUT CORPORATION | 07/01/93 | MANUAL | CLEARED | 0008944 | 25,000.00 |
| H6384A | MACKENHUT CORPORATION | 07/20/93 | MANUAL | CLEARED | 0000900 | 25,000.00 |
| H6384A | MACKENHUT CORPORATION | 07/20/93 | MANUAL | CLEARED | 0000900 | 25,000.00 |
| H6384A | MACKENHUT CORPORATION | 07/30/93 | MANUAL | CLEARED | 0000890 | 25,000.00 |
| H6384A | MACKENHUT CORPORATION | 08/03/93 | MANUAL | CLEARED | 0000897 | 25,000.00 |
| H6384A | MACKENHUT CORPORATION | 08/10/93 | MANUAL | CLEARED | 0010078 | 25,000.00 |
| H6384A | MACKENHUT CORPORATION | 08/24/93 | MANUAL | CLEARED | 0010116 | 25,000.00 |
| H6384A | MACKENHUT CORPORATION | 08/31/93 | MANUAL | OPEN | 0010144 | 25,000.00 |
| H6384A | MACKENHUT CORPORATION | 09/07/93 | MANUAL | OPEN | 0010188 | 25,000.00 |
| H6384A | MACKENHUT CORPORATION | 09/14/93 | MANUAL | OPEN | 0010198 | 25,000.00 |
| H6384A | | | | | | 245,000.00 |
| I00065 | TAKENAKA ROBERT | 07/01/93 | MANUAL | CLEARED | 0000900 | 1,439.10 |
| I00065 | TAKENAKA ROBERT | 08/10/93 | MANUAL | CLEARED | 0000936 | 1,873.71 |
| I00065 | TAKENAKA ROBERT | 08/18/93 | MANUAL | CLEARED | 0010085 | 2,356.18 |
| I00065 | TAKENAKA ROBERT | 09/13/93 | MANUAL | OPEN | 0010053 | 1,848.72 |
| I00065 | | | | | | 7,517.71 |
| I00079 | HAWAIIAN AIRLINES, INC. | 05/25/93 | MANUAL | CLEARED | 0008903 | 233.52 |
| I00079 | HAWAIIAN AIRLINES, INC. | 07/30/93 | MANUAL | CLEARED | 0009722 | 255.04 |
| I00079 | HAWAIIAN AIRLINES, INC. | 09/20/93 | MANUAL | CLEARED | 0010171 | 250.00 |
| I00079 | HAWAIIAN AIRLINES, INC. | 09/15/93 | MANUAL | OPEN | 0010831 | 250.00 |

09/19/03
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES,INC. - WSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

PAGE  145
RPT: APV0119-01

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| I00079 | | | | | | 985.66 |
| I00080 | HAWAIIAN AIRLINES, INC. | 06/29/03 | MANUAL | CLEARED | 00080956 | 484.90 |
| I00080 | HAWAIIAN AIRLINES, INC. | 09/15/03 | MANUAL | OPEN | 00106632 | 476.90 |
| | | | | | | 601.86 |
| JHMSTN | HAWAIIAN AIRLINES INC | 06/29/03 | SYSTEM | CLEARED | 70188610 | 102.97 |
| JHMSTN | HAWAIIAN AIRLINES INC | 08/05/03 | SYSTEM | CLEARED | 70203563 | 202.67 |
| JHMSTN | HAWAIIAN AIRLINES INC | 08/24/03 | SYSTEM | OPEN | 70209380 | 158.65 |
| JHMSTN | HAWAIIAN AIRLINES INC | 09/17/03 | SYSTEM | OPEN | 70217700 | 130.04 |
| JHMSTN | HAWAIIAN AIRLINES INC | | | | | 873.38 |
| KOASTN | HAWAIIAN AIRLINES INC | 07/16/03 | SYSTEM | CLEARED | 70139502 | 160.07 |
| KOASTN | HAWAIIAN AIRLINES INC | 08/24/03 | SYSTEM | CLEARED | 70209366 | 187.80 |
| KOASTN | HAWAIIAN AIRLINES INC | 09/17/03 | SYSTEM | OPEN | 70217746 | 379.80 |
| KOASTN | HAWAIIAN AIRLINES INC | | | | | 728.44 |
| LAXMNT | HAWAIIAN AIRLINES INC | 05/25/03 | MANUAL | CLEARED | 00088887 | 5,095.24 |
| LAXMNT | HAWAIIAN AIRLINES INC | 07/15/03 | MANUAL | CLEARED | 00038656 | 37,316.58 |
| LAXMNT | HAWAIIAN AIRLINES INC | 08/05/03 | MANUAL | CLEARED | | 3,340.58 |
| LAXMNT | HAWAIIAN AIRLINES INC | 08/24/03 | SYSTEM | OPEN | 70210134 | 1,552.06 |
| LAXMNT | HAWAIIAN AIRLINES INC | 09/17/03 | SYSTEM | OPEN | 70217763 | 1,612.95 |
| LAXMNT | HAWAIIAN AIRLINES INC | | | | | 18,810.41 |
| LAXSLS | HAWAIIAN AIRLINES INC | 08/05/93 | SYSTEM | CLEARED | 70220388 | 12,485.09 |
| LAXSLS | | | | | | 12,485.60 |
| LAXSLS | | | | | | 12,485.60 |
| LIHSTN | HAWAIIAN AIRLINES INC | 07/16/03 | SYSTEM | CLEARED | 70219504 | 508.17 |
| LIHSTN | HAWAIIAN AIRLINES INC | 09/07/03 | SYSTEM | OPEN | 70213137 | 337.17 |
| LIHSTN | | | | | | 845.34 |
| OGGSTN | HAWAIIAN AIRLINES INC | 07/16/03 | SYSTEM | CLEARED | 70170905 | 638.03 |
| OGGSTN | HAWAIIAN AIRLINES INC | 08/05/03 | SYSTEM | CLEARED | 70203555 | 985.00 |
| OGGSTN | HAWAIIAN AIRLINES INC | 09/17/03 | SYSTEM | OPEN | 70217752 | 950.76 |
| OGGSTN | | | | | | 1,558.00 |

09/19/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES INC. - MSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

PAGE 146
RPT: APV0110-01

| VENDOR NUMBER | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| PPGSTN | HAWAIIANAIRLINES | | | | | |
| PPGSTN | HAWAIIANAIRLINES | 02/07/93 | SYSTEM | OPEN | 7021309 | 757.76 |
| PPISTN | HAWAIIAN AIRLINES IMPREST ACCT | 07/23/93 | MANUAL | CLEARED | 4501870 | 110.00 |
| PPISTN | HAWAIIAN AIRLINES IMPREST ACCT | 08/15/93 | MANUAL | CLEARED | 4501904 | 1,760.91 |
| PPISTN | HAWAIIAN AIRLINES IMPREST ACCT | 09/17/93 | MANUAL | OPEN | 4501958 | 1,533.40 |
| PR5065 | AIRLINE PILOTS ASSOCIATION | 07/21/93 | SYSTEM | CLEARED | 7010880 | 36,009.47 |
| PR5065 | AIRLINE PILOTS ASSOCIATION | 09/01/93 | MANUAL | OPEN | 0010381 | 35,838.69 |
| PR5156 | ASSOCIATION OF FLIGHT | 07/16/93 | MANUAL | CLEARED | 9000377 | 71,936.16 |
| PR5156 | ASSOCIATION OF FLIGHT | 08/23/93 | MANUAL | CLEARED | 0000781 | 15,182.00 |
| PR5156 | ASSOCIATION OF FLIGHT | 09/01/93 | MANUAL | OPEN | 0010382 | 15,703.00 |
| PR5108 | BANK OF HAWAII | 07/06/93 | SYSTEM | CLEARED | 7010918 | 47,107.00 |
| PR5108 | BANK OF HAWAII | 07/21/93 | SYSTEM | CLEARED | 7010941 | 930,305.41 |
| PR5108 | BANK OF HAWAII | 07/30/93 | MANUAL | CLEARED | 0000904 | 783,263.44 |
| PR5108 | BANK OF HAWAII | 08/25/93 | MANUAL | CLEARED | 0000980 | 0,100,122.48 |
| PR5108 | BANK OF HAWAII | 08/20/93 | SYSTEM | CLEARED | 0010810 | 763,310.08 |
| PR5108 | BANK OF HAWAII | 09/07/93 | SYSTEM | OPEN | 7021440 | 051,394.98 |
| | | | | | | 4,425,012.73 |
| PR5198 | | 07/06/93 | SYSTEM | CLEARED | 7010970 | 3,455.00 |
| PR5283 | CHILD SUPPORT ENFORCEMENT | 07/21/93 | SYSTEM | CLEARED | 7010936 | 3,455.00 |
| PR5283 | CHILD SUPPORT ENFORCEMENT | 08/25/93 | SYSTEM | CLEARED | 7020837 | 4,805.00 |
| PR5283 | CHILD SUPPORT ENFORCEMENT | 08/25/93 | SYSTEM | CLEARED | 7020821 | 4,805.00 |
| PR5283 | CHILD SUPPORT ENFORCEMENT | 09/07/93 | SYSTEM | OPEN | 7021421 | 4,880.00 |
| PR5283 | CHILD SUPPORT ENFORCEMENT | | | | | 20,615.00 |
| PR5284 | CHILD SUPPORT ENFORCEMENT | 07/05/93 | SYSTEM | CLEARED | 7010072 | 3,750.00 |
| PR5284 | CHILD SUPPORT ENFORCEMENT | 07/21/93 | SYSTEM | CLEARED | 7010910 | 3,750.00 |
| PR5284 | CHILD SUPPORT ENFORCEMENT | 08/25/93 | SYSTEM | CLEARED | 7020810 | 3,750.00 |
| PR5284 | CHILD SUPPORT ENFORCEMENT | 08/25/93 | SYSTEM | CLEARED | 7020800 | 3,750.00 |
| PR5284 | CHILD SUPPORT ENFORCEMENT | 09/07/93 | SYSTEM | OPEN | 7021422 | 4,450.00 |

6/10/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES INC. - MSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

PAGE   147
RPT: APV0110-01

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| PR5284 | | 07/06/93 | | | | 19,700.00 |
| PR5327 | COMMONWEALTH OF PENNSYLVANIA | 07/06/93 | SYSTEM | CLEARED | 70108902 | 165.94 |
| PR5327 | COMMONWEALTH OF PENNSYLVANIA | 07/21/93 | SYSTEM | CLEARED | 70108882 | 242.94 |
| PR5327 | COMMONWEALTH OF PENNSYLVANIA | 07/21/93 | MANUAL | CLEARED | | 291.77 |
| PR5327 | COMMONWEALTH OF PENNSYLVANIA | 08/20/93 | SYSTEM | CLEARED | 70207894 | 161.38 |
| PR5327 | COMMONWEALTH OF PENNSYLVANIA | 09/07/93 | SYSTEM | OPEN | 70213909 | 954.20 |
| PR5389 | DEPT OF LABOR & INDUSTRIES | 07/28/93 | MANUAL | CLEARED | 90096520 | 2,908.54 |
| | | | | | | 1,008.54 |
| PR5430 | EMPLOYMENT SECURITY DEPT | 07/28/93 | MANUAL | CLEARED | 90096525 | 3,253.33 |
| | | | | | | 3,253.33 |
| PR5437 | EMPLOYMENT DEVELOPMENT DEPT | 07/06/93 | SYSTEM | CLEARED | 70109110 | 12,388.12 |
| PR5437 | EMPLOYMENT DEVELOPMENT DEPT | 07/22/93 | SYSTEM | CLEARED | 70109397 | 3,163.97 |
| PR5437 | EMPLOYMENT DEVELOPMENT DEPT | 07/28/93 | MANUAL | CLEARED | 90096627 | 3,083.53 |
| PR5437 | EMPLOYMENT DEVELOPMENT DEPT | 08/20/93 | SYSTEM | CLEARED | 90096883 | 1,850.04 |
| PR5437 | EMPLOYMENT DEVELOPMENT DEPT | 08/26/93 | SYSTEM | CLEARED | 70208812 | 10,530.97 |
| PR5437 | EMPLOYMENT DEVELOPMENT DEPT | 09/07/93 | SYSTEM | OPEN | 70213910 | 21,933.04 |
| | | | | | | 52,950.00 |
| PR5466 | FEDERAL RESERVE BANK OF | 07/06/93 | MANUAL | CLEARED | 000000094 | 6,850.00 |
| PR5466 | FEDERAL RESERVE BANK OF | 07/22/93 | MANUAL | CLEARED | 000004087 | 4,600.00 |
| PR5466 | FEDERAL RESERVE BANK OF | 07/26/93 | MANUAL | CLEARED | 000004075 | 7,500.00 |
| PR5466 | FEDERAL RESERVE BANK OF | 08/20/93 | SYSTEM | CLEARED | 90010171 | 5,000.00 |
| | | | | | | 23,950.00 |
| PR5511 | GLA INC | 07/06/93 | SYSTEM | CLEARED | 70189995 | 220.00 |
| PR5511 | GLA INC | 07/21/93 | SYSTEM | CLEARED | 70209827 | 220.00 |
| PR5511 | GLA INC | 08/20/93 | SYSTEM | CLEARED | 70208827 | 220.00 |
| PR5511 | GLA INC | 08/20/93 | SYSTEM | CLEARED | 70207901 | 181.61 |
| | | | | | | 841.61 |
| PR5521 | GOVERNMENT OF AMERICAN SAMOA | 07/12/93 | MANUAL | CLEARED | 90092551 | 1,908.48 |
| PR5521 | GOVERNMENT OF AMERICAN SAMOA | 08/13/93 | MANUAL | CLEARED | 90100014 | 2,001.78 |

09/19/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES, INC. - HSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

PAGE 164
RPT: AP901D-01

| VENDOR | VENDOR NAME | PAYMENT DATE | PAYMENT TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| PR5521 | GOVERNMENT OF AMERICAN SAMOA | 09/13/93 | MANUAL | OPEN | 9010567 | 1,990.82 |
| PR5521 | | | | | | 5,966.74 |
| PR5556 | HAL MANAGEMENT CLUB | 07/21/93 | SYSTEM | CLEARED | 7019932 | 815.00 |
| PR5556 | | | | | | 815.00 |
| PR5575 | HAWAII DENTAL SERVICE | 07/31/93 | MANUAL | CLEARED | 9000026 | 62,500.00 |
| PR5575 | HAWAII DENTAL SERVICE | 08/02/93 | MANUAL | CLEARED | 9007729 | 62,500.00 |
| PR5575 | HAWAII DENTAL SERVICE | 09/01/93 | MANUAL | OPEN | 9010374 | 62,500.00 |
| PR5575 | | | | | | 187,500.00 |
| PR5586 | HAWAII MEDICAL SERVICE | 07/01/93 | MANUAL | CLEARED | 9000025 | 236,063.00 |
| PR5586 | HAWAII MEDICAL SERVICE | 07/19/93 | MANUAL | CLEARED | 9003000 | 133,300.15 |
| PR5586 | HAWAII MEDICAL SERVICE | 08/22/93 | MANUAL | CLEARED | 9007728 | 336,656.43 |
| PR5586 | HAWAII MEDICAL SERVICE | 08/17/93 | MANUAL | CLEARED | 9010763 | 336,048.00 |
| PR5586 | HAWAII MEDICAL SERVICE | 09/11/93 | MANUAL | OPEN | 9010383 | 336,048.00 |
| PR5586 | | | | | | 1,444,115.00 |
| PR5609 | HEALTH PLUS | 07/01/93 | MANUAL | CLEARED | 9000070 | 4,375.42 |
| PR5609 | HEALTH PLUS | 07/19/93 | MANUAL | CLEARED | 9003603 | 3,785.40 |
| PR5609 | HEALTH PLUS | 07/30/93 | MANUAL | CLEARED | 9009609 | 3,555.62 |
| PR5609 | | | | | | 11,716.44 |
| PR5671 | HMI O PAANI | 07/06/93 | SYSTEM | CLEARED | 7019010 | 570.00 |
| PR5671 | HMI O PAANI | 07/21/93 | SYSTEM | CLEARED | 7019831 | 567.00 |
| PR5671 | | | | | | 1,137.00 |
| PR5697 | INTERNAL REVENUE SERVICE | 07/06/93 | SYSTEM | CLEARED | 7019023 | 625.00 |
| PR5697 | INTERNAL REVENUE SERVICE | 07/21/93 | SYSTEM | CLEARED | 7019810 | 165.00 |
| PR5697 | INTERNAL REVENUE SERVICE | 08/05/93 | SYSTEM | CLEARED | 7020408 | 247,450 |
| PR5697 | INTERNAL REVENUE SERVICE | 08/20/93 | SYSTEM | OPEN | 7020805 | 543.78 |
| PR5697 | INTERNAL REVENUE SERVICE | 09/07/93 | SYSTEM | | 7021161 | 565.78 |
| PR5697 | | | | | | 2,141.74 |
| PR5744 | KAISER FOUNDATION HEALTH PLAN | 08/30/93 | MANUAL | CLEARED | 9009009 | 87,808.24 |
| PR5744 | KAISER FOUNDATION HEALTH PLAN | 06/30/93 | MANUAL | CLEARED | 9009010 | 10,568.82 |

09/12/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES, INC. - MSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

PAGE 178
RPT: APV0110-01

| VENDOR | VENDOR NAME | PAYMENT DATE | PAYMENT TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| PR5744 | KAISER FOUNDATION HEALTH PLAN | 07/01/93 | MANUAL | CLEARED | 90008980 | 10,568.82 |
| PR5744 | KAISER FOUNDATION HEALTH PLAN | 07/01/93 | MANUAL | CLEARED | 90008981 | 55,858.72 |
| PR5744 | KAISER FOUNDATION HEALTH PLAN | 07/01/93 | MANUAL | CLEARED | 90008982 | 15,015.72 |
| PR5744 | KAISER FOUNDATION HEALTH PLAN | 07/30/93 | MANUAL | CLEARED | 90010342 | 11,336.03 |
| PR5744 | KAISER FOUNDATION HEALTH PLAN | 07/30/93 | MANUAL | CLEARED | 90010343 | 55,331.03 |
| PR5744 | KAISER FOUNDATION HEALTH PLAN | 08/31/93 | MANUAL | OPEN | 90010343 | 408,679.81 |
| PR5807 | LIFE INSURANCE CO OF | 06/30/93 | MANUAL | CLEARED | 90008978 | 2,596.50 |
| PR5807 | LIFE INSURANCE CO OF | 06/30/93 | MANUAL | CLEARED | 90008979 | 4,170.50 |
| PR5807 | LIFE INSURANCE CO OF | 06/30/93 | MANUAL | CLEARED | 90008983 | 4,170.50 |
| PR5807 | LIFE INSURANCE CO OF | 06/30/93 | MANUAL | CLEARED | 90008984 | 4,252.00 |
| PR5807 | LIFE INSURANCE CO OF | 07/30/93 | MANUAL | CLEARED | 90008982 | 4,076.00 |
| PR5807 | LIFE INSURANCE CO OF | 07/30/93 | MANUAL | CLEARED | 90009591 | 4,320.00 |
| PR5807 | LIFE INSURANCE CO OF | 07/30/93 | MANUAL | CLEARED | 90009521 | 4,000.00 |
| PR5807 | LIFE INSURANCE CO OF | 07/30/93 | MANUAL | CLEARED | 90010023 | 2,830.00 |
| PR5807 | LIFE INSURANCE CO OF | 08/16/93 | MANUAL | CLEARED | 90010023 | 4,000.00 |
| PR6255 | STATE TAX COLLECTOR | 07/12/93 | MANUAL | CLEARED | 90009250 | 337,057.43 |
| PR6255 | STATE TAX COLLECTOR | 08/10/93 | MANUAL | CLEARED | 90009318 | 357,753.60 |
| PR6255 | STATE TAX COLLECTOR | 08/10/93 | MANUAL | OPEN | 90005410 | 360,708.28 |
| PR6255 | STATE TAX COLLECTOR | | MANUAL | | | 1,055,519.31 |
| PR6256 | STATE TAX COLLECTOR | 07/30/93 | MANUAL | CLEARED | 90009093 | 72,537.35 |
| PR6256 | | | | | | 72,537.35 |
| PR6313 | TRANSPORT WORKERS UNION | 07/21/93 | SYSTEM | CLEARED | 70108833 | 996.85 |
| PR6313 | | | | | | 996.85 |
| PR6321 | TRAVELERS COMPANIES | 06/25/93 | MANUAL | CLEARED | 90008880 | 12,388.52 |
| PR6321 | TRAVELERS COMPANIES | 07/02/93 | MANUAL | CLEARED | 90008885 | 17,746.75 |
| PR6321 | TRAVELERS COMPANIES | 07/02/93 | MANUAL | CLEARED | 90009064 | 30,240.00 |
| PR6321 | TRAVELERS COMPANIES | 07/02/93 | MANUAL | CLEARED | 90009000 | 32,290.00 |
| PR6321 | TRAVELERS COMPANIES | 07/23/93 | MANUAL | CLEARED | 90009510 | 51,375.00 |
| PR6321 | TRAVELERS COMPANIES | 07/23/93 | MANUAL | CLEARED | 90008695 | 12,875.00 |
| PR6321 | TRAVELERS COMPANIES | 07/30/93 | MANUAL | CLEARED | 90006921 | 12,850.00 |
| PR6321 | TRAVELERS COMPANIES | 08/13/93 | MANUAL | CLEARED | 90010021 | 1,830.74 |

09/19/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES INC. - MSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

PAGE 150
RPT: APV0110-01

| VENDOR NUMBER | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| PR6321 | TRAVELERS COMPANIES | 08/31/93 | MANUAL | OPEN | 00103349 | 10,095.00 |
| | | | | | | 10,095.00 |
| PR6537 | INTERNATIONAL ASSOCIATION OF | 07/06/93 | SYSTEM | CLEARED | 70190104 | 31,080.33 |
| PR6537 | INTERNATIONAL ASSOCIATION OF | 08/20/93 | SYSTEM | CLEARED | 70200610 | 34,646.14 |
| PR6537 | INTERNATIONAL ASSOCIATION OF | 08/14/93 | MANUAL | OPEN | 00108010 | 38,780.66 |
| | | | | | | 103,605.13 |
| PR6634 | CHILD SUPPORT ENFORCEMENT | 07/06/93 | SYSTEM | CLEARED | 70190835 | 1,036.38 |
| PR6634 | CHILD SUPPORT ENFORCEMENT | 07/21/93 | SYSTEM | CLEARED | 70190827 | 1,030.38 |
| PR6634 | CHILD SUPPORT ENFORCEMENT | 08/06/93 | SYSTEM | CLEARED | 70200618 | 1,430.44 |
| PR6634 | CHILD SUPPORT ENFORCEMENT | 09/07/93 | SYSTEM | OPEN | 70210572 | 1,800.36 |
| | | | | | | 5,498.05 |
| PR7107 | CHILD SUPPORT ENFORCEMENT | 07/06/93 | SYSTEM | CLEARED | 70190911 | 402.50 |
| PR7107 | CHILD SUPPORT ENFORCEMENT | 07/21/93 | SYSTEM | CLEARED | 70190827 | 402.50 |
| PR7107 | CHILD SUPPORT ENFORCEMENT | 08/06/93 | SYSTEM | CLEARED | 70200802 | 402.50 |
| PR7107 | CHILD SUPPORT ENFORCEMENT | 09/07/93 | SYSTEM | OPEN | 70211346 | 402.50 |
| | | | | | | 2,012.50 |
| PR7383 | CARVEN, PAULA | 07/06/93 | SYSTEM | CLEARED | 70190015 | 466.50 |
| PR7383 | CARVEN, PAULA | 07/21/93 | SYSTEM | CLEARED | 70190828 | 466.50 |
| PR7383 | CARVEN, PAULA | 08/06/93 | SYSTEM | CLEARED | 70200804 | 466.50 |
| PR7383 | CARVEN, PAULA | 09/07/93 | SYSTEM | OPEN | 70211355 | 466.50 |
| | | | | | | 2,332.50 |
| PR7448 | HENNEPIN COUNTY SUPPORT E | 07/06/93 | SYSTEM | CLEARED | 70190017 | 541.00 |
| PR7448 | HENNEPIN COUNTY SUPPORT E | 07/21/93 | SYSTEM | CLEARED | 70190830 | 541.00 |
| PR7448 | HENNEPIN COUNTY SUPPORT E | 08/06/93 | SYSTEM | CLEARED | 70200815 | 541.00 |
| PR7448 | HENNEPIN COUNTY SUPPORT E | 08/20/93 | SYSTEM | CLEARED | 70200800 | 541.00 |
| PR7448 | HENNEPIN COUNTY SUPPORT E | 09/07/93 | MANUAL | OPEN | 70211360 | 541.00 |
| | | | | | | 2,705.00 |
| PR8054 | H M S A - HPH | 07/01/93 | MANUAL | CLEARED | 90008979 | 1,342.90 |
| PR8054 | H M S A - HPH | 07/30/93 | MANUAL | CLEARED | 90008295 | 1,342.90 |
| PR8054 | H M S A - HPH | 07/30/93 | MANUAL | CLEARED | 90008295 | 1,342.90 |

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| PR8054 | H M S A - HMH | 08/31/93 | MANUAL | OPEN | 70103359 | 2,130.00 |
| PR8054 | | | | | | 2,130.00 |
| PR0087 | SHERRIFF OF SAN MATEO COUNTY | 07/06/93 | SYSTEM | CLEARED | 70189011 | 130.00 |
| PR0087 | SHERRIFF OF SAN MATEO COUNTY | 07/06/93 | SYSTEM | CLEARED | 70189011 | 130.00 |
| PR0087 | SHERRIFF OF SAN MATEO COUNTY | 08/06/93 | SYSTEM | CLEARED | 70205803 | 130.00 |
| PR0087 | SHERRIFF OF SAN MATEO COUNTY | 08/20/93 | SYSTEM | CLEARED | 70207880 | 130.00 |
| PR0087 | SHERRIFF OF SAN MATEO COUNTY | 09/07/93 | SYSTEM | OPEN | 70212299 | 130.00 |
| PR0087 | | | | | | 650.00 |
| PR0201 | CHILD SUPPORT ENFORCEMENT | 07/06/93 | SYSTEM | CLEARED | 70190277 | 4,290.00 |
| PR0201 | CHILD SUPPORT ENFORCEMENT | 07/21/93 | SYSTEM | CLEARED | 70198838 | 3,575.00 |
| PR0201 | CHILD SUPPORT ENFORCEMENT | 08/20/93 | SYSTEM | CLEARED | 70208400 | 4,290.00 |
| PR0201 | CHILD SUPPORT ENFORCEMENT | 09/07/93 | SYSTEM | OPEN | 70211418 | 4,290.00 |
| PR0201 | | | | | | 20,035.00 |
| PR0202 | LEONARD E. CARDOZA, SHERIFF | 07/06/93 | SYSTEM | CLEARED | 70189093 | 200.00 |
| PR0202 | LEONARD E. CARDOZA, SHERIFF | 07/21/93 | SYSTEM | CLEARED | 70198820 | 200.00 |
| PR0202 | LEONARD E. CARDOZA, SHERIFF | 08/06/93 | SYSTEM | CLEARED | 70206205 | 200.00 |
| PR0202 | LEONARD E. CARDOZA, SHERIFF | 09/07/93 | SYSTEM | OPEN | 70213316 | 200.00 |
| PR0202 | | | | | | 800.00 |
| PR0708 | TERRELL, MARY ANN | 07/06/93 | SYSTEM | CLEARED | 70190034 | 1,000.00 |
| PR0708 | TERRELL, MARY ANN | 07/15/93 | SYSTEM | CLEARED | 70198820 | 1,000.00 |
| PR0708 | TERRELL, MARY ANN | 08/06/93 | SYSTEM | CLEARED | 70206417 | 1,000.00 |
| PR0708 | TERRELL, MARY ANN | 08/25/93 | SYSTEM | CLEARED | 70208807 | 1,000.00 |
| PR0708 | TERRELL, MARY ANN | 09/07/93 | SYSTEM | OPEN | 70211377 | 1,000.00 |
| PR0708 | | | | | | 5,000.00 |
| SEAMNT | BUDBILL, JACK | 06/29/93 | SYSTEM | OPEN | 70188611 | 124.84 |
| SEAMNT | BUDBILL, JACK | 07/29/93 | SYSTEM | OPEN | 70189501 | 243.20 |
| SEAMNT | BUDBILL, JACK | 08/17/93 | SYSTEM | OPEN | 70212171 | 209.14 |
| SEAMNT | | | | | | 677.38 |
| SFASLS | HAWAIIAN AIRLINES INC | 06/29/93 | SYSTEM | CLEARED | 70188645 | 1,299.40 |
| SEASLS | HAWAIIAN AIRLINES INC | 08/05/93 | SYSTEM | CLEARED | 70203570 | 972.99 |

09/19/93  
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES INC. - MSA ACCOUNTS PAYABLE  
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

RPT: PAGE 152  
APR01 10-151

| VENDOR | VENDOR NAME | PAYMENT DATE | PAYMENT TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| SEASLS | HAWAIIAN AIRLINES INC | 08/24/93 | SYSTEM | OPEN | 7020987 | 868.21 |
| SEASLS | | | | | | 3,100.06 |
| SFONNT | NORTH, GENE | 05/20/93 | SYSTEM | CLEARED | 7018870 | 2,860.43 |
| SFONNT | NORTH, GENE | 08/16/93 | SYSTEM | CLEARED | 0010527 | 1,942.50 |
| SFONNT | NORTH, GENE | 08/13/93 | SYSTEM | CLEARED | 7020527 | 2,941.50 |
| SFONNT | NORTH, GENE | 09/17/93 | SYSTEM | OPEN | 7021762 | 1,476.51 |
| SFONNT | | | | | | 8,320.00 |
| SFOSLS | TAKANO, MAS | 07/16/93 | SYSTEM | CLEARED | 7019509 | 3,928.20 |
| SFOSLS | TAKANO, MAS | 08/24/93 | SYSTEM | OPEN | 7021020 | 2,336.20 |
| SFOSLS | | | | | | 6,255.55 |
| SFOSTN | PALMER, GARY | 06/20/93 | SYSTEM | CLEARED | 7018822 | 200.50 |
| SFOSTN | PALMER, GARY | 08/05/93 | SYSTEM | OPEN | 7020554 | 260.82 |
| SFOSTN | PALMER, GARY | 09/17/93 | SYSTEM | OPEN | 7021720 | 260.82 |
| SFOSTN | | | | | | 6,610.04 |
| C 34010 | MICHELIN AIRCRAFT | 05/29/93 | SYSTEM | CLEARED | 7018887 | 4,211.60 |
| C 34810 | MICHELIN AIRCRAFT | 07/13/93 | SYSTEM | CLEARED | 7019074 | 100.16 |
| C 34810 | MICHELIN AIRCRAFT | 07/20/93 | SYSTEM | CLEARED | 7019704 | 10,162.27 |
| C 34810 | MICHELIN AIRCRAFT | 07/27/93 | MANUAL | CLEARED | 0010510 | 17,265.28 |
| C 34810 | MICHELIN AIRCRAFT | 08/24/93 | SYSTEM | OPEN | 7021570 | 121,109.26 |
| C 34010 | | | | | | 121,111.11 |
| C 53268 | AMETEK AEROSPACE PRODUCT INC | 07/13/93 | SYSTEM | CLEARED | 7019204 | 200.55 |
| C 34810 | AMETEK AEROSPACE PRODUCT INC | 07/20/93 | SYSTEM | CLEARED | 7019652 | 172.75 |
| C 53268 | AMETEK AEROSPACE PRODUCT INC | 07/27/93 | MANUAL | CLEARED | 0009609 | 2,280.50 |
| C 53268 | AMETEK AEROSPACE PRODUCT INC | 08/24/93 | MANUAL | CLEARED | 0009600 | 3,960.06 |
| C 5326N | AMETEK AEROSPACE PRODUCT INC | | SYSTEM | CLEARED | 7020043 | 4,094.05 |
| 061 35A | AMERICAN FIBER & FINISHING INC | 09/02/93 | MANUAL | OPEN | 9010417 | 080.00 |
| 061 35A | | | | | | 080.00 |
| C 7148A | DYNAMIC CONTROLS CORP | 07/14/93 | MANUAL | CLEARED | 9009305 | 559.00 |

PRINTED IN U.S.A.

09/19/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES INC. - HSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

RPT: APF011D-01
PAGE   153

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| 0714BA | DYNAMIC CONTROLS CORP | 07/14/93 | MANUAL | CLEARED | 0003306 | 406.00 |
| 0714BA | DYNAMIC CONTROLS CORP | 08/31/93 | MANUAL | OPEN | 0010363 | 443.00 |
| 0714BA | HONEYWELL INC | 07/01/93 | MANUAL | CLEARED | 0003048 | 71,135.00 |
| 07187A | HONEYWELL INC | 07/01/93 | MANUAL | CLEARED | 0003030 | 74,723.00 |
| 07187A | HONEYWELL INC | 07/21/93 | MANUAL | CLEARED | 0009482 | 2,352.00 |
| 07187A | HONEYWELL INC | 07/27/93 | MANUAL | CLEARED | 0009510 | 28,015.28 |
| 07187A | HONEYWELL INC | 08/10/93 | MANUAL | CLEARED | 0009043 | 2,647.60 |
| 07187A | HONEYWELL INC | 08/11/93 | MANUAL | CLEARED | 0009047 | 1,001.40 |
| 07187A | HONEYWELL INC | 08/12/93 | MANUAL | OPEN | 0010036 | 5,401.63 |
| 07187A | HONEYWELL INC | 09/02/93 | MANUAL | OPEN | 0010431 | 1,341.00 |
| 07187A | HONEYWELL INC | 09/02/93 | MANUAL | OPEN | 0010237 | 370.00 |
| 07187A | HONEYWELL INC | 09/13/93 | MANUAL | OPEN | 0010500 | 2.00 |
| 07187A | HONEYWELL INC | | | | | 477,944.85 |
| 07187C | HONEYWELL INC | 09/02/93 | MANUAL | OPEN | 0010251 | 20,508.00 |
| 07187C | HONEYWELL INC | | | | | 20,508.00 |
| 0680A | TRAC | 06/29/93 | SYSTEM | CLEARED | 0018847 | 1,361.28 |
| 0680A | TRAC | 07/06/93 | SYSTEM | CLEARED | 0010006 | 5,370.00 |
| 0680A | TRAC | 07/13/93 | SYSTEM | CLEARED | 0013267 | 32.00 |
| 0680A | TRAC | 08/03/93 | SYSTEM | CLEARED | 0202708 | 6,682.00 |
| 0680A | TRAC | 08/10/93 | SYSTEM | CLEARED | 0202908 | 4,807.00 |
| 0680A | TRAC | 08/17/93 | SYSTEM | CLEARED | 0203057 | 6,817.84 |
| 0680A | TRAC | 09/07/93 | OPEN | OPEN | 0212424 | 4,538.85 |
| 0680A | TRAC | 09/14/93 | SYSTEM | OPEN | 0213637 | 1,578.35 |
| 0680A | TRAC | | | | | 32,670.10 |
| 23633A | RICHEY IMPACT ELECTRONICS INC | 08/03/93 | SYSTEM | CLEARED | 7020245 | 703.80 |
| 23633A | RICHEY IMPACT ELECTRONICS INC | | | | | 703.80 |
| 29957A | LORI | 07/06/93 | MANUAL | CLEARED | 0003011 | 3,800.00 |
| 29957A | LORI | 07/07/93 | MANUAL | CLEARED | 0003185 | 3,800.00 |
| 29957A | LORI | 07/07/93 | MANUAL | CLEARED | 0003139 | 3,800.00 |
| 29957A | LORI | 07/15/93 | MANUAL | CLEARED | 0003345 | 3,800.00 |
| 29957A | LORI | 07/10/93 | MANUAL | CLEARED | 0003304 | 3,800.00 |

| VENDOR NUMBER | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| 2.9957A | LORI | 07/19/93 | MANUAL | CLEARED | 00000360 | 3,000.00 |
| 2.9957A | LORI | 07/19/93 | MANUAL | CLEARED | 00009531 | 3,000.00 |
| 2.9957A | LORI | 08/03/93 | MANUAL | CLEARED | 00000806 | 12,550.00 |
| 2.9957A | LORI | 08/03/93 | MANUAL | CLEARED | 00002504 | 3,000.00 |
| 2.9957A | LORI | 08/11/93 | MANUAL | CLEARED | 00002505 | 3,000.00 |
| 2.9957A | LORI | 08/23/93 | MANUAL | CLEARED | 00010204 | 3,000.00 |
| 2.9957A | LORI | 08/23/93 | MANUAL | CLEARED | 00010205 | 3,000.00 |
| 2.9957A | LORI | 08/23/93 | MANUAL | OPEN | 00100265 | 3,000.00 |
| 2.9957A | LORI | 08/03/93 | MANUAL | OPEN | 00146457 | 3,000.00 |
| 2.9957A | LORI | 08/10/93 | MANUAL | OPEN | 00180204 | 3,000.00 |
| 2.9957A | LORI | 09/14/93 | MANUAL | OPEN | 00110603 | 3,000.00 |
| | | | | | | 81,055.00 |
| 4.5311A | AIRWORK CORP | 07/20/93 | MANUAL | CLEARED | 00000059 | 21,845.36 |
| | | | | | | 21,845.36 |
| 5.5898A | AIRCRAFT & ENGINE SUPPORT CORP | 08/19/93 | MANUAL | CLEARED | 90101110 | 19,945.50 |
| | | | | | | 19,945.50 |
| 6.1423A | KIDDE, WALTER AEROSPACE INC | 07/06/93 | MANUAL | CLEARED | 90000186 | 2,975.82 |
| 6.1423A | KIDDE, WALTER AEROSPACE INC | 07/20/93 | MANUAL | CLEARED | 90003113 | 2,558.94 |
| 6.1423A | KIDDE, WALTER AEROSPACE INC | 07/20/93 | MANUAL | CLEARED | 90004145 | 2,049.28 |
| 6.1423A | KIDDE, WALTER AEROSPACE INC | 07/30/93 | MANUAL | CLEARED | 90008681 | 2,022.76 |
| 6.1423A | KIDDE, WALTER AEROSPACE INC | 08/03/93 | MANUAL | CLEARED | 90008807 | 1,643.88 |
| | | | | | | 11,249.68 |
| 7.1867C | DEHAVILLAND CORPORATION | 07/01/93 | SYSTEM | CLEARED | 70109381 | 1,360.82 |
| 7.1867C | DEHAVILLAND CORPORATION | 09/07/93 | SYSTEM | OPEN | 70213305 | 1,519.60 |
| 7.1867C | DEHAVILLAND CORPORATION | 09/14/93 | SYSTEM | OPEN | 70210601 | 2,717.53 |
| | | | | | | 3,452.08 |
| 7.8711A | TELEPHONICS CORPORATION | 08/20/93 | SYSTEM | CLEARED | 70189907 | 6,700.70 |
| 7.8711A | TELEPHONICS CORPORATION | 07/06/93 | SYSTEM | CLEARED | 70190080 | 4,620.73 |
| 7.8711A | TELEPHONICS CORPORATION | 07/14/93 | MANUAL | CLEARED | 70200997 | 14,088.94 |
| 7.8711A | TELEPHONICS CORPORATION | 07/27/93 | SYSTEM | CLEARED | 70200863 | 6,089.28 |
| 7.8711A | TELEPHONICS CORPORATION | 08/17/93 | SYSTEM | CLEARED | 70207764 | 6,177.10 |
| 7.4711A | | | | | | 30,402.60 |

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| B8245A | LITTON AERO PRODUCTS | 07/14/93 | MANUAL | CLEARED | 0009317 | |
| B8245A | LITTON AERO PRODUCTS | 07/14/93 | MANUAL | CLEARED | 0009318 | |
| B8245A | LITTON AERO PRODUCTS | 07/21/93 | SYSTEM | CLEARED | 7010570 | |
| B8245A | LITTON AERO PRODUCTS | 07/20/93 | MANUAL | CLEARED | 0009504 | |
| B8245A | LITTON AERO PRODUCTS | 07/23/93 | MANUAL | CLEARED | 0009503 | |
| B8245A | LITTON AERO PRODUCTS | 08/19/93 | MANUAL | CLEARED | 0010130 | |
| B8245A | LITTON AERO PRODUCTS | | | | | |
| 001670 | SUNDSTRAND AVIATION OPERATIONS | 06/24/93 | MANUAL | CLEARED | 0008854 | 5,750.00 |
| 001670 | SUNDSTRAND AVIATION OPERATIONS | 07/01/93 | SYSTEM | CLEARED | 7010800 | |
| 001670 | SUNDSTRAND AVIATION OPERATIONS | 08/03/93 | MANUAL | CLEARED | 0009800 | |
| 001670 | SUNDSTRAND AVIATION OPERATIONS | 08/06/93 | MANUAL | CLEARED | 0009810 | |
| 001670 | SUNDSTRAND AVIATION OPERATIONS | 08/14/93 | MANUAL | CLEARED | 0009892 | |
| 001670 | SUNDSTRAND AVIATION OPERATIONS | 08/14/93 | MANUAL | CLEARED | 0009893 | |
| 001670 | SUNDSTRAND AVIATION OPERATIONS | 08/14/93 | MANUAL | OPEN | 0010049 | |
| 001670 | SUNDSTRAND AVIATION OPERATIONS | 09/01/93 | OPEN | | 0010444 | |
| 001670 | SUNDSTRAND AVIATION OPERATIONS | 09/07/93 | OPEN | | 0010505 | |
| 001670 | SUNDSTRAND AVIATION OPERATIONS | 09/14/93 | OPEN | | 0010606 | |
| 001670 | SUNDSTRAND AVIATION OPERATIONS | 09/16/93 | OPEN | | 0010606 | |
| PR10500 | BANK OF HAWAII | 07/06/93 | SYSTEM | CLEARED | 7010800 | |
| PR10500 | BANK OF HAWAII | 07/21/93 | SYSTEM | CLEARED | 7010823 | |
| PR10500 | BANK OF HAWAII | 08/06/93 | SYSTEM | CLEARED | 7020823 | |
| PR10500 | BANK OF HAWAII | 08/20/93 | SYSTEM | CLEARED | 7020826 | |
| PR10500 | BANK OF HAWAII | 09/07/93 | SYSTEM | OPEN | 7021323 | |
| PR10700 | PRITCHARD, THOMAS | 07/06/93 | SYSTEM | CLEARED | 7010008 | 350.00 |
| PR10700 | PRITCHARD, THOMAS | 07/21/93 | SYSTEM | CLEARED | 7010826 | 350.00 |
| PR10700 | PRITCHARD, THOMAS | 08/06/93 | SYSTEM | CLEARED | 7020823 | 350.00 |
| PR10700 | PRITCHARD, THOMAS | 08/20/93 | SYSTEM | CLEARED | 7020872 | 350.00 |
| PR10700 | PRITCHARD, THOMAS | 09/07/93 | SYSTEM | OPEN | 7021338 | 350.00 |
| PR10709 | | | | | | |
| PR10823 | FIRST HAWAIIAN BANK | 07/06/93 | SYSTEM | CLEARED | 7019005 | 200.00 |
| PR10823 | FIRST HAWAIIAN BANK | 07/21/93 | SYSTEM | CLEARED | 7019825 | 200.00 |

| V. NMBR VENDOR | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|
| PR10823 FIRST HAWAIIAN BANK | 08/06/93 | SYSTEM | CLEARED | 7020411 | 290.00 |
| PR10823 FIRST HAWAIIAN BANK | 08/20/93 | SYSTEM | CLEARED | 7020700 | 200.00 |
| PR10823 FIRST HAWAIIAN BANK | 09/07/93 | SYSTEM | OPEN | 7021330 | 200.00 |
| PR10823 | | | | | 690.00 |
| PR10918 HAWAIIAN AIRLINES, INC. | 06/25/93 | MANUAL | CLEARED | 9700879 | 3,660.78 |
| PR10918 | | | | | 3,660.78 |
| PR10900 MEDCAH INC | 07/06/93 | SYSTEM | CLEARED | 7018097 | 113.03 |
| PR10900 MEDCAH INC | 08/06/93 | SYSTEM | CLEARED | 7020509 | 241.00 |
| PR10900 MEDCAH INC | 08/20/93 | SYSTEM | OPEN | 7020708 | 283.00 |
| PR10900 MEDCAH INC | 09/07/93 | SYSTEM | OPEN | 7021314 | 195.00 |
| PR10900 | | | | | 832.03 |
| PR10901 INTERNAL REVENUE SERVICE | 07/06/93 | SYSTEM | CLEARED | 7018018 | 566.30 |
| PR10901 INTERNAL REVENUE SERVICE | 07/06/93 | SYSTEM | CLEARED | 7020416 | 566.13 |
| PR10901 INTERNAL REVENUE SERVICE | 08/20/93 | SYSTEM | CLEARED | 7020801 | 375.70 |
| PR10901 INTERNAL REVENUE SERVICE | 09/07/93 | SYSTEM | OPEN | 7021363 | 566.00 |
| PR10901 | | | | | 2,078.13 |
| PR11030 ULSTAD, CHERIE | 07/06/93 | SYSTEM | CLEARED | 7019002 | 262.50 |
| PR11030 ULSTAD, CHERIE | 07/23/93 | SYSTEM | CLEARED | 7019826 | 262.50 |
| PR11030 ULSTAD, CHERIE | 08/06/93 | SYSTEM | CLEARED | 7020540 | 262.50 |
| PR11030 ULSTAD, CHERIE | 08/20/93 | SYSTEM | CLEARED | 7020740 | 262.50 |
| PR11030 ULSTAD, CHERIE | 09/07/93 | SYSTEM | OPEN | 7021326 | 262.50 |
| PR11030 | | | | | 1,312.50 |
| 7260 72606 TAPU, JULIA | 08/01/93 | MANUAL | OPEN | 51503 | 630.00 |
| 7260 72606 | | | | | 630.00 |
| 93061 02015 HIRANO, THOMAS | 05/24/93 | SYSTEM | CLEARED | 8013429 | 753.00 |
| 93061 02015 | | | | | 753.00 |
| 93061 02016 APODACA, MICHELE | 05/24/93 | SYSTEM | CLEARED | 8013431 | 978.20 |
| 93061 02016 | | | | | 978.20 |

09/19/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES INC. - MSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 28 THRU CURRENT

PAGE: 157
RPT: AP00110-01

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| 93 61 02017 | DILLENAY, VALERIE | 06/24/93 | SYSTEM | CLEARED | 5013432 | 1,250.00 |
| 93 61 02017 | | | | | | 1,250.00 |
| 93 61 02018 | JONES, ROBERT | 06/24/93 | SYSTEM | OPEN | 5013434 | 1,545.14 |
| 93 61 02018 | | | | | | 1,545.14 |
| 93 61 81 01 | DYSON, JACK | 06/24/93 | SYSTEM | CLEARED | 5013430 | 803.10 |
| 93 61 81 901 | | | | | | 803.10 |
| 93 02 51 805 | TUINAUVAI, OLIOPAMA ASIFCA | 06/29/93 | SYSTEM | CLEARED | 5013403 | 830.40 |
| 93 02 51 805 | | | | | | 830.40 |
| 93 02 51 806 | TAVA, IOIMATA | 06/29/93 | SYSTEM | CLEARED | 5013404 | 884.85 |
| 93 02 51 806 | | | | | | 884.85 |
| 93 02 51 827 | RERG, DENNIS | 05/29/93 | SYSTEM | CLEARED | 5013405 | 1,025.22 |
| 93 02 51 827 | | | | | | 1,025.22 |
| 93 71 61 015 | HILA, SIOKATAMF | 07/21/93 | SYSTEM | CLEARED | 5013530 | 636.99 |
| 93 71 61 015 | | | | | | 636.99 |
| 93 71 61 016 | JOHNSON, TRACY | 07/21/93 | SYSTEM | CLEARED | 5013531 | 911.72 |
| 93 71 61 016 | | | | | | 911.72 |
| 93 71 61 017 | MITRE, GREG | 07/21/93 | SYSTEM | CLEARED | 5013532 | 1,250.00 |
| 93 71 61 017 | | | | | | 1,250.00 |
| 93 72 61 805 | CALAVO | 07/28/93 | SYSTEM | CLEARED | 5013590 | 823.68 |
| 93 72 61 805 | | | | | | 823.68 |
| 93 72 61 857 | LUCIDI, MORENO | 07/28/93 | SYSTEM | CLEARED | 5013589 | 625.00 |
| 93 72 61 857 | | | | | | 625.00 |

PRINTED IN U.S.A.

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| 9307261852 | | | | | | 625.00 |
| 9307261853 | PALMERA, RAUL | 07/28/93 | SYSTEM | CLEARED | 5013591 | 881.01 |
| 9307261853 | | | | | | 881.01 |
| 9307261854 | WOLFF, MILTON | 07/29/93 | SYSTEM | OPEN | 5013592 | 861.55 |
| 9307261854 | | | | | | 861.55 |
| 9307261855 | PUDMILL, VICKY | 07/28/93 | SYSTEM | CLEARED | 5013594 | 1,250.00 |
| 9307261855 | | | | | | 1,250.00 |
| 9307301430 | GORMAN, RONALD | 08/04/93 | SYSTEM | CLEARED | 5013644 | 760.00 |
| 9307301430 | | | | | | 766.00 |
| 9307301836 | FOOD SERVICE OF AMERICA | 08/04/93 | SYSTEM | CLEARED | 5013645 | 1,106.38 |
| 9307301836 | | | | | | 1,106.38 |
| 9307301837 | PACIFIC BANANA | 08/04/93 | SYSTEM | CLEARED | 5013649 | 1,830.00 |
| 9307301837 | | | | | | 1,830.00 |
| 9307301847 | ACHICA, FAAUUGA | 05/04/93 | SYSTEM | OPEN | 5013647 | 805.00 |
| 9307301847 | | | | | | 805.00 |
| 9307301848 | STAFFORD, L | 08/04/93 | SYSTEM | CLEARED | 5013649 | 1,058.40 |
| 9307301848 | | | | | | 1,058.40 |
| 9307301849 | MASSINGHAM, DARLENE | 08/04/93 | SYSTEM | CLEARED | 5013647 | 1,250.00 |
| 9307301849 | | | | | | 1,250.00 |
| 9307301850 | KO, D SUK | 08/04/93 | SYSTEM | CLEARED | 5013648 | 1,250.00 |
| 9307301850 | | | | | | 1,250.00 |

09/10/93
BY VENDOR NUMBER AND CHECK NUMBER

HAWAIIAN AIRLINES INC. - WSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

PAGE: 159
RPT: APV0110-01

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| 930731850 | | | | | | 1,250.00 |
| 930891907 | JONES, VIRGINIA | 08/11/93 | SYSTEM | CLEARED | 5013684 | 776.95 |
| 930501907 | | | | | | 770.05 |
| | | | | | | 772.95 |
| 930824907 | RODRIGUES, WILLIAM | 08/25/93 | SYSTEM | OPEN | 5013736 | 812.13 |
| | | | | | | 812.13 |
| 930824908 | KALAMA, MATTHEW | 08/25/93 | SYSTEM | CLEARED | 5013738 | 950.02 |
| | | | | | | 950.02 |
| 930824909 | IACOVAZZI, JOHN | 08/25/93 | SYSTEM | OPEN | 5013739 | 1,000.15 |
| | | | | | | 1,000.15 |
| 930824910 | LAUDE, TRISHA | 08/25/93 | SYSTEM | OPEN | 5013740 | 1,012.56 |
| | | | | | | 1,012.56 |
| 930824911 | DOUGLAS, ROBERT | 08/25/93 | SYSTEM | OPEN | 5013741 | 1,250.00 |
| | | | | | | 1,250.00 |
| 930831903 | BRUHN, KAAI | 09/21/93 | SYSTEM | OPEN | 5013785 | 634.90 |
| 930831904 | D'ORSAY, JANICE | 09/01/93 | SYSTEM | OPEN | 5013786 | 1,250.00 |
| | | | | | | 1,250.00 |
| 930831940 | WILLIAMS, PHIL | 09/01/93 | SYSTEM | OPEN | 5013784 | 015.87 |
| 930907210 | AMERICAN CONCORD TECHAGE, INC | 09/08/93 | SYSTEM | OPEN | 5013808 | 000.25 |

| VENDOR | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| 930 0072010 | | | | | | 660.25 |
| 930 0072019 | MAHLSTEDT JR, JOHN | 09/08/93 | SYSTEM | OPEN | 5013809 | 764.45 |
| 930 0072020 | MCCUTCHAN, ROBERT | 09/08/93 | SYSTEM | OPEN | 5013810 | 778.35 |
| 930 0072021 | MARLANG, GARNETTE | 09/08/93 | SYSTEM | OPEN | 5013811 | 1,050.22 |
| 930 0072022 | PILEGGI, ANTONIO & FIORELLA | 09/08/93 | SYSTEM | OPEN | 5013812 | 2,500.00 |
| 930 1320004 | FRANZ, TOM & KATHY | 09/15/93 | SYSTEM | OPEN | 5013840 | 795.48 |
| 930 1320005 | CLARK, RALPH | 09/15/93 | SYSTEM | OPEN | 5013841 | 1,179.00 |
| 930 1320006 | SHEN, MICHAEL | 09/15/93 | SYSTEM | OPEN | 5013843 | 1,250.00 |
| 930 1320007 | TUTONELLA, SIONE | 09/15/93 | SYSTEM | OPEN | 5013844 | 1,268.00 |
| 930 1320021 | UNIVERSAL MARINE IMPORTS, INC | 07/15/93 | SYSTEM | OPEN | 5013845 | 1,771.40 |
| 930 1320022 | UNIVERSAL MARINE IMPORTS, INC | 09/15/93 | SYSTEM | OPEN | 5013839 | 653.44 |

HAWAIIAN AIRLINES, INC. - MSA ACCOUNTS PAYABLE
A/P CHECK DISBURSEMENTS FOR JUNE 24 THRU CURRENT

06/10/93
BY VENDOR AND CHECK NUMBER

| VENDOR NUMBER | VENDOR NAME | PAYMENT DATE | TYPE | STATUS | CHECK NUMBER | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| 93091 32022 | | | | | | 653.44 |
| GRAND TOTAL | | | | | | 32,836,679.56 |

* ADJUSTED FOR CHECKS DATED PRIOR TO 6/24/93 WHICH WERE INCLUDED IN THIS LISTING.

**SCHEDULE:** SFA - 3b

**CASE NAME.:** HAWAIIAN AIRLINES, INC.

**CASE NO:** 93-01072

**CATERGORY NO.:** SFA 3.b.

# OFFICERS:

| NAME & ADDRESS | DATE OF PAYMENT | AMT PAID |
|---|---|---|
| **C. J. DAVID DAVIES**<br>Senior Vice President-Finance and Chief Financial Officer<br>P.O. Box 30008<br>Honolulu, HI 96820 | 09/21 - 12/31/92<br>01/01 - 08/31/93 | .00<br>15,601.74<br>15,601.74 |
| **H. MITCH D'OLIER**<br>President and Chief Operating Officer<br>1704 Kumakani Loop<br>Honolulu, HI 96821 | 09/21 - 12/31/92<br>01/01 - 08/31/93 | 73,080.87<br>213,427.98<br>286,508.85 |
| **ALEXANDER D. JAMILE**<br>Vice President-Administration and Government Affairs<br>1062 Oilipuu Place<br>Honolulu, HI 96825 | 09/21 - 12/31/92<br>01/01 - 08/31/93 | 13,199.35<br>61,299.47<br>74,498.82 |
| **CLARENCE K. LYMAN**<br>Vice President-Treasurer and Assistant Secretary<br>1039 Kahili Place<br>Kailua, HI 96732 | 09/21 - 12/31/92<br>01/01 - 08/31/93 | 21,624.26<br>56,548.41<br>78,172.67 |
| **KOKI NAGATA**<br>Senior Vice President-Corporate Planning<br>3358 Emekona Place<br>Honolulu, HI 96822 | 09/21 - 12/31/92<br>01/01 - 08/31/93 | 20,411.72<br>.00<br>20,411.72 |
| **BRUCE R. NOBLES**<br>President and Chief Executive Officer<br>531 Ohohia Street, Suite 100<br>Honolulu, HI 96819 | 09/21 - 12/31/92<br>01/01 - 08/31/93 | .00<br>109,903.67<br>109,903.67 |
| **JOHN P. SOLOMITO**<br>Vice President-Customer Service<br>784 Aipo Street<br>Honolulu, HI 96732 | 09/21 - 12/31/92<br>01/01 - 08/31/93 | 21,007.17<br>52,716.90<br>73,724.07 |
| **GLEN L. STEWART**<br>Senior Vice President-International Sales<br>4205 Virginia Road<br>Long Beach, CA 90807 | 09/21 - 12/31/92<br>01/01 - 08/31/93 | 28,064.54<br>65,732.07<br>93,796.61 |
| **STEPHEN R. THOMPKINS**<br>Vice President-General Counsel and Secretary<br>P.O. Box 26023<br>Honolulu, HI 96825 | 09/21 - 12/31/92<br>01/01 - 08/31/93 | 22,363.54<br>56,938.62<br>79,302.16 |
| **WAYNE H. TOMITA**<br>Vice President-Controller<br>95-1071 Milia Street<br>Mililani, HI 96789 | 09/21 - 12/31/92<br>01/01 - 08/31/93 | 19,099.96<br>48,644.59<br>67,744.55 |
| **JOHN A. UEBERROTH**<br>Chairman of the Board and Chief Executive Officer<br>3169 Diamond Head Road<br>Honolulu, HI 96815 | 09/21 - 12/31/92<br>01/01 - 08/31/93 | 102,929.75<br>201,683.57<br>304,613.32 |

SCHEDULE:           SFA - 3b
CASE NAME.:        HAWAIIAN AIRLINES, INC.
CASE NO:            93-01072
CATERGORY NO.:    SFA 3.b.

| NAME & ADDRESS | DATE OF PAYMENT | AMT PAID |
|---|---|---|
| **EDWARD S. VAN LIER RIBBINK** | 09/21 - 12/31/92 | 28,977.65 |
| Senior Vice President-Finance and Chief Financial Officer | 01/01 - 08/31/93 | 76,448.63 |
| 44-024 Aumoana Place | | 105,426.28 |
| Kaneohe, Hi 96744 | | |

## DIRECTORS:

| | | |
|---|---|---|
| **MARTIN ANDERSON** | 09/21 - 12/31/92 | .00 |
| Partner | 01/01 - 08/31/93 | 6,982.96 |
| Goodsill Anderson Quinn & Stifel | | 6,982.96 |
| 1800 Alii Place | | |
| 1099 Alakea Street | | |
| Honolulu, HI 96813 | | |

CASE NO:           HAWAIIAN AIRLINES, INC.
CASE NO:           93-01072
CATEGORY NO:       SFA 9

| COMPANY | PAYMENT DATE | PAYMENT AMOUNT | VENDOR TOTAL |
|---------|--------------|----------------|--------------|
| GIBSON DUNN & CRUTCHER | 03/24/93 | 50,000.00 | |
| | 03/31/93 | 50,000.00 | |
| | 04/12/93 | 50,000.00 | |
| | 04/22/93 | 50,000.00 | |
| | 05/11/93 | 50,000.00 | |
| | 05/26/93 | 60,000.00 | |
| | 06/02/93 | 60,000.00 | |
| | 06/10/93 | 60,000.00 | |
| | 06/28/93 | 60,000.00 | |
| | 07/08/93 | 60,000.00 | |
| | 07/21/93 | 50,000.00 | |
| | 07/28/93 | 60,000.00 | |
| | 08/12/93 | 60,000.00 | |
| | 08/16/93 | 60,000.00 | |
| | 08/19/93 | 60,000.00 | |
| | 08/26/93 | 60,000.00 | |
| | 09/02/93 | 60,000.00 | |
| | 09/09/93 | 60,000.00 | |
| | 09/16/93 | 60,000.00 | |
| | 09/20/93 | 450,000.00 | 1,530,000.00 |
| KENNETH LEVENTHAL & CO | 03/29/93 | 50,000.00 | |
| | 04/12/93 | 43,900.00 | |
| | 04/20/93 | 36,865.00 | |
| | 04/21/93 | 45,770.00 | |
| | 04/27/93 | 15,700.00 | |
| | 04/28/93 | 45,770.00 | |
| | 05/10/93 | 41,805.00 | |
| | 05/12/93 | 35,000.00 | |
| | 05/26/93 | 60,000.00 | |
| | 06/02/93 | 45,000.00 | |
| | 06/15/93 | 48,055.00 | |
| | 07/09/93 | 8,650.00 | |
| | 08/04/93 | 50,000.00 | |
| | 09/10/93 | 89,291.00 | |
| | 09/20/93 | 100,000.00 | 715,806.00 |
| WAGNER & WATSON | 01/20/93 | 50,000.00 | |
| | 09/20/93 | 35,000.00 | 85,000.00 |
| | | --------- | --------- |
| | | $2,330,806.00 | $2,330,806.00 |
| | | ============ | ============ |

BANKCLSD.XLS

| SCHEDULE: | SFA-5 | | | | | |
|---|---|---|---|---|---|---|
| CASE NAME: | HAWAIIAN AIRLINES, INC. | | | | | |
| CASE NO.: | 93-01072 | | | | | |
| CATEGORY NO.: | SFA 11 | | | | | |
| NAME/ADDRESS | ACCOUNT # | DESCRIPTION | G/L ACCOUNT # | G/L BALANCE PRIOR TO CLOSING | DATE OF CLOSING |
| Bank of Hawaii | 01-18197-1 | Payroll | 10100-02-000 | 0.00 | 7/8/93 |
| P.O. Box 2900 | | | | | |
| Honolulu, HI 96846 | | | | | |
| Bank of America | 06417-00291 | Depository | 10100-11-000 | 709.68 | 1/19/93 |
| 835 N. Sepulveda Boulevard | | | | | |
| El Segundo, CA 90245 | | | | | |
| Commerzbank Zweigstelle Flughafen | 74-01888-00 | Depository/ | 10100-50-000 | 51,438.48 | 1/8/93 |
| Frankfurt Airport | | Checking | | | |
| Office Building C, Room 201-7077 | | | | | |
| 6000 Frankfurt 75, West Germany | | | | | |
| Bank of America | 06948-13561 | Money Market | 10100-59-000 | 939.47 | 4/20/93 |
| P.O. Box 30746 | | Checking | | | |
| Los Angeles, CA 90030-0746 | | | | | |

SCHEDULE:           SFA-6

CASE NAME:          HAWAIIAN AIRLINES, INC.
CASE NO.:           93-01072
CATEGORY NO.:       SFA 17.

| Name and Address | Position | Dates Services Rendered |
|---|---|---|
| Richard R. Anzai<br>94-446 Kauopua St.<br>Mililani, HI 96789 | Vice President<br>Controller and Treasurer | 9-8-75 to 6-30-90 |
| Glen L. Stewart<br>4205 Virgina Road<br>Long Beach, CA 90807 | Senior Vice President<br>Finance and Chief<br>Financial Officer | 12-29-89 to 2-28-91 |
| Allen Maeda<br>1445 Aliikii Place<br>Kailua, HI 96734 | Vice President<br>Accounting Administration | 4-01-74 to 3-15-91 |
| Edward S. Van Lier Ribbink<br>44-024 Aumoana Place<br>Kaneohi, HI 96744 | Senior Vice President<br>Finance and Chief<br>Financial Officer | 4-22-91 to 8-13-93 |
| Wayne H. Tomita<br>95-1071 Milia St.<br>Mililani, HI 96789 | Vice President<br>Controller | 7-11-91 to 7-31-93 |
| Michael P. Loo<br>98-450 Koalika Loop #1704<br>Aiea, HI 96701 | Vice President<br>Controller | 8-9-93 to present |
| C.J. David Davies<br>P.O. Box 30008<br>Honolulu, HI 96820 | Senior Vice President<br>Finance and Chief<br>Financial Officer | 7-16-93 to present |

HAWAIIAN AIRLINES, INC.
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/93

PAGE 2
REPORT LBL010-01
RUN ON 10/01/93 AT 11 35 10
ICS BATCH LABELS 010 042282

---

0012 000 00 00
SORT NAME: AIRBUS INDUSTRIE    USER SORT FIELD:
ZIP:    USER SORT FIELD:
L1 AIRBUS INDUSTRIE
L2 AIRLINE STUDIES
L3 AV. L. SERVANTY
L4 B.P. 33
L5 31700 BLAGNAC FRANCE
L6 ATTN: ERNEST WITT
L7

0772 053 19 00
SORT NAME: AIR INC CORPORATION    USER SORT FIELD:
ZIP: 02173    USER SORT FIELD:
L1 AIRFUND CORPORATION
L2 2 MILITIA DRIVE
L3 LEXINGTON, MA 02173
L4 ATTN: THOMAS G. HINIKER
L5
L6
L7

0013 000 00 00
SORT NAME: AIRLEASE INTL MGMT    USER SORT FIELD:
ZIP:    USER SORT FIELD:
L1 AIRLEASE INTL MANAGEMENT LTD
L2 20 FENCHURCH STREET
L3 LONDON E C 3 ENGLAND
L4
L5
L6
L7

---

0540 015 00 00
SORT NAME: AIRWORK CORPORATION    USER SORT FIELD:
ZIP: 08332    USER SORT FIELD:
L1 AIRWORK CORPORATION
L2 MILLVILLE MUNICIPAL AIRPORT
L3 MILLVILLE, NJ 08332
L4 ATTN: CREDIT DIVISION
L5
L6
L7

0105 017 00 00
SORT NAME: ALASKA AIR GROUP INC    USER SORT FIELD:
ZIP: 98168-0047    USER SORT FIELD:
L1 ALASKA AIR GROUP INC
L2 P O BOX 68947
L3 SEATTLE, WA 98168-0947
L4 ATTN: MR PAUL NISHIMURA CONTROLLER
L5
L6
L7

0772 047 13 00
SORT NAME: ALASKA AIR GROUP INC    USER SORT FIELD:
ZIP: 98168    USER SORT FIELD:
L1 ALASKA AIR GROUP, INC.
L2 T.O. BOX 68900
L3 SEATTLE, WA 98168
L4 ATTN: RICHARD DURUQUE
L5 INTERNAL AUDITOR
L6
L7

---

0016 000 00 00
SORT NAME: ALASKA AIRLINES INC    USER SORT FIELD:
ZIP: 98158    USER SORT FIELD:
L1 ALASKA AIRLINES INC
L2 SEATTLE-TACOMA INTERNATIONAL AIRPORT
L3 SEATTLE, WA 98158
L4 ATTN: MR ROBERT E. GRAY
L5

0016 000 00 00
SORT NAME: ALASKA AIRLINES INC    USER SORT FIELD:
ZIP: 98158    USER SORT FIELD:
L1 ALASKA AIRLINES INC
L2 P.O. BOX 68900
L3 SEATTLE WA 98168
L4 ATTN: MR BRUCE P. KENNEDY
L5 CHAIRMAN, PRESIDENT & CEO

0106 000 00 00
SORT NAME: ALEX BROWN & SONS    USER SORT FIELD:
ZIP: 21202    USER SORT FIELD:
L1 ALEX BROWN & SONS
L2 ATTENTION MR JOHN G. LARKIN
L3 135 E BALTIMORE STREET
L4 BALTIMORE, MD 21202
L5

SCHEDULE: SFA-7
CASE NAME: HAWAIIAN AIRLINES, INC.    FINANCIAL STATEMENTS
CASE NO.: 93-01072
DATE. NO.: 174

0716 000 00 00
SORT NAME: AAR CORPORATION          USER SORT FIELD:

ZIP: 60007

L1 AAR CORPORATION

L2 2132 TOUHY AVENUE

L3 ELK GROVE VILLAGE, IL 60007

L4 ATTN: BEN C. WOOSTOFF, SECRETARY

L5

L6

L7

0005 000 00 00
SORT NAME: AAR CORPORATION          USER SORT FIELD:

ZIP: 60007

L1 AAR CORPORATION

L2 ATTN: MR R.C. STUART - PRESIDENT

L3 2100 TOUHY AVE

L4 ELK GROVE VILLAGE, IL 60007

L5

L6

L7

0667 006 00 00
SORT NAME: ADREANI, EARL E.         USER SORT FIELD:

ZIP: 02192

L1 ADREANI, EARL E.

L2 77 GAYLAND ROAD

L3 NEEDHAM, MA 02192

L4

L5

L6

L7

0058 000 00 00
SORT NAME: ADVEST, INC.             USER SORT FIELD:

ZIP: 06109-3503

L1 ADVEST, INC.

L2 280 TRUMBULL ST

L3 HARTFORD, CT 06103-3503

L4

L5

L6

L7

0021 000 00 00
SORT NAME: AERONAUTICAL RADIO       USER SORT FIELD:

ZIP: 21401

L1 AERONAUTICAL RADIO, INC.

L2 2551 RIVA ROAD

L3 ANNAPOLIS, MD 21401

L4 ATTN: DOUGLAS F. ARREY

L5

L6

L7

0000 001 10 00
SORT NAME: AERONOMICS INCORPORA
SORT NAME: AERONOMICS INCORPORATED  USER SORT FIELD:

ZIP: 30337

L1 AERONOMICS INCORPORATED

L2 HATFIELD ONE, SUITE 280

L3 4751 BEST ROAD

L4 ATLANTA, GA 30337

L5

L6

L7

0069 000 00 00
SORT NAME: AIR CANADA               USER SORT FIELD:

ZIP:

L1 AIR CANADA

L2 LIBRADIO 674

L3 PLACE AIR CANADA

L4 MONTREAL, CANADA H27 1X5

L5 ATTN: E. FAJRPTAG

L6

0007 000 00 00
SORT NAME: AIR JAMAICA LTD          USER SORT FIELD:

ZIP:

L1 AIR JAMAICA

L2 ATTN: MR L. F. SMITH, VP FINANCE

L3 72-76 HARBOUR STREET

L4 KINGSTON JAMAICA W I

L5

L6

0010 001 00 00
SORT NAME: AIR TRANSPORT SYSTEM     USER SORT FIELD:

ZIP: 85036

L1 AIR TRANSPORT SYSTEMS DIVISION

L2 HONEYWELL, INC.

L3 P O BOX 21111

L4 PHOENIX, AZ 85036-1111T

L5 ATTN: P. J. QUARTIER

L6

HAWAIIAN AIRLINES, INC.
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/93

PAGE 3
REPORT LBL010-01
RUN ON 10/01/93 AT 11 35 10
ICS BATCH LABELS 010 042282

L6
L7

0023 000 00 70
SORT NAME: ALL NIPPON AIRWAYS
ZIP:               USER SORT FIELD: 04
L1 ALL NIPPON AIRWAYS CO LTD
L2 ATTN MR IKUKO SONOBE MANAGER
L3 GENERAL ADMINISTRATION DEPT
L4 P O BOX 106 KASUMIGASEKI BUILDING
L5 TOKYO 100 JAPAN
L6
L7

0621 012 00 00
SORT NAME: ALLENDALE MUTUAL INS
ZIP: 02919         USER SORT FIELD:
L1 ALLENDALE MUTUAL INS CO
L2 1301 ATWOOD AVE
L3 JOHNSTON, RI 02919
L4 ATTN: CAROL EMBY, LIBRARIAN
L5
L6
L7

0727 000 00 00
SORT NAME: AMERICAN AIRLINES
ZIP: 75261         USER SORT FIELD:
L1 AMERICAN AIRLINES, INC
L2 P O BOX 61616
L3 DFW AIRPORT, TX 75261
L4 ATTN: MR ROBERT L. CRANDALL

L6
L7

0590 053 00 00
SORT NAME: ALLEN & CO, INC
ZIP: 10022         USER SORT FIELD:
L1 ALLEN & CO, INC
L2 711 FIFTH AVENUE
L3 NEW YORK, NY 10022
L4 ATTN: LIBRARIAN
L5
L6
L7

0127 001 00 00
SORT NAME: ALLIED-SIGNAL AEROSP
ZIP:               USER SORT FIELD:
L1 ALLIED-SIGNAL AEROSPACE COMPANY
L2 MORI BUILDING #43
L3 13-16, MITA 3-CHOME, MINATO-KU
L4 TOKYO 108 JAPAN
L5
L6
L7

0707 000 00 00
SORT NAME: AMERICAN AIRLINES
ZIP: 75261         USER SORT FIELD:
L1 AMERICAN AIRLINES, INC
L2 P. O. BOX 61616
L3 DFW AIRPORT, TX 75261
L4 ATTN: CORPORATE LIBRARY

0105 000 00 00
SORT NAME: ALEX BROWN & SONS
ZIP: 21202         USER SORT FIELD:
L1 ALEX BROWN & SONS
L2 INFORMATION CENTER
L3 135 E BALTIMORE STREET
L4 BALTIMORE, MD 21202
L5
L6
L7

0772 006 00 00
SORT NAME: ALLEN COUNTY PUBLIC
ZIP: 46801         USER SORT FIELD:
L1 ALLEN COUNTY PUBLIC LIBRARY
L2 900 WEBSTER STREET
L3 BOX 2270
L4 FORT WAYNE, IN 46801
L5 ATTN: BUSINESS & TECHNOLOGY DEPT.
L6
L7

0026 001 00 00
SORT NAME: AMERICA WEST AIRLINE
ZIP: 85034         USER SORT FIELD:
L1 AMERICA WEST AIRLINES
L2 4000 EAST SKY HARBOR BLVD
L3 PHOENIX, AZ 85034
L4 ATTN: A. F. FREI

HAWAIIAN AIRLINES, INC.
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/93

PAGE                    4
REPORT              LBL010-01
RUN ON 10/01/93 AT 11 38 10
ICS BATCH LABELS 010 042282

0722 011 00 00
SORT NAME: AMERICAN EXPRESS COM
ZIP: 10004          USER SORT FIELD:
L1 AMERICAN EXPRESS COMPANY
L2 CARD INFORMATION CENTER-24TH FLOOR
L3 AMERICAN EXPRESS PLAZA
L4 NEW YORK, NY 10004
L5
L6
L7

0031 000 00 00
SORT NAME: AMERICAN EXPRESS COM
ZIP: 94108          USER SORT FIELD:
L1 AMERICAN EXPRESS COMPANY
L2 ATTN: MR R. H. MOORE
L3 REGIONAL AIRLINE SALES MGR
L4 251 POST STREET
L5 SAN FRANCISCO, CA 94108
L6
L7

0032 000 00 00
SORT NAME: AMERICAN EXPRESS RES
ZIP: 10003          USER SORT FIELD:
L1 AMERICAN EXPRESS RESERVATIONS INC
L2 ATTN: DISTRICT SALES MANAGER
L3 770 BROADWAY
L4 NEW YORK, NY 10003
L5
L6
L7

0033 000 00 00
SORT NAME: AMERICAN INSTITUTE O
ZIP: 10036          USER SORT FIELD:
L1 AMERICAN INSTITUTE OF CPAS
L2 ATTN: INFORMATION RETRIEVAL DIV
L3 1211 AVENUE OF THE AMERICAS
L4 NEW YORK, NY 10036
L5
L6
L7

0624 005 11 00
SORT NAME: AMERICAN INSTITUTE O
ZIP: 07311-3881          USER SORT FIELD:
L1 AMERICAN INSTITUTE OF CPAS
L2 HARBORSIDE FINANCIAL CENTER
L3 201 PLAZA THREE
L4 JERSEY CITY, NJ 07311-3881
L5
L6
L7

0599 054 00 00
SORT NAME: AMERICAN INVESTOR SE
ZIP: 68127          USER SORT FIELD:
L1 AMERICAN INVESTOR SERVICES
L2 P O BOX 27056
L3 OMAHA, NE  68127
L4 ATTN: ERIN ZABACK
L5
L6
L7

0667 011 08 00
SORT NAME: AMERICAN INVESTORS
ZIP: 33954          USER SORT FIELD:
L1 AMERICAN INVESTORS ALLIANCE
L2 ATTN: FRANK A. LAPRINO
L3 219 EAST COMMERCIAL BLVD 2ND FL

0621 008 00 00
SORT NAME: AMERICAN SECURITIES
ZIP: 10005-1794          USER SORT FIELD:
L1 AMERICAN SECURITIES CORPORATION
L2 80 PINE ST
L3 NEW YORK, NY 10005-1794

0036 000 00 00
SORT NAME: AMERICAN STOCK EXCHA
ZIP: 10006          USER SORT FIELD: 05
L1 AMERICAN STOCK EXCHANGE, INC .    C5
L2 86 TRINITY PLACE
L3 NEW YORK, NY 10006

0031 000 00 00
L5 CHAIRMAN & PRESIDENT
L6
L7

HAWAIIAN AIRLINES, INC.
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/93

PAGE                LBL910-01    5
                    REPORT
RUN ON 10/01/93 AT 11.35.10
    ICS BATCH LABELS 010 042282

L4 FORT LAUDERDALE, FL 33308
L5
L6
L7

L4 ATTN: MARIA PEREZ
L5
L6
L7

0540 001 00 00
SORT NAME: AMSWISS INT'L

0521 007 00 00
SORT NAME: ANDCO SECURITIES

0590 051 00 00
SORT NAME: ARGENT GROUP, LTD

ZIP: 08822        USER SORT FIELD:
L1 AMSWISS INT'L
L2 C/O MR. JOHN CASTRO
L3 RD#5 BOX 113A
L4 FLEMINGTON, NJ 08822
L5
L6
L7

ZIP: 10173        USER SORT FIELD:
L1 ANDCO SECURITIES
L2 342 MADISON AVE
L3 NEW YORK, NY 10173
L4 ATTN: RESEARCH DEPT - ROOM 800
L5
L6
L7

ZIP: 10022        USER SORT FIELD:
L1 ARGENT GROUP, LTD
L2 70 E 55TH STREET, 19TH FLOOR
L3 NEW YORK, NY 10022
L4 ATTN: PAM REICHERT
L5
L6
L7

0590 052 00 00
SORT NAME: ARLINGTON HEIGHTS ME

0772 047 09 00
SORT NAME: ARNHOLD E S. BLEICHR

0018 001 00 00
SORT NAME: ARTHUR ANDERSON E CO

ZIP: 60004        USER SORT FIELD:
L1 ARLINGTON HEIGHTS MEMORIAL LIBRARY
L2 500 N DUNTON AVENUE
L3 ARLINGTON HEIGHTS, IL 60004
L4 ATTN: REFERENCE CLERK
L5
L6
L7

ZIP: 70006        USER SORT FIELD:
L1 ARNHOLD E S. BLEICHROEDER
L2 45 BROADWAY
L3 NEW YORK, NY 10006
L4 ATTN: BRIAN TOBIN
L5
L6
L7

ZIP: 44114        USER SORT FIELD:
L1 ARTHUR ANDERSEN E CO
L2 1717 EAST NINTH STREET
L3 CLEVELAND, OHIO 44114
L4 ATTN: ELLEN DREYFUSS
L5
L6
L7

0000 001 10 00
SORT NAME: ARTHUR ANDERSON E CO

0129 001 00 00
SORT NAME: ARTHUR D. LITTLE, INC

0064 000 00 00
SORT NAME: ARTHUR YOUNG E CO

ZIP: 10105        USER SORT FIELD:
L1 ARTHUR ANDERSON E CO.
L2 1345 AVENUE OF THE AMERICAS

ZIP: 02140-2390   USER SORT FIELD:
L1 ARTHUR D. LITTLE, INC
L2 15 ACORN PARK

ZIP: 92101-3535   USER SORT FIELD:
L1 ARTHUR YOUNG E COMPANY
L2 ATTN: MR HARRY L. CASARI

HAWAIIAN AIRLINES, INC.
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF  10/01/93

PAGE          6
REPORT     18LQ 010-01
RUN ON  10/01/93    AT  11.35.10
ICS BATCH LABELS 010 042282

L3 NEW YORK, NY 10105

L4 ATTN: LIBRARIAN

L5

L6

L7

0757 000 00 00
SORT NAME: ARTHUR YOUNG & CO

ZIP: 60611        USER SORT FIELD:

L1 ARTHUR YOUNG & COMPANY

L2 ONE IBM PLAZA

L3 CHICAGO, IL 60611

L4 ATTN: RICHARD F. MENZ

L5

L6

L7

0075 000 00 00
SORT NAME: ASSOCIATED METAL PRO

ZIP: 46350        USER SORT FIELD:

L1 ASSOCIATED METAL PRODUCTS CORP

L2 P O BOX 636

L3 LAPORTE, IN 46350

L4 ATTN: MR WILLIAM S. BART, PRESIDENT

L5

L6

L7

0724 200 00 00
SORT NAME: ATT CORPORATE LIBRAR

ZIP: 07722        USER SORT FIELD:

L1 ATT CORPORATE LIBRARY

---

L3 CAMBRIDGE, MA   02140-2390

L4 ATTN: CAMBRIDGE INFO CENTER

L5

L6

L7

0649 000 00 00
SORT NAME: ASSOCIATED AVIATION

ZIP: 10038        USER SORT FIELD:

L1 ASSOCIATED AVIATION UNDERWRITERS

L2 17 STATE ST, 9TH FL?

L3 NEW YORK, NY 10004-1501

L4

L5

L6

L7

0772 063 19 00
SORT NAME: ATASCO USA, INC.

ZIP: 10176        USER SORT FIELD:

L1 ATASCO USA, INC.

L2 551 FIFTH AVENUE

L3 NEW YORK, NY 10176

L4

L5

L6

L7

0599 040 00 00
SORT NAME: AVIATION ADVISORY SE

ZIP: 10169        USER SORT FIELD:

L1 AVIATION ADVISORY SERVICE, INC

---

L3 501 W BROADWAY #1200

L4 SAN DIEGO, CA 92101-3536

L5

L6

L7

0772 064 19 00
SORT NAME: ASSOCIATED KELLOGG B

ZIP: 54307-9906     USER SORT FIELD:

L1 ASSOCIATED KELLOGG BANK

L2 TRUST INVESTMENT DIV., 1032

L3 P. O. BOX 19006

L4 GREEN BAY, WI 54307-9006

L5

L6

L7

0050 000 00 00
SORT NAME: ATHLONE INDUSTRIES

ZIP: 07054        USER SORT FIELD:

L1 ATHLONE INDUSTRIES INC

L2 200 WEBRO RD

L3 PARSIPPANY, NJ 07054

L4

L5

L6

L7

0105 004 00 20
SORT NAME: AVIATION DAILY

ZIP: 10169-0041     USER SORT FIELD:

L1 AVIATION DAILY

HAWAIIAN AIRLINES, INC.
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/03

PAGE
REPORT                              LBL010-07
RUN ON 10/01/03        AT 11 35 10
ICS BATCH LABELS  010 042282

```
L2 ROOM 4430C1                        L2 230 PARK AVENUE, SUITE 1548        L2 230 PARK AVE SUITE 1548
L3 295 NORTH MAPLE AVENUE             L3 NEW YORK, NY 10169                 L3 NEW YORK, NY 10169-0041
L4 BASKING RIDGE, NJ 07920            L4 ATTN: JAMES ALTSCHUL               L4 ATTN: WILLIAM O. HALL, EDITOR
L5                                    L5                                    L5
L6                                    L6                                    L6
L7                                    L7                                    L7

0501 031 00 00                        0599 050 00 00                        0020 000 00 00
SORT NAME: AVIATION SALES COMPA       SORT NAME: AVMARK SERVICES, LTD       SORT NAME: AVMARK, INC.
ZIP: 73152      USER SORT FIELD:      ZIP: 33126-2083   USER SORT FIELD:    ZIP: 22209      USER SORT FIELD:
L1 AVIATION SALES COMPANY             L1 AVMARK SERVICES, LTD               L1 AVMARK, INC.
L2 P.O. BOX 522914                    L2 5805 BLUE LAGOON DRIVE, SUITE 203  L2 1911 N. FT. MEYER DRIVE, SUITE 1000
L3 MIAMI, FL 33152                    L3 MIAMI, FL 33126-2083               L3 ARLINGTON, VA 22209
L4 ATTN: GENE CROSSER-DIR. OF CREDIT ADM.  L4 ATTN: RESEARCH DEPT           L4
L5                                    L5                                    L5
L6                                    L6                                    L6
L7                                    L7                                    L7

0601 034 00 00                        0057 000 00 00                        0672 000 00 00
SORT NAME: A1 CREDIT CORPORATIO       SORT NAME: BACHE HALSEY STUART        SORT NAME: BAIRD, ROBERT W. & C
ZIP: 10058      USER SORT FIELD:      ZIP: 89505      USER SORT FIELD:      ZIP: 53201      USER SORT FIELD:
L1 A1 CREDIT CORPORATION              L1 BACHE HALSEY STUART SHIELDS INC    L1 BAIRD, ROBERT W. & CO. INCORPORATED
L2 160 WATER ST, 19TH FLOOR           L2 P O BOX 2230                       L2 CORPORATE FINANCE DEPT.
L3 NEW YORK, NY 10038                 L3 RENO, NV 89505                     L3 777 EAST WISCONSIN AVENUE
L4 ATTN: DAVID CARBONE                L4 ATTN: ANTHONY MARTIN               L4 P. O. BOX 672
L5                                    L5                                    L5 MILWAUKEE, WI 53201
L6                                    L6                                    L6 ATTN: JOHN F. SENNETT
L7                                    L7                                    L7

0501 010 00 00                        0723 020 00 00                        0590 047 00 00
SORT NAME: BALDWIN PUBLIC LIBRA       SORT NAME: BANCORP LEASING OF H       SORT NAME: BANK OF AMERICA
ZIP: 46012      USER SORT FIELD:      ZIP: 96846      USER SORT FIELD:      ZIP: 90051      USER SORT FIELD:
```

HAWAIIAN AIRLINES, INC.
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 04/26/83

PAGE 8
REPORT 8L030-01
RUN ON 10/DB03
ICS BATCH LABELS 010 042282

L1 BALDWIN PUBLIC LIBRARY
L2 300 WEST MERRILL ST
L3 BIRMINGHAM, MI 48012
L4
L5
L6
L7

0062 000 00 00
SORT NAME: BANK OF CALIFORNIA
ZIP: 94104     USER SORT FIELD:
L1 BANK OF CALIFORNIA
L2 400 CALIFORNIA STREET
L3 SAN FRANCISCO, CA 94174
L4 ATTN: D HOUGH, VICE PRESIDENT
L5
L6
L7

0066 000 00 00
SORT NAME: BANKAMERILEASE GROUP
ZIP: 94122     USER SORT FIELD:
L1 BANKAMERILEASE GROUP
L2 555 CALIFORNIA STREET
L3 SAN FRANCISCO, CA 94122
L4 ATTN: DOCUMENTATION SUPERVISOR
L5
L6
L7

0771 207 00 00
SORT NAME: BARCLAYS BANK INT'L

L1 BANCORP LEASING OF HAWAII, INC.
L2 P. O. BOX 2900
L3 HONOLULU, HI 96846
L4 ATTN: GARY OSTERMAN
L5
L6
L7

0376 000 00 00
SORT NAME: BANK OF HAWAII
ZIP: 96802     USER SORT FIELD: 05
L1 BANK OF HAWAII
L2 P O BOX 2900
L3 HONOLULU, HI 96832
L4 ATTN: INFORMATION CENTER
L5
L6
L7

0751 001 00 00
SORT NAME: BANKERS TRUST CO
ZIP: 10015     USER SORT FIELD:
L1 BANKERS TRUST CO.
L2 280 PARK AVE, 15 EAST
L3 NEW YORK, NY 10015
L4 ATTN: BRADLEY SMITH
L5
L6
L7

*598 044 00 00
SORT NAME: BARNES, DAVID A

L1 BANK OF AMERICA
L2 P O BOX 36095 TERMINAL ANNEX
L3 LOS ANGELES, CA 90051
L4
L5
L6
L7

0001 023 00 00
SORT NAME: BANKAMERICA LEASING
ZIP: 94111     USER SORT FIELD:
L1 BANKAMERICA LEASING & CAPITAL GROUP
L2 SPECIAL ASSETS GROUP
L3 FOUR EMBARCADERO CENTER #11
L4 SAN FRANCISCO, CA 94111
L5
L6
L7

0073 000 00 00
SORT NAME: BANQUE NATIONALE DE
ZIP: 94104     USER SORT FIELD:
L1 BANQUE NATIONALE DE PARIS
L2 180 MONTGOMERY STREET
L3 SAN FRANCISCO, CA 94104
L4 ATTN: RAYMOND V. NELSON - V.P.
L5
L6
L7

0078 000 00 00
SORT NAME: BARRY AND COMPANY

HAWAIIAN AIRLINES, INC.
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/93

PAGE
REPORT                                    LBL010-01
RUN ON 10/01/93 AT 11 35 10
ICS BATCH LABELS 010 042282

ZIP: 10163    USER SORT FIELD:
L1 BARCLAYS BANK INT'L LIMITED
L2 MERCHANT BANKING DIVISION
L3 P.O. BOX 1754
L4 NEW YORK, NY 10163
L5
L6
L7

ZIP: 32061-6786    USER SORT FIELD:
L1 BARDES, DAVID A
L2 P O BOX 6786
L3 VERO BEACH, FL 32061-6786
L4
L5
L6
L7

ZIP: 90017    USER SORT FIELD:
L1 BARRY AND COMPANY
L2 900 WILSHIRE BLVD
L3 LOS ANGELES, CA 90017
L4 ATTN WILLIAM P. BARRY
L5
L6
L7

0771 002 00 00
SORT NAME: BATEMAN EICHLER HILL
ZIP: 91101    USER SORT FIELD:
L1 BATEMAN EICHLER HILL RICHARDS, INC.
L2 277 SOUTH LAKE AVENUE
L3 PASADENA, CA 91101
L4 ATTN: LAURA JONES-JAMES
L5
L6
L7

0910 000 00 00
SORT NAME: BAUER, A.C.
ZIP: 91423    USER SORT FIELD:
L1 BAUER, A.C.
L2 3675 VENTURA CANYON AVENUE
L3 SHERMAN OAKS, CA 91423
L4
L5
L6
L7

0082 000 00 00
SORT NAME: BEARS STEARNS & CO
ZIP: 10167    USER SORT FIELD: 05
L1 BEARS STEARNS & CO
L2 LIBRARY=CORP FILES 14TH FLOOR
L3 245 PARK AVE
L4 NEW YORK, NY 10167
L5
L6
L7

0570 260 00 00
SORT NAME: BERNARD TISCHLER=IN
ZIP: 63141    USER SORT FIELD:
L1 BERNARD TISCHLER=INVESTMENTS
L2 ST MARMOOD
L3 ST. LOUIS, MO 63141
L4
L5
L6
L7

0780 002 02 00
SORT NAME: BLOOMBERG FINANCIAL
ZIP: 08542    USER SORT FIELD:
L1 BLOOMBERG FINANCIAL MARKETS
L2 BOX 888
L3 100 BUSINESS PARK DRIVE
L4 PRINCETON, NJ 08542-0888
L5 ATTN: EQUITY DEPT.
L6
L7

0667 008 00 00
SORT NAME: BNY LEASING CORP
ZIP: 10104    USER SORT FIELD:
L1 BNY LEASING CORPORATION
L2 ATTN: MARIE CATHERINE TORRISI
L3 1290 AVENUE OF THE AMERICAS
L4 29TH FLOOR
L5 NEW YORK, NY 10104
L6
L7

HAWAIIAN AIRLINES, INC.
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/93

PAGE          10
REPORT     LBL910-01
RUN ON 10/01/93 AT         135
ICS BATCH LABELS 010 042282

0845 010 00 00
SORT NAME: BOEING COMPANY          USER SORT FIELD:

ZIP: 98124

L1 BOEING COMPANY
L2 P.O. BOX 3707
L3 SEATTLE, WA 98124
L4 ATTN: WALTER O. NIESEN-M.S. 76-70
L5
L6
L7

0095 000 00 00
SORT NAME: BOEING COMPANY          USER SORT FIELD:

ZIP: 98124

L1 BOEING COMPANY
L2 P.O. BOX 3707
L3 SEATTLE, WA 98124
L4 ATTN: D. A. JAEGER M. S. 6B-34
L5
L6
L7

0157 000 00 00
SORT NAME: BOEING ELECTRONICS C          USER SORT FIELD:

ZIP: 90045

L1 BOEING ELECTRONICS COMPANY
L2 6151 W. CENTURY BLVD. MIS RL-00
L3 LOS ANGELES, CA 90045
L4 ATTN: SHERWIN JACOBS
L5
L6
L7

0929 001 00 00
SORT NAME: BOETTCHER & COMPANY          USER SORT FIELD:

ZIP: 80201-0954

L1 BOETTCHER & COMPANY
L2 828 SEVENTEENTH STREET
L3 P.O. BOX 54
L4 DENVER, CO 80201-0054
L5 ATTN: DONALD L. CASSIDY
L6
L7

0008 000 00 00
SORT NAME: BOETTCHER AND CO          USER SORT FIELD:

ZIP: 80202

L1 BOETTCHER AND COMPANY
L2 RESEARCH DEPARTMENT
L3 828 SEVENTEENTH ST
L4 DENVER, CO 80202
L5
L6
L7

0691 007 00 00
SORT NAME: BOLGINE ASSOCIATES          USER SORT FIELD:

ZIP: 63015

L1 BOLGIN E ASSOCIATES
L2 7800 FORSYTH BLVD  SUITE 800
L3 ST. LOUIS, MO 63015
L4 ATTN: ELAINE LINDSAY
L5
L6
L7

0032 001 00 00
SORT NAME: BOOZ ALLEN HAMILTON          USER SORT FIELD:

ZIP: 10178

L1 BOOZ ALLEN HAMILTON
L2 101 PARK AVENUE
L3 NEW YORK, NY 10178
L4 ATTN: RESEARCH SERVICES
L5
L6

0015 001 00 00
SORT NAME: BOSTON CONSULTING GR          USER SORT FIELD:

ZIP: 02109

L1 BOSTON CONSULTING GROUP, INC.
L2 EXCHANGE PLACE
L3 BOSTON, MA 02109
L4 ATTN: PAUL F. COPT
L5
L6

0097 000 00 00
SORT NAME: BOSTON INSTITUTIONAL          USER SORT FIELD:

ZIP: 06820

L1 BOSTON INSTITUTIONAL SERVICES, INC.
L2 76 STONY BROOK ROAD
L3 DARIEN, CONNECTICUT 06820
L4 ATTN: GEORGE J. SCHREIBER III
L5
L6

HAWAIIAN AIRLINES, INC.
LABEL MASTER LIST - 018 FINANCIAL STATEMENTS
AS OF 10/01/93

PAGE                                    11
REPORT L8L010-01
RUN ON 10/01/93 AT 11:35:10
CS MATCH LABELS 010 042282

```
0772 040 04 00
SORT NAME: BOWLING GREEN STATE
ZIP: 43403         USER SORT FIELD:
L1 BOWLING GREEN STATE U
L2 LIBRARY-SERIALS
L3 BOWLING GREEN, OH 43403
L4 ATTN: CORA PORTER
L5
L6
L7

0667 011 07 00
SORT NAME: BOYDEN
ZIP: 60601-6710    USER SORT FIELD:
L1 BOYDEN
L2 180 NORTH STETSON AVENUE
L3 SUITE 5050
L4 CHICAGO, IL  60601-6710
L5
L6
L7

0772 068 22 00
SORT NAME: BP NORTH AMERICA PET
ZIP: 77079         USER SORT FIELD:
L1 BP NORTH AMERICA PETROLEUM, INC.
L2 550 WESTLAKE PARK BLVD., SUITE 1800
L3 HOUSTON, TX 77079
L4 ATTN: CHANA EDGAR
L5
L6
L7

0772 030 03 00
SORT NAME: BRANIFF, INC.
ZIP: 75209         USER SORT FIELD:
L1 BRANIFF, INC.
L2 7701 LEMMON AVENUE
L3 P.O. BOX 7035
L4 DALLAS, TX 75209
L5 ATTN: MARK OSTERBERG
L6 V.P.-FINANCE & CONTROLLER
L7

0433 000 00 00
SORT NAME: BRAVADO, STEVEN C.
ZIP: 19004         USER SORT FIELD:
L1 BRAVADO, STEVEN C.
L2 301 CITY AVENUE
L3 BALA CYNWYD, PA 19004
L4
L5
L6
L7

0000 00 00 00
SORT NAME: BRIGHAM YOUNG UNIVER
ZIP: 84602         USER SORT FIELD:
L1 BRIGHAM YOUNG UNIVERSITY
L2 HAROLD M LEE LIBRARY
L3 EXCHANGE SECTION
L4 PROVO, UT 84602
L5
L6
L7

0215 001 00 00
SORT NAME: BRIGHAM YOUNG UNIVER
ZIP: 96762         USER SORT FIELD:
L1 BRIGHAM YOUNG UNIVERSITY HAWAII
L2 JOSEPH F. SMITH LIBRARY
L3 55-220 KULANUI STREET
L4 LAIF, HI 96762
L5 ATTN: RILEY M. MOFFAT-REFERENCE SVCS

0040 002 00 00
SORT NAME: BRIGHTON SECURITIES
ZIP: 14618         USER SORT FIELD:
L1 BRIGHTON SECURITIES CORPORATION
L2 1703 MONROE AVENUE
L3 ROCHESTER, NY 14618
L4 ATTN: MICHAEL GUINNESS
L5

0772 033 00 00
SORT NAME: BRITISH AEROSPACE
ZIP: 20041         USER SORT FIELD:
L1 BRITISH AEROSPACE
L2 DULLES INTL AIRPORT
L3 P O BOX 17414
L4 WASHINGTON, DC, 20041
L5 ATTN: MARKET RESEARCH
```

HAWAIIAN AIRLINES, INC.
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/93

PAGE 12
REPORT L8L010-01
RUN ON 10/01/93 AT 11 35 10
ICS BATCH LABELS 010 042282

```
0101 000 00 00
SORT NAME: BRITISH CONSULATE-GE    USER SORT FIELD: 02
ZIP: 10022
L1 BRITISH CONSULATE-GENERAL
L2 845 THIRD AVENUE
L3 NEW YORK, NY 10022
L4
L5
L6
L7

0108 000 00 00
SORT NAME: BROWN BROTHERS HARRI    USER SORT FIELD: 02
ZIP: 10005
L1 BROWN BROTHERS HARRIMAN E CO
L2 ATTN: LIBRARIAN
L3 59 WALL ST
L4 NEW YORK, NY 10005
L5
L6
L7

0621 000 00 00
SORT NAME: BST PAMPHLET FILE    USER SORT FIELD:
ZIP: 37402-2652
L1 BST PAMPHLET FILE
L2 CHATTANOOGA-HAMILTON COUNTY LIBRARY
L3 1001 BROAD STREET
L4 CHATTANOOGA, TN 37402-2652


0300 016 00 00
SORT NAME: BRITTINGHAM, INC.    USER SORT FIELD:
ZIP: 19807
L1 BRITTINGHAM, INC.
L2 5809 KENNETT PIKE
L3 CENTERVILLE
L4 WILMINGTON, DE 19807
L5 ATTN: WILLIAM A. WOLHAR
L6
L7

0107 000 00 00
SORT NAME: BROWN BROTHERS HARRI    USER SORT FIELD:
ZIP: 10005
L1 BROWN BROTHERS HARRIMAN E CO
L2 RESEARCH DEPARTMENT
L3 59 WALL STREET
L4 NEW YORK, NY 10005
L5
L6
L7

0030 001 00 00
SORT NAME: BUCK CONSULTANTS    USER SORT FIELD:
ZIP: 06902
L1 BUCK CONSULTANTS, INC
L2 330 FIRST STAMFORD PLACE
L3 STAMFORD, CT C6902-6732
L4 ATTN: SUSAN PLANTE


0692 000 00 00
SORT NAME: BROWN E CO.    USER SORT FIELD:
ZIP: 98122
L1 BROWN E CO.
L2 801 BROADWAY, SUITE 808
L3 SEATTLE, WA. 98122
L4 ATTN: NORMAN K. BROWN
L5
L6
L7

0109 000 00 00
SORT NAME: BRUNDAGE STORY AND R    USER SORT FIELD:
ZIP: 10004
L1 BRUNDAGE STORY AND ROSE
L2 1 BROADWAY
L3 NEW YORK, NY 10004
L4
L5
L6
L7

0599 045 00 00
SORT NAME: BURNING DAYLIGHT FAR    USER SORT FIELD:
ZIP: 22940
L1 BURNING DAYLIGHT FARMS
L2 ROUTE 1, BOX 209
L3 FREE UNION, VA  22940
L4 ATTN: ARTHUR WATSON
```

HAWAIIAN AIRLINES, INC.
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/83

0721 000 00 00
SORT NAME: BURNS FRY LTD.
ZIP:                USER SORT FIELD:
L1 BURNS FRY LTD.
L2 CORPORATE SVCS. LIBRARIAN
L3 I FIRST CANADIAN PLACE
L4 SUITE 5000, P. O. BOX 150
L5 TORONTO, ONTARIO M5X IH3
L6 CANADA
L7

0772 013 00 00
SORT NAME: BURSON-MARSTELLER
ZIP: 10003          USER SORT FIELD:
L1 BURSON-MARSTELLER
L2 230 PARK AVENUE SOUTH
L3 NEW YORK, NY 10003
L4 ATTN: PHILIP SMITH, V.P.
L5 INFO SYSTEMS DEPT
L6
L7

0195 005 00 00
SORT NAME: BUSINESS LIBRARY
ZIP: 94612-3044     USER SORT FIELD:
L1 BUSINESS LIBRARY
L2 2201 BROADWAY
L3 OAKLAND, CA 94612-3044
L4
L5
L6
L7

0524 005 68 00
SORT NAME: BUSINESS-HIGHER EDUC
ZIP: 20036-II93   USER SORT FIELD:
L1 BUSINESS-HIGHER EDUCATION FORUM
L2 ONE DUPONT CIRCLE, SUITE 800
L3 WASHINGTON, DC 20036-II93
L4
L5
L6
L7

0599 045 00 00
SORT NAME: C & H FINANCIAL ANAL
ZIP: 72205          USER SORT FIELD:
L1 C & H FINANCIAL ANALYSIS, INC
L2 10201 WEST MARKHAM, SUITE 216
L3 LITTLE ROCK, AR 72205
L4 ATTN: GEORGE G COMBS
L5
L6
L7

0772 030 01 00
SORT NAME: C.T. BOWRING & CO.
ZIP:                USER SORT FIELD:
L1 C.T. BOWRING & CO. LTD.
L2 THE BOWRING BUILDING
L3 TOWER PLACE
L4 LINDON EC3P 3BE, ENGLAND
L5 ATTN: PETER J. SWEET
L6 DEPUTY CHIEF EXECUTIVE
L7

0772 050 10 00
SORT NAME: CABLE HOWSE & RAGEN
ZIP: 98104        USER SORT FIELD:
L1 CABLE HOWSE & RAGEN
L2 999 3RD AVENUE, SUITE 4300
L3 SEATTLE, WA 98104

0752 006 00 00
SORT NAME: CANADIAN AIRLINES
ZIP:              USER SORT FIELD:
L1 CANADIAN AIRLINES PILOTS ASSOCIATION
L2 1300 STEELES AVENUE EAST
L3 BRAMPTON, ONTARIO

0599 043 00 00
SORT NAME: CANNY, BOWEN INC
ZIP: 10166         USER SORT FIELD:
L1 CANNY, BOWEN INC
L2 200 PARK AVENUE
L3 NEW YORK, NY 10166

14858

HAWAIIAN AIRLINES, INC.
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/93

PAGE 14
REPORT LBL910-01
RUN ON 10/01/93 AT 11 35 10
ICS BATCH LABELS 010 042282

L4 ATTN: PETER MUSSER

L4 CANADA L8T TAZ

L4 ATTN: LIBRARIAN

L5

L5

L5

L6

L6

L6

L7

L7

L7

0690 002 00 00
SORT NAME: CARLSON COMPANIES

0772 035 00 00
SORT NAME: CASE, KAY & LYNCH

0115 000 00 00
SORT NAME: CASTLE & COOKE FOODS

ZIP: 55459-8201     USER SORT FIELD:

ZIP: 96813     USER SORT FIELD:

ZIP: 96801     USER SORT FIELD: 02

L1 CARLSON COMPANIES INC

L1 CASE, KAY & LYNCH

L1 CASTLE & COOKE FOODS     02

L2 P O BOX 59159

L2 737 BISHOP STREET, SUITE 2500

L2 ATTN: MRS KAYE BOEHME

L3 MINNEAPOLIS, MN  55459-8201

L3 HONOLULU, HI 96813

L3 P O BOX 3380

L4 ATTN: JULIE STENOSKY

L4 ATTN: LIBRARIAN

L4 HONOLULU, HI 96801

L5 RESOURCE CTR

L5

L5

L6

L6

L6

L7

L7

L7

0599 044 00 00
SORT NAME: CATALYST INFORMATION

0117 000 00 00
SORT NAME: CAW ASSOCIATES

0000 001 15 00
SORT NAME: CBS NEWS

ZIP: 10003-1459     USER SORT FIELD:

ZIP: 06830     USER SORT FIELD:

ZIP: 10019     USER SORT FIELD:

L1 CATALYST INFORMATION CENTER

L1 CAW ASSOCIATES

L1 CBS NEWS

L2 250 PARK AVENUE SOUTH

L2 P O BOX 4087

L2 524 WEST 57TH ST.

L3 NEW YORK, NY 10003-1459

L3 GREENWICH, CT 06830

L3 NEW YORK, NY 10019

L4

L4 ATTN: J. WILSON

L4 ATTN: LAURA B. KAPNICK

L5

L5

L5 DIR., REFERENCE LIBRARY

L6

L6

L6

L7

L7

L7

0111 000 00 00
SORT NAME: CENTRAL PACIFIC BANK

0131 000 00 00
SORT NAME: CENTRAL PACIFIC BANK

0599 041 00 00
SORT NAME: CENTRAL STATE UNIVER

ZIP: 96811     USER SORT FIELD:

ZIP: 96811     USER SORT FIELD:

ZIP: 73034     USER SORT FIELD:

L1 CENTRAL PACIFIC BANK

L1 CENTRAL PACIFIC BANK

L1 CENTRAL STATE UNIVERSITY

L2 MR PAUL YAMASHIGE, VP

L2 CORPORATE BANKING-H. T. OKAMOTO, JR.

L2 100 N UNIVERSITY DRIVE

HAWAIIAN AIRLINES, INC.
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/93

PAGE                    15
REPORT              LBL010-01
RUN ON 10/01/93  AT 11 35 10
ICS BATCH LABELS 010 042282

0010 000 00 00
SORT NAME: CHAMINADE COLLEGE LI          SORT NAME: CHEVRON USA INC.          SORT NAME: CHICAGO RESEARCH & T
ZIP: 96813          USER SORT FIELD:      ZIP: 94524          USER SORT FIELD:      ZIP: 60605          USER SORT FIELD:
L1 CHAMINADE COLLEGE LIBRARY             L1 CHEVRON USA INC.                  L1 CHICAGO RESEARCH & TRADING GROUP LTD
L2 3140 WAIALAE AVENUE                   L2 P.O. BOX 9400                     L2 440 S LASALLE, SUITE 3300
L3 HONOLULU, HI 96813                    L3 2120 DIAMOND BLVD.                L3 CHICAGO, IL 60605
L4                                       L4 CONCORD, CA 94524                 L4
L5                                       L5 ATTN: KATHY KONZ                  L5
L6                                       L6                                   L6
L7                                       L7                                   L7

0063 001 00 00                           0591 001 00 00                       0599 039 00 00
SORT NAME: CHRYSLER SYSTEMS LEA          SORT NAME: CHUN KERR DODD & KAN      SORT NAME: CIFAR PVT LTD
ZIP: 60181          USER SORT FIELD:      ZIP: 96813          USER SORT FIELD:      ZIP:          USER SORT FIELD:
L1 CHRYLSER SYSTEMS LEASING INC          L1 CHUN KERR DODD & KANESHIGE        L1 CIFAR PVT LTD
L2 OAKBROOK TERRACE TOWER                L2 700 BISHOP ST, SUITE 1408         L2 501, PARITOSH, USMANPURA
L3 ONE TOWER LANE, SUITE 2000            L3 HONOLULU, HI 96813                L3 AHMEDABAD, GUJARAT 380 013
L4 OAKBROOK TERRACE, IL 60181            L4 ATTN: GEORGE L.T. KERR            L4 INDIA
L5                                       L5                                   L5
L6                                       L6                                   L6
L7                                       L7                                   L7

0590 042 00 00                           0540 002 00 00                       0667 011 20 00
SORT NAME: CIFAR, INC.                   SORT NAME: CIS CORPORATION           SORT NAME: CIT GROUP/CAPITAL EQ
ZIP: 08542          USER SORT FIELD:      ZIP: 13221-4785     USER SORT FIELD:      ZIP: 90071          USER SORT FIELD:
L1 CIFAP, INC                            L1 CIS CORPORATION                   L1 THE CIT GROUP/

0772 0A4 0A 00                           0105 000 00 00
SORT NAME: CHEVRON USA INC.              SORT NAME: CHICAGO RESEARCH & T

L3 P.O. BOX 3590                         L3 EDMOND, OK 73034
L4 HONOLULU, HI 96811                    L4 ATTN: REFERENCE SERVICES
L5                                       L5
L6                                       L6
L7                                       L7

L3 P O BOX 3590
L4 HONOLULU, HI 96811
L5
L6
L7

HAWAIIAN AIRLINES, INC. FINANCIAL STATEMENTS
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/93

PAGE
REPORT                LBL010-01
RUN ON 10/01/93 AT 11:35:10
ICS BATCH LABELS 010 042282

L2 CN-818
L3 PRINCETON, NJ 08542
L4 ATTN: LIBRARY

L2 ONE CTS PARKWAY
L3 P.O. BOX 4785
L4 SYRACUSE, NY 13221-4785
L5 ATTN: LIBRARY MANAGER
L6
L7

L2 CAPITAL EQUIPMENT FINANCE
L3 300 S GRAND AVENUE, 3RD FL
L4 LOS ANGELES, CA 90071
L5
L6
L7

0660 002 00 00
SORT NAME: CITIBANK NA
ZIP: 10043                USER SORT FIELD:
L1 CITIBANK NA
L2 CITICORP INVESTMENT BANK
L3 153 E 53RD ST, 28TH FLOOR
L4 NEW YORK, NY 10043
L5 ATTN: MEA LIBRARY
L6
L7

C772 051 12 00
SORT NAME: CITIBANK, N. A.
ZIP: 10043                USER SORT FIELD:
L1 CITIBANK, N. A.
L2 399 PARK AVENUE, 9TH FLOOR, ZONE 2
L3 NEW YORK, NY 10043
L4 ATTN: RESEARCH LIBRARY
L5
L6
L7

0216 000 00 00
SORT NAME: CITIBANK, N.A.
ZIP: 17043                USER SORT FIELD:
L1 CITIBANK, N.A.
L2 399 PARK AVENUE, 8TH FLOOR, ZONE 13
L3 NEW YORK, NY 10043
L4 ATTN: FREDERICK W. BRADLEY, JR
L5
L6
L7

0230 000 00 00
SORT NAME: CITICORP
ZIP: 90017                USER SORT FIELD:
L1 CITICORP
L2 725 S. FIGUEROA STREET
L3 LOS ANGELES, CA 90017
L4 ATTN: SUSAN LILLARD, CREDIT ANALYST
L5
L6
L7

0046 306 00 00
SORT NAME: CITICORP DINERS CLUB
ZIP: 80217                USER SORT FIELD:
L1 CITICORP DINERS CLUB INC
L2 P O BOX 17074
L3 DENVER, CO 80217
L4
L5
L6
L7

0137 001 00 00
SORT NAME: CITICORP INDUSTRIAL
ZIP: 10528                USER SORT FIELD:
L1 CITICORP INDUSTRIAL CREDIT, INC.
L2 AVIATION LEASING
L3 3RD FLOOR/ZONE 13
L4 450 MAMARONECK AVENUE
L5 HARRISON, NY 10528
L6 ATTN: MICHAEL S. DICKEY
L7

0133 000 00 00
SORT NAME: CITY & COUNTY OF HON
ZIP: 96813                USER SORT FIELD:

0C00 000 00 00
SORT NAME: CITY OF LONG BEACH
ZIP: 90822                USER SORT FIELD:

C620 001 00 00
SORT NAME: CITICORP MERGERS & A
ZIP: 10043                USER SORT FIELD:

HAWAIIAN AIRLINES, INC. FINANCIAL STATEMENTS
LABEL MASTER LIST - 018 FINANCIAL STATEMENTS
AS OF 10/01/93

```
L1 CITICORP MERGERS & ACQUISITIONS, INC.   L1 CITY & COUNTY OF HONOLULU            L1 CITY OF LONG BEACH
L2 399 PARK AVENUE                          L2 MUNICIPAL REFERENCE & RECORDS CTR    L2 101 PACIFIC AVENUE
L3 NEW YORK, NY 10043                       L3 ANNEX, 558 S. KING STREET CITY HALL  L3 LONG BEACH, CA  90822
L4 ATTN: BRAD E. BALOW-VP                   L4 HONOLULU, HI 96813                   L4 ATTN: LIBRARIAN
L5                                          L5 ATTN: DIRECTOR                       L5
L6                                          L6                                      L6
L7                                          L7                                      L7


0624 705 13 00                             0001 007 00 00                          0139 000 00 00
SORT NAME: CIVIL AVIATION AUTHO            SORT NAME: CLEAL, OSCAR M               SORT NAME: CLEVELAND PUBLIC LIB
ZIP:            USER SORT FIELD:           ZIP: 94022-3005   USER SORT FIELD:      ZIP: 44114      USER SORT FIELD:
L1 CIVIL AVIATION AUTHORITY                L1 CLEAL, OSCAR M                        L1 CLEVELAND PUBLIC LIBRARY
L2 GPO BOX 367                             L2 61 ANGELA DR                         L2 BUSINESS, ECONOMICS & LABOR DEPT.
L3 CANBERRA ACT 2601                       L3 LOS ALTOS, CA  94022-3005            L3 CLEVELAND, OHIO 44114
L4 AUSTRALIA                               L4                                      L4
L5                                         L5                                      L5
L6                                         L6                                      L6
L7                                         L7                                      L7


0590 340 00 00                             0624 005 05 00                          0599 037 00 00
SORT NAME: CLEVELAND STATE UNIV            SORT NAME: COHEN, ALBERT B. PAR         SORT NAME: COLLANTES, DAVID
ZIP: 44115      USER SORT FIELD:           ZIP: 10017      USER SORT FIELD:        ZIP: 94504      USER SORT FIELD:
L1 CLEVELAND STATE UNIVERSITY              L1 COHEN, ALBERT B. PARTNERS, L.P.      L1 COLLANTES, DAVID
L2 1860 EAST 22ND STREET                   L2 415 MADISON AVENUE                   L2 302 LAKESIDE DRIVE
L3 CLEVELAND, OH 44115                     L3 NEW YORK, NY 10017                   L3 FOSTER CITY, CA  94504
L4 ATTN: UNIVERSITY LIBRARY                L4                                      L4
L5                                         L5                                      L5
L6                                         L6                                      L6
L7                                         L7                                      L7


0142 000 00 00                             0144 000 00 00                          0143 000 00 00
SORT NAME: COLLINS & AIKMAN COR            SORT NAME: COLUMBIA UNIVERSITY          SORT NAME: COLUMBIA UNIVERSITY
```

HAWAIIAN AIRLINES, INC. - 010 FINANCIAL STATEMENTS
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/93

PAGE      18
REPORT    LBC010-01
RUN ON 10/01/93 AT 11:35:10
ICS BATCH LABELS 010 042282

```
ZIP: 10016        USER SORT FIELD:
L1 COLLINS & AIKMAN CORPORATION
L2 ATTN: MR MYLES REVELESS, CREDIT DEPT
L3 210 MADISON AVENUE
L4 NEW YORK, NY 10016
L5
L6
L7

ZIP: 10027        USER SORT FIELD:
L1 COLUMBIA UNIVERSITY
L2 OFFICE OF UNIVERSITY DEVELOPMENT
L3    ALUMNI RELATIONS
L4 BOX 400, CENTRAL MAIL ROOM
L5 NEW YORK, NY 10027
L6
L7

ZIP: 10027        USER SORT FIELD:
L1 COLUMBIA UNIVERSITY
L2 LIBRARIAN REFERENCE
L3 WATSON LIBRARY OF BUSINESS
L4 AND ECONOMICS
L5 90X 130 URIS HALL
L6 NEW YORK, NY 10027
L7

0000 001 11 50
SORT NAME: COLUMBUS METROPOLITA
ZIP: 43215        USER SORT FIELD:
L1 COLUMBUS METROPOLITAN LIBRARY
L2 BUSINESS & TECHNOLOGY DIVISION
L3 96 SOUTH GRANT AVENUE
L4 COLUMBUS, OHIO 43215
L5
L6
L7

0772 047 06 00
SORT NAME: COMDISCO EQUITIES, I
ZIP: 10022        USER SORT FIELD:
L1 COMDISCO EQUITIES, INC.
L2 600 PARK AVENUE, 25TH FLOOR
L3 NEW YORK, NY 10022
L4 ATTN: LIBRARIAN
L5
L6
L7

0725 000 00 00
SORT NAME: COMDISCO INC.
ZIP: 60018        USER SORT FIELD:
L1 COMDISCO INC.
L2 6400 SHAFER COURT
L3 ROSEMONT, IL 60018
L4 ATTN: V.P. FINANCE
L5
L6
L7

0624 005 16 00
SORT NAME: COMMERCIAL STUDIES I
ZIP: 04011        USER SORT FIELD:
L1 COMMERCIAL STUDIES INSTITUTE
L2 P.O. BOX 4733
L3 BURLINGAME, CA 94011
L4
L5
L6
L7

0063 05 8 00 00
SORT NAME: COMMONWEALTH BANK OF
ZIP: 90017        USER SORT FIELD:
L1 COMMONWEALTH BANK OF AUSTRALIA
L2 600 WILSHIRE BLVD, SUITE 700
L3 LOS ANGELES, CA 90017
L4
L5
L6
L7

0145 000 00 00
SORT NAME: COMPUTAB, INC
ZIP: 96812        USER SORT FIELD:
L1 COMPUTAB INC
L2 P O BOX 3886
L3 HONOLULU, HI 96812
L4
L5
L6
L7
```

HAWAIIAN AIRLINES, INC.
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/03

PAGE          10
REPORT     LBL010-01
RUN ON 10/01/03 AT 11:35:10
ICS BATCH LABELS 010 042282

0146 000 00 00
SORT NAME: COMPUTER COMPANY          USER SORT FIELD:

ZIP: 23230          USER SORT FIELD:

L1 COMPUTER COMPANY

L2 P O BOX 5987

L3 RICHMOND, VA 23230

L4 AIRLINE PRODUCTS TEAM MANAGER

L5

L6

L7

0147 000 00 00
SORT NAME: CONNECTICUT BANK

ZIP: 06820          USER SORT FIELD:

L1 CONNECTICUT BANK & TRUST COMPANY

L2 CBT PLAZA

L3 DARIEN, CT 06820

L4

L5

L6

L7

0541 000 00 00
SORT NAME: CONTINENTAL AIRLINES

ZIP: 77210          USER SORT FIELD:

L1 CONTINENTAL AIRLINES, INC

L2 P.O. BOX 4607

L3 HOUSTON, TEXAS 77210-4607

L4 ATTN: E. DAVID BUTLER

L5

L6

0599 038 00 00
SORT NAME: COMPUTER INTELLIGENC          USER SORT FIELD:

ZIP: 92037          USER SORT FIELD:

L1 COMPUTER INTELLIGENCE

L2 3344 NORTH TORREY PINES COURT

L3 LA JOLLA, CA 92037

L4 ATTN: ASSISTANT SUPERVISOR

L5

L6

L7

0693 000 00 00
SORT NAME: CONNELL FINANCE COMP

ZIP: 07090-1099          USER SORT FIELD:

L1 CONNELL FINANCE COMPANY, INC.

L2 45 CARDINAL DRIVE

L3 WESTFIELD, NJ 07090-1099

L4 ATTN: WILLIAM T. GUINEE, V. P.

L5

L6

L7

0750 000 00 00
SORT NAME: CONTINENTAL BANK

ZIP: 60693          USER SORT FIELD:

L1 CONTINENTAL BANK

L2 30 NORTH LASALLE STREET, 10TH FLOOR

L3 CHICAGO, IL 60693

L4 ATTN: HOWARD S COHEN

L5 CORPORATE TRUST DIVISION

L6

0000 001 08 00
SORT NAME: CONFERENCE BOARD

ZIP: 10022          USER SORT FIELD:

L1 THE CONFERENCE BOARD, INC.

L2 LIBRARY-INFORMATION FILES

L3 845 THIRD AVENUE

L4 NEW YORK, NY 10022

L5

L6

L7

0599 035 00 00
SORT NAME: CONTINENTAL AIRLINES

ZIP: 10022          USER SORT FIELD:

L1 CONTINENTAL AIRLINES

L2 900 THIRD AVENUE, 27TH FLOOR

L3 NEW YORK, NY 10022

L4 ATTN: CYNTHIA R CREAGER

L5

L6

L7

0046 005 07 00
SORT NAME: CONTINENTAL BANK 3J

ZIP: 60697          USER SORT FIELD:

L1 CONTINENTAL BANK 3J

L2 231 SOUTH LASALLE STREET

L3 CHICAGO, IL 60697

L4 ATTN: HOWARD S COHEN

L5 INDUSTRY ANALYSIS

L6

HAWAIIAN AIRLINES, INC FINANCIAL STATEMENTS
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/93

PAGE 20
REPORT LBL910-01
RUN ON 10/01/93 AT 11.35.00
LCS BATCH LABELS 010 042282

L7

0152 000 00 00
SORT NAME: COOPERS & LYBRAND     USER SORT FIELD:
ZIP: 10020
L1 COOPERS & LYBRAND
L2 ATTN NATIONAL LIBRARY
L3 1251 AVENUE OF THE AMERICAS
L4 NEW YORK, NY 10020
L5
L6
L7

0154 000 00 00
SORT NAME: CORPORATE VALUATIONS     USER SORT FIELD:
ZIP: 46220
L1 CORPORATE VALUATIONS INC
L2 ATTN: JOHN C SCHICK PRESIDENT
L3 P O BOX 20565
L4 INDIANAPOLIS, IN 46220
L5
L6
L7

0154 002 00 00
SORT NAME: COX COMMUNICATIONS     USER SORT FIELD:
ZIP: 30302
L1 COX COMMUNICATIONS, INC.
L2 1601 W. PEACHTREE STREET, N.E.
L3 ATLANTA, GA 30309
L4 ATTN: WILLIAH A. SCHWARTZ-PRESIDENT
L5

L7

0267 001 00 00
SORT NAME: COOPERS & LYBRAND     USER SORT FIELD:
ZIP: 19103
L1 COOPERS & LYBRAND
L2 2400 ELEVEN PENN CENTER
L3 PHILADELPHIA, PA  19103
L4 ATTN: MAXINE BUDDIS
L5
L6
L7

0063 004 00 00
SORT NAME: COUNTY NATWEST INT'L     USER SORT FIELD:
ZIP: 10005
L1 COUNTY NATWEST INT'L LIMITED
L2 100 WALL ST
L3 NEW YORK, NY 10005
L4 ATTN: LIBRARIAN
L5
L6
L7

0155 000 00 00
SORT NAME: CRANFORD JOHNSON HUN     USER SORT FIELD:
ZIP: 72201
L1 CRANFORD JOHNSON HUNT & ASSOCIATES
L2 ATTN: MR RON ROBINSON
L3 FIRST NATIONAL BANK BLDG
L4 LITTLE ROCK, AR 72201
L5

L7

0249 001 00 00
SORT NAME: CORNELL UNIVERSITY     USER SORT FIELD:
ZIP: 14853-4201
L1 CORNELL UNIVERSITY
L2 JOHNSON GRADUATE SCHOOL OF MANAGEMENT
L3 ITHACA, NY  14853-4201
L4 ATTN: LIBRARIAN
L5
L6
L7

0000 007 03 00
SORT NAME: COHEN AND CO     USER SORT FIELD:
ZIP: 10004
L1 COHEN & CO.
L2 1 BATTERY PARK PLAZA
L3 NEW YORK, NY 10004
L4 ATTN: RICHARD LEMBERG
L5
L6
L7

0718 000 00 00
SORT NAME: CREDIT SUISSE     USER SORT FIELD:
ZIP: 90017
L1 CREDIT SUISSE
L2 633 WILSHIRE BOULEVARD, 8TH FLOOR
L3 LOS ANGELES, CA 90017
L4
L5

HAWAIIAN AIRLINES, INC.
LABEL MASTER - 010 FINANCIAL STATEMENTS
AS OF 10/01/03

PAGE                    21
REPORT          LBL35-01
RUN ON 10/01/03 AT 11.35.10
ICS BATCH LABELS 010 042282

```
0777 047 11 00
SORT NAME: CRESAP           USER SORT FIELD:

ZIP: 60606

L1 CRESAP

L2 200 WEST MADISON

L3 CHICAGO, IL 60606

L4 ATTN: DAVID NADELHAFT

L5

L6

L7


0695 000 00 00
SORT NAME: CYCLIPHASE CORPORATI   USER SORT FIELD:

ZIP: 22180

L1 CYCLIPHASE CORPORATION

L2 1951 KIDWELL DRIVE

L3 VIENNA, VA 22180

L4 ATTN: DATABASE MGR.

L5

L6

L7


0339 000 05 00
SORT NAME: CYPRUS J LAWRENCE    USER SORT FIELD:

ZIP: 10006

L1 CYPRUS J LAWRENCE INC

L2 ATTN THE LIBRARY

L3 115 BROADWAY

L4 NEW YORK, NY 10006
```

```
0000 006 00 00
SORT NAME: CRESAP           USER SORT FIELD:

ZIP: 94104

L1 CRESAP

L2 333 BUSH STREET

L3 SUITE 1700

L4 SAN FRANCISCO, CA 94104

L5

L6

L7


0111 003 00 00
SORT NAME: CYPRESS COLLEGE    USER SORT FIELD:

ZIP: 90630

L1 CYPRESS COLLEGE

L2 9200 VALLEY VIEW STREET

L3 CYPRESS, CA 90630

L4

L5

L6

L7


0185 000 00 00
SORT NAME: DANFORTH-EPPLY CORP   USER SORT FIELD:

ZIP: 02181

L1 DANFORTH-EPPLY CORP

L2 P O BOX 97

L3 WELLESLEY HILLS, MA 02181

L4
```

```
L6

L7


0385 000 00 00
SORT NAME: CROWN POINT PUBLISHI

ZIP: 97207           USER SORT FIELD:

L1 CROWN POINT PUBLISHING

L2 P O BOX 1059

L3 PORTLAND, OR 97207

L4

L5

L6

L7


0111 012 00 00
SORT NAME: CYPRESS LEASING CORP

ZIP: 94104           USER SORT FIELD:

L1 CYPRESS LEASING CORPORATION

L2 ONE SANSOME ST, SUITE 1900

L3 SAN FRANCISCO, CA 94104

L4

L5

L6

L7


0667 011 01 00
SORT NAME: DANIEL WEBSTER COL

ZIP: 03063           USER SORT FIELD:

L1 DANIEL WEBSTER COLLEGE

L2 ATTN: REFERENCE LIBRARY

L3 UNIVERSITY DRIVE

L4 NASHUA, NH  03063
```

```
L6

L7
```

HAWAIIAN AIRLINES, INC.
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/83

PAGE 22
REPORT LBL910-01
RUN ON 10/01/83 AT 11.35.10
JCS BATCH LABELS 010 042282

```
016R 006 00 00
SORT NAME: DAYTON E MONTGOMERY       USER SORT FIELD:
ZIP: 45402
L1 DAYTON E MONTGOMERY CTY PUB LIB
L2 FINANCIAL REPORT SERVICES
L3 215 EAST THIRD ST
L4 DAYTON, OH 45402
L5
L6
L7

0691 006 00 00
SORT NAME: DEAN MITTER FINANCIA      USER SORT FIELD:
ZIP: 60015
L1 DEAN MITTER FINANCIAL SERVICES
L2 2500 LAKE COOK RD
L3 RIVERWOODS, IL 60015
L4 ATTN: DOROTHY BENISH
L5
L6
L7

C111 011 00 00
SORT NAME: DEAN MITTER REYNOLDS      USER SORT FIELD:
ZIP: 85016-4283
L1 DEAN MITTER REYNOLDS
L2 2425 EAST CAMELBACK ROAD, SUITE 150
L3 PHOENIX, AZ 85016-4283


0170 001 00 00
SORT NAME: DE HAVILLAND AIRCRAF      USER SORT FIELD:
ZIP:
L1 DE HAVILLAND AIRCRAFT COMPANY
L2 GARRATT BOULEVARD
L3 DOWNSVIEW, ONTARIO M3K 1Y5
L4 ATTN: BRIAN M. HALLADAY
L5 ACCOUNT EXECUTIVE
L6
L7

0772 008 00 00
SORT NAME: DEAN MITTER REYNOLDS      USER SORT FIELD:
ZIP: 10006
L1 DEAN MITTER REYNOLDS, INC.
L2 130 LIBERTY STREET
L3 NEW YORK, NY 10006
L4 ATTN: LIBRARY
L5
L6
L7

0105 014 00 00
SORT NAME: DEAN MITTER REYNOLDS      USER SORT FIELD:
ZIP: 97401
L1 DEAN MITTER REYNOLDS
L2 400 COUNTRY CLUB RD, SUITE 100
L3 P O BOX 7024B


0590 035 00 00
SORT NAME: DEAN MITTER & CO          USER SORT FIELD:
ZIP: 90067
L1 DEAN MITTER & CO
L2 1900 AVENUE OF THE STARS
L3 LOS ANGELES, CA 90067
L4 ATTN: PAUL HEROLD
L5
L6
L7

0772 058 19 00
SORT NAME: DEAN MITTER REYNOLDS      USER SORT FIELD:
ZIP: 94111
L1 DEAN MITTER REYNOLDS
L2 101 CALIFORNIA STREET
L3 SAN FRANCISCO, CA 94111
L4 ATTN: JOHN CHILES
L5
L6
L7

0105 001 00 00
SORT NAME: DEAN MITTER REYNOLDS      USER SORT FIELD:
ZIP: 95813
L1 DEAN MITTER REYNOLDS INC
L2 1001 BISHOP ST, SUITE 1600
L3 PACIFIC TOWER
```

HAWAIIAN AIRLINES, INC.
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/93

PAGE 218
REPORT LBL010-01
RUN ON 10/01/93 AT 11.35.10
ICS BATCH LABELS 010 042282

```
0740 001 00 00
SORT NAME: DEAN WITTER REYNOLDS
ZIP: 95661          USER SORT FIELD:
L1 DEAN WITTER REYNOLDS
L2 P O BOX 1121
L3 SANTA CRUZ, CA 95061
L4 ATTN: SCOTT FOSTER          L4 ATTN: CARLTON JONES
L5                             L5
L6                             L6
L7                             L7

0210 001 00 00
SORT NAME: DEAN WITTER REYNOLDS
ZIP: 96740          USER SORT FIELD:
L1 DEAN WITTER REYNOLDS, INC.
L2 VILLAGE PROFESSIONAL PLAZA
L3 75-5759 KUAKINI HIGHWAY, SUITE 103 G/H
L4 KAILUA-KONA, HI 96740       L4 EUGENE, OR 97401
L5                             L5 ATTN: GARTH FERNANDEZ
L6                             L6
L7                             L7

0111 006 00 00
SORT NAME: DENOW COMMUNICATIONS
ZIP: 10105          USER SORT FIELD:
L1 DENOW COMMUNICATIONS
L2 104 W 27 ST #11 PL
L3 NEW YORK, NY 10001
L4 ATTN: RESEARCH DEPARTMENT   L4 HONOLULU, HI 96813
L5                             L5
L6                             L6
L7                             L7

0386 000 00 00
SORT NAME: DELL ISTITUTO UNIVER
ZIP:               USER SORT FIELD:
L1 DELL ISTITUTO UNIVERSITARIO NAVALE
L2 PARCO COMOLA PICCI 21
L3 NAPLES, ITALY
L4 ATTN: PROF DOTT LUIGI MASSARESE
L5
L6
L7

0000 014 00 00
SORT NAME: DELOITTE HASKINS
ZIP: 10048          USER SORT FIELD:
L1 DELOITTE HASKINS E SELLS
L2 ONE WORLD TRADE CENTER
L3 NEW YORK, NY 10048
L4 NEW YORK OFFICE LIBRARY
L5
L6
L7

0235 000 00 00
SORT NAME: DELTA AIR LINES INC
ZIP: 30320          USER SORT FIELD: 02
L1 DELTA AIR LINES INC
L2 ATLANTA AIRPORT
L3 ATLANTA, GA 30320
L4 ATTN: CHAIRMAN
L5
L6
L7

0503 033 00 00
SORT NAME: DEMAND RESEARCH CORP
ZIP: 60611          USER SORT FIELD:
L1 DEMAND RESEARCH CORP
L2 625 N MICHIGAN AVENUE

0891 014 00 00
SORT NAME: DEPAUL UNIVERSITY
ZIP: 60604-2287    USER SORT FIELD:
L1 DEPAUL UNIVERSITY
L2 25 E JACKSON BLVD

0046 003 00 00
SORT NAME: DES PLAINES PUBLIC L
ZIP: 60016          USER SORT FIELD:
L1 DES PLAINES PUBLIC LIBRARY
L2 841 GRACELAND AVENUE
```

HAMAIIAN AIRLINES, INC FINANCIAL STATEMENTS
LABEL MASTER LIST - 010
AS OF 10/01/83

L3 CHICAGO, IL 60611

L3 CHICAGO, IL 60606-2287

L3 DES PLAINES, IL 60016

L4 ATTN: REFERENCE LIBRARIAN

L4 ATTN: KENNETH FRANK

L5

L5

L6

L6

L7

L7

0599 234 00 00
SORT NAME: DILLON, READ & CO, I

0006 001 07 00
SORT NAME: DINER'S CLUB

0172 000 00 00
SORT NAME: DIRECTION DE L AEROP

ZIP: 10022        USER SORT FIELD:

ZIP: 80217        USER SORT FIELD:

ZIP:        USER SORT FIELD:

L1 DILLON, READ & CO, INC

L1 DINER'S CLUB

L1 DIRECTION DE L AEROPORT DE GENEVE-

L2 535 MADISON AVENUE

L2 P.O. BOX 17774

L2 COINTRIN

L3 NEW YORK, NY 10022

L3 DENVER, CO 80217

L3 SERVICE DE L INFORMATION ET DES

L4

L4 ATTN: PAUL ROUSE

L4 RELATIONS EXTERIEURES

L5

L5

L5 CENTRE DE DOCUMENTATION

L6

L6

L6 1215 GENEVE 15 SWITZERLAND

L7

L7

L7

0772 265 12 00
SORT NAME: DIRECTORSHIP

0006 002 00 00
SORT NAME: DOCUTRONICS

0063 007 00 00
SORT NAME: DOFT & CO INC

ZIP: 06881        USER SORT FIELD:

ZIP: 10036        USER SORT FIELD:

ZIP: 10005        USER SORT FIELD:

L1 DIRECTORSHIP

L1 DOCUTRONICS

L1 DOFT & CO INC

L2 POST ROAD WEST

L2 130 W 42ND STREET, #27

L2 110 WALL STREET

L3 P. O. BOX 5198

L3 NEW YORK, NY 10036-7901

L3 NEW YORK, NY 10005

L4 WESTPORT, CT 06881

L4

L4

L5

L5

L5

L6

L6

L6

L7

L7

L7

0175 000 00 00
SORT NAME: DONALDSON LUFKIN & J

0599 031 00 00
SORT NAME: DONIGIAN ASSOCIATES

0177 000 00 00
SORT NAME: DOUGALS AIRCRAFT COM

ZIP: 10005        USER SORT FIELD:

ZIP: 20817        USER SORT FIELD:

ZIP: 23846        USER SORT FIELD:

L1 DONALDSON LUFKIN & JEVRETTE INC

L1 DONIGIAN ASSOCIATES, INC

L1 DOUGALS AIRCRAFT COMPANY

HAWAIIAN AIRLINES, INC. FINANCIAL STATEMENTS
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/03

L2 CORPORATE INFORMATION CENTER
L3 140 BROADWAY
L4 NEW YORK, NY 10005
L5
L6
L7

L2 9711 SINGLETON DRIVE
L3 BETHESDA, MD 20817
L4
L5
L6
L7

L2 3855 LAKEWOOD BLVD, M/C 7-99
L3 LONG BEACH, CA 90846-0001
L4 ATTN: ERIC MACKLIN
L5 MARKETING LIBRARY
L6
L7

0176 300 00 00
SORT NAME: DOUGLAS AIRCRAFT COM
ZIP: 90846          USER SORT FIELD:
L1 DOUGLAS AIRCRAFT COMPANY
L2 ATTN: MARKET INFORMATION CENTER
L3 MAIL CODE 18-99
L4 3855 LAKEWOOD BLVD,
L5 LONG BEACH, CA 90806
L6
L7

0772 003 00 00
SORT NAME: DOUGLAS AIRCRAFT COM
ZIP: 90846          USER SORT FIELD:
L1 DOUGLAS AIRCRAFT COMPANY
L2 MARKET INFORMATION CENTER
L3 MAIL CODE C1-7-99
L4 3855 LAKEWOOD BLVD.
L5 LONG BEACH, CA. 90846
L6
L7

0182 000 00 00
SORT NAME: DREXEL UNIVERSITY LI
ZIP: 19104          USER SORT FIELD:
L1 DREXEL UNIVERSITY LIBRARIES
L2 ATTN: BUSINESS LIBRARIAN
L3 32ND & CHESTNUT STS
L4 PHILADELPHIA, PA 19104
L5
L6
L7

0735 300 00 00
SORT NAME: DREYFUS MGMT, INC.
ZIP: 10022          USER SORT FIELD:
L1 DREYFUS MGMT., INC.
L2 767 FIFTH AVENUE
L3 NEW YORK, NY 10022
L4 ATTN: LARRY KELLY
L5
L6
L7

0063 003 00 00
SORT NAME: DUBLIN BRANCH LIBRAR
ZIP: 43017          USER SORT FIELD:
L1 DUBLIN BRANCH LIBRARY
L2 75 N HIGH STREET
L3 DUBLIN, OH 43017
L4
L5
L6
L7

0701 000 00 00
SORT NAME: DUCHARME, MCMILLEN E
ZIP: 45202          USER SORT FIELD:
L1 DUCHARME, MCMILLEN & ASSOC, INC.
L2 312 PLUM STREET, SUITE 1100
L3 CINCINNATI, OH 45202
L4 ATTN: JOE RAVEN
L5
L6
L7

0103 007 00 00
SORT NAME: DUN & BRADSTREET INF
ZIP: 60540-8467          USER SORT FIELD:
L1 DUN & BRADSTREET INF

0105 004 00 00
SORT NAME: DWG CORPORATION
ZIP: 33141          USER SORT FIELD:

0410 000 00 00
SORT NAME: DYSON KISSNER-MORAN
ZIP: 10017          USER SORT FIELD:

HAWAIIAN AIRLINES, INC.
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/93

PAGE 26
REPORT LBL010-01
RUN ON 10/01/93 AT 11 35 10
ICS BATCH LABELS 010 042282

L1 DUN & BRADSTREET INFORMATION RESOURCES
L2 305 EAST SHUMAN BLVD
L3 NAPERVILLE, IL 60540-8467
L4 ATTN: RICHARD J. MAPAROTTI
L5    NATIONAL BUSINESS ANALYST
L6
L7

L1 DWG CORPORATION
L2 P O DRAWER K
L3 MIAMI BEACH, FL 33141
L4 ATTN: INVESTMENT RESEARCH
L5
L6
L7

L1 DYSON KISSNER-MORAN
L2 230 PARK AVENUE
L3 NEW YORK, NY 10017
L4 ATTN: MR JOHN A. MORAN
L5
L6
L7

0724 000 00 00
SORT NAME: E F HUTTON COMPANY
ZIP: 95825    USER SORT FIELD:
L1 E F HUTTON & COMPANY
L2 2335 AMERICAN RIVER DRIVE
L3 SACRAMENTO, CA 95825
L4 ATTN: MR. TOM GODDE
L5
L6
L7

0761 000 00 00
SORT NAME: E.D. SYSTEMS CORPORA
ZIP: 75230    USER SORT FIELD:
L1 E.D. SYSTEMS CORPORATION
L2 EDS CENTER
L3 7171 FOREST LANE
L4 DALLAS, TX 75230
L5
L6
L7

0221 000 00 00
SORT NAME: EAST-WEST RESEARCH I
ZIP: 96734    USER SORT FIELD:
L1 EAST-WEST RESEARCH INSTITUTE
L2 619 PAOPUA LOOP
L3 KAILUA, HI 96734-3535
L4 ATTN: LIBRARIAN
L5
L6
L7

0772 000 00 00
SORT NAME: EDWARDS, A.G.
ZIP: 92651    USER SORT FIELD:
L1 A.G. EDWARDS
L2 265 OCEAN AVENUE
L3 LAGUNA BEACH, CA 92651
L4 ATTN: JERRY KOHLER
L5
L6
L7

0192 001 00 00
SORT NAME: ELDEC CORPORATION
ZIP: 98046    USER SORT FIELD:
L1 ELDEC CORPORATION
L2 P.O. BOX 100
L3 LYNNWOOD, WA 98046
L4 ATTN: CYNTHIA KAY-CREDIT MANAGER
L5
L6
L7

0194 000 01 00
SORT NAME: EMBRY-RIDDLE AERONAU
ZIP: 32014    USER SORT FIELD:
L1 EMBRY-RIDDLE AERONAUTICAL UNIVERSITY
L2 REGIONAL AIRPORT
L3 DAYTONA BEACH, FL 32014
L4 REFERENCE LIBRARIAN
L5
L6
L7

0542 013 00 00
SORT NAME: EMERGENCY MEDICINE P

0772 037 01 00
SORT NAME: EMERGING GROWTH PART

0194 000 00 00
SORT NAME: ENERY AIR FREIGHT

HAWAIIAN AIRLINES, INC
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/93

PAGE 27
REPORT LBL910-01
RUN ON 10/01/93 AT 11 35 10
ICS BATCH LABELS 010 042282

ZIP: 02118          USER SORT FIELD:
L1 EMERGENCY MEDICINE PHYSICIANS
L2 818 HARRISON AVE
L3 BOSTON, MA 02118
L4 ATTN: GEORGE E. MCCLANE, M.D.
L5
L6
L7

0193 093 00 00
SORT NAME: ENTERCHANGE GREAT LA
ZIP: 44114          USER SORT FIELD:
L1 ENTERCHANGE GREAT LAKES INC
L2 1301 EAST NINTH STREET, SUITE 2810
L3 CLEVELAND, OH 44114
L4
L5
L6
L7

0663 093 00 00
SORT NAME: ERNST & YOUNG
ZIP: 10019          USER SORT FIELD:
L1 ERNST & YOUNG
L2 RESEARCH DEPARTMENT, OFFICE 1952
L3 787 SEVENTH AVENUE
L4 NEW YORK, NY 10019
L5
L6
L7

ZIP: 21202          USER SORT FIELD:
L1 EMERGING GROWTH PARTNERS
L2 SUITE 610
L3 400 E. PRATT STREET
L4 BALTIMORE, MD 21202
L5
L6
L7

0599 032 00 00
SORT NAME: EQE ENGINEERING
ZIP: 02626          USER SORT FIELD:
L1 EQE ENGINEERING
L2 1200 19TH STREET, NW, SUITE 800
L3 WASHINGTON, DC 20036
L4 ATTN: MIKE MILLER
L5
L6
L7

0199 000 00 00
SORT NAME: EVEREST FINANCIAL
ZIP: 08033          USER SORT FIELD:
L1 EVEREST FINANCIAL COMPANY
L2 ATTN: MR YALE ASBELL, TRUSTEE
L3 432 EUCLID AVENUE
L4 HADDONFIELD, NJ 08033
L5
L6
L7

ZIP: 06897          USER SORT FIELD:
L1 EMERY AIR FREIGHT
L2 ATTN: MR MAX A. KING, VICE PRESIDENT
L3 WILTON, CT 06897
L4
L5
L6
L7

0599 029 00 00
SORT NAME: ERNST & YOUNG
ZIP: 20036          USER SORT FIELD:
L1 ERNST & YOUNG
L2 1200 19TH STREET, NW, SUITE 800
L3 WASHINGTON, DC 20036
L4
L5
L6
L7

0772 068 21 00
SORT NAME: EXXON COMPANY, USA
ZIP: 77210-4724          USER SORT FIELD:
L1 EXXON COMPANY, USA
L2 P.O. BOX 4724, SUITE 3795
L3 HOUSTON, TX 77210-4724
L4 ATTN: M.C. PATTON
L5
L6
L7

HAWAIIAN AIRLINES, INC.
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/93
PAGE    28
REPORT  LBL010-01
RUN ON 10/01/93 AT 11.35.10
ICS BATCH LABELS 010 042282

```
0122 037 00 00
SORT NAME: FAF LIBRARY          USER SORT FIELD: 02
ZIP: 06855-5116
L1 FAF LIBRARY
L2 401 MERRITT 7
L3 P O BOX 5116
L4 NORWALK, CT  06856-5116
L5
L6
L7

0202 000 00 00
SORT NAME: FAIRCLOTH, CHESS B   USER SORT FIELD:
ZIP: 19031
L1 CHESS W. FAIRCLOTH
L2 297 SUFFOLK RD
L3 FLOURTOWN, PA 19031
L4
L5
L6
L7

0008 002 00 00
SORT NAME: FAULK & CO., INC.    USER SORT FIELD:
ZIP: 30339
L1 FAULK & CO., INC.
L2 P O BOX 723046
L3 ATLANTA, GEORGIA  30339-0046
L4 ATTN: INFORMATION SERVICES
L5
L6
L7

0204 000 00 00
SORT NAME: FEDERAL AVIATION ADM USER SORT FIELD:
ZIP: 20591
L1 FEDERAL AVIATION ADMINISTRATION
L2 U.S.DEPT. OF TRANSPORTATION
L3 DIRECTOR OF AVIATION POLICY & PLANS
L4 800 INDEPENDENCE AVE, S.W.
L5 WASHINGTON, DC 20591
L6 ATTN: HARVEY B. SAFEER
L7

0624 000 00 00
SORT NAME: FERGUSON LIBRARY     USER SORT FIELD:
ZIP: 06904
L1 FERGUSON LIBRARY
L2 ONE PUBLIC LIBRARY PLAZA
L3 STAMFORD, CT 06904
L4
L5
L6
L7

0103 000 00 00
SORT NAME: FIDELITY INVESTMENTS USER SORT FIELD: 02
ZIP: 02109
L1 FIDELITY INVESTMENTS
L2 82 DEVONSHIRE STREET
L3 BOSTON, MA 02109
L4 ATTN: BRAD LEWIS/KAREN FIRESTONE
L5
L6

0209 000 00 00
SORT NAME: FINANCIAL INFORMATIO USER SORT FIELD:
ZIP: 07303
L1 FINANCIAL INFORMATION INC
L2 P O BOX 473
L3 JERSEY CITY, NJ 07303
L4
L5
L6

0000 013 00 00
SORT NAME: FIRST BOSTON CORP    USER SORT FIELD: 04
ZIP: 94111
L1 FIRST BOSTON CORP
L2 101 CALIFORNIA STREET
L3 SUITE 4300
L4 SAN FRANCISCO, CA 94111
L5 ATTN: CORPORATE FINANCE DEPT.
L6
```

HAWAIIAN AIRLINES, INC.
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/93

PAGE                    20
REPORT      LBL010-01
RUN ON 10/01/93 AT 11:35:10
ICS BATCH LABELS 010 042282

L7

0599 030 00 00
SORT NAME: FIRST BOSTON CORPORA

ZIP: 10055        USER SORT FIELD:

L1 FIRST BOSTON CORPORATION

L2 PARK AVENUE PLAZA

L3 NEW YORK, NY 10055

L4 ATTN: DOCUMENTS LIBRARY

L5

L6

L7

0195 002 00 00
SORT NAME: FIRST EQUITY CORP

ZIP: 33131        USER SORT FIELD:

L1 FIRST EQUITY CORPORATION OF FLORIDA

L2 1400 MIAMI CENTER

L3 201 SOUTH BISCAYNE BLVD.

L4 MIAMI, FL 33131

L5

L6

L7

0212 000 00 00
SORT NAME: FIRST HAWAIIAN BANK

ZIP: 96847        USER SORT FIELD:

L1 FIRST HAWAIIAN BANK

L2 DEPT OF ECONOMIC RESEARCH

L3 P O BOX 3200

L4 HONOLULU, HI 96847

L5

L6

L7

0211 000 00 00
SORT NAME: FIRST HAWAIIAN BANK

ZIP: 96847        USER SORT FIELD:

L1 FIRST HAWAIIAN BANK

L2 P O BOX 3200

L3 HONOLULU, HI 96847

L4 ATTN: GERALD PANG - V.P.

L5    CORPORATE BANK DIVISION

L6

L7

0085 070 00 00
SORT NAME: FIRST HAWAIIAN BANK

ZIP: 96847        USER SORT FIELD:

L1 FIRST HAWAIIAN BANK

L2 P O BOX 3200

L3 HONOLULU, HI 96847

L4 ATTN: WALTER A. DODS, JR.

L5 CHAIRMAN OF THE BOARD

L6

L7

0035 000 00 00
SORT NAME: FIRST INTERSTATE BAN

ZIP: 96814        USER SORT FIELD:

L1 FIRST INTERSTATE BANK OF HAWAII

L2 1314 SOUTH KING ST 2ND FLOOR

L3 HONOLULU, HI 96814

L4 ATTN: ALBERT S.C. CHUN, SR., V.P.

L5

L6

L7

0759 000 00 00
SORT NAME: FIRST NATIONAL BANK

ZIP: 02110        USER SORT FIELD:

L1 FIRST NATIONAL BANK

L2 P O BOX 1000

L3 BOSTON, MA 02105

L4 INVESTMENT RESEARCH LIBRARY, BB

L5

0759 000 00 00
SORT NAME: FIRST NATIONAL BANK

ZIP: 02110        USER SORT FIELD:

L1 FIRST NATIONAL BANK OF BOSTON

L2 NATIONAL WEST DIVISION (H03-20)

L3 100 FEDERAL STEET

L4 BOSTON, MA 02110

L5 ATTN: ALLISON READ

0752 007 00 00
SORT NAME: FLIGHTPLAN INTERNAT

ZIP: 33301        USER SORT FIELD:

L1 FLIGHTPLAN INTERNATIONAL

L2 309 CORAL WAY

L3 FT. LAUDERDALE, FL 33301

L4 ATTN: D. METCALF

L5

HAWAIIAN AIRLINES, INC.
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/93

PAGE                    30
REPORT         LBL910-01
RUN ON 10/01/93 AT 11.35.10
ICS BATCH LABELS 010 042282

L6
L7

---

0224 000 00 00
SORT NAME: FORBES MAGAZINE          USER SORT FIELD:

ZIP: 10011

L1 FORBES MAGAZINE
L2 ATTN: LIBRARIAN
L3 60 FIFTH AVENUE
L4 NEW YORK, NY 10011
L5
L6
L7

0752 009 00 00
SORT NAME: FORECAST ASSOCIATES          USER SORT FIELD:

ZIP: 06470

L1 FORECAST ASSOCIATES INC.
L2 22 COMMERCE ROAD
L3 NEWTOWN, CT 06470
L4 ATTN: DAVID J. FRANUS-ASSOCIATE
L5
L6
L7

0709 001 00 00
SORT NAME: FOSTER HIGGINS LIBRA          USER SORT FIELD:

ZIP: 10004

L1 FOSTER HIGGINS LIBRARY
L2 125 BROAD STREET, 4TH FLOOR
L3 NEW YORK, NY 10004
L4 ATTN: PATRICK SWEENEY
L5
L6
L7

---

0722 000 00 00
SORT NAME: FRANCIS MANZO & COM          USER SORT FIELD:

ZIP: 60565

L1 FRANCIS MANZO & COMPANY
L2 755 RAYMELL STREET
L3 NAPERVILLE, IL 60565
L4 ATTN: FRANCIS P. MANZO III
L5
L6
L7

0667 011 23 00
SORT NAME: FREDERIC W COOK & CO          USER SORT FIELD:

ZIP: 10016

L1 FREDERIC W COOK & CO LTD
L2 ATTN: ELLEN GALANTE
L3 90 PARK AVENUE
L4 NEW YORK, NY 10016
L5
L6
L7

0700 005 00 00
SORT NAME: FREE LIBRARY OF PHIL          USER SORT FIELD:

ZIP: 19103

L1 THE FREE LIBRARY OF PHILADELPHIA
L2 BUSINESS SCIENCE & INDUSTRY
L3 LOGAN SQUARE
L4 PHILADELPHIA, PA 19103
L5
L6
L7

---

0165 007 00 00
SORT NAME: FULD & COMPANY          USER SORT FIELD:

ZIP: 02138

L1 FULD & COMPANY
L2 90 TROWBRIDGE ST
L3 CAMBRIDGE, MA 02138
L4 ATTN: LIBRARIAN

0238 000 00 00
SORT NAME: GENERAL AMERICAN INV          USER SORT FIELD: 02

ZIP: 10017

L1 GENERAL AMERICAN INVESTORS CO INC     07
L2 ATTN: LIBRARIAN
L3 330 MADISON AVENUE
L4 NEW YORK, NY 10017

0772 010 01 00
SORT NAME: GENERAL ELECTRIC CAP          USER SORT FIELD:

ZIP: 06904

L1 GENERAL ELECTRIC CAPITAL CORPORATION
L2 1600 SUMMER STREET, 6TH FLOOR
L3 P.O. BOX 8300
L4 STAMFORD, CT 06904

HAWAIIAN AIRLINES, INC.
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/93

0244 000 00 00
SORT NAME: GENERAL ELECTRIC CO          USER SORT FIELD:
ZIP: 45215          USER SORT FIELD:
L1 GENERAL ELECTRIC COMPANY
L2 ATTN: MR J. A. VITUCCI J-179
L3 JIMSON ROAD
L4 CINCINNATI, OH 45215
L5
L6
L7

0667 011 20 C0
SORT NAME: GEORGE MASON UNIV          USER SORT FIELD:
ZIP: 22030-4444          USER SORT FIELD:
L1 GEORGE MASON UNIVERSITY
L2 DEPT OF ACCTG & BUSINESS LEGAL STUDIES
L3 ATTN: V GOPALAKRISHNAN
L4 SCHOOL OF BUSINESS ADMINISTRATION
L5 FAIRFAX, VA 22030-4444
L6
L7

0691 010 00 0C
SORT NAME: GEORGETOWN UNIVERSIT          USER SORT FIELD:
ZIP: 20057-1005          USER SORT FIELD:
L1 GEORGETOWN UNIVERSITY LIBRARY
L2 37TH & O STREETS, NW
L3 WASHINGTON, DC 20057-1005

---

L5 ATTN: KATHLEEN MATHEWS
L6
L7

0772 056 10 00
SORT NAME: GENERAL MOTORS ACCEP
ZIP: 48202          USER SORT FIELD:
L1 GENERAL MOTORS ACCEPTANCE CORPORATION
L2 3031 WEST GRAND BOULEVARD
L3 NEW CENTER ONE, SUITE 605
L4 DETROIT, MI 48202
L5 ATTN: ALBERT CLARK
L6
L7

0285 000 00 00
SORT NAME: GEORGESON & CO., INC
ZIP: 10005          USER SORT FIELD:
L1 GEORGESON & CO., INC.
L2 WALL ST PLAZA
L3 NEW YORK, NY 10005
L4
L5
L6
L7

0626 003 00 00
SORT NAME: GMI ENGINEERING & MG
ZIP: 48502-2276          USER SORT FIELD:
L1 GMI ENGINEERING & MGMT INSTITUTE
L2 1700 W THIRD AVENUE
L3 FLINT, MI 48502-2276

---

0243 000 00 00
SORT NAME: GENERAL ELECTRIC CO          USER SORT FIELD:
ZIP: 45215          USER SORT FIELD:
L1 GENERAL ELECTRIC CO
L2 CUSTOMER FINANCING CREDIT
L3 AIRCRAFT ENGINE GROUP
L4 MAIL DROP K-84
L5 CINCINNATI, OH 45215
L6 ATTN: F. A. HUSTON
L7

0063 005 00 00
SORT NAME: GEORGE WASHINGTON UN
ZIP: 20052          USER SORT FIELD:
L1 GEORGE WASHINGTON UNIVERSITY
L2 2130 H STREET NW
L3 WASHINGTON, DC 20052
L4
L5
L6
L7

0667 011 26 00
SORT NAME: GKR INTERNATIONAL
ZIP: 60603          USER SORT FIELD:
L1 GKR INTERNATIONAL
L2 10 S. LASALLE, SUITE 3505
L3 CHICAGO, IL 60603

HAWAIIAN AIRLINES, INC.
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/93

L4
L5
L6
L7

0665 001 00 00
SORT NAME: GOLDMAN SACHS & CO          USER SORT FIELD:
ZIP: 10008-1118
L1 GOLDMAN, SACHS & CO
L2 LIBRARY-CORPORATE DOCUMENTS
L3 P O BOX 1118
L4 CHURCH STREET STATION
L5 NEW YORK, NY  10008-1118
L6
L7

0256 000 00 00
SORT NAME: GOLDMAN SACHS & CO          USER SORT FIELD: 10
ZIP: 10004
L1 GOLDMAN SACHS & CO
L2 ATTN LIBRARY, 20TH FLOOR
L3 85 BROAD STREET
L4 NEW YORK, NY 10004
L5
L6
L7

0251 000 00 00
SORT NAME: GORDIAN GROUP               USER SORT FIELD:
ZIP: 10022
L1 GORDIAN GROUP
L2 660 PARK AVENUE, 5TH FLOOR

---

L4
L5
L6
L7

0250 000 00 00
SORT NAME: GOLDMAN SACHS & CO          USER SORT FIELD:
ZIP: 10004
L1 GOLDMAN SACHS & CO
L2 ATTN MR MICHAEL ARMELLINO
L3 85 BROAD STREET
L4 NEW YORK, NY 10004
L5
L6
L7

0251 000 00 00
SORT NAME: GOLDMAN SACHS & CO          USER SORT FIELD:
ZIP: 90071
L1 GOLDMAN SACHS & CO
L2 ATTN MR JOSEPH P SULLIVAN
L3 333 SOUTH GRAND AVE
L4 LOS ANGELES, CA 90071
L5
L6
L7

0255 000 00 00
SORT NAME: GORDON & CO                 USER SORT FIELD:
ZIP: 02158
L1 GORDON & CO
L2 ONE GATEWAY CENTER

---

L4 ATTN: REFERENCE LIBRARY
L5
L6
L7

0260 000 00 00
SORT NAME: GOLDMAN SACHS & CO          USER SORT FIELD:
ZIP: 94104
L1 GOLDMAN SACHS & CO
L2 555 CALIFORNIA STREET
L3 SAN FRANCISCO, CA 94104
L4
L5
L6
L7

0267 011 14 00
SORT NAME: GORDEN ASSOCIATES
ZIP: 33140                             USER SORT FIELD:
L1 GORDON ASSOCIATES
L2 P O BOX 3047
L3 MIAMI BEACH, FL 33140
L4
L5
L6
L7

0000 011 00 00
SORT NAME: GORDON ASSOCIATES
ZIP: 33140                             USER SORT FIELD:
L1 GORDON ASSOCIATES1
L2 P.O. BOX 3047

HAWAIIAN AIRLINES INC
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/03

PAGE 33
REPORT LBL910-01
RUN ON 10/01/03 AT 11 35 10
ICS MATCH LABELS 010 042282

```
L3 NEW YORK, NY 10022                    L3 SUITE 516 WEST                         L3 MIAMI BEACH, FL 33140
L4 ATTN: SUNSHINE GREEN                  L4 NEWTON, MA 02158                       L4
L5                                       L5                                        L5
L6                                       L6                                        L6
L7                                       L7                                        L7

0772 247 12 00                           0256 000 00 00                            0111 004 00 00
SORT NAME: GOVERNMENT OF CANADA          SORT NAME: GRAN-TERRA REALTY &            SORT NAME: GRAND RAPIDS PUBLIC
ZIP:           USER SORT FIELD:          ZIP: 92024      USER SORT FIELD:          ZIP: 49503      USER SORT FIELD:
L1 GOVERNMENT OF CANADA                  L1 GRAN-TERRA REALTY & MGMT SVCS CO       L1 GRAND RAPIDS PUBLIC LIBRARY
L2 8 FLOOR EAST (HBSP)                   L2 1652 TRAVELD WAY                       L2 50 LIBRARY PLAZA
L3 235 QUEEN STREET                      L3 ENCINITAS, CA 92024                    L3 GRAND RAPIDS, MI 49503
L4 OTTAWA, ONTARIO K1A 0H5               L4 ATTN: MR SAMUEL R GRANTON              L4
L5 ATTN: WILLIAM G. RUSSELL              L5                                        L5
L6                                       L6                                        L6
L7                                       L7                                        L7

0624 265 53 00                           0040 202 00 00                            0315 000 00 00
SORT NAME: GREAT PLAINS SOFTWAR          SORT NAME: GREENVILLE COUNTY LI           SORT NAME: GREENWAY CAPITAL COR
ZIP: 58103      USER SORT FIELD:         ZIP: 29601      USER SORT FIELD:          ZIP: 10004      USER SORT FIELD:
L1 GREAT PLAINS SOFTWARE                 L1 GREENVILLE COUNTY LIBRARY              L1 GREENWAY CAPITAL CORPORATION
L2 1701 38TH STREET S.W.                 L2 300 COLLEGE STREET                     L2 50 BROADWAY
L3 FARGO, ND 58103                       L3 GREENVILLE, SC 29601                   L3 NEW YORK, NY 10004
L4 ATTN: BRIAN CAREY                     L4                                        L4 ATTN: ROB SPECK
L5                                       L5                                        L5
L6                                       L6                                        L6
L7                                       L7                                        L7

0260 200 00 00                           0545 000 00 00                            0264 000 00 00
SORT NAME: GREIG ASSOCIATES INC          SORT NAME: GREYHOUND LEASING &            SORT NAME: GUARANTY SAVINGS AND
ZIP: 96813      USER SORT FIELD:         ZIP: 85077      USER SORT FIELD:          ZIP: 70211      USER SORT FIELD:
L1 GREIG ASSOCIATES, INC                 L1 GREYHOUND LEASING & FINANCIAL CORP.    L1 GUARANTY SAVINGS AND LOAN ASSN
```

HAWAIIAN AIRLINES, INC.
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/93

L2 700 BISHOP STREET, 19TH FLOOR
L3 HONOLULU, HI 96813
L4 ATTN: MR JAMES F. GREIG
L5
L6
L7

L2 GREYHOUND TOWER - #3502
L3 PHOENIX, AZ 85077
L4 ATTN: MR STUART DAVIS, CHAIRMAN
L5
L6
L7

L2 8484 WILSHIRE BLVD
L3 BEVERLY HILLS, CA 90211
L4 ATTN: MR SIDNEY DAVIS, V.C.
L5
L6
L7

0105 005 06 00
SORT NAME: HANDY ASSOCIATES
ZIP: 10177      USER SORT FIELD:
L1 HANDY ASSOCIATES
L2 257 PARK AVENUE
L3 NEW YORK, NY 10177
L4 ATTN: RESEARCH DEPT.
L5
L6
L7

0772 039 04 00
SORT NAME: HARBERT INT'L. INC.
ZIP: 35201      USER SORT FIELD:
L1 HARBERT INT'L. INC.
L2 P.O. BOX 1297
L3 BIRMINGHAM, ALABAMA 35201
L4 ATTN: ROBIN BRADBURY
L5
L6
L7

0000 001 05 00
SORT NAME: HARVARD BUSINESS SCH
ZIP: 02163      USER SORT FIELD:
L1 CORPORATE INFORMATION DEPARTMENT
L2 BAKER LIBRARY 100
L3 HARVARD BUSINESS SCHOOL
L4 BOSTON, MA 02163
L5
L6
L7

0111 005 00 00
SORT NAME: HARVARD MANAGEMENT C
ZIP: 02210-2203      USER SORT FIELD:
L1 HARVARD MANAGEMENT COMPANY INC
L2 600 ATLANTIC AVE
L3 BOSTON MA  02210-2203
L4 LIBRARY FILES
L5
L6
L7

0001 022 00 00
SORT NAME: HAVRE, J.S. INC.
ZIP: 96819      USER SORT FIELD:
L1 HAVRE, J.S. INC.
L2 2153 N. KING ST., SUITE 321B
L3 HONOLULU, HI  96819
L4
L5
L6
L7

0276 000 00 00
SORT NAME: HAWAII STATE LIBRARY
ZIP: 96813      USER SORT FIELD:
L1 HAWAII STATE LIBRARY
L2 PUBLICATIONS DISTRIBUTION CENTER
L3 478 SO KING STREET
L4 HONOLULU, HI  96813
L5
L6
L7

0354 000 00 00
SORT NAME: HAWAII STATE LIBRARY
ZIP: 96813      USER SORT FIELD: 03
L1 HAWAII STATE LIBRARY
L2
L3
L4
L5
L6
L7

0497 000 00 00
SORT NAME: HAWAII, COUNTY OF
ZIP: 96720      USER SORT FIELD:

0276 000 00 00
SORT NAME: HAWAII, STATE OF
ZIP: 96804      USER SORT FIELD:

HAWAIIAN AIRLINES, INC. FINANCIAL STATEMENTS

L1 HAWAII STATE LIBRARY
L2 HAWAII AND PACIFIC SECTION
L3 478 SO KING STREET
L4 HONOLULU, HI 96813
L5
L6
L7

0558 000 00 00
SORT NAME: HAWAII, STATE OF
ZIP: 96813        USER SORT FIELD:
L1 STATE OF HAWAII
L2 DEPARTMENT OF EDUCATION
L3 STATE LIBRARY BRANCH
L4 478 S KING STREET
L5 HONOLULU, HI 96813
L6
L7

0599 027 00 00
SORT NAME: HICKEY E HILL INC
ZIP: 94549        USER SORT FIELD:
L1 HICKEY E HILL INC
L2 3685 MT DIABLO BLVD, SUITE B-171
L3 LAFAYETTE, CA 94549
L4
L5
L6
L7

L1 DEPT. OF RESEARCH & DEVELOPMENT
L2 COUNTY OF HAWAII
L3 25 AUPUNI STREET
L4 P.O. BOX 2350
L5 HILO, HI 96720
L6
L7

0594 001 00 00
SORT NAME: HAWAII, STATE OF
ZIP: 96813        USER SORT FIELD:
L1 STATE OF HAWAII
L2 DEPT. OF TRANSPORTATION
L3 869 PUNCHBOWL STREET
L4 HONOLULU, HI 96813
L5 ATTN: DIRECTOR
L6
L7

0229 001 00 00
SORT NAME: HILL & KNOWLTON, INC
ZIP: 10017        USER SORT FIELD:
L1 HILL & KNOWLTON, INC.
L2 420 LEXINGTON AVENUE
L3 NEW YORK, NY 10017
L4 ATTN: MAURICE W. KNAPP-V.P.
L5
L6
L7

0000 001 13 00
SORT NAME: HONEYWELL, INC.

L1 DEPT. OF PLANNING & ECONOMIC DEV. LIBR
L2 DEPT. OF PLANNING & ECONOMIC DEV. LIBR
L3 DEPT. OF INTER-ACT. & OLIVER'S LIBRARIAN
L4 HILO, HI 96804
L5
L6
L7

0594 000 01 00
SORT NAME: HAWAII, STATE OF
ZIP: 96819        USER SORT FIELD:
L1 STATE OF HAWAII
L2 DEPT. OF TRANSPORTATION
L3 AIRPORTS DIVISION
L4 HONOLULU INTERNATIONAL AIRPORT
L5 HONOLULU, HAWAII 96819
L6 ATTN: JONATHAN K. SHIMADA, PH.D.
L7 DEPUTY DIRECTOR

0599 028 00 00
SORT NAME: HINSDALE PUBLIC LIBR
ZIP: 60521        USER SORT FIELD:
L1 HINSDALE PUBLIC LIBRARY
L2 20 EAST MAPLE STREET
L3 HINSDALE, IL 60521
L4
L5
L6
L7

0286 000 00 00
SORT NAME: HONOLULU ADVERTISER

0738 000 00 00
SORT NAME: HMSA

HAWAIIAN AIRLINES, INC.
LABEL MASTER LIST - OIC FINANCIAL STATEMENTS
AS OF 10/01/93

PAGE 36
REPORT LBL010-36
RUN ON 10/01/93 AT 11:35:10
ICS BATCH LABELS 010 042282

ZIP: 96808    USER SORT FIELD:
L1 HHSA
L2 P. O. BOX 860
L3 HONOLULU, HI  96808
L4 ATTN: ED KATO
L5
L6
L7

ZIP: 85035-1111    USER SORT FIELD:
L1 HONEYWELL, INC.
L2 P.O. BOX 21111-117R
L3 PHOENIX, AZ 85035-1111
L4 ATTN: ACCOUNTS RECEIVABLE SUPERVISOR
L5
L6
L7

ZIP: 96802    USER SORT FIELD:
L1 HONOLULU ADVERTISER
L2 ATTN: BUSINESS EDITOR
L3 P O BOX 3110
L4 HONOLULU, HI  96802
L5
L6
L7

0710 000 00 00
SORT NAME: HONOLULU COMM COLL    USER SORT FIELD: 02
ZIP: 96817
L1 HONOLULU COMMUNITY COLLEGE
L2 874 DILLINGHAM BLVD.
L3 HONOLULU, HI 96817
L4
L5
L6
L7

0599 025 00 00
SORT NAME: HONOLULU INFORMATION
ZIP: 96816    USER SORT FIELD: 02
L1 HONOLULU INFORMATION SERVICE
L2 1103 6TH AVENUE, SUITE 202
L3 HONOLULU, HI 96816
L4
L5
L6
L7

0540 017 00 00
SORT NAME: IBJ SCHROEDER BANK
ZIP: 10004    USER SORT FIELD:
L1 IBJ SCHROEDER BANK
L2 ONE STATE ST
L3 NEW YORK, NY 10004
L4 ATTN: SAM YELLIN
L5
L6
L7

0294 000 00 00
SORT NAME: INDIAN AIRLINES
ZIP:    USER SORT FIELD:
L1 INDIAN AIRLINES
L2 ATTN: MR L.F.P. CABRAL
L3 DIP OF ECON PLANNING
L4 AIRLINES HOUSE
L5 NEW DELHI-1 INDIA
L6
L7

0772 019 00 00
SORT NAME: INDIANA UNIVERSITY N
ZIP: 46408    USER SORT FIELD:
L1 INDIANA UNIVERSITY NORTHWEST
L2 DIVISION OF BUSINESS AND ECONOMICS
L3 3400 BROADWAY
L4 GARY, INDIANA 46408
L5 ATTN: DANIEL T. SIMON
L6
L7

0105 011 00 00
SORT NAME: INDUSTRIAL BANK OF J
ZIP: 90017    USER SORT FIELD:
L1 INDUSTRIAL BANK OF JAPAN
L2 800 WEST 6TH ST, SUITE 1500
L3 LOS ANGELES, CA 90017
L4
L5
L6
L7

HAWAIIAN AIRLINES, INC. FINANCIAL STATEMENTS
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/03

0590 026 00 00
SORT NAME: INFORMATION ACCESS C
ZIP: 94403-7555    USER SORT FIELD:
L1 INFORMATION ACCESS CO
L2 P O BOX 7555
L3 SAN MATEO, CA  94403-7555
L4 ATTN:  P MANNING
L5
L6
L7

0299 000 00 00
SORT NAME: INOUYE, HON DANIEL K
ZIP: 20510    USER SORT FIELD:
L1 HONORARY DANIEL K. INOUYE
L2 722 HART SENATE OFFICE BLDG
L3 WASHINGTON, DC 20510
L4
L5
L6
L7

0299 000 00 00
SORT NAME: INSTITUTIONAL DEPART
ZIP: 96813    USER SORT FIELD:
L1 INSTITUTIONAL DEPARTMENT
L2 P O BOX 1720
L3 HONOLULU, HI 96813
L4
L5
L6
L7

0509 023 00 00
SORT NAME: INTERMEC CORP
ZIP: 75210    USER SORT FIELD:
L1 INTERMEC CORP
L2 2011 TURTLE CREEK BLVD SUITE 1350
L3 DALLAS, TX 75210
L4
L5
L6
L7

0300 001 00 00
SORT NAME: INTL BROTHERHOOD
ZIP: 20001    USER SORT FIELD:
L1 LIBRARY
L2 INTERNATIONAL BROTHERHOOD OF TEAMSTERS
L3 25 LOUISIANA AVENUE, NW
L4 WASHINGTON, D.C. 20001
L5
L6
L7

0767 001 00 00
SORT NAME: INVESTMENT INFORMATI
ZIP: 60611    USER SORT FIELD:
L1 INVESTMENT INFORMATION SERVICES, INC.
L2 680 N LAKE SHORE DRIVE
L3 TOWER SUITE 2038
L4 CHICAGO, IL. 60611
L5
L6
L7

0645 004 00 00
SORT NAME: INVESTMENT SECURITIE
ZIP: 80111    USER SORT FIELD:
L1 INVESTMENT SECURITIES OF COLORADO INC
L2 4605 DENICE DRIVE
L3 ENGLEWOOD, CO 80111
L4
L5
L6

0000 008 00 00
SORT NAME: INVESTORS RESEARCH
ZIP: 64141-6200    USER SORT FIELD:
L1 INVESTORS RESEARCH CORP
L2 P.O. BOX 418210
L3 KANSAS CITY, MISSOURI 64141-6200
L4
L5
L6

0039 001 00 00
SORT NAME: IONA COLLEGE
ZIP: 10801    USER SORT FIELD:
L1 IONA COLLEGE
L2 RYAN LIBRARY
L3 NEW ROCHELLE, NY 10801
L4
L5
L6

L7

0000 001 01 00                        0599 024 00 00                        01 93 005 00 00
SORT NAME: ITHACA COLLEGE LIBRA       SORT NAME: ITT HARTFORD               SORT NAME: J W GARRETT & CO

ZIP: 14850      USER SORT FIELD:      ZIP: 06115-2531    USER SORT FIELD:   ZIP: 85016      USER SORT FIELD:

L1 ITHACA COLLEGE LIBRARY             L1 ITT HARTFORD                       L1 J W GARRETT & CO INC

L2 953 DANBY ROAD                     L2 HARTFORD PLAZA                     L2 COURT ONE SUITE 180

L3 ITHACA, NY 14850                   L3 HARTFORD, CT 06115-2531            L3 4742 NORTH 24TH STREET

L4 PUBLIC SERVICES LIBRARIAN          L4                                    L4 PHOENIX, AZ 85016

L5                                    L5                                    L5 ATTN: VAN VANDERHOFF

L6                                    L6                                    L6

L7                                    L7                                    L7


0708 000 00 00                        0000 012 00 00                        0399 000 00 00
SORT NAME: JACKSONVILLE STATE U       SORT NAME: JACKSONVILLE UNIVERS       SORT NAME: JAPAN AIR LINES INC

ZIP: 36265      USER SORT FIELD:      ZIP: 32211      USER SORT FIELD:      ZIP:            USER SORT FIELD:

L1 JACKSONVILLE STATE UNIVERSITY      L1 JACKSONVILLE UNIVERSITY            L1 JAPAN AIR LINES INC

L2 SCHOOL OF BUSINESS ADMIN           L2 REFERENCE LIBRARIAN                L2 ATTN: MR HIROSHI NAGATAKE

L3 ACCOUNTING DEPARTMENT              L3 CARL S. SWISHER LIBRARY            L3 MGT RESEARCH & DEVELOPMENT DEPT

L4 JACKSONVILLE, AL 36265             L4 JACKSONVILLE, FL 32211             L4 TOKYO BLDG 7-3, MARUNOUCHI 2 CHOME

L5                                    L5                                    L5 CHIYODA-KU TOKYO 100 JAPAN

L6                                    L6                                    L6

L7                                    L7                                    L7


0772 046 04 00                        0624 005 02 00                        0772 049 10 00
SORT NAME: JAPAN AIR LINES INC        SORT NAME: JOHN HANCOCK LEASIN        SORT NAME: JOHN HANCOCK MUTUAL

ZIP:            USER SORT FIELD:      ZIP: 02116      USER SORT FIELD:      ZIP: 02117      USER SORT FIELD:

L1 JAPAN AIR LINES, INC               L1 JOHN HANCOCK LEASING CORPORATION   L1 JOHN HANCOCK MUTUAL INS, COMPANY

L2 TOKYO BLDG., 7-3, MARUNOUCHI 2 CHOME  L2 197 CLARENDON STREET            L2 JOHN HANCOCK PLACE

L3 CHIYODA-KU, TOKYO 100 JAPAN        L3 BOSTON, MA 02116                   L3 P. O. BOX 111

L4 ATTN: TAKEMI TAMAKI, V.P.          L4 ATTN: DIANA CIVITARASE             L4 BOSTON, MA 02117

L5 RESEARCH DEPARTMENT                L5                                    L5 ATTN: EVANS R. WHILBY

HAWAIIAN AIRLINES, INC.
LABEL MASTER LIST - 018 FINANCIAL STATEMENTS
AS OF 10/01/23

L6
L7

L6
L7                                          SR. INVESTMENT OFFICER

0640 001 00 00                              0313 001 00 00
SORT NAME: JOHN HANCOCK MUTUAL             SORT NAME: JURIKA, CADINHA & VO
ZIP: 02117      USER SORT FIELD:           ZIP: 95813      USER SORT FIELD:
L1 JOHN HANCOCK MUTUAL LIFE INS. CO.       02  L1 JURIKA, CADINHA & VOYLES, INC.
L2 200 CLARENDON STREET                    L2 900 FORT STREET MALL, SUITE 1540
L3 BOSTON, MA  02117                       L3 HONOLULU, HI 96813
L4 ATTN: S. MARK DAY                       L4 ATTN: HARLAN J. CADINHA
L5                                         L5
L6                                         L6
L7                                         L7

0074 000 00 00                             0316 000 00 00
SORT NAME: JULIUS BAR, & CO                SORT NAME: KAMEHAMEHA SCHOOLS
ZIP:            USER SORT FIELD: 02        ZIP: 95817      USER SORT FIELD:
L1 JULIUS BAR, & CO                        L1 KAMEHAMEHA SCHOOLS
L2 PANQUIERS                               L2 ELEMENTARY DIVISION
L3 RESEARCH DEPARTMENT                     L3 HONOLULU, HI 96817
L4 POSTFACH 992                            L4 ATTN: MRS CAMPBELL
L5 8022 ZURICH/SWITZERLAND                 L5
L6                                         L6
L7                                         L7

0666 000 00 00                             0091 011 00 00
SORT NAME: KAITHUKI REGIONAL LIB           SORT NAME: KEILIN AND BLOOM
ZIP: 95816      USER SORT FIELD:           ZIP: 10169      USER SORT FIELD:
L1 KAITHUKI REGIONAL LIBRARY               L1 KEILIN AND BLOOM
L2 1041 KOKO HEAD AVENUE                   L2 230 PARK AVE, SUITE 1455
L3 HONOLULU, HI 96816                      L3 NEW YORK, NY 10169-1455
L4                                         L4
L5
L6
L7

0666 011 03 00                             0317 000 00 00
SORT NAME: KAIHLE, KEITH                   SORT NAME: KAPIOLANI CHILDREN'S
ZIP: 76109-3330   USER SORT FIELD:         ZIP: 96826      USER SORT FIELD:
L1 KEITH KAIHALE                           L1 KAPIOLANI CHILDREN'S MED. CTR.
L2 4509 RANCH VIEW ROAD                    L2 1319 PUNAHOU STREET
L3 FORT WORTH, TX 76109-3330               L3 HONOLULU, HI 96826
L4                                         L4 ATTN: MR RICHARD DAVI, PRESIDENT
L5
L6
L7

0667 011 04 00
SORT NAME: KANEMATSU USA INC.
ZIP: 10036      USER SORT FIELD:
L1 KANEMATSU USA INC.
L2 114 WEST 47TH STREET-23RD FLOOR
L3 NEW YORK, NY 10036
L4 ATTN: EDWARD A. PRITIKA-CREDIT MANAGER

HAWAIIAN AIRLINES, INC.
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/93

PAGE 40
REPORT LBL010-01
RUN ON 10/01/93 AT 10.35.10
ICS BATCH LABELS 010 042282

0772 061 04 00
SORT NAME: KELSO MANAGEMENT          USER SORT FIELD:
ZIP: 92100                USER SORT FIELD:
L1 KELSO MANAGEMENT
L2 27 STATE STREET
L3 BOSTON, MA 92109
L4 ATTN: LIBRARIAN-D
L5
L6
L7

0001 008 00 00
SORT NAME: KEMPER SECURITIES, I
ZIP: 63601-1994          USER SORT FIELD:
L1 KEMPER SECURITIES, I
L2 77 WEST WACKER DRIVE-22ND FLOOR
L3 CHICAGO, IL 60601-1994
L4 ATTN: RAYMOND J. MANCH-V.P.
L5
L6
L7

0278 050 00 00
SORT NAME: KEMPER FINANCIAL SER
ZIP: 60603          USER SORT FIELD:
L1 KEMPER FINANCIAL SERVICES INC.
L2 120 S LASALLE STREET
L3 CHICAGO, IL 60603
L4 ATTN: MR JOHN HAWKINSON
L5 PRESIDENT OF KEMPER FUNDS
L6
L7

0540 011 00 00
SORT NAME: KENNEDY D S E CO INC          USER SORT FIELD:
ZIP: 94111                USER SORT FIELD:
L1 KENNEDY D S E CO INC
L2 4 EMBARCADERO CTR, SUITE 750
L3 SAN FRANCISCO, CA 94111
L4 ATTN: DONALD S. KENNEDY
L5
L6
L7

0599 022 00 00
SORT NAME: KIDDER PEABODY & CO
ZIP: 64112          USER SORT FIELD:
L1 KIDDER PEABODY & CO
L2 700 WEST 47TH STREET, SUITE 500
L3 KANSAS CITY, MO 64112
L4 ATTN: HERB BUCHBINDER
L5
L6
L7

0599 021 00 00
SORT NAME: KIDDER PEABODY & CO
ZIP: 92101          USER SORT FIELD:
L1 KIDDER PEABODY & CO
L2 701 B STREET, SUITE 1700
L3 SAN DIEGO, CA 92101
L4
L5
L6
L7

0657 002 00 00
SORT NAME: KIDDER PEABODY & CO.          USER SORT FIELD:
ZIP: 92101-3311          USER SORT FIELD:
L1 KIDDER PEABODY & CO.
L2 600 WEST BROADWAY, #900
L3 SAN DIEGO, CA 92101-3311

0325 001 00 00
SORT NAME: KING, D. F. & CO INC
ZIP: 10005          USER SORT FIELD:
L1 KING, D. F. & CO INC
L2 77 WATER STREET
L3 NEW YORK, NY 10005

0462 000 00 00
SORT NAME: KPMG PEAT MARWICK
ZIP: 92026          USER SORT FIELD:
L1 KPMG PEAT MARWICK
L2 ORANGE COUNTY OFFICE
L3 CENTER TOWER 650 TOWN CENTER DRIVE

HAWAIIAN AIRLINES, INC. FINANCIAL STATEMENTS
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/93

PAGE 41
REPORT LBL010-01
RUN ON 10/01/93 AT 11:35:10
ICS MATCH LABELS 010 042282

0565 000 00 00
SORT NAME: KPMG PEAT MARWICK
USER SORT FIELD:
ZIP: 94111
L1 KPMG PEAT MARWICK
L2 THREE EMBARCADERO CENTER
L3 SAN FRANCISCO, CA 94111
L4 ATTN: CARL F. NEUMAN
L5
L6
L7

0772 028 00 00
SORT NAME: KPMG PEAT MARWICK
USER SORT FIELD:
ZIP: 10154
L1 KPMG PEAT MARWICK
L2 345 PARK AVENUE
L3 NEW YORK, NY 10154
L4 ATTN: INFORMATION & RESEARCH CTR
L5
L6
L7

0501 013 00 00
SORT NAME: KPMG PEAT MARWICK
USER SORT FIELD:
ZIP: 90017
L1 KPMG PEAT MARWICK
L2 725 SO FIGUEROA ST
L3 LOS ANGELES, CA 90017
L4
L5
L6
L7

0861 018 00 00
SORT NAME: KPMG PEAT MARWICK TH
USER SORT FIELD:
ZIP:
L1 KPMG PEAT MARWICK THORNE
L2 #12606, 205-6TH AVENUE, S.W.
L3 CALGARY, ALBERTA T2P 4B9
L4 ATTN: MR. AXEL THESBERG
L5
L6
L7

0760 068 00 00
SORT NAME: KWASHA LIPTON
USER SORT FIELD:
ZIP: 07024-1400
L1 KWASHA LIPTON
L2 2100 NORTH CENTRAL ROAD
L3 FORT LEE, NJ 07024-1400
L4 ATTN: MARIA LANZA
L5
L6
L7

0335 000 00 00
SORT NAME: KWIATKOWSKI AIRCRAFT
USER SORT FIELD:
ZIP: 10020
L1 KWIATKOWSKI AIRCRAFT INC
L2 30 ROCKEFELLER PLAZA
L3 NEW YORK, NY 10020
L4 ATTN: MR H. R. KWIATKOWSKI, PRESIDENT
L5
L6
L7

0332 000 00 00
SORT NAME: LADECO AIRLINES
USER SORT FIELD:
ZIP:
L1 LADECO AIRLINES
L2 CASILLA 13740

L4 COSTA MESA, CA V2626
L5
L6 ATTN: MR RONALD L. MERRIMAN
L7

0002 002 00 00
SORT NAME: LAFER EQUITY INVESTO
USER SORT FIELD:
ZIP: 10111
L1 LAFER EQUITY INVESTORS, L.P.
L2 630 FIFTH AVENUE, SUITE 1530

0336 200 00 00
SORT NAME: LAFFERTY HARWOOD & P
USER SORT FIELD:
ZIP:
L1 LAFFERTY HARWOOD & PARTNERS LTD
L2 600 RENE-LEVESQUE BLVD WEST ST 800

HAWAIIAN AIRLINES, INC,
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/83

PAGE      42
REPORT          LBL010-01
RUN ON 10/01/83 AT 11 35 10
ICS BATCH LABELS 010 042282

0237 001 00 00
SORT NAME: LAKE TRUST
ZIP: 80721          USER SORT FIELD:
L1 LAKE TRUST
L2 P O BOX 21209
L3 CARSON CITY, NV 89721
L4
L5
L6
L7

L3 SANTIAGO CHILE
L4 ATTN: MR PATRICIO REICH
L5 EXECUTIVE VICE PRESIDENT
L6
L7

0056 001 00 00
SORT NAME: LAHALIF ASSOCIATES,
ZIP: 33608-3260     USER SORT FIELD:
L1 LAHALIE ASSOCIATES, INC.
L2 13920 N DALE MABRY HIGHWAY
L3 P O BOX 273260
L4 TAMPA, FL 33648-3260
L5
L6
L7

L3 NEW YORK, NY 10111
L4 ATTN: RESEARCH DEPT
L5
L6
L7

0667 011 10 00
SORT NAME: LAMAR ELECTRO AIR
ZIP: 67152          USER SORT FIELD:
L1 LAMAR ELECTRO AIR
L2 P.O. BOX 10
L3 WELLINGTON, KS 67152
L4
L5
L6
L7

L3 MONTREAL CANADA H3H 4V6
L4
L5
L6
L7

0337 000 00 00
SORT NAME: LANE MAGAZINE CO
ZIP: 94025          USER SORT FIELD:
L1 LANE MAGAZINE CO
L2 MENLO PARK, CAR 94025
L3 ATTN: MR L. W. LANE JR.
L4 CHAIRMAN AND PUBLISHER
L5
L6
L7

0767 000 01 00
SORT NAME: LANSING PUBLIC LIBRA
ZIP: 48933-2092     USER SORT FIELD:
L1 LANSING PUBLIC LIBRARY
L2 BUSINESS SECTION
L3 401 SOUTH CAPITOL AVENUE
L4 LANSING, MI 48933-2092
L5
L6
L7

0011 001 00 00
SORT NAME: LASALLE ADVISORS
ZIP: 60603          USER SORT FIELD:
L1 LASALLE ADVISORS
L2 11 SOUTH LASALLE STREET
L3 CHICAGO, IL 60603
L4 ATTN: MARILYN HERATY
L5
L6
L7

0660 001 00 00
SORT NAME: LASALLE UNIVERSITY L
ZIP: 19141          USER SORT FIELD:
L1 LASALLE UNIVERSITY LIBRARY

0540 011 00 00
SORT NAME: LATEEF MANAGEMENT
ZIP: 07205          USER SORT FIELD:
L1 LATEEF MANAGEMENT

0001 010 00 00
SORT NAME: LEE HECHT HARRISON
ZIP: 53202          USER SORT FIELD:
L1 LEE HECHT HARRISON, INC

HAWAIIAN AIPLINES, INC
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/93

L2 20TH STREET AND OLNEY AVENUE
L3 PHILADELPHIA, PA 19141
L4 ATTN: REFERENCE DEPARTMENT
L5
L6
L7

0599 012 00 00
SORT NAME: LEE HECHT HARRISON,
ZIP: 60606        USER SORT FIELD:
L1 LEE HECHT HARRISON, INC
L2 103 SOUTH WACKER DRIVE, SUITE 1000
L3 CHICAGO, IL 60606
L4
L5
L6
L7

0747 300 00 00
SORT NAME: LEGISLATIVE REFERENC
ZIP: 06813        USER SORT FIELD:
L1 LEGISLATIVE REFERENCE BUREAU
L2 STATE CAPITOL ROOM 005
L3 HONOLULU, HI 96813
L4
L5
L6
L7

0800 001 12 00
SORT NAME: LIBERTY BELL FOUNDAT
ZIP: 19034        USER SORT FIELD:

L2 720 SOUTHWEST WASHINGTON ST
L3 SUITE 700
L4 PORTLAND, OR 97205
L5 ATTN: LARRY FRAGER
L6
L7

0683 004 00 00
SORT NAME: LEE HECHT-HARRISON
ZIP: 05108        USER SORT FIELD:
L1 LEE HECHT HARRISON, INC
L2 77 HARTLAND ST, SUITE 403
L3 EAST HARTFORD, CT 05108
L4 ATTN: ANNUAL REPORTS DIVISION
L5
L6
L7

0365 000 00 00
SORT NAME: LEHMAN BROTHERS
ZIP: 90071        USER SORT FIELD:
L1 LEHMAN BROTHERS
L2 515 SOUTH FIGUEROA STREET SUITE 1400
L3 LOS ANGELES, CA 20071
L4 ATTN: J PAUL KINLOCH, MANAGING DIRECTO
L5
L6
L7

0353 000 00 00
SORT NAME: LIBRARY ASSOCIATION
ZIP: 97205        USER SORT FIELD:

L2 100 EAST WISCONSIN AVE
L3 SUITE 2270
L4 MILWAUKEE, WI 53202
L5
L6
L7

0663 000 01 00
SORT NAME: LEEWARD COMMUNITY CO
ZIP: 96782        USER SORT FIELD:
L1 LEEWARD COMMUNITY COLLEGE LIBRARY
L2 96-045 ALA IKE ROAD
L3 PEARL CITY, HI 96782
L4
L5
L6
L7

0352 000 00 00
SORT NAME: LIBBEY-OWENS-FORD CO
ZIP: 43695        USER SORT FIELD:
L1 LIBBEY-OWENS-FORD COMPANY
L2 ATTN: CORPORATE LIBRARY
L3 811 MADISON AVENUE
L4 TOLEDO, OH 43695
L5
L6
L7

7355 000 00 00
SORT NAME: LIEBER & COMPANY
ZIP: 12577        USER SORT FIELD:

HAWAIIAN AIRLINES, INC.
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/93

L1 LIBERTY BELL FOUNDATION
L2 2001 PENNSYLVANIA AVENUE
L3 P.O. BOX 385
L4 FT. WASHINGTON, PA 19034
L5 ATTN: ANITA L. MCHUGH
L6
L7

0730 066 00 00
SORT NAME: LOCKHEED-AERONAUTICA
ZIP: 30063        USER SORT FIELD:
L1 LOCKHEED-AERONAUTICAL SERVICE CO
L2 AG SOUTH COBB DRIVE
L3 MARIETTA, GA 30063
L4 DEPT. 67-26, ZONE 22
L5
L6
L7

0040 005 00 00
SORT NAME: LONDON BUSINESS SCHO
ZIP:        USER SORT FIELD:
L1 LONDON BUSINESS SCHOOL LIBRARY
L2 SUSSEX PLACE
L3 REGENT'S PARK LONDON NW1 4SA
L4
L5
L6
L7

0371 006 01 00
SORT NAME: LONG-TERM CREDIT BAN

L1 LIEBER & COMPANY
L2 2500 WESTCHESTER AVE
L3 PURCHASE, NY 10577
L4 ATTN: LYNNE JACOBS - LIBRARY
L5
L6
L7

0752 008 00 00
SORT NAME: LOCKWOOD MEMORIAL
ZIP: 14260        USER SORT FIELD:
L1 LOCKWOOD MEMORIAL LIBRARY
L2 SUNY AT BUFFALO
L3 BUFFALO, NY 14260
L4 ATTN: CORPORATE ANNUAL REPORT
L5 REFERENCE DEPT.
L6
L7

0259 001 00 00
SORT NAME: LONG-TERM CREDIT BAN
ZIP: 60603        USER SORT FIELD:
L1 LONG-TERM CREDIT BANK OF JAPAN
L2 IBM S LASALLE STREET
L3 CHICAGO, IL 60603
L4 ATTN: TETSUYA FUJISAKI-AVP
L5
L6
L7

0540 004 00 00
SORT NAME: MANAGEMENT PLANNING

0772 047 16 00
SORT NAME: LOCKHEED-AERONAUTICA
ZIP: 91520-8154        USER SORT FIELD:
L1 LOCKHEED-AERONAUTICAL SERVICE CO
L2 P.O. BOX 551
L3 BURBANK, CA 91520-8154
L4 ATTN: S.C. MORRIS
L5
L6
L7

0193 011 00 00
SORT NAME: LONDONTOWN CORPORATI
ZIP: 21784        USER SORT FIELD:
L1 LONDONTOWN CORPORATION
L2 LONDONTOWN BOULEVARD
L3 ELDERSBURG, MD 21784
L4 ATTN: COREEN FERGUSON
L5
L6
L7

0016 001 00 00
SORT NAME: MAHARISHI INTL UNIV

L1 LIBRARY ASSOCIATION OF PORTLAND
L2 SOCIAL SCIENCE AND SCIENCE DEPT
L3 801 S W 10TH AVENUE
L4 PORTLAND, OR 97205
L5
L6
L7

HAMELIAN AIRLINES, INC. - 010 FINANCIAL STATEMENTS
LABEL MASTER LIST
AS OF 10/01/93

PAGE
REPORT LBL010-01
RUN ON 10/01/93 AT 11 38 10
TCS BATCH LABELS 010 042282

**ZIP:**    USER SORT FIELD:
L1 LONG-TERM CREDIT BANK OF JAPAN, LTD.
L2 2-4, OTEMACHI 1-CHOME, CHIYODA-KU
L3 TOKYO 100, JAPAN
L4 ATTN: YASUYUKI HIHABAYASHI
L5 MGR-AIRLINES & AEROSPACE
L6
L7

**ZIP: 02556**    USER SORT FIELD:
L1 MAHARISHI INT'L UNIV LIBRARY
L2 FAIRFIELD, IA 52556
L3 ATTN: JAMES BATES
L4
L5
L6
L7

**ZIP: 08542**    USER SORT FIELD:
L1 MANAGEMENT PLANNING, INC
L2 P.O. BOX 611
L3 PRINCETON, NJ 08542
L4 ATTN: ANN ZAHNER
L5
L6
L7

0636 000 00 00
SORT NAME: MANUFACTURERS HANOVE
**ZIP: 94120**    USER SORT FIELD:
L1 MANUFACTURERS HANOVER TRUST CO. OF CAL
L2 CORPORATE TRUST DEPARTMENT
L3 P O BOX 7207
L4 SAN FRANCISCO, CA 94120
L5 ATTN: MR W VAN ZILE
L6 ASST VP & TRUST OFFICER
L7

0003 000 00 00
SORT NAME: MARKET GUIDE INC
**ZIP: 11545**    USER SORT FIELD:
L1 MARKET GUIDE INC
L2 49 GLEN HEAD ROAD
L3 P O BOX 196
L4 GLEN HEAD, NY 11545
L5 ATTN: RESEARCH DEPT
L6
L7

0000 002 00 00
SORT NAME: MARKSTON INT'L
**ZIP: 10017**    USER SORT FIELD:
L1 MARKSTON INTERNATIONAL, INC.
L2 633 THIRD AVENUE, 17TH FLOOR
L3 NEW YORK, NY 10017
L4 ATTN: MS. ADRIENNE PANARISI
L5
L6
L7

0772 045 04 00
SORT NAME: MARSH & MCLENNAN
**ZIP: 96810**    USER SORT FIELD:
L1 MARSH & MCLENNAN
L2 P O BOX 38
L3 HONOLULU, HI 96810
L4 ATTN: JOHN LETTIERI
L5
L6
L7

0381 001 00 00
SORT NAME: MARSH & MCLENNAN, IN
**ZIP: 96810**    USER SORT FIELD:
L1 MARSH & MCLENNAN, INC.
L2 P.O. BOX 38
L3 HONOLULU, HI 96810
L4 ATTN: MR. ROCCO SANSONE
L5
L6
L7

0388 000 00 00
SORT NAME: MAUI COMMUNITY COLLE
**ZIP: 96732**    USER SORT FIELD:
L1 MAUI COMMUNITY COLLEGE
L2 ATTN: MR RICHARD MAYER
L3 KAHULUI, MAUI, HI 96732
L4
L5
L6
L7

HAWAIIAN AIRLINES, INC
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/93

PAGE              46
REPORT        LBL010-01
RUN DATE 10/01/93    10.35.10
ICS BATCH LABELS 010 04:22:42

```
0626 005.06 00                              0683 008 00 00                              0683 007 00 00
SORT NAME: MAYER & SCHWEITZER:              SORT NAME: MCCOWN DE LEEUW & CO             SORT NAME: MCCOWN DE LEEUW & CO
         USER SORT FIELD:                          USER SORT FIELD:                           USER SORT FIELD:
ZIP: 07302                                  ZIP: 94025                                  ZIP: 10022
L1 MAYER & SCHWEITZER, INC.                 L1 MCCOWN DE LEEUW & CO                     L1 MCCOWN DE LEEUW & CO
L2 30 MONTGOMERY STREET                     L2 3000 SAND HILL RD                        L2 900 THIRD AVE   28TH FLOOR
L3 JERSEY CITY, NJ 07302                    L3 BUILDING 3, SUITE 290                    L3 NEW YORK, NY  10022
L4                                          L4 MENLO PARK, CA  94025                    L4 ATTN: DAVID DE LEEUW
L5                                          L5 ATTN: GEORGE E MCCOWN                    L5
L6                                          L6                                          L6
L7                                          L7                                          L7

0302 050.00 00                              0300 050 00 00                              0303 000 00 00
SORT NAME: MCDONNELL DOUGLAS CO             SORT NAME: MCDONNELL DOUGLAS CO             SORT NAME: MCDONNELL DOUGLAS FI
ZIP: 63166                                  ZIP: 63166            USER SORT FIELD: 02   ZIP: 90802            USER SORT FIELD:
                  USER SORT FIELD: 02
L1 MCDONNELL DOUGLAS CORPORATION            L1 MCDONNELL DOUGLAS CORPORATION            L1 MCDONNELL DOUGLAS FINANCE CORP
L2 ATTN: CORPORATE LIBRARY DEP H-465        L2 CORPORATE LIBRARY H214                   L2 ATTN: MR DAVID W. CLAWSON
L3 P O BOX 516                              L3 BOX 516                                  L3 340 GOLDEN SHORE
L4 ST LOUIS, MO 63166                       L4 ST LOUIS; MO 63166                       L4 LONG BEACH; CA 90802
L5                                          L5                                          L5
L6                                          L6                                          L6
L7                                          L7                                          L7

0500 010.00 00                              0667 011 1.25 00                            0193 002 00 00
SORT NAME: MCKINSEY & COMPANY               SORT NAME: MCKINSEY & COMPANY               SORT NAME: MCKINSEY & COMPANY
ZIP: 90071        USER SORT FIELD:          ZIP: 60603            USER SORT FIELD:      ZIP: 30303            USER SORT FIELD:
L1 MCKINSEY & COMPANY, INC                  L1 MCKINSEY & COMPANY                       L1 MCKINSEY & COMPANY, INC
L2 400 SOUTH HOPE STREET, SUITE 800         L2 ATTN: MANAGER OF INFORMATION SVCS        L2 133 PEACHTREE STREET NE
L3 LOS ANGELES, CA  90071                   L3 TWO FIRST NATIONAL PLAZA                 L3 SUITE 2300
L4                                          L4 CHICAGO, IL  60603                       L4 ATLANTA; GA 30303
L5                                          L5                                          L5
L6                                          L6                                          L6
```

HAWAIIAN AIRLINES, INC.
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/93

---

0304 000 00 00
SORT NAME: MCKINSEY & COMPANY I        USER SORT FIELD:
ZIP: 44114
L1 MCKINSEY & COMPANY INC
L2 1301 EAST NINTH STREET SUITE 2400
L3 CLEVELAND, OH 44114
L4
L5
L6
L7

0590 017 00 00
SORT NAME: MECHANICS' INSTITUTE        USER SORT FIELD:
ZIP: 94105
L1 MECHANICS' INSTITUTE
L2 57 POST STREET
L3 SAN FRANCISCO, CA 94104
L4 ATTN: REFERENCE LIBRARIAN
L5
L6
L7

0704 003 00 00
SORT NAME: MEDIA DISTRIBUTION
SORT NAME: MEDIA DISTRIBUTION        USER SORT FIELD:
ZIP: 10018
L1 MEDIA DISTRIBUTION SERVICES
L2 307 WEST 36TH STREET
L3 NEW YORK, NY 10018
L4 ATTN: G. B. CHURCHWELL
L5
L6
L7

0593 018 00 00
SORT NAME: MEDIA GENERAL FINANC        USER SORT FIELD:
ZIP: 23293
L1 MEDIA GENERAL FINANCIAL SERVICES
L2 P O BOX 85333
L3 RICHMOND, VA 23293
L6 ATTN: JAMES W STEWART
L5
L6
L7

0772 038 01 00
SORT NAME: MELLON BANK        USER SORT FIELD:
ZIP: 94105
L1 MELLON BANK
L2 595 MARKET STREET, SUITE 2900
L3 SAN FRANCISCO, CA 94105
L4 ATTN: WILLIAM N. OGDEN-VP & MANAGER
L5
L6
L7

0624 005 12 00
SORT NAME: MEMPHIS STATE UNIVER        USER SORT FIELD:
ZIP: 38152
L1 MEMPHIS STATE UNIVERSITY
L2 THE FOGELMAN COLLEGE OF BUSINESS AND
L3 ECONOMICS
L4 MEMPHIS, TN 38152
L5 ATTN: JAMES P. RAKOWSKI, PH.D
L6
L7

0307 000 00 00
SORT NAME: MENASCO MANUFACTURIN        USER SORT FIELD:
ZIP: 91510
L1 MENASCO MANUFACTURING, INC.
L2 ATTN FLENOR FELT
L3 805 S SAN FERNANDO BLVD
L4 BURBANK, CA 91510
L5

0540 014 00 00
SORT NAME: MERCER-MEIDINGER-HAN        USER SORT FIELD:
ZIP: 90010
L1 MERCER-MEIDINGER-HANSEN INC
L2 3303 WILSHIRE BLVD
L3 LOS ANGELES, CA 90010
L4 ATTN LISA KLINGER J.D.
L5

0772 047 05 00
SORT NAME: MERIDIAN PARTNERS,        USER SORT FIELD:
ZIP: 10022
L1 MERIDIAN PARTNERS, INC
L2 499 PARK AVENUE
L3 NEW YORK, NY 10022
L4 ATTN: EDWARD SUN
L5 MANAGING DIRECTOR

HAWAIIAN AIRLINES, INC.
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/93

PAGE 48
REPORT LBL010-01
RUN ON 10/01/93 AT 10.32.82
ICS BATCH LABELS 010 10.32.82

L6
L7

0105 010 00 00
SORT NAME: MERRILL CORPORATION   USER SORT FIELD:
ZIP: 90071
L1 MERRILL CORPORATION
L2 ONE BUNKER HILL
L3 601 WEST 5TH ST, SUITE 240
L4 LOS ANGELES, CA 90071
L5 ATTN: DONALD F LAPENNA
L6
L7

0371 001 00 00
SORT NAME: MERRILL LYNCH PIERCE   USER SORT FIELD: 2
ZIP: 14604   C
L1 MERRILL LYNCH PIERCE FENNER, INC. C2
L2 ONE LINCOLN FIRST SQUARE
L3 ROCHESTER, NY 14604
L4 ATTN: MICHAEL FRANCIS
L5
L6
L7

0352 000 00 00
SORT NAME: MIDLAND MARINE BANK   USER SORT FIELD:
ZIP: 10015
L1 MIDLAND MARINE BANK
L2 140 BROADWAY
L3 NEW YORK, NY 10015
L4 ATTN: LIBRARIAN

L6
L7

0599 015 00 00
SORT NAME: MERRILL LYNCH & CO   USER SORT FIELD:
ZIP: 10281
L1 MERRILL LYNCH & CO
L2 250 VESEY STREET
L3 24TH FLOOR LIBRARY
L4 NEW YORK, NY 10281
L5
L6
L7

0281 000 00 00
SORT NAME: MEXICANA AIRLINES   USER SORT FIELD:
ZIP:
L1 MEXICANA AIRLINES, INC
L2 REFORMA 505 48 BIS COL POSTAL
L3 MEXICO CITY 03410 DF MEXICO
L4 ATTN: LIC JOSE HENNINH, JR.
L5 PUBLIC RELATIONS MANAGER
L6
L7

0540 018 00 00
SORT NAME: MIDWAY AIRLINES INC   USER SORT FIELD:
ZIP: 60638
L1 MIDWAY AIRLINES INC
L2 5959 S CICERO ROAD
L3 CHICAGO, IL 60638
L4 ATTN: ALBERT ALTSCHUL-VP FINANCE

L6
L7

0300 002 00 00
SORT NAME: MERRILL LYNCH CAPITA   USER SORT FIELD:
ZIP: 94111
L1 MERRILL LYNCH CAPITAL MARKETS
L2 101 CALIFORNIA STREET
L3 SUITE 1420
L4 SAN FRANCISCO, CA 94111
L5 ATTN: ROBERT SHEPLER
L6
L7

0006 001 00 00
SORT NAME: MID COLUMBIA LIBRARY   USER SORT FIELD:
ZIP: 99336
L1 MID COLUMBIA LIBRARY
L2 405 SOUTH DAYTON
L3 KENNEWICK, WA 99336
L4
L5
L6
L7

0382 001 00 00
SORT NAME: MIDWEST EMP. BENEFIT   USER SORT FIELD:
ZIP: 32960
L1 MIDWEST EMP. BENEFITS AGENCY, INC.
L2 P.O. BOX 6786
L3 VERO BEACH, FL 32960
L4 ATTN: DAVID A. BARDES-PRESIDENT

HAWAIIAN AIRLINES, INC.
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/93

PAGE 49
REPORT LBL 010-01
RUN ON 10/01/93 11:55:10
ICS BATCH LABELS 010 042282

L5
L6
L7

0001 002 00 00
SORT NAME: MIKLAS MILLER MANAGE          USER SORT FIELD:
ZIP: 90401
L1 MIKLAS MILLER MANAGEMENT
L2 1050 FOURTH STREET, SUITE 420
L3 SANTA MONICA, CA 90401
L4 ATTN: MASON CAMPBELL
L5
L6
L7

0772 366 23 CO
SORT NAME: MISSISSIPPI STATE UN          USER SORT FIELD:
ZIP: 39762
L1 MISSISSIPPI STATE UNIVERSITY
L2 P.O. DRAWER 5478
L3 MISSISSIPPI STATE, MS 39762
L4 ATTN: MITCHELL MEMORIAL LIBRARY
L5    TECHNICAL SERVICES
L6
L7

0772 339 52 00
SORT NAME: MOBIL OIL CORPORATIO          USER SORT FIELD:
ZIP: 19482
L1 MOBIL OIL CORPORATION
L2 P.O. BOX 824
L3 VALLEY FORGE, PA 19482

L5
L6
L7

0801 000 00 00
SORT NAME: MILITARY AIRLIFT COM          USER SORT FIELD:
ZIP: 62225
L1 MILITARY AIRLIFT COMMAND/LGCOA
L2 BUILDING 1600
L3 SCOTT AFB, IL 62225
L4
L5
L6
L7

0059 001 00 00
SORT NAME: MITCHELL AIRCRAFT          USER SORT FIELD:
ZIP: 60102
L1 MITCHELL AIRCRAFT
L2 1320 CHASE STREET
L3 ALGONQUIN, IL 60102
L4 ATTN: DICK SEXTON-PRESIDENT
L5
L6
L7

0463 000 00 00
SORT NAME: MONEY MANAGEMENT          USER SORT FIELD: 03
ZIP: 10005
L1 MONEY MANAGEMENT NEWSLETTER
L2 P.O BOX 900 WALL ST STA
L3 NEW YORK, NY 10005

L5
L6
L7

0402 001 00 00
SORT NAME: MILLS COLLEGE
ZIP: 94613          USER SORT FIELD:
L1 MILLS COLLEGE
L2 OFFICE OF INSTITUTIONAL ADVANCEMENT
L3 5000 MCARTHUR BOULEVARD
L4 OAKLAND, CA 94613
L5
L6
L7

0105 002 00 00
SORT NAME: MITSUBISHI BANK LTD
ZIP:          USER SORT FIELD:
L1 MITSUBISHI BANK LTD
L2 AEROSPACE GROUP
L3 7-1 MARUNOUCHI 2-CHOME
L4 CHIYODA-KU TOKYO 100 JAPAN
L5
L6
L7

0663 001 00 00
SORT NAME: MONITOR PUBLICATIONS
ZIP: 10011          USER SORT FIELD:
L1 MONITOR PUBLICATIONS
L2 104 5TH AVENUE, 2ND FLOOR
L3 NEW YORK, NY 10011

HAWAIIAN AIRLINES, INC.
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/93

PAGE 50
REPORT LBL910-01
RUN ON 10/01/93 AT 11.35.10
ICS BATCH LABELS 010 042282

L4 ATTN: DEBBIE MAYBERRY
L5
L6
L7

---

0404 000 00 00
SORT NAME: MONMOUTH COUNTY LIBR          USER SORT FIELD:
ZIP: 77701
L1 MONMOUTH COUNTY LIBRARY
L2 ANNUAL REPORTS COLLECTION
L3 N J HIGHWAY #35
L4 SHREWSBURY, NJ 07701
L5
L6
L7

0405 000 00 00
SORT NAME: MOODY'S INVESTORS             USER SORT FIELD: 03
ZIP: 10007
L1 MOODY'S INVESTORS SERVICE INC          03
L2 ATTN: LIBRARIAN
L3 99 CHURCH STREET
L4 NEW YORK, NY 10007
L5
L6
L7

0407 000 00 00
SORT NAME: MOODY'S INVESTORS
ZIP: 10007          USER SORT FIELD:
L1 MOODY'S INVESTORS SERVICE INC
L2 99 CHURCH STREET
L3 NEW YORK NEW YORK 10007
L4 ATTN: MS CARMINE C GRILLO EDITOR
L5 FACT SHEET DEPARTMENT
L6
L7

---

0406 000 00 00
SORT NAME: MOODY'S INVESTORS             USER SORT FIELD: 02
ZIP: 10007
L1 MOODY'S INVESTORS SERVICE INC          02
L2 ATTN MANUAL DEPT
L3 99 CHURCH STREET
L4 NEW YORK, NY 10007
L5
L6
L7

0306 008 00 00
SORT NAME: MOODY'S INVESTORS SE          USER SORT FIELD:
ZIP: 28217
L1 MOODY'S INVESTORS SERVICE
L2 FINANCIAL INFORMATION SERVICES
L3 5250 77 CENTER DRIVE, SUITE 150
L4 CHARLOTTE, NC 28217
L5
L6
L7

0772 047 19 00
SORT NAME: MOORE JURAN & CO.
ZIP: 55402          USER SORT FIELD:
L1 MOORE JURAN & CO.
L2 4650 IDS CENTER
L3 80 SOUTH 8TH STREET
L4 MINNEAPOLIS, MN 55402IMRARY, 8"
L5 ATTN, DUANE WALTON
L6
L7

---

0667 011 28 00
SORT NAME: MORGAN STANLEY & CO          USER SORT FIELD: 12
ZIP: 10020
L1 MORGAN STANLEY & CO LTD
L2 30TH FL LIBRARY-CORP FILES

0624 005 14 00
SORT NAME: MULLIN ASSOCIATES LT          USER SORT FIELD:
ZIP: 10036
L1 MULLIN ASSOCIATES LTD.
L2 1114 AVENUE OF THE AMERICAS

0599 016 00 00
SORT NAME: MULTNOMAH COUNTY LIB
ZIP: 97205          USER SORT FIELD:
L1 MULTNOMAH COUNTY LIBRARY
L2 801 S W 10TH AVENUE

HAWAIIAN AIRLINES, INC.
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/93
PAGE 51
REPORT LBL910-01
RUN ON 10/01/93 AT 11.35.00
LCS BATCH LABELS 010 04.22.82

L3 1251 AVENUE OF THE AMERICAS        L3 NEW YORK, NY 10036        L3 PORTLAND, OR 97205

L4 NEW YORK, NY 10020                 L4                           L4

L5                                    L5                           L5

L6                                    L6                           L6

L7                                    L7                           L7

0413 000 00 00                        0414 000 00 00               0421 001 00 00
SORT NAME: MUTUAL OF OMAHA            SORT NAME: NAIFY MARSHALL & ROB    SORT NAME: NATIONAL ASSOCIATION

ZIP: 68131      USER SORT FIELD:      ZIP: 94102      USER SORT FIELD:    ZIP: 77008      USER SORT FIELD:

L1 MUTUAL OF OMAHA                    L1 MESSRS MARSHALL & ROBERT NAIFY    L1 NATIONAL ASSOCIATION OF MANUFACTURES

L2 ATTN: ASSISTANT TREASURER         L2 172 GOLDEN GATE AVENUE          L2 1225 NORTH LOOP WEST STE 432

L3 FARNAM AT 33RD ST                 L3 SAN FRANCISCO, CA 94102         L3 HOUSTON, TX 77008

L4 OMAHA, NE 68131                    L4                                 L4 ATTN: JOAN NELSON

L5                                    L5                                 L5

L6                                    L6                                 L6

L7                                    L7                                 L7

0010 202 00 00                        0418 001 00 00                     0419 000 00 00
SORT NAME: NATIONAL ASSOCIATION      SORT NAME: NATIONAL COLLEGE        SORT NAME: NATIONAL INDUSTRIAL

ZIP: 60068      USER SORT FIELD:      ZIP: 57701-2828   USER SORT FIELD:    ZIP: 10022      USER SORT FIELD:

L1 NATIONAL ASSOCIATION OF MANUFACTURERS    L1 NATIONAL COLLEGE         L1 NATIONAL INDUSTRIAL CONF BD

L2 315 S NORTHWEST HIGHWAY           L2 LEARNING RESOURCE CENTER        L2 LIBRARY

L3 PARK RIDGE, ILL 60068             L3 321 KANSAS CITY STREET          L3 ATTN INFORMATION FILE

L4 ATTN: JACKIE EHRICH               L4 RAPID CITY, SD 57701-2828       L4 845 THIRD AVENUE

L5                                   L5 ATTN: HEATHER GILBERTSON        L5 NEW YORK, NY 10022

L6                                   L6                                 L6

L7                                   L7                                 L7

0722 016 01 00                       0046 000 01 00                     0599 013 00 00
SORT NAME: NATIONAL MEDIATION B      SORT NAME: NATIONAL PROVIDENT      SORT NAME: NATIONAL REGISTER PU

ZIP: 20572      USER SORT FIELD:      ZIP:            USER SORT FIELD:    ZIP: 60091      USER SORT FIELD:

L1 NATIONAL MEDIATION BOARD          L1 NATIONAL PROVIDENT              L1 NATIONAL REGISTER PUBLISHING CO

HAWAIIAN AIRLINES, INC.
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/93

PAGE    52
REPORT  LBL 010-01
RUN ON 10/01/93 AT 10.35.10
ICS BATCH LABELS 010.042.282

L2 WASHINGTON, DC 20572

L3 ATTN: WILLIAM HARSTELLER RESEARCH DIR.

L4

L5

L6

L7

0599 055 00 00
SORT NAME: NAUGATUCK VALLEY COM          USER SORT FIELD:
ZIP: 06708
L1 NAUGATUCK VALLEY COMMUNITY-TECH
L2 750 CHASE PARKWAY
L3 WATERBURY, CT 06708
L4 ATTN: MAX D TRAURIG LIBRARY
L5
L6
L7

0423 000 00 00
SORT NAME: NEW YORK STOCK EXCHA          USER SORT FIELD:
ZIP: 10005
L1 NEW YORK STOCK EXCHANGE INC
L2 ATTN MS. VERONNICA F. DEVER
L3 CORPORATE SERVICES DIVISION
L4 20 BROAD STREET
L5 NEW YORK, NY 10005
L6
L7

0772 047 18 20
SORT NAME: NITTO, CARLOS ALBERTO          USER SORT FIELD:
ZIP: 13175

L2 95 CUSTOMHOUSE QUAY.

L3 P O BOX 606

L4 WELLINGTON, NEW ZEALAND

L5

L6

L7

0601 005 00 00
SORT NAME: NETWORK GROUP
ZIP: 60018          USER SORT FIELD:
L1 NETWORK GROUP
L2 2360 E DEVON AVE  #2067
L3 DES PLAINES, IL 60018
L4 ATTN: RICHARD HUT
L5
L6
L7

0424 001 00 00
SORT NAME: NEWBALL & ASSOCIATES
ZIP: 60611          USER SORT FIELD:
L1 NEWBALL & ASSOCIATES
L2 737 NORTH MICHIGAN AVENUE
L3 SUITE 1200
L4 CHICAGO, IL 60611
L5
L6
L7

0772 010 00 00
SORT NAME: NORFOLK, SOUTHERN COR
ZIP: 23514-3609   USER SORT FIELD:

L2 3004 GLENVIEW ROAD

L3 WILMETTE, IL 60091

L4 ATTN: MARGARET DEASON

L5

L6

L7

0771 001 05 00
SORT NAME: NEUBERGER & BERMAN
ZIP: 10036          USER SORT FIELD:
L1 NEUBERGER & BERMAN
L2 522 FIFTH AVENUE
L3 NEW YORK, NY 10036
L4 ATTN: LIBRARIAN
L5
L6
L7

0625 000 00 00
SORT NAME: NEWSPAPER ADVERTISIN
ZIP: 10036          USER SORT FIELD:
L1 NEWSPAPER ADVERTISING BUREAU INC
L2 1180 AVENUE OF THE AMERICAS
L3 NEW YORK NY 10036
L4 ATTN SUSAN HYER
L5
L6
L7

0624 002 00 00
SORT NAME: NORLIN ASSOCIATES LT
ZIP:          USER SORT FIELD:

HAWAIIAN AIRLINES, INC.
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF  12/01/93

PAGE          53
REPORT          LNLO10-01
RUN ON   10/01/93 AT  11.35.20
ICS BATCH LABELS 010 042282

0772 016 00 00
SORT NAME: NORTH CAROLINA STATE

L1 CARLOS ALBERTO NINO, CPA
L2 2011 S.W. 134TH AVENUE
L3 MIAMI, FL 33175
L4
L5
L6
L7

0773 016 00 00
SORT NAME: NORTHERN ILLINOIS IN

ZIP: 27695       USER SORT FIELD:
L1 NORTH CAROLINA STATE UNIVERSITY
L2 DEPT. OF ECONOMICS AND BUSINESS
L3 DEPARTMENTAL LIBRARY
L4 ACCOUNTING FACULTY
L5 P.O BOX 8110
L6 RALEIGH, NC 27695-8110
L7

ZIP: 60115       USER SORT FIELD:
L1 NORTHERN ILLINOIS UNIVERSITY
L2 DEPARTMENT OF FINANCE
L3 DEKALB, IL  60115
L4
L5
L6
L7

0590 011 00 00
SORT NAME: NORTHLAND PUBLIC LIB

L1 NORLIN ASSOCIATES LTD
L2 P.O. BOX 3600
L3 NORFOLK, VA 23514-3600
L4 ATTN: WILLIAM J. ROHIG-AVP.-FINANCE
L5
L6
L7

ZIP: 15237-5455   USER SORT FIELD:
L1 NORTHLAND PUBLIC LIBRARY
L2 300 CUMBERLAND ROAD
L3 PITTSBURGH, PA  15237-5455
L4
L5
L6
L7

0432 000 00 00
SORT NAME: NORTHWEST ORIENT AIR

L1 NORFOLK SOUTHERN CORPORATION
L2 P.O. BOX 3600
L3 NORFOLK, VA 23514-3600
L4 ATTN: WILLIAM J. ROHIG-AVP.-FINANCE
L5
L6
L7

0430 000 00 00
SORT NAME: NORTHWEST AIRLINES

ZIP: 55111-3034   USER SORT FIELD:
L1 NORTHWEST AIRLINES
L2 5101 NORTHWEST DRIVE
L3 ST. PAUL, MN 55111-3034
L4 ATTN: OFFICE OF THE TREASURER
L5 DEPT A8010
L6
L7

ZIP: 55111        USER SORT FIELD:
L1 NORTHWEST ORIENT AIRLINES INC
L2 MINNEAPOLIS-ST PAUL INTL AIRPORT
L3 ST PAUL, MN 55111
L4 ATTN: MR JAMES F REDESKE
L5 VP PERSONNEL ADMIN
L6
L7

0436 000 00 00
SORT NAME: NOVO INDUSTRIAL CORP

L1 NORLIN ASSOCIATES LTD
L2 11 CHARLES ST
L3 LONDON ENGLAND WIX 7HB
L4 ATTN: NIGEL COWAN
L5
L6
L7

ZIP: 60638        USER SORT FIFLD:
L1 NOVO INDUSTRIAL CORPORATION
L2 ATTN: MR W. A. ROMAIN, PRESIDENT
L3 0705 COTTAGE GROVE AVENUE
L4 CHICAGO, IL  60638
L5
L6
L7

0439 000 00 00
SORT NAME: OHIO UNIVERSITY LIBR

0443 000 00 00
SORT NAME: OMAHA PUBLIC LIBRARY

0195 003 00 00
SORT NAME: ON DEMAND DATA INC

```
HAWAIIAN AIRLINES, INC.                                                    PAGE          54
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS                              REPORT    LBL010-01
AS OF 10/01/93                                        RUN ON 10/01/93  AT  11 36 10
                                                      ICS BATCH LABELS 010 042282
```

```
ZIP: 45701      USER SORT FIELD:          ZIP: 01413-0847    USER SORT FIELD:
L1 OHIO UNIVERSITY LIBRARY                L1 ON DEMAND DATA INC
L2 REFERENCE DEPARTMENT                   L2 P O BOX 55847
L3 ATHENS, OH 45701                       L3 SHERMAN OAKS, CA 91413-0847
L4                                        L4 ATTN: PATTI WARD, SENIOR EDITOR
L5                                        L5
L6                                        L6
L7                                        L7

0448 000 00 00                           0450 000 00 00
SORT NAME: OPPENHEIMER CORP              SORT NAME: ORCHARD, ROBERT M
ZIP: 10281      USER SORT FIELD:          ZIP: 82442      USER SORT FIELD:
L1 OPPENHEIMER CORPORATE LIBRARY          L1 ORCHARD, ROBERT M
L2 OPPENHEIMER TOWER WORLD FINANCIAL CENT L2 NO WOOD
L3 8TH FLOOR                              L3 TENSLEEP, WY 82442
L4 NEW YORK, NY 10281                     L4
L5 ATTN: LIBRARY                          L5
L6                                        L6
L7                                        L7

                                         0663 002 01 00
                                         SORT NAME: OPTIMA FUND
                                          ZIP: 60558      USER SORT FIELD:
                                          L1 OPTIMA FUND
                                          L2 3945 CENTRAL
                                          L3 WESTERN SPRINGS, IL 60558
                                          L4 ATTN: PHILIP TIHYAN
                                          L5
                                          L6
                                          L7

0662 003 00 00                           0452 000 00 00
SORT NAME: OWSLEY LEDERMAN LANE          SORT NAME: OZARK AIR LINES INC
ZIP: 10022      USER SORT FIELD:          ZIP: 63145      USER SORT FIELD:
L1 OWSLEY LEDERMAN LANE & CALDWELL        L1 OZARK AIR LINES INC
L2 405 PARK AVENUE, 8TH FLOOR             L2 BOX 10007 LAMBERT FIELD
L3 NEW YORK, NY 10022                     L3 ST LOUIS, MO 63145
L4                                        L4 ATTN: MR EDWARD J. CRANE
L5                                        L5 PRESIDENT & CHIEF EXEC OFFICER
L6                                        L6
L7                                        L7

                                         0453 000 00 00
                                         SORT NAME: OZARK AIRLINES INC
                                          ZIP: 63145      USER SORT FIELD:
                                          L1 OZARK AIRLINES INC
                                          L2 LAMBERT FIELD
                                          L3 ST LOUIS MO 63145
                                          L4 ATTN: MR RONALD K. CARLSON
                                          L5 VP INDUSTRIAL RELATIONS
                                          L6
                                          L7
```

HAWAIIAN AIRLINES, INC.
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/93

PAGE          55
REPORT        LBL010-01
RUN ON 10/01/93 AT 11.35.10
ICS BATCH LABELS 010 0422.82

0833 004 04 00
SORT NAME: PACIFIC AIRMOTIVE CO
ZIP: 91505-1995    USER SORT FIELD:
L1 PACIFIC AIRMOTIVE CORPORATION
L2 2040 NORTH HOLLYWOOD WAY
L3 BURBANK, CA  91505-1805
L4 ATTN:  J. C. JOHNSON
L5
L6
L7

0833 001 05 00
SORT NAME: PACIFIC LUTHERAN
ZIP: 98447    USER SORT FIELD:
L1 PACIFIC LUTHERAN UNIVERSITY
L2 CAREER SERVICES
L3 RAMSTAD 111
L4 TACOMA, WA  98447
L5 ATTN:  ADMIN SECTV
L6
L7

0665 003 00 00
SORT NAME: PAINE WEBBER JACKSON
ZIP: 96801    USER SORT FIELD: 03
L1 PAINE WEBBER JACKSON E CURTIS INC.
L2 P.O. BOX 3747
L3 HONOLULU, HI  96801
L4
L5
L6

0590 012 00 00
SORT NAME: PACIFIC BUSINESS NEW
ZIP: 96808    USER SORT FIELD:
L1 PACIFIC BUSINESS NEWS
L2 P O BOX 833
L3 HONOLULU, HI  96808
L4 ATTN:  MEREDITH GROFF
L5
L6
L7

0681 006 00 00
SORT NAME: PACIFIC STOCK EXCHAN
ZIP: 94174    USER SORT FIELD: 04
L1 PACIFIC STOCK EXCHANGE INC
L2 301 PINE STREET
L3 SAN FRANCISCO, CA  94104
L4 ATTN: MR. CHIP KARDAS
L5
L6
L7

0772 066 12 00
SORT NAME: PASCO-HERNANDO COMMU
ZIP: 33525-7599    USER SORT FIELD:
L1 PASCO-HERNANDO COMMUNITY COLLEGE
L2 EAST CAMPUS LIBRARY
L3 2401 COUNTY ROAD 41
L4 DADE CITY, FL 33525-7599
L5 ATTN: CHARLES R. RODGERS
L6

0700 006 00 00
SORT NAME: PACIFIC INVESTMENT
ZIP: 98158    USER SORT FIELD: 12
L1 PACIFIC INVESTMENT SERVICES
L2 14452 PACIFIC HIGHWAY SOUTH
L3 P O BOX 69750
L4 SEATTLE, WA  98168
L5 ATTN: WILLIAM BLAKE
L6
L7

0046 002 00 00
SORT NAME: PAINE WEBBER INCORPO
ZIP: 10019    USER SORT FIELD:
L1 PAINE WEBBER INCORPORATED
L2 1285 AVENUE OF THE AMERICAS
L3 NEW YORK, NY 10019
L4 ATTN: CORPORATE LIBRARY
L5
L6
L7

0090 001 00 00
SORT NAME: PATTERSON, BELKNAP
ZIP: 10112    USER SORT FIELD:
L1 PATTERSON, BELKNAP, WEBB E TYLER
L2 30 ROCKEFELLER PLAZA
L3 NEW YORK, NY  10112
L4 ATTN:  LIBRARIAN
L5
L6

HAWAIIAN AIRLINES, INC.
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/93

---

0274 001 00 00
SORT NAME: PEERS & CO        USER SORT FIELD:
ZIP: 10022
L1 PEERS & CO
L2 660 LEXINGTON AVENUE, 11TH FLOOR
L3 NEW YORK, NY 10022
L4 ATTN: LIBRARY
L5
L6
L7

0002 005 00 00
SORT NAME: PEGASUS CAPITOL CORP        USER SORT FIELD:
ZIP: 94111
L1 PEGASUS CAPITOL CORPORATION
L2 1 MARITIME PLAZA 15TH FLOOR
L3 SAN FRANCISCO, CA 94111
L4 ATTN: SUSAN CURTIS
L5
L6
L7

0741 000 00 00
SORT NAME: PHILADELPHIA CAPITAL        USER SORT FIELD:
ZIP: 19101
L1 PHILADELPHIA CAPITAL ADVISORS
L2 PHILADELPHIA NATIONAL BANK BUILDING
L3 PHILADELPHIA, PA. 19101
L4
L5
L6
L7

0471 000 00 00
SORT NAME: PHILIPPINE AIRLINES        USER SORT FIELD:
ZIP:
L1 PHILIPPINE AIRLINES INC
L2 P. O. BOX 954
L3 MANILA, PHILIPPINES
L4 ATTN: ROMEO P. INES
L5 V. P. - COMPTROLLER
L6
L7

0473 000 00 00
SORT NAME: PIEDMONT AIRLINES IN        USER SORT FIELD:
ZIP: 27156
L1 PIEDMONT AIRLINES INC
L2 P O BOX 2720
L3 SMITH REYNOLDS AIRPORT
L4 WINSTON-SALEM, NC 27156
L5 ATTN: WILLIAM R HOWARD, PRES.
L6
L7

0474 000 00 00
SORT NAME: PIEDMONT AIRLINES 5 IN        USER SORT FIELD:
ZIP: 27156
L1 PIEDMONT AIRLINES INC
L2 P O BOX 2720
L3 SMITH REYNOLDS AIRPORT
L4 WINSTON-SALEM, NC 27156
L5 ATTN: MR JOSEPH M. WILSON
L6 VICE PRESIDENT-EMP RELATIONS
L7

0760 001 20 00
SORT NAME: PIERCE COUNTY LIBRAR        USER SORT FIELD: 02
ZIP: 98402
L1 PIERCE COUNTY LIBRARY
L2 LAKEWOOD BRANCH
L3 6300 WILDAIRE ROAD S.W.
L4 TACOMA, WA 98499
L5 ATTN: REFERENCE

0084 001 20 00
SORT NAME: PINE MANOR COLLEGE L        USER SORT FIELD:
ZIP: 02167
L1 PINE MANOR COLLEGE LIBRARY
L2 310 HEATH STREET
L3 CHESTNUT HILL, MA 02167
L4 ATTN: ELLEN BERNE
L5

0666 000 00 00
SORT NAME: PRATT & WHITNEY CANA        USER SORT FIELD:
ZIP:
L1 PRATT & WHITNEY CANADA INC.
L2 1000 MARIE-VICTORIN
L3 LONGUEUIL, QUEBEC
L4 CANADA J4G 1A1
L5

HAWAIIAN AIRLINES, INC. FINANCIAL STATEMENTS
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/93

PAGE      57
REPORT    LBL010-01
RUN ON 10/01/93 AT 010 053 10
ICS BATCH LABELS AT 010 043 282

L6
L7

---

0483 000 00 00
SORT NAME: PRESCOTT, BALL & TUR     USER SORT FIELD: 03
ZIP: 44052     USER SORT FIELD:
L1 PRESCOTT, BALL & TURBEN
L2 ONE WORLD TRADE CENTER 56TH FLOOR
L3 NEW YORK, NEW YORK 10048
L4 ATTN: LIBRARIAN
L5
L6
L7

0709 000 00 00
SORT NAME: PRI LIBRARY
ZIP: 96842     USER SORT FIELD:
L1 PRI LIBRARY
L2 P. O. BOX 3379
L3 HONOLULU, HI 96842
L4
L5
L6
L7

---

0564 000 00 00
SORT NAME: PRICE WATERHOUSE     USER SORT FIELD: 04
ZIP: 00071     USER SORT FIELD:
L1 PRICE WATERHOUSE & CO
L2 400 SOUTH HOPE STREET-22ND FLOOR
L3 LOS ANGELES, CA 90071
L4 ATTN: HENRY ALFARO
L5 ATTN: INFORMATION CENTER
L6
L7

0269 001 00 00
SORT NAME: PRINCE GEORGE'S COL
ZIP: 20772-2199     USER SORT FIELD: 07
L1 PERIODICALS LIBRARIAN
L2 PRINCE GEORGE'S COMMUNITY COLLEGE
L3 301 LARGO RD.
L4 LARGO, MD 20772-2199
L5
L6
L7

---

0740 001 00 00
SORT NAME: PRINCETON PUBLIC LIB     USER SORT FIELD:
ZIP: 08540     USER SORT FIELD:
L1 PRINCETON PUBLIC LIBRARY
L2 65 WITHERSPOON ST
L3 PRINCETON, NJ 08540
L4

0630 003 00 00
SORT NAME: PROVIDENCE COLLEGE
ZIP: 02918-0001     USER SORT FIELD:
L1 PROVIDENCE COLLEGE
L2 PHILLIPS MEMORIAL LIBRARY
L3 PROVIDENCE, RI 02918-0001
L4

0490 002 00 00
SORT NAME: PRUDENTIAL CAPITAL F
ZIP: 10292     USER SORT FIELD:
L1 PRUDENTIAL CAPITAL FINANCE
L2 INVESTMENT BANKING LIBRARY
L3 ONE SEAPORT PLAZA; 31ST FLOOR
L4 NEW YORK, NY 10292

HAWAIIAN AIRLINES, INC.
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/93

PAGE 253
REPORT LBL010-01
RUN ON 10/01/93 AT 11.55.20
ICS BATCH LABELS 010 042282

L5
L6
L7

0736 000 00 00
SORT NAME: PRUDENTIAL INS. CO.
ZIP: 91409      USER SORT FIELD:
L1 PRUDENTIAL INS. CO. OF AMERICA
L2 P. O. BOX 2325
L3 VAN NUYS, CA 91409
L4 ATTN: B J SCHWARTZ
L5
L6
L7

0772 047 04 00
SORT NAME: PRUDENTIAL-BACHE SEC
ZIP: XXXXX      USER SORT FIELD:
L1 PRUDENTIAL-BACHE SECURITIES
L2 P O BOX 2840
L3 LOS ANGELES, CA 90051-0840
L4 ATTN: DONNA ISHMOND
L5
L6
L7

0480 000 00 00
SORT NAME: PUBLIC UTILITIES COM
ZIP: 96813      USER SORT FIELD:
L1 PUBLIC UTILITIES COMMISSION
L2 P O BOX 541
L3 FINANCE AND ACCOUNTS DIVISION

L5
L6
L7

0737 000 00 00
SORT NAME: PRUDENTIAL INS. CO.
ZIP: 91678      USER SORT FIELD:
L1 PRUDENTIAL ASSET MANAGEMENT COMPANY
L2 IN UNIVERSAL CITY PLAZA SUITE 1750
L3 UNIVERSAL CITY, CA 91608
L4 ATTN: JAY WHITEFIELD
L5 GROUP PENSION DEPT.
L6
L7

0774 001 00 00
SORT NAME: PRUTAM
ZIP: 07102-5096      USER SORT FIELD:
L1 PRUTAM
L2 THE PRUDENTIAL INSURANCE COMPANY
L3 TWO GATEWAY CENTER, 6TH FLOOR
L4 NEWARK, NJ 07102-5336
L5 ATTN: DINSMORE FULTON
L6
L7

0480 000 00 00
SORT NAME: PUBLIC UTILITIES DIV
ZIP: 96809      USER SORT FIELD:
L1 PUBLIC UTILITIES DIVISION
L2 P O BOX 541
L3 HONOLULU, HI 96809

L5
L6
L7

0667 000 00 00
SORT NAME: PRUDENTIAL SECURITIE
ZIP: 48243      USER SORT FIELD:
L1 PRUDENTIAL SECURITIES INC
L2 600 RENAISSANCE CENTER
L3 DETROIT, MI 48243
L4
L5
L6
L7

0487 000 00 00
SORT NAME: PUBLIC LIBRARY
ZIP: 46601      USER SORT FIELD:
L1 PUBLIC LIBRARY
L2 122 WEST WAYNE STREET
L3 SOUTH BEND, IN 46601
L4
L5
L6
L7

0490 000 00 00
SORT NAME: PUBLIC UTILITIES SER
ZIP: 44115      USER SORT FIELD:
L1 PUBLIC UTILITIES SERVICES
L2 1300 UNION COMMERCE BUILDING
L3 CLEVELAND, OH 44115

HAWAIIAN AIRLINES, INC.
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/93

PAGE 50
REPORT LBL910-01
RUN ON 10/01/93 AT 10.55.10
ICS BATCH LABELS 010 04.22.82

L4 CALIFORNIA STATE BUILDING, RM 7208
L5 SAN FRANCISCO, CA 94102
L6
L7

0C1? ?2? ?? ??
SORT NAME: PUTNAM TRUST COMPANY
ZIP: ?6?36        USER SORT FIELD:
L1 PUTNAM TRUST COMPANY
L2 P.O BOX ?610
L3 25 MASON STREET
L4 GREENWICH, CT 06836-2610
L5 ATTN: ROBERT GILDERSLEEVE
L6
L7

0543 351 ?? ??
SORT NAME: QUEENS MEDICAL CENTE
ZIP: ?6?0?        USER SORT FIELD:
L1 QUEENS MEDICAL CENTER
L2 P.O. BOX 861
L3 HONOLULU, HI 96808
L4 ATTN: SANDY WOLFF-OCCUPATIONAL HEALTH
L5
L6
L7

0693 ?0? ?? ??
SORT NAME: RAFFENS PERGER HUGHE
ZIP: 46??4        USER SORT FIELD:
L1 RAFFENS PERGER HUGHES
L2 ?6 N MERIDIAN STREET

0540 565 00 00
SORT NAME: PWA CORPORATION
ZIP:             USER SORT FIELD:
L1 PWA CORPORATION
L2 72C-2ND STREET SW, SUITE 2809
L3 CALGARY, ALBERTA T2P 2M2
L4 ATTN: SHIRLEY LONG
L5
L6
L7

0624 805 01 00
SORT NAME: QUINCY COLLEGE
ZIP: 62301        USER SORT FIELD:
L1 QUINCY COLLEGE
L2 1800 COLLEGE AVENUE
L3 QUINCY, IL 62301
L4
L5
L6
L7

0772 842 04 00
SORT NAME: RAINIER NATIONAL BAN
ZIP: 08124        USER SORT FIELD:
L1 RAINIER NATIONAL BANK
L2 INFORMATION CENTER, N04-3

L4
L5
L6
L7

0540 019 00 00
SORT NAME: PYRAMID SECURITIES
ZIP: 68802        USER SORT FIELD:
L1 PYRAMID SECURITIES
L2 BOX 848
L3 GRAND ISLAND, NE 68802
L4 ATTN: JAMES MAUGHAN
L5
L6
L7

0821 003 00 00
SORT NAME: RAFF HUGHES
ZIP: 46204        USER SORT FIELD:
L1 RAFF HUGHES
L2 20 N MERIDIAN STREET
L3 INDIANAPOLIS, IN 46204
L4 ATTN: SCOTT JAGGERS
L5
L6
L7

0657 011 27 00
SORT NAME: RAYTHEON COMPANY
ZIP: 02173        USER SORT FIELD:
L1 RAYTHEON COMPANY
L2 ATTN: JERRY O'CONNER

HAWAIIAN AIRLINES, INC.
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/93

PAGE 60
REPORT L0L010-01
RUN ON 10/01/93 AT
LCS BATCH LABELS 010 042282

L3 INDIANAPOLIS, IN 46204
L4
L5
L6
L7

0494 050 00 00
SORT NAME: REDMOND, J W E CO
ZIP: 20006    USER SORT FIELD:
L1 REDMOND, J W E COMPANY
L2 MEMBER - NYSE
L3 1750 PENNSYLVANIA AVE N W
L4 WASHINGTON, DC 20006
L5
L6
L7

0772 038 00 00
SORT NAME: RELIANCE GROUP HOLDI
ZIP: 10055    USER SORT FIELD:
L1 RELIANCE GROUP HOLDINGS
L2 PARK AVENUE PLAZA, 30TH FLOOR
L3 NEW YORK, NY 10055
L4 ATTN: LIBRARY
L5
L6
L7

0566 060 00 00
SORT NAME: ROCKWELL INTERNATION
ZIP: 80245    USER SORT FIELD:
L1 ROCKWELL INTERNATIONAL

L3 P. O. BOX 3066
L4 SEATTLE, WA 98124
L5
L6
L7

0495 000 00 00
SORT NAME: REEVE ALEUTIAN AIRWA
ZIP: 99502    USER SORT FIELD:
L1 REEVE ALEUTIAN AIRWAYS INC
L2 4700 W INTL AIRPORT RD
L3 ANCHORAGE, AK 99502
L4 ATTN: MR RICHARD D. REEVE; PRESIDENT
L5
L6
L7

0540 012 00 00
SORT NAME: RESEARCH PROJECTS CO
ZIP: 06798    USER SORT FIELD:
L1 RESEARCH PROJECTS CORP
L2 POMPERAUG AVE
L3 WOODBURY, CT 06798
L4 ATTN: JOAN FORD; LIBRARIAN
L5
L6
L7

0503 000 00 00
SORT NAME: ROCKY MOUNTAIN AIRWA
ZIP: 80207    USER SORT FIELD:
L1 ROCKY MOUNTAIN AIRWAYS, INC.

L3 BUSINESS INFORMATION CENTER
L4 141 SPRING STREET
L5 LEXINGTON, MA 02173
L6
L7

0592 010 00 00
SORT NAME: REFERENCE PRESS, INC
ZIP: 78723    USER SORT FIELD:
L1 REFERENCE PRESS, INC
L2 6448 HIGHWAY 290 EAST, SUITE E-104
L3 AUSTIN, TX 78723
L4
L5
L6
L7

0772 015 00 00
SORT NAME: RICHMOND PUBLIC LIBR
ZIP: 23219    USER SORT FIELD:
L1 RICHMOND PUBLIC LIBRARY
L2 101 E. FRANKLIN STREET
L3 RICHMOND, VA. 23219
L4 ATTN: BUS. SCIENCE & TECH. DEPT.
L5
L6
L7

0505 000 00 00
SORT NAME: RODMAN & RENSHAW
ZIP: 60603    USER SORT FIELD:
L1 RODMAN & RENSHAW

HAWAIIAN AIRLINES, INC.
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/93

PAGE
REPORT LBL010-01
RUN ON 10/01/93 AT 11:35:10
ICS BATCH LABELS 010 042282

L2 ATTN: MR GARY HOLLANDER, B-40
L3 2230 E IMPERIAL HWY
L4 EL SEGUNDO, CA 90245
L5
L6
L7

L2 HANGAR 6 STAPLETON INTNL TERMINAL
L3 DENVER, CO 80207
L4 ATTN: TREASURER
L5
L6
L7

L2 RESEARCH DEPARTMENT
L3 120 SO LASALLE STREET
L4 CHICAGO, IL 60603
L5
L6
L7

C477 000 00 00
SORT NAME: ROGERS HOLDINGS
ZIP: 10025     USER SORT FIELD:
L1 ROGERS HOLDINGS
L2 352 RIVERSIDE DRIVE
L3 NEW YORK, NY 10025
L4 ATTN: JIM ROGERS
L5
L6
L7

0663 002 00 00
SORT NAME: ROLLING MEADOWS LIBR
ZIP: 60008     USER SORT FIELD:
L1 ROLLING MEADOWS LIBRARY
L2 3110 MARTIN LANE
L3 ROLLING MEADOWS, F_ 60008
L4 ATTN: BUSINESS INFORMATION SPECIALIST
L5
L6
L7

7225 001 00 00
SORT NAME: ROLLS-ROYCE & PARINE
ZIP:     USER SORT FIELD:
L1 ROLLS-ROYCE & PARTNERS FINANCE LIMITED
L2 65 BUCKINGHAM GATE
L3 LONDON SW1E GAT
L4 ATTN: MARY GALLAGHER
L5
L6
L7

0666 000 00 00
SORT NAME: ROLLS-ROYCE INC.
ZIP: 22603     USER SORT FIELD: 02
L1 ROLLS-ROYCE INC.
L2 ATTN: SCOTT SHANNON
L3 11911 FREEDOM DRIVE, 6TH FLOOR
L4 RESTON, VA 22090-5602
L5
L6
L7

0569 000 00 00
SORT NAME: ROLLS-ROYCE LIMITED
ZIP:     USER SORT FIELD:
L1 ROLLS-ROYCE LIMITED
L2 ATTN: W F BOLDISON
L3 P O BOX 31
L4 DERBY, ENGLAND
L5
L6
L7

0940 004 00 00
SORT NAME: ROLLS-ROYCE, INC
ZIP: 22090-5602     USER SORT FIELD:
L1 ROLLS-ROYCE, INC.
L2 11911 FREEDOM DRIVE, SUITE 600
L3 RESTON, VA 22090-5602
L4 ATTN: MIKE MILLER
L5
L6
L7

0772 004 10 00
SORT NAME: ROSARY COLLEGE LIBRA.
ZIP: 60305     USER SORT FIELD:

0613 000 00 00
SORT NAME: ROYAL NETHERLANDS AI
ZIP:     USER SORT FIELD:

0663 002 00 00
SORT NAME: ROYAL OAK PUBLIC LIB
ZIP: 48068-0434     USER SORT FIELD:

HAWAIIAN AIRLINES, INC.
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/93

```
L1 ROSARY COLLEGE LIBRARY                      L1 ROYAL NETHERLANDS AIRCRAFT          L1 ROYAL OAK PUBLIC LIBRARY
                                               SORT NAME: ROYAL NETHERLANDS AIRCRAFT
L2 7900 W. DIVISION                            L2 FACTORIES FOKKER                    L2 P O BOX 495
L3 RIVER FOREST, IL. 60305                     L3 SCHIPHOL OOST                       L3 222 E ELEVEN MILE ROAD
L4 ATTN: REFERENCE LIBRARY                     L4 THE NETHERLANDS                     L4 ROYAL OAK, MI  48068-0495
L5                                             L5 ATTN: MR MEYERS                     L5 ATTN: REFERENCE DEPT
L6                                             L6 DOCUMENTATION DEPT.                 L6
L7                                             L7                                     L7

0514 000 00 00                                 0515 000 00 00                         0700 004 00 00
SORT NAME: ROYAL-GLOBE INSURANC                SORT NAME: RUSSELL REYNOLDS            SORT NAME: RUSSELL REYNOLDS
ZIP: 10478     USER SORT FIELD:                ZIP: 00071     USER SORT FIELD:        ZIP: 10166     USER SORT FIELD: 02
L1 ROYAL-GLOBE INSURANCE COMPANIES             L1 RUSSELL REYNOLDS ASSOCIATES         L1 RUSSELL REYNOLDS ASSOCIATES, INC
L2 150 WILLIAM STREET                          L2 CROCKER CENTER                      L2 200 PARK AVENUE
L3 NEW YORK, NY 10038                          L3 TOWER I                             L3 NEW YORK, NY  10166
L4 ATTN: F. D. BRUMBAUGH                        L4 333 SOUTH GRAND AVENUE, 42ND FLOOR  L4 ATTN: RESEARCH DEPARTMENT
L5                                             L5 LOS ANGELES, CA 00071               L5
L6                                             L6                                     L6
L7                                             L7                                     L7

0001 017 00 00                                 0697 000 00 00                         0000 001 05 00
SORT NAME: RUSSELL, JUDSON W                    SORT NAME: RUTGERS STATE UNIV          SORT NAME: RYDER SYSTEM, INC.
ZIP: 39401     USER SORT FIELD:                ZIP: 07102     USER SORT FIELD:        ZIP: 33166     USER SORT FIELD:
L1 RUSSELL, JUDSON W                           L1 BUSINESS LIBRARIAN                  L1 RYDER SYSTEM, INC.
L2 122 ELLIS DR #1                             L2 JOHN COTTON DANA LIBRARY            L2 FLOOR 4C
L3 HATTIESBURG, MS  39401                       L3 RUTGERS-THE STATE UNIVERSITY        L3 3600 N.W. 82 AVENUE
L4                                             L4 185 UNIVERSITY AVENUE               L4 MIAMI, FL  33166
L5                                             L5 NEWARK, NJ. 07102                   L5 ATTN: EDWARD OSWALD
L6                                             L6                                     L6
L7                                             L7                                     L7

0625 000 00 00                                 0518 000 00 00                         0772 055 10 00
SORT NAME: SAINT LOUIS UNIVERSI                 SORT NAME: SAINT LOUIS UNIVERSI        SORT NAME: SAINT MARY'S COLLEGE
```

HAWAIIAN AIRLINES, INC.
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/93

USER SORT FIELD:                    USER SORT FIELD:                    USER SORT FIELD:

ZIP: 63108          ZIP: 62206          ZIP: 94575
L1 SAINT LOUIS UNIVERSITY          L1 SAINT LOUIS UNIVERSITY          L1 SAINT MARY'S COLLEGE
L2 3650 LINDELL BLVD          L2 PARKS COLLEGE OF AERONAUTICAL TECHNO          L2 LIBRARY BOX N
L3 SAINT LOUIS MO  63108          L3 CAHOKIA IL 62206          L3 MORAGA, CA. 94575
L4 ATTN: PIUS XII MEMORIAL LIBRARY          L4 ATTN LIBRARIAN          L4 ATTN: ANTONIA M. FRIEDMAN
L5          L5          L5
L6          L6          L6
L7          L7          L7

0772 047 16 00          0520 000 00 00          0590 007 00 00
SORT NAME: SALOMON BROTHERS          SORT NAME: SALOMON BROTHERS          SORT NAME: SALOMON BROTHERS
USER SORT FIELD:                    USER SORT FIELD:                    USER SORT FIELD:

ZIP: 94104          ZIP: 10004          ZIP: 10274          08
L1 SALOMON BROTHERS          L1 SALOMON BROTHERS          L1 SALOMON BROTHERS
L2 555 CALIFORNIA STREET, SUITE 3900          L2 ATTN CORPORATE FINANCE LIBRARY          L2 P O BOX 177
L3 SAN FRANCISCO, CA 94104          L3 ONE NEW YORK PLAZA 46TH FLOOR          L3 BOWLING GREEN STATION
L4 ATTN, ALBERT BALDOCCHI          L4 NEW YORK NY 10004          L4 NEW YORK, NY 10274
L5          L5          L5 INVESTMENT BANKING LIBRARY
L6          L6          L6
L7          L7          L7

0523 000 00 00          0525 000 00 00          0772 047 05 00
SORT NAME: SAN DIEGO STATE UNIV          SORT NAME: SAN FRANCISCO PUBLIC          SORT NAME: SAN JOSE NATIONAL BA
USER SORT FIELD:                    USER SORT FIELD:                    USER SORT FIELD:

ZIP: 92182          ZIP: 94102          ZIP: 95113
L1 SAN DIEGO STATE UNIVERSITY LIBRARY          L1 SAN FRANCISCO PUBLIC LIBRARY          L1 SAN JOSE NATIONAL BANK
L2 SAN DIEGO CA 92182-0511          L2 ATTN: HISTORY DEPARTMENT          L2 P.O. BOX 1957
L3 ATTENTION MR RON SHIDA          L3 CIVIC CENTER          L3 ONE NORTH MARKET STREET
L4 REF E INST SERVICE DEPT          L4 SAN FRANCISCO, CA 94102          L4 SAN JOSE, CA 95113
L5          L5          L5 ATTN: TRUST DEPARTMENT
L6          L6          L6
L7          L7          L7

HAWAIIAN AIRLINES, INC.
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/93

PAGE
REPORT        LBL010-01
RUN ON 10/01/93 AT 13.10
ICS BATCH LABELS 010 03 22 82
64

0526 000 00 00
SORT NAME: SAN JOSE PUBLIC LIBRAR    USER SORT FIELD:
ZIP: 05113
L1 SAN JOSE PUBLIC LIBRARY
L2 REFERENCE DEPT.
L3 180 W SAN CARLOS ST
L4 SAN JOSE, CA 95113
L5
L6
L7

0527 000 00 00
SORT NAME: SAN JOSE STATE UNIVE    USER SORT FIELD:
ZIP: 95192
L1 SAN JOSE STATE UNIVERSITY
L2 SCHOOL OF ENGINEERING
L3 DEPARTMENT OF AERONAUTICS
L4 SAN JOSE, CA 95192
L5
L6
L7

0526 005 07 00
SORT NAME: SAN MATEO, COUNTY OF    USER SORT FIELD:
ZIP: 94063
L1 SAN MATEO, COUNTY OF
L2 OFFICE OF COUNTY ASSESSOR
L3 COUNTY GOVERNMENT CENTER
L4 REDWOOD CITY, CA 94063
L5 ATTN: CHIEF APPRAISER
L6
L7

0624 705 12 00
SORT NAME: SANTA CLARA UNIVERSI    USER SORT FIELD:
ZIP: 95053
L1 SANTA CLARA UNIVERSITY
L2 MICHEL ORRADRE LIBRARY
L3 SANTA CLARA, CA 95353
L4
L5
L6
L7

0683 006 00 00
SORT NAME: SANWA BUSINESS CREDI    USER SORT FIELD:
ZIP: 60606
L1 SANWA BUSINESS CREDIT CORP
L2 ONE SOUTH WACKER DR, SUITE 3900
L3 CHICAGO, IL 60606
L4 ATTN: LAURIE ALEXANDER
L5
L6
L7

0528 000 00 00
SORT NAME: SAUDI ARABIAN AIRLIN    USER SORT FIELD:
ZIP:
L1 SAUDI ARABIAN AIRLINES CC221
L2 ATTN: MR FRANK E GANZ
L3 MANAGER - ROUTE DEVELOPMENT
L4 P O BOX 167
L5 JEDDAH
L6 SAUDI ARABIA
L7

0555 200 00 00
SORT NAME: SAUDI ARABIAN AIRLIN    USER SORT FIELD:
ZIP:
L1 SAUDI ARABIAN AIRLINES CORP
L2 BOX 620
L3 JEDDAH SAUDI ARABIA
L4 ATTN HRH PRINCE SULTAN BIN ABDUL AZIZ
L5
L6

0529 000 00 00
SORT NAME: SCANDINAVIAN AIRLINE    USER SORT FIELD:
ZIP:
L1 SCANDINAVIAN AIRLINES SYSTEM
L2 FINANCE STAFF
L3 FACK
L4 161 87 STOCKHOLM-BROMMA
L5 SWEDEN
L6

0772 052 12 00
SORT NAME: SCHAUMBERG TOWNSHIP    USER SORT FIELD:
ZIP: 60194
L1 SCHAUMBERG TOWNSHIP PUBLIC LIBRARY
L2 32 WEST LIBRARY LANE
L3 SCHAUMBERG, IL 60194
L4
L5
L6

HAWAIIAN AIRLINES, INC.
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/93

PAGE        LBL010-01
REPORT         65
RUN ON 10/01/93
ICS BATCH LABELS 010 045282

0530 000 00 00
SORT NAME: SCOTT & STRINGFELLOW
ZIP: 23213    USER SORT FIELD:
L1 SCOTT & STRINGFELLOW, INC.
L2 P. O. BOX 1575
L3 RICHMOND, VA 23213
L4 ATTN: FRANCES WICKER
L5
L6
L7

0532 000 00 00
SORT NAME: SECURITIES AND EXCHA
ZIP: 20549    USER SORT FIELD: 02
L1 SECURITIES AND EXCHANGE COMM
L2 BRANCH OF FILINGS AND REPORTS
L3 DIVISION OF CORPORATION FINANCE
L4 450 FIFTH STREET NW
L5 WASHINGTON, DC 20549
L6
L7

0536 000 00 00
SORT NAME: SHEARSON HAMMILL & C
ZIP: 10005    USER SORT FIELD: 06
L1 SHEARSON HAMMILL & CO INC
L2 STATISTICAL DEPT-LIBRARY
L3 WALL STREET STATION
L4 P O BOX 127
L5 NEW YORK, NY 10005

0531 000 00 00
SORT NAME: SCUDDER STEVENS & CL
ZIP: 10022    USER SORT FIELD:
L1 SCUDDER STEVENS & CLARK
L2 345 PARK AVENUE
L3 NEW YORK, NY 10022
L4
L5
L6
L7

0540 000 01 00
SORT NAME: SECURITIES DATA COMP
ZIP: 07102    USER SORT FIELD:
L1 SECURITIES DATA COMPANY, INC
L2 1180 RAYMOND BOULEVARD
L3 NEWARK, NJ 07102
L4
L5
L6
L7

0667 011 12 00
SORT NAME: SHEARSON LEHMAN
ZIP: 10285    USER SORT FIELD: 20
L1 SHEARSON LEHMAN HUTTON
L2 CORPORATE LIBRARY (5TH FLOOR
L3 ATTN ELLEN M DODEN
L4 250 VESEY STREET
L5 NEW YORK, NY 10285

L7
0621 006 00 00
SORT NAME: SEATTLE PACIFIC UNIV
ZIP: 98119    USER SORT FIELD:
L1 SEATTLE PACIFIC UNIVERSITY
L2 WETER MEMORIAL LIBRARY
L3 SEATTLE, WA 98119
L4
L5
L6
L7

0705 008 00 00
SORT NAME: SHEE INC
ZIP: 02154    USER SORT FIELD:
L1 SHEE INC
L2 29 SAWYER RD
L3 ONE UNIVERSITY OFFICE PARK
L4 WALTHAM MA 02154
L5
L6
L7

0752 000 00 00
SORT NAME: SHEARSON LEHMAN BROS
ZIP: 10285    USER SORT FIELD:
L1 SHEARSON LEHMAN BROS, INC.
L2 AMERICAN EXPRESS TOWER
L3 WORLD FINANCIAL CENTER
L4 NEW YORK, NY 10285
L5 ATTN: ED HYNES, RESEARCH DEPT.

HAWAIIAN AIRLINES, INC.
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/21/83

L6
L7

0742 000 00 00
SORT NAME: SHEARSON LEHMAN BROT
ZIP: 96813        USER SORT FIELD: 02
L1 SHEARSON LEHMAN BROTHERS
L2 1001 BISHOP STREET                    02
L3 PAUAHI TOWER, SUITE 2500
L4 HONOLULU, HI 96813
L5 ATTN: JANET LEE/RAY ASAKURA
L6
L7

0535 002 00 00
SORT NAME: SHEARSON/LEHMAN BROS
ZIP: 10285-1800     USER SORT FIELD: 05
L1 SHEARSON/LEHMAN BROS. INC.
L2 AMERICAN EXPRESS TOWER              05
L3 WORLD FINANCIAL CENTER
L4 NEW YORK, NY 10285-1800
L5 ATTN: WILLIAM A KEARNS JR.
L6
L7

0500 008 00 00
SORT NAME: SIAR-BOSSARD, INC
ZIP: 02139         USER SORT FIELD:
L1 SIAR-BOSSARD, INC.
L2 22 PUTNAM AVENUE
L3 CAMBRIDGE, MA 02139
L4 ATTN: JUDY FOSTER

L6
L7

0004 001 00 00
SORT NAME: SHEARSON LEHMAN HUTT
ZIP: 90210         USER SORT FIELD:
L1 SHEARSON LEHMAN HUTTON
L2 9601 WILSHIRE BLVD
L3 BEVERLY HILLS, CA 90210
L4 ATTN: KATHIE CHAPMAN
L5
L6
L7

0072 000 00 00
SORT NAME: SHIROMA, RICHARD S
ZIP: 96782         USER SORT FIELD:
L1 SHIROMA, RICHARD S
L2 98-1950A KAAHUMANU STREET
L3 PEARL CITY, HI 96782
L4
L5
L6
L7

0626 004 00 00
SORT NAME: SIBSON & COMPANY INC
ZIP: 08543-5323     USER SORT FIELD:
L1 SIBSON & COMPANY INC
L2 212 CARNEGIE CENTER - CN 5323
L3 PRINCETON, NJ 08543-5323
L4

L6
L7

0769 007 00 00
SORT NAME: SHEARSON LEHMAN/AMER
ZIP: 10048         USER SORT FIELD:
L1 SHEARSON LEHMAN/AMERICAN EXPRESS
L2 RESEARCH DEPT-101ST FLOOR
L3 TWO WORLD TRADE CENTER
L4 NEW YORK, NY 10048
L5 ATTN: ROBERT J. JOEDICKE
L6
L7

0179 001 00 00
SORT NAME: SHORT BROTHERS PLC
ZIP:               USER SORT FIELD:
L1 SHORT BROTHERS PLC
L2 P O BOX 241, AIRPORT ROAD
L3 BELFAST BT3 9DZ NORTHERN IRELAND
L4
L5
L6
L7

0771 004 00 00
SORT NAME: SIMAT, HELLIESEN & E
ZIP: 02154         USER SORT FIELD:
L1 SIMAT, HELLIESEN & EICHNER, INC.
L2 ONE UNIVERSITY OFFICE PARK
L3 29 SAWYER ROAD
L4 WALTHAM, MA 02154

HAMAIIAN AIRLINES, INC.
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/93

---

01 93.008.00.00
SORT NAME: SIHAT, HELLIESEN & E    USER SORT FIELD:
ZIP: 10016
L1 SIHAT, HELLIESEN & EICHNER INC
L2 90 PARK AVENUE
L3 NEW YORK, NY 10016
L4 ATTN: DAVID H. TREITEL, SR V.P.
L5
L6
L7

0668.000.00.00
SORT NAME: SITA
ZIP:    USER SORT FIELD: 02
L1 SITA
L2 112 AVENUE CHARLES DE GAULLE
L3 9255 NEVILLY SUR SEINE-FRANCE
L4 ATTN: MR S. H. DUEK
L5
L6
L7

0624.005.09.00
SORT NAME: SLIFKA, ALAN B. & CO    USER SORT FIELD:
ZIP: 10022-5802
L1 SLIFKA, ALAN B. AND COMPANY
L2 477 MADISON AVE.
L3 NEW YORK, NY 10022-5802

---

0624.005.04.00
SORT NAME: SIMPSON THACHER & BA    USER SORT FIELD:
ZIP: 10017-3909
L1 SIMPSON THACHER & BARTLETT
L2 425 LEXINGTON AVENUE
L3 NEW YORK, NY 10017-3909
L4 ATTN: LIBRARY
L5
L6
L7

0040.003.00.00
SORT NAME: SITA
ZIP:    USER SORT FIELD:
L1 SITA
L2 CORPORATE DOCUMENTATION SERVICE
L3 112, AVE CHARLES DE GAULLE
L4 92522 NEVILLY-SUR-SEINE CEDEX
L5 FRANCE
L6
L7

0544.000.00.00
SORT NAME: SMITH BARNEY, HARRIS    USER SORT FIELD: 04
ZIP: 10001
L1 SMITH BARNEY, HARRIS UPHAM & CO INC 04
L2 333 WEST 34TH STREET
L3 NEW YORK, NY 10001

---

L5 ATTN: LIBRARY
L6
L7

0770.000.00.00
SORT NAME: SINGAPORE AIRLINES
ZIP:    USER SORT FIELD:
L1 SINGAPORE AIRLINES LIMITED
L2 LIBRARY OFFICER-CENTRAL LIBRARY
L3 SINGAPORE CHANGI AIRPORT
L4 P.O. BOX 501
L5 SINGAPORE 9181
L6
L7

0542.000.00.00
SORT NAME: SKANDIA INSURANCE CO
ZIP:    USER SORT FIELD:
L1 SKANDIA INSURANCE COMPANY LTD
L2 INTERNATIONAL AVIATION DEPARTMENT
L3 S-103 60 STOCKHOLM 3
L4 SWEDEN
L5
L6
L7

0599.003.00.00
SORT NAME: SMITH BARNEY, HARRIS
ZIP: 10105    USER SORT FIELD:
L1 SMITH BARNEY, HARRIS UPHAM CO., INC
L2 1345 AVENUE OF THE AMERICAS, 27TH FLR
L3 NEW YORK, NY 10105

PRINTED IN U.S.A.    6

HAWAIIAN AIRLINES, INC.
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/93

PAGE
RUN ON 11/20/93 AT 11.15.10
ICS MATCH LABELS 010 042282

LHL010-08

```
                                                              L4 ATTN: JAMES FICHTER
                                                                  ICS MATCH LABELS

L4                                                            L4 ATTN: JAMES FICHTER
L5                                                            L5
L6                                                            L6
L7                                                            L7

05646 000 00 00                              0140 000 00 00
SORT NAME: SMITH HAGUE & CO    USER SORT FIELD:    SORT NAME: SOCIETE GENERALE    USER SORT FIELD:
ZIP: 48236                                   ZIP: 94104
L1 SMITH HAGUE & CO                          L1 SOCIETE GENERALE FINANCIAL CORPORATION
L2 ATTN MR RONALD A KAISER                   L2 1 MONTGOMERY STREET, SUITE 1630
L3 20156 MACK AVENUE                         L3 SAN FRANCISCO, CA  94104
L4 GROSSE POINTE WOODS, MI  48236            L4
L5                                           L5
L6                                           L6
L7                                           L7

0193 000 00 00                               0500 004 00 00
SORT NAME: SOCHET & COMPANY    USER SORT FIELD:    SORT NAME: SOUTHCOAST CAPITAL C    USER SORT FIELD:
ZIP: 33143                                   ZIP: 78730
L1 SOCHET & COMPANY                          L1 SOUTHCOAST CAPITAL CORPORATION
L2 5701 SUNSET DRIVE SUITE 315               L2 6034 WEST COURTYARD, SUITE 245
L3 SOUTH MIAMI FL 33143                      L3 AUSTIN, TX  78730
L4 ATTN ELENA GONZALES                       L4
L5                                           L5
L6                                           L6
L7                                           L7

0640 001 00 00                               0195 008 00 00
SORT NAME: SOLAIR    USER SORT FIELD:        SORT NAME: SOUTH CAROLINA STATE    USER SORT FIELD:
ZIP: 33121                                   ZIP: 29117
L1 SOLAIR                                    L1 SOUTH CAROLINA STATE COLLEGE
L2 P O BOX 210007                            L2 P O BOX 1676
L3 MIAMI, FL 33121                           L3 ORANGEBURG, SC 29117
L4 ATTN: CREDIT DEPT                         L4 ATTN: DR KARL S. WRIGHT, DEAN
L5                                           L5
L6                                           L6
L7                                           L7

0769 009 00 00                               0772 048 10 00
SORT NAME: SOUTHERN ILLINOIS    USER SORT FIELD:    SORT NAME: SOUTHWEST AIRLINES    USER SORT FIELD:
ZIP: 62901                                   ZIP: 75235
L1 UNIVERSITY AT CARBONDALE                  L1 SOUTHWEST AIRLINES CO.
L2 CARBONDALE, IL 62901                      L2 P. O. BOX 37611, LOVE FIELD

                                             0702 000 00 00
                                             SORT NAME: SOUTHWEST AIRLINES    USER SORT FIELD:
                                             ZIP: 75235
                                             L1 SOUTHWEST AIRLINES
                                             L2 P. O. BOX 37611
```

PRINTED IN U.S.A.

HAWAIIAN AIRLINES, INC.
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/93

| | | |
|---|---|---|
| L3 ATTN: AVIATION MANAGEMENT | L3 DALLAS, TX 76235 | L3 LOVE FIELD |
| L4 | L4 ATTN: ASSISTANT CONTROLLER | L4 DALLAS, TX 75235 |
| L5 | L5 | L5 ATTN: EARL L. DOOLIN |
| L6 | L6 | L6 CONTROLLER |
| L7 | L7 | L7 |

0555 000 00 00
SORT NAME: SRI INTERNATIONAL
ZIP: 94025   USER SORT FIELD:
L1 SRI INTERNATIONAL
L2 LIBRARY - ANNUAL REPORTS
L3 MENLO PARK, CA  94025
L4
L5
L6
L7

0100 001 00 00
SORT NAME: STANDARD & POOR'S CO   USER SORT FIELD: 04
ZIP: 10004
L1 STANDARD & POOR'S CORPORATION
L2 25 BROADWAY 16TH FLOOR
L3 NEW YORK, NY 10004
L4 ATTN: CORPORATE FILES DEPT
L5
L6
L7

0272 000 00 00
SORT NAME: STANDARD SHARES INC
ZIP: 60603   USER SORT FIELD:
04 L1 STANDARD SHARES INC
L2 120 S LASALLE STREET  SUITE 1320
L3 CHICAGO, IL 60603
L4 ATTN: PETER R. FOREMAN
L5
L6
L7

0271 000 00 00
SORT NAME: STANDARD SHARES INC
ZIP: 60603   USER SORT FIELD:
L1 STANDARD SHARES INC
L2 120 S LASALLE STREET, SUITE 1320
L3 CHICAGO IL 60603
L4 ATTN: MR IRVING B. HARRIS, PRESIDENT
L5
L6
L7

0557 000 00 00
SORT NAME: STANFORD UNIVERSITY
ZIP: 94305   USER SORT FIELD:
L1 STANFORD UNIVERSITY
L2 J HUGH JACKSON LIBRARY
L3 GRADUATE SCHOOL OF BUSINESS
L4 STANFORD, CA 94305
L5 ATTN: CORPORATE REPORTS DEPT.
L6
L7

0556 000 00 00
SORT NAME: STANFORD UNIVERSITY
ZIP: 94305   USER SORT FIELD:
L1 STANFORD UNIVERSITY
L2 ATTN MR C HORNGREN
L3 PROFESSOR OF ACCOUNTING
L4 GRADUATE SCHOOL OF BUSINESS
L5 STANFORD, CA 94305
L6
L7

0772 025 00 00
SORT NAME: STANFORD UNIVERSITY
ZIP: 94305-2391   USER SORT FIELD:
L1 STANFORD UNIVERSITY

0850 001 00 00
SORT NAME: STATE UNIV OF NY
ZIP: 07102   USER SORT FIELD:
L1 STATE UNIVERSITY OF NEW JERSEY

0004 002 00 00
SORT NAME: STEINER FINANCIAL
ZIP: 15238   USER SORT FIELD:
L1 STEINER FINANCIAL CORPORATION

HAWAIIAN AIRLINES, INC.
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/93

0090 001 16 00
SORT NAME: STERN STEWART & CO.
ZIP: 10022          USER SORT FIELD:
L1 STERN STEWART & CO
L2 450 PARK AVE, 5TH FLOOR
L3 NEW YORK, NY 10022
L4
L5
L6
L7

0561 000 00 00
SORT NAME: STIFEL NICOLAUS & CO
ZIP: 63102          USER SORT FIELD: 03
L1 STIFEL NICOLAUS & COMPANY
L2 500 N BROADWAY
L3 ST. LOUIS, MO 63102
L4 ATTENTION: RESEARCH DEPT.
L5
L6
L7

0000 001 16 00
SORT NAME: GRADUATE SCHOOL OF BUSINESS
L2 GRADUATE SCHOOL OF BUSINESS
L3 STANFORD, CA 94305-2391
L4 ATTN: GEORGE FOSTER
L5
L6
L7

0561 000 00 00
SORT NAME: STRATEGIC CAPITAL PA
ZIP: 10022          USER SORT FIELD:
L1 STRATEGIC CAPITAL PARTNERS, INC.
L2 575 MADISON AVENUE, 10TH FLOOR
L3 NEW YORK, NY 10022
L4 ATTN: CORPORATE SECRETARY
L5
L6
L7

L2 ROTGERS, CAMPUS AT NEWARK
L3 FASN DEPARTMENT OF ACCOUNTING
L4 2ND FLOOR BRADLEY HALL
L5 NEWARK, NJ 07102
L6 ATTN: PROFESSOR SAMIR EL-GAZZAR
L7

L2 P O BOX 11432
L3 PITTSBURG, PA 15233
L4
L5
L6
L7

0705 000 06 00
SORT NAME: SUMITOMO BANK, LTD.
ZIP:               USER SORT FIELD:
L1 SUMITOMO BANK, LTD.
L2 MERCHANT BANKING DEPARTMENT
L3 C.P.O. BOX 4
L4 TOKYO 100-91, JAPAN
L5
L6
L7

0683 000 00 00
SORT NAME: SUMITOMO BANK, LTD.
ZIP: 10048          USER SORT FIELD: 02
L1 SUMITOMO BANK, LTD.
L2 CORPORATE RESEARCH DEPARTMENT
L3 ONE WORLD TRADE CENTER
L4 SUITE 9551
L5 NEW YORK, NY 10048
L6
L7

0539 001 00 00
SORT NAME: SUMITOMO CORPORATION
ZIP: 60611          USER SORT FIELD:
L1 SUMITOMO CORPORATION OF AMERICA
L2 875 NORTH MICHIGAN AVENUE
L3 CHICAGO, IL 60611
L4 ATTN: GENERAL ADMINISTRATION
L5
L6
L7

0111 001 00 00
SORT NAME: SUMITOMO TRUST & BAN
ZIP: 10022          USER SORT FIELD:

0012 003 00 00
SORT NAME: SUTRO & CO. INC.
ZIP: 90212          USER SORT FIELD:

0562 000 00 00
SORT NAME: SUZUKI ASSOCIATES
ZIP:               USER SORT FIELD:

HAWAIIAN AIRLINES, INC.
LABEL MASTER LIST - 210 FINANCIAL STATEMENTS
AS OF 10/01/93

PAGE 71
REPORT LBL910-01
RUN ON 10/01/93 AT 11:55:19
ICS BATCH LABELS 015 022 082

0590 000 00 00
SORT NAME: SUMITOMO

L1 SUMITOMO TRUST & BANKING CO LTD
L2 527 MADISON AVENUE
L3 NEW YORK, NY 10022
L4 ATTN: MR TETSUO INAMURA-SR VP
L5
L6
L7

ZIP: 10012        USER SORT FIELD:

L1 SUTRO & CO., INC.
L2 P O BOX 5576
L3 BEVERLY HILLS, CA 90212
L4 ATTN: PETER FINK
L5
L6
L7

0565 000 00 00
SORT NAME: SWISS AIR TRANSPORT

ZIP:        USER SORT FIELD:

L1 SWISS AIR TRANSPORT COMPANY LTD
L2 POSTFACH
L3 8058 ZURICH-FLUGHAFEN
L4 SWITZERLAND
L5 ATTN MR WALTER FUCHS
L6
L7

0591 000 00 00
SORT NAME: SWISS BANK CORPORATI

ZIP: 10038        USER SORT FIELD:

L1 SWISS BANK CORPORATION
L2 222 BROADWAY, 4TH FLOOR
L3 NEW YORK, NY 10038
L4 ATTN: INFORMATION CENTER
L5
L6
L7

0061 000 00 00
SORT NAME: SWISSAIR

ZIP:        USER SORT FIELD:

L1 SWISSAIR
L2 8058 ZURICH AIRPORT
L3 SWITZERLAND
L4 ATTN: MR ARMIN BALTENSWEILER
L5 PRESIDENT
L6
L7

0567 000 00 00
SORT NAME: TAHOMA VENTURE CAPIT

ZIP: 98009        USER SORT FIELD:

L1 TAHOMA VENTURE CAPITAL CORP.
L2 P. O. BOX 5065
L3 BELLEVUE, WA 98009
L4
L5
L6
L7

0100 001 04 00
SORT NAME: TAYLOR, DIANE

ZIP: 44101        USER SORT FIELD: 02

L1 TAYLOR, DIANE
L2 P.O. BOX 5269
L3 CLEVELAND, OH 44101
L4
L5
L6
L7

0772 004 00 00
SORT NAME: TEKNEKRON, INC.

L1 SUZUKI ASSOCIATES
L2 INTERNATIONAL INC
L3 AKASAKA TOKYU BLDG 2-14-3
L4 NAGATA-CHO CHIYODA-KU
L5 TOKYO, JAPAN
L6
L7

0100 001 00 00
SORT NAME: TEMPLE BARKER SLOANE

L1
L2
L3
L4
L5
L6
L7

0050 003 00 00
SORT NAME: TEXACO, INC.

HAWAIIAN AIRLINES, INC.
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF MSD/10/01/93

---

ZIP: 94704       USER SORT FIELD:
L1 TEKNEKRON, INC.
L2 2118 MILVIA STREET
L3 BERKELEY CA 94704
L4 ATTN: KRISTINE GRANT
L5
L6
L7

ZIP: 02173       USER SORT FIELD:
L1 TEMPLE, BARKER & SLOANE
L2 INFORMATION CENTER
L3 33 HAYDEN AVENUE
L4 LEXINGTON, MA 02173
L5
L6
L7

ZIP: 10650       USER SORT FIELD:
L1 TEXACO INC.
L2 2000 WEST CHESTER AVENUE
L3 WHITE PLAINS, NY 10650
L4 ATTN: R D SADLER
L5
L6
L7

---

0572 000 00 00
SORT NAME: TEXAS AERONAUTICS CO       USER SORT FIELD:
ZIP: 78711
L1 TEXAS AERONAUTICS COMMISSION
L2 PO BOX 12867 CAPITOL STATION
L3 AUSTIN TX 78711
L4
L5
L6
L7

0046 000 00 00
SORT NAME: THOMAS COOK TRAVEL       USER SORT FIELD:
ZIP: 10121-0019
L1 THOMAS COOK TRAVEL
L2 2 PENN PLAZA 18TH FLOOR
L3 NEW YORK, NY 10121-0019
L4 ATTN: NORMAN F. ELDREDGE
L5
L6
L7

0000 001 00 00
SORT NAME: THOMPSON C CHAN       USER SORT FIELD:
ZIP: 96813
L1 THOMPSON C CHAN
L2 P.O. BOX 4899
L3 HONOLULU, HI 96813
L4 ATTN: SHAWN B. THOMPSON
L5
L6
L7

---

0675 0C0 C0 00
SORT NAME: THOMSON MCKINNON SEC.       USER SORT FIELD:
ZIP: 11747
L1 THOMSON MCKINNON SECURITIES INC.
L2 401 BROAD HOLLOW ROAD
L3 MELVILLE, NY 11747
L4 ATTN: CATHERINE WESCHKE
L5
L6
L7

0578 000 00 00
SORT NAME: TIME INC.       USER SORT FIELD:
ZIP: 10019
L1 TIME INC
L2 ATTN COMPANY FILE
L3 P O BOX 520 RADIO CITY STA
L4 NEW YORK, NY 10019
L5
L6
L7

0599 002 00 00
SORT NAME: TJM & ASSOCIATES       USER SORT FIELD:
ZIP: 20004
L1 TJM & ASSOCIATES
L2 601 INDANA AVENUE, SUITE 720
L3 WASHINGTON, DC 20004
L4 ATTN: KENT SMITH
L5
L6
L7

HAWAIIAN AIRLINES, INC.
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/293

---

0587 000 CO 00
SORT NAME: TOLEDO PUBLIC LIBRAR    USER SORT FIELD:
ZIP: 43624
L1 TOLEDO PUBLIC LIBRARY
L2 ATTN BUSINESS DIVISION
L3 325 MICHIGAN STREET
L4 TOLEDO, OH 43624
L5
L6
L7

0580 000 00 00
SORT NAME: TRANSAMERICA BUILDIN    USER SORT FIELD:
ZIP: 94111
L1 TRANSAMERICA BUILDING
L2 ATTN LIBRARY - 26 FLOOR
L3 600 MONTGOMERY STREET
L4 SAN FRANCISCO, CA 94111
L5
L6
L7

0582 000 00 00
SORT NAME: TOUCHE ROSS & CO    USER SORT FIELD: D2
ZIP: 10010
L1 TOUCHE ROSS & CO
L2 ATTN: MR HAROLD M MILLER, LIBRARIAN
L3 1633 BROADWAY
L4 NEW YORK, NY 10019
L5
L6
L7

0200 001 00 00
SORT NAME: TRANSPORT AND COMMUN    USER SORT FIELD:
ZIP:
L1 TRANSPORT AND COMMUNICATIONS, DEPT OF
L2 GPO BOX 594
L3 CANBERRA ACT 2601
L4 AUSTRALIA
L5 ATTN: LIBRARY
L6
L7

0587 000 00 00
SORT NAME: TRANSPORTATION DEPAR    USER SORT FIELD:
ZIP: 20590
L1 TRANSPORTATION DEPARTMENT OF
L2 INDUSTRY & FINANCIAL ANALYSIS TPI-32
L3 400 SEVENTH STREET SW ROOM 10223
L4 WASHINGTON, DC 20590
L5 ATTN: STEVE COLEVAS
L6
L7

0667 011 22 00
SORT NAME: TRANSPORT WORKERS    USER SORT FIELD:
ZIP: 20745
L1 TRANSPORT WORKERS UNION OF AMERICA
L2 ATTN RESEARCH DIRECTOR
L3 P O BOX 640
L4 OXON HILL, MD 20745
L5
L6
L7

0772 032 01 00
SORT NAME: TRANSPORTATION, DEPT    USER SORT FIELD:
ZIP: 20590
L1 TRANSPORTATION, DEPT. OF
L2 DATA ADMINISTRATION DIVISION
L3 DAI-201, ROOM 4123
L4 AVIATION INFO MGMT
L5 400 SEVENTH STREET, S.W.
L6 WASHINGTON, D.C. 20590

0691 003 00 00
SORT NAME: TRANSPORTATION DEPT    USER SORT FIELD:
ZIP: 20590
L1 TRANSPORTATION DEPT OF
L2 OFFICE OF THE SECRETARY
L3 INDUSTRY ECONOMICS AND FINANCE DIV
L4 400 SEVENTH ST SW
L5 WASHINGTON, DC 20590
L6

0674 005 15 00
SORT NAME: TRANSPORTATION GROUP    USER SORT FIELD:
ZIP: 10022
L1 TRANSPORTATION GROUP LTD.
L2 535 MADISON AVENUE, 3RD FLOOR
L3 NEW YORK, NY 10022
L4
L5
L6

HAWAIIAN AIRLINES, INC.
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/93

PAGE 74
REPORT          LBL210-01
RUN ON 10/01/93 AT 11:35:10
ICS BATCH LABELS 010 G44282

L7
0577 001 00 00
SORT NAME: TRANSPORTATION. DEPT
ZIP: 02142        USER SORT FIELD:
L1 TRANSPORTATION, DEPT. OF
L2 TRANSPORTATION SYSTEMS CENTER
L3 KENDALL SQUARE
L4 CAMBRIDGE, MA 02142
L5 ATTN: RICHARD J. KOCHANOWSKI, DTS-43
L6
L7

0601 012 00 00
SORT NAME: TULANE UNIVERSITY
ZIP: 70118-5698   USER SORT FIELD:
L1 TULANE UNIVERSITY
L2 MONK SIMONS HALL
L3 OFFICE OF DEVELOPMENT RESEARCH
L4 NEW ORLEANS, LA 70118-5698
L5
L6
L7

0646 027 00 00
SORT NAME: U.S. TRAVEL SYSTEMS
ZIP: 20852        USER SORT FIELD:
L1 U.S. TRAVEL SYSTEMS INC
L2 1401 ROCKVILLE PIKE STE 300
L3 ROCKVILLE, MD 20852
L4 ATTN: CHRIS MILLER
L5

L7
0105 012 00 00
SORT NAME: TRAVELERS COMPANIES
ZIP: 06183        USER SORT FIELD:
L1 TRAVELERS COMPANIES
L2 CAREER CENTER
L3 1L2 30 CR
L4 HARTFORD, CT 06183
L5
L6
L7

0001 016 00 00
SORT NAME: TULSA CITY-COUNTY
ZIP: 74103-3831   USER SORT FIELD:
L1 TULSA CITY-COUNTY LIBRARY SYSTEM
L2 400 CIVIC CENTER
L3 TULSA, OK 74103-3830
L4
L5
L6
L7

0052 000 00 00
SORT NAME: UNION BANK
ZIP: 90071        USER SORT FIELD:
L1 UNION BANK
L2 445 SOUTH FIGUEROA, 12TH FLOOR
L3 LOS ANGELES, CA 90071
L4 ATTN: PAUL HUGHES
L5

L7
0624 001 00 00
SORT NAME: TRUST FOR PUBLIC LAN
ZIP: 94105        USER SORT FIELD:
L1 TRUST FOR PUBLIC LAND
L2 116 NEW MONTGOMERY ST - 4TH FLOOR
L3 SAN FRANCISCO, CA 94105
L4 ATTN: JAN SALZGEBER
L5
L6
L7

0591 000 00 00
SORT NAME: TUSTIN, DONALD
ZIP: 95126        USER SORT FIELD:
L1 TUSTIN, DONALD
L2 433 MINOR AVENUE
L3 SAN JOSE, CA 95126
L4
L5
L6
L7

0683 001 00 00
SORT NAME: UNION BANK
ZIP: 94104        USER SORT FIELD:
L1 UNION BANK
L2 CORPORATE BANKING DEPT #229
L3 350 CALIFORNIA ST H-1114
L4 SAN FRANCISCO, CA 94104
L5

PRINTED IN U.S.A.    6

HAWAIIAN AIRLINES, INC.
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/93

---

0763 000 00 00
SORT NAME: UNION BANK OF SWITZE
ZIP:                USER SORT FIELD: 03
L1 UNION BANK OF SWITZERLAND      03
L2 WIDR-WIDG
L3 P.O. BOX 645
L4 CH-8021 ZURICH, SWITZERLAND
L5
L6
L7

0596 000 00 00
SORT NAME: UNITED AIRLINES
ZIP: 60666          USER SORT FIELD:
L1 UNITED AIRLINES, INC
L2 LAW LIBRARY
L3 P. O. BOX 66100
L4 CHICAGO, IL 60666
L5
L6
L7

0718 002 00 00
SORT NAME: UNITED TECHNOLOGIES
ZIP: 06108          USER SORT FIELD:
L1 UNITED TECHNOLOGIES/FINANCE CORP
L2 400 MAIN STREET
L3 EAST HARTFORD, CT. VOLV5
L4 ATTN: BRIAN PELAN

---

0683 006 00 00
SORT NAME: UNITED AIRLINES
ZIP: 60666          USER SORT FIELD:
L1 UNITED AIRLINES, INC
L2 P D BOX 66100
L3 CHICAGO, IL 60606
L4 ATTN: PAT LEE-EXOCR
L5
L6
L7

0600 000 00 00
SORT NAME: UNITED AIRLINES
ZIP: 60666          USER SORT FIELD:
L1 UNITED AIRLINES, INC
L2 ATTN MR DON SEELEY
L3 VP & TREASURER
L4 P D BOX 66100
L5 CHICAGO, IL 60666
L6
L7

0605 000 00 00
SORT NAME: UNIV OF CALIFORNIA
ZIP: 94720          USER SORT FIELD:
L1 UNIV OF CALIFORNIA
L2 INST OF TRANS. ENGR LIBRARY
L3 ATTN: SERIALS DEPT
L4 412 MCLAUGHLIN HALL

---

0207 000 00 00
SORT NAME: UNITED AIRLINES
ZIP: 60666          USER SORT FIELD:
L1 UNITED AIRLINES, INC
L2 P D BOX 66100
L3 CHICAGO IL 60666
L4 ATTN: MR FRANK A. OLSON
L5 CHAIRMAN
L6
L7

0803 000 00 00
SORT NAME: UNITED STATES LEASE
ZIP: 94119          USER SORT FIELD:
L1 UNITED STATES LEASE FINANCING, INC.
L2 P.O. BOX 3085
L3 SAN FRANCISCO, CA 94119
L4 ATTN: DESA WAKEMAN
L5
L6
L7

0704 000 00 00
SORT NAME: UNIV OF HAWAII LIB
ZIP: 96822          USER SORT FIELD:
L1 UNIVERSITY OF HAWAII LIBRARY
L2 SERIALS - HAMILTON LIBRARY
L3 UNIVERSITY OF HAWAII
L4 HONOLULU, HI

HAWAIIAN AIRLINES, INC.
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/93

PAGE 76
REPORT LBL010-01
RUN ON 10/01/93 AT 11:35:10
LCS BATCH LABELS 010 042282

```
0105 005 00 00
SORT NAME: UNIV OF ROCHESTER        USER SORT FIELD:
ZIP: 14627
L1 UNIVERSITY OF ROCHESTER
L2 MANAGEMENT LIBRARY
L3 RUSH RHEES 352
L4 ROCHESTER, NY 14627
L5
L6
L7

                                    L5 BERKELEY, CA 94720
                                    L6
                                    L7

                                    0174 001 00 00
                                    SORT NAME: UNIV OF SAN FRAN        USER SORT FIELD:
                                    ZIP: 94117-1080
                                    L1 UNIVERSITY OF SAN FRANCISCO
                                    L2 IGNATIAN HEIGHTS
                                    L3 SAN FRANCISCO, CA 94117-1080
                                    L4 ATTN: GLEESON LIBRARY
                                    L5 REFERENCE DEPT
                                    L6
                                    L7

0600 001 17 00
SORT NAME: UNIV OF ROCHESTER        USER SORT FIELD:
ZIP: 14627
L1 PLACEMENT OFFICE
L2 WILLIAM E. SIMON GRADUATE SCHOOL
L3 OF BUSINESS ADMINISTRATION
L4 UNIVERSITY OF ROCHESTER
L5 ROCHESTER, NY 14627
L6
L7

0666 000 00 00
SORT NAME: UNIV. OF HAWAII LIB        USER SORT FIELD: 02
ZIP: 96822
L1 UNIVERSITY OF HAWAII LIBRARY
L2 SERIALS DEPT
L3 2550 THE MALL
L4 HONOLULU, HI 96822
L5
L6
L7

                                    0000 003 00 00
                                    SORT NAME: UNIVERSITY OF BALTIM        USER SORT FIELD:
                                    ZIP: 21201
                                    L1 LANGSDALE LIBRARY
                                    L2 UNIVERSITY OF BALTIMORE
                                    L3 1420 MARYLAND AVENUE
                                    L4 BALTIMORE, MD 21201
                                    L5
                                    L6
                                    L7

                                    0606 000 00 00
                                    SORT NAME: UNIVERSITY OF CHICAG        USER SORT FIELD:
                                    ZIP: 60670
                                    L1 UNIVERSITY OF CHICAGO
                                    L2 SECURITIES DIVISION
                                    L3 ONE FIRST NATIONAL PLAZA
                                    L4 CHICAGO, IL 60670
                                    L5
                                    L6
                                    L7

0590 266 00 00
SORT NAME: UNIVERSITY OF DELAMA        USER SORT FIELD:
ZIP: 19717-5267
L1 UNIVERSITY OF DELAWARE LIBRARY
L2 REFERENCE DEPARTMENT
L3 NEWARK, DE 19717-5267

                                    0588 000 00 00
                                    SORT NAME: UNIVERSITY OF HAWAII        USER SORT FIELD:
                                    ZIP: 96822
                                    L1 UNIVERSITY OF HAWAII
                                    L2 TRAVEL INDUSTRY MGMT LIBRARY
                                    L3 2404 MAILE WAY

                                    0608 000 00 00
                                    SORT NAME: UNIVERSITY OF HAWAII        USER SORT FIELD:
                                    ZIP: 96720
                                    L1 UNIVERSITY OF HAWAII
                                    L2 LIBRARY
                                    L3 1400 KAPIOLANI STREET
```

HAWAIIAN AIRLINES INC.
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/93

PAGE 77
REPORT LBL91C-01
RUN ON 10/01/93 AT 11 35 10
ICS BATCH LABELS 010 C42282

PRINTED IN U.S.A.   5

0612 000 00 00
SORT NAME: UNIVERSITY OF HAWAII
ZIP: 96822        USER SORT FIELD:
L1 UNIVERSITY OF HAWAII
L2 PLACEMENT & CAREER PLANNING
L3 2442 CAMPUS ROAD
L4 HONOLULU, HI 96822
L5
L6
L7

0611 000 00 00
SORT NAME: UNIVERSITY OF HAWAII
ZIP: 96822        USER SORT FIELD:
L1 UNIVERSITY OF HAWAII
L2 DELTA THETA CHAPTER
L3 BETA ALPHA PSI
L4 2404 MAILE WAY
L5 HONOLULU, HI 96822
L6
L7

0011 000 00 00
SORT NAME: UNIVERSITY OF HAWAII
ZIP: 96822        USER SORT FIELD:
L1 UNIVERSITY OF HAWAII AT MANOA
L2 2560 CAMPUS RD, GEORGE HALL 201
L3 HONOLULU, HI 96822
L4 ATTN: SCHOOL OF TRAVEL INDUSTRY MGMT
L5
L6
L7

L4 HONOLULU, HI 96822
L5
L6
L7

L4 HILO, HI 96720
L5
L6
L7

0132 000 00 00
SORT NAME: UNIVERSITY OF ILL
ZIP: 61801        USER SORT FIELD:
L1 UNIVERSITY OF ILLINOIS
L2 COMMERCE LIBRARY-101 LIBRARY
L3 1408 W. GREGORY DRIVE
L4 URBANA, IL 61801
L5
L6
L7

0613 000 00 00
SORT NAME: UNIVERSITY OF ILL
ZIP: 61801        USER SORT FIELD:
L1 UNIVERSITY OF ILLINOIS
L2 AT URBANA-CHAMPAIGN
L3 DEPARTMENT OF ACCOUNTANCY
L4 360 COMMERCE WEST
L5 URBANA, IL 61801
L6
L7

0193 D04 00 00
SORT NAME: UNIVERSITY OF INDIAN
ZIP: 46227        USER SORT FIELD:
L1 UNIVERSITY OF INDIANAPOLIS
L2 1400 EAST HANNA AVENUE
L3 INDIANAPOLIS, IN 46227
L4 ATTN: CHRISTINE GUYONNEAU
L5
L6
L7

0000 001 14 00
SORT NAME: UNIVERSITY OF IOWA
ZIP: 52242        USER SORT FIELD:
L1 BUSINESS LIBRARY-PHILLIPS HALL
L2 THE UNIVERSITY OF IOWA

0028 000 00 00
SORT NAME: UNIVERSITY OF VIRGINIA
ZIP: 22906-0550        USER SORT FIELD:
L1 UNIVERSITY OF VIRGINIA
L2 P O BOX 6550

013? 000 00 00
SORT NAME: US AIR, INC
ZIP: 20001        USER SORT FIELD:
L1 US AIR, INC
L2 NATIONAL AIRPORT HANGAR 12

HAWAIIAN AIRLINES, INC.
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/93

PAGE 78
REPORT LBL910-01
RUN ON 10/01/91 AT 11.13.10
ICS BATCH LABELS 010 10.22.82

```
0724 200 00 00                                          L3 IOWA CITY, IOWA 52242
SORT NAME: US AIR, INC.                                 L4
ZIP: 20001          USER SORT FIELD:                    L5
L1 US AIR, INC.                                         L6
L2 HANGAR 12 NATIONAL AIRPORT                           L7
L3 WASHINGTON, DC 20001
L4 ATTN: MR EDWIN I. COLODNY
L5 CHAIRMAN & PRESIDENT
L6
L7

0772 012 03 00                                          L3 CHARLOTTESVILLE, VA 22906-6550
SORT NAME: US DEPT. OF TRANSPOR                         L4
ZIP: 20590          USER SORT FIELD:                    L5
L1 US. DEPT. OF TRANSPORTATION                          L6
L2 OFFICE OF INDUSTRY POLICY, P-14                      L7
L3 400 SEVENTH STREET, S. W.
L4 WASHINGTON, DC 20590
L5
L6
L7

C491 016 00 00                                          L3 WASHINGTON, DC 20001
SORT NAME: UT FINANCE CORPORATI                         L4 ATTN: MR P. JACKSON BELL
ZIP: 06108          USER SORT FIELD:                    L5 SENIOR VP-FINANCE
L1 UT FINANCE CORPORATION                               L6
L2 400 MAIN ST  MS#132-28                               L7
L3 EAST HARTFORD, CT 06108
L4 ATTN: BRIAN H PELAN                                  0001 014 00 00
L5                                                      SORT NAME: USA TODAY
L6                                                      ZIP: 22229          USER SORT FIELD:
L7                                                      L1 USA TODAY
                                                        L2 SALES RESEARCH & RESOURCES
0614 000 00 00                                          L3 ATTN: MARIA ARAGON
SORT NAME: VATHIS, WILLIAM P                            L4 1000 WILSON BLVD, 21ST FLOOR
ZIP: 99203          USER SORT FIELD:                    L5 ARLINGTON, VA 22229
L1 VATHIS, WILLIAM R                                    L6
L2 E 1529 - 37TH AVE                                    L7
L3 SPOKANE, WA 99203
L4                                                      0195 007 00 00
L5                                                      SORT NAME: VICTORIA UNIVERSITY
L6                                                      ZIP:                USER SORT FIELD:
L7                                                      L1 VICTORIA UNIVERSITY OF WELLINGTON
                                                        L2 P O BOX 600
0617 000 00 00                                          L3 WELLINGTON, NEW ZEALAND
SORT NAME: WALL STREET JOURNAL                          L4 ATTN: ANDREW M. C. SMITH
ZIP: 94111          USER SORT FIELD:                    L5
L1 WALL STREET JOURNAL                                  L6
                                                        L7

0616 000 00 00                                          0510 000 00 00
SORT NAME: WALL STREET JOURNAL                          SORT NAME: WALL STREET TRANSCRI
ZIP: 10281          USER SORT FIELD: 05                 ZIP: 10005          USER SORT FIELD:
L1 WALL STREET JOURNAL          05                      L1 WALL STREET TRANSCRIPT
```

HAWAIIAN AIRLINES, INC. FINANCIAL STATEMENTS
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/93

PAGE 1
REPORT
RUN ON 10/01/93          LBL910-01
ICS MATCH LABELS 010 042282          11-35-0

```
L2 200 LIBERTY ST                      L2 201 CALIFORNIA ST #1350
L3 NEW YORK, NY 10281                   L3 SAN FRANCISCO, CA 94111
L4 ATTN: PETER FREIN                    L4
L5    CHIEF STATISTICIAN                L5 ATTN RICHARD A HOLMAN
L6                                      L3 99 WALL STREET
L7                                      L4 NEW YORK, NY 10005
                                        L5
0602 004 00 00                          L6
SORT NAME: WALSH COLLEGE               L7
ZIP: 48007-7006      USER SORT FIELD:
L1 WALSH COLLEGE                        0623 000 00 00
L2 P O BOX 7006                         SORT NAME: WARDS ENTERPRISES IN
L3 TROY, MICHIGAN 48007-7006            ZIP: 60160        USER SORT FIELD:
L4                                      L1 WARDS ENTERPRISES INC
L5                                      L2 ATTN MR ALAN MICHAELS
L6                                      L3 8311 W NORTH AVENUE
L7                                      L4 MELROSE PARK, IL 60160
                                        L5
0603 000 00 00                          L6
SORT NAME: WASHINGTON SQUARE CA         L7
ZIP: 55440      USER SORT FIELD:
L1 WASHINGTON SQUARE CAPITOL            0650 001 00 00
L2 P O BOX 0602                         SORT NAME: WASSERSTEIN PERELLA
L3 MINNEAPOLIS, MN 55440                ZIP: 90067        USER SORT FIELD:
L4 ATTN: JAMES TOBIN                    L1 WASSERSTEIN PERELLA & CO., INC
L5                                      L2 1999 AVENUE OF THE STARS,SUITE 2950
L6                                      L3 LOS ANGELES, CA  90067
L7                                      L4
                                        L5
0607 004 00 00                          L6
SORT NAME: WEBSTER PUBLIC LIB           L7
ZIP: 14580      USER SORT FIELD:
                                        0624 705 00 00
                                        SORT NAME: WEDBUSH MORGAN SECUR
                                        ZIP: 90017        USER SORT FIELD:

0622 000 00 00
SORT NAME: WARBURG, E M PINCUS
ZIP: 10017          USER SORT FIELD:
L1 WARBURG, E M PINCUS & CO INC
L2 LIBRARIAN
L3 466 LEXINGTON AVENUE
L4 NEW YORK, NY 10017
L5
L6
L7

0313 000 00 00
SORT NAME: WASHINGTON, GEORGE U
ZIP: 22011          USER SORT FIELD:
L1 WASHINGTON, GEORGE UNIVERSITY
L2 VIRGINIA CAMPUS LIBRARY
L3 20101 ACADEMIC WAY
L4 ASHBURN, VA 22011-2604
L5
L6
L7

0162 001 00 00
SORT NAME: WEBSTER UNIVERSITY L
ZIP: 63119-3194   USER SORT FIELD:
```

HAWAIIAN AIRLINES, INC.
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/93

PAGE 90
REPORT LBL910-01
RUN ON 10/01/93 AT 11:35:10
ICS BATCH LABELS 010 042282

```
L1 WEBSTER UNIVERSITY LIBRARY          L1 WEDBUSH MORGAN SECURITIES
L2 470 EAST LOCKWOOD AVENUE            L2 1000 WILSHIRE BOULEVARD
L3 ST LOUIS, MO  63119-3194            L3 LOS ANGELES, CA  90017
L4                                     L4
L5                                     L5
L6                                     L6
L7                                     L7

0628 000 00 00                         0631 000 00 00
SORT NAME: WELLS FARGO BANK            SORT NAME: WERTHEIM SCHRODER &
ZIP: 94120        USER SORT FIELD:     ZIP: 10019     USER SORT FIELD: 07
L1 WELLS FARGO BANK                    L1 WERTHEIM SCHRODER & CO        C7
L2 FINANCIAL ANALYSIS DEPARTMENT       L2 EQUITABLE CENTER 787 SEVENTH AVENUE
L3 464 CALIFORNIA STREET               L3 NEW YORK, NY 10019
L4 SAN FRANCISCO, CA 94120             L4 ATTN: RESEARCH LIBRARY
L5                                     L5
L6                                     L6
L7                                     L7

0633 000 00 00                         0639 001 00 00
SORT NAME: WEST VIRGINIA UNIVER        SORT NAME: WESTINGHOUSE CREDIT
ZIP: 26506        USER SORT FIELD:     ZIP: 04010     USER SORT FIELD:
L1 WEST VIRGINIA UNIVERSITY            L1 WESTINGHOUSE CREDIT CORPORATION
L2 STUDENT EDUCATIONAL SERVICES        L2 COMMERCIAL SERVICES
L3 PLACEMENT SERVICE                   L3 4435 MAIN ST #530
L4 MORGANTOWN, WV 26506                L4 KANSAS CITY, MO  64111
L5                                     L5 ATTN: DONALD W. BALLARD
L6                                     L6
L7                                     L7

0626 000 00 00
SORT NAME: WESTPORT PUBLIC LIBR        0678 000 00 00
                                       SORT NAME: WHARTON MANAGEMENT G
```

(Left column continuation, rotated/faint entries)

```
0627 000 00 00
SORT NAME: WELLS FARGO BANK
ZIP: 94144        USER SORT FIELD:
L1 WELLS FARGO BANK
L2 CORPORATE BANKING GROUP
L3 P O BOX 44027
L4 SAN FRANCISCO, CA 94144
L5 ATTN: CYNTHIA J. EVANSON
L6
L7

0632 001 00 00
SORT NAME: WEST OAHU COLLEGE LI
ZIP: 96792        USER SORT FIELD:
L1 WEST OAHU COLLEGE LIBRARY
L2 UNIVERSITY OF HAWAII
L3 96-043 ALA IKE
L4 PEARL CITY, HI 96782
L5 ATTN: THOMAS L. MACK
L6
L7

0676 000 00 00
SORT NAME: WESTINGHOUSE ELECTRI
```

HAWAIIAN AIRLINES, INC
LABEL MASTER LIST - 010 FINANCIAL STATEMENTS
AS OF 10/01/93

PAGE 81
REPORT LBL010-01
RUN ON 10/01/93 AT 11
ICS BATCH LABELS 010 032282

ZIP: 15222    USER SORT FIELD:
L1 WESTINGHOUSE ELECTRIC CORPORATION
L2 ATTN MR L H LARRIMER
L3 BUSINESS INFO & RESEARCH ROOM 1911
L4 GATEWAY CENTER WESTINGHOUSE BLDG
L5 PITTSBURGH, PA 15222
L6
L7

0646 350 00 00
SORT NAME: WHEAT & CO INC
ZIP: 23219    USER SORT FIELD:
L1 WHEAT & CO INC
L2 ROSS BLDG
L3 901 E MAIN STREET
L4 RICHMOND, VA 23210
L5
L6
L7

0C24 721 00 00
SORT NAME: WILLIAM BLAIR & CO
ZIP: 60603    USER SORT FIELD:
L1 WILLIAM BLAIR & COMPANY
L2 135 SOUTH LASALLE STREET
L3 CHICAGO, IL 60603
L4 ATTN: CLAUDIA CORNEER
L5
L6
L7

ZIP: 06880    USER SORT FIELD:
L1 WESTPORT PUBLIC LIBRARY
L2 REFERENCE SERVICE
L3 ARNOLD BERNHARD PLAZA
L4 WESTPORT, CT 06880
L5
L6
L7

0641 000 00 00
SORT NAME: WHEAT FIRST SECURITI
ZIP: 23211    USER SORT FIELD:
L1 WHEAT FIRST SECURITIES
L2 P. O. BOX 1357
L3 RICHMOND, VA 23211
L4 ATTN: MARGARET MOTTSPAW
L5
L6
L7

0A45 000 00 00
SORT NAME: WILLIAM O'NEIL & CO
ZIP: 90066    USER SORT FIELD:
L1 WILLIAM O'NEIL & CO INC
L2 12655 "BEATRICE ST.
L3 LOS ANGELES, CA 90066-7002
L4 ATTN: LIBRARY
L5
L6
L7

ZIP: 10004    USER SORT FIELD:
L1 WHARTON MANAGEMENT GROUP
L2 90 BROAD STREET, SUITE 820
L3 NEW YORK, NY 10004
L4 ATTN: ARNOLD L MINTZ-EXECUTIVE V.P.
L5
L6
L7

0621 005 00 00
SORT NAME: WHITE PLAINS PUBLIC
ZIP: 10601    USER SORT FIELD:
L1 WHITE PLAINS PUBLIC LIBRARY
L2 100 MARTINE AVENUE
L3 WHITE PLAINS, NY 10601
L4
L5
L6
L7

0647 700 00 00
SORT NAME: WILMINGTON COLLEGE
ZIP: 19720    USER SORT FIELD:
L1 WILMINGTON COLLEGE
L2 320 DU PONT HIGHWAY
L3 NEW CASTLE, DE 19720
L4 ATTN: STUDENT CUSTODIAN
L5
L6
L7

HAWAIIAN AIRLINES, INC.
LBL MAJOR 151 - 010 FINANCIAL STATEMENTS
AS OF 10/01/03

0000 001 03 00        USER SORT FIELD:
SORT NAME: WINSPEAR BUSINESS

ZIP: T6G 2R6        USER SORT FIELD:
L1 WINSPEAR BUSINESS REFERENCE ROOM
L2 UNIVERSITY OF ALBERTA
L3 1-14 BUSINESS BLDG
L4 EDMONTON, ANITA
L5 T6G 2R6
L6
L7

0046 308 00 00        USER SORT FIELD:
SORT NAME: WOOD GUNDY

ZIP: 10017        USER SORT FIELD:
L1 WOOD GUNDY
L2 425 LEXINGTON AVENUE, 5TH FLOOR
L3 NEW YORK NY 10017
L4 ATTN: JOSEPH CARUSO
L5
L6
L7

0652 356 00 00        USER SORT FIELD:
SORT NAME: WOOLSCROFT/DISCLOSURE

ZIP: 06604        USER SORT FIELD:
L1 WOOLSCROFT/DISCLOSURE PARTNERS
L2 1000 LAFAYETTE BOULEVARD
L3 BRIDGEPORT, CT 06604
L4 ATTN: RACHEL I PELUSO
L5
L6

0560 000 00 00        USER SORT FIELD:
SORT NAME: WISCONSIN, STATE OF

ZIP: 53702        USER SORT FIELD:
L1 WISCONSIN, STATE OF
L2 ATTN: COMMISSIONER OF SECURITIES
L3 DEPARTMENT OF SECURITIES
L4 MADISON, WI 53702
L5
L6
L7

0640 000 03 00        USER SORT FIELD:
SORT NAME: WOOD STRUTHERS & WIN

ZIP: 10005        USER SORT FIELD:
L1 WOOD STRUTHERS & WINTHROP
L2 ATTN: LIBRARIAN
L3 20 EXCHANGE PLACE
L4 NEW YORK, NY 10005
L5
L6
L7

0657 011 00 00        USER SORT FIELD:
SORT NAME: WRIGHT INVESTORS

ZIP: 06604        USER SORT FIELD:
L1 WRIGHT INVESTORS' SERVICE
L2 WRIGHT INTERNATIONAL FINANCIAL CENTER
L3 1000 LAFAYETTE BOULEVARD
L4 BRIDGEPORT, CT 06604
L5 ATTN: INVESTMENT RECORDS DEPT
L6

0034 000 00 00        USER SORT FIELD:
SORT NAME: WJ GALLAGHER CO., IN

ZIP: 91101        USER SORT FIELD:
L1 WJ GALLAGHER CO., INC.
L2 747 EAST GREEN STREET
L3 PASADENA, CA 91101
L4 ATTN: LEE BERESFORD
L5
L6
L7

0661 000 00 00        USER SORT FIELD:
SORT NAME: WORCESTER PUBLIC LIB

ZIP: 01608        USER SORT FIELD:
L1 WORCESTER PUBLIC LIBRARY
L2 BUSINESS SCIENCE & TECHNOLOGY DIV
L3 SALEM SQUARE
L4 WORCESTER, MA 01608
L5
L6
L7

0691 000 00 00        USER SORT FIELD:
SORT NAME: YASUDA TRUST & BANK

ZIP: 10048        USER SORT FIELD:
L1 YASUDA TRUST & BANKING CO LTD
L2 ONE WORLD TRADE CENTER  SUITE 8871
L3 NEW YORK, NY 10048
L4 ATTN: JAMES C BAXTER
L5
L6

HAWAIIAN AIRLINES, INC.
LABEL MASTER - 010 FINANCIAL STATEMENTS
AS OF 10/20/93

L7

0540 004 00 00
SORT NAME: YASUDA TRUST & BANKI
ZIP: 90017        USER SORT FIELD:
L1 YASUDA TRUST & BANKING CO LTD
L2 725 SOUTH FIGUEROA ST SUITE 3990
L3 LOS ANGELES, CA 90017
L4 ATTN: RANDALL S. DONSKY, VP
L6
L7

0063 006 00 00
SORT NAME: YASUDA TRUST & BANKI
ZIP: 90017        USER SORT FIELD:
L1 YASUDA TRUST & BANKING CO LTD
L2 725 SOUTH FIGUEROA ST STE 3990
L3 LOS ANGELES, CA 90017
L4
L5
L6
L7

0599 005 00 00
SORT NAME: YOTO TRUST & BANKING
ZIP: 90071        USER SORT FIELD:
L1 YOTO TRUST & BANKING
L2 444 S FLOWER STREET, SUITE 1550
L3 LOS ANGELES, CA 90071
L4
L5
L6
L7

***** LABEL COUNT IS  714

SCHEDULE:           SFA-8

CASE NAME:          Hawaiian Airlines, Inc.
CASE NO.:           93-01072
CATEGORY NO.:       SFA 19.b.

## DIRECTORS, OFFICERS AND STOCKHOLDERS

### Directors

MARTIN ANDERSON
Partner
Goodsill Anderson Quinn & Stifel

BRUCE R. NOBLES
President and Chief Executive Officer
Hawaiian Airlines, Inc.

KENNETH F. BROWN
Architect and Private Investor

### Corporate Officers

BRUCE R. NOBLES
President and
Chief Executive Officer

KEITH R. BRADEN
Senior Vice President
Marketing and Sales

C. J. DAVID DAVIES
Senior Vice President
Finance and Chief Financial
Officer

GLEN L. STEWART
Senior Vice President
International

GEORGE L. BARNES
Vice President
Maintenance and Engineering

ALEXANDER D. JAMILE
Vice President
Administration/Government    and
Community Affairs

CLARENCE K. LYMAN
Vice President
Finance, Treasurer and
Assistant Secretary

JOHN P. SOLOMITO
Vice President
Customer Services

RAE A. CAPPS
Vice President
General Counsel and Secretary

### Stockholders (Owning 5% or more of the voting securities of the Corporation)

HAL, INC. (owns 100%)

SCHEDULE:          SFA-9

CASE NAME:         Hawaiian Airlines, Inc.
CASE NO.:          93-01072
CATEGORY NO.:      SFA 20b

**TERMINATED DIRECTORS AND OFFICERS**

| Directors | Termination Date |
|---|---|
| H. MITCHELL D'OLIER | May 21, 1993 |
| JOHN A. UEBERROTH | July 15, 1993 |

**Corporate Officers**

| | |
|---|---|
| H. MITCHELL D'OLIER | May 21, 1993 |
| JOHN A. UEBERROTH | July 15, 1993 |
| STEPHEN R. THOMPKINS | September 15, 1993 |
| WAYNE H. TOMITA | July 31, 1993 |
| EDWARD S. VAN LIER RIBBINK | August 13, 1993 |

SCHEDULE:    SFA-10

CASE NAME:    HAWAIIAN AIRLINES, INC.
CASE NO.:    93-01072
CATEGORY NO.:    SFA 21.

*OFFICERS*

| NAME & ADDRESS | DATE OF PAYMENT | BASE SALARY | CONSULT. FEES | SEVERANCE PAY | EXEC. LIFE INS. | BONUS | HOUSING | MOVING COSTS | MISC./ DUES | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| C.J. DAVID DAVIES<br>Senior Vice President-Finance and Chief Financial<br>P.O. Box 30008<br>Honolulu, HI 96820 | 09/21 - 12/31/92<br>01/01 - 08/31/93 | -<br>15,000.00 | -<br>- | -<br>- | -<br>- | -<br>- | -<br>- | -<br>- | -<br>601.74 | 0.00<br>15,601.74 |
| | | 15,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 601.74 | 15,601.74 |
| H. MITCH D'OLIER<br>President and Chief Operating Officer<br>1704 Kumakani Loop<br>Honolulu, HI 96821 | 09/21 - 12/31/92<br>01/01 - 08/31/93 | 69,446.67<br>114,587.00 | -<br>- | -<br>93,751.00 | 546.45<br>- | -<br>- | -<br>- | -<br>- | 3,087.75<br>5,089.98 | 73,0.. .57<br>213,427.98 |
| | | 184,033.67 | 0.00 | 93,751.00 | 546.45 | 0.00 | 0.00 | 0.00 | 8,177.73 | 286,508.85 |
| ALEXANDER D. JAMILE<br>Vice President-Administration and Government A<br>1062 Olúpua Place<br>Honolulu, HI 96825 | 09/21 - 12/31/92<br>01/01 - 08/31/93 | 12,500.00<br>53,125.00 | -<br>- | -<br>- | -<br>- | -<br>- | -<br>- | -<br>- | 699.35<br>8,174.47 | 13,199.35<br>61,299.47 |
| | | 65,625.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,873.82 | 74,498.82 |
| CLARENCE K. LYMAN<br>Vice President-Treasurer and Assistant Secretary<br>1039 Kahili Place<br>Kailua, HI 96732 | 09/21 - 12/31/92<br>01/01 - 08/31/93 | 20,833.34<br>53,125.00 | -<br>- | -<br>- | 784.56<br>- | -<br>- | -<br>- | -<br>- | 6.36<br>3,423.41 | 21,624.26<br>56,548.41 |
| | | 73,958.34 | 0.00 | 0.00 | 784.56 | 0.00 | 0.00 | 0.00 | 3,429.77 | 78,172.67 |
| KOKI NAGATA<br>Senior Vice President-Corporate Planning<br>3358 Emekona Place<br>Honolulu, HI 96822 | 09/21 - 12/31/92<br>01/01 - 08/31/93 | 20,000.00<br>- | -<br>- | -<br>- | 261.72<br>- | -<br>- | -<br>- | -<br>- | 150.00<br>- | 20,411.72<br>.00 |
| | | 20,000.00 | 0.00 | 0.00 | 261.72 | 0.00 | 0.00 | 0.00 | 150.00 | 20,411.72 |
| BRUCE R. NOBLES<br>President and Chief Executive Officer<br>531 Ohohia Street, Suite 100<br>Honolulu, HI 96819 | 09/21 - 12/31/92<br>01/01 - 08/31/93 | -<br>93,579.55 | -<br>- | -<br>- | -<br>- | -<br>- | -<br>11,000.00 | -<br>- | -<br>5,324.12 | 0.00<br>109,903.67 |
| | | 93,579.55 | 0.00 | 0.00 | 0.00 | 0.00 | 11,000.00 | 0.00 | 5,324.12 | 109,903.67 |
| JOHN P. SOLOMITO<br>Vice President-Customer Service<br>784 Aipo Street<br>Honolulu, HI 96732 | 09/21 - 12/31/92<br>01/01 - 08/31/93 | 20,000.00<br>52,500.00 | -<br>- | -<br>- | 389.22<br>- | -<br>- | -<br>- | -<br>- | 617.95<br>216.90 | 21,007.17<br>52,716.90 |
| | | 72,500.00 | 0.00 | 0.00 | 389.22 | 0.00 | 0.00 | 0.00 | 834.85 | 73,724.07 |

2.00

SCHEDULE: SFA-10

CASE NAME: HAWAIIAN AIRLINES, INC.
CASE NO.: 93-01072
CATEGORY NO.: SFA 21.

*OFFICERS*

| NAME & ADDRESS | DATE OF PAYMENT | BASE SALARY | CONSULT. FEES | SEVERANCE PAY | EXEC. LIFE INS. | BONUS | HOUSING | MOVING COSTS | MISC./ DUES | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| **GLEN L. STEWART**<br>Senior Vice President-International Sales<br>4205 Virginia Road<br>Long Beach, CA 90807 | 09/21 - 12/31/92<br>01/01 - 08/31/93 | 25,000.00<br>63,750.00 | - <br> - | - <br> - | 230.40<br> - | - <br> - | - <br> - | - <br> - | 2,834.14<br>1,982.07 | 28,064.54<br>65,732.07 |
| | | 88,750.00 | 0.00 | 0.00 | 230.40 | 0.00 | 0.00 | 0.00 | 4,816.21 | 93,796.61 |
| **STEPHEN R. THOMPKINS**<br>Vice President-General Counsel and Secretary<br>P.O. Box 26023<br>Honolulu, HI 96825 | 09/21 - 12/31/92<br>01/01 - 08/31/93 | 20,833.34<br>53,125.00 | - <br> - | - <br> - | 875.20<br> - | - <br> - | - <br> - | - <br> - | 655.00<br>3,813.62 | 22,3..<br>56,938.62 |
| | | 73,958.34 | 0.00 | 0.00 | 875.20 | 0.00 | 0.00 | 0.00 | 4,468.62 | 79,302.16 |
| **WAYNE H. TOMITA**<br>Vice President-Controller<br>95-1071 Milia Street<br>Mililani, HI 96789 | 09/21 - 12/31/92<br>01/01 - 08/31/93 | 18,890.00<br>47,733.68 | - <br> - | - <br> - | 25.08<br> - | - <br> - | - <br> - | - <br> - | 184.88<br>910.91 | 19,099.96<br>48,644.59 |
| | | 66,623.68 | 0.00 | 0.00 | 25.08 | 0.00 | 0.00 | 0.00 | 1,095.79 | 67,744.55 |
| **JOHN A. UEBERROTH**<br>Chairman of the Board and Chief Executive Offic<br>3169 Diamond Head Road<br>Honolulu, HI 96815 | 09/21 - 12/31/92<br>01/01 - 08/31/93 | 80,560.00<br>180,330.68 | - <br>10,000.00 | - <br> - | 243.60<br> - | - <br> - | 12,000.00<br> - | 1,079.50<br> - | 9,046.65<br>11,352.89 | 102,929.75<br>201,683.57 |
| | | 260,890.68 | 10,000.00 | 0.00 | 243.60 | 0.00 | 12,000.00 | 1,079.50 | 20,399.54 | 304,613.32 |
| **EDWARD S. VAN LIER RIBBINK**<br>Senior Vice President and Chief Financial Officer<br>44-024 Aumoana Place<br>Kaneohe, HI 96744 | 09/21 - 12/31/92<br>01/01 - 08/31/93 | 27,776.67<br>70,830.50 | - <br>2,500.00 | - <br> - | 102.00<br> - | - <br> - | - <br> - | - <br> - | 1,098.98<br>3,118.13 | 28,977.65<br>76,448.63 |
| | | 98,607.17 | 2,500.00 | 0.00 | 102.00 | 0.00 | 0.00 | 0.00 | 4,217.11 | 105,. |

*DIRECTORS*

| NAME & ADDRESS | DATE OF PAYMENT | BASE SALARY | CONSULT. FEES | SEVERANCE PAY | EXEC. LIFE INS. | BONUS | HOUSING | MOVING COSTS | MISC./ DUES | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| **MARTIN ANDERSON**<br>Partner<br>Goodsill Anderson Quinn & Stifel<br>1800 Alii Place<br>1099 Alakea Street<br>Honolulu, HI 96813 | 09/21 - 12/31/92<br>01/01 - 08/31/93 | - <br> - | - <br> - | - <br> - | - <br> - | - <br> - | - <br> - | - <br> - | - <br>6,982.96 | 0.00<br>6,982.96 |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,982.96 | 6,982.96 |

Schedule: SFA-11
Case Name: Hawaiian Airlines, Inc.
Case No.: 93-01072
Category No.: SFA-4

# SCHEDULE OF LITIGATION

1. SECURITY PACIFIC EQUIPMENT LEASING, INC., a California corporation vs. HAWAIIAN AIRLINES, INC., a Hawaii corporation, NATIONAL LEASE INCOME FUND 6, L.P., a Delaware limited partnership, and FIRST SECURITY BANK OF UTAH, N.A., not in its individual capacity, but solely as Trustee, for the benefit of National Lease Income Fund 6, L.P.

   Case No. 93-00457ACK
   U. S. District Court, District of Hawaii
   Filed: June 07, 1993

   SECURITY PACIFIC EQUIPMENT LEASING, INC., a California corporation, and FIRST SECURITY BANK OF UTAH, N.A., not in its individual capacity, but solely as Trustee, for the benefit of Security Pacific Equipment Leasing, Inc., vs. HAWAIIAN AIRLINES, INC., a Hawaii corporation

   Case No. 93-00458ACK
   U. S. District Court, District of Hawaii,
   Filed:  June 07, 1993

   BA LEASING & CAPITAL CORPORATION, fka Bamerilease, Inc., vs. HAWAIIAN AIRLINES, INC., a Hawaii corporation

   Case No. 93-00459ACK
   U.S. District Court, District of Hawaii,
   Filed: June 07, 1993
   Nature of Case:

   Security Pacific Equipment Leasing, Inc., First Security Bank of Utah vs. BA Leasing & Capital Corporation and Security Pacific Equipment Leasing, Inc. filed three complaints against the Company in U.S. District Court for the District of Hawaii on June 7, 1993, alleging the Company breached the terms of three (3) DC-9-50 aircraft leases.  Plaintiff's sought back rent, attorneys' fees and costs, return conditions, possession of the aircraft, and all other applicable damages.

Status:
An agreement has been reached whereby Hawaiian can continue to utilize the three aircraft until September 10, 1993 conditioned on Hawaiian's repair of a JT8D-17 spare engine owned by BA Leasing which thereafter may be leased by Hawaiian for one year providing certain conditions are met.

Trial in all three (3) cases is set for May 1994.

2. <u>BELL ATLANTIC TRICON LEASING CORPORATION and NEW ENGLAND MUTUAL LIFE INSURANCE COMPANY vs. HAWAIIAN AIRLINES, INC.</u>

   Case No.91-00189HMF
   U.S. District Court; District of Hawaii;
   Filed: April 31, 1991
   Nature of Case:

   Filed April 31, 1991 in the Untied States District Court for the District of Hawaii seeking return of a DeHavilland Dash-7 aircraft with its four engines, one spare engine and unspecified damages.

   Status:
   The aircraft was subsequently returned in May of 1991 and Bell Atlantic recovered from financial guarantees made by the Canadian Government, guarantor under the aircraft lease. The Canadian Government substituted as plaintiff and the case was settled in July 1992 .

3. <u>GRANT T. NORRIS vs. HAWAIIAN AIRLINES, INC.</u>

   Case No. 87-3894-12
   Circuit Court of the First Circuit; State of Hawaii;
   Filed: December 8, 1987
   Nature of Case:

   Filed on December 8, 1987 in the First Circuit Court of the State of Hawaii claiming wrongful termination, breach of contract, infliction of emotional distress, and a violation of the Hawaii Whistle-blowers Protection Act.

   Status:
   The wrongful termination and breach of contract claims were dismissed on summary judgment. The dismissal of the wrongful termination claim was appealed to the Hawaii Supreme Court, which reinstated that claim. HA has filed a Petition for Writ

of Certiorari to the Supreme Court of the United States. This case is consolidated with the <u>Norris v. Finazzo, Ogden and Honma</u> case (Item 4, below).

4. <u>GRANT T. NORRIS vs. PAUL J. FINAZZO; HOWARD E. OGDEN; HATSUO HONMA; and DOES 1-50</u>

Case No.89-2904-09
In The Circuit Court Of The First Circuit; State of Hawaii;
Filed: December 8, 1987
Nature of Case:

Parallel action to <u>Norris vs. Hawaiian Airlines, Inc.</u> In this suit, the plaintiff makes virtually identical claims but asserts them against former officers of the Company.

Status:
A claim for intentional infliction of emotional distress, including a claim for punitive damages and wrongful discharge survives. This case is consolidated with the <u>Norris vs. Hawaiian Airlines, Inc.</u> case (Item 3, above). The defendant officers have filed a Petition for Writ of Certiorari to the Supreme Court for the United States.

5. <u>DAVE MOORE et al. vs. AIRLINE REPORTING CORPORATION, HAWAIIAN AIRLINES, INC., UNITED AIRLINES, et al.</u>

Case No.89-2904-09
In The Circuit Court Of The First Circuit; State of Hawaii;
Filed: October 16, 1987
Nature of Case:

Filed October 16, 1987 by six plaintiffs in their individual capacities in the Circuit Court of the State of Hawaii alleging fraud by Hawaiian Airlines and United Airlines in their alleged dealing with an Airline Reporting Corporation travel agent (Ault Travel) who allegedly engaged in fraudulent practices.

Status:
Stayed by the U.S. Bankruptcy Court due to a bankruptcy filing by Ault Travel and the Arinagas, who were the principals of Ault Travel. Motion to lift the stay was denied in March 1989.

6. J. BAES (Trans America) vs. HAWAIIAN AIRLINES, INC. BRUSSELS COMMERCIAL COURT

   Case No.:   NA
   Filed:      NA
   Nature of Action:

   The lawsuit was filed by a party to a charter agreement with Hawaiian. Charterer seeks damages for alleged delay of flights.

   Status:     Pending

7. CLIFFORD N. FLORES vs. HAWAIIAN AIRLINES, a Hawaii corporation; DOE ENTITIES 1-10

   Case No. 89-3956-12
   In The Circuit Court Of The First Circuit; State of Hawaii;
   Filed December 22, 1989.
   Nature of Case:

   Action arising under the Hawaii Fair Employment Practices Law in which Flores, currently a pilot with the Company, claimed unlawful discrimination by the Company based on a perceived handicap.

   Status:
   Directed verdict in favor of Hawaiian Airlines. Flores filed a motion for a new trial which has been denied by the court. Flores has filed an appeal. Stayed by filing of Petition for relief under Chapter 11 of the U.S. Bankruptcy Case.

8. BA LEASING & CAPITAL CORPORATION, fka Bamerilease, Inc., vs. HAWAIIAN AIRLINES, INC., a Hawaii

   Case No.: NA
   U.S. District Court; District of Hawaii
   Filed: September 1990
   Nature of Case:

   BA Leasing filed a complaint against the Company in U.S. District Court for the District of Hawaii, on September, 1990 alleging primarily that the Company breached

the terms of a lease between BA Leasing and the Company for a DC-9-51 aircraft by failing to meet certain financial covenant requirements set forth in the lease.

Status:
Settled on June 18, 1992.

9.   ALPA vs. HAWAIIAN AIRLINES, INC.

Case No. 91-00043
U.S. District Court; District of Hawaii
Filed:  January 18, 1991
Nature of Case:

This lawsuit was filed on January 18, 1991 by the Air Line Pilots Association ("ALPA") in the United States District Court for the District of Hawaii, seeking a preliminary injunction and damages arising out of Hawaiian Airlines' procedures for scheduling and compensating pilots.

Status:
This lawsuit was settled and dismissed as part of a settlement of numerous related grievances involving ALPA (Paragraph I.1. above).

10.   BANNER AERONAUTICAL vs. HAWAIIAN AIRLINES, INC.

Case No.:    NA
U. S. District Court; Central District of California
Filed:        NA
Nature of Case:

Action filed in the U.S. District Court for the Central District of California; Banner Aeronautical sought damages arising out of Hawaiian's refusal to accept delivery of a PT6 engine.

Status:
The trial court returned verdict for Banner.  Hawaiian appealed and case has now been settled.

11. AIR JAMAICA, LTD. vs. HAWAIIAN AIRLINES, INC.

Case No.:    NA
U. S. District Court; District of Hawaii
Filed: 1991
Nature of Case:

In 1991, Air Jamaica, Ltd. filed suit against the company in the United States District Court for the District of Hawaii seeking damages for alleged breach of an aircraft charter agreement.

Status:
The Company and Air Jamaica settled the remaining disputed amount.  The settlement has been paid to Air Jamaica and the case is closed.

12. KAWASAKI ENTERPRISES, INC., vs. HAWAIIAN AIRLINES, INC.

Case No. 91-00649DAE
U.S. District Court; District of Hawaii;
Filed:  November 14, 1993
Nature of Case:

Action filed on November 14, 1991 in the United States District Court for the District of Hawaii, for alleged unpaid lease rentals for four L-1011 aircraft.

Status:
Hawaiian Airlines, Inc. and Kawasaki have agreed to a Stipulation to Suspend Proceedings through October 30, 93 while the parties consider settlement.

13. ELSINORE AIRFRAME SERVICES, INC. vs. HAWAIIAN AIRLINES, INC.

Case No. W92CA043
U. S. District Court; Western District of Texas;
Filed: February 5, 1992
Nature of Case:

Action filed February 5, 1992, damages sought arising out of maintenance work performed in 1991 on DC8-63, N512FP, for Hawaiian Airlines as Lessee and Electra

Aviation as Lessor. Hawaiian answered and filed counterclaims against Elsinore and cross complaints against Electra Aviation (Lessor).

Status:
The court dismissed Elsinore's lawsuit against Hawaiian and two of Hawaiian's three counts against Electra. The remaining litigation has been settled.

14. AMERICAN AIRLINES, INC. vs. HAWAIIAN AIRLINES, INC.

Case No.:
U.S. District Court; Western District of Texas
Filed: March, 1992
Nature of Case:

American Airlines filed suit in Federal District Court, Western District of Texas, seeking injunctive relief and unspecified damages arising out of the establishment by Hawaiian of the Hawaiian AirPass Program which American claims infringes on their AAirpass Program. American Airlines sought a preliminary injunction.

Status:
The case was settled by Hawaiian's agreement to change the name of its program to Hawaiian Airlines Pass Program.

15. RHONDA VADSET vs. HAWAIIAN AIRLINES, INC.

Case No.: NA
In The Circuit Court Of The First Circuit; State of Hawaii;
Filed: September 21, 1992
Nature of Case:

Suit by a former employee sought unspecified general, special and punitive damages, attorneys' fees and costs arising out of her termination from employment. The suit contained counts for wrongful termination, discharge for filing a workers' compensation claim, discharge due to physical handicap, breach of actual and implied contract, breach of implied covenant of good faith and fair dealing, intentional infliction of emotional distress, misrepresentation and deceptive trade practices.

Status:
This action was settled for a nuisance amount which has been paid, and the lawsuit has been discharged.

16.    ROBERT R. BUMGARNER vs. JAPAN AIRLINES COMPANY, LTD., a Japan corporation; JAPAN AIR CHARTER COMPANY, LTD., a Japan corporation; HAWAIIAN AIRLINES, INC., a Hawaii corporation; HAWAII AVIATION CONTRACT SERVICES, INC., a Hawaii corporation

Case No. 92-00632DAE
U. S. District Court; District Court of Hawaii;
Filed: May 18, 1992
Nature of Case:

This case, filed May 18, 1992 in the U.S. District Court for the Northern District of California, alleges wrongful termination, retaliation for allegations of civil rights violation, ERISA discrimination and fiduciary violations.

Status:
Pending in the United States District Court for Hawaii.

17.    THE STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, N.A., as agent for THE NEW CONNECTICUT BANK AND TRUST COMPANY, N.A., as successor to THE CONNECTICUT BANK AND TRUST COMPANY, N.A., and U S WEST FINANCIAL SERVICES, INC. vs. HAWAIIAN AIRLINES, INC. and INTEGRATED AIRCRAFT CORPORATION

Case No. 93-00130ACK
U. S. District Court; District Court of Hawaii;
Filed: February 11, 1993
Nature of Case:

This case was filed in the United States District Court of Hawaii on February 11, 1993. This lawsuit by State Street Bank et al. sought amounts due under an aircraft lease, unspecified damages, immediate surrender of aircraft, storage and insurance payments due to HAL's alleged default.

Status:       Pending

18. **ARTHUR ANAE & ASSOCIATES TRAVEL CONSULTANTS LIMITED a duly incorporated company vs. HAWAIIAN AIRLINES INCORPORATED a company incorporated in Hawaii**

   Case No. 4901
   In The District Court Held At Auckland, New Zealand
   Filed: December 17, 1992
   Nature of Case:

   This case was filed in District Court at Auckland, New Zealand on December 17, 1992. Arthur Anae is seeking damages for alleged failure to perform under a charter agreement, damages to plaintiff's business reputation, and general damages under the charter agreement.

   Status:      Pending

19. **LOCKHEED FINANCE CORPORATION, a California corporation vs. HAWAIIAN AIRLINES, INC., a Hawaii corporation**

   Case No.: 93-00442ACK
   U.S. District Court; District of Hawaii;
   Filed: March 28, 1993
   Nature of Case:

   Lockheed Finance Corporation filed, a lawsuit against Hawaiian in U.S. District Court on March 28, 1993 for damages due to Hawaiian's voluntary return of a DC-9 aircraft prior to the end of the lease term. Lockheed seeks amounts due for deficiencies at auction of the aircraft. Hawaiian filed a response denying the commercial reasonableness of the sale.

   Status:
   Lockheed has moved for summary judgment. The matter will be heard on October 25, 1993. The trial in this matter is set for April 26, 1994.

20. **COMDISCO, INC., vs. HAWAIIAN AIRLINES, INC.**

   Case No. 93-00408HMF
   U. S. District Court; District of Hawaii;
   Filed: May 19, 1993
   Nature of Case:

This case was filed in U.S. District Court of Hawaii on May 19, 1993. Comdisco sought damages arising from alleged failure to make payments under lease for computer and telephone equipment. On May 21, 1993, an Ex Parte Petition for Order to Show Cause was filed with the Court and Comdisco's request for immediate seizure of the leased equipment was heard on June 1, 1993. Comdisco's Petition was denied.

Status:
The trial in this matter is set for April 12, 1994.

21.   LOCKHEED AEROMOD CENTER, INC. a California corporation vs. FIRST SECURITY BANK OF UTAH, a National Chartered Bank; INVESTORS CREDIT CORPORATION, a dissolved New York corporation; FIRST SECURITY BANK OF UTAH, a National Chartered Bank, as Trustee for Investors Credit Corp; IAC LEASING CORP. IV, a Delaware corporation; and HAWAIIAN AIRLINES, INC., a Hawaiian corporation

Case No.: 293474
In The Superior Court Of The State Of Arizona In And For The County Of Pima;
Filed: July 7, 1993
Nature of Case:

This lawsuit, filed on July 7, 1993 in the Arizona State Superior Court, seeks foreclosure of Plaintiff's mechanics lien on one DC-8 aircraft and costs for repair work done. This matter has been removed to Federal Court.

Status:      Pending

22.   SANWA BUSINESS CREDIT CORPORATION vs. HAWAIIAN AIRLINES, INCORPORATED

Case No.: 93-00535DAE
U.S. District Court; District of Hawaii;
Filed: July 1, 1993
Nature of Case:

On July 1, 1993, Sanwa Business Credit Corporation filed an action in federal court in Hawaii alleging that Hawaiian has breached a September 1991 settlement agreement entered into by Sanwa and Hawaiian. Sanwa alleges that Hawaiian failed to make periodic payments required under the settlement agreement.

Status:     Pending

23. HAWAIIAN AIRLINES, INC. vs. FLY AND SEE TRAVEL, INC., and CHAIM WERDYGER

Case No.: 90-0372JES
U.S. District Court; Southern District of New York;
Filed: January 19, 1990
Nature of Care:

This action was filed on January 19, 1990 by Hawaiian Airlines in the US District Court for the Southern District of New York seeking damages in excess of $500,000 as a result of defendants use of improper "cross bordering" ticketing to obtain air travel for customers less than tariff rates and for obtaining illegal refunds.

Status:
The trial to determine damages is set for December 13, 1993.

24. C. ITOH AEROSPACE FINANCE CORPORATION vs. AIRLINE INVESTMENT, INC., UNITED AVIATION SERVICES, INC., UNITED AVIATION SERVICES, TRIAD INTERNATIONAL MAINTENANCE CORPORATION, HAWAIIAN AIRLINES, INC., and SWISS AIR (SWISS AIR TRANSPORT COMPANY, LTD.)

Case No. 91 CVS 11032
In The General Court Of Justice Superior Court Division; North Carolina
Filed: January 1992
Nature of Case:

Suit filed January, 1992 in North Carolina, sought damages from Hawaiian as a result of the early termination of leases on MD-80 aircraft.

Status:
Settlement agreement entered into by both parties.

25. Hawaiian Airlines v. Flughafen Frankfurt

Case No.: NA
State Court of Frankfurt Germany
Filed: May 4, 1992
Nature of Case:

This action was filed by Hawaiian on May 4, 1992 in the State Court of Frankfurt Germany seeking payment of damages to a Hawaiian Airlines L1011 aircraft caused by the breaking of a faulty tow bar on a tug supplied by the Frankfurt Airport Authority which caused the tug to move under an engine destroying the tug and causing major damage to the engine.

Status:     Pending

26.    CASS, et.al. vs. HAL, INC., a Hawaii corporation, HAWAIIAN AIRLINES, INC., a Hawaii corporation

Case No.: 90-00833DAE
U. S. District Court; District of Hawaii
Filed: October 24, 1990
Nature of Case:

This was a claim for back wages, allegedly owed to porters who worked at Hawaiian Airlines inter-island terminal at the Honolulu International Airport.  The complaint alleged violations of the Fair Labor Standards Act and Hawaii's wage and hour law and sought back wages.

Status:     Settled.

27.    National Lease Income Fund 6, L.P., Ali Equipment Management Corp., Ali Capital Corp., and Z Square General partners II vs. Hawaiian Airlines, Inc.

Case No.: NA
In The Circuit Court Of The First Circuit; State of Hawaii;
Filed: September 21, 1992
Nature of Case:

This action was filed on September 14, 1993, in the Circuit Court of the First Circuit, State of Hawaii by National Lease Income Fund 6, L.P.,et.al. against Hawaiian Airlines, Inc. for breach of contract, fraud and negligent misrepresentation in connection with an Engine Lease.

Status:     Pending

SCHEDULE:        SFA – 12
CASE NAME:       HAWAIIAN AIRLINES
CASE NO:         93 – 01072
CATEGORY NO.:    SFA 10

## SCHEDULE OF OTHER TRANSFERS

| TRANSFEREE | DATE OF TRANSFER | TRANSFERRED PROPERTY | EST. VALUE |
|---|---|---|---|
| GPA GROUP, plc SHANNON COUNTYCLARE, IRELAND | OCTOBER 1992 | SECURITY INTEREST IN CERTAIN DC – 9 ROTABLE PARTS | 6,000,000 |
| HER MAJESTY the QUEEN in RIGHT of CANADA 235 QUEEN STREET ROOM 863 – B OTTAWA, CANADA KIA0H5 | FEBRUARY 1993 | SECURITY INTEREST IN CERTAIN GROUND EQUIPMENT L – 1011 ROTABLE PARTS | 3,200,000 |
| B/A LEASING & CAPITAL CORP. FOUR EMBARCADERO SUITE # 1200 SAN FRANSISCO, CA. 94111 | JUNE 25, 1993 | STIPULATED JUDGEMENT | 2,121,947 |
| SECURITY PACIFIC EQUIPMENT LEASING, INC. FOUR EMBARCADERO SUITE # 1200 SAN FRANSISCO, CA. 94111 | JUNE 25, 1993 | STIPULATED JUDGEMENT | 6,057,927 |
| LOCKHEED FINANCE CORP. 303 NORTH GLENOAKS BLVD SUITE # 800 BURBANK, CA. 91502 | MARCH 1993 | DC – 9–51 AIRCRAFT # N689HA (LEASE TERMINATED – AIRCRAFT RETURNED) | 6,000,000 |
| JOHN HANCOCK LEASING CORP. 197 CLARENDON ST. P.O. BOX 111 BOSTON, MA. 02117 | SEPTEMBER 3, 1993 | DC – 8 AIRCRAFT # N3931A (LEASE TERMINATED – AIRCRAFT RETURNED) | 5,000,000 |
| ELECTRA AVIATION 46 SOUTHFIELD AVE. STAMFORD, CT. 06902 | JUNE 18, 1993 | DC – 8 AIRCRAFT # N512FP (LEASE TERMINATED – AIRCRAFT RETURNED) | 6,000,000 |
| U.S. WEST ONE CANTERBURY GREEN STAMFORD, CT. 06901 | JUNE 4, 1993 | DC – 9–51 AIRCRAFT # N679HA (LEASE TERMINATED – AIRCRAFT RETURNED) | 6,000,000 |

## SCHEDULE OF PROPERTY OWNED BY OTHERS & HELD / CONTROLLED BY DEBTOR

| LESSOR | AIRCRAFT / ENGINE | FAA NO. | HAL NO. | LENDER | STATUS | LOCATION | VALUE |
|---|---|---|---|---|---|---|---|
| POLARIS AIRCRAFT LEASING CORP.<br>FOUR EMBARCADERO<br>39th FLOOR<br>SAN FRANSISCO, CA. 94111 – 4146 | L – 1011–50<br>L – 1011–50<br>RB211 ENGINE | N764BE<br>N766BE<br>– | 94<br>94<br>10516 | KAWASAKI<br>KAWASAKI<br>KAWASAKI | IN SERVICE<br>IN SERVICE<br>IN SERVICE | HAWAII<br>HAWAII<br>HAWAII | 8,000,000<br>8,000,000<br>1,200,000 |
| CIS<br>6033 W. CENTURY BLVD.<br>SUITE # 400<br>LOS ANGELES CA. 90045 | L – 1011–50<br>RB211 ENGINE<br>RB211 ENGINE | N765BE<br>–<br>– | 93<br>10538<br>10623 | KAWASAKI<br>KAWASAKI<br>KAWASAKI | IN SERVICE<br>IN SERVICE<br>IN SERVICE | HAWAII<br>HAWAII<br>HAWAII | 8,000,000<br>1,200,000<br>1,200,000 |
| LFC NO. 48 CORPORATION<br>TWO RADNOR STATION # 214<br>RADNOR, PA. 19087 | L – 1011–50 | N762BE | 91 | KAWASAKI | IN SERVICE | HAWAII | 8,000,000 |
| JOHN HANCOCK LEASING CORP.<br>197 CLARENDON ST.<br>P.O. BOX 111<br>BOSTON, MA. 02117 | DC – 8<br>DC – 8<br>JT8D ENGINE<br>JT8D ENGINE | N8973U<br>N1807<br>–<br>– | 86<br>87<br>P708324<br>P654028 | HANCOCK<br>HANCOCK<br>HANCOCK<br>HANCOCK | IN STORAGE<br>IN STORAGE<br>IN SERVICE<br>IN SERVICE | HAWAII<br>HAWAII<br>HAWAII<br>HAWAII | 4,000,000<br>5,000,000<br>900,000<br>900,000 |
| INTEGRATED AIRCRAFT CORP.<br>10 UNION SQUARE, EAST<br>NEW YORK, N.Y. 10003 | DHC – 7<br>DHC – 7<br>DHC – 7<br><br>DC – 9–51<br>JT8D–9A ENGINE<br>JT8D–17 ENGINE<br><br>RB211 ENGINE<br>RB211 ENGINE<br><br>DC – 9–51 | N60RA<br>N62RA<br>N890S<br><br>N601AP<br>–<br>–<br><br>–<br>–<br><br>N673MC | 72<br>73<br>79<br><br>59<br>P687789B<br>P688762D<br><br>10115<br>10386<br><br>64 | NIAGRA<br>NIAGRA<br>NIAGRA<br><br>AIP<br>AIP<br>AIP<br><br>NLI<br>NLI<br><br>SEC. PAC. L | IN SERVICE<br>IN SERVICE<br>IN SERVICE<br><br>IN SERVICE<br>IN SERVICE<br>IN SERVICE<br><br>IN SERVICE<br>IN SERVICE<br><br>IN STORAGE | HAWAII<br>HAWAII<br>HAWAII<br><br>HAWAII<br>HAWAII<br>HAWAII<br><br>HAWAII<br>HAWAII<br><br>HAWAII | 3,000,000<br>3,000,000<br>3,000,000<br><br>6,000,000<br>900,000<br>900,000<br><br>1,200,000<br>1,200,000<br><br>6,000,000 |
| B/A LEASING & CAPITAL CORP.<br>FOUR EMBARCADERO<br>SUITE # 1200<br>SAN FRANSISCO, CA. 94111 | DC – 9–51 | N709HA | 70 | – | IN STORAGE | HAWAII | 6,000,000 |
| SEC. PAC. EQUIP. LEASING INC.<br>FOUR EMBARCADERO<br>SUITE # 1200<br>SAN FRANSISCO, CA. 94111 | DC – 9–51 | N674MC | 63 | – | IN STORAGE | HAWAII | 6,000,000 |
| BANK OF HAWAII<br>130 MERCHANT ST.<br>BANCORP TOWER 21st FLOOR<br>HONOLULU, HI. 96813 | DC – 9–51 | N699HHA | 69 | – | IN SERVICE | HAWAII | 6,000,000 |
| GPA GROUP, plc<br>SHANNON<br>COUNTYCLARE, IRELAND | DC – 9–51<br>DC – 9–51<br>DC – 9–51<br>DC – 9–51<br>L – 1011–1 | EI–CBI<br>EI–CBH<br>EI–CBG<br>N630DC<br>EI–BTN | 60<br>61<br>62<br>57<br>96 | –<br>–<br>–<br>–<br>– | IN SERVICE<br>IN SERVICE<br>IN SERVICE<br>IN SERVICE<br>IN SERVICE | HAWAII<br>HAWAII<br>HAWAII<br>HAWAII<br>HAWAII | 6,000,000<br>6,000,000<br>6,000,000<br>6,000,000<br>8,000,000 |
| UNITED STATES LEASING INTN'L, INC.<br>ATTN: EQUIPMENT FINANCING<br>733 FRONT ST.<br>SAN FRANSISCO, CA. 94111 | DC – 9–51 | N672MC | 65 | – | IN SERVICE | HAWAII | 6,000,000 |

## SCHEDULE OF PROPERTY OWNED BY OTHERS & HELD / CONTROLLED BY DEBTOR

| LESSOR | AIRCRAFT / ENGINE | FAA NO. | HAL NO. | LENDER | STATUS | LOCATION | VALUE |
|--------|------------------|---------|---------|--------|--------|----------|-------|
| SCANDINAVIAN AIRLINES SYSTEMS OF NORTH AMERICA NINE POLITO AVE. LYNDHURST, N.J. 07071 | DC – 9– 51 | N669HA | 66 | – | IN SERVICE | HAWAII | 6,000,000 |
| GECC 1600 SUMMER STREET 6th FLOOR STAMFORD, CT. 06927 – 4000 | DHC – 7 | N705GW | 78 | – | IN SERVICE | HAWAII | 3,000,000 |
| CHRYSLER 225 HIGH RIDGE ROAD STAMFORD, CT. 06905 – 3032 | DC – 8 DC – 8 | N8969U N4934Z | 65 90 | – – | IN STORAGE IN STORAGE | HAWAII HAWAII | 4,000,000 5,000,000 |
| GATX FOUR EMBARCADERO SUITE # 2200 SAN FRANSISCO, CA. 94111 | DC – 9–51 | N420EA | 71 | – | IN SERVICE | HAWAII | 3,800,000 |
| POTOMAC CAPITAL INVESTMENT CORP. 900 19th ST. N.W. SUITE 600 WASHINGTON D.C. 20006 – 2109 | L – 1011–50 L – 1011–50 RB211 ENGINE RB211 ENGINE | N41020 N31024 – – | 97 98 10086 10433 | – – – – | IN SERVICE IN SERVICE IN SERVICE IN SERVICE | HAWAII HAWAII HAWAII HAWAII | 6,000,000 6,000,000 1,200,000 1,200,000 |

| LESSOR | EQUIPMENT TYPE | STATUS | LOCATION | VALUE |
|--------|---------------|--------|----------|-------|
| COMDISCO P.O. BOX 96283 CHICAGO IL. 60693 | ROLM 9751 TELEPHONE SYSTEM | IN SERVICE | HAWAII | 350,000 |
| XEROX CORP. P.O. BOX 25177 SANTA ANA CA. 92799 – 5177 | 5090 COPY MACHINE 1090 COPY MACHINE 1090 COPY MACHINE 1065 COPY MACHINE 5052 COPY MACHINE 1050 COPY MACHINE 1040 COPY MACHINE 5018Z COPY MACHINE 5018Z COPY MACHINE | IN SERVICE IN SERVICE IN SERVICE IN SERVICE IN SERVICE IN SERVICE IN SERVICE IN SERVICE IN SERVICE | HAWAII HAWAII HAWAII HAWAII HAWAII HAWAII HAWAII LOS ANGELES SEATTLE | 154,000 70,000 70,000 27,000 20,000 20,000 8,000 5,000 5,000 |

NOTE: SCHEDULE DOES NOT INCLUDE LEASES OF REAL PROPERTY OR EQUIPMENT RENTED ON A MONTH – TO – MONTH BASIS

In re HAL, INC. , Case No. 93-01074
_____ _____
Debtor (If known)


# DECLARATION CONCERNING DEBTOR'S SCHEDULES


## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets,
(Total shown on summary page plus 1)
and that they are true and correct to the best of my knowledge, information, and belief.


Date _____    Signature _____
Debtor


Date _____    Signature _____
(Joint Debtor, if any)


[If joint case, both spouses must sign]

..............................................................................................................................................


## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the St. Vice President and CFO [the president or other officer or an authorized agent of the corporation or a member or an
authorized agent of the partnership] of the HAL, INC. [corporation or partnership] named as debtor in this case,
declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 8* sheets, and that
(Total shown on summary page plus 1)
they are true and correct to the best of my knowledge, information, and belief.


Date October 8, 1993    Signature _____

C.J. David Davies
[Print or type name of individual signing on behalf of debtor]

*with attachments
[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

..............................................................................................................................................


*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

LC932510.032/1